UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
FRED E. WEIDERHOLD, JR.,                )
                                        )
          Petitioner,                   )
                                        )
     v.                                 )        Misc. Action No. 05-0367 (PLF)
                                        )
BOMBARDIER, INC., et al.,               )
                                        )
          Respondents.                  )
_____)

ORDER

     This action commenced on September 9, 2005, when Amtrak Inspector General

Fred E. Weiderhold, Jr., filed a petition to enforce an administrative subpoena.  On October 25,

2005, petitioner filed a motion to stay proceedings pending the outcome of discussions between

the parties.  The stay was subsequently extended until March 15, 2006.  On March 24, 2006,

petitioner filed a status report stating that respondents were still in the process of producing

documents responsive to the subpoena, but that petitioner might "renew" its motion if the parties

were unable to resolve their differences.  Nothing has been filed since that date.  Upon

consideration of the entire record of the case, it is hereby

     ORDERED that, on or before July 18, 2006, petitioner shall Show Cause in

writing why this case should not be dismissed for failure to prosecute.

     SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE: June 27, 2006           United States District Judge