UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BOMBARDIER, INC., et al., )<br>)<br>Respondents. )<br>) | Misc. Action No. 05-0367 (PLF) |

ORDER

This matter is before the Court on the amended petition of the National Railroad Passenger Corporation's Inspector General for summary and expedited enforcement of an administrative subpoena *duces tecum*. Upon consideration of the petition, it is hereby

ORDERED that a copy of this Order, together with the Amended Petition, supporting exhibits and memorandum, be served upon respondent Bombardier, Inc. on or before September 8, 2006; it is

FURTHER ORDERED that respondent Bombardier, Inc., shall show cause in writing, on or before September 29, 2006, why it should not be compelled to obey subpoenas 05-05 and 05-17 issued by petitioner; it is

FURTHER ORDERED that a copy of this Order, together with the Amended Petition, supporting exhibits and memorandum, be served upon Northeast Corridor Maintenance Services Company ("NeCMSC") on or before September 8, 2006; it is

FURTHER ORDERED that respondent NeCMSC shall show cause in writing, on

or before September 29, 2006, why it should not be compelled to obey subpoenas 05-09 and 05-20 issued by petitioner; it is

       FURTHER ORDERED that respondents shall maintain and preserve any documents that are or may be responsive to the above-described subpoena.

       SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 22, 2006