WINSTON & STRAWN LLP

September 15, 2006

**VIA TELEFAX**

David Sadoff, Esq.
Associate Counsel
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E., Suite 3E400
Washington, D.C. 20002

    Re:    <u>Weiderhold v. Bombardier, Inc., et al. (Civil No. 1:05 MS 367)</u>

Dear Mr. Sadoff:

    As you know, NeCMSC's contract with Amtrak to provide maintenance services for the Acela trains expires on October 1, 2006. Amtrak will then assume full responsibility for Acela service and maintenance and, shortly thereafter, NeCMSC will be dissolved. In order for Amtrak to perform NeCMSC's functions, it will need immediate possession of, and access to, various NeCMSC records. Please be advised, therefore, that once an agreement on this subject has been reached with Amtrak, various NeCMSC paper and electronic records, including many that are, or may be, responsive to the subpoenas your office has served on NeCMSC, will be transferred to Amtrak beginning on October 1, 2006.

    Because these records are necessary for the continued and safe operation of the Acela trainsets after October 1, 2006, and OIG will, in any event, enjoy full and unrestricted access to them once Amtrak assumes custody, we are proceeding on the assumption that the Inspector General will have no objection to the transfer. If, however, Mr. Weiderhold is not agreeable to the transfer, we should ask the Court for an emergency hearing in order to avoid any interference with the continued operation of the Acela service after October 1, 2006.

    Very truly yours,

Philip Le B. Douglas
Jones Day
222 East 41st Street
New York, NY 10017-6702
(212) 326-3611

Timothy Broas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5750

**EXHIBIT 2**