IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>vs.<br>BOMBARDIER, INC; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>Respondents. | ORDER GRANTING EMERGENCY MOTION FOR HEARING TO MODIFY *EX PARTE* ORDER<br><br>Civil Action No. 1:05 MS 367<br><br>District Judge Paul L. Friedman |

ORDER

Respondent Northeast Corridor Maintenance Services Company's Emergency Motion for Hearing to Modify Ex Parte Order is hereby granted. The date and time for the hearing will be _____.

September 26, 2006.

BY THE COURT:

_____
Judge Paul L. Friedman
U.S. District Court Judge, District of Columbia