AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FRED E. WEIDERHOLD, JR. AS INSPECTOR  
GENERAL NATIONAL RAILROAD PASSENGER  
CORPORATION                                )  
               Plaintiff(s)         )      **APPEARANCE**  
                                )  
                                )  
               vs.               )      CASE NUMBER     1:05 MS 367  
BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; )  
NORTHEAST CORRIDOR MAINTENANCE SERVICES     )  
COMPANY                                )  
               Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Philip Le B. Douglas   as counsel in this  
                                      (Attorney's Name)

case for:   Northeast Corridor Maintenance Services Company  
                            (Name of party or parties)

9/26/06  
Date

                             *Philip Le B. Douglas /msf*  
                             Signature

311944  
BAR IDENTIFICATION

Philip Le B. Douglas  
Print Name

JONES DAY, 222 East 41st Street  
Address

New York, NY            10017  
City         State         Zip Code

(212) 326-3611  
Phone Number