# NETWORK FAX

From: New York Network Fax Server

To: Iliana Arriaga/JonesDay@JonesDay

This notification confirms the success or failure of the completed fax transmission described below.

**Fax to 1-202-906-4695 was successful**

FROM:ja001203
JP0XU001.TIF pg:2 sec:86 usr:JP010686 bil:294125-600001 stat:SENT v:(202) 906-4882
09/27/06 10:47  212-755-7306    ->    1-202-906-4695  Jones Day            Pg 001

TO: David Sadoff           DATE: 09/27/06

COMPANY: Office of Inspector General, Office of Investigat

FAX:  1-202-906-4695        PAGES: Cover Plus 1

FROM: Philip Le B. Douglas  PHONE: 212-326-3611

RE:

============================ MESSAGE
============================
Please see the attached letter.

*Confirmation message processed   09/27/2006 10:55:06 AM*



# Facsimile Transmission

222 East 41st Street • New York, NY 10017-6702 • 212/326-3939
Facsimile: 212/755-7306

Please hand deliver the following facsimile to:

| | | | |
|---|---|---|---|
| TO: | David Sadoff | DATE: | 09/27/06 |
| COMPANY: | Office of Inspector General, Office of Investigat | | |
| FAX: | 1-202-906-4695 | PAGES: | Cover Plus 1 |
| FROM: | Philip Le B. Douglas | PHONE: | 212-326-3611 |
| RE: | | | |

**Message:**

Please see the attached letter.

NOTICE: This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or the agent of the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone or the direct telephone number noted above.

Please call the sender immediately if the facsimile you receive is incomplete or illegible.

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

     WINSTON & STRAWN LLP

September 27, 2006

**VIA TELEFAX**

David Sadoff, Esq.
Associate Counsel
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E., Suite 3E-400
Washington, D.C. 20002

    Re:    Amended Petition – *Weiderhold v. Bombardier, Inc.,
               et al.* (Civil No. 1:05 MS 367)

Dear Mr. Sadoff:

     NeCMSC and Bombardier are writing to request the Inspector General's consent to a one-week extension of time from September 29 to October 6, 2006 for Respondents to serve their response to the Amended Petition. Respondents' preparation of their response has been disrupted by the need to secure either the Inspector General's or, by means of the pending Emergency Motion, judicial approval for the October 1, 2006 transfer of NeCMSC files to Amtrak. Indeed, we expect that counsel and the parties will be working full time on this problem between now and October 1.

     We would appreciate a response by 1 p.m. today, at which time we would like to file either an agreed or contested motion seeking the requested extension.

                                Very truly yours,

Philip Le B. Douglas                       Timothy Broas
Jones Day                                        Winston & Strawn LLP
222 East 41st Street                      1700 K Street, N.W.
New York, NY 10017-6702           Washington, D.C. 20006-3817
(212) 326-3611                                (202) 282-5750

NYI-2282775v1