IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>Respondents. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED PETITION<br><br>Civil Action No. 1:05 MS 367<br><br>District Judge Paul L. Friedman |

ORDER

Respondents' Motion for Extension of Time to Serve Response to Amended Petition is hereby granted. The Response must be served on or before Friday, October 6, 2006.

September 2__, 2006.

BY THE COURT:

_____
Judge Paul L. Friedman
U.S. District Court Judge, District of Columbia

WAI-2232274v1