UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>　　　　Respondents. | Misc. Action No. 05 0367 (PLF) |

**STIPULATED ORDER**

**WHEREAS**, on September 26, 2006 Respondent Northeast Corridor Maintenance Services Company ("NeCMSC") filed an Emergency Motion for Hearing to Modify *Ex Parte* Order ("Emergency Motion"); and

**WHEREAS**, the Emergency Motion seeks modification of this Court's August 22, 2006 *ex parte* Order's (the "*Ex parte* Order") requirement that "respondents shall maintain and preserve any documents that are or may be responsive" to certain subpoenas described in that Order (the "Subpoenas"); and

**WHEREAS**, on October 1, 2006, NeCMSC will be transferring to National Railroad Passenger Corporation ("Amtrak") all its inspection, maintenance and other responsibilities for the *Acela* trains; and

**WHEREAS**, as part of Amtrak's assumption of said responsibilities, NeCMSC will transfer to Amtrak's possession, custody and control certain records that are or may be responsive to the Subpoenas; and

**WHEREAS**, NeCMSC has described its actions in connection with the contemplated records transfer to Amtrak in a communication to counsel to Petitioner dated September 27, 2006 (a copy of which is annexed hereto as Exhibit A) and has agreed to comply with the terms thereof; and

**WHEREAS**, NeCMSC and Petitioner discussed the circumstances of the records transfer on September 27, 2006;

**IT IS HEREBY ORDERED,** on consent of the parties hereto, as follows:

1. The *Ex parte* Order is amended to authorize NeCMSC's transfer to Amtrak's possession, custody and control any records necessary for Amtrak's inspection, maintenance or operation of *Acela* trains, regardless of whether any such records are or may be responsive to the Subpoenas;

2. The *Ex parte* Order otherwise remains unmodified and in full force and effect; and

3. This Stipulated Order is without prejudice to the parties' positions in this litigation.

September ___, 2006

_____
Honorable John D. Bates
United States District Judge

-3-

**STIPULATED AND AGREED TO BY:**

JONES DAY


By: _____Philip Le B. Douglas /s_____
    Philip Le B. Douglas, D.C. Bar # 311944

222 East 41st Street
New York, NY 10017-6702
(212) 326-2611


WINSTON & STRAWN LLP


By: _____Timothy M. Broas_/s_____
    Timothy M. Broas, D.C. Bar # 391145

1700 K Street, N.W.
Washington, D.C. 20006
(212) 282-5750


Attorneys for Northeast Corridor Maintenance Services Company


OFFICE OF THE INSPECTOR GENERAL


By: _____David Sadoff___/s_____
    David Sadoff, D.C. Bar # 204974
    Associate Counsel to the Inspector General

10 G Street, Northeast
Room 3E-406
Washington, D.C.  20002
(202) 906-4882

Attorney for Petitioner