UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRED E. WEIDERHOLD, JR. AS
INSPECTOR GENERAL NATIONAL
RAILROAD PASSENGER CORPORATION,

Petitioner,

v.

BOMBARDIER, INC.; ALSTOM
TRANSPORTATION, INC.; NORTHEAST
CORRIDOR MAINTENANCE SERVICES
COMPANY

Respondents.

Misc. Action No. 05 0367 (PLF)

## STIPULATED ORDER

WHEREAS, on September 26, 2006 Respondent Northeast Corridor Maintenance Services Company ("NeCMSC") filed an Emergency Motion for Hearing to Modify *Ex Parte* Order ("Emergency Motion"); and

WHEREAS, the Emergency Motion seeks modification of this Court's August 22, 2006 *ex parte* Order's (the "*Ex parte* Order") requirement that "respondents shall maintain and preserve any documents that are or may be responsive" to certain subpoenas described in that Order (the "Subpoenas"); and

WHEREAS, on October 1, 2006, NeCMSC will be transferring to National Railroad Passenger Corporation ("Amtrak") all its inspection, maintenance and other responsibilities for the *Acela* trains; and

WHEREAS, as part of Amtrak's assumption of said responsibilities, NeCMSC will transfer to Amtrak's possession, custody and control certain records that are or may be responsive to the Subpoenas; and

WHEREAS, NeCMSC has described its actions in connection with the contemplated records transfer to Amtrak in a communication to counsel to Petitioner dated September 27, 2006 (a copy of which is annexed hereto as Exhibit A) and has agreed to comply with the terms thereof; and

WHEREAS, NeCMSC and Petitioner discussed the circumstances of the records transfer on September 27, 2006;

IT IS HEREBY ORDERED, on consent of the parties hereto, as follows:

1. The *Ex parte* Order is amended to authorize NeCMSC's transfer to Amtrak's possession, custody and control any records necessary for Amtrak's inspection, maintenance or operation of *Acela* trains, regardless of whether any such records are or may be responsive to the Subpoenas;

2. The *Ex parte* Order otherwise remains unmodified and in full force and effect; and

3. This Stipulated Order is without prejudice to the parties' positions in this litigation.

September 28, 2006

_____
Honorable John D. Bates
United States District Judge

STIPULATED AND AGREED TO BY:

JONES DAY


By: ___Philip Le B. Douglas /s___
     Philip Le B. Douglas, D.C. Bar # 311944

222 East 41st Street
New York, NY 10017-6702
(212) 326-2611


WINSTON & STRAWN LLP


By: ___Timothy M. Broas /s___
     Timothy M. Broas, D.C. Bar # 391145

1700 K Street, N.W.
Washington, D.C. 20006
(212) 282-5750


Attorneys for Northeast Corridor Maintenance Services Company


OFFICE OF THE INSPECTOR GENERAL


By: ___David Sadoff   /s___
     David Sadoff, D.C. Bar # 204974
     Associate Counsel to the Inspector General

10 G Street, Northeast
Room 3E-406
Washington, D.C. 20002
(202) 906-4882

Attorney for Petitioner