**Attachment 2**

# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: 212-326-3611
pldouglas@JonesDay.com

September 25, 2006

**VIA TELEFAX**

David Sadoff, Esq.
Associate Counsel
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E., Suite 3E-400
Washington, D.C. 20002

Re:    Amended Petition – *Weiderhold v. Bombardier, Inc.,*
*et al.* (Civil No. 1:05 MS 367)

Dear Mr. Sadoff:

This afternoon, I called you to ask for a response to our September 15, 2006 letter regarding NeCMSC's October 1, 2006 transfer of maintenance responsibilities and associated paper and electronic records to Amtrak. I also informed you that the 2004 Settlement Agreement with Amtrak requires NeCMSC to provide its personal computer hardware to Amtrak on October 1, 2006 and that, after making a copy on CDs, NeCMSC intended to delete all data on these computers. When you asked if the copied data would be "exactly" the same as that currently on these computers, I said that I was not a computer expert and did not know whether every last byte would be same. I did say that that NeCMSC would click the "copy" button on the operating system, download the data to CDs and would not delete any documents.

Consistent with our September 15 letter, I also confirmed that NeCMSC would not be copying the records being turned over to Amtrak on October 1, 2006, including, but not limited to, Daily Inspection Reports and the SPEAR and Corrective Work Order databases.

You insisted that I put this in writing, and now I have. Could the Inspector General now take a responsible approach to this matter, which implicates the continued operation of Acela service as of 12:01 a.m., October 1, 2006?

Very truly yours,

Philip Le B. Douglas

NYI -2282421v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON