**Attachment 3**

**Sadoff, David**

| | |
|---|---|
| **From:** | marc-andre.raymond@ca.transport.bombardier.com |
| **Sent:** | Wednesday, September 27, 2006 6:23 AM |
| **To:** | Sadoff, David |
| **Cc:** | dana.wordes@transport.alstom.com; TBroas@winston.com; fparker@winston.com; pldouglas@jonesday.com |
| **Subject:** | October 1st transition |

Hi David,

I'm writing to you further to a conversation I had with Sharon Hofknecht of Amtrak.

We discussed some avenues of solution which I think she discussed afterward with you with the understanding that legal people would talk afterward.

Can you provide me with your availabilities starting 9 o'clock this morning. We will then arrange a conference call with the other addressees on this e-mail.

As a solution I would propose the following:

1-    Unrestricted transfer of data, paperor electronic, to Amtrak provided no deletion is done
2-    For the computers that are not used by employees transfered to amtrak, we will find an outlet, such as Iron Mountain for safekeeping
3-    For the servers, we will only keep online on the network the server arrays of discs containing spear and chronos data. All other arrays will be dismounted and stored with the computers for safekeeping
4-    Prior that operation, two full backup sets of the servers will be done an given one to Bombardier the other to Alstom
5-    All records needed by Amtrak on the file server will be provided to Amtrak on external drive and will be installed on Amtrak server.
6-    No deletion on the file server will be done. However, financial data in Sprears will be encripted and unaccessible to Amtrak.


Regards

This e-mail communication (and any attachment/s) may contain confidential or privileged information and is intended only for the individual(s) or entity named above and to others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by reply e-mail, and delete the e-mail subsequently. Please note that in order to protect the security of our information systems an AntiSPAM solution is in use and will browse through incoming emails.
Thank you.

Ce message (ainsi que le(s) fichier/s), transmis par courriel, peut contenir des renseignements confidentiels ou protégés et est destiné à l'usage exclusif du destinataire ci-dessus. Toute autre personne est par les présentes avisée qu'il est strictement interdit de le diffuser, le distribuer ou le reproduire. Si vous l'avez reçu par inadvertance, veuillez nous en aviser et détruire ce message. Veuillez prendre note qu'une solution

09/28/2006

antipollupostage (AntiSPAM) est utilisée afin d'assurer la sécurité de nos systems d'information et qu'elle furètera les courriels entrant.
Merci.

09/28/2006

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2006, I caused to be served copies of "Response by Petitioner to Respondents' Motion for Extension of Time to File Response to Amended Petition" and attachments on the below-listed counsel, by United States mail, first-class postage prepaid, and by facsimile:

> Philip Le B. Douglas, Esquire
> Jones Day
> 222 East 41st Street
> New York, New York 10017
>     Counsel for Bombardier and NeCMSC
>
> Timothy M. Broas, Esquire
> Winston & Strawn, LLP
> 1700 K Street, N.W.
> Washington, D.C. 20006-3817
>     Counsel for Alstom and NeCMSC

_/s/ David Sadoff_
David Sadoff