64

the trainsets were delivered late.  In 2002, Amtrak was forced to ground the entire Acela fleet because of cracks in the yaw damper brackets, which act as a shock absorber to frames of power cars and locomotives maintained and manufactured by the Consortium.  According to Amtrak, the service disruption cost the corporation a net $17 million in lost revenue.

Now the FRA has discovered cracks in half of the Acela brake discs, and Amtrak is bound to lose even more revenue.  The Acela is Amtrak's

4

65

most successful service.  It generates about $300 million a year, enough to cover its operating costs.  In the end, Amtrak stands to lose millions of dollars.

But Amtrak isn't at fault here.  The Northeast Corridor Maintenance Co., under the auspices of the Consortium, is responsible for maintaining these trains – not Amtrak.  The Consortium, however, never discovered these cracks.  I understand that there is evidence that the Consortium should have been inspecting and

5

66

replacing brake discs with cracked spokes and hubs, but that never happened. In fact, a technical manual and a separate service bulletin that were sent to the Consortium both recommended routine inspection and replacement of cracked spokes and hubs, but those recommendations were ignored and the Consortium never updated its inspection, testing, and maintenance plan to reflect the new inspection procedures. I fear that if the FRA inspector had not found the cracks in those spokes, the Consortium would not have identified

6

67

the problem until it was too late – until a major

accident had occurred.

I believe – however devastating – the Acela

crisis was a blessing in disguise, and it should

serve as a wake-up call for this Administration.

The Administration has proposed separating

operations from infrastructure in its so-called

Amtrak reform plan.  This crisis is the perfect

example of why that is a bad idea.

7

68

Here we have a private corporation, the Northeast Corridor Maintenance Co., which is under the direction of the Bombardier-Alstom Consortium, and separate from Amtrak, the train operator, that failed to fulfill meaningful maintenance and inspection responsibilities. Just look at the British experience with privatization and separation of operations from infrastructure and maintenance to understand the devastation such failures can cause.

69

In March, Chairman LaTourette and I traveled to Europe to look at their rail network. We learned that Railtrack, Britain's former rail infrastructure manager, had like Amtrak outsourced all of its maintenance and engineering work. As a result, the condition of the track deteriorated rapidly. Two fatal accidents in 1999 and 2000 revealed the extent of the deterioration and the company's poor understanding of asset conditions, prompting what one observer described as "a collective nervous breakdown of the entire British rail industry." Thankfully, the

9

70

British Government learned from their mistakes. The Government took back control of their rail network, and is now investing billions of dollars in infrastructure, maintenance, and other improvements to get their trains back on track. Let's hope it doesn't take a few fatal accidents to teach this Congress and this Administration a lesson.

Going back to Amtrak's finances, I am concerned about Amtrak's outlook for the 2005. I heard estimates of what this will cost Amtrak —

10

71

from $10 million net per month to hundreds of millions of dollars in total damages. I would appreciate it Mr. Crosbie told me whether Amtrak has assessed liquidated damages, and to what extent Amtrak and the Consortium have discussed legal liability associated with the brake disk crisis.

Thank you, Mr. Chairman. I look forward to hearing from our witnesses.

72

**Statement by Congressman Jerry F. Costello**
**Committee on Transportation and Infrastructure**
**Subcommittee on Railroads**
**Hearing on Getting Acela Back on Track**
**Wednesday, May 11, 2005**

Thank you, Mr. Chairman. I am pleased to be here today as we examine the widespread brake failure of Amtrak's Acela and determine the steps needed to restore the train to full service. I would like to welcome today's witnesses.

Since coming to Congress, I have been a strong supporter of Amtrak. I believe it is important that our nation has a viable nation-wide railroad system.

However, Amtrak has gone through periods of great difficulty due to a variety of reasons, and is dependent on the federal government for funding to keep it operating. I believe that the federal government has a role in providing funding for Amtrak be it through operating and/or capital expense assistance. We subsidize our nation's road, transit and aviation system and it makes sense to provide funds for rail service as well.

With the White House seeking to radically reshape Amtrak through privatization, which I oppose, the service cancellation of Acela could not come at a worse time.

The cancellations put the most strain on service between New York to Boston, where Acela accounts for a greater percentage of passenger trains.

73

Acela normally makes up about one-fifth of Amtrak's service along the Northeast corridor, carrying an average of 9,000 riders on weekdays and 10,000 per day on the weekend. Further, the train generates approximately $1 million per day in ticket revenue.

While the railroad hopes to get the first of the 20 high-speed trains back in service in about two months, the lack of revenue from Acela service could deplete its cash balance by the end of the fiscal year. I am interested in getting more of a definitive timeline on when that is expected.

Further, each Acela train has 72 brakes which mean 1440 are needed. Bombardier, Inc., the Montreal-based company that builds the Acela trains, has only 80 disc brakes in stock. Bombardier and Alstom SA of France were working on a delivery schedule. However, I am troubled by the fact that the expected life of the brake discs is about 1 million miles, and the current Acela fleet has traveled about half that far. This adds to other defects and technical issues which required legal action in 2004. I remain concerned that such problems will continue to affect passenger safety, financial insecurity, and declining service quality.

I look forward to today's hearing as we discuss the current status of Acela as well as its future.

74

# TESTIMONY

## OF

## WILLIAM L. CROSBIE
## SENIOR VICE PRESIDENT - OPERATIONS
## AMTRAK

## BEFORE THE

## SUBCOMMITTEE ON RAILROADS

## OF THE

## HOUSE TRANSPORTATION AND
## INFRASTRUCTURE COMMITTEE

## WEDNESDAY, MAY 11, 2005
## 10:00 A.M.
## 2167 RAYBURN HOUSE OFFICE BUILDING

75

Mr. Chairman, and members of the committee, I appreciate the opportunity to come before you for an update on the status of Amtrak's Acela Express service. This morning, I'm going to address what happened last month regarding our decision to pull the Acelas; what is being done to return the trains to service and what the financial impact has been to date. I am William Crosbie, Senior Vice President of Operations for Amtrak. I joined Amtrak in January 2003. I am a Professional Electrical Engineer with over 20 years experience in railroad operations, maintenance and engineering.

Let me begin by saying that this incident has not affected our resolve to return Acela to service. Acela was introduced nearly five years ago. The train is popular among our passengers and ridership has grown from just under half-a-million in its first year of operation, 2001, to more than two-and-a-half million in FY04. Last year, it accounted for $295 million in ticket revenue, or approximately 25 percent of all Amtrak ticket revenue. Its popularity among passengers was continuing this year until the trains were sidelined in April with revenue up $10 million and ridership up 7 percent through March, against the same period last year.

In the early morning hours of Friday, April 15th, I was contacted by Amtrak's High Speed Rail Master Mechanic and told that cracks in the spokes of the brake rotor had been found. The first crack was found following a post-run inspection of one train-set. The initial Amtrak High Speed Rail Mechanical Engineering assessment was that the defect existed on every trainset inspected to that point and that it likely existed across the

1

76

fleet. Amtrak's High Speed Rail maintenance and engineering staff recommended to me that the trainsets be taken out of service because, based on their assessment, it could be unsafe to operate the trainsets. After reviewing their findings in detail, I concurred with their recommendation and ordered the entire fleet of Acela trainsets out of service. Simultaneously, I also ordered an immediate fleet-wide inspection of all trainsets to detail and document the cracked spokes by trainset, by car number, axle number and rotor number. Each of the 6 coach cars of the 20 trainsets has 12 brake rotors. That means the full fleet has 1,440 rotors. Of those 1,440 rotors, approximately 300 cracks were found on 250 of the rotors. These cracked spokes, many of which were not visible to the naked eye, were found on every trainset. At a meeting on Friday, April 15th all parties agreed that taking the Acela's out-of-service was the right decision.

These trainsets were assembled in the United States for Amtrak by a consortium of Bombardier Transportation of Canada and Alstom of France. In addition to the 20 trainsets, the consortium provided 15 other High-Horsepower Locomotives, three new maintenance facilities and, through its subsidiary – the Northeast Corridor Maintenance Service Company (NECMSC) – a service contract to maintain the equipment. Under this service contract, NECMSC is obligated to inspect, service and maintain the equipment, with NECMSC management supervising Amtrak employees.

The brake systems used on the Acelas were supplied by Knorr, a subcontractor of the Consortium and the discs or rotors at issue were supplied by Knorr and SAB WABCO. Under our management services agreement, NECMSC is responsible for inspecting and

2

77

maintaining the trainsets and managing the inventory of spare parts. When this incident occurred, we discovered that there were only 64 spare rotors on hand and none on order.

Consequently, this required Amtrak to deliver the news on April 20th that the trainsets would in all likelihood not return to service until sometime this summer, and then only gradually. We then moved on parallel paths to determine the cause of the problem and the solution and to quickly begin a service recovery plan.

The absence of Acela initially left a substantial hole in our Northeast Corridor service. On weekdays, we had been running 15 roundtrips between Washington and New York and 11 between New York and Boston. These trips accounted for average weekday revenue of $1 million a day.

Moving quickly with replacement Metroliner service, we reduced the daily revenue loss by more than 50 percent. Starting the week of April 25th, we were able to offer nearly hourly service from 6:00 am to 6:00 pm in both directions between New York and Washington with Metroliners. Starting last week, we expanded that to 7:00 pm in both directions and added two Metroliner roundtrips between New York and Boston. So, we now have 14 Metroliner roundtrips south of New York and 2 roundtrips north of New York. We did all this by a combination of actions including the redeployment of equipment from throughout the country, reducing the shop count of out-of-service cars, and borrowing equipment from third parties.

3

78

The Metroliners have performed well. Since starting their full schedule on April 25th, on-time performance as of May 9 was 83 percent. This is equivalent to the Acela's on-time performance in March, which was 83 percent. The trip time also compares favorably with a run time that is 10 minutes within that of Acela Express.

However, despite the quick action to redeploy equipment and construct a Metroliner schedule that meets our passengers' expectations, the loss of revenue has been and will continue to be substantial until the trainsets are returned to service. Our estimate is that, net of expenses, we will lose somewhat more than $1 million every week that the Acela Express trains are out of service.

This has the potential to seriously jeopardize our end of fiscal year 2005 cash balance. Right now, that projection stands at $32 million before considering the impact of the Acela service disruption. This incident may well exhaust our cash by the end of the fiscal year. We are taking every opportunity to mitigate the financial consequences of this incident. Also, the FRA and USDOT, who are on our Board of Directors, are kept up-to-date with daily cash on hand reports as well as monthly cash flow projections.

This Subcommittee may also be interested in knowing that under the maintenance agreement, NECMSC may be assessed liquidated damages of $10,000 per missed trip. Although typically, liquidated damages are subtracted from the regular monthly payments we make to NECMSC for its services. As of April 15th, Amtrak has not made any payments to NECMSC.