94

|  |  |
|---|---|
|  | However, the full extent of the legal liability associated with the April 2005 brake problem has yet to be addressed by the parties. Amtrak officials told us that their first priority is getting the trainsets back in service. Amtrak is considering a number of possible actions regarding the brake problem, including assessing liquidated damages.[13] |
| Challenges In Managing Other Large-Scale Projects | As we reported in February 2004, Amtrak did not effectively manage the entire NHRIP project, of which Acela was a part.[14] Among the problems we found were that (1) Amtrak's management of this project was not comprehensive but was focused on the short term; (2) project management focused on separate components of the project, such as electrification and acquisition of the high-speed trains, and not the project as a whole; and (3) did not sufficiently address major infrastructure improvements needed to attain project trip-time goals. We also found that Amtrak lacked a comprehensive financial plan for the project and that Amtrak did not fully integrate stakeholder interests (commuter rail authorities and state governments), even though work that involved stakeholders was critical to achieving project goals. The overall results of this poor management was that many critical elements of the project were not completed, project costs and schedules increased considerably, and the project goal (3-hour trip time from Boston to New York City) was not attained. While there have been many benefits from the NHRIP, including faster trip times between Boston and New York City, Amtrak's management of this project clearly demonstrates that Amtrak had difficulty keeping such a large-scale project focused, on-time, and on-budget.

We also have ongoing work for this committee on Amtrak'management and performance issues that we plan to report on later this year. |
|  | Mr. Chairman, that concludes my statement. I would be happy to answer any questions you or the Members of the Subcommittee might have. |

---

[13]Amtrak officials said that, because the Acela trains have been removed from service, they are not currently paying NecMSC the fixed mileage rate for its services.

[14]See GAO-04-94.

95

| Contacts and Acknowledgements | For further information, please contact JayEtta Z. Hecker at heckerj@gao.gov or at (202) 512-2834. Individuals making key contributions to this statement include Kara Finnegan Irving, Bert Japikse, Richard Jorgenson, and Randall Williamson. |
|---|---|

96

# Related GAO Products

Intercity Passenger Rail: Issues Associated with the Recent Settlement between Amtrak and the Consortium of Bombardier and Alstom, GAO-05-152 (Washington, D.C.: Dec. 1, 2004).

Intercity Passenger Rail: Amtrak's Management of Northeast Corridor Improvements Demonstrates Need for Applying Best Practices, GAO-04-94 (Washington, D.C.: Feb. 27, 2004).

Intercity Passenger Rail: Amtrak Needs to Improve Its Decisionmaking Process for Its Route and Service Proposals, GAO-02-398 (Washington, D.C.: Apr. 12, 2002)

Intercity Passenger Rail: Potential Financial Issues in the Event That Amtrak Undergoes Liquidation. GAO-02-871 (Washington, D.C.: Sept. 20, 2002).

Financial Management: Amtrak's Route Profitability Schedules Need Improvement, GAO-02-912R (Washington, D.C.: July 15, 2002).

Intercity Passenger Rail: Congress Faces Critical Decisions in Developing a National Policy, GAO-02-522T (Washington, D.C.: Apr. 11, 2002).

Intercity Passenger Rail: The Congress Faces Critical Decisions About the Role of and Funding for Intercity Passenger Rail Systems, GAO-01-820T (Washington, D.C.: July 25, 2001).

Intercity Passenger Rail: Amtrak Will Continue to Have Difficulty Controlling Its Costs and Meeting Capital Needs, GAO/RCED-00-138 (Washington, D.C.: May 31, 2000).

Intercity Passenger Rail: Issues Associated With a Possible Amtrak Liquidation, GAO/RCED-98-60 (Washington, D.C.: Mar. 2, 1998).

97

| | |
|---|---|
| GAO's Mission | The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| Obtaining Copies of GAO Reports and Testimony | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates." |
| Order by Mail or Phone | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to:<br><br>U.S. Government Accountability Office<br>441 G Street NW, Room LM<br>Washington, D.C. 20548<br><br>To order by Phone: Voice: (202) 512-6000<br>TDD: (202) 512-2537<br>Fax: (202) 512-6061 |
| To Report Fraud, Waste, and Abuse in Federal Programs | Contact:<br>Web site: www.gao.gov/fraudnet/fraudnet.htm<br>E-mail: fraudnet@gao.gov<br>Automated answering system: (800) 424-5454 or (202) 512-7470 |
| Congressional Relations | Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400<br>U.S. Government Accountability Office, 441 G Street NW, Room 7125<br>Washington, D.C. 20548 |
| Public Affairs | Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800<br>U.S. Government Accountability Office, 441 G Street NW, Room 7149<br>Washington, D.C. 20548 |


PRINTED ON RECYCLED PAPER

98

Statement of Robert D. Jamison
Acting Administrator, Federal Railroad Administration
before
the Subcommittee on Railroads of the
Committee on Transportation and Infrastructure
U.S. House of Representatives
May 11, 2005

Mr. Chairman and members of the Subcommittee, I appreciate the opportunity to appear before you today, on behalf of Secretary Mineta, to discuss recent developments concerning Amtrak's Acela high-speed trains. I will explain what the Federal Railroad Administration (FRA) knows regarding the problems with the rotors on the Acela's disc brakes and how we are working with Amtrak to develop a solution to those problems. I will also touch briefly on FRA's overall safety priorities and Amtrak's general safety record.

Acela Brake Issues

FRA Safety Specialist Rich Thomas first detected cracks on the spokes of an Acela train's disc brake rotors on the evening of April 14. The detection occurred while FRA personnel were closely inspecting a trainset that had been involved in test runs. The test runs, unrelated to the brake issue, were being conducted to ensure safe operating performance of the Acela at higher speeds in curves than are currently permitted. While conducting a very thorough inspection of the brakes on the trainset, Specialist Thomas noticed what appeared to be rust near a very small mark on one of the rotor's spokes. On closer examination, the mark proved to be a crack. Cracks on the spokes of disc brake rotors have not been a common problem. Such an anomaly is very difficult to observe due to the location of the spokes in relation to other components of the undercarriage. Undercarriage components can obstruct a clear view of the spokes, especially on the two discs on the outside of the axle. (Acela trainsets have three discs per axle, which adds up to 72 discs per trainset.) After the initial discovery of the cracks, the FRA inspectors, along with personnel from Amtrak and its Acela maintenance contractor, then inspected other trainsets. As the inspections concluded that evening, it became clear that a significant percentage of the disc brakes had similar cracks. After discussions with FRA personnel that night, Amtrak decided to suspend Acela service immediately on April 15 and ordered a detailed inspection of the entire Acela fleet for the presence of such cracks.

The good news is that these cracks were detected before they led to a catastrophic failure of the rotor with potentially very serious consequences. Having been alerted to the problem, Amtrak then acted quickly to ensure that Acela service would not continue until the potentially hazardous condition was corrected. My staff and I met with Amtrak President David Gunn and his staff on April 15, and again on April 20, to discuss the problem and potential solutions. Amtrak formed a working group, consisting of its staff, its contractors who are responsible for Acela maintenance, the suppliers of the Acela equipment, and several technical experts, to determine the cause of the problem and to

99

explore solutions to the problem. FRA experts from our Office of Safety and our Office of Railroad Development are cooperating fully in that effort. Amtrak has no intention of running the Acela equipment with cracks in the disc brakes, and all concerned understand that FRA will not permit that to occur.

As to the cause of the cracks, there is much speculation. Some have speculated that one possible reason for the cracks in the discs is FRA's influence over the initial design of the Acela trainsets. In preparing to order high-speed trainsets in 1994, Amtrak sought FRA's comments on its proposed specifications. FRA's comments contributed to Amtrak's including certain design features, including crash energy management features similar to those being built into advanced European equipment during the period and strengthening the crew compartment. Amtrak specified that the trainset be built to comply with the North American standards for buff (anti-crush) strength because the trainset was intended to operate in a North American environment where all other passenger trains (both intercity and commuter) have been built to those standards and where rail freight equipment is much larger and heavier than that encountered in most other parts of the world. Amtrak did not seek permission from FRA to use the European buff-strength standard. Beyond such basic safety requirements, Amtrak and its vendor were free to choose technologies and to design the train as they thought best.

FRA's Safety Program

Our efforts to ensure the safety of the Acela service are but one component of a comprehensive railroad safety program. Although the railroad industry's overall safety record is very positive and most safety trends are moving in the right direction, very serious train accidents continue to occur, and the train accident rate has not declined at an acceptable pace in recent years. To meet these challenges, FRA is targeting its regulatory program on the most frequent causes of train accidents, focusing FRA's oversight and inspection resources on the areas of highest risk, and accelerating research and development (R&D) efforts that have the potential to mitigate the largest risks.

A. Targeting the Leading Causes of Train Accidents

More than 70 percent of all train accidents arise from either human error or defective track. Accordingly, FRA's highest priority must be to reduce these types of accidents.

1. Human Factors

Human factor accidents are now the largest category of train accidents, accounting for 40 percent of the total in 2004. FRA's ongoing analysis of accident trend data has revealed that a small number of particular kinds of human errors (e.g., not properly lining switches, failure to lock and latch switches, not properly conducting shoving movements) account for an inordinate number of human factor accidents. Although these matters are addressed by each railroad's own operating rules, FRA's regulations do not presently address them directly. FRA intends to take action, preferably based on consensus recommendations from its Railroad Safety Advisory Committee, to address these leading

2

100

causes of train accidents. We are acting in order to heighten awareness and understanding of the problem and ensure timely application of best practices across the board to achieve substantial reductions in these types of easily preventable accidents. We took a first step in this direction on April 14, by holding an industry symposium to exchange views on the causes and possible remedies for these human-factor accidents.

Important research projects are under way in support of, and to supplement, our regulatory efforts on human factors. We have signed a memorandum of agreement to launch a new FRA-sponsored R&D pilot project with rail management and labor that will gather and analyze data on "close calls" to identify the reasons for the human failures that cause near-accidents and to develop corrective actions to remedy those human-factor causes. Another FRA R&D project will try to develop cost-effective technological counter-measures to misaligned switches and will conduct in-depth behavioral research on why employees make such errors.

2. Defective Track

The second-leading cause of train accidents is defective track. Over the last three years, FRA embarked on an aggressive program to focus its track-related enforcement efforts on the most likely accident causes. We are continuing these efforts, which have generally helped move the track-caused accident trend lines in the right direction. Here, too, our R&D efforts provide a critical complement to our regulatory efforts. Broken joint bars and broken rails account for a large number of track-caused accidents, but the precursor conditions (cracks in joint bars and internal rail flaws) that lead to these causes are not readily detected. FRA is developing a high-speed photo inspection system that will detect joint bar defects much more efficiently than current methods allow. FRA is also working closely with the railroad industry to improve the speed and reliability of rail flaw detection vehicles.

B. National Inspection Plan

While our regulatory and research efforts are focused on the leading causes of train accidents, we are also focusing our inspection resources on the areas of highest risk. FRA has recently begun phasing in a new National Inspection Plan (NIP) to improve the agency's allocation and assignment of inspection resources. The NIP will use sophisticated trend analyses of inspection and accident data to produce an optimal distribution of resources within each of the agency's eight regions to minimize fatality, injury, and accident rates. We began implementing the NIP at the end of last month in the operating practices and track disciplines, which correspond to the two leading categories of train accidents.

C. Research and Development

Our third area of emphasis is accelerating our R&D efforts that have the greatest potential to reduce serious safety risks. For example, FRA is speeding up R&D efforts on the structural integrity of tank cars. FRA also continues use its R&D program to pursue new

3

101

approaches to passenger safety. These efforts are focused on strategies to better protect the occupied volume of passenger cars and to mitigate occupant injuries, as carried out through advanced computer modeling by The Volpe National Transportation Systems Center (Volpe Center) and through full-scale passenger car crash tests at the Technology Transportation Center near Pueblo, Colorado. Our research is focusing on applying the principles of Crash Energy Management (CEM) to the next generation of passenger cars. CEM seeks to protect occupants by dissipating collision forces through the use of crush-zones in the non-occupied volume of the vehicles.

Amtrak's Safety Record and FRA's Oversight

FRA closely monitors all aspects of Amtrak safety, as it does for all freight and passenger railroads. We inspect not just Amtrak's rolling equipment but also its track, signals, and operations. As with any other railroad, we use civil penalties and other enforcement tools when necessary to encourage compliance with our safety regulations.

Amtrak's safety record is generally quite good. Based on preliminary data for the year 2004, Amtrak's rate of accidents (2.8 per million train-miles) was well below the industry average of just over four accidents per million train-miles. Contrary to the industry trend, Amtrak's human-factor-caused accidents have fallen substantially in the last two years, comprising 20 percent of its accidents in 2004. One major reason for this improvement was a program that Amtrak adopted two years ago, with FRA's encouragement, to determine the root cause of major operating rule violations. In addition, employee injury rates, particularly in Amtrak's transportation department, improved in 2004. FRA will continue to monitor Amtrak very closely to ensure that its generally positive safety record does not deteriorate and that any safety problems FRA discovers are promptly addressed.

FRA's Continued Efforts to Ensure the Safety of Acela Operations

FRA, as mentioned previously, is working very closely with Amtrak as the railroad tries to develop a long-term solution to the Acela disc brake problem. We intend to make sure that the solution Amtrak adopts is one that fully cures the problem before Acela service resumes. Thus far, Amtrak has been in complete agreement with us on that issue. We will also ensure that Amtrak's equipment inspection program for the Acela trainsets is improved so as to ensure that any such safety-critical problems are found and corrected well before they reach the dimensions that this problem had reached by the time that FRA detected it. When the Acela service does start up again, FRA will resume its quarterly reviews of Acela mechanical issues with Amtrak. We have used this process in the past to resolve other problems detected in the Acela trainsets.

I believe that the extra effort displayed by FRA Safety Specialist Thomas and other FRA personnel involved in the current Acela brake issue may quite possibly have averted a serious accident. Those efforts are emblematic of the dedication that FRA employees generally bring to their safety mission. We will continue to exercise that level of effort in working with Amtrak to ensure that the resumption of Acela service is safely done. Thank you, and I would be pleased to answer any questions.

4

102

## House Transportation and Infrastructure Committee
## Railroad Subcommittee

Wednesday, May 11, 2005

Statement of
**Alstom Transportation Inc.**
Francis Jelensperger
Senior Vice President NAFTA Region

Mr. Chairman and Members of the Subcommittee, thank you for the opportunity to appear before the subcommittee to discuss issues related to the Acela trainsets. We are pleased to be here this morning with our colleagues from Amtrak and Bombardier, and together we are fully committed to ensuring a long-term, expeditious and – most of all – safe solution to the issue at hand.

Bombardier and Alstom, acting in the consortium, contracted with Amtrak in 1996 to build 20 trainsets and 15 electric high-horsepower locomotives, and for providing maintenance services for the Acela trainsets in joint venture.

Alstom, working together with Bombardier, is committed to abiding to the contract with Amtrak to honor the warranty on these trainsets. I am fully confident that our team will resolve the current situation by working with Amtrak, the Federal Railroad Administration and the consortium's suppliers to get equipment back into service as quickly as possible. As we do so, passenger safety will continue to be of utmost priority for us all.

Alstom is committed to continuing to work closely with Bombardier and its subcontractor Knorr Brake to resolve the issues that Bombardier outlined in its prepared statement. I have had an opportunity to review the statement of my colleague from Bombardier and can say that Alstom is in agreement with the substance of Bombardier's statement.

We understand and appreciate Congress' concern in this issue and Alstom will continue to work closely with Amtrak and Bombardier to rectify the situation – quickly, effectively and most importantly…safely. Attached to our prepared testimony are the responses to the questions raised by the committee, and we would be pleased to answer any additional questions the committee may have.

103

**Addendum to Statement**
*Response to specific questions asked by the Railroads Subcommittee of the Committee of Transportation and Infrastructure, US House of Representatives in its May 4, 2005 letter addressed to Francis Jelensperger.*

**What is the Northeast Corridor Maintenance Services Co. (NeCMSC) role in maintaining the Acela fleet?**

The Northeast Corridor Maintenance Service Company (NeCMSC) is jointly owned and operated by Bombardier and ALSTOM (50-50 Joint Venture Company) and is in charge of the maintenance of Acela trains until October 1, 2006 (started in 2000). NeCMSC manages, oversees and directs the maintenance operations of the Acela trains that are carried out by Amtrak's unionized labor force.

**What is ALSTOM's relationship to NeCMSC?**

The Northeast Corridor Maintenance Service Company (NeCMSC) is jointly owned and operated by ALSTOM and Bombardier (50-50 JV)

As part of the settlement between Bombardier-Alstom and Amtrak in March 2004, it was agreed that maintenance services be transitioned to Amtrak's own in-house resources by October 1, 2006. The Bombardier-Alstom Consortium is in the process of transitioning maintenance operations back to Amtrak. For example, the Consortium will offer training to employees to secure a seamless transition. The Consortium will also continue to support Amtrak after October 1, 2006 as a supplier of parts and of technical services, if needed.

**When did NeCMSC first become aware that 20-30% of the brakes on the Acela fleet had cracks?**

This issue surfaced when a visual inspection discovered hairline fissures in brake disc spokes on Acela Express coaches during a FRA routine inspection on the evening of April 14. Following this discovery, the entire fleet underwent a visual inspection during the next day, a process that identified approximately 300 discs having the issue from a total of 1,440 discs in the fleet. Based on additional sample inspections using specialised equipment and processes we estimate that a large percentage of the disc exhibit some degree of hairline fissures.

**What procedures did NeCMSC have in place that could have detected the problem before such a large percentage of the Acela fleet was affected?**

It is important to understand that the Acela trainsets undergo daily inspections by NeCMSC as part of a routine maintenance program that is in line with standard industry practices and the disc brakes are included in this daily regimen. The 20 trainsets also undergo in-depth inspections and maintenance at 92-day and one-year intervals. To give you an idea of the rigor, the inspection at the 92-day interval is carried out over a week. The inspection at the one-year interval lasts two weeks. As a

104

result, the brake discs had been inspected by teams from our maintenance operation, the FRA and Amtrak multiple times prior to the first discovery of the fissures in April.

It is unfortunate that the inspections did not detect the hairline fissures earlier. These defects are small and difficult to detect with the naked eye, particularly when the discs are cool and the metal is in a contracted state.

Most of the hairline fissures are not visible at all to the naked eye. Following the visual inspection process, our teams implemented a Magnetic Particle Inspection. The MPI process uses electro-magnetic equipment to detect surface and near-surface flaws in ferromagnetic material. In a nutshell, it helps us see anomalies not visible with the human eye. This is a detailed process, so we used it on a sample of the Acela brake discs in question. Based on the MPI results, we estimate that a large percentage of the discs have some level of hairline fissures, indicating that the issue may be more prevalent that was originally believed.

NeCMSC was following industry maintenance practices with visual inspection performed on the brake discs on a daily basis. Standard industry practice is not to perform MPI as part of the normal daily inspections.

Having said this, the trainsets were grounded as a precautionary measure. The discs have operated for nearly five years without a failure and it is not clear how quickly the hairline fissures were propagating.

The discs were built to a specification provided by Amtrak that called for a minimum operating life equal to the lesser of five years or one million miles. Based on the average mileage travelled by the trainsets, the discs are at about the half-way point in that expected life cycle.

Hairline fissures on the spokes are actually in an area of the disc assembly away from where you would expect to see normal wear. In fact, wear on the disc face (or friction ring) – where the brake pads contact the disc when the brakes are applied – is as it should be at this point in the life cycle. The issue is in the spokes – an area where this sort of issue should not be occurring. It needs to be emphasized that the fissures on the spokes are in an area unrelated to the disc face that really determines the life cycle of the disc.

That points to a fundamental fault in the component, not excessive wear or lack of maintenance. In terms of normal wear on the brake disc face, these discs are performing exactly as they should. The point is that there was no way for the maintenance operation, the consortium or Amtrak to anticipate the type or magnitude of this fault.

105

### Jelensperger (Alstom) Questions

1. Mr. Jelensperger, what is the Northeast Corridor Maintenance Services Co. (NECMSC) role in maintaining the Acela fleet?

2. Mr. Jelensperger, what is Alstom's relationship to NECMSC?

3. Mr. Jelensperger, when did NECMSC first become aware that 20 - 30% of the brake rotors on the Acela fleet had cracks?

4. Mr. Jelensperger, what procedures did NECMSC have in place that could have detected the problem before such a large percentage of the Acela fleet was affected?

5. Mr. Jelensberger, in the addendum to your written statement, you mention that the brake discs were "built to a specification provided by Amtrak," and that the disks had reached the "half-way point in their expected life-cycle" when the cracks were discovered. I have two questions: did Amtrak specify a component lifetime for these brakes, and how did the manufacturing consortium determine what the "expected life-cycle" was? Did you have any real-world testing or operating experience to guide you?

6. Mr. Jelensberger, your written testimony concludes that current information on the brake cracks "points to a fundamental fault in the component, not excessive wear or lack of maintenance." Please translate for me: are you saying that the cast metal part was improperly fabricated from the get-go?

106

**Addendum to Statement**
*Response to specific questions asked by the Railroads Subcommittee of the Committee of Transportation and Infrastructure, US House of Representatives in its May 4, 2005 letter addressed to Francis Jelensperger.*

**What is the Northeast Corridor Maintenance Services Co. (NeCMSC) role in maintaining the Acela fleet?**

The Northeast Corridor Maintenance Service Company (NeCMSC) is jointly owned and operated by Bombardier and ALSTOM (50-50 Joint Venture Company) and is in charge of the maintenance of Acela trains until October 1, 2006 (started in 2000). NeCMSC manages, oversees and directs the maintenance operations of the Acela trains that are carried out by Amtrak's unionized labor force.

**What is ALSTOM's relationship to NeCMSC?**

The Northeast Corridor Maintenance Service Company (NeCMSC) is jointly owned and operated by ALSTOM and Bombardier (50-50 JV)

As part of the settlement between Bombardier-Alstom and Amtrak in March 2004, it was agreed that maintenance services be transitioned to Amtrak's own in-house resources by October 1, 2006. The Bombardier-Alstom Consortium is in the process of transitioning maintenance operations back to Amtrak. For example, the Consortium will offer training to employees to secure a seamless transition. The Consortium will also continue to support Amtrak after October 1, 2006 as a supplier of parts and of technical services, if needed.

**When did NeCMSC first become aware that 20-30% of the brakes on the Acela fleet had cracks?**

This issue surfaced when a visual inspection discovered hairline fissures in brake disc spokes on Acela Express coaches during a FRA routine inspection on the evening of April 14. Following this discovery, the entire fleet underwent a visual inspection during the next day, a process that identified approximately 300 discs having the issue from a total of 1,440 discs in the fleet. Based on additional sample inspections using specialised equipment and processes we estimate that a large percentage of the disc exhibit some degree of hairline fissures.

**What procedures did NeCMSC have in place that could have detected the problem before such a large percentage of the Acela fleet was affected?**

It is important to understand that the Acela trainsets undergo daily inspections by NeCMSC as part of a routine maintenance program that is in line with standard industry practices and the disc brakes are included in this daily regimen. The 20 trainsets also undergo in-depth inspections and maintenance at 92-day and one-year intervals. To give you an idea of the rigor, the inspection at the 92-day interval is carried out over a week. The inspection at the one-year interval lasts two weeks. As a

107

result, the brake discs had been inspected by teams from our maintenance operation, the FRA and Amtrak multiple times prior to the first discovery of the fissures in April.

It is unfortunate that the inspections did not detect the hairline fissures earlier. These defects are small and difficult to detect with the naked eye, particularly when the discs are cool and the metal is in a contracted state.

Most of the hairline fissures are not visible at all to the naked eye. Following the visual inspection process, our teams implemented a Magnetic Particle Inspection. The MPI process uses electro-magnetic equipment to detect surface and near-surface flaws in ferromagnetic material. In a nutshell, it helps us see anomalies not visible with the human eye. This is a detailed process, so we used it on a sample of the Acela brake discs in question. Based on the MPI results, we estimate that a large percentage of the discs have some level of hairline fissures, indicating that the issue may be more prevalent that was originally believed.

NeCMSC was following industry maintenance practices with visual inspection performed on the brake discs on a daily basis. Standard industry practice is not to perform MPI as part of the normal daily inspections.

Having said this, the trainsets were grounded as a precautionary measure. The discs have operated for nearly five years without a failure and it is not clear how quickly the hairline fissures were propagating.

The discs were built to a specification provided by Amtrak that called for a minimum operating life equal to the lesser of five years or one million miles. Based on the average mileage travelled by the trainsets, the discs are at about the half-way point in that expected life cycle.

Hairline fissures on the spokes are actually in an area of the disc assembly away from where you would expect to see normal wear. In fact, wear on the disc face (or friction ring) – where the brake pads contact the disc when the brakes are applied – is as it should be at this point in the life cycle. The issue is in the spokes – an area where this sort of issue should not be occurring. It needs to be emphasized that the fissures on the spokes are in an area unrelated to the disc face that really determines the life cycle of the disc.

That points to a fundamental fault in the component, not excessive wear or lack of maintenance. In terms of normal wear on the brake disc face, these discs are performing exactly as they should. The point is that there was no way for the maintenance operation, the consortium or Amtrak to anticipate the type or magnitude of this fault.

108

STATEMENT OF
THE HONORABLE JAMES L. OBERSTAR
SUBCOMMITTEE ON RAILROADS
HEARING ON
"GETTING ACELA BACK ON TRACK"
MAY 11, 2005

Mr. Chairman, I want to thank you and Ranking Member Brown for holding this hearing to investigate the Acela trainsets, the current interruption of Acela service, and the roles of the Federal Railroad Administration (FRA), Amtrak, and the Bombardier-Alstom Consortium in getting Acela back on track.

It is important to note at the outset that, in its five years of operation, Amtrak's Acela trainsets have not been involved in one serious accident. Nevertheless, today's discussion of the cracks in the spokes of the brake disc rotors only echoes the prior mechanical problems that have plagued the Acela.

It's been almost a month since Amtrak grounded the Acela Express fleet after a FRA inspection of some Acela trainsets uncovered fatigue cracks initiating at the ribs of the spokes of the trains' brake disc rotors. Further investigations have revealed that at least 50 percent of the Acela fleet's 1,440 brake disc rotors may be prematurely defective.