124

example, did the disc fail because it is defective and could not meet the required performance specification? Are the loads and forces acting on the disc greater than specified? These are important questions that can help lead to the proper disc being used on Acela, but these answers are only part of the story.

In our analysis, we want to know whether the specifications for the brake discs are appropriate. Were the assumptions valid? Were the specifications reviewed and approved by the right persons? Were all specifications shared in their entirety throughout the contracting processes?

We want to know why the cracks were not identified sooner, and what inspection processes failed or were not in place. Toward that end, we have interviewed FRA inspectors, Northeast Corridor Maintenance Service Corporation (NeCMSC) personnel, Amtrak maintenance staff, and staff from ORX (the wheelset maintainer/refurbisher). We have thus far uncovered information from one of the vendors that some cracks in the spokes may have been found and reported as long as 12-24 months ago. We are trying to confirm and determine the existence of these reports, who may have received those reports, and what action was taken.

We are examining the processes and procedures in place for inspecting the brake discs and the training that accompanied the procedures. Has the manufacturer supplied appropriate criteria for inspecting and qualifying the brake discs? Were these inspection procedures and training made available to the appropriate individuals on the shop floor and to all parties responsible for oversight and inspection?

Finally, we want to know WHY the decisions were made and by WHOM. Did the responsible person(s) act differently because an action, or non-action, would result in financial harm? Are there organizational impediments to information sharing? Sometimes people make bad decisions with good intentions, did that happen here? This approach is very similar to the "human factor" analyses conducted by the NTSB.

I hope to eventually provide the Committee with answers to all of these questions. I am providing some detailed responses to the specific questions you raised in last week's letter. It appears that your concerns run parallel to mine, and I hope my responses prove helpful.    I am prepared to expand upon these responses whenever called upon by the Committee.

With respect to the specific questions raised in your May 4 letter, my responses follow.

*"What review of Amtrak's mechanical inspection procedures, oversight of mechanical service providers, and quality assurance/quality control programs have you done?"*

The Amtrak Office of Inspector General (OIG) has conducted several reviews of Amtrak's mechanical inspection procedures and those of its contractors over the past few years. With respect to Acela, my Office is very familiar with Acela operations and with the history of the trainsets. We have conducted several reviews relating directly to

125

mechanical inspections, detailed below, and we have also conducted audits of change orders, Buy America compliance, and parts ordering. Further, we have also examined other problems with the Acela trainsets, including the "yaw damper bracket" problem that grounded the fleet in August 2002.

As background, you should be aware of the agreement between Amtrak and the Bombardier-Alstom Consortium for maintenance of the Acela trainsets. Amtrak contracted with the Consortium to provide all maintenance services for a ten-year period. The maintenance operation for Acela is managed by a Consortium subsidiary, NeCMSC.[1]

The OIG previously reviewed the maintenance operations of NeCMSC in early 2003, and we issued a formal report to Amtrak and NeCMSC in June 2003. In this report, we made a number of recommendations to Amtrak and NeCMSC, including the need to: improve the quality and accuracy of federally mandated inspection reports, improve the inspection and documentation of maintenance work on safety critical maintenance actions, improve Amtrak's system safety presence, and update and keep current the Inspection, Testing, and Maintenance (ITM) Plan. The ITM is federally mandated and details the procedures, equipment, and maintenance practices used to ensure safe operation of the trainsets. The ITM is the primary document by which standards are set and from which the FRA can make compliance inspections.

Following our June 2003 review, we conducted a subsequent follow-up review in August 2004. To NeCMSC's credit, we found considerable improvement in record keeping, reporting, and documentation of improved maintenance practices. We also found some improvement in NeCMSC's inventory control and a significant improvement and reduction in open work orders for the trainsets. However, we continued to observe weaknesses in quality assurance services, most notably in product traceability. Traceability is important to demonstrate compliance with federal regulations and predictive maintenance. For example, replacing components at specific intervals, such as air brake valves (which are required to be replaced at five year intervals), cannot be documented as being compliant, and it was not clear how this component, and others, were being monitored. We also recommended to Amtrak that they confirm that accurate as-built drawings and all technical documentation (including technical manuals, bills of material, updated blueprints, and maintenance instructions) are provided to each of the NeCMSC facilities and are available for maintenance personnel. At the time of our review, only about 85 percent of the drawings had been provided to NeCMSC by the Consortium. Amtrak agreed with our recommendations, and we continue to believe Amtrak should place a priority on quality assurance during the transition of maintenance responsibilities from the Consortium to Amtrak.

---

[1] As a result of a series of claims and counter-claims between Amtrak and the consortium, and a subsequent settlement agreement, the maintenance responsibility for Acela is to transition from the Consortium to Amtrak by October 2006.

126

Since August 2004, my Office has been an active member of the Acela Executive Oversight Committee. These monthly meetings are intended to allow senior Amtrak managers to discuss topical Acela performance issues and contract transition issues.

We continue to monitor Acela performance closely, and we make recommendations to Amtrak senior management as appropriate.

*"What review have you conducted to determine why Amtrak did not address the brake defects prior to 20% to 30% of them developing cracks?"*

From all of our interviews and document reviews thus far, we have no evidence that Amtrak was ever made aware of brake disc spoke/web cracks prior to April 14, 2005, or was even aware of the manufacturer's detailed procedures for brake disc inspections.

On the evening of April 14, 2005, the FRA notified Amtrak that one of their Inspectors had found brake disc spoke cracks during an inspection of an Acela trainset. The trainset had been undergoing track-related performance testing, and the observation of cracks in that part of the brake disc was totally unexpected. As a result of the FRA's report, within hours, senior Amtrak management grounded the entire Acela fleet until a better assessment of the problem could be conducted.

Within one day of the brake disc spoke cracks being reported, Amtrak was provided with an excerpt from an inspection procedure manual prepared by the disc manufacturer, SAB WABCO in November 2004. This procedure included steps for crack inspection in the hub and spoke areas of the disc at least every 20,000 kilometers (12,422 miles). To the best of my Office's knowledge, the maintenance personnel on the shop floor did not know this requirement.

The OIG requested the entire SAB WABCO technical manual, and we obtained the prior version of the manual (1998). We also obtained applicable Service Bulletins that relate to brake disc inspections, and we have requested all training materials associated with such inspections.

It is our intent to document fully the processes used to develop inspection criteria and training curricula. There were many eyes that saw the wheelset assemblies daily, and other eyes that saw the wheelset assemblies (and mounted brake discs) off the train during periodic inspections and re-furbishing. We need to determine what processes broke down to allow these defects on a safety critical part to pass unnoticed.

*"What review have you conducted since the Acela trains were taken offline to determine who within Amtrak or the mechanical service providers was aware of brake cracking problem?"*

On April 15, my Office immediately contacted the FRA Office of Safety, and we conducted a telephone interview with the FRA Inspector who found the cracks to determine how the cracks had come to his attention. We have worked previously with

4

127

this Inspector, and my Office has a high regard for his years of experience and for his integrity. We were told that he had observed what appeared to be a "rust spot" on one of the spokes of a brake disc that simply "caught his eye." He told us that he has been under the train hundreds of times to make his inspections, but that he had never observed cracks in this area of the brake disc.

During the week of April 18, my staff visited ORX, the off-site facility where the Acela wheelsets are serviced. We were informed by ORX that on at least two occasions they recall finding and reporting cracks in Acela brake disc spokes. However, ORX staff could not recall the exact dates of finding and reporting the problem; they believe this occurred 12-24 months ago. We asked ORX to research their records, and we have sought out other current and former employees to pinpoint better when and to whom these reports may have been made. I cannot over-emphasize that we have a number of open questions that need to be resolved, but I want to share this information with the Committee as we are investigating failures of a safety critical part.

We requested interviews with the supplier/manufacturer, but so far we have been told they are too busy to meet with us. We have had better luck with NeCMSC staff, and they have cooperated with our investigation up to this point. Given the seriousness of the issues at hand, I have issued subpoenas to all of the companies involved requesting all documents and records related to the brake discs. We will not allow the lack of cooperation by some entities to deter conducting a complete and full investigation.

-------------------------------------------------------------

Mr. Chairman, we will continue to monitor the technical resolution of this issue. In addition, I want to ensure the Committee that we will continue our investigation into whether appropriate procedures and processes were correctly followed and, if not, what changes need to be made to prevent similar problems from occurring in the future. We plan on issuing a full report at the conclusion of our investigation.

128

 **SAB·WABCO**

W 700 S-N
Refod No. r.V,
Page 3-2



1 – Friction ring
2 – Connection Spokes
3 – Hub

Fig. 3.3

129

# Federal Transit Administration
# Transit Threat Level Response
# Recommendation

## FTA Policy Statement

The Federal Transit Administration (FTA) has developed a National Transit Response Model that supports the initiatives of the Office of Homeland Security (OHS). The plan is a guide for the FTA's response to the OHS Homeland Security Advisory System (HSAS). The Transit Threat Level Response Recommendation, in turn, provides guidance to the U.S. transit industry in responding to the various OHS threat level designations.

## Introduction and Background

The Federal Transit Administration (FTA), in response to the Office of Homeland Security (OHS), has defined the following plan to guide transit response to the HSAS as defined in Homeland Security Presidential Directive #3. The plan establishes a consistent and coordinated transit response to potential threats in order to protect transit passengers, employees, and infrastructure, and to support community emergency response efforts. Further, the plan is compatible with the way transit operates:

- Transit relies on an inherently open architecture, allowing free movement of passengers in public facilities and vehicles. This freedom of movement must be maintained to permit transit to perform its basic functions.

- Transit is geographically widespread, often operating on public infrastructure and requiring important interagency cooperation to ensure protection.

- There is great diversity in how police and security forces are provided and deployed at different transit systems. There is no national mandate to standardize this facet of transit operations and security force policies will remain a local agency decision.

- Transit functions include substantial differences in equipment, infrastructure, operations and security practices from agency to agency. While this plan provides general guidance for response to individual threat conditions, the details of specific implementation vary substantially throughout these agencies.

- Transit systems are routinely under surveillance by their operating staff (e.g., drivers, supervisors, station attendants, and controllers), security employees, and, with increasing frequency, transit passengers. This normal level of vigilance, supplemented by

130

appropriate awareness training and the protective measures identified under threat condition green/blue, may be sufficient vigilance for some systems.

### Threat Level/Attack/Recovery Systems Approach

The FTA National Transit Response Model supplements the existing HSAS Threat Condition model with Black and Purple designations to further define appropriate transit industry activities when an attack is in progress and during the post-event recovery of transit services and facilities.

| Color | Condition |
|--------|-----------|
| Green | Low threat level |
| Blue | General threat level |
| Yellow | Elevated threat level |
| Orange | High threat level |
| Red | Severe threat level |
| | |
| Black | Actual Attack |
| Purple | Recovery |

The Black and Purple designations are interpreted as follows.

- Black indicates that an attack is underway against a specific transit agency or within the agency's immediate geographic area. The Black state is entered only when an attack has occurred. Black includes the immediate post-attack time period when the transit agency may be responding to casualties, assisting in evacuations, inspecting and securing transit facilities, or helping with other tasks directed by the local emergency management authority.

- Purple indicates the recovery of transit service after an attack has occurred. Purple includes restoration of levels of service, routes, and schedules, repairing or reopening facilities, adjustment of staff work schedules and duty assignments, responding to customer inquiries about services, and other activities necessary to restore transit service. The Purple state follows the Black state and may also exist for short time periods when the agency is transitioning from a higher threat condition to a lower threat condition (e.g., from Red to Orange). The Purple state will coexist with the prevailing threat condition. In other words, business recovery (Purple) will be accomplished while maintaining the prevailing readiness status (e.g., Orange protective measures).

2

131

## Threat Level Information

The Attorney General makes the decision to change the OHS threat level. Changes in threat levels typically will be in sequential stepwise order. As conditions warrant, elevated threat levels will typically progress in order from lowest (green) to highest (red). Likewise, as conditions warrant, returning from higher to lower threat levels will typically progress sequentially.

Transit response posture may vary depending on the nature of the threat level. For example, threat guidance focused on the northeastern region may dictate that transit agencies in that region maintain a higher response posture than other regions of the country. If the guidance is modal-based, for example a threat to subways and transit agencies with subway modes may maintain a higher response posture than agencies without subways. In fact, large multi-modal transit agencies may operate their different modes with different response postures.

However, based on information and conditions, transit agencies should be prepared for the distinct possibility of a non-sequential threat level advisory. For example, if information and conditions warrant, a current threat advisory level of "Yellow" could be directly elevated to "Red."

Transit agencies must work collaboratively with their local and regional emergency management organizations, joint terrorism task force, police agencies, and other organizations. Each transit agency is responsible for determining its own appropriate response posture, based on an assessment of the guidance received from all sources and the response posture of the communities where the agency provides service.

132

## FTA Recommended Protective Measures/Activities for Transit Agencies

The FTA recommends the threat level protective measures and activities for transit agencies as suggested or recommended actions, not required actions. While each transit agency should implement measures/activities appropriate to its own operating environment, the following general guidelines apply:

- The threat/risk goes up with each successive level.
- Responses are additive; each level incorporates all activities from the previous levels.
- Threat information may be general or indicated for different geographical regions of the country, metro areas, cities, transit agencies, industries, facility types (e.g., subway, tunnel, bus, control center, etc.), or for a specific facility.
- Specific implementation must be determined by the transit agency in light of actual events; protective measures for a higher level than officially designated may be implemented by the transit agency. For example, if the threat advisory level is elevated from "Yellow" to "Orange" a transit agency may elect to implement not only "Orange" level suggested protective measures, but also some "Red" level protective measures.

The following table presents specific transit industry protective measures in response to the HSAS threat level conditions, as well as for the actual attack and post-attack/recovery phases.

4

133

**FTA Recommended Transit Protective Measures: GREEN**

Low Condition (Green). This condition is declared when there is a low risk of terrorist attacks.

**Measure 1.** Refining and exercising as appropriate preplanned Protective Measures.

**Measure 2.** Ensuring personnel receive proper training on the Homeland Security Advisory System and specific preplanned department or agency Protective Measures.

**Measure 3.** Institutionalizing a process to assure that all facilities and regulated sectors are regularly assessed for vulnerabilities to terrorist attacks, and all reasonable measures are taken to mitigate these vulnerabilities.

**Measure 4.** All contractors and visitors must check or sign in and out of designated facilities or areas within the facility that are considered key command, control or communications centers or areas.

**Measure 5.** Ensure existing security measures are in place and functioning such as fencing, locks, camera surveillance, intruder alarms, and lighting. Identify those additional security measures and resources that can enhance the security at the higher Threat Condition levels, e.g., increased surveillance.

**Measure 6.** Establish local, regional and system-wide threat and warning dissemination process, emergency communications capability, and contact information with law enforcement and security officials, including local FBI Field Offices, first responders, regional and district US DOT and FTA representatives. Emergency communications should have redundancy in both hardware and means to contact security officials, law enforcement agencies, and mobile field command centers.

**Measure 7.** Develop terrorist and security awareness and provide information and educate employees on security standards and procedures. Caution employees not to talk with outsiders concerning their facility or related issues.

**Measure 8.** Advise all personnel at each facility to report the presence of unknown personnel, unidentified vehicles, vehicles operated out of the ordinary, abandoned parcels or packages, and other suspicious activities.

**Measure 9.** Develop procedures for shutting down and evacuation of the facility. Facilities located near critical community assets should be especially vigilant of security measures.

134

**Measure 10.**  Incorporate security awareness and information into public education programs and notifications to emergency response organizations.

**Measure 11.**  Survey surrounding areas to determine those activities that might increase the security risks that could affect the facility, e.g., airports, government buildings, industrial facilities, pipelines, etc.

**Measure 12.**  Ensure contingency and business continuity plans are current and include a response to terrorist threats.

**Measure 13.**  Develop and implement hardware, software, and communications security for computer based operational systems.

135

**FTA Recommended Transit Protective Measures: BLUE**

Guarded Condition (Blue). This condition is declared when there is a general risk of terrorist attacks.

**Measure 14.** Establish liaison with each station or facility served to coordinate measures that may be necessary if the Threat Condition increases.

**Measure 15.** Ensure that a response can be mobilized and review facility security plans and procedures including bomb threat, chemical, biological or radiological threat and evacuation procedures. Ensure plans incorporate EOD and tactical teams as necessary, including accessibility to explosive detection capabilities such as K-9 teams or electronic sniffers.

**Measure 16.** Inspect perimeter fencing and repair all fence breakdowns. In addition, review all outstanding maintenance and capital project work that could affect the security of facilities.

**Measure 17.** Review all operations plans, personnel details, and logistics requirements that pertain to implementing higher Threat Condition levels.

**Measure 18.** Inspect all CCTV/Video Camera/VCR equipment and intercom systems where applicable to ensure equipment is operational.

**Measure 19.** Review and ensure adequacy of personnel and ID issuance and control procedures.

**Measure 20.** Require each visitor to check in at designated facilities or areas within the facility that are consider key command, control or communications centers or areas and verify their identification – be especially alert to repeat visitors or outsiders who have no apparent business at the facility and are asking questions about the facility or related issues including the facility's personnel. Be familiar with vendors who service the facility and investigate changes in vendor personnel.

**Measure 21.** Inspect emergency supplies to ensure equipment is in good working order.

**Measure 22.** Provide the public with any information that would strengthen its ability to act appropriately.

**Measure 23.** At regular intervals, remind all personnel to be suspicious and inquisitive about strangers, particularly those carrying suitcases or other containers. Watch for unidentified vehicles on or in the vicinity of facilities. Watch for abandoned parcels or suitcases and any unusual activity.

Case 1:05-mc-00367-PLF    Document 29-5    Filed 10/07/2006    Page 13 of 15

Case 1:05-mc-00367-PLF    Document 29-5    Filed 10/07/2006    Page 13 of 15

136

FTA Recommended Transit Protective Measures: YELLOW

Elevated Condition (Yellow). An Elevated Condition is declared when there is a significant risk of terrorist attacks.

**Measure 24.** Inform all law enforcement and security officials with an operational need to know of the increased threat. Communicate this information to agency employees who have an operational need to know. Reinforce awareness of responsibilities with employees.

**Measure 25.** Test security and emergency communications procedures and protocols. Post Security Alert if appropriate. Check communications with designated emergency response or command locations.

**Measure 26.** Secure all buildings and storage areas not in regular use. Increase frequency of inspection and patrols within the facility including the interior of buildings and along the facility perimeter. Increase surveillance in areas considered key command, control or communications centers and areas such as truck docks, taxi lanes, parking lots, bridges, tunnels, and interlockings, as applicable.

**Measure 27.** Check designated unmanned and remote sites at more frequent intervals for signs of unauthorized entry, suspicious packages, or unusual activities.

**Measure 28.** Reduce the number of access points for vehicles and personnel to minimum levels and periodically spot check the contents of vehicles at the access points. Be alert to vehicles parked for an unusual length of time in or near a facility.

**Measure 29.** Inspect all mail and packages coming into a facility. Do not open suspicious packages. Review the USPS "Suspicious Mail Alert" and the "Bombs by Mail" publications with all personnel involved in receiving mail and packages.

**Measure 30.** Network with local law enforcement intelligence units, i.e. FBI field offices, and liaison, as appropriate, with other departments.

**Measure 31.** Ensure that personnel with access to building plans and area evacuation plans be available at all times. Personnel should be able to seal off an area immediately. The Director of Safety and Security and staff required to implement security plans should be on call and readily available.

**Measure 32.** Increase security spot checks of vehicles and persons entering facilities.

8

137

**Measure 33.** Review and implement security measures for high-risk personnel, as appropriate.

**Measure 34.** Increase the frequency of warnings by Low Condition (Green) and Guarded Condition (Blue) and inform personnel of additional threat information as available. Implement procedures to provide periodic updates on security measures being implemented.

**Measure 35.** Ensure that a company or facility response can be mobilized appropriate for the increased security level. Review communications procedures and back-up plans with all concerned.

**Measure 36.** Review with all facility employees the operations plans, personnel safety, security details, and logistics requirements that pertain to implementing increased security levels. Review notification/recall lists.

**Measure 37.** Confirm availability of security resources that can assist with 24/7 coverage as applicable.

**Measure 38.** Step up routine checks of unattended vehicles, scrutiny of packages and vehicles, and monitor critical facilities and key infrastructure (e.g., directed patrol checks of hatches, traction power substations, signal equipment, tracks, switches, rail yards and shops, rights-of-way, parking lots, etc.) are properly secured.

**Measure 39.** Limit visitor access to key security areas and confirm that the visitor has a need to be and is expected. All unknown visitors should be escorted while in these areas.

**Measure 40.** Advise local police agencies that the facility is at Elevated Condition (Yellow) and advise the measures being employed. Coordinate emergency plans as appropriate with nearby jurisdictions.

**Measure 41.** Resurvey the surrounding area to determine if activities near the facility could create emergencies and other incidents that could affect the facility, e.g., airports, government buildings, industrial facilities, railroads, other pipelines, etc.

**Measure 42.** Instruct employees working alone at remote locations or on the ROW to check-in on a periodic basis.

**Measure 43.** Check to ensure all emergency telephone, radio, intercom, and satellite communication devices are in place and they are operational.

138

**Measure 44.** Direct all personal, company, and contractor vehicles at the facility are secured by locking the vehicles. Remind Bus drivers to lock vehicles and check vehicles before entering or driving.

**Measure 45.** Interface with vendors and contractors to heighten awareness and report suspicious activity. Post signs or make routine public announcements that emphasize the need for all passengers to closely control baggage and packages to avoid transporting items without their knowledge.

**Measure 46.** Assign canines to visible patrols in stations where applicable.

**Measure 47.** Alert bus and helicopter units, if applicable.

**Measure 48.** Increase special foot patrols, bicycle patrol, and bus and train boardings as appropriate. Use canine patrols if available.

**Measure 49.** Develop and implement a schedule for increasing the frequency of inspection including specific areas and item such as: telephone booths, garbage containers, and all public areas.

**Measure 50.** Assessing whether the precise characteristics of the threat require that further refinement of preplanned Protective Measures.

**Measure 51.** Implementing, as appropriate, contingency and emergency response plans.

**Measure 52.** Keep all personnel involved in implementing antiterrorist contingency plans on call.

**Measure 53.** Secure and regularly inspect all buildings, rooms, and storage areas not in regular use.

**Measure 54.** At the beginning and end of each workday and at other regular and frequent intervals, inspect the interior and exterior of buildings in regular use for suspicious packages.

**Measure 55.** Examine mail (above the regular examination process) for letter or parcel bombs.

**Measure 56.** Check all deliveries to facility and loading docks.

**Measure 57.** Make staff and dependents aware of the general situation in order to stop rumors and prevent unnecessary alarm.

**Measure 58.** At an early stage, inform members of local security committees of actions being taken. Explain reasons for actions.