139

**Measure 59.** Operate random patrols to check vehicles, people, and buildings.

**Measure 60.** Implement additional security measures for high-risk personnel as appropriate.

140

**FTA Recommended Transit Protective Measures: ORANGE**

High Condition (Orange) A High condition is declared when there is a high risk of terrorist attacks.

Measure 61. Move cars and objects (e.g., crates, trash containers) at least 25 meters from buildings (Where possible) particularly highly populated, mission related, or high profile buildings. Consider centralized parking. Move automobiles and other non-stationary items from station and terminal perimeters and other sensitive buildings or areas. Identify areas where explosive devices could be hidden.

Measure 62. Close and lock gates and barriers except those needed for immediate entry and egress. Inspect perimeter fences on a regular basis. Ensure that other security systems are functioning and are available.

Measure 63. Increase security manpower for additional surveillance, to act as a deterrent and prevent unauthorized access to secure areas, deploy specialty/technical resources, and enact local tactical plans, if applicable. The areas recommended for additional patrols should include railroad terminals, on trains and busses, at bus stops, parking areas, loading docks, ticket counters, secure areas, bridges, tunnels and interlockings. Increasing surveillance of critical locations.

Measure 64. Arrange for and deploy plainclothes law enforcement or security officials for surveillance in terminals, stations and other location as appropriate.

Measure 65. Physically inspect visitors and randomly inspect their suitcases, parcels, and other containers.

Measure 66. Continue Low, Guarded and Elevated measures or introduce those that have not already been implemented.

Measure 67. Activate emergency response plans.

Measure 68. Reduce facility access points to the absolute minimum necessary for continued operation. Restrict threatened facility access to essential personnel only.

Measure 69. Advise local police agencies that the facility is at a High Condition (Orange) and advise the measures being employed.

12

141

**Measure 70.** Consult with local authorities about control of public roads and accesses that might make the facility more vulnerable to terrorist attack if they were to remain open. Take additional precautions at public events and possibly consider alternative venues or even cancellation.

**Measure 71.** Erect barriers and obstacles to control direction of traffic flow and protect that terminal, station or other key area/facility from an attack by a parked or moving vehicle – company vehicles may be used for this purpose. Implement centralized parking and shuttle bus service where feasible.

**Measure 72.** Schedule more frequent visits to remote sites and other locations that are potentially impacted.

**Measure 73.** Increase the frequency of call-ins from remote locations. Employees should not work alone in remote areas.

**Measure 74.** Check all security systems such as lighting and intruder alarms to ensure they are functioning. Install additional, temporary lighting if necessary to adequately light all suspect areas or decrease lighting to detract from the area.

**Measure 75.** Identify the owner of all vehicles parked at key command, control, or communications areas or other critical areas/facilities/ and have all vehicles removed which are not identified.

**Measure 76.** Strictly enforce control of entry. Inspect all vehicles entering key areas/facilities including the vehicle's cargo areas, undercarriage, glove boxes, and other areas where dangerous items could be concealed.

**Measure 77.** Limit access to designated facilities to those personnel who have a legitimate and verifiable need to enter the facility. Implement positive identification of all personnel – no exceptions. Evacuate all non-essential personnel.

**Measure 78.** Implement frequent inspection of key areas or facilities including the exterior and roof of all buildings and parking areas. Increase patrolling at night and ensure all vulnerable critical points are fully illuminated and secure.

**Measure 79.** If threat is region specific, alert connecting region(s) of potential need for additional manpower and/or equipment; commanding officers of connecting region(s).

**Measure 80.** Review procedures and make necessary preparations to establish Command Center(s) where applicable; make necessary preparations to

13

142

    dispatch Mobile Command Centers and/or Air Wings in the event of an actual emergency; prepare to initiate an incident command system or similar incident management structure for organizing the response to emergencies. Prepare to execute contingency procedures, such as moving to an alternate site or dispersing the workforce.

**Measure 81.** Disable all baggage lockers where applicable.

**Measure 82.** Restrict access to boarding areas to ticketed passengers only.

**Measure 83.** Coordinate necessary security efforts with Federal, State, and local law enforcement agencies or any National Guard or other appropriate armed forces organizations.

**Measure 84.** Keep all personnel responsible for implementing antiterrorist plans on call.

**Measure 85.** Enforce centralized parking of vehicles away from buildings.

**Measure 86.** Increase patrolling of the facilities.

**Measure 87.** Protect all designated vulnerable points.

143

### FTA Recommended Transit Protective Measures: RED

Severe Condition (Red). A Severe Condition reflects a severe risk of terrorist attacks.

**Measure 88.** Increase security patrol activity to the maximum level sustainable. Increase perimeter patrols and inspections of facility.

**Measure 89.** Cancel or delay all non-vital facility work conducted by contractors, or continuously monitor their work with company personnel as applicable.

**Measure 90.** Continue all Low, Guarded, Elevated and High Condition measures or introduce those that have not already been implemented.

**Measure 91.** Implement emergency and continuity plans as appropriate. Reduce restricted area access points to an operational minimum.

**Measure 92.** Augment security forces to ensure absolute control of key command, control or communications centers or areas and other potential target areas. Establish surveillance points and reporting criteria and procedures.

**Measure 93.** Limit schedule or routing.

**Measure 94.** Remove unattended, unauthorized vehicles parked within 300 feet of a terminal building or station where passengers load or unload.

**Measure 95.** Increase or redirect personnel to address critical emergency needs.

**Measure 96.** Assign emergency response personnel and pre-position and mobilize specially trained teams or resources.

**Measure 97.** Monitor, redirect, or constrain transportation systems.

**Measure 98.** Close public and government facilities.

**Measure 99.** Identify all vehicles within operational or mission support areas.

**Measure 100.** Search all vehicles and their contents before allowing entrance to facilities.

**Measure 101.** Control access and implement positive identification of all personnel.

**Measure 102.** Search all suitcases, briefcases, packages, etc., brought into the facility.

144

**Measure 103.** Frequent checks of building exteriors and parking areas.

**Measure 104.** Minimize all administrative journeys and visits.

**Measure 105.** Coordinate the possible closing of public roads and facilities with local authorities.

145

### FTA Recommended Transit Activities: BLACK

A Black (Attack) condition means that a terrorist attack has occurred.

**Measure 106.** Activate Immediate Action Drills (IAD) and Emergency Responses to a Terrorist Attack (there are 10 essential IAD's)

**Measure 107.** Report the attack immediately to all emergency response organizations

**Measure 108.** Provide for security of the site and other transit system assets during the emergency and be alert to possible secondary attacks.

**Measure 109.** Assist response to any Casualties

**Measure 110.** Activate measures to Mitigate the effects of the Attack

**Measure 111.** Assess immediately impact of the attack on transit service and facilities and adjust or terminate services as required.

**Measure 112.** Advise FTA and FBI immediately of all know information regarding the nature of the attack so that FTA, FBI and others may immediately disseminate that information to other transit properties nationwide.

**Measure 113.** Provide Internal and Public Information asap

**Measure 114.** Designate the Incident Commander and Activate Transit Emergency Response (or Operations) Center and/or dispatch representatives to appropriate Emergency Operations Centers

**Measure 115.** Mobilize and provide transit assets (communications links, equipment, facilities and personnel) in support of the overall incident response effort.

**Measure 116.** Identify Attackers for Responders if witnesses and/or surveillance can provide timely and relevant information

**Measure 117.** Activate "on-call" external contractors or other special support as required

146

### FTA Recommended Transit Activities: PURPLE

A Purple condition designates business recovery activities after an attack.

**Measure 118.** Activate (or hastily develop) Business Recovery Plan

**Measure 119.** Restore Transit System capabilities

**Measure 120.** Restore the Scene of Attack to functionality

**Measure 121.** Guard against secondary Attacks

**Measure 122.** Evaluate why Attack succeeded and update Threat and Vulnerability Analysis

**Measure 123.** Identify and implement corrective measures

**Measure 124.** Restore Public confidence by announcing new measures

**Measure 125.** Return to an appropriate preventative level of GREEN thru RED

**Measure 126.** Coordinate funding and other needs for transit system restoration with FTA

**Measure 127.** Identify Short and Long Term Capital replacement needs, develop plans and detailed designs

**Measure 128.** Complete an After Action report

147

○

Confidential Investigative<br>
and Settlement Communication<br>
Disclosure Restricted to<br>
<u>Head of Designated Federal Entity</u><br>
<u>Pursuant to 5 U.S.C. App. 3 § 8G(d)</u>

## INDEX TO RESPONDENTS' PRODUCTIONS[1]

(Draft as of October 19, 2005, to be updated as production proceeds.)

| NECMSC PRODUCTION ||||
|---|---|---|---|
| Date Produced | Production Numbers | File Description | Applicable Subpoena Requests |
| 6/24/05 | NEC0000001-NEC0226982 | Paper-based periodic inspection reports (DIRs) through approximately April 1, 2003, as retrieved from the Iron Mountain off-site storage facility.<br><br>They are not actively maintained or used in NeCMSC's usual course of business, and were produced in the order received from the off-site storage facility. | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 7/1/05 | NEC0226983-NEC0227436 | Corrective Work Orders. | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 7/1/05 | NEC0227437-NEC0227486 | Knorr Life Cycle Contract. | Request No. 1. |
| 7/1/05 | NEC0227487-NEC0375599 | NeCMSC server-based DIRs | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 7/5/05 | NEC0375600-NEC0520061 | NeCMSC server-based DIRs | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |

---

[1] This index is produced as part of an offer to compromise the parties' claims and as part of compromise negotiations. Respondents reserve all rights and do not waive their objections to, among other things, the Subpoenas' instructions, scope, burdensomeness, and vagueness. Thus, the fact that a particular Subpoena request is identified here is not a concession that the referenced files contain any evidence of a cracked or broken spoke in, or any other problem with, trailer car friction brakes. A file could be responsive, for example, because the absence of any reference to disc spoke problems demonstrates that Respondents did not have "notice" of any such problem.

EXHIBIT 68

| **NeCMSC PRODUCTION** |
| --- | --- | --- | --- |
| Date Produced | Production Numbers | File Description | Applicable Subpoena Requests |
| 7/22/05 | NEC0520062-NEC0542348 | NeCMSC server-based DIRs | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 8/17/05 | NEC0542349-NEC0542636 | Additional Corrective Work Orders inadvertently omitted on 7/1/05. | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 8/17/05 | NEC0542637-NEC0544437 | Records maintained by the Purchasing Department. | Request Nos. 1, 5, 6, 7, 10 and 12. |
| 8/17/05 | NEC0544438-NEC0544921 | Records maintained by Greg Topf, NeCMSC's Director of Business Administration. | Request Nos. 4, 5, 6, 7, 8, 10, 12 and OIG's request for "notice" documents. |
| 8/17/05 | NEC0544922-NEC0557011 | Binders maintained by the Engineering Department. | Request Nos. 2, 7, 10 and 12. |
| 8/17/05 | NEC0557012-NEC0557031 | Records maintained by the Purchasing Department. | Request Nos. 1, 5, 6, 7, 10 and 12. |
| 8/17/05 | NEC0557032-NEC0563261 | Paper-based (pre-April 2003) DIRs which were inadvertently omitted from the 6/24/05 production. | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |
| 8/17/05 | NEC0563262-NEC0563613 | Shipping/receiving documents. | Request Nos. 5, 6, and 7. |
| 8/17/05 | NEC0563614-NEC0581671 | Records maintained in the Main Office. | Request Nos. 4, 5, 6, 7, 8, 10, 12 and OIG's request for "notice" documents. |
| 8/17/05 | NEC0581672-NEC0582107 | Records maintained by Pierre Hebert, president of NeCMSC. | Request Nos. 4, 5, 6, 7, 8, 10, 12 and OIG's request for "notice" documents. |
| 8/17/05 | NEC0582108-NEC0582279 | Records maintained by NeCMSC's wheel specialist, Sarabpreet Bumra (now an Amtrak employee). | Request Nos. 4, 5, 6, 7, 8, 10, 12 and OIG's request for "notice" documents. |
| 8/17/05 | NEC0582280-NEC0602713 | Records maintained in the trainset inspection/maintenance area. | Request Nos. 2, 4, 5, 6, 7, 10, 11, 12 and OIG's request for "notice" documents. |
| 10/12/05 | NEC0602714-NEC0917575 | Re-production of Inspection Records maintained on the NeCMSC servers (previously produced on July 1, 5 and 22, | Request Nos. 4, 5, 6, 7, 10 and 12, and OIG's request for "notice" documents. |

| \<NECMSC PRODUCTION\> | | | |
|---|---|---|---|
| Date Produced | Production Numbers | File Description | Applicable Subpoena Requests |
| | | 2005, as NEC0227487-NEC0542348). | |
| 10/18/05 | NEC0917576-NEC0917599 | Records maintained by the Purchasing Department, inadvertently omitted from 8/17/05 production. | Request Nos. 1, 5, 6, 7, 10 and 12. |

| \<BOMBARDIER PRODUCTION\> | | | |
|---|---|---|---|
| Date Produced | Bates Range | Description in Cover Letter | Correlation to Subpoena Requests |
| 6/20/05 | BBD0000001-BBD0000949 | Knorr Subcontract | Request No. 1. |
| 6/23/05 | BBD0000950-BBD0001264 | ORX Subcontract | Request No. 1. |
| 6/24/05 | BBD0001265-BBD0001820 | Amtrak/Bombardier Settlement Agreement (with exhibits) dated March 16, 2004. | Request No. 1. |
| 7/1/05 | BBD0001821-BBD0010004 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/6/05 | BBD0010005-BBD0023761 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/12/05 | BBD0023762-BBD0036785 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/19/05 | BBD0036786-BBD0046488 | Purchasing Department materials, including purchase orders and related materials. | Request Nos. 1, 5, 6, 7, 8, 10 and 12. |

| BOMBARDIER PRODUCTION |
|---|---|---|---|
| Date Produced | Bates Range | Description in Cover Letter | Correlation to Subpoena Requests |
| 7/28/05 | BBD0046489-BBD0088305 | Knorr Correspondence File. | Request Nos. 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 8/12/05 | BBD0088306-BBD0097938 | Quality Assurance documents. | Request Nos. 7, 10, 11 and 12 and OIG's request for "notice" documents. |
| 8/28/05 | BBD0097939-BBD0098387 | Modification Notices. | Request Nos. 4, 5, 6, 7, 10, 12 and OIG's request for "notice" documents. |
|  | BBD0098388-BBD0100395 | Records maintained by Arthur Stanger, a customer service manager on-site at the Ivy City facility. | Request Nos. 4, 5, 6, 7, 10, 12 and OIG's request for "notice" documents. |
|  | BBD0100396-BBD0100619 | Shipping and receiving files from the customer service trailer at the Ivy City facility. | Request Nos. 5, 6 and 7. |
| 9/2/05 | BBD0100620-BBD0103218 | ORX correspondence file. | Request Nos. 4, 5, 6, 7, 8, 10, 12, 13 and OIG's request for "notice" documents. |
| 9/2/05 | BBD0103219-BBD0147675 | Denis Oakes personal files (paper). | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 9/30/05 | BBD0147676-BBD0161621 | Paper documents maintained by Sylvain Labbé at the Ivy City facility. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 9/30/05 | BBD0161622-BBD0161690 | Customer Service Department documents at the Ivy City facility. | Request Nos. 2, 4, 5, 6, 7, 8, 10 and 12 and OIG's request for "notice" documents. |
| 9/30/05 | BBD0161691-BBD0166940 | Bombardier's Reliability, Availability and Maintenance Group documents. | Request Nos. 2, 4, 5, 6, 7, 8, 10 and 12 and OIG's request for "notice" documents. |
| 10/13/05 | BBD0166941-BBD0206884 | Brake-related emails sorted chronologically from Mr. Labbé's Microsoft Outlook application. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 10/18/05 | BBD0206885-BBD0234748 | Acela brake-related files (other than emails) from Mr. Labbé's hard drive. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |



**Pillsbury
Winthrop
Shaw
Pittman**

1540 Broadway
New York, NY 10036-4039

Tel 212.858.1000
Fax 212.858.1500
www.pillsburylaw.com

**CONFIDENTIAL INVESTIGATIVE COMMUNICATION
DISCLOSURE RESTRICTED TO HEAD OF DESIGNATED
FEDERAL ENTITY PURSUANT TO 5 U.S.C. APP. 3 § 8G(d)**

October 21, 2005

Eric Fishman
Phone: 212.858.1745
Eric.fishman@pillsburylaw.com

<u>Via Federal Express</u>

Colin C. Carriere, Esq.
Counsel to the Inspector General
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E.
Suite 3E-400
Washington, D.C. 20002

> Re:  Subpoena Issued by the Office of Inspector General to Bombardier Inc.,
>      <u>dated May 4, 2005, No. 05-05 (the "Subpoena")</u>

Dear Mr. Carriere:

On October 18, 2005, Bombardier Inc. produced certain Acela brake-related electronic documents (other than emails) maintained by Sylvain Labbé (Production Nos. BBD0206885 - BBD0234748).

Yesterday, we learned that a very small proportion of the electronic images in that production were corrupted due to a software glitch. Accordingly, we enclose a new set CDs bearing the same production numbers (BBD0206885 - BBD0234748), containing the identical documents and correcting the corrupted images.

Please do not hesitate to contact the undersigned if you have any questions.

Sincerely,

Eric Fishman

Enclosures

cc:   Marc-Andre Raymond (w/o attachments)

EXHIBIT
69

300194503v1



Pillsbury
Winthrop
Shaw
Pittman LLP

1540 Broadway
New York, NY 10036-4039

Tel 212.858.1000
Fax 212.858.1500
www.pillsburylaw.com

**CONFIDENTIAL INVESTIGATIVE COMMUNICATION
DISCLOSURE RESTRICTED TO HEAD OF DESIGNATED
FEDERAL ENTITY PURSUANT TO 5 U.S.C. APP. 3 § 8G(d)**

October 21, 2005

Eric Fishman
Phone: 212.858.1745
eric.fishman@pillsburylaw.com

Via Federal Express

Colin C. Carriere, Esq.
Counsel to the Inspector General
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E.
Suite 3E-400
Washington, D.C. 20002

Re: Subpoena Issued by the Office of Inspector General to Bombardier Inc., dated May 4, 2005, No. 05-05 (the "Subpoena")

Dear Mr. Carriere:

As noted in Philip Douglas' letters dated October 13 and 18, 2005, Bombardier Inc. has completed its review of electronic documents maintained by brake specialist Sylvain Labbé, who performed brake-related services on the Acela project for both Bombardier and NeCMSC.

Based on that review, Bombardier is hereby producing Acela brake-related emails from Mr. Labbé's Lotus Notes application (Production Nos. BBD0234749 - BBD0334505), sorted chronologically.

Please do not hesitate to contact the undersigned if you have any questions.

Sincerely,

Eric Fishman

Enclosures

cc: Marc-Andre Raymond (w/o attachments)

EXHIBIT 70

COPY

300194389v2