| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 77. | BBD0195905 | BBD0195905 | |
| 78. | BBD0195906 | BBD0195910 | |
| 79. | BBD0195912 | BBD0195915 | |
| 80. | BBD0195916 | BBD0195919 | |
| 81. | BBD0195920 | BBD0195921 | |
| 82. | BBD0195922 | BBD0195922 | |
| 83. | BBD0195924 | BBD0195925 | |
| 84. | BBD0196010 | BBD0196010 | |
| 85. | BBD0196011 | BBD0196012 | |
| 86. | BBD0196013 | BBD0196017 | |
| 87. | BBD0196021 | BBD0196023 | |
| 88. | BBD0196055 | BBD0196059 | |
| 89. | BBD0196060 | BBD0196064 | |
| 90. | BBD0196065 | BBD0196066 | |
| 91. | BBD0196118 | BBD0196118 | |
| 92. | BBD0196128 | BBD0196129 | |
| 93. | BBD0196356 | BBD0196363 | |
| 94. | BBD0196577 | BBD0196578 | |
| 95. | BBD0197244 | BBD0197254 | |
| 96. | BBD0197817 | BBD0197879 | |
| 97. | BBD0198151 | BBD0198255 | |
| 98. | BBD0198527 | BBD0198631 | |
| 99. | BBD0198747 | BBD0198851 | |
| 100. | BBD0199030 | BBD0199056 | |
| 101. | BBD0199093 | BBD0199197 | |
| 102. | BBD0199400 | BBD0199441 | |
| 103. | BBD0199443 | BBD0199458 | |
| 104. | BBD0199460 | BBD0199514 | |
| 105. | BBD0199516 | BBD0199520 | |
| 106. | BBD0199521 | BBD0199560 | |
| 107. | BBD0199595 | BBD0199652 | |
| 108. | BBD0199671 | BBD0199676 | |
| 109. | BBD0199715 | BBD0199737 | |
| 110. | BBD0199746 | BBD0199746 | |
| 111. | BBD0200233 | BBD0200242 | |
| 112. | BBD0200277 | BBD0200327 | |
| 113. | BBD0200328 | BBD0200365 | |
| 114. | BBD0200374 | BBD0200375 | |
| 115. | BBD0200421 | BBD0200422 | |
| 116. | BBD0200425 | BBD0200475 | |
| 117. | BBD0200476 | BBD0200513 | |
| 118. | BBD0200548 | BBD0200557 | |
| 119. | BBD0200559 | BBD0200568 | |
| 120. | BBD0200570 | BBD0200575 | |
| 121. | BBD0200582 | BBD0200591 | |
| 122. | BBD0201773 | BBD0201774 | |
| 123. | BBD0201788 | BBD0201789 | |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 124. | BBD0201790 | BBD0201806 | |
| 125. | BBD0201828 | BBD0201828 | |
| 126. | BBD0201830 | BBD0201831 | |
| 127. | BBD0201877 | BBD0201878 | |
| 128. | BBD0201879 | BBD0201897 | |
| 129. | BBD0201943 | BBD0201963 | |
| 130. | BBD0202093 | BBD0202098 | |
| 131. | BBD0202104 | BBD0202110 | |
| 132. | BBD0203749 | BBD0203779 | |
| 133. | BBD0203991 | BBD0204021 | |
| 134. | BBD0204095 | BBD0204157 | |
| 135. | BBD0204303 | BBD0204410 | |
| 136. | BBD0204411 | BBD0204414 | |
| 137. | BBD0204415 | BBD0204416 | |
| 138. | BBD0204460 | BBD0204472 | |
| 139. | BBD0204499 | BBD0204500 | |
| 140. | BBD0205898 | BBD0205901 | |
| 141. | BBD0205902 | BBD0205905 | |
| 142. | BBD0205906 | BBD0205909 | |
| 143. | BBD0205928 | BBD0205961 | |
| 144. | BBD0206077 | BBD0206080 | |
| 145. | BBD0206086 | BBD0206089 | |
| 146. | BBD0206325 | BBD0206328 | |
| 147. | BBD0206329 | BBD0206329 | |
| 148. | BBD0206330 | BBD0206330 | |
| 149. | BBD0206331 | BBD0206336 | |
| 150. | BBD0206337 | BBD0206337 | |
| 151. | BBD0206343 | BBD0206368 | |
| 152. | BBD0206369 | BBD0206405 | |
| 153. | BBD0206550 | BBD0206801 | |
| 154. | BBD0206842 | BBD0206870 | |
| 155. | BBD0206880 | BBD0206884 | |
| 156. | BBD0208877 | BBD0208922 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002 |
| 157. | BBD0208923 | BBD0208968 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 158. | BBD0208974 | BBD0208975 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 159. | BBD0208976 | BBD0208978 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 160. | BBD0208979 | BBD0208981 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002 |
| 161. | BBD0208982 | BBD0208983 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 162. | BBD0208986 | BBD0208988 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 163. | BBD0208989 | BBD0208990 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report 08122002\me-ts16-08012002.zip |
| 164. | BBD0208991 | BBD0208992 | NEC\Bombardier\Customer Service\TS16_PCAll Brake fault report |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| | | | _08122002 |
| 165. | BBD0209060 | BBD0209063 | NEC\Bombardier\Letter |
| 166. | BBD0209098 | BBD0209099 | NEC\Bombardier\Letter |
| 167. | BBD0209279 | BBD0209284 | NEC\Bombardier\Letter |
| 168. | BBD0209296 | BBD0209301 | NEC\Bombardier\Letter |
| 169. | BBD0209654 | BBD0209656 | NEC\Bombardier\Letter |
| 170. | BBD0209740 | BBD0209761 | NEC\Bombardier\Letter |
| 171. | BBD0209779 | BBD0209781 | NEC\Bombardier\Letter |
| 172. | BBD0209808 | BBD0209809 | NEC\Bombardier\Letter |
| 173. | BBD0209810 | BBD0209814 | NEC\Bombardier\Letter |
| 174. | BBD0209815 | BBD0209818 | NEC\Bombardier\Letter |
| 175. | BBD0209823 | BBD0209830 | NEC\Bombardier\Letter |
| 176. | BBD0211237 | BBD0211252 | NEC\Bombardier\MFET |
| 177. | BBD0211284 | BBD0211299 | NEC\Bombardier\MFET |
| 178. | BBD0211333 | BBD0211363 | NEC\Bombardier\MFET |
| 179. | BBD0211366 | BBD0211396 | NEC\Bombardier\MFET |
| 180. | BBD0211525 | BBD0211534 | NEC\Bombardier\Open Item List (OIL) |
| 181. | BBD0211556 | BBD0211567 | NEC\Bombardier\RMM |
| 182. | BBD0211573 | BBD0211887 | NEC\Bombardier\RMM |
| 183. | BBD0211901 | BBD0211901 | NEC\Bombardier\RMM\RMM Comments\DBU Silent bolts 10005 10006 |
| 184. | BBD0211905 | BBD0211910 | NEC\Bombardier\RMM\RMM Comments\TC Disc replacement 10043 |
| 185. | BBD0211980 | BBD0211987 | NEC\Bombardier\RMM\RMM Comments\PB Manual Release Override 10262 10263 |
| 186. | BBD0212028 | BBD0212042 | NEC\Bombardier\RMM\RMM Comments\PC Truck removal |
| 187. | BBD0212066 | BBD0212139 | NEC\Bombardier\RMM\RMMTS_II |
| 188. | BBD0212140 | BBD0213446 | NEC\Bombardier\RMM\RMMTS_II |
| 189. | BBD0213447 | BBD0213508 | NEC\Bombardier\RMM\RMMTS_II |
| 190. | BBD0213509 | BBD0213544 | NEC\Bombardier\RMM\RMMTS_II |
| 191. | BBD0213545 | BBD0216679 | NEC\Bombardier\RMM\RMMTS_II |
| 192. | BBD0218482 | BBD0218485 | NEC\Knorr\Brake Pad |
| 193. | BBD0218496 | BBD0218562 | NEC\Knorr\Brake Pad |
| 194. | BBD0218591 | BBD0218591 | NEC\Knorr\Friction Brake Disc\Magnetic Base\Magnetic Base Third generation |
| 195. | BBD0218592 | BBD0218592 | NEC\Knorr\Friction Brake Disc\Magnetic Base\Magnetic Base Third generation |
| 196. | BBD0218593 | BBD0218593 | NEC\Knorr\Friction Brake Disc\Magnetic Base\Magnetic Base Third generation |
| 197. | BBD0218647 | BBD0218653 | NEC\Knorr\Friction Brake Disc\Spoke |
| 198. | BBD0218654 | BBD0218657 | NEC\Knorr\Friction Brake Disc\Spoke |
| 199. | BBD0218658 | BBD0218662 | NEC\Knorr\Friction Brake Disc\Spoke |
| 200. | BBD0218663 | BBD0218665 | NEC\Knorr\Friction Brake Disc\Disc Tracking |
| 201. | BBD0218666 | BBD0218666 | NEC\Knorr\Friction Brake Disc\Spoke |
| 202. | BBD0218668 | BBD0218677 | NEC\Knorr\Friction Brake Disc\Magnetic Base |
| 203. | BBD0218678 | BBD0218678 | NEC\Knorr\Friction Brake Disc\Monoblock Disc\TS 3 Coach 3520 Axle 3R |
| 204. | BBD0218679 | BBD0218679 | NEC\Knorr\Friction Brake Disc\Monoblock Disc\TS 3 Coach 3520 Axle 3R |
| 205. | BBD0218680 | BBD0218684 | NEC\Knorr\Friction Brake Disc\Disc Tracking |
| 206. | BBD0218685 | BBD0218689 | NEC\Knorr\Friction Brake Disc\Disc Tracking |
| 207. | BBD0218693 | BBD0218699 | NEC\Knorr\Friction Brake Disc\Disc Tracking |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 208. | BBD0218708 | BBD0218708 | NEC\Knorr\Friction Brake Disc\Cheek Disc\Heat check mark\Cheek cracks.zip |
| 209. | BBD0218710 | BBD0218710 | NEC\Knorr\Friction Brake Disc\Cheek Disc\Heat check mark\Cheek cracks.zip |
| 210. | BBD0218712 | BBD0218712 | NEC\Knorr\Friction Brake Disc\Cheek Disc\Heat check mark\Cheek cracks.zip |
| 211. | BBD0218714 | BBD0218714 | NEC\Knorr\Friction Brake Disc\Cheek Disc\Heat check mark\Cheek cracks.zip |
| 212. | BBD0218761 | BBD0218768 | NEC\Knorr\Friction Brake Disc\Spoke |
| 213. | BBD0218769 | BBD0218773 | NEC\Knorr\Friction Brake Disc\Disc Tracking |
| 214. | BBD0218830 | BBD0218832 | NEC\Knorr\Friction Brake Disc\Monoblock Disc\Crack disc |
| 215. | BBD0219038 | BBD0219043 | NEC\Knorr\Letter_Knorr |
| 216. | BBD0219272 | BBD0219475 | NEC\Knorr\Letter_Knorr\kbbo 3274 Sub_9_28_04 KB3274 SRS.zip |
| 217. | BBD0219546 | BBD0219554 | NEC\Knorr\Letter_Knorr\Open letters |
| 218. | BBD0219555 | BBD0219562 | NEC\Knorr\Letter_Knorr\Open letters |
| 219. | BBD0219563 | BBD0219583 | NEC\Knorr\Letter_Knorr\Open letters |
| 220. | BBD0219584 | BBD0219591 | NEC\Knorr\Letter_Knorr\Open letters |
| 221. | BBD0219592 | BBD0219593 | NEC\Knorr\Letter_Knorr\Open letters |
| 222. | BBD0219649 | BBD0219699 | NEC\Knorr\procedure |
| 223. | BBD0219709 | BBD0219746 | NEC\Knorr\procedure |
| 224. | BBD0219756 | BBD0219765 | NEC\Knorr\procedure |
| 225. | BBD0219968 | BBD0220030 | NEC\Knorr\procedure |
| 226. | BBD0220086 | BBD0220115 | NEC\Knorr\Service Bulletin (SBU) |
| 227. | BBD0220116 | BBD0220140 | NEC\Knorr\Service Bulletin (SBU) |
| 228. | BBD0220155 | BBD0220184 | NEC\Knorr\Service Bulletin (SBU) |
| 229. | BBD0220185 | BBD0220211 | NEC\Knorr\Service Bulletin (SBU) |
| 230. | BBD0220228 | BBD0220258 | NEC\Knorr\Service Bulletin (SBU)\SBU 123a Rev 5 Disc Inspection KBBO-3257.zip |
| 231. | BBD0220266 | BBD0220296 | NEC\Knorr\Service Bulletin (SBU)\SBU 123c Disc Inspection KB-3300.zip |
| 232. | BBD0220297 | BBD0220327 | NEC\Knorr\Service Bulletin (SBU) |
| 233. | BBD0220328 | BBD0220329 | NEC\Knorr\Service Bulletin (SBU) |
| 234. | BBD0220389 | BBD0220507 | NEC\presentation 7-96 |
| 235. | BBD0220895 | BBD0221010 | Washington_DC\Brake Class\Mgu017 Friction Brakes\MGU 017 PDF |
| 236. | BBD0221128 | BBD0221231 | Washington_DC\Brake Class\Mgu017 Friction Brakes\MGU 017 PDF |
| 237. | BBD0221250 | BBD0221266 | Washington_DC\Brake Class\Mgu017 Friction Brakes\MGU 017 FM, Word |
| 238. | BBD0221327 | BBD0221343 | Washington_DC\Brake Class\Mgu017 Friction Brakes\MGU 017 FM, Word |
| 239. | BBD0221548 | BBD0221549 | Washington_DC\FAR |
| 240. | BBD0221550 | BBD0221550 | Washington_DC\FAR |
| 241. | BBD0221551 | BBD0221570 | Washington_DC\Investigation Status |
| 242. | BBD0221597 | BBD0221599 | Washington_DC\Letter |
| 243. | BBD0221655 | BBD0221662 | Washington_DC\Letter |
| 244. | BBD0221663 | BBD0221674 | Washington_DC\Letter |
| 245. | BBD0221693 | BBD0221696 | Washington_DC\Letter |
| 246. | BBD0221718 | BBD0221729 | Washington_DC\Letter |
| 247. | BBD0221739 | BBD0221741 | Washington_DC\Letter |
| 248. | BBD0221759 | BBD0221761 | Washington_DC\Letter |
| 249. | BBD0221765 | BBD0221766 | Washington_DC\Letter |
| 250. | BBD0221856 | BBD0221891 | Washington_DC\NEC_MSC |
| 251. | BBD0223050 | BBD0223696 | Washington_DC\NEC_MSC\Engineering Meeting Report |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 252. | BBD0225065 | BBD0225072 | Washington_DC\NEC_MSC\Engineering Meeting Report |
| 253. | BBD0225085 | BBD0225086 | Washington_DC\NEC_MSC\Preventive Maintenance\10000 |
| 254. | BBD0225116 | BBD0225118 | Washington_DC\NEC_MSC\Preventive Maintenance\10000 |
| 255. | BBD0225119 | BBD0225121 | Washington_DC\NEC_MSC\Preventive Maintenance\ANNUAL INSPECTION |
| 256. | BBD0225124 | BBD0225126 | Washington_DC\NEC_MSC\Preventive Maintenance\10000 |
| 257. | BBD0225127 | BBD0225129 | Washington_DC\NEC_MSC\Preventive Maintenance\ANNUAL INSPECTION |
| 258. | BBD0225276 | BBD0225276 | Washington_DC\NEC_MSC\Preventive Maintenance\10000 |
| 259. | BBD0225277 | BBD0225277 | Washington_DC\NEC_MSC\Preventive Maintenance\ANNUAL INSPECTION |
| 260. | BBD0225278 | BBD0225278 | Washington_DC\NEC_MSC\Preventive Maintenance\10000 |
| 261. | BBD0225279 | BBD0225279 | Washington_DC\NEC_MSC\Preventive Maintenance\ANNUAL INSPECTION |
| 262. | BBD0225568 | BBD0225568 | Washington_DC\NEC_MSC\Preventive Maintenance\2000 |
| 263. | BBD0225569 | BBD0225569 | Washington_DC\NEC_MSC\Preventive Maintenance\ANNUAL INSPECTION |
| 264. | BBD0226061 | BBD0226063 | Washington_DC\NEC_MSC\Preventive Maintenance\7000 |
| 265. | BBD0226075 | BBD0226076 | Washington_DC\NEC_MSC\Preventive Maintenance\7000 |
| 266. | BBD0226723 | BBD0226749 | Washington_DC\NEC_MSC\Preventive Maintenance |
| 267. | BBD0226834 | BBD0226862 | Washington_DC\NEC_MSC\QPG |
| 268. | BBD0226872 | BBD0226873 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 269. | BBD0226874 | BBD0226876 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 270. | BBD0226877 | BBD0226879 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 271. | BBD0226924 | BBD0226938 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 272. | BBD0226952 | BBD0226952 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 273. | BBD0226953 | BBD0226953 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 274. | BBD0226954 | BBD0226967 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 275. | BBD0226968 | BBD0226968 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 276. | BBD0226981 | BBD0226982 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 277. | BBD0227021 | BBD0227045 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 278. | BBD0227064 | BBD0227088 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 279. | BBD0227089 | BBD0227113 | Washington_DC\NEC_MSC\Technical Bulletin Notice |
| 280. | BBD0227200 | BBD0227279 | Washington_DC\Overhaul |
| 281. | BBD0227280 | BBD0227311 | Washington_DC\Overhaul |
| 282. | BBD0227312 | BBD0227323 | Washington_DC\Overhaul |
| 283. | BBD0227342 | BBD0227347 | Washington_DC\Overhaul |
| 284. | BBD0227348 | BBD0227411 | Washington_DC\Overhaul |
| 285. | BBD0227412 | BBD0227429 | Washington_DC\Overhaul |
| 286. | BBD0228615 | BBD0228637 | Washington_DC\Overhaul |
| 287. | BBD0228659 | BBD0228683 | Washington_DC\Overhaul |
| 288. | BBD0228684 | BBD0228774 | Washington_DC\Overhaul |
| 289. | BBD0228881 | BBD0228896 | Washington_DC\Overhaul\material |
| 290. | BBD0229013 | BBD0229021 | Washington_DC\Overhaul\Old MRA_0027 |
| 291. | BBD0229022 | BBD0229133 | Washington_DC\Overhaul\Old MRA_0027 |
| 292. | BBD0229134 | BBD0229168 | Washington_DC\Overhaul\Old MRA_0027 |
| 293. | BBD0229169 | BBD0229203 | Washington_DC\Overhaul\Old MRA_0027 |
| 294. | BBD0229204 | BBD0229272 | Washington_DC\Overhaul\Old MRA_0027 |
| 295. | BBD0229273 | BBD0229341 | Washington_DC\Overhaul\Old MRA_0027 |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 296. | BBD0229342 | BBD0229484 | Washington_DC\Overhaul\Old MRA_0027 |
| 297. | BBD0229485 | BBD0229651 | Washington_DC\Overhaul\Old MRA_0027 |
| 298. | BBD0229652 | BBD0229829 | Washington_DC\Overhaul\Old MRA_0027 |
| 299. | BBD0229830 | BBD0230018 | Washington_DC\Overhaul\Old MRA_0027 |
| 300. | BBD0230019 | BBD0230214 | Washington_DC\Overhaul\Old MRA_0027 |
| 301. | BBD0230215 | BBD0230410 | Washington_DC\Overhaul\Old MRA_0027 |
| 302. | BBD0230411 | BBD0230606 | Washington_DC\Overhaul\Old MRA_0027 |
| 303. | BBD0230607 | BBD0230822 | Washington_DC\Overhaul\Old MRA_0027 |
| 304. | BBD0230823 | BBD0231018 | Washington_DC\Overhaul\Old MRA_0027 |
| 305. | BBD0231019 | BBD0231215 | Washington_DC\Overhaul\Old MRA_0027 |
| 306. | BBD0231216 | BBD0231423 | Washington_DC\Overhaul\Old MRA_0027 |
| 307. | BBD0231471 | BBD0231478 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 308. | BBD0231479 | BBD0231479 | Washington_DC\Overhaul\Remove and Replace Procedures\PDF Control Sheets |
| 309. | BBD0231480 | BBD0231480 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 310. | BBD0231481 | BBD0231489 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 311. | BBD0231495 | BBD0231502 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 312. | BBD0231503 | BBD0231512 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 313. | BBD0231516 | BBD0231522 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 314. | BBD0231703 | BBD0231714 | Washington_DC\Overhaul\Remove and Replace Procedures\Pdf Overhaul Proc |
| 315. | BBD0231715 | BBD0231726 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 316. | BBD0231828 | BBD0231833 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 317. | BBD0231834 | BBD0231838 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 318. | BBD0231839 | BBD0231849 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 319. | BBD0231868 | BBD0231878 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 320. | BBD0231991 | BBD0231997 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 321. | BBD0232008 | BBD0232020 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 322. | BBD0232065 | BBD0232085 | Washington_DC\Overhaul\Remove and Replace Procedures\Released Procedures |
| 323. | BBD0232350 | BBD0232382 | Washington_DC\Overhaul\Remove and Replace Procedures\Master Overhaul Procedures |
| 324. | BBD0232393 | BBD0232407 | Washington_DC\Overhaul\Remove and Replace Procedures\Master Overhaul Procedures |
| 325. | BBD0232415 | BBD0232415 | Washington_DC\Overhaul\Remove and Replace Procedures\Procedures for approval\Procedures for SLab |
| 326. | BBD0232598 | BBD0232598 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 327. | BBD0232617 | BBD0232618 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| | | | Scorring Investigation |
| 328. | BBD0232619 | BBD0232624 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 329. | BBD0232625 | BBD0232632 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 330. | BBD0232633 | BBD0232655 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 331. | BBD0232656 | BBD0232679 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation\Disc Inspection Procedure Rev. 03-DO1.zip |
| 332. | BBD0232680 | BBD0232702 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 333. | BBD0232958 | BBD0232961 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 334. | BBD0232982 | BBD0233016 | Washington_DC\RWD_Investigation Report\TS18_PC2023 BCC backup during Pneumatic backup |
| 335. | BBD0234730 | BBD0234737 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 336. | BBD0234738 | BBD0234748 | Washington_DC\RWD_Investigation Report\Cheek Disc_Monoblock Disc Scorring Investigation |
| 337. | BBD0234924 | BBD0234924 | |
| 338. | BBD0234997 | BBD0235000 | |
| 339. | BBD0236547 | BBD0236556 | |
| 340. | BBD0236967 | BBD0236974 | |
| 341. | BBD0236976 | BBD0236983 | |
| 342. | BBD0236985 | BBD0236992 | |
| 343. | BBD0237162 | BBD0237199 | |
| 344. | BBD0237203 | BBD0237240 | |
| 345. | BBD0237249 | BBD0237252 | |
| 346. | BBD0237272 | BBD0237273 | |
| 347. | BBD0242131 | BBD0242134 | |
| 348. | BBD0242146 | BBD0242153 | |
| 349. | BBD0242405 | BBD0242407 | |
| 350. | BBD0245091 | BBD0245104 | |
| 351. | BBD0258527 | BBD0258572 | |
| 352. | BBD0258575 | BBD0258620 | |
| 353. | BBD0258683 | BBD0258724 | |
| 354. | BBD0258727 | BBD0258768 | |
| 355. | BBD0258771 | BBD0258812 | |
| 356. | BBD0258815 | BBD0258856 | |
| 357. | BBD0258859 | BBD0258900 | |
| 358. | BBD0258903 | BBD0258944 | |
| 359. | BBD0269329 | BBD0269342 | |
| 360. | BBD0269344 | BBD0269357 | |
| 361. | BBD0269419 | BBD0269429 | |
| 362. | BBD0269498 | BBD0269501 | |
| 363. | BBD0269541 | BBD0269551 | |
| 364. | BBD0269620 | BBD0269623 | |
| 365. | BBD0270652 | BBD0270652 | |
| 366. | BBD0270653 | BBD0270653 | |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 367. | BBD0271719 | BBD0271732 | |
| 368. | BBD0272406 | BBD0272408 | |
| 369. | BBD0272414 | BBD0272414 | |
| 370. | BBD0272424 | BBD0272425 | |
| 371. | BBD0272430 | BBD0272432 | |
| 372. | BBD0272558 | BBD0272756 | |
| 373. | BBD0272773 | BBD0272776 | |
| 374. | BBD0272786 | BBD0272790 | |
| 375. | BBD0274002 | BBD0274009 | |
| 376. | BBD0274045 | BBD0274045 | |
| 377. | BBD0274355 | BBD0274385 | |
| 378. | BBD0274509 | BBD0274539 | |
| 379. | BBD0274605 | BBD0274635 | |
| 380. | BBD0274645 | BBD0274675 | |
| 381. | BBD0274715 | BBD0274719 | |
| 382. | BBD0274774 | BBD0274797 | |
| 383. | BBD0275345 | BBD0275365 | |
| 384. | BBD0275370 | BBD0275394 | |
| 385. | BBD0275519 | BBD0275523 | |
| 386. | BBD0275653 | BBD0275655 | |
| 387. | BBD0276684 | BBD0276695 | |
| 388. | BBD0277120 | BBD0277121 | |
| 389. | BBD0277357 | BBD0277358 | |
| 390. | BBD0277368 | BBD0277387 | |
| 391. | BBD0277388 | BBD0277399 | |
| 392. | BBD0280130 | BBD0280153 | |
| 393. | BBD0280785 | BBD0280787 | |
| 394. | BBD0280850 | BBD0280850 | |
| 395. | BBD0280863 | BBD0280866 | |
| 396. | BBD0287934 | BBD0287934 | |
| 397. | BBD0290222 | BBD0290228 | |
| 398. | BBD0290452 | BBD0290452 | |
| 399. | BBD0290921 | BBD0291119 | |
| 400. | BBD0291597 | BBD0291795 | |
| 401. | BBD0294979 | BBD0294980 | |
| 402. | BBD0295100 | BBD0295106 | |
| 403. | BBD0295107 | BBD0295114 | |
| 404. | BBD0295116 | BBD0295122 | |
| 405. | BBD0295123 | BBD0295130 | |
| 406. | BBD0295273 | BBD0295275 | |
| 407. | BBD0295478 | BBD0295480 | |
| 408. | BBD0295880 | BBD0296008 | |
| 409. | BBD0296012 | BBD0296140 | |
| 410. | BBD0296264 | BBD0296392 | |
| 411. | BBD0296397 | BBD0296525 | |
| 412. | BBD0304548 | BBD0304549 | |
| 413. | BBD0304741 | BBD0304742 | |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 414. | BBD0306047 | BBD0306073 | |
| 415. | BBD0306337 | BBD0306355 | |
| 416. | BBD0306414 | BBD0306432 | |
| 417. | BBD0306455 | BBD0306473 | |
| 418. | BBD0306510 | BBD0306511 | |
| 419. | BBD0307022 | BBD0307024 | |
| 420. | BBD0307056 | BBD0307058 | |
| 421. | BBD0307091 | BBD0307093 | |
| 422. | BBD0307129 | BBD0307131 | |
| 423. | BBD0307167 | BBD0307169 | |
| 424. | BBD0307205 | BBD0307207 | |
| 425. | BBD0307243 | BBD0307245 | |
| 426. | BBD0307281 | BBD0307283 | |
| 427. | BBD0307319 | BBD0307321 | |
| 428. | BBD0307502 | BBD0307506 | |
| 429. | BBD0307507 | BBD0307511 | |
| 430. | BBD0314865 | BBD0314866 | |
| 431. | BBD0314880 | BBD0314911 | |
| 432. | BBD0314912 | BBD0314917 | |
| 433. | BBD0314918 | BBD0314923 | |
| 434. | BBD0314980 | BBD0314982 | |
| 435. | BBD0315255 | BBD0315258 | |
| 436. | BBD0315460 | BBD0315462 | |
| 437. | BBD0315470 | BBD0315472 | |
| 438. | BBD0315570 | BBD0315570 | |
| 439. | BBD0315702 | BBD0315722 | |
| 440. | BBD0315727 | BBD0315734 | |
| 441. | BBD0316667 | BBD0316669 | |
| 442. | BBD0320100 | BBD0320100 | |
| 443. | BBD0320101 | BBD0320102 | |
| 444. | BBD0320675 | BBD0320685 | |
| 445. | BBD0322336 | BBD0322336 | |
| 446. | BBD0322340 | BBD0322340 | |
| 447. | BBD0322344 | BBD0322344 | |
| 448. | BBD0322348 | BBD0322348 | |
| 449. | BBD0322382 | BBD0322406 | |
| 450. | BBD0322408 | BBD0322432 | |
| 451. | BBD0322434 | BBD0322458 | |
| 452. | BBD0322460 | BBD0322484 | |
| 453. | BBD0322486 | BBD0322524 | |
| 454. | BBD0322526 | BBD0322564 | |
| 455. | BBD0322566 | BBD0322604 | |
| 456. | BBD0322606 | BBD0322644 | |
| 457. | BBD0322761 | BBD0322762 | |
| 458. | BBD0322763 | BBD0322764 | |
| 459. | BBD0322765 | BBD0322766 | |
| 460. | BBD0322767 | BBD0322768 | |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 461. | BBD0322789 | BBD0322790 | |
| 462. | BBD0322791 | BBD0322792 | |
| 463. | BBD0322793 | BBD0322794 | |
| 464. | BBD0322795 | BBD0322796 | |
| 465. | BBD0322827 | BBD0322827 | |
| 466. | BBD0322828 | BBD0322828 | |
| 467. | BBD0322829 | BBD0322829 | |
| 468. | BBD0322955 | BBD0322957 | |
| 469. | BBD0322958 | BBD0322960 | |
| 470. | BBD0322961 | BBD0322963 | |
| 471. | BBD0322964 | BBD0322964 | |
| 472. | BBD0323193 | BBD0323194 | |
| 473. | BBD0323195 | BBD0323196 | |
| 474. | BBD0323197 | BBD0323198 | |
| 475. | BBD0323199 | BBD0323199 | |
| 476. | BBD0323258 | BBD0323258 | |
| 477. | BBD0323259 | BBD0323259 | |
| 478. | BBD0323260 | BBD0323260 | |
| 479. | BBD0323299 | BBD0323300 | |
| 480. | BBD0323301 | BBD0323302 | |
| 481. | BBD0323303 | BBD0323304 | |
| 482. | BBD0323462 | BBD0323533 | |
| 483. | BBD0323600 | BBD0323600 | |
| 484. | BBD0323601 | BBD0323601 | |
| 485. | BBD0323602 | BBD0323602 | |
| 486. | BBD0323815 | BBD0323886 | |
| 487. | BBD0324003 | BBD0324004 | |
| 488. | BBD0324005 | BBD0324006 | |
| 489. | BBD0324007 | BBD0324008 | |
| 490. | BBD0324231 | BBD0324381 | |
| 491. | BBD0324411 | BBD0324435 | |
| 492. | BBD0324482 | BBD0324482 | |
| 493. | BBD0324514 | BBD0324515 | |
| 494. | BBD0324977 | BBD0324987 | |
| 495. | BBD0324988 | BBD0324998 | |
| 496. | BBD0324999 | BBD0325009 | |
| 497. | BBD0325010 | BBD0325016 | |
| 498. | BBD0325023 | BBD0325023 | |
| 499. | BBD0325024 | BBD0325024 | |
| 500. | BBD0325025 | BBD0325025 | |
| 501. | BBD0325992 | BBD0325993 | |
| 502. | BBD0325994 | BBD0325995 | |
| 503. | BBD0325996 | BBD0325997 | |
| 504. | BBD0325998 | BBD0325999 | |
| 505. | BBD0326000 | BBD0326001 | |
| 506. | BBD0326002 | BBD0326003 | |
| 507. | BBD0326407 | BBD0326444 | |

| | BEG_PROD | END_PROD | FOLDER |
|---|---|---|---|
| 508. | BBD0328104 | BBD0328106 | |
| 509. | BBD0328108 | BBD0328110 | |
| 510. | BBD0328112 | BBD0328114 | |
| 511. | BBD0329309 | BBD0329309 | |
| 512. | BBD0329310 | BBD0329310 | |
| 513. | BBD0329313 | BBD0329313 | |
| 514. | BBD0329314 | BBD0329314 | |
| 515. | BBD0329317 | BBD0329317 | |
| 516. | BBD0329318 | BBD0329318 | |
| 517. | BBD0329328 | BBD0329328 | |
| 518. | BBD0329334 | BBD0329334 | |
| 519. | BBD0329340 | BBD0329340 | |
| 520. | BBD0331246 | BBD0331246 | |
| 521. | BBD0331247 | BBD0331247 | |
| 522. | BBD0331248 | BBD0331248 | |
| 523. | BBD0331249 | BBD0331249 | |
| 524. | BBD0331278 | BBD0331279 | |
| 525. | BBD0331280 | BBD0331280 | |
| 526. | BBD0331281 | BBD0331282 | |
| 527. | BBD0331283 | BBD0331283 | |
| 528. | BBD0331610 | BBD0331610 | |
| 529. | BBD0331611 | BBD0331611 | |
| 530. | BBD0332469 | BBD0332672 | |
| 531. | BBD0332781 | BBD0332782 | |
| 532. | BBD0332783 | BBD0332783 | |
| 533. | BBD0332811 | BBD0333014 | |
| 534. | BBD0333069 | BBD0333080 | |
| 535. | BBD0333335 | BBD0333335 | |
| 536. | BBD0333336 | BBD0333336 | |
| 537. | BBD0333337 | BBD0333337 | |
| 538. | BBD0333360 | BBD0333360 | |
| 539. | BBD0333361 | BBD0333361 | |
| 540. | BBD0333435 | BBD0333437 | |
| 541. | BBD0333645 | BBD0333645 | |
| 542. | BBD0333654 | BBD0333654 | |
| 543. | BBD0333726 | BBD0333728 | |
| 544. | BBD0333731 | BBD0333763 | |
| 545. | BBD0333764 | BBD0333799 | |
| 546. | BBD0333831 | BBD0333832 | |
| 547. | BBD0334390 | BBD0334416 | |
| 548. | BBD0334426 | BBD0334467 | |
| 549. | BBD0334470 | BBD0334485 | |

NATIONAL RAILROAD PASSENGER CORPORATION
Inspector General, Investigations, 10 G Street, NE, Suite 3E-400, Washington, DC 20002




*VIA FACSIMILE AND FIRST-CLASS MAIL*

January 6, 2006

Philip Le B. Douglas, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, New York 10036-4039

Re: Amtrak OIG Subpoenas 05-07 and 05-20, and "Petition ... for Summary and Expedited Enforcement of Administrative Subpoenas Duces Tecum," filed in Weiderhold v. Bombardier, Inc., et al. No. 1:05 MS 00367 (D.D.C.)

Dear Mr. Douglas:

I write in response to suggestion, by December 22, 2005 letter, of three additional names of NeCMSC personnel whose electronic and paper records could be searched for responsive documents.

In the December 22 letter you identify those three individuals as the "'Stillman's of the World', which [respondents] understand to mean NeCMSC employees who are in positions similar to that of Mr. Stillman who might have tracked cracks on Acela trailer car friction brake discs" (at 1).[1] The criteria are too restrictive.

During the December 8 telephone conference, we were first informed that Mr. Stillman had not been interviewed during the search for responsive documents, and that his paper and electronic documents had not been evaluated for responsiveness to the above-referenced IG subpoenas. During subsequent discussions, I coined the phrase "the Stillman's of the World" as a shorthand reference to persons who potentially knew of or possessed paper or electronic

---

1 As we understand it, David Stillman was the NeCMSC employee in charge of Quality Assurance at the New York maintenance facility, and, in that capacity, created the "NeC-MSC Quality Assurance Trainset Audit (Pre-Maintenance)" that reported disc brake cracks. See e.g., BBD0192085-88.



documents that were responsive to the Subpoenas, but who had not been interviewed during respondents' search and/or whose files had not been reviewed for responsive documents. During the December 13 telephone conference I requested respondents provide proposed criteria for identifying the "Stillman's of the World".

During the December 23 telephone conference I suggested a functional definition for the phrase -- persons who, in the performance of their duties as Bombardier, Alstom and/or NeCMSC employees or agents, may have discovered, been advised of, or "tracked" cracks on Acela trailer car brake discs. My suggestion included, but clearly was not limited either to, NeCMSC employees, or employees "who are in positions similar to that of Mr. Stillman."

We are enclosing with this letter a copy of a NeCMSC organization chart (as of March 28, 2005) and propose that it (and similar charts for other periods) be used to identify the "Stillman's of the World" at NeCMSC. We would like to discuss this during the re-scheduled January 10, 2006 conference call. For your consideration prior to that time, we suggest that the list of names be expanded to include individuals holding (or who held) the following positions: 1) in "Maintenance Engineering", members of "Quality Assurance", "Troubleshooting", "Preventive Maintenance" and "Center of Expertise"; 3) in "Material Management", the "Defective Parts Handler" and other personnel, if any, who sent defective brake discs, received and/or inspected spare, replacement or re-conditioned brake discs, or who supervised those efforts; and, 4) in "Operations", the Director of Operations, the District Managers, and the "S & I" personnel at the maintenance and overhaul facilities. Our suggestions are conditioned on assumptions that the individuals holding the positions, and their predecessors, have not yet been interviewed and their files have not been searched for responsive paper and electronic documents, and, that the listed functions and responsibilities are not demonstrably unrelated to the inquiry.

Sincerely,

David Sadoff
Associate Counsel to the Inspector General
National Passenger Railroad Corporation

cc Timothy M. Broas, Esquire
Marc-Andre Raymond, Esquire

Jan. 6. 2006 6:30PM No. 8246 P. 4

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

[redacted]

General Manager (101)
Pierre Hebert
(106)

[redacted]

Manager Human Resources, Training, Safety & MIS (401)
Frank Christello
(7)

[redacted]

[redacted]

[redacted]

Material Manager (504)
Jim Chichka
(18)

Bombardier Employees

[redacted]

Revised March 28, 2005

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Finance Manager (301)
Jennifer Cooper
(6)

Bombardier Employees

Revised March 28, 2005