Jan. 6. 2006  6:30PM                                    No. 8246    P. 6

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Quality Assurance

B. Johnson

P. Broncik

Mechanical Employees

Mechanical Supervision/Clerks

Bombardier Employees

Reliability Growth

W. Clark

Troubleshooting

Operation Interface

Preventative Maintenance

Overhaul
M. Ion
S. Labbe

Brian Meadwell
Darrell Lewitas
Jim Simmons

Center of Expertise

BTE

Revised March 28, 2005

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Bombardier Employee

Revised March 28, 2005

Materials Manager
(504)
Jim Chichka
(18)

Jan. 6. 2006 6:31PM

No. 8246 P. 8

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Bombardier Employee

General Manager (101)
Pierre Hébert
(106)

Manager Human
Resources,
Training, Safety
& MIS (401)
Frank Christello
(7)

Material Manager
(504)
Jim Chichka
(18)

Revised March 28, 2005



Human Resources;
Training, MIS Manager
(401)
Frank Christello
(7)

Bumshar dter Employees

Revised March 28, 2005

Jan. 6. 2006 6:32PM                                      No. 8246   P. 10







NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Bombardier Employees

Amtrak Craft
Employees
72

Boston
District Manager (701)
Jim McMullen
(13)

Revised March 28, 2005

Jan. 6. 2006. 6:32PM

No. 8246    P. 12



Jan. 6. 2006  6:32PM

No. 8246   P. 13

NORTHEAST CORRIDOR
Maintenance Services
COMPANY

Bombardier Employees

Amtrak Craft
Employees
96

Revised March 28, 2005

Jan. 6. 2006  6:30PM                                    No. 8246   P. 1

## Amtrak OIG

# Fax

| To: | Philip Le B. Douglas, Esquire | From: | David Sadoff, Esquire |
|---|---|---|---|
| | Timothy M. Broas, Esquire | | |
| Fax: | (212) 858-1500 | Date: | January 6, 2006 |
| | (202) 282-5100 | | |
| Phone: | (212) 858-1704 | Pages: | 13 |
| | (202) 282-5750 | | |
| Re: | | CC: | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:**

| | |
|---|---|
| From: | Smith, Laura L. |
| ∂nt: | Tuesday, January 17, 2006 11:26 AM |
| To: | 'David Sadoff (sadoffd@amtrak.com)' |
| Cc: | Hansen, Christopher D. |
| **Subject:** | Search Terms |

I believe this was the search we have been referring to as "Sadoff07", and to which you propose to add "resonance", "fatigue", "strain", and "vibration".

--------------

**Sadoff 7:     A and (B or C or D)**

Where:

- A= (condition OR risk OR defect* OR deficien* OR malfunction* OR failure* OR crack* OR fracture* OR tear* OR rip*)

- B= (disc OR discs OR disk OR disks OR spokes OR spoke)

- C= (39566/2000 or 39566/2030 or *42120088S* or *42120089S* or WS700S*)

- D= (040305 or 090033 or 209902 or 279912 or 309913 or 309914 or 310008 or 339922 or 339939 or 339940 or 339958 or 3399914 or 499905 or 509902 or 509904 or 587410 or 587640 or 638411 or 693332)

Laura L. Smith
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway, 21st floor
New York, NY 10036
Tel: (212) 858-1000
Fax: (917) 464-6564



EXHIBIT

82

1

original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860
immediately by telephone or by return E-mail and delete this message, along with any
attachments, from your computer. Thank you.

## Pagan, Iliana

| | |
|---|---|
| **From:** | Sadoff, David [SadoffD@amtrak.com] |
| **Sent:** | Tuesday, January 17, 2006 2:46 PM |
| **To:** | Smith, Laura L. |
| **Subject:** | RE: Search Terms |

**Importance:** High

Laura,

Thanks for the typed text.

I have checked about the proposed telephone conference with Kroll -- Thurs. 1/19 at 1:00 EST works for this office. ds

-----Original Message-----
**From:** Smith, Laura L. [mailto:laura.smith@pillsburylaw.com]
**Sent:** Tuesday, January 17, 2006 11:26 AM
**To:** sadoffd@amtrak.com
**Cc:** Hansen, Christopher D.
**Subject:** Search Terms

> I believe this was the search we have been referring to as "Sadoff07", and to which you propose to add "resonance", "fatigue", "strain", and "vibration".
>
> --------------
> **Sadoff 7:     A and (B or C or D)**
>
> Where:
>
> - A= (condition OR risk OR defect* OR deficien* OR malfunction* OR failure* OR crack* OR fracture* OR tear* OR rip*)
> - B= (disc OR discs OR disk OR disks OR spokes OR spoke)
> - C= (39566/2000 or 39566/2030 or *42120088S* or *42120089S* or WS700S*)
> - D= (040305 or 090033 or 209902 or 279912 or 309913 or 309914 or 310008 or 339922 or 339939 or 339940 or 339958 or 3399914 or 499905 or 509902 or 509904 or 587410 or 587640 or 638411 or 693332)
>
> Laura L. Smith
> Pillsbury Winthrop Shaw Pittman LLP
> 1540 Broadway, 21st floor
> New York, NY 10036
> Tel: (212) 858-1000
> Fax: (917) 464-6564



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the

| | |
|---|---|
| **From:** | Smith, Laura L. |
| **ent:** | Wednesday, January 18, 2006 4:04 PM |
| **ro:** | 'David Sadoff (sadoffd@amtrak.com)'; 'Parker, Franklin' |
| **Cc:** | 'marc-andre.raymond@ca.transport.bombardier.com' |
| **Subject:** | ROLES/FUNCTIONS -- FOR SETTLEMENT DISCUSSIONS |

**Attachments:** ROLES_FUNCTIONS.pdf

ROLES_FUNCTIONS
.pdf (16 KB)



1

**Confidential Investigative
& Settlement Communication
Disclosure Restricted to
Head of Designated Federal Entity
Pursuant to 5 U.S.C. App. 3 §8G(d)**

## LIST OF BOMBARDIER ROLES/FUNCTIONS
### 1/18/05

- Project Management

- Engineering Management

- Systems Engineering

- Structure Engineering

- RAMS

- Bogie Engineering

- Quality Assurance



**Pillsbury
Winthrop
Shaw
Pittman**

1540 Broadway
New York, NY 10036-4039
Tel 212.858.1000 | Fax 212.858.1500
www.pillsburylaw.com

## FACSIMILE

Total Pages (including cover): 3

| | | | | |
|---|---|---|---|---|
| CENTURY CITY | Date: | January 19, 2006 | Must Be Sent By: | |
| HOUSTON | | | | |
| LONDON | To: | David Sadoff | Fax No: | 202-906-4695 |
| LOS ANGELES | | | | |
| NEW YORK | Company: | | Phone No: | |
| NORTHERN VIRGINIA | | | | |
| ORANGE COUNTY | To: | Marc-Andre Raymond | Fax No: | 450-441-3093 |
| SACRAMENTO | | | | |
| SAN DIEGO | Company: | Bombardier Transportation | Phone No: | |
| SAN DIEGO-NORTH COUNTY | | | | |
| SAN FRANCISCO | To: | Frank Parker | Fax No: | 202-371-5950 |
| SILICON VALLEY | | | | |
| SYDNEY | Company: | Winston & Strawn | Phone No: | |
| TAIPEI | | | | |
| TOKYO | From: | Laura L. Smith | Phone No: | 212.858.1262 |
| WASHINGTON DC | User No: | 26615 | C/M No: | |

Comments:

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

**EXHIBIT**

**85**

ALL-STATE LEGAL®

If you have not properly received this fax, please call (212) 858-1000. Thank you.

Operator: _____ Time Sent: _____ Batch ID: _____

500067870v1