BROADCAST STATUS REPORT

TIME : 02/09/2006 10:25
NAME : PILLSBURY WINTHROP
FAX# : 212-858-1713
TEL# :
SER.# : 000004057725

| PAGE(S) | 06 |
|---|---|

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
|---|---|---|---|---|---|---|
| 02/09 | 10:20 | 912029064695 | 45 | 06 | OK | ECM |
| 02/09 | 10:21 | 914504413093 | 01:33 | 06 | OK | ECM |
| 02/09 | 10:23 | 912023715950 | 01:34 | 06 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION
CV  : COVER SHEET
PC  : PC-FAX

**Amtrak OIG**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Laura Smith, Esquire | **From:** | David Sadoff, Esquire |
| | Pillsbury Winthrop Shaw Pittman LLP | | |
| | Marc-Andre Raymond, Esquire | | |
| | Bombardier | | |
| **Fax:** | (917) 464-6564 | **Date:** | February 9, 2006 |
| | (450) 441-3093 | | |
| | (450) 441-1515 | | |
| **Phone:** | | **Pages:** | 3 (including cover) |
| **Re:** | WTD 001175-1176 | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•**Comments:**

Attached is the document we discussed today that references "the Bombardier resident inspector" at WABCO. We want to make sure that the records of each such individual is included in the searched universe.



EXHIBIT 90

Feb. 9. 2006 3:13PM                                                                                                   No. 9221   P. 2

APR-22-99 15:07  From:KNORR BRAKE CO.          4108750811              T-821 P.02/03 Job-203



# Supplier Contact Report

Page 1 of **2**

| Customer Name: | Date: |
|---|---|
| BOMBARDIER | 04/14/99 |

| Supplier Code: | Customer Contact: |
|---|---|
|  | Randy Campbell |
|  | Title: Purchasing Agent |

Telephone Contact ☐     Customer Plant Visit ☑     Knorr On-Site Visit ☐

**Purpose of Contact:**

To discuss and resolve quality issues for the disc ( II/39566/200 & II/39566/2030 ) supplied by Knorr/ Wabco to TRANS ED in Barre, Vt.

**Results of the Contact:**

The meeting took place at TRANS ED with Randy Campbell as the facilitator.
Those that participated were:

| | |
|---|---|
| Randy Campbell | Bombardier |
| Joe De Crescenzo | Bombardier |
| Norman Cote' | Bombardier |
| Roland Moore | Wabco |
| Peter | Wabco |
| Donald Boore | ORX |
| Darrel Lasell | TRANS ED |
| John Jeffas | Knorr Brake Corporation |

All discs were assembled onto axles ( 3 discs per axles - one /2000 & two /2030 ) which were located on the TRANS ED assembly floor. The group was working from the 21 Bombardier non-conformance reports ( these reports only listed the axle serial numbers only). As each axle was reviewed the associated discrepant disc had the serial number recorded on the related NC report. Each disc was dispositioned at the time of review as to accept "AS IS", rework ( the disc was reworked right on the spot by Knorr or Wabco ) or return to vendor ( Wabco ).

Cont.

CC: JD, JB, SA, SB

QA Form QA-1030 Rev - 04/15/99

WTD001175

Bombardier Trip Report cont..                          page 2 of 2

There were 25 disc in all that were reviewed and only 2 disc were to be returned to vendor, all the others were accepted on the basis of "AS IS" or reworked. The Bombardier non conformance reports were closed out, with the reviewed disposition, and signed off by Bombardier, Knorr and Wabco.
The group then discussed the corrective action follow up by Knorr and Wabco. Listed below is the discussed action:

➢ Wabco is to provide an official letter, through Knorr, which is to contain the accept/reject criteria contained within DIN 1690 (used by the group during the days inspection). The letter is to be submitted by Roland Moore (Wabco)

➢ Knorr is to submit to Bombardier a procedure on how to repair the disc that has been damaged due to poor handling (dings or scratches non cast related) the procedure is to include the accept/reject criteria for ding, dents scratches.

➢ Bombardier has asked Wabco on the next 5 shipment to strip the friction face protective coating, applied by BSI, and inspect the disc for defects at their facility. The inspection is to be witnessed by the Bombardier resident inspector. If a defect is found on a disc the serial number and disposition (accepted rejected) is to be recorded. This record sheet is to be sent along with each disc shipment.

➢ Wabco should send a letter to BSI to inform them of the problems that were reviewed at the TRANS ED facility.

Prepared By:            Signature:
    John Jeffas              [signature] 4/15/99

QA Form QA-1030 Rev - 04/15/99

WTD001176

```
                    ┌─────────────────────┐
                    │  JOB STATUS REPORT  │
                    └─────────────────────┘
                                    TIME  : 12/30/2005 05:24
                                    NAME  : PILLSBURY WINTHROP
                                    FAX#  : 212-858-2500
                                    TEL#  :
                                    SER.# : 000004057730

    DATE,TIME           12/30  05:22
    FAX NO./NAME        912029064695
    DURATION            00:02:32
    PAGE(S)             14
    RESULT              OK
    MODE                STANDARD
                        ECM
```



**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

1540 Broadway
New York, NY 10036-4039
Tel 212.858.1000 | Fax 212.858.1500
www.pillsburylaw.com

## FACSIMILE

Century City
Houston
London
Los Angeles
New York
Northern Virginia
Orange County
Palo Alto
Sacramento
San Diego
San Diego–North County
San Francisco
Silicon Valley
Stamford
Sydney
Tokyo
Washington DC

Total Pages: (including cover): 14

| | | | |
|---|---|---|---|
| Date: | December 30, 2005 | User No: | 26615LLS |
| From: | **Laura Smith** | Phone No: | (212) 858-1262 |
| | | C/M No: | 204789/0000010 |
| To: | **David Sadoff** | Phone No: | (202) 906-4882 |
| Company: | | Fax No: | 202-906-4695 |
| Cc: | **Marc-André Raymond** | Phone No: | (450) 441-3180 |
| Company: | | Fax No: | 450-441-3093 |
| Cc: | **Frank Parker** | Phone No: | (202) 282-5822 |
| Company: | | Fax No: | 202-282-5100 |

Comments:

Dear Mr. Sadoff:

Attached is the list of production numbers from running your selected search on the Labbé production.

| | |
|---|---|
| From: | Smith, Laura L. |
| ent: | Thursday, February 09, 2006 11:41 AM |
| o: | 'David Sadoff (sadoffd@amtrak.com)' |
| Cc: | 'marc-andre.raymond@ca.transport.bombardier.com' |
| Subject: | Brake Disc Investigation |
| Attachments: | OIG-Indexof6022files.pdf |



OIG-Indexof6022fil
es.pdf (533 ...



EXHIBIT
91

**Confidential Investigative**
**& Settlement Communication**
**Disclosure Restricted to**
**Head of Designated Federal Entity**
**Pursuant to 5 U.S.C. App. 3 §8G(d)**

Breakdown of 6,022 St-Bruno Non-Emails
Resulting from "Electronic Search 1" (aka Sadoff 8)

*Please note*: Information is current as of February 8, 2006 and is subject to review and change as additional or better information becomes available.

### Table 1: Potentially Responsive Files

These files will be reviewed to determine (i) whether they are responsive and (ii) whether they are privileged. Responsive, non-privileged files will be produced, organized by custodian, in alphabetical order by file/pathname.

|     | Table 1 – File/Pathname | File Type |
| --- | --- | --- |
| 1.  | h_drive\TRUCK.WKS | WKS |
| 2.  | h_drive\TRUCK.WKS | WKS |
| 3.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2048.doc | doc |
| 4.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2048.doc | doc |
| 5.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2047\dir_ingsyst.xls | xls |
| 6.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2047\dir_ingsyst.xls | xls |
| 7.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2046.doc | doc |
| 8.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2046.doc | doc |
| 9.  | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 3 of 3\7_10_10_2 Car Orders Current Proj.doc | doc |
| 10. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 3 of 3\7_10_10_2 Car Orders Current Proj.doc | doc |
| 11. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 2 of 3\7_10_4_1\7_10_4_1_11_1 Frict Brake_Knorr.doc | doc |
| 12. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 2 of 3\7_10_4_1\7_10_4_1_11_1 Frict Brake_Knorr.doc | doc |
| 13. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 2 of 3\7_10_4_1\7_10_4_1_04_4_6 WA Assy_ORX.doc | doc |
| 14. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 2 of 3\7_10_4_1\7_10_4_1_04_4_6 WA Assy_ORX.doc | doc |
| 15. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115- | pdf |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| | 8988\Dd1995.pdf | |
| 16. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1995.pdf | pdf |
| 17. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1942.txt | txt |
| 18. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1942.txt | txt |
| 19. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1941.txt | txt |
| 20. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1941.txt | txt |
| 21. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd76.DOC | DOC |
| 22. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd69.xls | xls |
| 23. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd62.xls | xls |
| 24. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd61.xls | xls |
| 25. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd30.xls | xls |
| 26. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-4870\Dd19.doc | doc |
| 27. | h_drive\Project Management\Vehicle WBS matrix.xls | xls |
| 28. | h_drive\Project Management\Vehicle WBS matrix.xls | xls |
| 29. | h_drive\Project Management\Vehicle WBS BTNA_rev0.xls | xls |
| 30. | h_drive\Project Management\Vehicle WBS BTNA_rev0.xls | xls |
| 31. | h_drive\Personnel\Disques.doc | doc |
| 32. | h_drive\Personnel\Disques.doc | doc |
| 33. | h_drive\my documents\MesDocuments\Ressources | |
| 34. | h_drive\my documents\MesDocuments\Presentations\Clearanc event-Feb12.doc | doc |
| 35. | h_drive\my documents\MesDocuments\New Reliability NEC\2004 Termination vs annullments vs delays (version 3)_fd.xls | xls |
| 36. | h_drive\my documents\MesDocuments\New Reliability NEC\2004 Termination vs annullments vs delays (version 2)_fd.xls | xls |
| 37. | h_drive\my documents\MesDocuments\NecMsc_MSF_MCF_EAF_penalties_and_mileage\April-May-June-July-August_2004 Penalties.xls | xls |
| 38. | h_drive\my documents\MesDocuments\NEC_Mod_RIN_EN\Open Technical Issues_16_ MAY 2003.xls | xls |
| 39. | h_drive\my documents\MesDocuments\NEC_Mod_RIN_EN\Open Technical Issues master Apr-2005_fd.xls | xls |
| 40. | h_drive\my documents\MesDocuments\NEC_Mod_RIN_EN\OPEN TECHNICAL ISSUES mars 06_03_fd.xls | xls |
| 41. | h_drive\my documents\MesDocuments\NEC_Mod_RIN_EN\Open Technical Issues Mar 2005_fd.xls | xls |
| 42. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\Bi_weekly31jan_fd_notes.xls | xls |
| 43. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\Bi_weekly_13_dec_2004_fd.xls | xls |
| 44. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AWEEK271_fd_prep.XLS | XLS |
| 45. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AWEEK270_notes_fd.XLS | XLS |

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 46. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AWEEK269_fd_notes.XLS | XLS |
| 47. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AWEEK267_fd_meeting_notes.XLS | XLS |
| 48. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AW268_fd_notes.XLS | XLS |
| 49. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\AW266 05_05.xls | xls |
| 50. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\Attch A1 Open Technical Trainset weekly status Jan 3-2005_fd.xls | xls |
| 51. | h_drive\my documents\MesDocuments\NEC varia\Weekly w Amtrak\Attch A1 Open Technical Trainset weekly status Feb 25-2005_fd.xls | xls |
| 52. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\REPLY TO AMTRAK'S BRIEF MAY 5 | |
| 53. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\Paul Tellier_David Gunn comments3.doc | doc |
| 54. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\Mediation session May 12_SEZ.doc | doc |
| 55. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\Global_settlement_to_do_list_june_11_2003_draft_fd.xls | xls |
| 56. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\Comments to Amtrak's wish list_fd_2003_06_09.doc | doc |
| 57. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Mediation\Bo_rebuttal to Amt mediation brief_2003_05_29fd.DOC | DOC |
| 58. | h_drive\my documents\MesDocuments\NEC varia\Variation_claim\Events\Weight_reduction_01.15-01-Rev01.doc | doc |
| 59. | h_drive\my documents\MesDocuments\NEC varia\Traction rod\041-MRA-0033-rev1.doc | doc |
| 60. | h_drive\my documents\MesDocuments\NEC varia\Operating_instructions\HST&HHP-8 special instructions #7_comments_Consortium.doc | doc |
| 61. | h_drive\my documents\MesDocuments\NEC varia\Operating_instructions\HST&HHP-8 special instructions #7_comments.doc | doc |
| 62. | h_drive\my documents\MesDocuments\NEC varia\NEC_MCM_March 15 2005_fd.xls | xls |
| 63. | h_drive\my documents\MesDocuments\NEC varia\MOC's and Letters\MOC-0997 SG_fd.doc | doc |
| 64. | h_drive\my documents\MesDocuments\NEC varia\MOC's and Letters\MOC-0908 rev ME_fd.doc | doc |
| 65. | h_drive\my documents\MesDocuments\NEC varia\Carbody yaw_truckhunting_wheels\WheelPMschedule.xls | xls |
| 66. | h_drive\my documents\MesDocuments\NEC varia\Acceptance_lists_language\T4_CAOPEN_discussed_on_4_feb_03.xls | xls |
| 67. | h_drive\my documents\MesDocuments\NEC varia\Acceptance_lists_language\T4 open_items_Amt_sez_fd.xls | xls |
| 68. | h_drive\my documents\MesDocuments\NEC varia\Acceptance_lists_language\T4 acceptance wording_26_may_2003_fd.xls | xls |
| 69. | h_drive\my documents\MesDocuments\items for discussion.xls | xls |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 70. | h_drive\my documents\MesDocuments\Hot Items\hot item lists\HOT ITEM LIST rev3.xls | xls |
| 71. | h_drive\my documents\MesDocuments\Hot Items\hot item lists\HOT ITEM LIST rev2.xls | xls |
| 72. | h_drive\my documents\MesDocuments\Hot Items\hot item lists\HOT ITEM LIST rev1.xls | xls |
| 73. | h_drive\my documents\MesDocuments\Hot Items\hot item lists\HOT ITEM LIST Rev.0.xls | xls |
| 74. | h_drive\my documents\MesDocuments\Hot Items\hot item lists\Copy of HOT ITEM LIST Rev.0.xls | xls |
| 75. | h_drive\my documents\MesDocuments\Amtrak_Settlement_Mar_2004\Settle_word\Attachment L - Sample Inventory List.xls | xls |
| 76. | h_drive\my documents\MesDocuments\Amtrak_Settlement_Mar_2004\Settle_word\Attachment A1 - Trainset Completion Items.xls | xls |
| 77. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\FHSR App H Word\Chapter7_RailVehicleTech.doc | doc |
| 78. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS23.doc | doc |
| 79. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS21.doc | doc |
| 80. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS20.doc | doc |
| 81. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS12.doc | doc |
| 82. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS11.doc | doc |
| 83. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS07.doc | doc |
| 84. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS04.doc | doc |
| 85. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS02.doc | doc |
| 86. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\TS01.doc | doc |
| 87. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\041-TSC-0017.doc | doc |
| 88. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\2 Trainset No. 558\041-TSC-0016.doc | doc |
| 89. | h_drive\ESD_R_Dumoulin\Projets\41\041dessins.xls | xls |
| 90. | h_drive\ESD_R_Dumoulin\Projets de R&D\R&D 2003\Pr¬sentation du 2 oct\REC024_QuarterlyReport.ppt | ppt |
| 91. | h_drive\documents local\TS shipping list\TS 3\SHIPPING RELEASE Car B20.doc | doc |
| 92. | h_drive\documents local\TS 4 conditional Acceptance doc\T4 acceptance wording_29_may_2003.xls | xls |
| 93. | h_drive\documents local\TS 4 conditional Acceptance doc\T4 acceptance wording_02_June_2003.xls | xls |
| 94. | h_drive\documents local\spec\S23.doc | doc |

4

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 95. | h_drive\documents local\spec\S21.doc | doc |
| 96. | h_drive\documents local\spec\S20.doc | doc |
| 97. | h_drive\documents local\spec\S12.doc | doc |
| 98. | h_drive\documents local\spec\S11.doc | doc |
| 99. | h_drive\documents local\spec\S07.doc | doc |
| 100. | h_drive\documents local\spec\S04.doc | doc |
| 101. | h_drive\documents local\spec\S02.doc | doc |
| 102. | h_drive\documents local\spec\S01.doc | doc |
| 103. | h_drive\documents local\spec\041-TSC-0018.doc | doc |
| 104. | h_drive\documents local\Parts listing\INVR103_046_45.XLS | XLS |
| 105. | h_drive\documents local\Parts listing\INVR _041_Barre.XLS | XLS |
| 106. | h_drive\documents local\Parts listing\INVR _041_Barre Traction Bar and Dogbone.XLS | XLS |
| 107. | h_drive\documents local\Parts listing\INVR _041_Barre sept 2004.XLS | XLS |
| 108. | h_drive\documents local\Parts listing\10 year parts lists\Bombardier\Revised Bombardier parts list with comments Aug.10 2004.xls | xls |
| 109. | h_drive\documents local\Parts listing\10 year parts lists\Bombardier\Amtrak Revised Parts Lists rev.1.xls | xls |
| 110. | h_drive\documents local\Parts listing\10 year parts lists\Bombardier\Acela Parts Rev 1 Oct 2004 sent to Amtrak.xls | xls |
| 111. | h_drive\documents local\Parts listing\10 year parts lists\ALSTOM\Revised Parts Lists - ALSTOM 06 25 04.xls | xls |
| 112. | h_drive\documents local\Parts listing\10 year parts lists\ALSTOM\Combined Alstom-Amtrak 10-year parts list R1.xls | xls |
| 113. | h_drive\documents local\Parts listing\046_ListeComplete.xls | xls |
| 114. | h_drive\documents local\Parts listing\041 Customer Service Inventory 07.26.04.xls | xls |
| 115. | h_drive\documents local\open letters-items seen by Amtrak\Status sent to Amtrak May-June 2004\From Amtrak (Consortium open letters.xls | xls |
| 116. | h_drive\documents local\open letters-items seen by Amtrak\status as of moc-908-june 2002.xls | xls |
| 117. | h_drive\documents local\open letters-items seen by Amtrak\Sharon APR10 rev Cons-sez LATEST.xls | xls |
| 118. | h_drive\documents local\open letters-items seen by Amtrak\Sharon APR10 rev Cons-sez comments.xls | xls |
| 119. | h_drive\documents local\open letters-items seen by Amtrak\Sharon APR10 rev Cons.xls | xls |
| 120. | h_drive\documents local\open letters-items seen by Amtrak\apr10.xls | xls |
| 121. | h_drive\documents local\open letters- items seen by Consortium\status sent to Amtrak July 2004- after MOC-0975\AC Open letters July 19 | |
| 122. | h_drive\documents local\open letters- items seen by Consortium\Status sent to Amtrak in April 2002\Letters CA open -April 2002.xls | xls |
| 123. | h_drive\documents local\open letters- items seen by Consortium\Letters CA open April 12 2002.xls | xls |
| 124. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers.xls | xls |
| 125. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 6.xls | xls |

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 126. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 5.xls | xls |
| 127. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 4.xls | xls |
| 128. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 3.xls | xls. |
| 129. | h_drive\documents local\negociation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 2.xls | xls |
| 130. | h_drive\documents local\negociation\Settlment agrement March 2004\Attachment L - Sample Inventory List.xls | xls |
| 131. | h_drive\documents local\negociation\Settlment agrement March 2004\Attachment A1 - Trainset Completion Items.xls | xls |
| 132. | h_drive\documents local\negociation\Settlement attachment Feb 13 2004\Attachment A1.xls | xls |
| 133. | h_drive\documents local\negociation\Settlement attachment Feb 13 2004\Attachment A.xls | xls |
| 134. | h_drive\documents local\negociation\Settlement agreement draft\MDBSF_reconciliation_2004_feb_9.xls | xls |
| 135. | h_drive\documents local\negociation\Revised List of Open Items 02-05-04 for SM follow up.xls | xls |
| 136. | h_drive\documents local\negociation\Reliability\Pierre Miclette's assessment of Sharon's list.XLS | XLS |
| 137. | h_drive\documents local\negociation\Reliability\MDBF failures reconciliation 2004_feb_6_fd_bm.XLS | XLS |
| 138. | h_drive\documents local\negociation\Presentation Kick off Amtrak March 30\Attachment A1 split of responsibility BO AT view-04 03 15.xls | xls |
| 139. | h_drive\documents local\negociation\Presentation Kick off Amtrak March 30\Attachment A1 split of responsibility BO AT view-04 03 15 rev.2.xls | xls |
| 140. | h_drive\documents local\negociation\Presentation Kick off Amtrak March 30\Attachment A1 split of responsibility BO AT view-04 03 15 rev.1.xls | xls |
| 141. | h_drive\documents local\negociation\Presentation Kick off Amtrak March 30\Attachment A1 split of responsibility BO AT view-04 03 15 internal planning.xls | xls |
| 142. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-19-03.xls | xls |
| 143. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-18-03.xls | xls |
| 144. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-16-03.xls | xls |
| 145. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-16-03 rev 1.xls | xls |
| 146. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-15-03.xls | xls |
| 147. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-12-03.xls | xls |
| 148. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-11-03.xls | xls |
| 149. | h_drive\documents local\negociation\open lists\Revised List of Open Items 12-10-03 Amtrak.xls | xls |
| 150. | h_drive\documents local\negociation\open lists\Revised List of Open Items 02-11-04.xls | xls |

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 151. | h_drive\documents local\negociation\open lists\Revised List of Open Items 02-05-04.xls | xls |
| 152. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-29-04.xls | xls |
| 153. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-27-04.xls | xls |
| 154. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-26-04.xls | xls |
| 155. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-14-04.xls | xls |
| 156. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-09-04.xls | xls |
| 157. | h_drive\documents local\negociation\open lists\Revised List of Open Items 01-07-04.xls | xls |
| 158. | h_drive\documents local\negociation\open lists\List of All Open Issues-minutes.XLS | XLS |
| 159. | h_drive\documents local\negociation\open lists\List of All Open Issues-cons status.XLS | XLS |
| 160. | h_drive\documents local\negociation\open lists\List of All Open Issues.XLS | XLS |
| 161. | h_drive\documents local\negociation\open lists\Attachment A - 2-11-04.xls | xls |
| 162. | h_drive\documents local\negociation\open lists\Attachment A - 2-11-04 REV1.xls | xls |
| 163. | h_drive\documents local\negociation\NeCMSC\LCC\LCC_Summary_rev5_2004_01_27.xls | xls |
| 164. | h_drive\documents local\negociation\NeCMSC\LCC\LCC_Summary_rev5_2004_01_27 sez.xls | xls |
| 165. | h_drive\documents local\negociation\NEC schedules\backup\Settlement action dates 12 April 2004.xls | xls |
| 166. | h_drive\documents local\negociation\NEC schedules\backup\Attachment A1 - Trainset Completion Items 04.12.xls | xls |
| 167. | h_drive\documents local\negociation\Attachment A1 split of responsibility.xls | xls |
| 168. | h_drive\documents local\negociation\Attachment A1 split of responsibility BO AT view-04 03 15 internal planning.xls | xls |
| 169. | h_drive\documents local\negociation\10 years Parts pricing\Bombardier\NEC Priced Parts List.xls | xls |
| 170. | h_drive\documents local\negociation\10 years Parts pricing\Bombardier\BO proposed Parts List.xls | xls |
| 171. | h_drive\documents local\negociation\10 years Parts pricing\Bombardier\Amtrak Revised Parts Lists rev.1.xls | xls |
| 172. | h_drive\documents local\negociation\10 years Parts pricing\Alstom\Revised Parts Lists from Amtrak 5 07 04 r1.xls | xls |
| 173. | h_drive\documents local\negociation\10 years Parts pricing\Alstom\Revised Parts Lists - ALSTOM 06 25 04.xls | xls |
| 174. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\MSLD04.XLS | XLS |
| 175. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\MSLD04 Rev 1.XLS | XLS |
| 176. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\2005-03-15_SORTED.XLS | XLS |
| 177. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\2005-03-10_SORTED.XLS | XLS |
| 178. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\2005-02-16_SORTED.XLS | XLS |
| 179. | h_drive\documents local\NeCMSC\Liquidated Damages 2004\2005-01- | XLS |

500070547v1

|      | Table 1 – File/Pathname | File Type |
|------|-------------------------|-----------|
|      | 21_SORTED.XLS           |           |
| 180. | h_drive\documents local\Mediation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers.xls | xls |
| 181. | h_drive\documents local\Mediation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 4.xls | xls |
| 182. | h_drive\documents local\Mediation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 3.xls | xls |
| 183. | h_drive\documents local\Mediation\settlment scenarios\Mediation Consortium view of left to do Sept4.03 with numbers 2.xls | xls |
| 184. | h_drive\documents local\Mediation\open items not to be done by Cons -from left to do listSept17.03.xls | xls |
| 185. | h_drive\documents local\Mediation\Mediation NEC left to do by consortium Sept17.03 .xls | xls |
| 186. | h_drive\documents local\Mediation\Mediation left to do INTERNAL rev Sept 15. 2003.xls | xls |
| 187. | h_drive\documents local\Mediation\Mediation left to do INTERNAL rev June 25 2003.xls | xls |
| 188. | h_drive\documents local\Mediation\Mediation left to do INTERNAL rev June 19 2003.xls | xls |
| 189. | h_drive\documents local\Mediation\Mediation Consortium view of left to do Sept4.03.xls | xls |
| 190. | h_drive\documents local\Mediation\Mediation Consortium view of left to do Sept4.03 formatted.xls | xls |
| 191. | h_drive\documents local\Mediation\Mediation Consortium view of left to do Sept17.03.xls | xls |
| 192. | h_drive\documents local\Mediation\Mediation Consortium view of left to do Draft.xls | xls |
| 193. | h_drive\documents local\Mediation\Left to do list sent to Amtrak and mediators\Mediation Consortium view of left to do Sept4.03.xls | xls |
| 194. | h_drive\documents local\Mediation\Left to do list sent to Amtrak and mediators\Mediation Consortium view of left to do Draft.xls | xls |
| 195. | h_drive\documents local\Mediation\CDRL Closed as of Sept.25 | 25 |
| 196. | h_drive\documents local\loco out of service\SUMMARY-OUT OF SERVICE.xls | xls |
| 197. | h_drive\documents local\loco out of service\Out of Service Summary I |  |
| 198. | h_drive\documents local\loco out of service\Out of Service Summary I |  |
| 199. | h_drive\documents local\loco out of service\measurement period II rev2.xls | xls |
| 200. | h_drive\documents local\I659cst- update October 2001.xls | xls |
| 201. | h_drive\documents local\desktop\workorders mark up010409.xls | xls |
| 202. | h_drive\documents local\desktop\SF_report1.xls | xls |
| 203. | h_drive\documents local\desktop\2 Trainset No. 558\TS23.doc | doc |
| 204. | h_drive\documents local\desktop\2 Trainset No. 558\TS21.doc | doc |
| 205. | h_drive\documents local\desktop\2 Trainset No. 558\TS20.doc | doc |
| 206. | h_drive\documents local\desktop\2 Trainset No. 558\TS12.doc | doc |
| 207. | h_drive\documents local\desktop\2 Trainset No. 558\TS11.doc | doc |
| 208. | h_drive\documents local\desktop\2 Trainset No. 558\TS07.doc | doc |
| 209. | h_drive\documents local\desktop\2 Trainset No. 558\TS04.doc | doc |
| 210. | h_drive\documents local\desktop\2 Trainset No. 558\TS02.doc | doc |
| 211. | h_drive\documents local\desktop\2 Trainset No. 558\TS01.doc | doc |
| 212. | h_drive\documents local\desktop\2 Trainset No. 558\041-TSC-0017.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 213. | h_drive\documents local\design freeze\annex 13.xls | xls |
| 214. | h_drive\documents local\COR\TTCI work orders\Work Request Status- G.Lossier.xls | xls |
| 215. | h_drive\documents local\COR\TTCI work orders\Work Request Status-Combined.xls | xls |
| 216. | h_drive\documents local\Consortium Meeting Temp\Consortium Meeting Dec 8 | |
| 217. | h_drive\documents local\Consortium Meeting Temp\Consortium Meeting Dec 8 | |
| 218. | h_drive\documents local\Conditional Acceptance Retainage TS Latest Update\ts5 July 2004 sez.xls | xls |
| 219. | h_drive\documents local\Commissioning\TS 5\ts5cst-money retainage update.xls | xls |
| 220. | h_drive\documents local\Claims\LR-TTS22.00-01-Revnew.doc | doc |
| 221. | h_drive\documents local\Budget 2005-2006\Open Technical Issues Gaetan.xls | xls |
| 222. | h_drive\documents local\budget 03-04\Audit ENY Nov 2004\04. NEC_MPR_Oct 20_2004.xls | xls |
| 223. | h_drive\documents local\BARRE\Barre Inventory Surplus\INVR _041_Barre.XLS | XLS |
| 224. | h_drive\documents local\3 car shells at Barre\INVR103_041_45. 12_01_04.XLS | XLS |
| 225. | h_drive\documents local\3 car shells at Barre\046_ListeComplete.xls | xls |
| 226. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\TS 5\TS 5 Open Issues.xls | xls |
| 227. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\PLAN OF ACTION\DMS system action plan 10-10.xls | xls |
| 228. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\donn+¬es\recycled\dc192.xls | xls |
| 229. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\donn+¬es\PCY O.I.L. ENG. FOR INVESTIGATION\O.I.L. eng. for investigation.xls | xls |
| 230. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\donn+¬es\bureau\TS 5\TS 5 Open Issues.xls | xls |
| 231. | h_drive\Datamig\SB004414\USMT2I.UNC\D\Bureau\donn+¬es\bureau\PLAN OF ACTION\DMS system action plan 10-10.xls | xls |
| 232. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\TS 5\TS 5 Open Issues.xls | xls |
| 233. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\PLAN OF ACTION\DMS system action plan 10-10.xls | xls |
| 234. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\OPEN TECHNICAL ISSUES.xls | xls |
| 235. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\donn+¬es\recycled\dc192.xls | xls |
| 236. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\donn+¬es\PCY O.I.L. ENG. FOR INVESTIGATION\O.I.L. eng. for investigation.xls | xls |
| 237. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\donn+¬es\bureau\TS 5\TS 5 Open Issues.xls | xls |
| 238. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\donn+¬es\bureau\PLAN OF ACTION\DMS system action plan 10-10.xls | xls |
| 239. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\divers\Open issue with Amtrak et Consortium view.XLS | XLS |
| 240. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Documents and Settings\gslater\Bureau\divers\CA OPEN issue with Amtrak Consortium view combined2.XLS | XLS |

500070547v1