| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 241. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\PDF Output\MDBCF data NovDec2002.pdf | pdf |
| 242. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Temporaire\FC codes.xls | xls |
| 243. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\RD_K01-2013C.xls | xls |
| 244. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\ric-deJean\FAULTREA\README | UNC\D\Datamigration\bureau\Mes Documents\ric-deJean\FAULTREA\README |
| 245. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\ric\FAULTREA\FAULTREA.IMG | IMG |
| 246. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Desktop items\MEAs\Scheduled Planning.xls | xls |
| 247. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Extrait Aviso.xls | xls |
| 248. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Desktop items\MEAs\Scheduled Planning.xls | xls |
| 249. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\FRACAS process\FRACAS Report Example.doc | doc |
| 250. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Etude par failure code.xls | xls |
| 251. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Bureau decembre 2002\Microsoft Word - October-September vendor report.pdf | pdf |
| 252. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\12-month MDBCF data\2002 MDBCF data.xls | xls |
| 253. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Adobe\Acrobat 4.0\PDF Output\MDBCF data NovDec2002.pdf | pdf |
| 254. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\Red number file.xls | xls |
| 255. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\PRM 2003-03-20.xls | xls |
| 256. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\~0047370.xls | xls |
| 257. | h_drive\datamig\SB004272\Datamigration\bureau\Temporaire\FC codes.xls | xls |
| 258. | h_drive\datamig\SB004272\Datamigration\bureau\RD_K01-2013C.xls | xls |
| 259. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\ric-deJean\FAULTREA\README | |
| 260. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\ric\FAULTREA\README | |
| 261. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\ric\FAULTREA\FAULTREA.IMG | IMG |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 262. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Desktop items\MEAs\Scheduled Planning.xls | xls |
| 263. | h_drive\datamig\SB004272\Datamigration\bureau\LIRR-RELIABILITY_PREDICTION.xls | xls |
| 264. | h_drive\datamig\SB004272\Datamigration\bureau\Extrait Aviso.xls | xls |
| 265. | h_drive\datamig\SB004272\Datamigration\bureau\Desktop items\MEAs\Scheduled Planning.xls | xls |
| 266. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\FRACAS process\FRACAS Report Example.doc | doc |
| 267. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\Etude par failure code.xls | xls |
| 268. | h_drive\Datamig\SB002707\USMT2I.UNC\D\Datamigration\Revised Component_code_SPEAR vs RAMS as of 2003 May 13.xls | xls |
| 269. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Documents and Settings\pmiclett\Local Settings\Temp\WOs review in Dec2002.xls | xls |
| 270. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Documents and Settings\pmiclett\Local Settings\Temp\PHLg+¬n+¬rique.xls | xls |
| 271. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Documents and Settings\pmiclett\Local Settings\Temp\CWO_Open_VS_Parts_22_Apr_03.xls | xls |
| 272. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Documents and Settings\pmiclett\Local Settings\Temp\CWO_Open_VS_Parts_04_June_03.xls | xls |
| 273. | h_drive\CONTRATS ACTIFS\043 - R142\OPEN ITEMS & SITE ISSUES\R142 Open Items as of Dec.16th 04.xls | xls |
| 274. | h_drive\Benchmark\BTNA Info\WBS_Truck.xls | xls |
| 275. | h_drive\Benchmark\BTNA Info\WBS_Truck.xls | xls |
| 276. | g_drive\RECYCLER\S-1-5-21-284587905-3000887322-1647371527-500\Dc3\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL-R1 Application Certification Report 1.2.doc | doc |
| 277. | g_drive\RECYCLER\S-1-5-21-284587905-3000887322-1647371527-500\Dc3\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL T&I Test checklist.doc | doc |
| 278. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\2.Certification Document\BT-ENG-Lotus Notes SQL Driver-3.01-GBL-R1 Certification Report Draft 1.2.doc | doc |
| 279. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\2.Certification Document\BT-ENG-Lotus Notes SQL Driver-3.01-GBL T&I Test checklist.doc | doc |
| 280. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL-R1 Application Certification Report 1.2.doc | doc |
| 281. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL T&I Test checklist.doc | doc |
| 282. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\2.Certification Document\BT-ENG-Lotus Notes SQL Driver-3.01-GBL-R1 Certification Report Draft 1.2.doc | doc |
| 283. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\2.Certification Document\BT-ENG-Lotus Notes SQL Driver-3.01-GBL T&I Test checklist.doc | doc |

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 284. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL-R1 Application Certification Report 1.2.doc | doc |
| 285. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\2.Certification Document\BT-ENG-Notes SAP Connector-1.7-GBL T&I Test checklist.doc | doc |
| 286. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9337\Dc3.xls | xls |
| 287. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9337\Dc20.xls | xls |
| 288. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9101\Dc196.doc | doc |
| 289. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc49.xls | xls |
| 290. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc42.xls | xls |
| 291. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc38.xls | xls |
| 292. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc113.xls | xls |
| 293. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc112.xls | xls |
| 294. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc111.xls | xls |
| 295. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc110.xls | xls |
| 296. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9094\Dc109.xls | xls |
| 297. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9092\Dc1.pdf | pdf |
| 298. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc93.xls | xls |
| 299. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc93.xls | xls |
| 300. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc189.doc | doc |
| 301. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc189.doc | doc |
| 302. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc182.doc | doc |
| 303. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc182.doc | doc |
| 304. | g_drive\Program Files\Working Model 2D\Program\Scripts\KRDemos\REPEAT.WBS | WBS |
| 305. | g_drive\Program Files\SoMat\Tce_eDAQ_3.83\RelTceMS.doc | doc |
| 306. | g_drive\Program Files\SoMat\Tce_eDAQ_3.83\InsTceMS.doc | doc |
| 307. | g_drive\Program Files\National Instruments\Shared\LabVIEW Run-Time\7.0\lvapp.rsc | rsc |
| 308. | g_drive\Program Files\Frasers 2004\Xtras\FileIo.x32 | x32 |
| 309. | g_drive\Program Files\Frasers 2004\F2004_040309.vdb | vdb |
| 310. | g_drive\Program Files\Frasers 2004\BUILD403.dxr | dxr |
| 311. | g_drive\orant\ODBORA32\SQORA.WRI | WRI |
| 312. | g_drive\orant\ODBORA32\SQORA.WRI | WRI |
| 313. | g_drive\orant\ODBORA32\SQORA.WRI | WRI |
| 314. | g_drive\orant\ODBORA32\SQORA.WRI | WRI |
| 315. | g_drive\orant\doc\oem.804\PEERpdf\rel110.pdf | pdf |
| 316. | g_drive\orant\doc\oem.804\PEERpdf\rel110.pdf | pdf |
| 317. | g_drive\orant\doc\oem.804\PEERpdf\rel110.pdf | pdf |
| 318. | g_drive\orant\doc\oem.804\PEERpdf\rel110.pdf | pdf |
| 319. | g_drive\ntldr | |
| 320. | g_drive\ntldr | |
| 321. | g_drive\ntldr | |

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 322. | g_drive\ntldr | |
| 323. | g_drive\ntldr | |
| 324. | g_drive\ntldr | |
| 325. | g_drive\ntldr | |
| 326. | g_drive\ntldr | |
| 327. | g_drive\Documents and Settings\wskalila\Desktop\00005c.ARC\1.vol\XTNDConnect.wsi | wsi |
| 328. | g_drive\Documents and Settings\wskalila\Application Data\lotus\notes\data\desktop5.DSK | DSK |
| 329. | g_drive\Documents and Settings\vhilario\Local Settings\Temp\notes9753CE\49CFR238-03.pdf | pdf |
| 330. | g_drive\Documents and Settings\vhilario\Local Settings\Temp\041-index.xls | xls |
| 331. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\CTMVK9UN\Gloss[1].xml | xml |
| 332. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\CTMVK9UN\Gloss[1].xml | xml |
| 333. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\WER7F.tmp.dir00\nlnotes.exe.hdmp | hdmp |
| 334. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\WER7F.tmp.dir00\nlnotes.exe.hdmp | hdmp |
| 335. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Vehicle WBS BTNA_rev0.xls | xls |
| 336. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Vehicle WBS BTNA_rev0.xls | xls |
| 337. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\OTPR6668_01.pdf | pdf |
| 338. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\OTPR6668_01.pdf | pdf |
| 339. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\~3652903.pdf | pdf |
| 340. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\~3652903.pdf | pdf |
| 341. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\MapPoint NA 2002 Setup(0001)_Task(0001).txt | txt |
| 342. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\MapPoint NA 2002 Setup(0001)_Task(0001).txt | txt |
| 343. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\MapPoint EU 2002 Setup(0001)_Task(0001).txt | txt |
| 344. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\MapPoint EU 2002 Setup(0001)_Task(0001).txt | txt |
| 345. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\E-1572.doc | doc |
| 346. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\E-1572.doc | doc |
| 347. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\BIT00026-0.doc | doc |
| 348. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\BIT00026-0.doc | doc |
| 349. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\BET00042-0.DOC | DOC |
| 350. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\BET00042-0.DOC | DOC |
| 351. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\_ISTMP1.DIR\_ISTMP0.DIR\USEnglish.txt | txt |

500070547v1

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 352. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\_ISTMP1.DIR\_ISTMP0.DIR\USEnglish.txt | txt |
| 353. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\_ISTMP1.DIR\_ISTMP0.DIR\IntlEnglish.txt | txt |
| 354. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\_ISTMP1.DIR\_ISTMP0.DIR\IntlEnglish.txt | txt |
| 355. | g_drive\Documents and Settings\rmeuser\Application Data\Microsoft\Excel\~ar66FC.xar | xar |
| 356. | g_drive\Documents and Settings\rmeuser\Application Data\Microsoft\Excel\~ar66FC.xar | xar |
| 357. | g_drive\Documents and Settings\rmeuser.AMERLAC811165\Local Settings\Temporary Internet Files\Content.IE5\IXWB6DA9\reusable[1].xml | xml |
| 358. | g_drive\Documents and Settings\rmeuser.AMERLAC811165\Local Settings\Temporary Internet Files\Content.IE5\IXWB6DA9\reusable[1].xml | xml |
| 359. | g_drive\Documents and Settings\rfloresb\My Documents\BLESS_Sheet_03.ZIP>1 | ZIP>1 |
| 360. | g_drive\Documents and Settings\rfloresb\Application Data\Microsoft\Excel\~ar214B.xar | xar |
| 361. | g_drive\Documents and Settings\rdumouli\Local Settings\Temp\notesE0B7F6\Investigation Items KPI_rev0.xls | xls |
| 362. | g_drive\Documents and Settings\rdrolet\Desktop\WBS.doc | doc |
| 363. | g_drive\Documents and Settings\rdrolet\Desktop\PDF\Arborescence NEC.pdf | pdf |
| 364. | g_drive\Documents and Settings\pmoslene\Local Settings\Temp\notes726AEE\ARCHIVAGE IRON MOUNTAIN MASTER-COMPLETarchivage NEC.xls | xls |
| 365. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\93F7PT8Q\Bombardier%20RFQTemplate_v7.6[1].xls | xls |
| 366. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\WER20E.tmp.dir00\MSACCESS.EXE.hdmp | hdmp |
| 367. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\TS_18_Combine_30_March_05.xls | xls |
| 368. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\TS_03_Combine_09_Feb_05.xls | xls |
| 369. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\ME_TS12_01212005.XLS | XLS |
| 370. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\ME_TS03_01242005.xls | xls |
| 371. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\MDBF failures reconciliation with Consortium comments.XLS | XLS |
| 372. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\January and February WOs comments By Maintenance Site.pdf | pdf |
| 373. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\HST Fleet Reliability Mar-Dec 04.xls | xls |
| 374. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\HST fleet reliability Mar-Dec 04 updated by PM nov10 .xls | xls |
| 375. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\HST Fleet Reliability 2005.xls | xls |
| 376. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\04 July 27.xls | xls |

500070547v1

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 377. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\000-PRO-0066 Design to Cost_rev0.doc | doc |
| 378. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~7276810.xls | xls |
| 379. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~6584092.xls | xls |
| 380. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~5732572.xls | xls |
| 381. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~5089566.xls | xls |
| 382. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~4692220.xls | xls |
| 383. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~2023742.xls | xls |
| 384. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~0716813.pdf | pdf |
| 385. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\~0309707.xls | xls |
| 386. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\ME_2012_ALL_10272004_025259.xls | xls |
| 387. | g_drive\Documents and Settings\pmiclett\Local Settings\Application Data\lotus\notesold\data\Cache.NDK | NDK |
| 388. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation Items follow up.xls | xls |
| 389. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation Items follow up.xls | xls |
| 390. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation Items follow up.xls | xls |
| 391. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation items active list.xls | xls |
| 392. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation items active list.xls | xls |
| 393. | g_drive\Documents and Settings\pmiclett\Desktop\Investigation items active list.xls | xls |
| 394. | g_drive\Documents and Settings\pmiclett\Desktop\IMPORTER_multisources822XP2002.mde | mde |
| 395. | g_drive\Documents and Settings\pmiclett\Desktop\IMPORTER_multisources822XP2002.mde | mde |
| 396. | g_drive\Documents and Settings\pmiclett\Desktop\Fracas82XP2002.mde | mde |
| 397. | g_drive\Documents and Settings\pmiclett\Desktop\Fracas82XP2002.mde | mde |
| 398. | g_drive\Documents and Settings\pmiclett\Desktop\Fracas81XP2002.mde | mde |
| 399. | g_drive\Documents and Settings\pmiclett\Desktop\Fracas81XP2002.mde | mde |
| 400. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS23.doc | doc |
| 401. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS23.doc | doc |
| 402. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS21.doc | doc |
| 403. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS21.doc | doc |
| 404. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS20.doc | doc |
| 405. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS20.doc | doc |
| 406. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS12.doc | doc |
| 407. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS12.doc | doc |
| 408. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS11.doc | doc |
| 409. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS11.doc | doc |
| 410. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS07.doc | doc |
| 411. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS07.doc | doc |
| 412. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS04.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 413. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS04.doc | doc |
| 414. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS02.doc | doc |
| 415. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS02.doc | doc |
| 416. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS01.doc | doc |
| 417. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\TS01.doc | doc |
| 418. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\041-TSC-0018.doc | doc |
| 419. | g_drive\Documents and Settings\pmiclett\Desktop\2 Trainset No. 558\041-TSC-0018.doc | doc |
| 420. | g_drive\Documents and Settings\pmiclett\Application Data\Microsoft\Excel\~ar5A3C.xar | xar |
| 421. | g_drive\Documents and Settings\pmiclett\Application Data\Microsoft\Excel\~ar2F9B.xar | xar |
| 422. | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\Francois listing rev 2 MP.xls | xls |
| 423. | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\Francois listing rev 2 MP.xls | xls |
| 424. | g_drive\Documents and Settings\mbigras\My Documents\My Stuff\Emailed docs\Boise_final_May_20.DOC | DOC |
| 425. | g_drive\Documents and Settings\mbigras\My Documents\My Stuff\Emailed docs\Boise_final_June_03.DOC | DOC |
| 426. | g_drive\Documents and Settings\maraymon\Local Settings\Temp\WER22.tmp.dir00\nlnotes.exe.hdmp | hdmp |
| 427. | g_drive\Documents and Settings\oumorin\Local Settings\Application Data\lotus\notes\data\Cache.NDK | NDK |
| 428. | g_drive\Documents and Settings\lmorin\Local Settings\Application Data\lotus\notes\data\Cache.NDK | NDK |
| 429. | g_drive\Documents and Settings\lmorin\Desktop\A Classer\Draft FCM Contract.doc | doc |
| 430. | g_drive\Documents and Settings\lmorin\Application Data\Microsoft\Excel\~ar6891.xar | xar |
| 431. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Clarification no 9\QR 522 Response.doc | doc |
| 432. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Clarification no 9\QR 522 Response.doc | doc |
| 433. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\Statement of Compliance.xls | xls |
| 434. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\Statement of Compliance.xls | xls |
| 435. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\Statement of Compliance Submitted 2-4-05.xls | xls |
| 436. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\Statement of Compliance Submitted 2-4-05.xls | xls |
| 437. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\MDT_Base_Rel.xls | xls |
| 438. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\MDT_Base_Rel.xls | xls |
| 439. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\HPN-S2753-07(Compliance Matrix for MDT TP).xls | xls |
| 440. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\HPN-S2753-07(Compliance Matrix for MDT TP).xls | xls |
| 441. | g_drive\Documents and Settings\jtellier\Desktop\BOM00007_DT.pdf | pdf |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 442. | g_drive\Documents and Settings\jtellier\Desktop\BOM00007_DT.pdf | pdf |
| 443. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\FNT46ISS.xls | xls |
| 444. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\BOMBARDIERTBpricelist 291003.xls | xls |
| 445. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\Bombardier Price File.xls | xls |
| 446. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\Bombardier Price File REV A.xls | xls |
| 447. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\~8108408.xls | xls |
| 448. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\~7373896.xls | xls |
| 449. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\~4602284.xls | xls |
| 450. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\~2771489.xls | xls |
| 451. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\~1131549.xls | xls |
| 452. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\buyback-analysis.xls | xls |
| 453. | g_drive\Documents and Settings\jdecresc\Desktop\US Price List (01-13-05)IBC.pdf | pdf |
| 454. | g_drive\Documents and Settings\jdecresc\Desktop\IDI-Bombardier Price File.xls | xls |
| 455. | g_drive\Documents and Settings\jdecresc\Desktop\Bombardier Price FilescheduleA REV2.xls | xls |
| 456. | g_drive\Documents and Settings\jbeauche\Application Data\lotus\notes\data\desktop6.ndk | ndk |
| 457. | g_drive\Documents and Settings\gslater\Local Settings\Temporary Internet Files\Content.IE5\GYQXUPTO\reusable[1].xml | xml |
| 458. | g_drive\Documents and Settings\gslater\Local Settings\Temp\NEC Knorr - Work Order data analysis.xls | xls |
| 459. | g_drive\Documents and Settings\gslater\Desktop\desk top\Lubrication Procedure 10005.doc | doc |
| 460. | g_drive\Documents and Settings\gslater\Desktop\desk top\ISL-2402 Metal Pick-Up and Disc scoring (ACTE-5286).doc | doc |
| 461. | g_drive\Documents and Settings\gslater\Desktop\desk top\Customer_Service_ Meeting_ Minutes_30_June_04.xls | xls |
| 462. | g_drive\Documents and Settings\gslater\Desktop\desk top\Attch A1 Open Technical Trainset weekly status Meeting # 007 .xls | xls |
| 463. | g_drive\Documents and Settings\gslater\Desktop\desk top\ACTE5308.doc | doc |
| 464. | g_drive\Documents and Settings\gslater\Desktop\desk top\2004_05_06 NEC Detailed action plan by Supplier.xls | xls |
| 465. | g_drive\Documents and Settings\gslater\Desktop\desk top\2004 Termination vs annullments vs delays (version 1).xls | xls |
| 466. | g_drive\Documents and Settings\gslater\Desktop\040105 minutes updated 040405.xls | xls |
| 467. | g_drive\Documents and Settings\gbazinet\Application Data\Lotus\notes\data\desktop6.ndk | ndk |
| 468. | g_drive\Documents and Settings\gbazinet\Application Data\Lotus\notes\data\desktop.dsk | dsk |
| 469. | g_drive\Documents and Settings\fduschin\My Documents\List of All Open | XLS |

17

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| | Issues.XLS | |
| 470. | g_drive\Documents and Settings\fduschin\Local Settings\Temp\notes6F7EEB\HST fleet reliability Mar-Dec 04 updated by PM nov10 .xls | xls |
| 471. | g_drive\Documents and Settings\fduschin\Local Settings\Temp\notes6F7EEB\~2172378.xls | xls |
| 472. | g_drive\Documents and Settings\fduschin\Desktop\Copy of Termination vs annullments vs delays analysis tool updated March_15 | |
| 473. | g_drive\Documents and Settings\fauger\Local Settings\Application Data\lotus\notes\data\Notes\TEMP\CACHE.DSK | DSK |
| 474. | g_drive\Documents and Settings\fauger\Local Settings\Application Data\lotus\notes\data\Cache.NDK | NDK |
| 475. | g_drive\Documents and Settings\dummy1\Desktop\FormulaTrix Silver | |
| 476. | g_drive\Documents and Settings\dummy1\Desktop\FormulaTrix Silver | |
| 477. | g_drive\Documents and Settings\doroy\Local Settings\Application Data\lotus\notes\data\Cache.NDK | NDK |
| 478. | g_drive\Documents and Settings\doroy\Desktop\Test_vitesse_SQL.xls | xls |
| 479. | g_drive\Documents and Settings\doroy\Desktop\HST Fleet Reliability Mar-Dec 04_DR.xls | xls |
| 480. | g_drive\Documents and Settings\doroy\Application Data\lotus\notes\data\desktop6.ndk | ndk |
| 481. | g_drive\Documents and Settings\cauger\Local Settings\Temp\LCC NEC complet.xls | xls |
| 482. | g_drive\Documents and Settings\cauger\Local Settings\Temp\LCC NEC complet.xls | xls |
| 483. | g_drive\Documents and Settings\cauger\Application Data\Microsoft\Excel\~ar16D0.xar | xar |
| 484. | g_drive\Documents and Settings\cauger\Application Data\Microsoft\Excel\~ar16D0.xar | xar |
| 485. | g_drive\Documents and Settings\atourignbak\Application Data\Microsoft\Excel\~ar7FA.xar | xar |
| 486. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\desktop.dsk | dsk |
| 487. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\cache.dsk | dsk |

## Table 2: Non-Responsive System or Application Files

These files have been determined to be system or application files that do not contain potentially relevant data. They will not be reviewed or produced.

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 488. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core3.zip>6a | zip>6a |
| 489. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core3.zip>6a | zip>6a |
| 490. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 491. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |

500070547v1

|   | Table 2 – File/Pathname | File Type |
|---|---|---|
| 492. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 493. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 494. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 495. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 496. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 497. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 498. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 499. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>31 | zip>31 |
| 500. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 501. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 502. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 503. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 504. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 505. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 506. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 507. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 508. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 509. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>2c | zip>2c |
| 510. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 511. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 512. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 513. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 514. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 515. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 516. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 517. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 518. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 519. | g_drive\Program Files\SAP\FrontEnd\Controls\VVCP\gzip.zip>25 | zip>25 |
| 520. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core3.zip>17 | zip>17 |
| 521. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core3.zip>17 | zip>17 |
| 522. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core2.zip>1 | zip>1 |
| 523. | g_drive\Program Files\Common Files\Java\Update\Base Images\j2re1.4.2-b28\core2.zip>1 | zip>1 |
| 524. | g_drive\Program Files\Common Files\Java\Update\Base Images\jre1.5.0.b64\core2.zip>1 | zip>1 |
| 525. | g_drive\Program Files\Common Files\Java\Update\Base Images\jre1.5.0.b64\core2.zip>1 | zip>1 |
| 526. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\New Folder\Brakes_Wabco_LIRR_4_8_98.zip>0 | zip>0 |
| 527. | g_drive\Program Files\Spybot - Search & Destroy\Updates\lang.english.zip>0 | zip>0 |
| 528. | g_drive\Program Files\Spybot - Search & Destroy\Updates\lang.english.zip>0 | zip>0 |
| 529. | g_drive\Program Files\Spybot - Search & Destroy\Updates\startup.zip>0 | zip>0 |
| 530. | g_drive\Program Files\Spybot - Search & Destroy\Updates\startup.zip>0 | zip>0 |
| 531. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 532. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 533. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 534. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 535. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 536. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 537. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 538. | g_drive\WINDOWS\SAPwksta\setup\sapsetup.xsc | xsc |
| 539. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\LCI5DGNA\reusable[1].xml | xml |
| 540. | g_drive\Documents and Settings\Default User\Local Settings\Temporary Internet Files\Content.IE5\OP2107SX\reusable[1].xml | xml |
| 541. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 542. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 543. | g_drive\Program Files\MathSoft\Mathcad 2001i Professional\Messages\hiqerr.xml | xml |
| 544. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 545. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3013.xml | xml |
| 546. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3013.xml | xml |
| 547. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3103.xml | xml |
| 548. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3103.xml | xml |
| 549. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 550. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 551. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 552. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_10753.xml | xml |
| 553. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_11142.xml | xml |
| 554. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_11143.xml | xml |
| 555. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 556. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_13740.xml | xml |
| 557. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_14010.xml | xml |
| 558. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 559. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 560. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 561. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 562. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 563. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 564. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 565. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 566. | g_drive\Documents and Settings\ADMIN\Local Settings\Temporary Internet Files\Content.IE5\FAKI1B3A\reusable[1].xml | xml |
| 567. | g_drive\Documents and Settings\ADMIN\Local Settings\Temporary Internet Files\Content.IE5\FAKI1B3A\reusable[1].xml | xml |
| 568. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3103.xml | xml |
| 569. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3103.xml | xml |
| 570. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3223.xml | xml |
| 571. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_3223.xml | xml |
| 572. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_4663.xml | xml |
| 573. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_4663.xml | xml |
| 574. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_4843.xml | xml |
| 575. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_4843.xml | xml |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 576. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_5263.xml | xml |
| 577. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_5263.xml | xml |
| 578. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_5293.xml | xml |
| 579. | g_drive\WINDOWS\PCHealth\HelpCtr\DataColl\CollectedData_5293.xml | xml |
| 580. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 581. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 582. | g_drive\WINDOWS\PCHealth\HelpCtr\System\sysinfo\loc_strings.xml | xml |
| 583. | h_drive\Tools\Expand_macros.xls | xls |
| 584. | h_drive\Tools\Expand_macros.xls | xls |
| 585. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 586. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAEN.XLA | XLA |
| 587. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAFR.XLA | XLA |
| 588. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\FUNCRES.XLA | XLA |
| 589. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\ASSISMOD.XLA | XLA |
| 590. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\LIAISACC.XLA | XLA |
| 591. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 592. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 593. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 594. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 595. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 596. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAEN.XLA | XLA |
| 597. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAFR.XLA | XLA |
| 598. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\FUNCRES.XLA | XLA |
| 599. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\ASSISMOD.XLA | XLA |
| 600. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\LIAISACC.XLA | XLA |
| 601. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 602. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 603. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAEN.XLA | XLA |
| 604. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAFR.XLA | XLA |
| 605. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\FUNCRES.XLA | XLA |
| 606. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\ASSISMOD.XLA | XLA |
| 607. | h_drive\Datamig\SB002707\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\LIAISACC.XLA | XLA |

500070547v1

|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 608. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 609. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 610. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 611. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 612. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 613. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAEN.XLA | XLA |
| 614. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\ATPVBAFR.XLA | XLA |
| 615. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\Analyse\FUNCRES.XLA | XLA |
| 616. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\ASSISMOD.XLA | XLA |
| 617. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\Microsoft Office\Office\Macrolib\LIAISACC.XLA | XLA |
| 618. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 619. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 620. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 621. | g_drive\Program Files\Microsoft Office\Office10\Library\Analysis\FUNCRES.XLA | XLA |
| 622. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 623. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 624. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 625. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 626. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 627. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 628. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 629. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 630. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 631. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 632. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 633. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 634. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 635. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 636. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 637. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 638. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 639. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 640. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins3d\drvDX8.x3d | x3d |
| 641. | h_drive\WINDOWS\Options\CAB\tour\whatsnew\xtras\fileio.x32 | x32 |
| 642. | h_drive\WINDOWS\Options\CAB\tour\whatsnew\xtras\fileio16.x16 | x16 |
| 643. | g_drive\RECYCLER\S-1-5-21-284587905-3000887322-1647371527-500\Dc3\3.SDO_Package\Sap Connector.wsi | wsi |
| 644. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\3.SDO_Package\Sap Connector.wsi | wsi |
| 645. | g_drive\RECYCLER\S-1-5-21-2587936551-4258192708-1256799619-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\3.SDO_Package\notessql.wsi | wsi |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 646. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\3.SDO_Package\Sap Connector.wsi | wsi |
| 647. | g_drive\RECYCLER\S-1-5-21-2170371235-2143260530-3168066103-500\Dc1.7-GBL\BT-ENG-Lotus Notes SQL Driver-3.01-GBL\3.SDO_Package\notessql.wsi | wsi |
| 648. | h_drive\datamig\SB004272\USMT2I.UNC\C\WINNT\SUPPORT\I386\WIN9XMIG\INOCULAN\_INOC\INOCULAN.WRI | WRI |
| 649. | h_drive\DataMig\SB003080\USMT2I.UNC\C\WINNT\SUPPORT\I386\WIN9XMIG\INOCULAN\_INOC\INOCULAN.WRI | WRI |
| 650. | h_drive\Datamig\SB002707\USMT2I.UNC\C\WINNT\SUPPORT\I386\WIN9XMIG\INOCULAN\_INOC\INOCULAN.WRI | WRI |
| 651. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\pft198~tmp\readme.wri | wri |
| 652. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\pft198~tmp\readme.wri | wri |
| 653. | h_drive\Datamig\SB004414\USMT2I.UNC\C\WINNT\SUPPORT\I386\WIN9XMIG\INOCULAN\_INOC\INOCULAN.WRI | WRI |
| 654. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 655. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 656. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 657. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 658. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 659. | P | wld |
| 660. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 661. | h_drive\temp\aws11\awsd11\awdd11\assists\00000000.wld | wld |
| 662. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 663. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\index\assists\00000000.wld | wld |
| 664. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 665. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 666. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 667. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 668. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 669. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 670. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 671. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\index\assists\00000000.wld | wld |
| 672. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 673. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 674. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\assists\00000000.wld | wld |
| 675. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 676. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G¬nie ¬lectrique\Commutateurs et ¬quipement p¬riph¬rique de t¬l¬com.vss | vss |
| 677. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R¬seau\Formes de r¬seau simples 2.vss | vss |
| 678. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip (US units).vss | vss |
| 679. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip (US units).vss | vss |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 680. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes (US units).vss | vss |
| 681. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes (US units).vss | vss |
| 682. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings (US units).vss | vss |
| 683. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings (US units).vss | vss |
| 684. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 685. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 686. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |
| 687. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 688. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 689. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 690. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 691. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 692. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 693. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 694. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |
| 695. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 696. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 697. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip (US units).vss | vss |
| 698. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip (US units).vss | vss |
| 699. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 700. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |