| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 701. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes (US units).vss | vss |
| 702. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes (US units).vss | vss |
| 703. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 704. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 705. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 706. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 707. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings (US units).vss | vss |
| 708. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings (US units).vss | vss |
| 709. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 710. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 711. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 712. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 713. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 714. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 715. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |
| 716. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |
| 717. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 718. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\Diagramme de flux\Formes de diagramme SDL.vss | vss |
| 719. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 720. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\G+¬nie +¬lectrique\Commutateurs et +¬quipement p+¬riph+¬rique de t+¬l+¬com.vss | vss |
| 721. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 722. | g_drive\Program Files\Microsoft Office\Visio10\1036\Solutions\R+¬seau\Formes de r+¬seau simples 2.vss | vss |
| 723. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 724. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 725. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 726. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 727. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 728. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 729. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 730. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 731. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 732. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 733. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 734. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 735. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 736. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 737. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 738. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 739. | g_drive\Program Files\Microsoft Office\Visio10\1033\Samples\Visio Extras\Sample Database Shapes.vss | vss |
| 740. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 741. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Electrical Engineering\Telecoms Switch and Peripheral Equip.vss | vss |
| 742. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 743. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Flowchart\SDL Diagram Shapes.vss | vss |
| 744. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |
| 745. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Network\Basic Network Shapes 2.vss | vss |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 746. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 747. | g_drive\Program Files\Microsoft Office\Visio10\1033\Solutions\Process Engineering\Valves and Fittings.vss | vss |
| 748. | g_drive\Program Files\Real\RealOne Player\Devices\devices.vs>78 | vs>78 |
| 749. | g_drive\Program Files\Real\RealOne Player\Devices\devices.vs>78 | vs>78 |
| 750. | g_drive\Program Files\Real\RealOne Player\Devices\devices.vs>78 | vs>78 |
| 751. | g_drive\Program Files\Real\RealOne Player\Devices\devices.vs>77 | vs>77 |
| 752. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 753. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 754. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 755. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 756. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 757. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 758. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 759. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 760. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 761. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 762. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 763. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 764. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 765. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>53 | vs>53 |
| 766. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 767. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 768. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 769. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 770. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 771. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 772. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 773. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 774. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 775. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 776. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 777. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 778. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 779. | g_drive\Program Files\Real\RealOne Player\CDBurning\CDBurning.vs>52 | vs>52 |
| 780. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 781. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 782. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 783. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 784. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 785. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 786. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 787. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 788. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 789. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 790. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 791. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 792. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 793. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 794. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 795. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 796. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 797. | g_drive\WINDOWS\system32\pagefileconfig.vbs | vbs |
| 798. | h_drive\datamig\SB004272\U+C1443ADME | UNC\D\Datamigration\bureau\Mes Documents\ric\FAUL TREA\README |
| 799. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Safety Policy\Product Safety Manual | UNC\D\Datamigration\Bureau 21 juillet2003\Safety Policy\Product Safety Manual |
| 800. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 801. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 802. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 803. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 804. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 805. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 806. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 807. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 808. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 809. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 810. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 811. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 812. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 813. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 814. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 815. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 816. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 817. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 818. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 819. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 820. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 821. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 822. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 823. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 824. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 825. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 826. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 827. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 828. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 829. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 830. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 831. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 832. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 833. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 834. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 835. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 836. | g_drive\WINDOWS\Temp\_ISTMP0.DIR\WinKeyEULA.txt | txt |
| 837. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 838. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 839. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 840. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 811. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 812. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 813. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 814. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 815. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 816. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 817. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 818. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 819. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 820. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 821. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 822. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 823. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 824. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 825. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 826. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 827. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 828. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 829. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 830. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 831. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 832. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 833. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 834. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 835. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 836. | g_drive\WINDOWS\Temp\_ISTMP0.DIR\WinKeyEULA.txt | txt |
| 837. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 838. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 839. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 840. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 841. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 842. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 843. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 844. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 845. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 846. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 847. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 848. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 849. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 850. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 851. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 852. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 853. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 854. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 855. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 856. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 857. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 858. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 859. | g_drive\Documents and Settings\pmoslene\Local Settings\Temp\_ISTMP1.DIR\_ISTMP0.DIR\License.txt | txt |
| 860. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 861. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 862. | g_drive\Program Files\Common Files\Roxio Shared\Support\Readme.txt | txt |
| 863. | g_drive\Program Files\Intel\InfInst\Readme.txt | txt |
| 864. | g_drive\Program Files\National Instruments\Shared\LabVIEW Run-Time\7.0\errors\English\LabVIEW-errors.txt | txt |
| 865. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 866. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 867. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |

|   | Table 2 – File/Pathname | File Type |
|---|---|---|
| 868. | g_drive\SUPPORT\CHIPSET\readme.txt | txt |
| 869. | g_drive\SUPPORT\pqapps\GX280\CHIPSET\README.TXT | TXT |
| 870. | g_drive\SUPPORT\pqapps\GX280\VGA\README.TXT | TXT |
| 871. | g_drive\SUPPORT\pqapps\XW4200\CHIPSET\README.TXT | TXT |
| 872. | g_drive\SUPPORT\pqapps\XW4200\NIC\PXE\RELEASE.TXT | TXT |
| 873. | g_drive\TEMP\ECDC_DVD\Readme\ENU\readme.txt | txt |
| 874. | g_drive\TEMP\ECDC_DVD\Readme\ITA\readme.txt | txt |
| 875. | g_drive\TEMP\ECDC_DVD\Readme\SPA\readme.txt | txt |
| 876. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 877. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 878. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 879. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 880. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 881. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 882. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 883. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 884. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 885. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 886. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 887. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 888. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 889. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 890. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 891. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 892. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 893. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 894. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 895. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 896. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 897. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 898. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 899. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 900. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 901. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 902. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 903. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 904. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 905. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 906. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 907. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 908. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 909. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 910. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 911. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 912. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 913. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 914. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 915. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 916. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 917. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 918. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 919. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 920. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 921. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 922. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 923. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 924. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 925. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 926. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 927. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 928. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 929. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 930. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 931. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 932. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 933. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 934. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 935. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 936. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 937. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 938. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 939. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 940. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 941. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 942. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 943. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 944. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 945. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 946. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 947. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 948. | g_drive\SUPPORT\CHIPSET\readme.txt | txt |
| 949. | g_drive\SUPPORT\CHIPSET\readme.txt | txt |
| 950. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 951. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 952. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 953. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 954. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 955. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 956. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 957. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 958. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 959. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 960. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 961. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 962. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 963. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 964. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 965. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 966. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 967. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 968. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 969. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 970. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 971. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 972. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 973. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 974. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 975. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 976. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 977. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 978. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 979. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 980. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 981. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 982. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 983. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 984. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 985. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 986. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 987. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 988. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 989. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 990. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 991. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 992. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 993. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 994. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 995. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 996. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 997. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 998. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 999. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1000. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1001. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1002. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1003. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1004. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1005. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1006. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1007. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1008. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1009. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1010. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1011. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1012. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1013. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1014. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1015. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1016. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1017. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1018. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1019. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1020. | h_drive\temp\aws11\Acrobat5\Reader\Legal\License.txt | txt |
| 1021. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1022. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1023. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1024. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1025. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1026. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1027. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1028. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1029. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1030. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1031. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1032. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1033. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1034. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1035. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1036. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1037. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1038. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1039. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1040. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1041. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1042. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1043. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1044. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1045. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1046. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1047. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1048. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1049. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1050. | h_drive\ARU data files\ME_2019_ALL_08232004_080445.TXT | TXT |
| 1051. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1052. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1053. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1054. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1055. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1056. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1057. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1058. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1059. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1060. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1061. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1062. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1063. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1064. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1065. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1066. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1067. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1068. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1069. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1070. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1071. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1072. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1073. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1074. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1075. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1076. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1077. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1078. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1079. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1080. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1081. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1082. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1083. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1084. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1085. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1086. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1087. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1088. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1089. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1090. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1091. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1092. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1093. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1094. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1095. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1096. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1097. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1098. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1099. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1100. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1101. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1102. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1103. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1104. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1105. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1106. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1107. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1108. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1109. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1110. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1111. | g_drive\WINDOWS\Temp\_ISTMP0.DIR\LICENSE.TXT | TXT |
| 1112. | g_drive\WINDOWS\Temp\_ISTMP0.DIR\LICENSE.TXT | TXT |
| 1113. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1114. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1115. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1116. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1117. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1118. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1119. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1120. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1121. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1122. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |