| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1123. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1124. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1125. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1126. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1127. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1128. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1129. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1130. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1131. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1132. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1133. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1134. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1135. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1136. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1137. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1138. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1139. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1140. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1141. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1142. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1143. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1144. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1145. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1146. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1147. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1148. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1149. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1150. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1151. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1152. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1153. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1154. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1155. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1156. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1157. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1158. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1159. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\USEnglish.txt | txt |
| 1160. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\USEnglish.txt | txt |
| 1161. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1162. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1163. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\(c)Adobe.txt | txt |
| 1164. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\(c)Adobe.txt | txt |
| 1165. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\VIBE\exec\VIBE_Readme.txt | txt |
| 1166. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\VIBE\exec\VIBE_Readme.txt | txt |
| 1167. | g_drive\Program Files\Common Files\Microsoft Shared\Works Shared\st11eula.txt | txt |
| 1168. | g_drive\Program Files\Common Files\Microsoft Shared\Works Shared\st11eula.txt | txt |
| 1169. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1170. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1171. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1172. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1173. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1174. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1175. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1176. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1177. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1178. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1179. | h_drive\BOOTLOG.TXT | TXT |
| 1180. | h_drive\WINDOWS\MSDOSDRV.TXT | TXT |
| 1181. | h_drive\WINDOWS\NETWORK.TXT | TXT |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1182. | h_drive\WINDOWS\PROGRAMS.TXT | TXT |
| 1183. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1184. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1185. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1186. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1187. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1188. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1189. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1190. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1191. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1192. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1193. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1194. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1195. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1196. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1197. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1198. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1199. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1200. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1201. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1202. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1203. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1204. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1205. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1206. | g_drive\Program Files\Adobe\Photoshop Album Starter Edition\2.0\Apps\Legal\International English.txt | txt |
| 1207. | g_drive\Program Files\Adobe\Photoshop Album Starter Edition\2.0\Apps\Legal\US English.txt | txt |
| 1208. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1209. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 1210. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1211. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1212. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1213. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1214. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1215. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1216. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1217. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1218. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1219. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1220. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1221. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1222. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1223. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1224. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1225. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1226. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1227. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1228. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1229. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1230. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1231. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1232. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1233. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1234. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1235. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1236. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1237. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1238. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1239. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1240. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1241. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1242. | g_drive\Program Files\lotus\notes\sapreadme.txt | txt |
| 1243. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1244. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1245. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1246. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1247. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1248. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1249. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1250. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1251. | h_drive\QI-Marcro\Macintosh Installation Files\README.txt | txt |
| 1252. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1253. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1254. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1255. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1256. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1257. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1258. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1259. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1260. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1261. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1262. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1263. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1264. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1265. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1266. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1267. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1268. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1269. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1270. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1271. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1272. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1273. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1274. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1275. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1276. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1277. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1278. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1279. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1280. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1281. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1282. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1283. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1284. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1285. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1286. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1287. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1288. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1289. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1290. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1291. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1292. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1293. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1294. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1295. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1296. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1297. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1298. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1299. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1300. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1301. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1302. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1303. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1304. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1305. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1306. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1307. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1308. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1309. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1310. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1311. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1312. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1313. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1314. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1315. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1316. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1317. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1318. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1319. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1320. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1321. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1322. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1323. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1324. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |
| 1325. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1326. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1327. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1328. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1329. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1330. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\IntlEnglish.txt | txt |
| 1331. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\USEnglish.txt | txt |
| 1332. | g_drive\Program Files\Adobe\Acrobat 5.0\Legal\USEnglish.txt | txt |
| 1333. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1334. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1335. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1336. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1337. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 1338. | g_drive\Program Files\lotus\notes\SAPConn\sapreadme.txt | txt |
| 1339. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1340. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1341. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1342. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1343. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1344. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1345. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1346. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilen.txt | txt |
| 1347. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1348. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilHE.txt | txt |
| 1349. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1350. | g_drive\Program Files\SAP\FrontEnd\SAPgui\Lang\gxwilTR.txt | txt |
| 1351. | g_drive\WINDOWS\mui\relnotes.txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1352. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1353. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1354. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1355. | g_drive\WINDOWS\Temp_ISTMP0.DIR\WinKeyEULA.txt | txt |
| 1356. | g_drive\WINDOWS\Temp_ISTMP0.DIR\WinKeyEULA.txt | txt |
| 1357. | h_drive\QIMacros\TestData\readme.txt | txt |
| 1358. | h_drive\QIMacros\TestData\readme.txt | txt |
| 1359. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0001).txt | txt |
| 1360. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0002).txt | txt |
| 1361. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0003).txt | txt |
| 1362. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0004).txt | txt |
| 1363. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0005).txt | txt |
| 1364. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0006).txt | txt |
| 1365. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0007).txt | txt |
| 1366. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0008).txt | txt |
| 1367. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0009).txt | txt |
| 1368. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0010).txt | txt |
| 1369. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0011).txt | txt |
| 1370. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0012).txt | txt |
| 1371. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0013).txt | txt |
| 1372. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0014).txt | txt |
| 1373. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0015).txt | txt |
| 1374. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0016).txt | txt |
| 1375. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0017).txt | txt |
| 1376. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0018).txt | txt |
| 1377. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0019).txt | txt |
| 1378. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0020).txt | txt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1379. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0021).txt | txt |
| 1380. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\Office XP Professional Setup(0001)_Task(0022).txt | txt |
| 1381. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\Legal\License.txt | txt |
| 1382. | g_drive\Program Files\Citrix\ICA Client\License.txt | txt |
| 1383. | g_drive\Program Files\Omnis\Readme.txt | txt |
| 1384. | g_drive\Program Files\Real\RealOne Player\playrlic.txt | txt |
| 1385. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.txt | txt |
| 1386. | g_drive\WINDOWS\mui\relnotes.txt | txt |
| 1387. | g_drive\WINDOWS\system32\Adobe\SVG Viewer\SVG Viewer License.txt | txt |
| 1388. | g_drive\Program Files\Spybot - Search & Destroy\Includes\Startup.tnfo | tnfo |
| 1389. | g_drive\Program Files\Spybot - Search & Destroy\Includes\Startup.tnfo | tnfo |
| 1390. | g_drive\orant\ORAINST\WIN32.STP | STP |
| 1391. | g_drive\orant\ORAINST\WIN32.STP | STP |
| 1392. | g_drive\orant\ORAINST\WIN32.STP | STP |
| 1393. | g_drive\orant\ORAINST\WIN32.STP | STP |
| 1394. | h_drive\SYSMGT\ScanEngine\SHELL.SIG | SIG |
| 1395. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\sgml\docbook\dbguide\sgml\dbguide.sgm | sgm |
| 1396. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\sgml\docbook\dbguide\sgml\dbguide.sgm | sgm |
| 1397. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\sgml\dbguide.sgm | sgm |
| 1398. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\sgml\dbguide.sgm | sgm |
| 1399. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\VIBE\samples\AAA00001_AB.sgm | sgm |
| 1400. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\VIBE\samples\AAA00001_AB.sgm | sgm |
| 1401. | h_drive\datamig\SB004272\Datamigration\Notes\data\modems\comserv.scr | scr |
| 1402. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Notes\data\modems\comserv.scr | scr |
| 1403. | h_drive\PMI\tb70r.sbk | sbk |
| 1404. | h_drive\PMI\tb70r.sbk | sbk |
| 1405. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1406. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1407. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1408. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1409. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1410. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1411. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1412. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1413. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1414. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1415. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1416. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1417. | g_drive\WINDOWS\system32\config\system.sav | sav |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1418. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1419. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1420. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1421. | g_drive\WINDOWS\system32\config\system.sav | sav |
| 1422. | g_drive\Program Files\Common Files\LHSPF\LingTech\Ltih30en.rul | rul |
| 1423. | g_drive\Program Files\Common Files\LHSPF\LingTech\Ltih30en.rul | rul |
| 1424. | g_drive\Program Files\Common Files\LHSPF\LingTech\Ltih30en.rul | rul |
| 1425. | g_drive\Program Files\Common Files\LHSPF\LingTech\Ltih30en.rul | rul |
| 1426. | g_drive\Program Files\Common Files\Roxio Shared\Homeutils\EULA.rtf | rtf |
| 1427. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1428. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1429. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1430. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1431. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1432. | g_drive\Documents and Settings\pmiclett\Local Settings\Temp\notes1DEB84\cwo_24_feb_04.rtf | rtf |
| 1433. | g_drive\Program Files\lotus\notes\license\LA_en.rtf | rtf |
| 1434. | g_drive\Program Files\lotus\notes\license\LA_en.rtf | rtf |
| 1435. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1436. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1437. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1438. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1439. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1440. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1441. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1442. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1443. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1444. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1445. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1446. | g_drive\Program Files\Common Files\Adaptec Shared\Upgrade\EULA.rtf | rtf |
| 1447. | g_drive\Program Files\lotus\notes\license\LA_en.rtf | rtf |
| 1448. | g_drive\Program Files\lotus\notes\license\LA_en.rtf | rtf |
| 1449. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1450. | g_drive\Program Files\Volo View Express\license.rtf | rtf |
| 1451. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc119.rtf | rtf |
| 1452. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc119.rtf | rtf |
| 1453. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc186.rtf | rtf |
| 1454. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc186.rtf | rtf |
| 1455. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1943.rtf | rtf |
| 1456. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1943.rtf | rtf |
| 1457. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1945.rtf | rtf |
| 1458. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1945.rtf | rtf |
| 1459. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1947.rtf | rtf |
| 1460. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1947.rtf | rtf |
| 1461. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1948.rtf | rtf |
| 1462. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1948.rtf | rtf |
| 1463. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1949.rtf | rtf |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1464. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1949.rtf | rtf |
| 1465. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1950.rtf | rtf |
| 1466. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd1950.rtf | rtf |
| 1467. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1468. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1469. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1470. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1471. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1472. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1473. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1474. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1475. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1476. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1477. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1478. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1479. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1480. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1481. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1482. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1483. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1484. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1485. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1486. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1487. | h_drive\temp\aws11\Acrobat5\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1488. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1489. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1490. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1491. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1492. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1493. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1494. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1495. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1496. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1497. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1498. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1499. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1500. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1501. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1502. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1503. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1504. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1505. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1506. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1507. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1508. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1509. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1510. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1511. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1512. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1513. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1514. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1515. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1516. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1517. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\Catalog\VDKHome\ENU\Vdk10.rsd | rsd |
| 1518. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1519. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Plug_ins\VDKHome\ENU\Vdk10.rsd | rsd |
| 1520. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1521. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1522. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1523. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |
| 1524. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\plug_ins\vdkhome\enu\vdk10.rsd | rsd |
| 1525. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\VDKHome\ENU\VDK10.RSD | RSD |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1526. | g_drive\Documents and Settings\atourignbak\My Documents\My Music\AC-DC\AC-DC Live\03 - Back In Black.rmj | rmj |
| 1527. | g_drive\Documents and Settings\atourignbak\My Documents\My Music\Ben Harper\The Will To Live\12 - I Shall Not Walk Alone.rmj | rmj |
| 1528. | g_drive\Documents and Settings\atourignbak\My Documents\My Music\cd player\Ben Harper\The Will To Live\12 - I Shall Not Walk Alone.rmj | rmj |
| 1529. | g_drive\Documents and Settings\All Users\Application Data\Spybot - Search & Destroy\Backups\regLocal.reg | reg |
| 1530. | g_drive\Documents and Settings\All Users\Application Data\Spybot - Search & Destroy\Backups\regLocal.reg | reg |
| 1531. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1532. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1533. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1534. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1535. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1536. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1537. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1538. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1539. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1540. | g_drive\Program Files\Reflection\HP\SAMPLES\samples.r1w | r1w |
| 1541. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1542. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1543. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1544. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1545. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1546. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1547. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1548. | g_drive\WINDOWS\system32\QuickTime.qts | qts |
| 1549. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5cs.ppd | ppd |
| 1550. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5ct.ppd | ppd |
| 1551. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5j.ppd | ppd |
| 1552. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5k.ppd | ppd |
| 1553. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1554. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1555. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1556. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1557. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1558. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1559. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1560. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1561. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1562. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1563. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1564. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1565. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1566. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1567. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1568. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1569. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1570. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1571. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1572. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1573. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1574. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1575. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1576. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1577. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1578. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1579. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1580. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1581. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1582. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1583. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1584. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1585. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1586. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1587. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1588. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1589. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1590. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1591. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1592. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1593. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1594. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1595. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1596. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1597. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1598. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1599. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1600. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1601. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1602. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1603. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1604. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1605. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1606. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1607. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1608. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1609. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1610. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1611. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1612. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1613. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1614. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |