|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1615. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1616. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1617. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1618. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1619. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1620. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1621. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1622. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1623. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1624. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1625. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1626. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1627. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1628. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1629. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5cs.ppd | ppd |
| 1630. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5cs.ppd | ppd |
| 1631. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5ct.ppd | ppd |
| 1632. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5ct.ppd | ppd |
| 1633. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5j.ppd | ppd |
| 1634. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5j.ppd | ppd |
| 1635. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5k.ppd | ppd |
| 1636. | g_drive\Program Files\Adobe\Distillr\Distillr\Xtras\adist5k.ppd | ppd |
| 1637. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1638. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1639. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1640. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1641. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1642. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1643. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1644. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1645. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1646. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1647. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1648. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1649. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1650. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1651. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1652. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1653. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1654. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1655. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1656. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1657. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1658. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1659. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1660. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1661. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1662. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1663. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1664. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1665. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1666. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1667. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1668. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1669. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1670. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1671. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1672. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1673. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1674. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1675. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1676. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1677. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1678. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1679. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1680. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1681. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1682. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1683. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1684. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1685. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1686. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1687. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1688. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1689. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1690. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1691. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1692. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1693. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1694. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1695. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1696. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1697. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1698. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1699. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1700. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1701. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1702. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1703. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1704. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1705. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1706. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1707. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1708. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |

|       | Table 2 -- File/Pathname | File Type |
|-------|--------------------------|-----------|
| 1709. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1710. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1711. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1712. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1713. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1714. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5cs.ppd | ppd |
| 1715. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1716. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5ct.ppd | ppd |
| 1717. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1718. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5j.ppd | ppd |
| 1719. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1720. | g_drive\WINDOWS\system32\spool\drivers\w32x86\3\adist5k.ppd | ppd |
| 1721. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1722. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5cs.ppd | ppd |
| 1723. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1724. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5ct.ppd | ppd |
| 1725. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1726. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5j.ppd | ppd |
| 1727. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1728. | g_drive\WINDOWS\system32\spool\drivers\w32x86\adist5k.ppd | ppd |
| 1729. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5cs.ppd | ppd |
| 1730. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5ct.ppd | ppd |
| 1731. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5j.ppd | ppd |
| 1732. | g_drive\Program Files\Adobe\Acrobat 5.0\Distillr\Xtras\adist5k.ppd | ppd |
| 1733. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\P1RKS1KL\boot[1].php3 | php3 |
| 1734. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\PE\Dict\Core\Mwm2.pe | pe |
| 1735. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\PE\Dict\Core\Mwm2.pe | pe |
| 1736. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1737. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1738. | g_drive\Program Files\Adobe\Distillr\Help\ENU\Distparm.pdf | pdf |
| 1739. | g_drive\Program Files\Adobe\Distillr\Help\FRA\DISTPARM.PDF | PDF |
| 1740. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1741. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1742. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1743. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1744. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Adobe\Acrobat 4.0\Help\ENU\Acrohelp.pdf | pdf |
| 1745. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1746. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1747. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1748. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1749. | g_drive\Program Files\ACL Software\ACL for Windows Manuals\RefMan.pdf | pdf |
| 1750. | g_drive\Program Files\ACL Software\ACL for Windows Manuals\RefMan.pdf | pdf |
| 1751. | g_drive\Program Files\ACL Software\ACL for Windows Manuals\UGuide.pdf | pdf |
| 1752. | g_drive\Program Files\ACL Software\ACL for Windows Manuals\UGuide.pdf | pdf |
| 1753. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1754. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1755. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1756. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1757. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1758. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1759. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1760. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1761. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1762. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1763. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1764. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1765. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1766. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1767. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1768. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1769. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1770. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1771. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1772. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\DISTPARM.PDF | PDF |
| 1773. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1774. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1775. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1776. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1777. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1778. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1779. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1780. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1781. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1782. | g_drive\Program Files\Adobe\Distillr\Help\ENU\Distparm.pdf | pdf |
| 1783. | g_drive\Program Files\Adobe\Distillr\Help\ENU\Distparm.pdf | pdf |
| 1784. | g_drive\Program Files\Adobe\Distillr\Help\FRA\DISTPARM.PDF | PDF |
| 1785. | g_drive\Program Files\Adobe\Distillr\Help\FRA\DISTPARM.PDF | PDF |
| 1786. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\0TKPA3KL\2004-10-12%20News%20Room[1].pdf | pdf |
| 1787. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\0TKPA3KL\2004-10-12%20News%20Room[1].pdf | pdf |
| 1788. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\63EZ2TA7\2004-10-07%20News%20Room[1].pdf | pdf |
| 1789. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\63EZ2TA7\2004-10-07%20News%20Room[1].pdf | pdf |
| 1790. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\63EZ2TA7\2004-10-21%20News%20Room[1].pdf | pdf |
| 1791. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\63EZ2TA7\2004-10-21%20News%20Room[1].pdf | pdf |
| 1792. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\2004-09-17%20News%20Room[1].pdf | pdf |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1793. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\2004-09-17%20News%20Room[1].pdf | pdf |
| 1794. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\8VVFMSPH\2004-10-05%20News%20Room[1].pdf | pdf |
| 1795. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\8VVFMSPH\2004-10-05%20News%20Room[1].pdf | pdf |
| 1796. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\CHOHIF4P\2004-09-20%20News%20Room[1].pdf | pdf |
| 1797. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\CHOHIF4P\2004-09-20%20News%20Room[1].pdf | pdf |
| 1798. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EVIFMD23\2004-08-17%20News%20Room[1].pdf | pdf |
| 1799. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EVIFMD23\2004-08-17%20News%20Room[1].pdf | pdf |
| 1800. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EZUZQDQR\2004-09-27%20News%20Room[1].pdf | pdf |
| 1801. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EZUZQDQR\2004-09-27%20News%20Room[1].pdf | pdf |
| 1802. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\F2CRNXKP\2004-08-23_Rail_News[1].pdf | pdf |
| 1803. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\F2CRNXKP\2004-08-23_Rail_News[1].pdf | pdf |
| 1804. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\2004-10-06%20News%20Room[1].pdf | pdf |
| 1805. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\2004-10-06%20News%20Room[1].pdf | pdf |
| 1806. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\MT1I7MLO\2004-10-27%20News%20Room[1].pdf | pdf |
| 1807. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\MT1I7MLO\2004-10-27%20News%20Room[1].pdf | pdf |
| 1808. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-15%20News%20Room[1].pdf | pdf |
| 1809. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-15%20News%20Room[1].pdf | pdf |
| 1810. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-19%20News%20Room[1].pdf | pdf |
| 1811. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-19%20News%20Room[1].pdf | pdf |
| 1812. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-20%20News%20Room[1].pdf | pdf |
| 1813. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\SD2N4TIN\2004-10-20%20News%20Room[1].pdf | pdf |
| 1814. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\YLOBETI5\2004-09-23%20News%20Room[1].pdf | pdf |
| 1815. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\YLOBETI5\2004-09-23%20News%20Room[1].pdf | pdf |
| 1816. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\YLOBETI5\2004-09-24%20News%20Room[1].pdf | pdf |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1817. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\YLOBETI5\2004-09-24%20News%20Room[1].pdf | pdf |
| 1818. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1819. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1820. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1821. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1822. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1823. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1824. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1825. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1826. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\demos\ota.pdf | pdf |
| 1827. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\demos\ota.pdf | pdf |
| 1828. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\help\license.pdf | pdf |
| 1829. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\help\license.pdf | pdf |
| 1830. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Customizing_Frame_Products.pdf | pdf |
| 1831. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Customizing_Frame_Products.pdf | pdf |
| 1832. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Filters.pdf | pdf |
| 1833. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Filters.pdf | pdf |
| 1834. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\MIF_Reference.pdf | pdf |
| 1835. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\MIF_Reference.pdf | pdf |
| 1836. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Multiple_Platforms.pdf | pdf |
| 1837. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\OnlineManuals\Multiple_Platforms.pdf | pdf |
| 1838. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1839. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1840. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1841. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1842. | g_drive\Documents and Settings\mperraul\Desktop\DFSS\Examples and Exercises_Level 1\QI Macros User Guide.pdf | pdf |
| 1843. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1844. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1845. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1846. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1847. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1848. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1849. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\DISTPARM.PDF | PDF |
| 1850. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1851. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1852. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1853. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1854. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |

500070547v1

|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1855. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1856. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1857. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1858. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1859. | g_drive\Program Files\Iceni\Solo\License.pdf | pdf |
| 1860. | g_drive\Program Files\Iceni\Solo\License.pdf | pdf |
| 1861. | g_drive\Program Files\Panasonic\SDViewerDSC\Manual\Manual.pdf | pdf |
| 1862. | g_drive\Program Files\Panasonic\SDViewerDSC\Manual\Manual.pdf | pdf |
| 1863. | g_drive\Documents and Settings\rmurray\Local Settings\Temporary Internet Files\Content.IE5\EKD0SPX5\2004-11-19%20News%20Room[1].pdf | pdf |
| 1864. | g_drive\Documents and Settings\rmurray\Local Settings\Temporary Internet Files\Content.IE5\EKD0SPX5\2004-12-13%20Additional%20News%20Room[1].pdf | pdf |
| 1865. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Acrohelp.pdf | pdf |
| 1866. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Distparm.pdf | pdf |
| 1867. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\DocBox.pdf | pdf |
| 1868. | g_drive\Program Files\Adobe\Acrobat 7.0\Help\ENU\Reader.pdf | pdf |
| 1869. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1870. | g_drive\Documents and Settings\loumorin\My Documents\My Charts\Acme Computers.opx | opx |
| 1871. | g_drive\Documents and Settings\DUMMY1\My Documents\My Charts\Acme Computers.opx | opx |
| 1872. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1873. | g_drive\Documents and Settings\dummy1\My Documents\My Charts\Acme Computers.opx | opx |
| 1874. | g_drive\Documents and Settings\dummy1\My Documents\My Charts\Acme Computers.opx | opx |
| 1875. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1876. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1877. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1878. | g_drive\Documents and Settings\wskalila\My Documents\My Charts\Acme Computers.opx | opx |
| 1879. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc190\My Documents\My Charts\Acme Computers.opx | opx |
| 1880. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc190\My Documents\My Charts\Acme Computers.opx | opx |
| 1881. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1882. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1883. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1884. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1885. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1886. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1887. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1888. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1889. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1890. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1891. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1892. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1893. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1894. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1895. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1896. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1897. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1898. | g_drive\Program Files\Common Files\Microsoft Shared\MSEnv\dte.olb | olb |
| 1899. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.nyn | nyn |
| 1900. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.nyn | nyn |
| 1901. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\iNotes6.ntf | ntf |
| 1902. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1903. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1904. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1905. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1906. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\iNotes6.ntf | ntf |
| 1907. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1908. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1909. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1910. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1911. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1912. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1913. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1914. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1915. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1916. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1917. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1918. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1919. | h_drive\datamig\SB004272\Datamigration\Notes\data\log.ntf | ntf |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1920. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Notes\data\log.ntf | ntf |
| 1921. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1922. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1923. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1924. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1925. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1926. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1927. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1928. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1929. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1930. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1931. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1932. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1933. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1934. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1935. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1936. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1937. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1938. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1939. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1940. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1941. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1942. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1943. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1944. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1945. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1946. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1947. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1948. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1949. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1950. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1951. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1952. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1953. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1954. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1955. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1956. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1957. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1958. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1959. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1960. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1961. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1962. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1963. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1964. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1965. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1966. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1967. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1968. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 1969. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1970. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1971. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1972. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1973. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1974. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1975. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 1976. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 1977. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 1978. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 1979. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1980. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1981. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\iNotes6.ntf | ntf |
| 1982. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\iNotes6.ntf | ntf |
| 1983. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1984. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1985. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1986. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 1987. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1988. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 1989. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1990. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 1991. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\iNotes6.ntf | ntf |
| 1992. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\iNotes6.ntf | ntf |

| | Table 2 -- File/Pathname | File Type |
|---|---|---|
| 1993. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1994. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 1995. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1996. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 1997. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1998. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 1999. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2000. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2001. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2002. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2003. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2004. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2005. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 2006. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 2007. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 2008. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 2009. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 2010. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 2011. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 2012. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 2013. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2014. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2015. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2016. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |

| | Table 2 -- File/Pathname | File Type |
|---|---|---|
| 2017. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 2018. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2019. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2020. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2021. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 2022. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 2023. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 2024. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 2025. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2026. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2027. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 2028. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2029. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2030. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2031. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 2032. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 2033. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 2034. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 2035. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2036. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2037. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 2038. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2039. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2040. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2041. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\log.ntf | ntf |
| 2042. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6.ntf | ntf |
| 2043. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\de\mail6ex.ntf | ntf |
| 2044. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\log.ntf | ntf |
| 2045. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2046. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2047. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\iNotes6.ntf | ntf |
| 2048. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\iNotes6.ntf | ntf |
| 2049. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 2050. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\journal6.ntf | ntf |
| 2051. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2052. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\log.ntf | ntf |
| 2053. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2054. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6.ntf | ntf |
| 2055. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2056. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mail6ex.ntf | ntf |
| 2057. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\iNotes6.ntf | ntf |
| 2058. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\iNotes6.ntf | ntf |
| 2059. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2060. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6.ntf | ntf |
| 2061. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2062. | g_drive\Documents and Settings\All Users\Application Data\Lotus\Notes\Data\Shared\mui\fr\mail6ex.ntf | ntf |
| 2063. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\osloader.ntd | ntd |
| 2064. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.nrw | nrw |
| 2065. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.nrw | nrw |

500070547v1

|       | Table 2 – File/Pathname                                       | File Type |
|-------|---------------------------------------------------------------|-----------|
| 2066. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2067. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2068. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2069. | g_drive\WINDOWS\mui\FALLBACK\0c0a\edb500.dll.mui              | mui       |
| 2070. | g_drive\WINDOWS\mui\FALLBACK\0c0a\msrdpcli.exe.mui            | mui       |
| 2071. | g_drive\WINDOWS\mui\FALLBACK\0c0a\oschoice.exe.mui            | mui       |
| 2072. | g_drive\WINDOWS\mui\FALLBACK\0c0a\storport.sys.mui            | mui       |
| 2073. | g_drive\WINDOWS\mui\FALLBACK\0c0a\wmerrenu.dll.mui            | mui       |
| 2074. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2075. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2076. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2077. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2078. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2079. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2080. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2081. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2082. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2083. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2084. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2085. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2086. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2087. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2088. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2089. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2090. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2091. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2092. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2093. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2094. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2095. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2096. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2097. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2098. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2099. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2100. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2101. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2102. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2103. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2104. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2105. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2106. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2107. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2108. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2109. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |
| 2110. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui            | mui       |
| 2111. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui            | mui       |
| 2112. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui            | mui       |

500070547v1