| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2113. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui | mui |
| 2114. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui | mui |
| 2115. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui | mui |
| 2116. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui | mui |
| 2117. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui | mui |
| 2118. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui | mui |
| 2119. | g_drive\WINDOWS\mui\FALLBACK\040c\oschoice.exe.mui | mui |
| 2120. | g_drive\WINDOWS\mui\FALLBACK\040c\storport.sys.mui | mui |
| 2121. | g_drive\WINDOWS\mui\FALLBACK\040c\wmerrenu.dll.mui | mui |
| 2122. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2123. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2124. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2125. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2126. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2127. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2128. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2129. | g_drive\WINDOWS\Installer\{609F7AC8-C510-11D4-A788-009027ABA5D0}\1033.mst | mst |
| 2130. | h_drive\Tools\ABBYY Transformer\1029.mst | mst |
| 2131. | h_drive\Tools\ABBYY Transformer\1029.mst | mst |
| 2132. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2133. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2134. | g_drive\WINDOWS\Installer\10f425.msp | msp |
| 2135. | g_drive\WINDOWS\Installer\10f460.msp | msp |
| 2136. | g_drive\WINDOWS\Installer\f8f8a.msp | msp |
| 2137. | g_drive\WINDOWS\Installer\f8f8a.msp | msp |
| 2138. | g_drive\WINDOWS\Installer\f8fc5.msp | msp |
| 2139. | g_drive\WINDOWS\Installer\f8fc5.msp | msp |
| 2140. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2141. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2142. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2143. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2144. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2145. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2146. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2147. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2148. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2149. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2150. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2151. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2152. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2153. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2154. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2155. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2156. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2157. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2158. | g_drive\WINDOWS\Installer\10f425.msp | msp |
| 2159. | g_drive\WINDOWS\Installer\10f460.msp | msp |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2160. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2161. | g_drive\WINDOWS\Installer\14a374.msp | msp |
| 2162. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2163. | g_drive\WINDOWS\Installer\14a3af.msp | msp |
| 2164. | g_drive\WINDOWS\Installer\10f425.msp | msp |
| 2165. | g_drive\WINDOWS\Installer\10f460.msp | msp |
| 2166. | g_drive\orant\NET80\TNSUS.MSG | MSG |
| 2167. | g_drive\Program Files\Common Files\Microsoft Shared\web server extensions\40\bin\1033\FPEXT.MSG | MSG |
| 2168. | g_drive\orant\NET80\TNSUS.MSG | MSG |
| 2169. | g_drive\orant\NET80\TNSUS.MSG | MSG |
| 2170. | g_drive\orant\NET80\TNSUS.MSG | MSG |
| 2171. | g_drive\Program Files\Common Files\Microsoft Shared\web server extensions\40\bin\1033\FPEXT.MSG | MSG |
| 2172. | g_drive\Program Files\Common Files\Microsoft Shared\web server extensions\40\bin\1033\FPEXT.MSG | MSG |
| 2173. | g_drive\Program Files\Common Files\Microsoft Shared\web server extensions\40\bin\1033\FPEXT.MSG | MSG |
| 2174. | g_drive\orant\DBS\OINUS.MSB | MSB |
| 2175. | g_drive\orant\NET80\NMRUS.MSB | MSB |
| 2176. | g_drive\orant\RDBMS80\ORAUS.MSB | MSB |
| 2177. | g_drive\orant\DBS\OINUS.MSB | MSB |
| 2178. | g_drive\orant\NET80\NMRUS.MSB | MSB |
| 2179. | g_drive\orant\RDBMS80\ORAUS.MSB | MSB |
| 2180. | g_drive\orant\DBS\OINUS.MSB | MSB |
| 2181. | g_drive\orant\DBS\OINUS.MSB | MSB |
| 2182. | g_drive\orant\NET80\NMRUS.MSB | MSB |
| 2183. | g_drive\orant\NET80\NMRUS.MSB | MSB |
| 2184. | g_drive\orant\RDBMS80\ORAUS.MSB | MSB |
| 2185. | g_drive\orant\RDBMS80\ORAUS.MSB | MSB |
| 2186. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2187. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2188. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2189. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2190. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2191. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2192. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2193. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2194. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2195. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2196. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2197. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2198. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2199. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft SharePoint Portal Server Deployment.mpt | mpt |
| 2200. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2201. | g_drive\Program Files\Microsoft Office\Templates\1033\Microsoft Windows XP Deployment.mpt | mpt |
| 2202. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2203. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2204. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2205. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2206. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\cimwin32.mof | mof |
| 2207. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\cliegali.mof | mof |
| 2208. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2209. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2210. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2211. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2212. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2213. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2214. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2215. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2216. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2217. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2218. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2219. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2220. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2221. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2222. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2223. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2224. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2225. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2226. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2227. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2228. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2229. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2230. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2231. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2232. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2233. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |

500070547v1

|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2234. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2235. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2236. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2237. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2238. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2239. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2240. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2241. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2242. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2243. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2244. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2245. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2246. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2247. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2248. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2249. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2250. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2251. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2252. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2253. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2254. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2255. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2256. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2257. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2258. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2259. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2260. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2261. | g_drive\WINDOWS\system32\wbem\cimwin32.mof | mof |
| 2262. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2263. | g_drive\WINDOWS\system32\wbem\cliegaliases.mof | mof |
| 2264. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2265. | g_drive\WINDOWS\system32\wbem\ieinfo5.mof | mof |
| 2266. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2267. | g_drive\WINDOWS\system32\wbem\msi.mof | mof |
| 2268. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2269. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2270. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2271. | g_drive\Program Files\Microsoft Office\media\CntCD1\3082\CNTCD1.MML | MML |
| 2272. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2273. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2274. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2275. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2276. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2277. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2278. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2279. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2280. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2281. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2282. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2283. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2284. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2285. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2286. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2287. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2288. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2289. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2290. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2291. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2292. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2293. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2294. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2295. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2296. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2297. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2298. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2299. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2300. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2301. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2302. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2303. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2304. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2305. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2306. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2307. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2308. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2309. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2310. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2311. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2312. | g_drive\Program Files\Microsoft Office\media\cagcat10\1033\CAGCAT10.MML | MML |
| 2313. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2314. | g_drive\Program Files\Microsoft Office\media\CntCD1\1031\CNTCD1.MML | MML |
| 2315. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2316. | g_drive\Program Files\Microsoft Office\media\CntCD1\1036\CNTCD1.MML | MML |
| 2317. | g_drive\Documents and Settings\cauger\Application Data\Microsoft\Clip Organizer\mstore10.mgc | mgc |
| 2318. | g_drive\Documents and Settings\cauger\Application Data\Microsoft\Clip Organizer\mstore10.mgc | mgc |
| 2319. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2320. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2321. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2322. | g_drive\WINDOWS\system32\wbem\MUI\0c0a\cimwin32.mfl | mfl |
| 2323. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\cimwin32.mfl | mfl |
| 2324. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2325. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2326. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2327. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2328. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2329. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2330. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2331. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2332. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2333. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2334. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2335. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2336. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2337. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2338. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2339. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2340. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2341. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2342. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2343. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2344. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2345. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2346. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2347. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2348. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2349. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2350. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2351. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2352. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2353. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2354. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2355. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2356. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2357. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2358. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2359. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2360. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2361. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2362. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2363. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2364. | g_drive\WINDOWS\system32\wbem\cimwin32.mfl | mfl |
| 2365. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2366. | g_drive\WINDOWS\system32\wbem\msi.mfl | mfl |
| 2367. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2368. | g_drive\WINDOWS\system32\wbem\MUI\040c\cimwin32.mfl | mfl |
| 2369. | g_drive\Program Files\DATABOOK\D1.MDX | MDX |
| 2370. | g_drive\Program Files\DATABOOK\D1.MDX | MDX |
| 2371. | g_drive\Program Files\DATABOOK\D2.MDX | MDX |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2372. | g_drive\Program Files\DATABOOK\D2.MDX | MDX |
| 2373. | g_drive\Program Files\DATABOOK\D3.MDX | MDX |
| 2374. | g_drive\Program Files\DATABOOK\D3.MDX | MDX |
| 2375. | g_drive\Program Files\DATABOOK\DETAIL.MDX | MDX |
| 2376. | g_drive\Program Files\DATABOOK\DETAIL.MDX | MDX |
| 2377. | g_drive\Program Files\DATABOOK\M1.MDX | MDX |
| 2378. | g_drive\Program Files\DATABOOK\M1.MDX | MDX |
| 2379. | g_drive\Program Files\DATABOOK\M3.MDX | MDX |
| 2380. | g_drive\Program Files\DATABOOK\M3.MDX | MDX |
| 2381. | g_drive\Program Files\DATABOOK\P1.MDX | MDX |
| 2382. | g_drive\Program Files\DATABOOK\P1.MDX | MDX |
| 2383. | g_drive\Program Files\DATABOOK\P2.MDX | MDX |
| 2384. | g_drive\Program Files\DATABOOK\P2.MDX | MDX |
| 2385. | g_drive\Program Files\DATABOOK\P3.MDX | MDX |
| 2386. | g_drive\Program Files\DATABOOK\P3.MDX | MDX |
| 2387. | g_drive\Program Files\DATABOOK\SECONDAR.MDX | MDX |
| 2388. | g_drive\Program Files\DATABOOK\SECONDAR.MDX | MDX |
| 2389. | g_drive\Program Files\DATABOOK\SUMMARY.MDX | MDX |
| 2390. | g_drive\Program Files\DATABOOK\SUMMARY.MDX | MDX |
| 2391. | g_drive\Program Files\Access97\Office\WZDAT80.MDT | MDT |
| 2392. | g_drive\Program Files\Access97\Office\WZDAT80.MDT | MDT |
| 2393. | g_drive\Program Files\Access97\Office\WZDAT80.MDT | MDT |
| 2394. | g_drive\Program Files\Access97\Office\WZDAT80.MDT | MDT |
| 2395. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>2ac03 | mdb>2ac03 |
| 2396. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>10103 | mdb>10103 |
| 2397. | g_drive\Program Files\Rational\RequisitePro\samples\QBS_Example_Project\quarterbytebankexample.mdb | mdb |
| 2398. | g_drive\Program Files\Spear Technologies\Spear 2000\Temp\S47035231.MB | MB |
| 2399. | h_drive\Map Point\Europe\Data\EUR_CD.mad | mad |
| 2400. | h_drive\Map Point\Europe\Data\EUR_CD.mad | mad |
| 2401. | h_drive\Map Point\North America\Data\USA_CD.mad | mad |
| 2402. | h_drive\Map Point\North America\Data\USA_CD.mad | mad |
| 2403. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_01_06@12_50.log | log |
| 2404. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_01_06@17_55.log | log |
| 2405. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_01_20@16_55.log | log |
| 2406. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_02_04@09_02.log | log |
| 2407. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_02_04@14_44.log | log |
| 2408. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_02_23@12_25.log | log |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2409. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_03_29@10_11.log | log |
| 2410. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_05_21@11_54.log | log |
| 2411. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_05_28@13_31.log | log |
| 2412. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_06_09@11_56.log | log |
| 2413. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_06_16@10_29.log | log |
| 2414. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_06_19@09_20.log | log |
| 2415. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_06_26@14_20.log | log |
| 2416. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_07_04@09_35.log | log |
| 2417. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_07_17@12_02.log | log |
| 2418. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_08_18@14_30.log | log |
| 2419. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_08_25@10_04.log | log |
| 2420. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_08_25@10_30.log | log |
| 2421. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_08_30@10_45.log | log |
| 2422. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_09_09@15_48.log | log |
| 2423. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_09_27@16_19.log | log |
| 2424. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_10_17@14_09.log | log |
| 2425. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_10_21@13_32.log | log |
| 2426. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_10_28@10_08.log | log |
| 2427. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_11_05@15_52.log | log |
| 2428. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_11_14@09_16.log | log |
| 2429. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_11_14@09_33.log | log |
| 2430. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_11_28@09_09.log | log |
| 2431. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_12_02@10_20.log | log |
| 2432. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_12_02@16_53.log | log |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2433. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_12_09@11_34.log | log |
| 2434. | g_drive\Documents and Settings\jdecresc\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAC769949_12_09@13_38.log | log |
| 2435. | g_drive\Documents and Settings\rdrolet\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810099_08_15@12_01.log | log |
| 2436. | g_drive\WINDOWS\repair\setup.log | log |
| 2437. | g_drive\Documents and Settings\pmoslene\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERDAA999522_12_14@15_54.log | log |
| 2438. | g_drive\WINDOWS\repair\setup.log | log |
| 2439. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_01_05@11_54.log | log |
| 2440. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_01_05@12_50.log | log |
| 2441. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_01_13@08_45.log | log |
| 2442. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_01_21@12_55.log | log |
| 2443. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_03_01@10_59.log | log |
| 2444. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_03_01@11_11.log | log |
| 2445. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_03_03@08_38.log | log |
| 2446. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_03_10@16_33.log | log |
| 2447. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_03_21@09_40.log | log |
| 2448. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_05_28@14_43.log | log |
| 2449. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_08_04@08_37.log | log |
| 2450. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_08_10@08_03.log | log |
| 2451. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_10_06@08_18.log | log |
| 2452. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_10_26@13_25.log | log |
| 2453. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_11_01@15_33.log | log |
| 2454. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_11_05@10_10.log | log |
| 2455. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_12_02@14_26.log | log |
| 2456. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_12_08@09_06.log | log |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2457. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_12_17@09_27.log | log |
| 2458. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_12_17@11_51.log | log |
| 2459. | g_drive\Documents and Settings\vhilario\Local Settings\Application Data\Lotus\notes\data\nsd_all_W32I_AMERDAA997469_12_21@09_29.log | log |
| 2460. | g_drive\WINDOWS\repair\setup.log | log |
| 2461. | g_drive\WINDOWS\repair\setup.log | log |
| 2462. | g_drive\WINDOWS\repair\setup.log | log |
| 2463. | g_drive\Documents and Settings\rdumouli\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811308_09_24@10_32.log | log |
| 2464. | g_drive\WINDOWS\repair\setup.log | log |
| 2465. | g_drive\Documents and Settings\maraymon\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810802_01_07@16_51.log | log |
| 2466. | g_drive\Documents and Settings\maraymon\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810802_11_02@09_12.log | log |
| 2467. | g_drive\Documents and Settings\maraymon\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810802_11_02@09_36.log | log |
| 2468. | g_drive\Documents and Settings\maraymon\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810802_11_02@09_45.log | log |
| 2469. | g_drive\Documents and Settings\maraymon\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810802_11_26@18_03.log | log |
| 2470. | g_drive\WINDOWS\AcadDeploy.log | log |
| 2471. | g_drive\WINDOWS\repair\setup.log | log |
| 2472. | g_drive\WINDOWS\repair\setup.log | log |
| 2473. | g_drive\Documents and Settings\cauger\Local Settings\Application Data\lotus\notes\data\IBM_TECHNICAL_SUPPORT\nsd_all_W32I_AMERDAA999568_03_31@15_05.log | log |
| 2474. | g_drive\Documents and Settings\cauger\Local Settings\Application Data\lotus\notes\data\IBM_TECHNICAL_SUPPORT\nsd_all_W32I_AMERDAA999568_03_31@15_05.log | log |
| 2475. | g_drive\WINDOWS\repair\setup.log | log |
| 2476. | g_drive\WINDOWS\repair\setup.log | log |
| 2477. | g_drive\Documents and Settings\jtellier\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810775_09_04@15_31.log | log |
| 2478. | g_drive\Documents and Settings\jtellier\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810775_09_04@15_31.log | log |
| 2479. | g_drive\WINDOWS\repair\setup.log | log |
| 2480. | g_drive\WINDOWS\repair\setup.log | log |
| 2481. | g_drive\Documents and Settings\gslater\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811312_01_12@13_26.log | log |
| 2482. | g_drive\Documents and Settings\gslater\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811312_08_18@11_05.log | log |
| 2483. | g_drive\Documents and Settings\gslater\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811312_10_25@15_23.log | log |
| 2484. | g_drive\WINDOWS\repair\setup.log | log |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2485. | g_drive\Documents and Settings\mperraul\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810805_09_03@13_30.log | log |
| 2486. | g_drive\Documents and Settings\mperraul\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810805_12_16@09_08.log | log |
| 2487. | g_drive\WINDOWS\AcadDeploy.log | log |
| 2488. | g_drive\WINDOWS\repair\setup.log | log |
| 2489. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_02_17@13_43.log | log |
| 2490. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_02_27@08_27.log | log |
| 2491. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_04_05@14_20.log | log |
| 2492. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_08_11@08_10.log | log |
| 2493. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_08_12@15_28.log | log |
| 2494. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_08_30@12_39.log | log |
| 2495. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_08_31@11_58.log | log |
| 2496. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_10_21@13_34.log | log |
| 2497. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_10_29@15_23.log | log |
| 2498. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_10_29@15_25.log | log |
| 2499. | g_drive\Documents and Settings\atourign\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC810213_11_16@09_06.log | log |
| 2500. | g_drive\WINDOWS\repair\setup.log | log |
| 2501. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_04_05@16_21.log | log |
| 2502. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_04_05@16_21.log | log |
| 2503. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_07_22@11_14.log | log |
| 2504. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_07_22@11_14.log | log |
| 2505. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_08_24@13_17.log | log |
| 2506. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_08_24@13_17.log | log |
| 2507. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_12_08@16_31.log | log |
| 2508. | g_drive\Documents and Settings\rmeuser\Local Settings\Application Data\lotus\notes\data\nsd_all_W32I_AMERLAC811165_12_08@16_31.log | log |
| 2509. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\boson.log | log |
| 2510. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\boson.log | log |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2511. | g_drive\Program Files\ABBYY PDF Transformer 1.0\ABBYY PDF Transformer 1.0.log | log |
| 2512. | g_drive\Program Files\ABBYY PDF Transformer 1.0\ABBYY PDF Transformer 1.0.log | log |
| 2513. | g_drive\WINDOWS\repair\setup.log | log |
| 2514. | g_drive\WINDOWS\repair\setup.log | log |
| 2515. | g_drive\WINDOWS\repair\setup.log | log |
| 2516. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2517. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2518. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2519. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2520. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSHY_SK.LEX | LEX |
| 2521. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2522. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2523. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2524. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2525. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2526. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2527. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2528. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2529. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2530. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2531. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2532. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2533. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2534. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2535. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2536. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2537. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2538. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2539. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2540. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2541. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2542. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2543. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2544. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2545. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2546. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2547. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2548. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2549. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2550. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2551. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2552. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2553. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2554. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2555. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2556. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2557. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2558. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2559. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2560. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2561. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2562. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2563. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2564. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2565. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2566. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2567. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2568. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2569. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2570. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2571. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2572. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2573. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2574. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2575. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2576. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2577. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2578. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2579. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2580. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2581. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2582. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2583. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2584. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2585. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2586. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2587. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2588. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2589. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2590. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2591. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2592. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2593. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2594. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2595. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2596. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2597. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2598. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2599. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2600. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2601. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2602. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2603. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2604. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2605. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2606. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2607. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2608. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2609. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2610. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2611. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2612. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2613. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2614. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2615. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2616. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2617. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2618. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2619. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2620. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2621. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2622. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2623. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2624. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3EN.LEX | LEX |
| 2625. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3ES.LEX | LEX |
| 2626. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3FR.LEX | LEX |
| 2627. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSGR3GE.LEX | LEX |
| 2628. | g_drive\Program Files\Common Files\Microsoft Shared\Proof\MSTH3AM.LEX | LEX |
| 2629. | g_drive\WINDOWS\srchasst\nls302en.lex | lex |
| 2630. | h_drive\41-Amtrack NEC\Yaw damper crissis\FEA\bss_04\bss_04.l08 | l08 |
| 2631. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\NQWNZX0D\cp_Library[1].jsp | jsp |
| 2632. | g_drive\Documents and Settings\gslater\Local Settings\Temporary Internet Files\Content.IE5\G1K9EN0P\nm[1].js | js |
| 2633. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\K12Z2VC9\2799[1].js | js |
| 2634. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\K12Z2VC9\2799[1].js | js |
| 2635. | g_drive\Program Files\Java\jre1.5.0_02\lib\deploy.jar>d8 | jar>d8 |
| 2636. | g_drive\Program Files\Java\jre1.5.0_02\lib\deploy.jar>d8 | jar>d8 |
| 2637. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2638. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2639. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2640. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2641. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2642. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2643. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2644. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2645. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2646. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2647. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2648. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2649. | g_drive\Program Files\lotus\notes\dconsole.jar>a9 | jar>a9 |
| 2650. | g_drive\Program Files\lotus\notes\dconsole.jar>a8 | jar>a8 |
| 2651. | g_drive\Program Files\lotus\notes\dconsole.jar>a8 | jar>a8 |
| 2652. | g_drive\Program Files\lotus\notes\dconsole.jar>a8 | jar>a8 |
| 2653. | g_drive\Program Files\lotus\notes\dconsole.jar>a8 | jar>a8 |
| 2654. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2655. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2656. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2657. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2658. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2659. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2660. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2661. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2662. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2663. | g_drive\Program Files\Rational\common\java\javahelp\jh.jar>59 | jar>59 |
| 2664. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2665. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2666. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2667. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2668. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2669. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2670. | g_drive\Program Files\lotus\notes\_uninst2\uninstall.jar>394 | jar>394 |
| 2671. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2672. | g_drive\Program Files\lotus\notes\SAPConn\_uninst\uninstall.jar>394 | jar>394 |
| 2673. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2674. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2675. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2676. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2677. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2678. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2679. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2680. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2681. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2682. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2683. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2684. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2685. | g_drive\Program Files\lotus\notes\dconsole.jar>2c | jar>2c |
| 2686. | g_drive\Program Files\lotus\notes\dconsole.jar>2b | jar>2b |
| 2687. | g_drive\Program Files\lotus\notes\dconsole.jar>2b | jar>2b |
| 2688. | g_drive\Program Files\lotus\notes\dconsole.jar>2b | jar>2b |
| 2689. | g_drive\Program Files\lotus\notes\dconsole.jar>2b | jar>2b |
| 2690. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\LRE32.tmp\nsap1_7.jar>136 | jar>136 |
| 2691. | h_drive\Map Point\Europe\Data\EURARTS.its | its |
| 2692. | h_drive\Map Point\Europe\Data\EURARTS.its | its |