| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2693. | g_drive\Program Files\InstallShield Installation Information\{43D9B310-7C71-400E-BD41-AA3D30B6B0C8}\setup.inx | inx |
| 2694. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2695. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2696. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2697. | g_drive\SUPPORT\CHIPSET\setup.inx | inx |
| 2698. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2699. | g_drive\SUPPORT\CHIPSET\setup.inx | inx |
| 2700. | g_drive\SUPPORT\CHIPSET\setup.inx | inx |
| 2701. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2702. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2703. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2704. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2705. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2706. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2707. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2708. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2709. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2710. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2711. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2712. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2713. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2714. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2715. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2716. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2717. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2718. | g_drive\Dell\Drivers\R62171\setup.inx | inx |
| 2719. | g_drive\Dell\Drivers\R62171\setup.inx | inx |
| 2720. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2721. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2722. | g_drive\Program Files\InstallShield Installation Information\{98E8A2EF-4EAE-43B8-A172-74842B764777}\setup.inx | inx |
| 2723. | g_drive\Program Files\InstallShield Installation Information\{98E8A2EF-4EAE-43B8-A172-74842B764777}\setup.inx | inx |
| 2724. | g_drive\Program Files\InstallShield Installation Information\{AAB84E83-C8DF-4752-9DFC-2E2A48EE5E9F}\setup.inx | inx |
| 2725. | g_drive\Program Files\InstallShield Installation Information\{AAB84E83-C8DF-4752-9DFC-2E2A48EE5E9F}\setup.inx | inx |
| 2726. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |

85

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2727. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2728. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2729. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2730. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2731. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2732. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2733. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2734. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2735. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2736. | g_drive\SUPPORT\palm\setup.inx | inx |
| 2737. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2738. | g_drive\SUPPORT\CHIPSET\setup.inx | inx |
| 2739. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2740. | g_drive\Program Files\InstallShield Installation Information\{2E8EAC71-BFE4-417A-88F0-5A1BDFBCF5D3}\setup.inx | inx |
| 2741. | g_drive\Program Files\InstallShield Installation Information\{2E8EAC71-BFE4-417A-88F0-5A1BDFBCF5D3}\setup.inx | inx |
| 2742. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2743. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2744. | g_drive\Program Files\InstallShield Installation Information\{D271DAE0-8D68-4C97-8356-A126D48A1D8C}\setup.inx | inx |
| 2745. | g_drive\Program Files\InstallShield Installation Information\{D271DAE0-8D68-4C97-8356-A126D48A1D8C}\setup.inx | inx |
| 2746. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2747. | g_drive\SUPPORT\CHIPSET\SETUP.INX | INX |
| 2748. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2749. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2750. | g_drive\Program Files\InstallShield Installation Information\{7C21EEE0-E6FD-11D4-BD19-00D0B702AEC0}\setup.inx | inx |
| 2751. | g_drive\SUPPORT\CHIPSET\setup.inx | inx |
| 2752. | g_drive\SUPPORT\Laptops\TouchPad\Setup.inx | inx |
| 2753. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2754. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2755. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2756. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2757. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2758. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2759. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\corperfmonsymbols.ini | ini |
| 2760. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2761. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2762. | g_drive\WINDOWS\Temp\dialogs.ini | ini |

86

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2763. | g_drive\SUPPORT\Laptops\FiberLink\Setup.INI | INI |
| 2764. | g_drive\SUPPORT\Laptops\FiberLink\Setup.INI | INI |
| 2765. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2766. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2767. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2768. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2769. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2770. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2771. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2772. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2773. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2774. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2775. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2776. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2777. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2778. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2779. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2780. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2781. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2782. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2783. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2784. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2785. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2786. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2787. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2788. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2789. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2790. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2791. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2792. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2793. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2794. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2795. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2796. | g_drive\Dell\Drivers\R62171\3rdPartyApp\DVDSentry\setup.ini | ini |
| 2797. | g_drive\Dell\Drivers\R62171\3rdPartyApp\DVDSentry\setup.ini | ini |
| 2798. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2799. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2800. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2801. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2802. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2803. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2804. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2805. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2806. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2807. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2808. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2809. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |

87

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2810. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2811. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2812. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2813. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2814. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2815. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2816. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2817. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2818. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2819. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2820. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2821. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2822. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2823. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2824. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2825. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2826. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2827. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2828. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2829. | g_drive\WINDOWS\system32\PerfStringBackup.INI | INI |
| 2830. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2831. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2832. | g_drive\SUPPORT\Laptops\Fiberlink\Setup.INI | INI |
| 2833. | g_drive\WINDOWS\Microsoft.NET\Framework\v1.0.3705\CORPerfMonSymbols.ini | ini |
| 2834. | g_drive\WINDOWS\system32\esentprf.ini | ini |
| 2835. | g_drive\WINDOWS\Temp\dialogs.ini | ini |
| 2836. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2837. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2838. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2839. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2840. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2841. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2842. | h_drive\datamig\SB004272\USMT2I.UNC\migration.inf | inf |
| 2843. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2844. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2845. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2846. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2847. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2848. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2849. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2850. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2851. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2852. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2853. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2854. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2855. | g_drive\WINDOWS\LastGood\INF\drvindex.inf | inf |
| 2856. | g_drive\WINDOWS\LastGood\INF\iis.inf | inf |

88

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2857. | g_drive\WINDOWS\LastGood\INF\ks.inf | inf |
| 2858. | g_drive\WINDOWS\LastGood\INF\layout.inf | inf |
| 2859. | g_drive\WINDOWS\LastGood\INF\ntprint.inf | inf |
| 2860. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ip\drvindex.inf | inf |
| 2861. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ip\iis.inf | inf |
| 2862. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ip\ks.inf | inf |
| 2863. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ip\layout.inf | inf |
| 2864. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ip\ntprint.inf | inf |
| 2865. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\mdmcxsf2.inf | inf |
| 2866. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\update\update.inf | inf |
| 2867. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2868. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2869. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2870. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2871. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2872. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2873. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2874. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2875. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2876. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2877. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2878. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2879. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2880. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2881. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2882. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2883. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2884. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2885. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2886. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2887. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2888. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2889. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2890. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2891. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2892. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2893. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2894. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2895. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2896. | g_drive\WINDOWS\inf\ntprint.inf | inf |

89

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2897. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2898. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2899. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2900. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2901. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2902. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2903. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2904. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2905. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2906. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2907. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2908. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2909. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2910. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2911. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2912. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2913. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2914. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2915. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2916. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2917. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2918. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2919. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2920. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2921. | g_drive\WINDOWS\LastGood\INF\ks.inf | inf |
| 2922. | g_drive\WINDOWS\LastGood\INF\ks.inf | inf |
| 2923. | g_drive\WINDOWS\LastGood\RegisteredPackages\{44BBA855-CC51-11CF-AAFA-00AA00B6015C}\ks.inf | inf |
| 2924. | g_drive\WINDOWS\LastGood\RegisteredPackages\{44BBA855-CC51-11CF-AAFA-00AA00B6015C}\ks.inf | inf |
| 2925. | g_drive\WINDOWS\RegisteredPackages\{44BBA855-CC51-11CF-AAFA-00AA00B6015C}\ks.inf | inf |
| 2926. | g_drive\WINDOWS\RegisteredPackages\{44BBA855-CC51-11CF-AAFA-00AA00B6015C}\ks.inf | inf |
| 2927. | h_drive\WINDOWS\INF\KS.INF | INF |
| 2928. | h_drive\WINDOWS\SYSTEM\DirectX\Migrate\ks.inf | inf |
| 2929. | h_drive\WINDOWS\SYSTEM\DirectX\Migrate\ks98.inf | inf |
| 2930. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2931. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2932. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2933. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2934. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2935. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2936. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2937. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2938. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2939. | g_drive\WINDOWS\inf\layout.inf | inf |

90

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2940. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2941. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2942. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2943. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2944. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2945. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2946. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2947. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2948. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2949. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2950. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2951. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2952. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2953. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2954. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2955. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2956. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2957. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2958. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2959. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2960. | g_drive\WINDOWS\inf\drvindex.inf | inf |
| 2961. | g_drive\WINDOWS\inf\iis.inf | inf |
| 2962. | g_drive\WINDOWS\inf\ks.inf | inf |
| 2963. | g_drive\WINDOWS\inf\layout.inf | inf |
| 2964. | g_drive\WINDOWS\inf\mwtpdsp.inf | inf |
| 2965. | g_drive\WINDOWS\inf\ntprint.inf | inf |
| 2966. | g_drive\Program Files\InstallShield Installation Information\{98E8A2EF-4EAE-43B8-A172-74842B764777}\setup.ilg | ilg |
| 2967. | g_drive\Program Files\InstallShield Installation Information\{98E8A2EF-4EAE-43B8-A172-74842B764777}\setup.ilg | ilg |
| 2968. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\UJ7QK4WQ\0 | IE5\UJ7QK4WQ\0 |
| 2969. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\4ZFRE4P5\pac[1] | IE5\4ZFRE4P5\pac[1] |
| 2970. | g_drive\orant\doc\cartridg.804\a55713.idx | idx |
| 2971. | g_drive\orant\doc\cartridg.804\a57501.idx | idx |
| 2972. | g_drive\orant\doc\database.804\a58244.idx | idx |
| 2973. | g_drive\orant\doc\database.804\a58246.idx | idx |
| 2974. | g_drive\orant\doc\database.804\a58312.idx | idx |
| 2975. | g_drive\orant\doc\database.804\a58396.idx | idx |
| 2976. | g_drive\orant\doc\network.804\a42481.idx | idx |
| 2977. | g_drive\orant\doc\network.804\a58230.idx | idx |
| 2978. | g_drive\orant\doc\oem.804\a57693.idx | idx |
| 2979. | g_drive\orant\doc\oem.804\a57694.idx | idx |
| 2980. | g_drive\orant\doc\oem.804\a57696.idx | idx |

91

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 2981. | g_drive\orant\doc\paraserv.804\a58238.idx | idx |
| 2982. | g_drive\Documents and Settings\pmiclett\Application Data\Hotbar\v3.0\Hotbar\static\1\keywords.idx | idx |
| 2983. | g_drive\Documents and Settings\pmiclett\Application Data\Hotbar\v3.0\Hotbar\static\2\keywords.idx | idx |
| 2984. | g_drive\orant\doc\cartridg.804\a55713.idx | idx |
| 2985. | g_drive\orant\doc\cartridg.804\a57501.idx | idx |
| 2986. | g_drive\orant\doc\database.804\a58244.idx | idx |
| 2987. | g_drive\orant\doc\database.804\a58246.idx | idx |
| 2988. | g_drive\orant\doc\database.804\a58312.idx | idx |
| 2989. | g_drive\orant\doc\database.804\a58396.idx | idx |
| 2990. | g_drive\orant\doc\network.804\a42481.idx | idx |
| 2991. | g_drive\orant\doc\network.804\a58230.idx | idx |
| 2992. | g_drive\orant\doc\oem.804\a57693.idx | idx |
| 2993. | g_drive\orant\doc\oem.804\a57694.idx | idx |
| 2994. | g_drive\orant\doc\oem.804\a57696.idx | idx |
| 2995. | g_drive\orant\doc\paraserv.804\a58238.idx | idx |
| 2996. | g_drive\orant\doc\cartridg.804\a55713.idx | idx |
| 2997. | g_drive\orant\doc\cartridg.804\a55713.idx | idx |
| 2998. | g_drive\orant\doc\cartridg.804\a57501.idx | idx |
| 2999. | g_drive\orant\doc\cartridg.804\a57501.idx | idx |
| 3000. | g_drive\orant\doc\database.804\a58244.idx | idx |
| 3001. | g_drive\orant\doc\database.804\a58244.idx | idx |
| 3002. | g_drive\orant\doc\database.804\a58246.idx | idx |
| 3003. | g_drive\orant\doc\database.804\a58246.idx | idx |
| 3004. | g_drive\orant\doc\database.804\a58312.idx | idx |
| 3005. | g_drive\orant\doc\database.804\a58312.idx | idx |
| 3006. | g_drive\orant\doc\database.804\a58396.idx | idx |
| 3007. | g_drive\orant\doc\database.804\a58396.idx | idx |
| 3008. | g_drive\orant\doc\network.804\a42481.idx | idx |
| 3009. | g_drive\orant\doc\network.804\a42481.idx | idx |
| 3010. | g_drive\orant\doc\network.804\a58230.idx | idx |
| 3011. | g_drive\orant\doc\network.804\a58230.idx | idx |
| 3012. | g_drive\orant\doc\oem.804\a57693.idx | idx |
| 3013. | g_drive\orant\doc\oem.804\a57693.idx | idx |
| 3014. | g_drive\orant\doc\oem.804\a57694.idx | idx |
| 3015. | g_drive\orant\doc\oem.804\a57694.idx | idx |
| 3016. | g_drive\orant\doc\oem.804\a57696.idx | idx |
| 3017. | g_drive\orant\doc\oem.804\a57696.idx | idx |
| 3018. | g_drive\orant\doc\paraserv.804\a58238.idx | idx |
| 3019. | g_drive\orant\doc\paraserv.804\a58238.idx | idx |
| 3020. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3021. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3022. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3023. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3024. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3025. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3026. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3027. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3028. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3029. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3030. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3031. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3032. | h_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3033. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3034. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3035. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3036. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3037. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3038. | g_drive\SYSMGT\TNGEAV\inoc6.icf | icf |
| 3039. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3040. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3041. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3042. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3043. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3044. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3045. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3046. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3047. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3048. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3049. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3050. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3051. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3052. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3053. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3054. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3055. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3056. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3057. | g_drive\SYSMGT\URC\readme.html | html |
| 3058. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3059. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3060. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3061. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3062. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3063. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3064. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3065. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3066. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3067. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |

93

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3068. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3069. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3070. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3071. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3072. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3073. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3074. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3075. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3076. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3077. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3078. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3079. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3080. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3081. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3082. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3083. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3084. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3085. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3086. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3087. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3088. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3089. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3090. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3091. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3092. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3093. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3094. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3095. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3096. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3097. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3098. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3099. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3100. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3101. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3102. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3103. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3104. | h_drive\temp\aws11\Acrobat5\Reader\ReadMe.html | html |
| 3105. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3106. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3107. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3108. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3109. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |

94

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3110. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3111. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3112. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3113. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3114. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3115. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3116. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3117. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3118. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3119. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3120. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3121. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3122. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3123. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3124. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3125. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3126. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3127. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3128. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3129. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3130. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3131. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3132. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3133. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3134. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3135. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3136. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3137. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3138. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3139. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3140. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3141. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3142. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3143. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3144. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3145. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3146. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3147. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3148. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3149. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3150. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3151. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3152. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3153. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3154. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3155. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3156. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3157. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3158. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3159. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3160. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3161. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3162. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3163. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3164. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3165. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3166. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3167. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3168. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3169. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3170. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3171. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3172. | g_drive\Program Files\Rational\doc\reqpro_readme.html | html |
| 3173. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3174. | g_drive\Program Files\Rational\doc\RequisiteWebInstall.html | html |
| 3175. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3176. | g_drive\Program Files\Rational\doc\rs_readme.html | html |
| 3177. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3178. | g_drive\Program Files\Rational\doc\rt_readme.html | html |
| 3179. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3180. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3181. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3182. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3183. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3184. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3185. | g_drive\Program Files\Adobe\Acrobat 5.0\Reader\ReadMe.html | html |
| 3186. | g_drive\Program Files\Adobe\Acrobat 5.0\ReadMe.html | html |
| 3187. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Legal\Adobe Reader\7.0.0\en_US\license.html | html |
| 3188. | g_drive\Program Files\Real\RealOne Player\playrlic.html | html |
| 3189. | g_drive\Program Files\Real\RealOne Player\RealNetworks License.html | html |
| 3190. | g_drive\SYSMGT\TNGURC\readme.html | html |
| 3191. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\0TOHMFWP\netscape[1].htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3192. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\OQ94KV6D\setup[1].htm | htm |
| 3193. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\UTL78M14\ca[1].htm | htm |
| 3194. | g_drive\Documents and Settings\jdecresc\Local Settings\Temporary Internet Files\Content.IE5\UTL78M14\index1[1].htm | htm |
| 3195. | g_drive\orant\doc\appdev.804\a58233\dev.htm | htm |
| 3196. | g_drive\orant\doc\appdev.804\a58241\ch_lob.htm | htm |
| 3197. | g_drive\orant\doc\appdev.804\a58241\ch2.htm | htm |
| 3198. | g_drive\orant\doc\appdev.804\a58241\ch4.htm | htm |
| 3199. | g_drive\orant\doc\appdev.804\a58241\ch8.htm | htm |
| 3200. | g_drive\orant\doc\appdev.804\a69520\ch2.htm | htm |
| 3201. | g_drive\orant\doc\cartridg.804\a57501\ts_tscon.htm | htm |
| 3202. | g_drive\orant\doc\cartridg.804\a58164\ch07.htm | htm |
| 3203. | g_drive\orant\doc\database.804\a55922\apc.htm | htm |
| 3204. | g_drive\orant\doc\database.804\a55922\glos.htm | htm |
| 3205. | g_drive\orant\doc\database.804\a58225\ch4b.htm | htm |
| 3206. | g_drive\orant\doc\database.804\a58225\ch4c.htm | htm |
| 3207. | g_drive\orant\doc\database.804\a58225\ch4d.htm | htm |
| 3208. | g_drive\orant\doc\database.804\a58225\ch4e.htm | htm |
| 3209. | g_drive\orant\doc\database.804\a58225\ch4f.htm | htm |
| 3210. | g_drive\orant\doc\database.804\a58225\ch4g.htm | htm |
| 3211. | g_drive\orant\doc\database.804\a58225\ch4h.htm | htm |
| 3212. | g_drive\orant\doc\database.804\a58225\ch4m.htm | htm |
| 3213. | g_drive\orant\doc\database.804\a58227\ch_intro.htm | htm |
| 3214. | g_drive\orant\doc\database.804\a58227\ch_paral.htm | htm |
| 3215. | g_drive\orant\doc\database.804\a58227\ch_procs.htm | htm |
| 3216. | g_drive\orant\doc\database.804\a58227\ch_pti.htm | htm |
| 3217. | g_drive\orant\doc\database.804\a58227\ch12.htm | htm |
| 3218. | g_drive\orant\doc\database.804\a58227\ch13.htm | htm |
| 3219. | g_drive\orant\doc\database.804\a58227\ch22.htm | htm |
| 3220. | g_drive\orant\doc\database.804\a58227\ch3.htm | htm |
| 3221. | g_drive\orant\doc\database.804\a58227\ch4.htm | htm |
| 3222. | g_drive\orant\doc\database.804\a58227\index.htm | htm |
| 3223. | g_drive\orant\doc\database.804\a58227\toc.htm | htm |
| 3224. | g_drive\orant\doc\database.804\a58228\ch2.htm | htm |
| 3225. | g_drive\orant\doc\database.804\a58236\01_oview.htm | htm |
| 3226. | g_drive\orant\doc\database.804\a58242\ch1.htm | htm |
| 3227. | g_drive\orant\doc\database.804\a58242\ch2.htm | htm |
| 3228. | g_drive\orant\doc\database.804\a58242\ch3.htm | htm |
| 3229. | g_drive\orant\doc\database.804\a58242\events2.htm | htm |
| 3230. | g_drive\orant\doc\database.804\a58242\index.htm | htm |
| 3231. | g_drive\orant\doc\database.804\a58242\statisti.htm | htm |
| 3232. | g_drive\orant\doc\database.804\a58242\toc.htm | htm |
| 3233. | g_drive\orant\doc\database.804\a58243\migbymig.htm | htm |
| 3234. | g_drive\orant\doc\database.804\a58244\ch01.htm | htm |
| 3235. | g_drive\orant\doc\database.804\a58244\ch02.htm | htm |

97

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3236. | g_drive\orant\doc\database.804\a58244\ch03.htm | htm |
| 3237. | g_drive\orant\doc\database.804\a58244\ch08.htm | htm |
| 3238. | g_drive\orant\doc\database.804\a58245\ch2.htm | htm |
| 3239. | g_drive\orant\doc\database.804\a58246\access.htm | htm |
| 3240. | g_drive\orant\doc\database.804\a58246\dboper.htm | htm |
| 3241. | g_drive\orant\doc\database.804\a58246\dwfeat.htm | htm |
| 3242. | g_drive\orant\doc\database.804\a58246\index.htm | htm |
| 3243. | g_drive\orant\doc\database.804\a58246\io.htm | htm |
| 3244. | g_drive\orant\doc\database.804\a58246\method.htm | htm |
| 3245. | g_drive\orant\doc\database.804\a58246\otrace.htm | htm |
| 3246. | g_drive\orant\doc\database.804\a58246\pexdiag.htm | htm |
| 3247. | g_drive\orant\doc\database.804\a58246\pextune.htm | htm |
| 3248. | g_drive\orant\doc\database.804\a58246\pexunder.htm | htm |
| 3249. | g_drive\orant\doc\database.804\a58246\resource.htm | htm . |
| 3250. | g_drive\orant\doc\database.804\a58246\toc.htm | htm |
| 3251. | g_drive\orant\doc\database.804\a58246\tools.htm | htm |
| 3252. | g_drive\orant\doc\database.804\a58247\ds_ch5.htm | htm |
| 3253. | g_drive\orant\doc\database.804\a58312\apd3.htm | htm |
| 3254. | g_drive\orant\doc\database.804\a58312\epc1.htm | htm |
| 3255. | g_drive\orant\doc\database.804\a58312\expert1.htm | htm |
| 3256. | g_drive\orant\doc\database.804\a58312\jg10a2.htm | htm |
| 3257. | g_drive\orant\doc\database.804\a58312\net8nnf5.htm | htm |
| 3258. | g_drive\orant\doc\database.804\a58312\net8nno1.htm | htm |
| 3259. | g_drive\orant\doc\database.804\a58312\newch100.htm | htm |
| 3260. | g_drive\orant\doc\database.804\a58312\newch222.htm | htm |
| 3261. | g_drive\orant\doc\database.804\a58312\newch237.htm | htm |
| 3262. | g_drive\orant\doc\database.804\a58312\newch238.htm | htm |
| 3263. | g_drive\orant\doc\database.804\a58312\newch246.htm | htm |
| 3264. | g_drive\orant\doc\database.804\a58312\newch264.htm | htm |
| 3265. | g_drive\orant\doc\database.804\a58312\newch2a5.htm | htm |
| 3266. | g_drive\orant\doc\database.804\a58312\newch2a7.htm | htm |
| 3267. | g_drive\orant\doc\database.804\a58312\newch31.htm | htm |
| 3268. | g_drive\orant\doc\database.804\a58312\newch4a1.htm | htm |
| 3269. | g_drive\orant\doc\database.804\a58312\newch4a2.htm | htm |
| 3270. | g_drive\orant\doc\database.804\a58312\newch73.htm | htm |
| 3271. | g_drive\orant\doc\database.804\a58312\newch81.htm | htm |
| 3272. | g_drive\orant\doc\database.804\a58312\newcha11.htm | htm |
| 3273. | g_drive\orant\doc\database.804\a58312\newlogg6.htm | htm |
| 3274. | g_drive\orant\doc\database.804\a58312\newlogg9.htm | htm |
| 3275. | g_drive\orant\doc\database.804\a58312\var2.htm | htm |
| 3276. | g_drive\orant\doc\database.804\a58396\ch1.htm | htm |
| 3277. | g_drive\orant\doc\database.804\a58396\ch10.htm | htm |
| 3278. | g_drive\orant\doc\database.804\a58396\ch12.htm | htm |
| 3279. | g_drive\orant\doc\database.804\a58396\ch13.htm | htm |
| 3280. | g_drive\orant\doc\database.804\a58396\ch2.htm | htm |
| 3281. | g_drive\orant\doc\database.804\a58396\ch3.htm | htm |
| 3282. | g_drive\orant\doc\database.804\a58396\ch4.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3283. | g_drive\orant\doc\database.804\a58396\ch5.htm | htm |
| 3284. | g_drive\orant\doc\database.804\a58396\ch6.htm | htm |
| 3285. | g_drive\orant\doc\database.804\a58396\ch7.htm | htm |
| 3286. | g_drive\orant\doc\database.804\a58396\ch8.htm | htm |
| 3287. | g_drive\orant\doc\database.804\a58396\ch9.htm | htm |
| 3288. | g_drive\orant\doc\database.804\a58396\glossary.htm | htm |
| 3289. | g_drive\orant\doc\database.804\a58396\index.htm | htm |
| 3290. | g_drive\orant\doc\database.804\a58396\toc.htm | htm |
| 3291. | g_drive\orant\doc\database.804\a58397\ch2.htm | htm |
| 3292. | g_drive\orant\doc\database.804\a58397\ch23.htm | htm |
| 3293. | g_drive\orant\doc\database.804\a58397\ch3.htm | htm |
| 3294. | g_drive\orant\doc\database.804\a58397\ch5.htm | htm |
| 3295. | g_drive\orant\doc\database.804\a58397\ch6.htm | htm |
| 3296. | g_drive\orant\doc\database.804\a58397\ch8.htm | htm |
| 3297. | g_drive\orant\doc\database.804\a58397\ch9.htm | htm |
| 3298. | g_drive\orant\doc\database.804\a69826\apd.htm | htm |
| 3299. | g_drive\orant\doc\database.804\a69826\glos.htm | htm |
| 3300. | g_drive\orant\doc\network.804\a42481\ch5a.htm | htm |
| 3301. | g_drive\orant\doc\network.804\a42482\ch4.htm | htm |
| 3302. | g_drive\orant\doc\network.804\a42483\apa.htm | htm |
| 3303. | g_drive\orant\doc\network.804\a42483\ch1.htm | htm |
| 3304. | g_drive\orant\doc\network.804\a42483\ch10.htm | htm |
| 3305. | g_drive\orant\doc\network.804\a42483\ch3trc.htm | htm |
| 3306. | g_drive\orant\doc\network.804\a42483\ch6a.htm | htm |
| 3307. | g_drive\orant\doc\network.804\a42483\ch7.htm | htm |
| 3308. | g_drive\orant\doc\network.804\a42483\ch8.htm | htm |
| 3309. | g_drive\orant\doc\network.804\a48385\apc.htm | htm |
| 3310. | g_drive\orant\doc\network.804\a48511\ch2.htm | htm |
| 3311. | g_drive\orant\doc\network.804\a55909\ch4.htm | htm |
| 3312. | g_drive\orant\doc\network.804\a58230\ch10.htm | htm |
| 3313. | g_drive\orant\doc\network.804\a58230\ch2.htm | htm |
| 3314. | g_drive\orant\doc\NTPAGE\X8NT5DS.HTM | HTM |
| 3315. | g_drive\orant\doc\oem.804\a57693\epc.htm | htm |
| 3316. | g_drive\orant\doc\oem.804\a57693\expert.htm | htm |
| 3317. | g_drive\orant\doc\oem.804\a57693\mgr.htm | htm |
| 3318. | g_drive\orant\doc\oem.804\a57693\nms.htm | htm |
| 3319. | g_drive\orant\doc\oem.804\a57693\var.htm | htm |
| 3320. | g_drive\orant\doc\oem.804\a57693\voc.htm | htm |
| 3321. | g_drive\orant\doc\oem.804\a57693\xp.htm | htm |
| 3322. | g_drive\orant\doc\oem.804\a57694\ch_backp.htm | htm |
| 3323. | g_drive\orant\doc\oem.804\a57694\ch_ems.htm | htm |
| 3324. | g_drive\orant\doc\oem.804\a57694\ch_insta.htm | htm |
| 3325. | g_drive\orant\doc\oem.804\a57695\scripts.htm | htm |
| 3326. | g_drive\orant\doc\oem.804\a57699\ch5.htm | htm |
| 3327. | g_drive\orant\doc\oem.804\a58289\apa1.htm | htm |
| 3328. | g_drive\orant\doc\oem.804\a58289\apd.htm | htm |
| 3329. | g_drive\orant\doc\oem.804\a58289\ape.htm | htm |

500070547v1