| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3330. | g_drive\orant\doc\paraserv.804\a56287\chapter1.htm | htm |
| 3331. | g_drive\orant\doc\paraserv.804\a58238\apa_diff.htm | htm |
| 3332. | g_drive\orant\doc\paraserv.804\a58238\ch1_unde.htm | htm |
| 3333. | g_drive\orant\doc\paraserv.804\a58238\ch15_alp.htm | htm |
| 3334. | g_drive\orant\doc\paraserv.804\a58238\ch19_tun.htm | htm |
| 3335. | g_drive\orant\doc\paraserv.804\a58238\ch20_mon.htm | htm |
| 3336. | g_drive\orant\doc\paraserv.804\a58238\ch21_bac.htm | htm |
| 3337. | g_drive\orant\doc\paraserv.804\a58238\ch22_rec.htm | htm |
| 3338. | g_drive\orant\doc\paraserv.804\a58238\ch23_con.htm | htm |
| 3339. | g_drive\orant\doc\paraserv.804\a58238\ch3_arch.htm | htm |
| 3340. | g_drive\orant\doc\paraserv.804\a58238\ch5_inst.htm | htm |
| 3341. | g_drive\orant\doc\paraserv.804\a58238\ch6_dbar.htm | htm |
| 3342. | g_drive\orant\doc\paraserv.804\a58238\index.htm | htm |
| 3343. | g_drive\orant\doc\paraserv.804\a58238\toc.htm | htm |
| 3344. | g_drive\orant\doc\paraserv.804\a69942\apb.htm | htm |
| 3345. | g_drive\orant\doc\paraserv.804\a69942\chap1.htm | htm |
| 3346. | g_drive\orant\doc\sqlplus.804\a53717\ch7.htm | htm |
| 3347. | g_drive\orant\doc\sqlplus.804\a53718\ch1.htm | htm |
| 3348. | g_drive\orant\doc\web.804\a69526\apd.htm | htm |
| 3349. | g_drive\orant\doc\web.804\a69526\glos.htm | htm |
| 3350. | g_drive\orant\OO4O\README.HTM | HTM |
| 3351. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3352. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3353. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3354. | g_drive\Program Files\MathSoft\Mathcad 2001i Professional\Doc\RELNOTES.htm | htm |
| 3355. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3356. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\xptht09w.htm | htm |
| 3357. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3358. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3359. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3360. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3361. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3362. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01a_start up document\crash\head_injury_mechanisms.htm | htm |
| 3363. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01a_start up document\crash\neck_injury_mechanisms.htm | htm |
| 3364. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3365. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3366. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\4TYBGPIB\PowerEngineeringDictionary[1].htm | htm |
| 3367. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\93F7PT8Q\home[1].htm | htm |
| 3368. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\NQWNZX0D\bogie1[1].htm | htm |
| 3369. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\P1RKS1KL\expanded_detail[1].htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3370. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\P1RKS1KL\sony_mdss40_mini_disc[1].htm | htm |
| 3371. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\P1RKS1KL\specs[1].htm | htm |
| 3372. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\ST6R0XUN\favorite[1].htm | htm |
| 3373. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\ST6R0XUN\item-details[1].htm | htm |
| 3374. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\UG3VWXB0\info[2].htm | htm |
| 3375. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\UJ7QK4WQ\FAQ[1].htm | htm |
| 3376. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\UJ7QK4WQ\info[1].htm | htm |
| 3377. | g_drive\Documents and Settings\pmiclett\Local Settings\Temporary Internet Files\Content.IE5\X56W23FC\58138[1].htm | htm |
| 3378. | g_drive\orant\doc\appdev.804\a58233\dev.htm | htm |
| 3379. | g_drive\orant\doc\appdev.804\a58241\ch_lob.htm | htm |
| 3380. | g_drive\orant\doc\appdev.804\a58241\ch2.htm | htm |
| 3381. | g_drive\orant\doc\appdev.804\a58241\ch4.htm | htm |
| 3382. | g_drive\orant\doc\appdev.804\a58241\ch8.htm | htm |
| 3383. | g_drive\orant\doc\appdev.804\a69520\ch2.htm | htm |
| 3384. | g_drive\orant\doc\cartridg.804\a57501\ts_tscon.htm | htm |
| 3385. | g_drive\orant\doc\cartridg.804\a58164\ch07.htm | htm |
| 3386. | g_drive\orant\doc\database.804\a55922\apc.htm | htm |
| 3387. | g_drive\orant\doc\database.804\a55922\glos.htm | htm |
| 3388. | g_drive\orant\doc\database.804\a58225\ch4b.htm | htm |
| 3389. | g_drive\orant\doc\database.804\a58225\ch4c.htm | htm |
| 3390. | g_drive\orant\doc\database.804\a58225\ch4d.htm | htm |
| 3391. | g_drive\orant\doc\database.804\a58225\ch4e.htm | htm |
| 3392. | g_drive\orant\doc\database.804\a58225\ch4f.htm | htm |
| 3393. | g_drive\orant\doc\database.804\a58225\ch4g.htm | htm |
| 3394. | g_drive\orant\doc\database.804\a58225\ch4h.htm | htm |
| 3395. | g_drive\orant\doc\database.804\a58225\ch4m.htm | htm |
| 3396. | g_drive\orant\doc\database.804\a58227\ch_intro.htm | htm |
| 3397. | g_drive\orant\doc\database.804\a58227\ch_paral.htm | htm |
| 3398. | g_drive\orant\doc\database.804\a58227\ch_procs.htm | htm |
| 3399. | g_drive\orant\doc\database.804\a58227\ch_pti.htm | htm |
| 3400. | g_drive\orant\doc\database.804\a58227\ch12.htm | htm |
| 3401. | g_drive\orant\doc\database.804\a58227\ch13.htm | htm |
| 3402. | g_drive\orant\doc\database.804\a58227\ch22.htm | htm |
| 3403. | g_drive\orant\doc\database.804\a58227\ch3.htm | htm |
| 3404. | g_drive\orant\doc\database.804\a58227\ch4.htm | htm |
| 3405. | g_drive\orant\doc\database.804\a58227\index.htm | htm |
| 3406. | g_drive\orant\doc\database.804\a58227\toc.htm | htm |
| 3407. | g_drive\orant\doc\database.804\a58228\ch2.htm | htm |
| 3408. | g_drive\orant\doc\database.804\a58236\01_oview.htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3409. | g_drive\orant\doc\database.804\a58242\ch1.htm | htm |
| 3410. | g_drive\orant\doc\database.804\a58242\ch2.htm | htm |
| 3411. | g_drive\orant\doc\database.804\a58242\ch3.htm | htm |
| 3412. | g_drive\orant\doc\database.804\a58242\events2.htm | htm |
| 3413. | g_drive\orant\doc\database.804\a58242\index.htm | htm |
| 3414. | g_drive\orant\doc\database.804\a58242\statisti.htm | htm |
| 3415. | g_drive\orant\doc\database.804\a58242\toc.htm | htm |
| 3416. | g_drive\orant\doc\database.804\a58243\migbymig.htm | htm |
| 3417. | g_drive\orant\doc\database.804\a58244\ch01.htm | htm |
| 3418. | g_drive\orant\doc\database.804\a58244\ch02.htm | htm |
| 3419. | g_drive\orant\doc\database.804\a58244\ch03.htm | htm |
| 3420. | g_drive\orant\doc\database.804\a58244\ch08.htm | htm |
| 3421. | g_drive\orant\doc\database.804\a58245\ch2.htm | htm |
| 3422. | g_drive\orant\doc\database.804\a58246\access.htm | htm · |
| 3423. | g_drive\orant\doc\database.804\a58246\dboper.htm | htm |
| 3424. | g_drive\orant\doc\database.804\a58246\dwfeat.htm | htm |
| 3425. | g_drive\orant\doc\database.804\a58246\index.htm | htm |
| 3426. | g_drive\orant\doc\database.804\a58246\io.htm | htm |
| 3427. | g_drive\orant\doc\database.804\a58246\method.htm | htm |
| 3428. | g_drive\orant\doc\database.804\a58246\otrace.htm | htm |
| 3429. | g_drive\orant\doc\database.804\a58246\pexdiag.htm | htm |
| 3430. | g_drive\orant\doc\database.804\a58246\pextune.htm | htm |
| 3431. | g_drive\orant\doc\database.804\a58246\pexunder.htm | htm |
| 3432. | g_drive\orant\doc\database.804\a58246\resource.htm | htm |
| 3433. | g_drive\orant\doc\database.804\a58246\toc.htm | htm |
| 3434. | g_drive\orant\doc\database.804\a58246\tools.htm | htm · |
| 3435. | g_drive\orant\doc\database.804\a58247\ds_ch5.htm | htm |
| 3436. | g_drive\orant\doc\database.804\a58312\apd3.htm | htm |
| 3437. | g_drive\orant\doc\database.804\a58312\epc1.htm | htm |
| 3438. | g_drive\orant\doc\database.804\a58312\expert1.htm | htm |
| 3439. | g_drive\orant\doc\database.804\a58312\jg10a2.htm | htm |
| 3440. | g_drive\orant\doc\database.804\a58312\net8nnf5.htm | htm |
| 3441. | g_drive\orant\doc\database.804\a58312\net8nno1.htm | htm |
| 3442. | g_drive\orant\doc\database.804\a58312\newch100.htm | htm |
| 3443. | g_drive\orant\doc\database.804\a58312\newch222.htm | htm |
| 3444. | g_drive\orant\doc\database.804\a58312\newch237.htm | htm |
| 3445. | g_drive\orant\doc\database.804\a58312\newch238.htm | htm |
| 3446. | g_drive\orant\doc\database.804\a58312\newch246.htm | htm |
| 3447. | g_drive\orant\doc\database.804\a58312\newch264.htm | htm |
| 3448. | g_drive\orant\doc\database.804\a58312\newch2a5.htm | htm |
| 3449. | g_drive\orant\doc\database.804\a58312\newch2a7.htm | htm |
| 3450. | g_drive\orant\doc\database.804\a58312\newch31.htm | htm |
| 3451. | g_drive\orant\doc\database.804\a58312\newch4a1.htm | htm |
| 3452. | g_drive\orant\doc\database.804\a58312\newch4a2.htm | htm |
| 3453. | g_drive\orant\doc\database.804\a58312\newch73.htm | htm |
| 3454. | g_drive\orant\doc\database.804\a58312\newch81.htm | htm |
| 3455. | g_drive\orant\doc\database.804\a58312\newcha11.htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3456. | g_drive\orant\doc\database.804\a58312\newlogg6.htm | htm |
| 3457. | g_drive\orant\doc\database.804\a58312\newlogg9.htm | htm |
| 3458. | g_drive\orant\doc\database.804\a58312\var2.htm | htm |
| 3459. | g_drive\orant\doc\database.804\a58396\ch1.htm | htm |
| 3460. | g_drive\orant\doc\database.804\a58396\ch10.htm | htm |
| 3461. | g_drive\orant\doc\database.804\a58396\ch12.htm | htm |
| 3462. | g_drive\orant\doc\database.804\a58396\ch13.htm | htm |
| 3463. | g_drive\orant\doc\database.804\a58396\ch2.htm | htm |
| 3464. | g_drive\orant\doc\database.804\a58396\ch3.htm | htm |
| 3465. | g_drive\orant\doc\database.804\a58396\ch4.htm | htm |
| 3466. | g_drive\orant\doc\database.804\a58396\ch5.htm | htm |
| 3467. | g_drive\orant\doc\database.804\a58396\ch6.htm | htm |
| 3468. | g_drive\orant\doc\database.804\a58396\ch7.htm | htm |
| 3469. | g_drive\orant\doc\database.804\a58396\ch8.htm | htm |
| 3470. | g_drive\orant\doc\database.804\a58396\ch9.htm | htm |
| 3471. | g_drive\orant\doc\database.804\a58396\glossary.htm | htm |
| 3472. | g_drive\orant\doc\database.804\a58396\index.htm | htm |
| 3473. | g_drive\orant\doc\database.804\a58396\toc.htm | htm |
| 3474. | g_drive\orant\doc\database.804\a58397\ch2.htm | htm |
| 3475. | g_drive\orant\doc\database.804\a58397\ch23.htm | htm |
| 3476. | g_drive\orant\doc\database.804\a58397\ch3.htm | htm |
| 3477. | g_drive\orant\doc\database.804\a58397\ch5.htm | htm |
| 3478. | g_drive\orant\doc\database.804\a58397\ch6.htm | htm |
| 3479. | g_drive\orant\doc\database.804\a58397\ch8.htm | htm |
| 3480. | g_drive\orant\doc\database.804\a58397\ch9.htm | htm |
| 3481. | g_drive\orant\doc\database.804\a69826\apd.htm | htm |
| 3482. | g_drive\orant\doc\database.804\a69826\glos.htm | htm |
| 3483. | g_drive\orant\doc\network.804\a42481\ch5a.htm | htm |
| 3484. | g_drive\orant\doc\network.804\a42482\ch4.htm | htm |
| 3485. | g_drive\orant\doc\network.804\a42483\apa.htm | htm |
| 3486. | g_drive\orant\doc\network.804\a42483\ch1.htm | htm |
| 3487. | g_drive\orant\doc\network.804\a42483\ch10.htm | htm |
| 3488. | g_drive\orant\doc\network.804\a42483\ch3trc.htm | htm |
| 3489. | g_drive\orant\doc\network.804\a42483\ch6a.htm | htm |
| 3490. | g_drive\orant\doc\network.804\a42483\ch7.htm | htm |
| 3491. | g_drive\orant\doc\network.804\a42483\ch8.htm | htm |
| 3492. | g_drive\orant\doc\network.804\a48385\apc.htm | htm |
| 3493. | g_drive\orant\doc\network.804\a48511\ch2.htm | htm |
| 3494. | g_drive\orant\doc\network.804\a55909\ch4.htm | htm |
| 3495. | g_drive\orant\doc\network.804\a58230\ch10.htm | htm |
| 3496. | g_drive\orant\doc\network.804\a58230\ch2.htm | htm |
| 3497. | g_drive\orant\doc\NTPAGE\X8NT5DS.HTM | HTM |
| 3498. | g_drive\orant\doc\oem.804\a57693\epc.htm | htm |
| 3499. | g_drive\orant\doc\oem.804\a57693\expert.htm | htm |
| 3500. | g_drive\orant\doc\oem.804\a57693\mgr.htm | htm |
| 3501. | g_drive\orant\doc\oem.804\a57693\nms.htm | htm |
| 3502. | g_drive\orant\doc\oem.804\a57693\var.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3503. | g_drive\orant\doc\oem.804\a57693\voc.htm | htm |
| 3504. | g_drive\orant\doc\oem.804\a57693\xp.htm | htm |
| 3505. | g_drive\orant\doc\oem.804\a57694\ch_backp.htm | htm |
| 3506. | g_drive\orant\doc\oem.804\a57694\ch_ems.htm | htm |
| 3507. | g_drive\orant\doc\oem.804\a57694\ch_insta.htm | htm |
| 3508. | g_drive\orant\doc\oem.804\a57695\scripts.htm | htm |
| 3509. | g_drive\orant\doc\oem.804\a57699\ch5.htm | htm |
| 3510. | g_drive\orant\doc\oem.804\a58289\apa1.htm | htm |
| 3511. | g_drive\orant\doc\oem.804\a58289\apd.htm | htm |
| 3512. | g_drive\orant\doc\oem.804\a58289\ape.htm | htm |
| 3513. | g_drive\orant\doc\paraserv.804\a56287\chapter1.htm | htm |
| 3514. | g_drive\orant\doc\paraserv.804\a58238\apa_diff.htm | htm |
| 3515. | g_drive\orant\doc\paraserv.804\a58238\ch1_unde.htm | htm |
| 3516. | g_drive\orant\doc\paraserv.804\a58238\ch15_alp.htm | htm |
| 3517. | g_drive\orant\doc\paraserv.804\a58238\ch19_tun.htm | htm |
| 3518. | g_drive\orant\doc\paraserv.804\a58238\ch20_mon.htm | htm |
| 3519. | g_drive\orant\doc\paraserv.804\a58238\ch21_bac.htm | htm |
| 3520. | g_drive\orant\doc\paraserv.804\a58238\ch22_rec.htm | htm |
| 3521. | g_drive\orant\doc\paraserv.804\a58238\ch23_con.htm | htm |
| 3522. | g_drive\orant\doc\paraserv.804\a58238\ch3_arch.htm | htm |
| 3523. | g_drive\orant\doc\paraserv.804\a58238\ch5_inst.htm | htm |
| 3524. | g_drive\orant\doc\paraserv.804\a58238\ch6_dbar.htm | htm |
| 3525. | g_drive\orant\doc\paraserv.804\a58238\index.htm | htm |
| 3526. | g_drive\orant\doc\paraserv.804\a58238\toc.htm | htm |
| 3527. | g_drive\orant\doc\paraserv.804\a69942\apb.htm | htm |
| 3528. | g_drive\orant\doc\paraserv.804\a69942\chap1.htm | htm |
| 3529. | g_drive\orant\doc\sqlplus.804\a53717\ch7.htm | htm |
| 3530. | g_drive\orant\doc\sqlplus.804\a53718\ch1.htm | htm |
| 3531. | g_drive\orant\doc\web.804\a69526\apd.htm | htm |
| 3532. | g_drive\orant\doc\web.804\a69526\glos.htm | htm |
| 3533. | g_drive\orant\OO4O\README.HTM | HTM |
| 3534. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3535. | g_drive\orant\doc\appdev.804\a58233\dev.htm | htm |
| 3536. | g_drive\orant\doc\appdev.804\a58233\dev.htm | htm |
| 3537. | g_drive\orant\doc\appdev.804\a58241\ch_lob.htm | htm |
| 3538. | g_drive\orant\doc\appdev.804\a58241\ch_lob.htm | htm |
| 3539. | g_drive\orant\doc\appdev.804\a58241\ch2.htm | htm |
| 3540. | g_drive\orant\doc\appdev.804\a58241\ch2.htm | htm |
| 3541. | g_drive\orant\doc\appdev.804\a58241\ch4.htm | htm |
| 3542. | g_drive\orant\doc\appdev.804\a58241\ch4.htm | htm |
| 3543. | g_drive\orant\doc\appdev.804\a58241\ch8.htm | htm |
| 3544. | g_drive\orant\doc\appdev.804\a58241\ch8.htm | htm |
| 3545. | g_drive\orant\doc\appdev.804\a69520\ch2.htm | htm |
| 3546. | g_drive\orant\doc\appdev.804\a69520\ch2.htm | htm |
| 3547. | g_drive\orant\doc\cartridg.804\a57501\ts_tscon.htm | htm |
| 3548. | g_drive\orant\doc\cartridg.804\a57501\ts_tscon.htm | htm |
| 3549. | g_drive\orant\doc\cartridg.804\a58164\ch07.htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3550. | g_drive\orant\doc\cartridg.804\a58164\ch07.htm | htm |
| 3551. | g_drive\orant\doc\database.804\a55922\apc.htm | htm |
| 3552. | g_drive\orant\doc\database.804\a55922\apc.htm | htm |
| 3553. | g_drive\orant\doc\database.804\a55922\glos.htm | htm |
| 3554. | g_drive\orant\doc\database.804\a55922\glos.htm | htm |
| 3555. | g_drive\orant\doc\database.804\a58225\ch4b.htm | htm |
| 3556. | g_drive\orant\doc\database.804\a58225\ch4b.htm | htm |
| 3557. | g_drive\orant\doc\database.804\a58225\ch4c.htm | htm |
| 3558. | g_drive\orant\doc\database.804\a58225\ch4c.htm | htm |
| 3559. | g_drive\orant\doc\database.804\a58225\ch4d.htm | htm |
| 3560. | g_drive\orant\doc\database.804\a58225\ch4d.htm | htm |
| 3561. | g_drive\orant\doc\database.804\a58225\ch4e.htm | htm |
| 3562. | g_drive\orant\doc\database.804\a58225\ch4e.htm | htm |
| 3563. | g_drive\orant\doc\database.804\a58225\ch4f.htm | htm |
| 3564. | g_drive\orant\doc\database.804\a58225\ch4f.htm | htm |
| 3565. | g_drive\orant\doc\database.804\a58225\ch4g.htm | htm |
| 3566. | g_drive\orant\doc\database.804\a58225\ch4g.htm | htm |
| 3567. | g_drive\orant\doc\database.804\a58225\ch4h.htm | htm |
| 3568. | g_drive\orant\doc\database.804\a58225\ch4h.htm | htm |
| 3569. | g_drive\orant\doc\database.804\a58225\ch4m.htm | htm |
| 3570. | g_drive\orant\doc\database.804\a58225\ch4m.htm | htm |
| 3571. | g_drive\orant\doc\database.804\a58227\ch_intro.htm | htm |
| 3572. | g_drive\orant\doc\database.804\a58227\ch_intro.htm | htm |
| 3573. | g_drive\orant\doc\database.804\a58227\ch_paral.htm | htm |
| 3574. | g_drive\orant\doc\database.804\a58227\ch_paral.htm | htm |
| 3575. | g_drive\orant\doc\database.804\a58227\ch_procs.htm | htm |
| 3576. | g_drive\orant\doc\database.804\a58227\ch_procs.htm | htm |
| 3577. | g_drive\orant\doc\database.804\a58227\ch_pti.htm | htm |
| 3578. | g_drive\orant\doc\database.804\a58227\ch_pti.htm | htm |
| 3579. | g_drive\orant\doc\database.804\a58227\ch12.htm | htm |
| 3580. | g_drive\orant\doc\database.804\a58227\ch12.htm | htm |
| 3581. | g_drive\orant\doc\database.804\a58227\ch13.htm | htm |
| 3582. | g_drive\orant\doc\database.804\a58227\ch13.htm | htm |
| 3583. | g_drive\orant\doc\database.804\a58227\ch22.htm | htm |
| 3584. | g_drive\orant\doc\database.804\a58227\ch22.htm | htm |
| 3585. | g_drive\orant\doc\database.804\a58227\ch3.htm | htm |
| 3586. | g_drive\orant\doc\database.804\a58227\ch3.htm | htm |
| 3587. | g_drive\orant\doc\database.804\a58227\ch4.htm | htm |
| 3588. | g_drive\orant\doc\database.804\a58227\ch4.htm | htm |
| 3589. | g_drive\orant\doc\database.804\a58227\index.htm | htm |
| 3590. | g_drive\orant\doc\database.804\a58227\index.htm | htm |
| 3591. | g_drive\orant\doc\database.804\a58227\toc.htm | htm |
| 3592. | g_drive\orant\doc\database.804\a58227\toc.htm | htm |
| 3593. | g_drive\orant\doc\database.804\a58228\ch2.htm | htm |
| 3594. | g_drive\orant\doc\database.804\a58228\ch2.htm | htm |
| 3595. | g_drive\orant\doc\database.804\a58236\01_oview.htm | htm |
| 3596. | g_drive\orant\doc\database.804\a58236\01_oview.htm | htm |

1f

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3597. | g_drive\orant\doc\database.804\a58242\ch1.htm | htm |
| 3598. | g_drive\orant\doc\database.804\a58242\ch1.htm | htm |
| 3599. | g_drive\orant\doc\database.804\a58242\ch2.htm | htm |
| 3600. | g_drive\orant\doc\database.804\a58242\ch2.htm | htm |
| 3601. | g_drive\orant\doc\database.804\a58242\ch3.htm | htm |
| 3602. | g_drive\orant\doc\database.804\a58242\ch3.htm | htm |
| 3603. | g_drive\orant\doc\database.804\a58242\events2.htm | htm |
| 3604. | g_drive\orant\doc\database.804\a58242\events2.htm | htm |
| 3605. | g_drive\orant\doc\database.804\a58242\index.htm | htm |
| 3606. | g_drive\orant\doc\database.804\a58242\index.htm | htm |
| 3607. | g_drive\orant\doc\database.804\a58242\statisti.htm | htm |
| 3608. | g_drive\orant\doc\database.804\a58242\statisti.htm | htm |
| 3609. | g_drive\orant\doc\database.804\a58242\toc.htm | htm |
| 3610. | g_drive\orant\doc\database.804\a58242\toc.htm | htm |
| 3611. | g_drive\orant\doc\database.804\a58243\migbymig.htm | htm |
| 3612. | g_drive\orant\doc\database.804\a58243\migbymig.htm | htm |
| 3613. | g_drive\orant\doc\database.804\a58244\ch01.htm | htm |
| 3614. | g_drive\orant\doc\database.804\a58244\ch01.htm | htm |
| 3615. | g_drive\orant\doc\database.804\a58244\ch02.htm | htm |
| 3616. | g_drive\orant\doc\database.804\a58244\ch02.htm | htm |
| 3617. | g_drive\orant\doc\database.804\a58244\ch03.htm | htm |
| 3618. | g_drive\orant\doc\database.804\a58244\ch03.htm | htm |
| 3619. | g_drive\orant\doc\database.804\a58244\ch08.htm | htm |
| 3620. | g_drive\orant\doc\database.804\a58244\ch08.htm | htm |
| 3621. | g_drive\orant\doc\database.804\a58245\ch2.htm | htm |
| 3622. | g_drive\orant\doc\database.804\a58245\ch2.htm | htm |
| 3623. | g_drive\orant\doc\database.804\a58246\access.htm | htm |
| 3624. | g_drive\orant\doc\database.804\a58246\access.htm | htm |
| 3625. | g_drive\orant\doc\database.804\a58246\dboper.htm | htm |
| 3626. | g_drive\orant\doc\database.804\a58246\dboper.htm | htm |
| 3627. | g_drive\orant\doc\database.804\a58246\dwfeat.htm | htm |
| 3628. | g_drive\orant\doc\database.804\a58246\dwfeat.htm | htm |
| 3629. | g_drive\orant\doc\database.804\a58246\index.htm | htm |
| 3630. | g_drive\orant\doc\database.804\a58246\index.htm | htm |
| 3631. | g_drive\orant\doc\database.804\a58246\io.htm | htm |
| 3632. | g_drive\orant\doc\database.804\a58246\io.htm | htm |
| 3633. | g_drive\orant\doc\database.804\a58246\method.htm | htm |
| 3634. | g_drive\orant\doc\database.804\a58246\method.htm | htm |
| 3635. | g_drive\orant\doc\database.804\a58246\otrace.htm | htm |
| 3636. | g_drive\orant\doc\database.804\a58246\otrace.htm | htm |
| 3637. | g_drive\orant\doc\database.804\a58246\pexdiag.htm | htm |
| 3638. | g_drive\orant\doc\database.804\a58246\pexdiag.htm | htm |
| 3639. | g_drive\orant\doc\database.804\a58246\pextune.htm | htm |
| 3640. | g_drive\orant\doc\database.804\a58246\pextune.htm | htm |
| 3641. | g_drive\orant\doc\database.804\a58246\pexunder.htm | htm |
| 3642. | g_drive\orant\doc\database.804\a58246\pexunder.htm | htm |
| 3643. | g_drive\orant\doc\database.804\a58246\resource.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3644. | g_drive\orant\doc\database.804\a58246\resource.htm | htm |
| 3645. | g_drive\orant\doc\database.804\a58246\toc.htm | htm |
| 3646. | g_drive\orant\doc\database.804\a58246\toc.htm | htm |
| 3647. | g_drive\orant\doc\database.804\a58246\tools.htm | htm |
| 3648. | g_drive\orant\doc\database.804\a58246\tools.htm | htm |
| 3649. | g_drive\orant\doc\database.804\a58247\ds_ch5.htm | htm |
| 3650. | g_drive\orant\doc\database.804\a58247\ds_ch5.htm | htm |
| 3651. | g_drive\orant\doc\database.804\a58312\apd3.htm | htm |
| 3652. | g_drive\orant\doc\database.804\a58312\apd3.htm | htm |
| 3653. | g_drive\orant\doc\database.804\a58312\epc1.htm | htm |
| 3654. | g_drive\orant\doc\database.804\a58312\epc1.htm | htm |
| 3655. | g_drive\orant\doc\database.804\a58312\expert1.htm | htm |
| 3656. | g_drive\orant\doc\database.804\a58312\expert1.htm | htm |
| 3657. | g_drive\orant\doc\database.804\a58312\jg10a2.htm | htm |
| 3658. | g_drive\orant\doc\database.804\a58312\jg10a2.htm | htm |
| 3659. | g_drive\orant\doc\database.804\a58312\net8nnf5.htm | htm |
| 3660. | g_drive\orant\doc\database.804\a58312\net8nnf5.htm | htm |
| 3661. | g_drive\orant\doc\database.804\a58312\net8nno1.htm | htm |
| 3662. | g_drive\orant\doc\database.804\a58312\net8nno1.htm | htm |
| 3663. | g_drive\orant\doc\database.804\a58312\newch100.htm | htm |
| 3664. | g_drive\orant\doc\database.804\a58312\newch100.htm | htm |
| 3665. | g_drive\orant\doc\database.804\a58312\newch222.htm | htm |
| 3666. | g_drive\orant\doc\database.804\a58312\newch222.htm | htm |
| 3667. | g_drive\orant\doc\database.804\a58312\newch237.htm | htm |
| 3668. | g_drive\orant\doc\database.804\a58312\newch237.htm | htm |
| 3669. | g_drive\orant\doc\database.804\a58312\newch238.htm | htm |
| 3670. | g_drive\orant\doc\database.804\a58312\newch238.htm | htm |
| 3671. | g_drive\orant\doc\database.804\a58312\newch246.htm | htm |
| 3672. | g_drive\orant\doc\database.804\a58312\newch246.htm | htm |
| 3673. | g_drive\orant\doc\database.804\a58312\newch264.htm | htm |
| 3674. | g_drive\orant\doc\database.804\a58312\newch264.htm | htm |
| 3675. | g_drive\orant\doc\database.804\a58312\newch2a5.htm | htm |
| 3676. | g_drive\orant\doc\database.804\a58312\newch2a5.htm | htm |
| 3677. | g_drive\orant\doc\database.804\a58312\newch2a7.htm | htm |
| 3678. | g_drive\orant\doc\database.804\a58312\newch2a7.htm | htm |
| 3679. | g_drive\orant\doc\database.804\a58312\newch31.htm | htm |
| 3680. | g_drive\orant\doc\database.804\a58312\newch31.htm | htm |
| 3681. | g_drive\orant\doc\database.804\a58312\newch4a1.htm | htm |
| 3682. | g_drive\orant\doc\database.804\a58312\newch4a1.htm | htm |
| 3683. | g_drive\orant\doc\database.804\a58312\newch4a2.htm | htm |
| 3684. | g_drive\orant\doc\database.804\a58312\newch4a2.htm | htm |
| 3685. | g_drive\orant\doc\database.804\a58312\newch73.htm | htm |
| 3686. | g_drive\orant\doc\database.804\a58312\newch73.htm | htm |
| 3687. | g_drive\orant\doc\database.804\a58312\newch81.htm | htm |
| 3688. | g_drive\orant\doc\database.804\a58312\newch81.htm | htm |
| 3689. | g_drive\orant\doc\database.804\a58312\newcha11.htm | htm |
| 3690. | g_drive\orant\doc\database.804\a58312\newcha11.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3691. | g_drive\orant\doc\database.804\a58312\newlogg6.htm | htm |
| 3692. | g_drive\orant\doc\database.804\a58312\newlogg6.htm | htm |
| 3693. | g_drive\orant\doc\database.804\a58312\newlogg9.htm | htm |
| 3694. | g_drive\orant\doc\database.804\a58312\newlogg9.htm | htm |
| 3695. | g_drive\orant\doc\database.804\a58312\var2.htm | htm |
| 3696. | g_drive\orant\doc\database.804\a58312\var2.htm | htm |
| 3697. | g_drive\orant\doc\database.804\a58396\ch1.htm | htm |
| 3698. | g_drive\orant\doc\database.804\a58396\ch1.htm | htm |
| 3699. | g_drive\orant\doc\database.804\a58396\ch10.htm | htm |
| 3700. | g_drive\orant\doc\database.804\a58396\ch10.htm | htm |
| 3701. | g_drive\orant\doc\database.804\a58396\ch12.htm | htm |
| 3702. | g_drive\orant\doc\database.804\a58396\ch12.htm | htm |
| 3703. | g_drive\orant\doc\database.804\a58396\ch13.htm | htm |
| 3704. | g_drive\orant\doc\database.804\a58396\ch13.htm | htm |
| 3705. | g_drive\orant\doc\database.804\a58396\ch2.htm | htm |
| 3706. | g_drive\orant\doc\database.804\a58396\ch2.htm | htm |
| 3707. | g_drive\orant\doc\database.804\a58396\ch3.htm | htm |
| 3708. | g_drive\orant\doc\database.804\a58396\ch3.htm | htm |
| 3709. | g_drive\orant\doc\database.804\a58396\ch4.htm | htm |
| 3710. | g_drive\orant\doc\database.804\a58396\ch4.htm | htm |
| 3711. | g_drive\orant\doc\database.804\a58396\ch5.htm | htm |
| 3712. | g_drive\orant\doc\database.804\a58396\ch5.htm | htm |
| 3713. | g_drive\orant\doc\database.804\a58396\ch6.htm | htm |
| 3714. | g_drive\orant\doc\database.804\a58396\ch6.htm | htm |
| 3715. | g_drive\orant\doc\database.804\a58396\ch7.htm | htm |
| 3716. | g_drive\orant\doc\database.804\a58396\ch7.htm | htm |
| 3717. | g_drive\orant\doc\database.804\a58396\ch8.htm | htm |
| 3718. | g_drive\orant\doc\database.804\a58396\ch8.htm | htm |
| 3719. | g_drive\orant\doc\database.804\a58396\ch9.htm | htm |
| 3720. | g_drive\orant\doc\database.804\a58396\ch9.htm | htm |
| 3721. | g_drive\orant\doc\database.804\a58396\glossary.htm | htm |
| 3722. | g_drive\orant\doc\database.804\a58396\glossary.htm | htm |
| 3723. | g_drive\orant\doc\database.804\a58396\index.htm | htm |
| 3724. | g_drive\orant\doc\database.804\a58396\index.htm | htm |
| 3725. | g_drive\orant\doc\database.804\a58396\toc.htm | htm |
| 3726. | g_drive\orant\doc\database.804\a58396\toc.htm | htm |
| 3727. | g_drive\orant\doc\database.804\a58397\ch2.htm | htm |
| 3728. | g_drive\orant\doc\database.804\a58397\ch2.htm | htm |
| 3729. | g_drive\orant\doc\database.804\a58397\ch23.htm | htm |
| 3730. | g_drive\orant\doc\database.804\a58397\ch23.htm | htm |
| 3731. | g_drive\orant\doc\database.804\a58397\ch3.htm | htm |
| 3732. | g_drive\orant\doc\database.804\a58397\ch3.htm | htm |
| 3733. | g_drive\orant\doc\database.804\a58397\ch5.htm | htm |
| 3734. | g_drive\orant\doc\database.804\a58397\ch5.htm | htm |
| 3735. | g_drive\orant\doc\database.804\a58397\ch6.htm | htm |
| 3736. | g_drive\orant\doc\database.804\a58397\ch6.htm | htm |
| 3737. | g_drive\orant\doc\database.804\a58397\ch8.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3738. | g_drive\orant\doc\database.804\a58397\ch8.htm | htm |
| 3739. | g_drive\orant\doc\database.804\a58397\ch9.htm | htm |
| 3740. | g_drive\orant\doc\database.804\a58397\ch9.htm | htm |
| 3741. | g_drive\orant\doc\database.804\a69826\apd.htm | htm |
| 3742. | g_drive\orant\doc\database.804\a69826\apd.htm | htm |
| 3743. | g_drive\orant\doc\database.804\a69826\glos.htm | htm |
| 3744. | g_drive\orant\doc\database.804\a69826\glos.htm | htm |
| 3745. | g_drive\orant\doc\network.804\a42481\ch5a.htm | htm |
| 3746. | g_drive\orant\doc\network.804\a42481\ch5a.htm | htm |
| 3747. | g_drive\orant\doc\network.804\a42482\ch4.htm | htm |
| 3748. | g_drive\orant\doc\network.804\a42482\ch4.htm | htm |
| 3749. | g_drive\orant\doc\network.804\a42483\apa.htm | htm |
| 3750. | g_drive\orant\doc\network.804\a42483\apa.htm | htm |
| 3751. | g_drive\orant\doc\network.804\a42483\ch1.htm | htm |
| 3752. | g_drive\orant\doc\network.804\a42483\ch1.htm | htm |
| 3753. | g_drive\orant\doc\network.804\a42483\ch10.htm | htm |
| 3754. | g_drive\orant\doc\network.804\a42483\ch10.htm | htm |
| 3755. | g_drive\orant\doc\network.804\a42483\ch3trc.htm | htm |
| 3756. | g_drive\orant\doc\network.804\a42483\ch3trc.htm | htm |
| 3757. | g_drive\orant\doc\network.804\a42483\ch6a.htm | htm |
| 3758. | g_drive\orant\doc\network.804\a42483\ch6a.htm | htm |
| 3759. | g_drive\orant\doc\network.804\a42483\ch7.htm | htm |
| 3760. | g_drive\orant\doc\network.804\a42483\ch7.htm | htm |
| 3761. | g_drive\orant\doc\network.804\a42483\ch8.htm | htm |
| 3762. | g_drive\orant\doc\network.804\a42483\ch8.htm | htm |
| 3763. | g_drive\orant\doc\network.804\a48385\apc.htm | htm |
| 3764. | g_drive\orant\doc\network.804\a48385\apc.htm | htm |
| 3765. | g_drive\orant\doc\network.804\a48511\ch2.htm | htm |
| 3766. | g_drive\orant\doc\network.804\a48511\ch2.htm | htm |
| 3767. | g_drive\orant\doc\network.804\a55909\ch4.htm | htm |
| 3768. | g_drive\orant\doc\network.804\a55909\ch4.htm | htm |
| 3769. | g_drive\orant\doc\network.804\a58230\ch10.htm | htm |
| 3770. | g_drive\orant\doc\network.804\a58230\ch10.htm | htm |
| 3771. | g_drive\orant\doc\network.804\a58230\ch2.htm | htm |
| 3772. | g_drive\orant\doc\network.804\a58230\ch2.htm | htm |
| 3773. | g_drive\orant\doc\NTPAGE\X8NT5DS.HTM | HTM |
| 3774. | g_drive\orant\doc\NTPAGE\X8NT5DS.HTM | HTM |
| 3775. | g_drive\orant\doc\oem.804\a57693\epc.htm | htm |
| 3776. | g_drive\orant\doc\oem.804\a57693\epc.htm | htm |
| 3777. | g_drive\orant\doc\oem.804\a57693\expert.htm | htm |
| 3778. | g_drive\orant\doc\oem.804\a57693\expert.htm | htm |
| 3779. | g_drive\orant\doc\oem.804\a57693\mgr.htm | htm |
| 3780. | g_drive\orant\doc\oem.804\a57693\mgr.htm | htm |
| 3781. | g_drive\orant\doc\oem.804\a57693\nms.htm | htm |
| 3782. | g_drive\orant\doc\oem.804\a57693\nms.htm | htm |
| 3783. | g_drive\orant\doc\oem.804\a57693\var.htm | htm |
| 3784. | g_drive\orant\doc\oem.804\a57693\var.htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3785. | g_drive\orant\doc\oem.804\a57693\voc.htm | htm |
| 3786. | g_drive\orant\doc\oem.804\a57693\voc.htm | htm |
| 3787. | g_drive\orant\doc\oem.804\a57693\xp.htm | htm |
| 3788. | g_drive\orant\doc\oem.804\a57693\xp.htm | htm |
| 3789. | g_drive\orant\doc\oem.804\a57694\ch_backp.htm | htm |
| 3790. | g_drive\orant\doc\oem.804\a57694\ch_backp.htm | htm |
| 3791. | g_drive\orant\doc\oem.804\a57694\ch_ems.htm | htm |
| 3792. | g_drive\orant\doc\oem.804\a57694\ch_ems.htm | htm |
| 3793. | g_drive\orant\doc\oem.804\a57694\ch_insta.htm | htm |
| 3794. | g_drive\orant\doc\oem.804\a57694\ch_insta.htm | htm |
| 3795. | g_drive\orant\doc\oem.804\a57695\scripts.htm | htm |
| 3796. | g_drive\orant\doc\oem.804\a57695\scripts.htm | htm |
| 3797. | g_drive\orant\doc\oem.804\a57699\ch5.htm | htm |
| 3798. | g_drive\orant\doc\oem.804\a57699\ch5.htm | htm |
| 3799. | g_drive\orant\doc\oem.804\a58289\apa1.htm | htm |
| 3800. | g_drive\orant\doc\oem.804\a58289\apa1.htm | htm |
| 3801. | g_drive\orant\doc\oem.804\a58289\apd.htm | htm |
| 3802. | g_drive\orant\doc\oem.804\a58289\apd.htm | htm |
| 3803. | g_drive\orant\doc\oem.804\a58289\ape.htm | htm |
| 3804. | g_drive\orant\doc\oem.804\a58289\ape.htm | htm |
| 3805. | g_drive\orant\doc\paraserv.804\a56287\chapter1.htm | htm |
| 3806. | g_drive\orant\doc\paraserv.804\a56287\chapter1.htm | htm |
| 3807. | g_drive\orant\doc\paraserv.804\a58238\apa_diff.htm | htm |
| 3808. | g_drive\orant\doc\paraserv.804\a58238\apa_diff.htm | htm |
| 3809. | g_drive\orant\doc\paraserv.804\a58238\ch1_unde.htm | htm |
| 3810. | g_drive\orant\doc\paraserv.804\a58238\ch1_unde.htm | htm |
| 3811. | g_drive\orant\doc\paraserv.804\a58238\ch15_alp.htm | htm |
| 3812. | g_drive\orant\doc\paraserv.804\a58238\ch15_alp.htm | htm |
| 3813. | g_drive\orant\doc\paraserv.804\a58238\ch19_tun.htm | htm |
| 3814. | g_drive\orant\doc\paraserv.804\a58238\ch19_tun.htm | htm |
| 3815. | g_drive\orant\doc\paraserv.804\a58238\ch20_mon.htm | htm |
| 3816. | g_drive\orant\doc\paraserv.804\a58238\ch20_mon.htm | htm |
| 3817. | g_drive\orant\doc\paraserv.804\a58238\ch21_bac.htm | htm |
| 3818. | g_drive\orant\doc\paraserv.804\a58238\ch21_bac.htm | htm |
| 3819. | g_drive\orant\doc\paraserv.804\a58238\ch22_rec.htm | htm |
| 3820. | g_drive\orant\doc\paraserv.804\a58238\ch22_rec.htm | htm |
| 3821. | g_drive\orant\doc\paraserv.804\a58238\ch23_con.htm | htm |
| 3822. | g_drive\orant\doc\paraserv.804\a58238\ch23_con.htm | htm |
| 3823. | g_drive\orant\doc\paraserv.804\a58238\ch3_arch.htm | htm |
| 3824. | g_drive\orant\doc\paraserv.804\a58238\ch3_arch.htm | htm |
| 3825. | g_drive\orant\doc\paraserv.804\a58238\ch5_inst.htm | htm |
| 3826. | g_drive\orant\doc\paraserv.804\a58238\ch5_inst.htm | htm |
| 3827. | g_drive\orant\doc\paraserv.804\a58238\ch6_dbar.htm | htm |
| 3828. | g_drive\orant\doc\paraserv.804\a58238\ch6_dbar.htm | htm |
| 3829. | g_drive\orant\doc\paraserv.804\a58238\index.htm | htm |
| 3830. | g_drive\orant\doc\paraserv.804\a58238\index.htm | htm |
| 3831. | g_drive\orant\doc\paraserv.804\a58238\toc.htm | htm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3832. | g_drive\orant\doc\paraserv.804\a58238\toc.htm | htm |
| 3833. | g_drive\orant\doc\paraserv.804\a69942\apb.htm | htm |
| 3834. | g_drive\orant\doc\paraserv.804\a69942\apb.htm | htm |
| 3835. | g_drive\orant\doc\paraserv.804\a69942\chap1.htm | htm |
| 3836. | g_drive\orant\doc\paraserv.804\a69942\chap1.htm | htm |
| 3837. | g_drive\orant\doc\sqlplus.804\a53717\ch7.htm | htm |
| 3838. | g_drive\orant\doc\sqlplus.804\a53717\ch7.htm | htm |
| 3839. | g_drive\orant\doc\sqlplus.804\a53718\ch1.htm | htm |
| 3840. | g_drive\orant\doc\sqlplus.804\a53718\ch1.htm | htm |
| 3841. | g_drive\orant\doc\web.804\a69526\apd.htm | htm |
| 3842. | g_drive\orant\doc\web.804\a69526\apd.htm | htm |
| 3843. | g_drive\orant\doc\web.804\a69526\glos.htm | htm |
| 3844. | g_drive\orant\doc\web.804\a69526\glos.htm | htm |
| 3845. | g_drive\orant\OO4O\README.HTM | HTM |
| 3846. | g_drive\orant\OO4O\README.HTM | HTM |
| 3847. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3848. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3849. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\0TKPA3KL\reviews571[1].htm | htm |
| 3850. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\0TKPA3KL\reviews571[1].htm | htm |
| 3851. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\6RYJSRA9\2001-1_7-0[1].htm | htm |
| 3852. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\6RYJSRA9\2001-1_7-0[1].htm | htm |
| 3853. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\cat206[1].htm | htm |
| 3854. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\cat206[1].htm | htm |
| 3855. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\index[1].htm | htm |
| 3856. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\85E7STYR\index[1].htm | htm |
| 3857. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\CDYJ8BOZ\buy[1].htm | htm |
| 3858. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\CDYJ8BOZ\buy[1].htm | htm |
| 3859. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EVIFMD23\index[4].htm | htm |
| 3860. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\EVIFMD23\index[4].htm | htm |
| 3861. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\index[6].htm | htm |
| 3862. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\index[6].htm | htm |
| 3863. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\paradigm-signature-speakers-9-2004[1].htm | htm |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3864. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\FECJR10P\paradigm-signature-speakers-9-2004[1].htm | htm |
| 3865. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\604729[1].htm | htm |
| 3866. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\604729[1].htm | htm |
| 3867. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\628055-ap[1].htm | htm |
| 3868. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\628055-ap[1].htm | htm |
| 3869. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\index[11].htm | htm |
| 3870. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\G3D3UAF5\index[11].htm | htm |
| 3871. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\LBNZLT0E\index[7].htm | htm |
| 3872. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\LBNZLT0E\index[7].htm | htm |
| 3873. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\NFDB3LWW\654836-ap[1].htm | htm |
| 3874. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\NFDB3LWW\654836-ap[1].htm | htm |
| 3875. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\NFDB3LWW\studioseries[1].htm | htm |
| 3876. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\NFDB3LWW\studioseries[1].htm | htm |
| 3877. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\OBFRY8XD\bottom[1].htm | htm |
| 3878. | g_drive\Documents and Settings\jtellier\Local Settings\Temporary Internet Files\Content.IE5\OBFRY8XD\bottom[1].htm | htm |
| 3879. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3880. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3881. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3882. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3883. | g_drive\Documents and Settings\gslater\Local Settings\Temporary Internet Files\Content.IE5\3GHX3RO1\emplois[1].htm | htm |
| 3884. | g_drive\Documents and Settings\gslater\Local Settings\Temporary Internet Files\Content.IE5\GYQXUPTO\2273[1].htm | htm |
| 3885. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3886. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3887. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3888. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3889. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\8H2749EN\ne138[1].htm | htm |
| 3890. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\8H2749EN\ne138[1].htm | htm |

112

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 3891. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\CTMVK9UN\Music_MasterWorks_win95[1].htm | htm |
| 3892. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\CTMVK9UN\Music_MasterWorks_win95[1].htm | htm |
| 3893. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\G5QRKTQR\ne149t[1].htm | htm |
| 3894. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\G5QRKTQR\ne149t[1].htm | htm |
| 3895. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\K12Z2VC9\faq[1].htm | htm |
| 3896. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\K12Z2VC9\faq[1].htm | htm |
| 3897. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\WTYV8LAZ\ne149[1].htm | htm |
| 3898. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\WTYV8LAZ\ne149[1].htm | htm |
| 3899. | g_drive\Program Files\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3900. | g_drive\Program Fiies\Microsoft Office\Office10\1033\PRJSETUP.HTM | HTM |
| 3901. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3902. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3903. | g_drive\Documents and Settings\rmurray\Local Settings\Temporary Internet Files\Content.IE5\HZ2N8HRH\WireFeedRedirect[4].htm | htm |
| 3904. | g_drive\WINDOWS\Help\Tours\htmlTour\best_secure.htm | htm |
| 3905. | g_drive\Documents and Settings\Administrator\Local Settings\Temp\WER93.tmp.dir00\jre.exe.hdmp | hdmp |
| 3906. | g_drive\Program Files\Reflection\HELP\r1win.GID | GID |
| 3907. | g_drive\Program Files\Reflection\HELP\r1win.GID | GID |
| 3908. | g_drive\Program Files\Reflection\HELP\r1win.GID | GID |
| 3909. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\GE\Dict\Core\Mwm2.ge | ge |
| 3910. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\GE\Dict\Core\Mwm2.ge | ge |
| 3911. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\demos\results.fm | fm |
| 3912. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\demos\results.fm | fm |
| 3913. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\relnotes\details.fm | fm |
| 3914. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\relnotes\details.fm | fm |
| 3915. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tour\Chapter3.fm | fm |
| 3916. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tour\Chapter3.fm | fm |
| 3917. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\1Windows\Sample.fm | fm |
| 3918. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\1Windows\Sample.fm | fm |
| 3919. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\5Tables\Finished.fm | fm |
| 3920. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\5Tables\Finished.fm | fm |
| 3921. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\5Tables\Table.fm | fm |
| 3922. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\5Tables\Table.fm | fm |
| 3923. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\6Books\Chapter1.fm | fm |
| 3924. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\6Books\Chapter1.fm | fm |
| 3925. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\6Books\Chapter3.fm | fm |
| 3926. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\tutorial\6Books\Chapter3.fm | fm |
| 3927. | g_drive\Program | fm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| | Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\fm\chap11.fm | |
| 3928. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\fm\chap11.fm | fm |
| 3929. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\fm\chap4.fm | fm |
| 3930. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\sgml\docbook\dbguide\fm\chap4.fm | fm |
| 3931. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\Tour\Chapter3.fm | fm |
| 3932. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\Tour\Chapter3.fm | fm |
| 3933. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3934. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3935. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3936. | g_drive\Program Files\WORKCNTR\impsi2.flt | flt |
| 3937. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3938. | g_drive\Program Files\WORKCNTR\impsi2.flt | flt |
| 3939. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3940. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3941. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3942. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3943. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3944. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3945. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3946. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3947. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3948. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3949. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3950. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3951. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3952. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3953. | g_drive\Program Files\Common Files\Microsoft Shared\Grphflt\EPSIMP32.FLT | FLT |
| 3954. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr00\inet\qtpatch.exs | exs |
| 3955. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr00\qtpatch.exs | exs |
| 3956. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr99\qtpatch.exs | exs |
| 3957. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr00\inet\qtpatch.exs | exs |
| 3958. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr00\qtpatch.exs | exs |
| 3959. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Administration\Personnel\Impotr99\qtpatch.exs | exs |
| 3960. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3961. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3962. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3963. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3964. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3965. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |

500070547v1