| | Table 2 -- File/Pathname | File Type |
|---|---|---|
| 3966. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3967. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3968. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3969. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3970. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3971. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3972. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3973. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3974. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3975. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3976. | g_drive\SYSMGT\TNGURC\CAM\cam.ex_ | ex_ |
| 3977. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3978. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3979. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3980. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3981. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3982. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3983. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3984. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3985. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3986. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3987. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3988. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3989. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3990. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3991. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3992. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3993. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3994. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3995. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3996. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 3997. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3998. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 3999. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4000. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4001. | h_drive\CA_LIC\LIC98.ERR | ERR |
| 4002. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 4003. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4004. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 4005. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4006. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 4007. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4008. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 4009. | g_drive\CA_LIC\LIC98.ERR | ERR |
| 4010. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4011. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4012. | g_drive\CA_LIC\LIC98.ERR | ERR |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4013. | g_drive\SYSMGT\TNGAM\Agents\LIC98.ERR | ERR |
| 4014. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4015. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4016. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4017. | g_drive\SYSMGT\URC\rcHostViewer.enu | enu |
| 4018. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4019. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4020. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4021. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4022. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4023. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4024. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4025. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4026. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4027. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4028. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4029. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4030. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4031. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4032. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4033. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4034. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4035. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4036. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4037. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4038. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4039. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4040. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4041. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4042. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4043. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4044. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4045. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4046. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4047. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4048. | g_drive\SYSMGT\TNGSD\SD\NLS\apimsg.enu | enu |
| 4049. | g_drive\SYSMGT\TNGURC\rcHostViewer.enu | enu |
| 4050. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.eng | eng |
| 4051. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.eng | eng |
| 4052. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\dict\hyphens.eng | eng |
| 4053. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\dict\hyphens.eng | eng |
| 4054. | g_drive\Program Files\AutoCAD 2002\Sample\VBA\example_code.DVB | DVB |
| 4055. | g_drive\Program Files\AutoCAD 2002\Sample\VBA\example_code.DVB | DVB |
| 4056. | g_drive\Program Files\AutoCAD 2002\Sample\VBA\example_code.DVB | DVB |
| 4057. | g_drive\Program Files\AutoCAD 2002\Sample\VBA\example_code.DVB | DVB |
| 4058. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\S1752361.DTF | DTF |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4059. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\notesF805DB\S4902417.DTF | DTF |
| 4060. | h_drive\datamig\SB004272\Datamigration\Notes\data\cache.dsk | dsk |
| 4061. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Notes\data\cache.dsk | dsk |
| 4062. | g_drive\Documents and Settings\dummy1\Application Data\Lotus\notes\data\desktop.dsk | dsk |
| 4063. | g_drive\Documents and Settings\dummy1\Application Data\Lotus\notes\data\desktop.dsk | dsk |
| 4064. | g_drive\Documents and Settings\dummy1\Desktop\desktop.dsk | dsk |
| 4065. | g_drive\Documents and Settings\dummy1\Desktop\desktop.dsk | dsk |
| 4066. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc190\Application Data\lotus-old\notes\data\desktop5.DSK | DSK |
| 4067. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc190\Application Data\lotus-old\notes\data\desktop5.DSK | DSK |
| 4068. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4069. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4070. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4071. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4072. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4073. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4074. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4075. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4076. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4077. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4078. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4079. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4080. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4081. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4082. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4083. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4084. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4085. | g_drive\WINDOWS\system32\lanman.drv | drv |
| 4086. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4087. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4088. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4089. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4090. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4091. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4092. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4093. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4094. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4095. | h_drive\datamig\SB004272\USMT2I.UNC\C\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4096. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4097. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4098. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4099. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4100. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4101. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4102. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4103. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4104. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4105. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4106. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4107. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4108. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4109. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4110. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4111. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4112. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4113. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4114. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4115. | h_drive\DataMig\SB003080\USMT2I.UNC\C\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4116. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4117. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4118. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4119. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4120. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4121. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4122. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4123. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4124. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4125. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4126. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4127. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4128. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4129. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4130. | h_drive\Datamig\SB004414\USMT2I.UNC\C\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4131. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4132. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4133. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4134. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4135. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4136. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4137. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4138. | g_drive\Program Files\Rational\RequisitePro\outlines\ModernSRS.dot | dot |
| 4139. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4140. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_srs.dot | dot |
| 4141. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4142. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_sspec.dot | dot |
| 4143. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4144. | g_drive\Program Files\Rational\RequisitePro\outlines\rup_tstpln.dot | dot |
| 4145. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4146. | g_drive\Program Files\SAP\FrontEnd\SAPgui\wwi\wwi.dot | dot |
| 4147. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4148. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4149. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4150. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4151. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4152. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4153. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4154. | h_drive\temp\aws11\awsd11\awdd11\parts\00000001.did | did |
| 4155. | h_drive\temp\aws11\awsd11\awdd11\parts\00000002.did | did |
| 4156. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4157. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\index\parts\00000001.did | did |
| 4158. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4159. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4160. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4161. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4162. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4163. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4164. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4165. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\FRA\index\parts\00000001.did | did |
| 4166. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4167. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4168. | g_drive\Program Files\Adobe\Acrobat 5.0\Help\ENU\Index\parts\00000001.did | did |
| 4169. | g_drive\Documents and Settings\fduschin\Application Data\Mozilla\Firefox\Profiles\chqzhv8y.default\Cache\7A54B792d01 | default\Cache\7A54B792d01 |
| 4170. | g_drive\Documents and Settings\doroy\Application Data\ACD Systems\ACDSee\ImageDB.ddf | ddf |
| 4171. | g_drive\Program Files\MathSoft\Mathcad 2001i Professional\qsheet\qsheet.dct | dct |
| 4172. | g_drive\WINDOWS\system32\wbem\Repository\FS\OBJECTS.DATA | DATA |
| 4173. | g_drive\Documents and Settings\jbeauche\ntuser.dat | dat |
| 4174. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4175. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4176. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4177. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4178. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4179. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4180. | g_drive\Documents and Settings\rlouhich\ntuser.dat | dat |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4181. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4182. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4183. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4184. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4185. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4186. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4187. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4188. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4189. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4190. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4191. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4192. | g_drive\Documents and Settings\loumorin\ntuser.dat | dat |
| 4193. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4194. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4195. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4196. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4197. | g_drive\Documents and Settings\mperraul\ntuser.dat | dat |
| 4198. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4199. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4200. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4201. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4202. | g_drive\Documents and Settings\doroy\ntuser.dat | dat |
| 4203. | g_drive\Documents and Settings\wskalila\ntuser.dat | dat |
| 4204. | g_drive\Documents and Settings\xcrivard\ntuser.dat | dat |
| 4205. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4206. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4207. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4208. | g_drive\Documents and Settings\jnoeldet\ntuser.dat | dat |
| 4209. | g_drive\Documents and Settings\jnoeldet\ntuser.dat | dat |
| 4210. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4211. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4212. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4213. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4214. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4215. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4216. | g_drive\Documents and Settings\alvilla\ntuser.dat | dat |
| 4217. | g_drive\Documents and Settings\alvilla\ntuser.dat | dat |
| 4218. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4219. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4220. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4221. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4222. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4223. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4224. | h_drive\WINDOWS\SYSTEM.DAT | DAT |
| 4225. | h_drive\WINDOWS\USER.DAT | DAT |
| 4226. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4227. | g_drive\WINDOWS\system32\perfi009.dat | dat |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4228. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4229. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4230. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4231. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4232. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4233. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4234. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4235. | g_drive\Documents and Settings\Administrator\NTUSER.DAT | DAT |
| 4236. | g_drive\Documents and Settings\Administrator\NTUSER.DAT | DAT |
| 4237. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4238. | g_drive\Program Files\Rational\Rational Test\msg\C\ratl_tmsserver.dat | dat |
| 4239. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4240. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4241. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4242. | g_drive\WINDOWS\system32\perfh009.dat | dat |
| 4243. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4244. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4245. | g_drive\WINDOWS\system32\Com\comempty.dat | dat |
| 4246. | g_drive\WINDOWS\system32\perfi009.dat | dat |
| 4247. | g_drive\orant\PLUS80\HELP\PLUSHELP.CTL | CTL |
| 4248. | g_drive\orant\PLUS80\HELP\PLUSHELP.CTL | CTL |
| 4249. | g_drive\orant\PLUS80\HELP\PLUSHELP.CTL | CTL |
| 4250. | g_drive\orant\PLUS80\HELP\PLUSHELP.CTL | CTL |
| 4251. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\U1HIJ2LS\hwsStyles[1].css | css |
| 4252. | g_drive\Documents and Settings\rmeuser\Local Settings\Temporary Internet Files\Content.IE5\U1HIJ2LS\hwsStyles[1].css | css |
| 4253. | g_drive\Program Files\Code Visual to Flowchart\sample\c++.cpp | cpp |
| 4254. | g_drive\Program Files\Code Visual to Flowchart\sample\c++.cpp | cpp |
| 4255. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4256. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\appwiz.cpl | cpl |
| 4257. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4258. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4259. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4260. | g_drive\WINDOWS\system32\QuickTime.cpl | cpl |
| 4261. | g_drive\WINDOWS\system32\QuickTime.cpl | cpl |
| 4262. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4263. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4264. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4265. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4266. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4267. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4268. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4269. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4270. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4271. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |

500070547v1

|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4272. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4273. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4274. | g_drive\WINDOWS\system32\appwiz.cpl | cpl |
| 4275. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4276. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4277. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4278. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4279. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4280. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4281. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4282. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4283. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4284. | g_drive\Program Files\Reflection\HP\SAMPLES\cobdemo.cob | cob |
| 4285. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4286. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4287. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4288. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4289. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4290. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4291. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4292. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4293. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4294. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4295. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4296. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4297. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4298. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4299. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4300. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4301. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4302. | g_drive\Program Files\Common Files\Microsoft Shared\TextConv\WRD6EX32.CNV | CNV |
| 4303. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4304. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4305. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4306. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4307. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4308. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4309. | g_drive\Program Files\ACL Software\ACL for Windows Version 7 Workbook\ACLHelp.cnt | cnt |
| 4310. | g_drive\Program Files\ACL Software\ACL for Windows Version 7 Workbook\ACLHelp.cnt | cnt |
| 4311. | g_drive\Program Files\ACL Software\ACL for Windows Version 7\ACLHelp.cnt | cnt |
| 4312. | g_drive\Program Files\ACL Software\ACL for Windows Version 7\ACLHelp.cnt | cnt |
| 4313. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4314. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4315. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4316. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4317. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4318. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4319. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4320. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4321. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4322. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4323. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4324. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4325. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4326. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4327. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4328. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4329. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4330. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4331. | h_drive\WINDOWS\HELP\IMGOCXD.CNT | CNT |
| 4332. | g_drive\Program Files\Access97\Office\ACMAIN80.CNT | CNT |
| 4333. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4334. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4335. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4336. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4337. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4338. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4339. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4340. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4341. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4342. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4343. | g_drive\Program Files\Access97\Office\ACMAIN80.CNT | CNT |
| 4344. | g_drive\SYSMGT\CA_APPSW\CAproc.cnt | cnt |
| 4345. | g_drive\SYSMGT\CA_APPSW\caref.cnt | cnt |
| 4346. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4347. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4348. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4349. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4350. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4351. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4352. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4353. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4354. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4355. | g_drive\Program Files\Rational\Rational Test\opensrc\cpp\cccp.c | c |
| 4356. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.brt | brt |
| 4357. | g_drive\Program Files\Adobe\FrameMaker+SGML5.5\dict\hyphens.brt | brt |
| 4358. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\dict\hyphens.brt | brt |
| 4359. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\dict\hyphens.brt | brt |
| 4360. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EF\Dict\Core\Core.brs | brs |
| 4361. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EF\Dict\Core\Core.brs | brs |
| 4362. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EG\Dict\Core\CORE.BRS | BRS |
| 4363. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EG\Dict\Core\CORE.BRS | BRS |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4364. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EI\Dict\Core\CORE.BRS | BRS |
| 4365. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EI\Dict\Core\CORE.BRS | BRS |
| 4366. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EP\Dict\Core\CORE.BRS | BRS |
| 4367. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\EP\Dict\Core\CORE.BRS | BRS |
| 4368. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\ES\Dict\Core\Core.brs | brs |
| 4369. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\ES\Dict\Core\Core.brs | brs |
| 4370. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\ES\Dict\Internet\INTERNET.BRS | BRS |
| 4371. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\ES\Dict\Internet\INTERNET.BRS | BRS |
| 4372. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\GE\Dict\Core\Core.brs | brs |
| 4373. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\GE\Dict\Core\Core.brs | brs |
| 4374. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\PE\Dict\Core\Core.brs | brs |
| 4375. | g_drive\Program Files\TLI\EasyTranslator4 Deluxe\PE\Dict\Core\Core.brs | brs |
| 4376. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4377. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4378. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4379. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4380. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4381. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4382. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4383. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4384. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4385. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4386. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4387. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4388. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4389. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4390. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4391. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4392. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4393. | g_drive\Program Files\Real\RealOne Player\CDBurning\Cdrw32.bdb | bdb |
| 4394. | g_drive\Program Files\AutoCAD R14\SAMPLE\ACTIVEX\ebatchp\bpshare.bas | bas |
| 4395. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4396. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4397. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4398. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4399. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4400. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761536.bak | bak |
| 4401. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761536.bak | bak |
| 4402. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4403. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4404. | g_drive\WINDOWS\repair\system.bak | bak |
| 4405. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4406. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4407. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112762873.bak | bak |
| 4408. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112762873.bak | bak |
| 4409. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1063110035.bak | bak |
| 4410. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1063110018.bak | bak |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4411. | g_drive\WINDOWS\repair\system.bak | bak |
| 4412. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4413. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4414. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4415. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4416. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112791687.bak | bak |
| 4417. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112791687.bak | bak |
| 4418. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112791687.bak | bak |
| 4419. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112791687.bak | bak |
| 4420. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1090485134.bak | bak |
| 4421. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1090485134.bak | bak |
| 4422. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1090485118.bak | bak |
| 4423. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1090485118.bak | bak |
| 4424. | g_drive\WINDOWS\repair\system.bak | bak |
| 4425. | g_drive\WINDOWS\repair\system.bak | bak |
| 4426. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4427. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4428. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4429. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761777.bak | bak |
| 4430. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761777.bak | bak |
| 4431. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4432. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4433. | g_drive\WINDOWS\repair\system.bak | bak |
| 4434. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4435. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4436. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4437. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112787932.bak | bak |
| 4438. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112787932.bak | bak |
| 4439. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4440. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4441. | g_drive\WINDOWS\repair\system.bak | bak |
| 4442. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4443. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4444. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761479.bak | bak |
| 4445. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761479.bak | bak |
| 4446. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4447. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4448. | g_drive\WINDOWS\repair\system.bak | bak |
| 4449. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761495.bak | bak |
| 4450. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761495.bak | bak |
| 4451. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761495.bak | bak |
| 4452. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761495.bak | bak |
| 4453. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4454. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4455. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4456. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4457. | g_drive\WINDOWS\repair\system.bak | bak |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4458. | g_drive\WINDOWS\repair\system.bak | bak |
| 4459. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4460. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4461. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4462. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4463. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4464. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4465. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112787389.bak | bak |
| 4466. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112787389.bak | bak |
| 4467. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112787389.bak | bak |
| 4468. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112787389.bak | bak |
| 4469. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4470. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4471. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4472. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4473. | g_drive\WINDOWS\repair\system.bak | bak |
| 4474. | g_drive\WINDOWS\repair\system.bak | bak |
| 4475. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4476. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4477. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4478. | g_drive\SYSMGT\CA_APPSW\VIRUSSCAN\backup\InoculateIT\AVH32DLL.DLL1081360331.bak | bak |
| 4479. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112762767.bak | bak |
| 4480. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112762767.bak | bak |
| 4481. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4482. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4483. | g_drive\WINDOWS\repair\system.bak | bak |
| 4484. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4485. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4486. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4487. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112761786.bak | bak |
| 4488. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112761786.bak | bak |
| 4489. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4490. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4491. | g_drive\WINDOWS\repair\system.bak | bak |
| 4492. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4493. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4494. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4495. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112791065.bak | bak |
| 4496. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112791065.bak | bak |
| 4497. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1063110035.bak | bak |
| 4498. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1063110018.bak | bak |
| 4499. | g_drive\WINDOWS\repair\system.bak | bak |
| 4500. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4501. | g_drive\Program Files\lotus\notes\launch.exe.bak | bak |
| 4502. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112964185.bak | bak |
| 4503. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112964185.bak | bak |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4504. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112964185.bak | bak |
| 4505. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112964185.bak | bak |
| 4506. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4507. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1055335453.bak | bak |
| 4508. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4509. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1055335436.bak | bak |
| 4510. | g_drive\WINDOWS\repair\system.bak | bak |
| 4511. | g_drive\WINDOWS\repair\system.bak | bak |
| 4512. | h_drive\PATH\Req Pro\PATH PA5\TS-13 Communications.BAK | BAK |
| 4513. | h_drive\PATH\Req Pro\PATH PA5\TS-13 Communications.BAK | BAK |
| 4514. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\Acrord32.dll.700.bak | bak |
| 4515. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api.700.bak | bak |
| 4516. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\arclib.dll~1112762935.bak | bak |
| 4517. | g_drive\SYSMGT\TNGEAV\backup\eTRINO60_0405\InoRT.exe~1112762935.bak | bak |
| 4518. | g_drive\SYSMGT\TNGEAV\backup\QO37141\arclib.dll~1063110035.bak | bak |
| 4519. | g_drive\SYSMGT\TNGEAV\backup\SP2\InoRT.exe~1063110018.bak | bak |
| 4520. | g_drive\WINDOWS\repair\system.bak | bak |
| 4521. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4522. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4523. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4524. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4525. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4526. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4527. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4528. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4529. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4530. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4531. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4532. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4533. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4534. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4535. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4536. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4537. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4538. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4539. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4540. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4541. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4542. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4543. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4544. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4545. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4546. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4547. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4548. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4549. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4550. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4551. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4552. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4553. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4554. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4555. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4556. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4557. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4558. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4559. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4560. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4561. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4562. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4563. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4564. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4565. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4566. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4567. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4568. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4569. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4570. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4571. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4572. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4573. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4574. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4575. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4576. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4577. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4578. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4579. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4580. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4581. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4582. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4583. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4584. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4585. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4586. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4587. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4588. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4589. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4590. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4591. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4592. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4593. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4594. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4595. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4596. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4597. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4598. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4599. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4600. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4601. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4602. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4603. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4604. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4605. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4606. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4607. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4608. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4609. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4610. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4611. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4612. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4613. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4614. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4615. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4616. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4617. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4618. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4619. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4620. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4621. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4622. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4623. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4624. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4625. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4626. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4627. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4628. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4629. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4630. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4631. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4632. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4633. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4634. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4635. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4636. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4637. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4638. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4639. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4640. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4641. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4642. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4643. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4644. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |

500070547v1