| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4645. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4646. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4647. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4648. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4649. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4650. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4651. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4652. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4653. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4654. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4655. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4656. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4657. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4658. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4659. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4660. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4661. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4662. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4663. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4664. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4665. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4666. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4667. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4668. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4669. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4670. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4671. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4672. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4673. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4674. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4675. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4676. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4677. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4678. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4679. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4680. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4681. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4682. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4683. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4684. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4685. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4686. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4687. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4688. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4689. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4690. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4691. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4692. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4693. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4694. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4695. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4696. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4697. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4698. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4699. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4700. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4701. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4702. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4703. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4704. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4705. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4706. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4707. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4708. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4709. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4710. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4711. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4712. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4713. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4714. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4715. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4716. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4717. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4718. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4719. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4720. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4721. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4722. | g_drive\Documents and Settings\wskalila\Desktop\000026.ARC\1.vol\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4723. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4724. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4725. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4726. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4727. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4728. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4729. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4730. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4731. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4732. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4733. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4734. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4735. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4736. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4737. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4738. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4739. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4740. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4741. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4742. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4743. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4744. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4745. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4746. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4747. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4748. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4749. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4750. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4751. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4752. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4753. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4754. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4755. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4756. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4757. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4758. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4759. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4760. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4761. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4762. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4763. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4764. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4765. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4766. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4767. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4768. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4769. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4770. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4771. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4772. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4773. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4774. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4775. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4776. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4777. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4778. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4779. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4780. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4781. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4782. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4783. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4784. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4785. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4786. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4787. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4788. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4789. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4790. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4791. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4792. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4793. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4794. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4795. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4796. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4797. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4798. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4799. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4800. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4801. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4802. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4803. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4804. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4805. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4806. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4807. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4808. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4809. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4810. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4811. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4812. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4813. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4814. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4815. | h_drive\Microsoft Streets and Trips\streets.aw | aw |
| 4816. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4817. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4818. | g_drive\Program Files\Common Files\Microsoft Shared\DAO\DAO35.AW | AW |
| 4819. | g_drive\Program Files\Common Files\Microsoft Shared\VBA\FM20.AW | AW |
| 4820. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4821. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4822. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4823. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4824. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4825. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4826. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4827. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4828. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4829. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4830. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4831. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4832. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4833. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4834. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4835. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4836. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4837. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4838. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4839. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4840. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4841. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4842. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4843. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4844. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4845. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4846. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4847. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4848. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4849. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4850. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4851. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4852. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4853. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4854. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4855. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4856. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4857. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4858. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4859. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4860. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4861. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4862. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4863. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4864. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4865. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4866. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4867. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4868. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4869. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4870. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4871. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4872. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4873. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4874. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4875. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4876. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4877. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4878. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4879. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4880. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4881. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4882. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4883. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4884. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4885. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4886. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4887. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4888. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4889. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4890. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4891. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4892. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4893. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4894. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4895. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4896. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4897. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4898. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4899. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4900. | g_drive\Program Files\Common Files\Microsoft Shared\VBA\FM20.AW | AW |
| 4901. | g_drive\Program Files\Common Files\Microsoft Shared\VBA\FM20.AW | AW |
| 4902. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4903. | g_drive\Program Files\Microsoft Office\Office10\1031\ACMAIN10.AW | AW |
| 4904. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4905. | g_drive\Program Files\Microsoft Office\Office10\1031\ADO210.AW | AW |
| 4906. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4907. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAWD10.AW | AW |
| 4908. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4909. | g_drive\Program Files\Microsoft Office\Office10\1031\VBAXL10.AW | AW |
| 4910. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4911. | g_drive\Program Files\Microsoft Office\Office10\1031\VEEN3.AW | AW |
| 4912. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4913. | g_drive\Program Files\Microsoft Office\Office10\1031\WDMAIN10.AW | AW |
| 4914. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4915. | g_drive\Program Files\Microsoft Office\Office10\1031\XLMAIN10.AW | AW |
| 4916. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4917. | g_drive\Program Files\Microsoft Office\Office10\1033\ACJET10.AW | AW |
| 4918. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4919. | g_drive\Program Files\Microsoft Office\Office10\1033\ACMAIN10.AW | AW |
| 4920. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4921. | g_drive\Program Files\Microsoft Office\Office10\1033\ADO210.AW | AW |
| 4922. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4923. | g_drive\Program Files\Microsoft Office\Office10\1033\DAO360.AW | AW |
| 4924. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4925. | g_drive\Program Files\Microsoft Office\Office10\1033\MSE10.AW | AW |
| 4926. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4927. | g_drive\Program Files\Microsoft Office\Office10\1033\MSPAW.AW | AW |
| 4928. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4929. | g_drive\Program Files\Microsoft Office\Office10\1033\MSQRY32.AW | AW |
| 4930. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4931. | g_drive\Program Files\Microsoft Office\Office10\1033\MSTORE10.AW | AW |
| 4932. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4933. | g_drive\Program Files\Microsoft Office\Office10\1033\PJMN10G.AW | AW |
| 4934. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4935. | g_drive\Program Files\Microsoft Office\Office10\1033\PPMAIN10.AW | AW |
| 4936. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4937. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAPJ10.AW | AW |
| 4938. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4939. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAWD10.AW | AW |
| 4940. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4941. | g_drive\Program Files\Microsoft Office\Office10\1033\VBAXL10.AW | AW |
| 4942. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4943. | g_drive\Program Files\Microsoft Office\Office10\1033\VEEN3.AW | AW |
| 4944. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4945. | g_drive\Program Files\Microsoft Office\Office10\1033\WDMAIN10.AW | AW |
| 4946. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4947. | g_drive\Program Files\Microsoft Office\Office10\1033\WORKFUNC.AW | AW |
| 4948. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4949. | g_drive\Program Files\Microsoft Office\Office10\1033\XLMAIN10.AW | AW |
| 4950. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4951. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_d76.aw | aw |
| 4952. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4953. | g_drive\Program Files\Microsoft Office\Visio10\1033\Help\Vis_se.aw | aw |
| 4954. | h_drive\Map Point\Europe\MapPoint.aw | aw |
| 4955. | h_drive\Map Point\Europe\MapPoint.aw | aw |
| 4956. | h_drive\Map Point\North America\MapPoint.aw | aw |
| 4957. | h_drive\Map Point\North America\MapPoint.aw | aw |
| 4958. | g_drive\Program Files\Access97\Office\ACCORE80.AW | AW |
| 4959. | g_drive\Program Files\Access97\Office\ACMAIN80.AW | AW |
| 4960. | g_drive\Program Files\Common Files\Microsoft Shared\DAO\DAO35.AW | AW |
| 4961. | g_drive\Program Files\Common Files\Microsoft Shared\VBA\FM20.AW | AW |
| 4962. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Temporary Internet Files\Content.IE5\Z3Q7MYOM\config[1].aspx | aspx |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 4963. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Temporary Internet Files\Content.IE5\Z3Q7MYOM\config[1].aspx | aspx |
| 4964. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Temporary Internet Files\Content.IE5\Z3Q7MYOM\config[2].aspx | aspx |
| 4965. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\Temporary Internet Files\Content.IE5\Z3Q7MYOM\config[2].aspx | aspx |
| 4966. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9337\Dc34.asd | asd |
| 4967. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9337\Dc45.asd | asd |
| 4968. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-9337\Dc46.asd | asd |
| 4969. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc133.asd | asd |
| 4970. | g_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dc133.asd | asd |
| 4971. | g_drive\Program Files\AutoCAD 2002\acrender.arx | arx |
| 4972. | g_drive\Program Files\AutoCAD 2002\condlg.arx | arx |
| 4973. | g_drive\Program Files\AutoCAD 2002\acrender.arx | arx |
| 4974. | g_drive\Program Files\AutoCAD 2002\condlg.arx | arx |
| 4975. | g_drive\Program Files\AutoCAD 2002\acrender.arx | arx |
| 4976. | g_drive\Program Files\AutoCAD 2002\condlg.arx | arx |
| 4977. | g_drive\Program Files\AutoCAD 2002\acrender.arx | arx |
| 4978. | g_drive\Program Files\AutoCAD 2002\condlg.arx | arx |
| 4979. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4980. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4981. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4982. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4983. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4984. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4985. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4986. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4987. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4988. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4989. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4990. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4991. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4992. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4993. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4994. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4995. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4996. | g_drive\Program Files\Common Files\SpeechEngines\Microsoft\SR\1033\L1033.ART | ART |
| 4997. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 4998. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 4999. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5000. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5001. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5002. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5003. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5004. | g_drive\Program Files\Adobe\Photoshop Album Starter Edition\2.0\Apps\plugins\PhotoshopAdapter.apl | apl |
| 5005. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5006. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5007. | g_drive\Program Files\ACD Systems\PlugIns\ID_MrSid.apl | apl |
| 5008. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5009. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5010. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5011. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5012. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5013. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5014. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5015. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5016. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5017. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5018. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5019. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5020. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5021. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5022. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5023. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5024. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5025. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5026. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5027. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5028. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5029. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5030. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5031. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5032. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5033. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5034. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5035. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5036. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5037. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5038. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5039. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5040. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5041. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5042. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5043. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5044. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5045. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5046. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5047. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5048. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5049. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5050. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5051. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5052. | g_drive\Program Files\Adobe\Docrobat 7.0\Reader\plug_ins\eBook.api | api |

138

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5053. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5054. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5055. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5056. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5057. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5058. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5059. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5060. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5061. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5062. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api | api |
| 5063. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api | api |
| 5064. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5065. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5066. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5067. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5068. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5069. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5070. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5071. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5072. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5073. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5074. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5075. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5076. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5077. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5078. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5079. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5080. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5081. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5082. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5083. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5084. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5085. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5086. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5087. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5088. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5089. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5090. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5091. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5092. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5093. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5094. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5095. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5096. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5097. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5098. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5099. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5100. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5101. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5102. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5103. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5104. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api | api |
| 5105. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\AcroForm.api | api |
| 5106. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5107. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5108. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5109. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5110. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5111. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5112. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5113. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5114. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5115. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5116. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Acroform.api | api |
| 5117. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\Checkers.api | api |
| 5118. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\eBook.api | api |
| 5119. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\MakeAccessible.api | api |
| 5120. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PictureTasks.api | api |
| 5121. | g_drive\Program Files\Adobe\Acrobat 7.0\Reader\plug_ins\PPKLite.api | api |
| 5122. | g_drive\Program Files\ABBYY PDF Transformer 1.0\German.amd | amd |
| 5123. | g_drive\Program Files\ABBYY PDF Transformer 1.0\German.amd | amd |
| 5124. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5125. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5126. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5127. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5128. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5129. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5130. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5131. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5132. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5133. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5134. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5135. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5136. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5137. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5138. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5139. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5140. | g_drive\Program Files\Microsoft Office\Office10\Samples\NorthwindCS.adp | adp |
| 5141. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5142. | g_drive\WINDOWS\inf\system.adm | adm |
| 5143. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5144. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5145. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5146. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5147. | g_drive\WINDOWS\system32\GroupPolicy\inetres.adm | adm |
| 5148. | g_drive\WINDOWS\system32\GroupPolicy\system.adm | adm |
| 5149. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5150. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |
| 5151. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\inetres.adm | adm |
| 5152. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\system.adm | adm |
| 5153. | g_drive\WINDOWS\system32\GroupPolicy\Adm\INETRES.ADM | ADM |
| 5154. | g_drive\WINDOWS\system32\GroupPolicy\Adm\SYSTEM.ADM | ADM |
| 5155. | g_drive\WINDOWS\system32\GroupPolicy\inetres.adm | adm |
| 5156. | g_drive\WINDOWS\system32\GroupPolicy\system.adm | adm |
| 5157. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5158. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5159. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |
| 5160. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |
| 5161. | g_drive\WINDOWS\system32\GroupPolicy\inetres.adm | adm |
| 5162. | g_drive\WINDOWS\system32\GroupPolicy\inetres.adm | adm |
| 5163. | g_drive\WINDOWS\system32\GroupPolicy\system.adm | adm |
| 5164. | g_drive\WINDOWS\system32\GroupPolicy\system.adm | adm |
| 5165. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5166. | g_drive\WINDOWS\inf\system.adm | adm |
| 5167. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5168. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5169. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5170. | g_drive\WINDOWS\inf\system.adm | adm |
| 5171. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5172. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5173. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5174. | g_drive\WINDOWS\inf\system.adm | adm |
| 5175. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5176. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5177. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5178. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5179. | g_drive\WINDOWS\inf\system.adm | adm |
| 5180. | g_drive\WINDOWS\inf\system.adm | adm |
| 5181. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5182. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5183. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5184. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5185. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5186. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5187. | g_drive\WINDOWS\inf\system.adm | adm |
| 5188. | g_drive\WINDOWS\inf\system.adm | adm |
| 5189. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5190. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5191. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |

500070547v1

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5192. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5193. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5194. | g_drive\WINDOWS\inf\system.adm | adm |
| 5195. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5196. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5197. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5198. | g_drive\WINDOWS\inf\system.adm | adm |
| 5199. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5200. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5201. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5202. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |
| 5203. | g_drive\WINDOWS\system32\GroupPolicy\Adm\INETRES.ADM | ADM |
| 5204. | g_drive\WINDOWS\system32\GroupPolicy\Adm\SYSTEM.ADM | ADM |
| 5205. | g_drive\WINDOWS\system32\GroupPolicy\inetres.adm | adm |
| 5206. | g_drive\WINDOWS\system32\GroupPolicy\system.adm | adm |
| 5207. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5208. | g_drive\WINDOWS\inf\inetres.adm | adm |
| 5209. | g_drive\WINDOWS\inf\system.adm | adm |
| 5210. | g_drive\WINDOWS\inf\system.adm | adm |
| 5211. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5212. | g_drive\WINDOWS\system32\GroupPolicy\Adm\inetres.adm | adm |
| 5213. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5214. | g_drive\WINDOWS\system32\GroupPolicy\Adm\system.adm | adm |
| 5215. | g_drive\WINDOWS\inf\INETRES.ADM | ADM |
| 5216. | g_drive\WINDOWS\inf\SYSTEM.ADM | ADM |
| 5217. | g_drive\Program Files\Adobe\Photoshop Album Starter Edition\2.0\Shared_Assets\locales\en_us\olsplugins\OnlineServicesJP.8LI | 8LI |
| 5218. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5219. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5220. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5221. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5222. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5223. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5224. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5225. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5226. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5227. | g_drive\Program Files\Adobe\Acrobat 5.0\Acrobat\Photoshop\PDFFormat.8bi | 8bi |
| 5228. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\(c)Adobe.2000 | 2000 |
| 5229. | g_drive\Program Files\Adobe\FrameMaker+SGML6.0\(c)Adobe.2000 | 2000 |
| 5230. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5231. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5232. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5233. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5234. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5235. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5236. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5237. | g_drive\WINDOWS\system32\temp.002 | 2 |

500070547v1

|  | Table 2 – File/Pathname | File Type |
|---|---|---|
| 5238. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5239. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5240. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5241. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5242. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5243. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5244. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5245. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5246. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5247. | g_drive\WINDOWS\system32\temp.002 | 2 |
| 5248. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5249. | g_drive\WINDOWS\repair\software |  |
| 5250. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\Safety Policy\Product Safety Manual |  |
| 5251. | g_drive\ntldr |  |
| 5252. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5253. | g_drive\WINDOWS\repair\software |  |
| 5254. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5255. | g_drive\WINDOWS\repair\software |  |
| 5256. | g_drive\WINDOWS\SoftwareDistribution\Download\6ca7b3a8efd5a9b6f87fff395a2eb989\ntldr |  |
| 5257. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5258. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5259. | g_drive\WINDOWS\repair\software |  |
| 5260. | g_drive\WINDOWS\repair\software |  |
| 5261. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5262. | g_drive\WINDOWS\repair\software |  |
| 5263. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5264. | g_drive\WINDOWS\repair\software |  |
| 5265. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5266. | g_drive\WINDOWS\repair\software |  |
| 5267. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5268. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5269. | g_drive\WINDOWS\repair\software |  |
| 5270. | g_drive\WINDOWS\repair\software |  |
| 5271. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5272. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5273. | g_drive\WINDOWS\repair\software |  |
| 5274. | g_drive\WINDOWS\repair\software |  |
| 5275. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5276. | g_drive\WINDOWS\repair\software |  |
| 5277. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5278. | g_drive\WINDOWS\repair\software |  |
| 5279. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5280. | g_drive\WINDOWS\repair\software |  |
| 5281. | g_drive\WINDOWS\system32\config\SOFTWARE |  |
| 5282. | g_drive\WINDOWS\system32\config\SYSTEM |  |

500070547v1

|       | Table 2 – File/Pathname | File Type |
|-------|------------------------|-----------|
| 5283. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5284. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5285. | g_drive\WINDOWS\repair\software |  |
| 5286. | g_drive\WINDOWS\repair\software |  |
| 5287. | g_drive\WINDOWS\repair\DS_SOFTWARE |  |
| 5288. | g_drive\WINDOWS\repair\software |  |

### Table 3: Non-Responsive Files (Not Brake-Related)

These files have been determined, based on their file/pathname, to be files that do not contain data relating to brakes (whether or not they relate to the Acela project). They will not be reviewed or produced.

|       | Table 3 – File/Pathname | File Type |
|-------|------------------------|-----------|
| 5289. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\SAP info. alm 81 y 90 para altas.xls | xls |
| 5290. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\HVAC pour revue.xls | xls |
| 5291. | h_drive\datamig\SB004272\Datamigration\bureau\Matrice 6sigma.xls | xls |
| 5292. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\Bombardier Software List v7.1c BTNA 030414.xls | xls |
| 5293. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\HVAC's failures (Aug-Dec).xls | xls |
| 5294. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\HVAC pour revue.xls | xls |
| 5295. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Matrice 6sigma.xls | xls |
| 5296. | h_drive\GESTION LOGICIELS\CATIA\export.xls | xls |
| 5297. | h_drive\GESTION LOGICIELS\CATIA\Points-ouverts-Catia.xls | xls |
| 5298. | h_drive\SOUMISSIONS\ADtranz BGI product datasheets.xls | xls |
| 5299. | h_drive\documents local\FRA\FRA meeting June 23 2004\Meeting 23rd June 2004\primary spring failure report_040621.xls | xls |
| 5300. | h_drive\documents local\FRA\FRA meeting June 23 2004\Primary spring failure report_040525.xls | xls |
| 5301. | h_drive\documents local\FRA\FRA meeting June 23 2004\Primary spring failure report_040621.xls | xls |
| 5302. | h_drive\documents local\LETTRE CREDIT\Sharon APR10 rev Cons-sez comments.xls | xls |
| 5303. | h_drive\documents local\negociation\open lists\software requirements.xls | xls |
| 5304. | h_drive\documents local\negociation\Software documentation status rev 3.xls | xls |
| 5305. | h_drive\documents local\negociation\Software documentation status SDD rev 0.xls | xls |
| 5306. | h_drive\documents local\Software Delivrables\041-ISL-2174 On-board soft_list rev 3.xls | xls |
| 5307. | h_drive\documents local\Software Delivrables\MD_PYN_SM_On-board soft_list.xls | xls |
| 5308. | h_drive\documents local\suppliers delivrables\Software documentation status rev 3.xls | xls |