| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 5309. | g_drive\Documents and Settings\rdumouli\Local Settings\Temp\Canada EUC Audit v11 FinalMBV2.xls | xls |
| 5310. | h_drive\ESD_R_Dumoulin\Interface CSC\Bombardier Software List v7.1c BTNA 030414.xls | xls |
| 5311. | h_drive\Datamig\SB002707\USMT2I.UNC\D\Datamigration\+ëtude pour Jean Curtis porte.xls | xls |
| 5312. | h_drive\Engineering Services\Standards Committees_rev0.xls | xls |
| 5313. | h_drive\Engineering Services\Standards Committees_rev0.xls | xls |
| 5314. | h_drive\Project Management\BT Generic WBS toolkit  Rev4.xls | xls |
| 5315. | h_drive\Project Management\BT Generic WBS toolkit  Rev4.xls | xls |
| 5316. | h_drive\Risk Management\2. Risk Funnel Analysis Template (Iss 1.3).xls | xls |
| 5317. | h_drive\Risk Management\2. Risk Funnel Analysis Template (Iss 1.3).xls | xls |
| 5318. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\FRACAS process\UK 2002 146 Overall Fracas Process Dec 16.vsd | vsd |
| 5319. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Bureau decembre 2002\FRACAS Belgique 5\UK 2002 146 Overall Fracas Process.vsd | vsd |
| 5320. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\FRACAS process\UK 2002 146 Overall Fracas Process Dec 16.vsd | vsd |
| 5321. | h_drive\Resource Management\Resource Management Process_rev0.vsd | vsd |
| 5322. | h_drive\Resource Management\Resource Management Process_rev0.vsd | vsd |
| 5323. | g_drive\Documents and Settings\rdumouli\My Documents\Documents temporaires\OCGlossary_7.pdf | pdf |
| 5324. | h_drive\ESD_R_Dumoulin\Eng. Strategic & Tactic Plans\Eng benchmarking data\OCGlossary_7.pdf | pdf |
| 5325. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\03_APTA and FRA standard\Cfr - October 2002\49 CFR part 230-2001.pdf | pdf |
| 5326. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\03_APTA and FRA standard\Cfr - October 2002\49 CFR part 232-2001.pdf | pdf |
| 5327. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\03_APTA and FRA standard\Cfr - October 2002\49 CFR part 238-2001.pdf | pdf |
| 5328. | g_drive\Documents and Settings\mperraul\Desktop\FRA\49 CFR part 238-2002.pdf | pdf |
| 5329. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Manual\Illustrated Parts Catalog\D122.1 IPC System 06.pdf | pdf |
| 5330. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Manual\Illustrated Parts Catalog\D122.1 IPC System 06.pdf | pdf |
| 5331. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Manual\Operator Manual\D121-Om.pdf | pdf |
| 5332. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Manual\Operator Manual\D121-Om.pdf | pdf |
| 5333. | g_drive\Documents and Settings\mperraul\Desktop\FRA\49 CFR part 238-2002.pdf | pdf |
| 5334. | h_drive\Advance Engineering\Norms and Regs\IEEE std 1475-1999.pdf | pdf |
| 5335. | h_drive\Advance Engineering\Norms and Regs\IEEE std 1475-1999.pdf | pdf |
| 5336. | h_drive\Benchmark\AGC_datasheet.pdf | pdf |
| 5337. | h_drive\Benchmark\AGC_datasheet.pdf | pdf |
| 5338. | h_drive\ISO 9001-2000\ISO_9000;2000(E).pdf | pdf |
| 5339. | h_drive\ISO 9001-2000\ISO_9000;2000(E).pdf | pdf |
| 5340. | h_drive\Process Management\CMMI model SE-SW-IPPD-SS v1.1.pdf | pdf |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 5341. | h_drive\Process Management\CMMI model SE-SW-IPPD-SS v1.1.pdf | pdf |
| 5342. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\White Paper on floating trainlines.doc | doc |
| 5343. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\White Paper on floating trainlines.doc | doc |
| 5344. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\041-LSC-0016.doc | doc |
| 5345. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\041-LSC-0017.doc | doc |
| 5346. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L01.doc | doc |
| 5347. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L02.doc | doc |
| 5348. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L07.doc | doc |
| 5349. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L11.doc | doc |
| 5350. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L12.doc | doc |
| 5351. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L16.doc | doc |
| 5352. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L20.doc | doc |
| 5353. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L21.doc | doc |
| 5354. | h_drive\my documents\MesDocuments\AMTRAK &njt&CTA Technical Specifications\1 Locomotive No. 558L\L23.doc | doc |
| 5355. | h_drive\my documents\MesDocuments\Amtrak_Settlement_Mar_2004\Settle_word\Attachment G - Software Escrow Agmt.DOC | DOC |
| 5356. | h_drive\documents local\desktop\1 Locomotive No. 558L\041-LSC-0017.doc | doc |
| 5357. | h_drive\documents local\desktop\1 Locomotive No. 558L\L01.doc | doc |
| 5358. | h_drive\documents local\desktop\1 Locomotive No. 558L\L02.doc | doc |
| 5359. | h_drive\documents local\desktop\1 Locomotive No. 558L\L07.doc | doc |
| 5360. | h_drive\documents local\desktop\1 Locomotive No. 558L\L11.doc | doc |
| 5361. | h_drive\documents local\desktop\1 Locomotive No. 558L\L12.doc | doc |
| 5362. | h_drive\documents local\desktop\1 Locomotive No. 558L\L16.doc | doc |
| 5363. | h_drive\documents local\desktop\1 Locomotive No. 558L\L20.doc | doc |
| 5364. | h_drive\documents local\desktop\1 Locomotive No. 558L\L21.doc | doc |
| 5365. | h_drive\documents local\desktop\1 Locomotive No. 558L\L23.doc | doc |
| 5366. | h_drive\documents local\NeCMSC\Management Services Contract\MANAGE3.doc | doc |
| 5367. | h_drive\documents local\negociation\Settlment agrement March 2004\Attachment G - Software Escrow Agmt.DOC | DOC |
| 5368. | h_drive\41-Amtrack NEC\yaw damper issue\Repair procedure.doc | doc |
| 5369. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\041-LSC-0018.doc | doc |
| 5370. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\041-LSC-0018.doc | doc |

500070547v1

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 5371. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L01.doc | doc |
| 5372. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L01.doc | doc |
| 5373. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L02.doc | doc |
| 5374. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L02.doc | doc |
| 5375. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L07.doc | doc |
| 5376. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L07.doc | doc |
| 5377. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L11.doc | doc |
| 5378. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L11.doc | doc |
| 5379. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L12.doc | doc |
| 5380. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L12.doc | doc |
| 5381. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L16.doc | doc |
| 5382. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L16.doc | doc |
| 5383. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L20.doc | doc |
| 5384. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L20.doc | doc |
| 5385. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L21.doc | doc |
| 5386. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L21.doc | doc |
| 5387. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L23.doc | doc |
| 5388. | g_drive\Documents and Settings\pmiclett\Desktop\Spec 558 Loco\1 Locomotive No. 558L\L23.doc | doc |
| 5389. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Monitoring Documents\Software Documentation\WMDS SFD Appendix B 2002-10-24.doc | doc |
| 5390. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Door Design\Vehicle Monitoring Documents\Software Documentation\WMDS SFD Appendix B 2002-10-24.doc | doc |
| 5391. | h_drive\My Documents\India\Storyboard Rev 0\SB Introduction & Familiarization Ver 00.00a internal.doc | doc |
| 5392. | h_drive\My Documents\India\Storyboard Rev 0\SB Introduction & Familiarization Ver 00.00a.doc | doc |
| 5393. | h_drive\Donn+¬es\Produits comp+¬tition\Talgo\Press releases\Talgo XXI060399.doc | doc |

500070547v1

|  | Table 3 – File/Pathname | File Type |
|---|---|---|
| 5394. | h_drive\Map Point\Data Rene\Berlin_tourist_info.doc | doc |
| 5395. | h_drive\Map Point\Data Rene\Berlin_tourist_info.doc | doc |
| 5396. | h_drive\Project Management\WBS_dictionnary_000104 Rev00 en.doc | doc |
| 5397. | h_drive\Project Management\WBS_dictionnary_000104 Rev00 en.doc | doc |
| 5398. | h_drive\PMI\PMIQUEST.DBT | DBT |
| 5399. | h_drive\PMI\PMIQUEST.DBT | DBT |
| 5400. | h_drive\PMI\PMIQUEST.DBF | DBF |
| 5401. | h_drive\ESD_R_Dumoulin\SWD Eng Meeting\Steering Committe Minutes\BES |  |

## Table 4: Non-Responsive Files (Not Acela-Related)

These files have been determined, based on their file/pathname, to be files that do not contain data relating to the Acela project. They will not be reviewed or produced.

|  | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5402. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01a_start up document\crash\Operas.zip>bf | zip>bf |
| 5403. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01a_start up document\crash\Operas.zip>83 | zip>83 |
| 5404. | h_drive\datamig\SB004272\Datamigration\bureau\LCC Gas Turbine\u969404.zip>6 | zip>6 |
| 5405. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LCC Gas Turbine\u969404.zip>6 | zip>6 |
| 5406. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>3f | zip>3f |
| 5407. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>3f | zip>3f |
| 5408. | h_drive\datamig\SB004272\Datamigration\bureau\LCC Gas Turbine\u969404.zip>3 | zip>3 |
| 5409. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LCC Gas Turbine\u969404.zip>3 | zip>3 |
| 5410. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>3 | zip>3 |
| 5411. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>3 | zip>3 |
| 5412. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>1a | zip>1a |
| 5413. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>1a | zip>1a |
| 5414. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>19 | zip>19 |
| 5415. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>19 | zip>19 |
| 5416. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>16 | zip>16 |

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5417. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>16 | zip>16 |
| 5418. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>12 | zip>12 |
| 5419. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3.zip>12 | zip>12 |
| 5420. | h_drive\datamig\SB004272\Datamigration\bureau\LCC Gas Turbine\u969404.zip>1 | zip>1 |
| 5421. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LCC Gas Turbine\u969404.zip>1 | zip>1 |
| 5422. | h_drive\datamig\SB004272\Datamigration\bureau\LCC Gas Turbine\NC_PANTO_Transtech.zip>0 | zip>0 |
| 5423. | h_drive\datamig\SB004272\Datamigration\bureau\LCC Gas Turbine\u969404.zip>0 | zip>0 |
| 5424. | h_drive\datamig\SB004272\Datamigration\bureau\VBLNW System spec 05.07 Final.zip>0 | zip>0 |
| 5425. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LCC Gas Turbine\NC_PANTO_Transtech.zip>0 | zip>0 |
| 5426. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LCC Gas Turbine\u969404.zip>0 | zip>0 |
| 5427. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\New Folder\Brakes_Wabco_LIRR_4_8_98.zip>0 | zip>0 |
| 5428. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\VBLNW System spec 05.07 Final.zip>0 | zip>0 |
| 5429. | g_drive\Documents and Settings\jbeauche\Desktop\M7 overdesign_JB.xls | xls |
| 5430. | g_drive\Documents and Settings\jdecresc\Local Settings\Temp\LISTADO GENERAL POR GRUPO DE MATERIALES.xls | xls |
| 5431. | g_drive\Documents and Settings\rdrolet\Desktop\Commented documents to be trashed\SE VAPOR R142 M7 4rebbecca.xls | xls |
| 5432. | g_drive\Documents and Settings\rdrolet\Desktop\Commented documents to be trashed\VAPOR Door - Work Order data M-7.xls | xls |
| 5433. | g_drive\Documents and Settings\rdrolet\Local Settings\Temp\notesB0A843\043_BRA_0129Revision3_App_A_Rel_Summ.xls | xls |
| 5434. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\MAJ_R142_MPR_May03RDrolet.xls | xls |
| 5435. | h_drive\datamig\SB004272\Datamigration\Bureau 21 juillet2003\Warranty Ext R142\HVAC's failures (Aug-Dec).xls | xls |
| 5436. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Bangkok\S183VehCDRL ABA.xls | xls |
| 5437. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Bangkok\S183VehCDRL ABBBA.xls | xls |
| 5438. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\PennDOT\PennDOTVehCDRL.xls | xls |
| 5439. | h_drive\datamig\SB004272\Datamigration\bureau\new FMECA Vancouver.xls | xls |
| 5440. | h_drive\datamig\SB004272\Datamigration\bureau\Temporaire\Vancouver MEL.xls | xls |
| 5441. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Demo Rev.1\Source\Table 418.xls | xls |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5442. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL 6 Jun 01.xls | xls |
| 5443. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL Rev3.xls | xls |
| 5444. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL.xls | xls |
| 5445. | h_drive\datamig\SB004272\USMT2I.UNC\C\Documents and Settings\rdrolet\Local Settings\Temp\CDRL_NJT_IMaster_rev1.xls | xls |
| 5446. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\MAJ_R142_MPR_May03RDrolet.xls | xls |
| 5447. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Warranty Ext R142\HVAC's failures (Aug-Dec).xls | xls |
| 5448. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\LIRR-RELIABILITY_PREDICTION.xls | xls |
| 5449. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Bangkok\S183VehCDRL ABA.xls | xls |
| 5450. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Bangkok\S183VehCDRL ABBBA.xls | xls |
| 5451. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\PennDOT\PennDOTVehCDRL.xls | xls |
| 5452. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\new FMECA Vancouver.xls | xls |
| 5453. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Temporaire\Vancouver MEL.xls | xls |
| 5454. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Demo Rev.1\Source\Table 418.xls | xls |
| 5455. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL 6 Jun 01.xls | xls |
| 5456. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL Rev3.xls | xls |
| 5457. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\Vancouver MEL.xls | xls |
| 5458. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Report Appendix\Appendix F\Torsional_FRF-2.xls | xls |
| 5459. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Results\Accelerometers\Torsional FRF\Torsional_FRF.xls | xls |
| 5460. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Results\Accelerometers\Torsional FRF\Torsional_FRF-2.xls | xls |
| 5461. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Modelling\BOG Modelling Plan with Required Dates.xls | xls |
| 5462. | h_drive\My Documents\251 Las Vegas\Issue - Hydraulic Steering\Logs\10403022005.xls | xls |
| 5463. | h_drive\My Documents\251 Las Vegas\Issue - Hydraulic Steering\Logs\Train 4 03-02-05.xls | xls |
| 5464. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\CALENDARS\LIRR calendar 2000.xls | xls |
| 5465. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DOC 3\doc.no.3 rev.bo.xls | xls |
| 5466. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\FAI\fai truck rev 17 jan.xls | xls |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5467. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\FAI\fai truck.xls | xls |
| 5468. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\FRACAS\_FRACAS Investigation Items - for review - 2004-03-10.xls | xls |
| 5469. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\FRACAS\_FRACAS Investigation Items - for review - 2004-06-09.xls | xls |
| 5470. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\FRACAS\_FRACAS Investigation Items - for review - 2004-06-16.xls | xls |
| 5471. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\MACHINING - AUBURN & SHUOT\AUBURN - MACHINING\M7 Truck Machining Opportunities for improvement 2004.09.08.xls | xls |
| 5472. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\MACHINING - AUBURN & SHUOT\AUBURN - MACHINING\Opportunities for improvement.xls | xls |
| 5473. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\MILESTONES\milestone_j_rev1.xls | xls |
| 5474. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\OPEN ITEMS LISTS\FRACAS Investigation Items - for review - 2004-06-02.xls | xls |
| 5475. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\OPEN ITEMS LISTS\IDL\M7 IDL Status_02282005.xls | xls |
| 5476. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\POIDS\Weight Savings Strategy 4fev00.xls | xls |
| 5477. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\POIDS\Weight Savings Strategy rev1 17fev00.xls | xls |
| 5478. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\Status_Points_Ouverts.xls | xls |
| 5479. | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\ACCIDENTS\DERAILMENT SARATOGA JULY 2004\MNR Derailment Inspection Report.xls | xls |
| 5480. | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\CDRL\Doc7_MNR_CDRL_List_Draft.xls | xls |
| 5481. | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\CDRL\Doc7_MNR_CDRL_List_Draft_SG_2002_09_20.xls | xls |
| 5482. | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\CORE TEAM MTGS\MTG 14 FEB 2003\Change Status.xls | xls |
| 5483. | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\DFC-DFM\prv202-037-2xx-038-2xx.xls | xls |
| 5484. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CDRL - LIVRABLES\CDRL_NJT_lMaster_rev1.xls | xls |
| 5485. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CDRL - LIVRABLES\Copy of CDRL_NJT_lMaster_20_11xls.xls | xls |
| 5486. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESIGN REVIEWS\IDR 2 - 15-16 SEP 2003\CompteRenduDesignReview2_15Sept.xls | xls |
| 5487. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Copie de CLIENT VIEW_CURRENT.xls | xls |
| 5488. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 1 avr.xls | xls |
| 5489. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 10 d+¬c.xls | xls |
| 5490. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 11 mar.xls | xls |
| 5491. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 15 oct.xls | xls |

| | | Table 4 – File/Pathname | File Type |
|---|---|---|---|
| | 5492. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 17 d+¬c.xls | xls |
| | 5493. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 22 oct.xls | xls |
| | 5494. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 26 nov.xls | xls |
| | 5495. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 28 sep.xls | xls |
| | 5496. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 29 oct.xls | xls |
| | 5497. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 3 d+¬c.xls | xls |
| | 5498. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 4 fev.xls | xls |
| | 5499. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 4 mar.xls | xls |
| | 5500. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 5 nov.xls | xls |
| | 5501. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 7 jan.xls | xls |
| | 5502. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 8 avr.xls | xls |
| | 5503. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\+ëMISSION NJT\Statistiques dessins +¬mis VS pyramide 8 oct.xls | xls |
| | 5504. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\FDR\Copie de FDR - ODI Rev7 ( in progress) .xls | xls |
| | 5505. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\GESTION ING+ëNIERIE\COMM - PROCESS MTG\053- RFC_RFA list - Rev 12dec2003.xls | xls |
| | 5506. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\GESTION ING+ëNIERIE\COMM - PROCESS MTG\053- RFC_RFA list - Rev5dec2003.xls | xls |
| | 5507. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\GESTION ING+ëNIERIE\COMM - PROCESS MTG\053- RFC_RFA list.xls | xls |
| | 5508. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\GESTION ING+ëNIERIE\COMM - PROCESS MTG\OutstandingConceptListRev6A.xls | xls |
| | 5509. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\INTERFACE BOGIE-CAISSE\Truck to Carbody Motions Rev1.xls | xls |
| | 5510. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\INTERFACE BOGIE-CAISSE\Truck to Carbody Motions Rev2.xls | xls |
| | 5511. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\INTERFACE BOGIE-CAISSE\Truck to Carbody Motions Rev4.xls | xls |
| | 5512. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\INTERFACE BOGIE-CAISSE\Truck to Carbody Motions.xls | xls |
| | 5513. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PCMP - DCP -DCN\ATTACHED DOC\PCN 82C_FRA class 1.xls | xls |
| | 5514. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PCMP - DCP -DCN\ATTACHED DOC\PCN 82C_FRA class 1_Rev.1.xls | xls |
| | 5515. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PCMP - DCP -DCN\ATTACHED DOC\PCN 82C_FRA class 1_Rev.3.xls | xls |

500070547v1

|  | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5516. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PCMP - DCP -DCN\SOLID DISK\053_PCP 0019_Solid disk instead of split disk_Rev.1.xls | xls |
| 5517. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\BTNJ-0593 OutstandingConceptListRev6F Attach 1.xls | xls |
| 5518. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev6.xls | xls |
| 5519. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev6A.xls | xls |
| 5520. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev6f Bo.xls | xls |
| 5521. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev6F.xls | xls |
| 5522. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev7.xls | xls |
| 5523. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\OutstandingConceptListRev8c.xls | xls |
| 5524. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\RFC-RFA\053- RFC_RFA list.xls | xls |
| 5525. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\RFC-RFA\RFC_160305.xls | xls |
| 5526. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\RISKS\risk041117.xls | xls |
| 5527. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\RISKS\ROP041209.xls | xls |
| 5528. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\8801_Dyn_interior_noise_qual.xls | xls |
| 5529. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\8801_Dyn_Static_Exterior_noise_qual.xls | xls |
| 5530. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\8801_Static_interior_noise_Vibration_qual.xls | xls |
| 5531. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\8905_Max_Speed_Qual_NJT_110mph.xls | xls |
| 5532. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\8915_Max_Speed_Eng_NJT_135MPH.xls | xls |
| 5533. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\XXXX_cab_noise_qual.xls | xls |
| 5534. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\XXXX_Horn_Qual_test.xls | xls |
| 5535. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\XXXX_Static_interior_noise_Vibration_Eng.xls | xls |
| 5536. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\XXXX_Truck_Load_Monitoring_Eng_test_NJT_VIA.xls | xls |
| 5537. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\XXXX_wheelset_instrumented_operating_speed_Qual_NJT.xls | xls |
| 5538. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\TESTS PUEBLO-VIA\Tests_Cards_Eng_Via_rail.xls | xls |
| 5539. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\NOISE & VIBRATIONS\MITIGATION PLAN\Outstanding Activities to Completion_040202.xls | xls |
| 5540. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\OPEN ITEMS\Outstanding Activities to Completion_040407.xls | xls |

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5541. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_0400605.xls | xls |
| 5542. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040318.xls | xls |
| 5543. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040322.xls | xls |
| 5544. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040422.xls | xls |
| 5545. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040427.xls | xls |
| 5546. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040511.xls | xls |
| 5547. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\Outstanding Activities to Completion_040616.xls | xls |
| 5548. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\SITE ACTIVITIES\RoadMapToRevenue_040630.xls | xls |
| 5549. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\TESTS FILE\ListeTests.xls | xls |
| 5550. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\TESTS FILE\LV Vehicles T&C Progress Map_20030617.xls | xls |
| 5551. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\TESTS FILE\STATUS\TAB 14.xls | xls |
| 5552. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\WARRANTY BOOK LAS VEGAS.xls | xls |
| 5553. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\RISKS AND OPPORTUNITIES\Action items Yong-In Grouping categories.xls | xls |
| 5554. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\TESTS\280-V00-TPP-030001 050217.xls | xls |
| 5555. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\TESTS\ENGINEERING\JFK Engineering Tests.xls | xls |
| 5556. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\TIMESHEETS - WBS\DRAFT 280-SWD-PDD-010302 Rev 3 Appendix A - Product Structure.xls | xls |
| 5557. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\KL Vehicle and System Action Item List D dated 11th Feb 2002.xls | xls |
| 5558. | h_drive\CONTRATS ACTIFS\417 - JFK\CORRESPONDANCE G+ëN+ëRALE\417_BOG_395.xls | xls |
| 5559. | h_drive\CONTRATS ACTIFS\417 - JFK\CORRESPONDANCE G+ëN+ëRALE\Copie de 417_Liste Documents sent to Kingston.xls | xls |
| 5560. | h_drive\CONTRATS ACTIFS\417 - JFK\OPEN ITEMS-TRUCK MODS\open item report PA copy.xls | xls |
| 5561. | h_drive\CONTRATS ACTIFS\417 - JFK\OPEN ITEMS-TRUCK MODS\open items report bombardier December 09 2003.xls | xls |
| 5562. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\JFK Qualification Test Schedule 1mai2002.xls | xls |
| 5563. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\JFK Qualification Test Schedule.xls | xls |
| 5564. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\Remaining Tests that Require Vehicle Loading.xls | xls |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5565. | h_drive\CONTRATS ACTIFS\417 - JFK\VENDORS\SUPPLIER STATUS\417_s_current_2000.02.11.xls | xls |
| 5566. | h_drive\CONTRATS ACTIFS\417 - JFK\VENDORS\SUPPLIER STATUS\417_supplier status 24aout99.xls | xls |
| 5567. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\OPEN ITEMS-TRUCK MODS\Open items clonreport.xls | xls |
| 5568. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\OPEN ITEMS-TRUCK MODS\RD_K01-2013C.xls | xls |
| 5569. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\VENDORS\VENDOR STATUS\418 Outstanding Supplier.xls | xls |
| 5570. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\VENDORS\VENDOR STATUS\418 SUPPLIER FOR REVIEW REPORT.xls | xls |
| 5571. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\VENDORS\VENDOR STATUS\BI-WEEKLY REPORT 418.xls | xls |
| 5572. | h_drive\SOUMISSIONS\MIAMI (S354)\QCE\QCE Matrix_r3 _11192004.xls | xls |
| 5573. | h_drive\SOUMISSIONS\MIAMI (S354)\QCE\QCE Matrix_r7 _01202005.xls | xls |
| 5574. | h_drive\my documents\MesDocuments\JetTrain Platform etc\Engine template model.XLS | XLS |
| 5575. | h_drive\my documents\MesDocuments\Miami Dade Overhaul\S354BBRisk Review 021805_fd.xls | xls |
| 5576. | h_drive\my documents\MesDocuments\NJT\Risks\Risks_NJTRev0_7fd.xls | xls |
| 5577. | h_drive\documents local\Conditional Acceptance Retainage Loco Latest update\L659 June 2004 sez.xls | xls |
| 5578. | h_drive\documents local\JFK O&M Follow-up\JFK O&M\MOR JFK Feb 05.xls Rev1.xls | xls |
| 5579. | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\bogie risk table rev 3.xls | xls |
| 5580. | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\045-ESD-001_App 6_Comparison tables Rev1.xls | xls |
| 5581. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01_Carbody_Definition\anchor rod bracket\Truck_load_calc01b.xls | xls |
| 5582. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01_Carbody_Definition\interface document\CDRL_NJT_IMaster_rev1.xls | xls |
| 5583. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01a_start up document\Fichier d'importation_PM_CDRL_NJT.xls | xls |
| 5584. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\053-PDR\Danielle morisette\REAL_njt.xls | xls |
| 5585. | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\14_Dfc\Sideframe Corrugation .xls | xls |
| 5586. | g_drive\Documents and Settings\rfloresb\My Documents\053RPS_SYSTEMS.xls | xls |
| 5587. | g_drive\Documents and Settings\rfloresb\My Documents\BLESSV3_1_BTNA_NJT_WABCOTD_FBRK_03.xls | xls |
| 5588. | g_drive\Documents and Settings\rfloresb\My Documents\BLESSV3_1_BTNA_NJT_WABCOTD_FBRK_03rfb.xls | xls |
| 5589. | g_drive\Documents and Settings\rfloresb\My Documents\RFBtestBLESSV3_1_BTNA_NJT_WABCOTD_02.xls | xls |
| 5590. | g_drive\Documents and Settings\cauger\Local Settings\Temp\MCM Base Input Model DMU Talent TStar Engine.xls | xls |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5591. | g_drive\Documents and Settings\cauger\Local Settings\Temp\MCM Base Input Model DMU Talent TStar Engine.xls | xls |
| 5592. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\0790 Miami Dade Statement of Compliance Axion technologies.xls | xls |
| 5593. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\0790 Miami Dade Statement of Compliance Axion technologies.xls | xls |
| 5594. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\notesFD28E5\DART_CDRL List Assumptions.xls | xls |
| 5595. | g_drive\Documents and Settings\jtellier\Local Settings\Temp\notesFD28E5\DART_CDRL List Assumptions.xls | xls |
| 5596. | h_drive\Benchmark\BTNA Info\WBS_NJT.xls | xls |
| 5597. | h_drive\Benchmark\BTNA Info\WBS_NJT.xls | xls |
| 5598. | h_drive\New Jersey\CDRL list NJT.xls | xls |
| 5599. | h_drive\New Jersey\CDRL list NJT.xls | xls |
| 5600. | h_drive\New Jersey\CDRL_ENG list NJT.xls | xls |
| 5601. | h_drive\New Jersey\CDRL_ENG list NJT.xls | xls |
| 5602. | h_drive\New Jersey\CDRL_ENG Syst sorted NJT.xls | xls |
| 5603. | h_drive\New Jersey\CDRL_ENG Syst sorted NJT.xls | xls |
| 5604. | h_drive\PATH\AE Supplier evaluation CCTV.xls | xls |
| 5605. | h_drive\PATH\AE Supplier evaluation CCTV.xls | xls |
| 5606. | h_drive\PATH\PATH requirements management rev p0.xls | xls |
| 5607. | h_drive\PATH\PATH requirements management rev p0.xls | xls |
| 5608. | h_drive\Project Management\S296_Div 32_Base order_BTPC_Integrated Engineering_Rev.01.xls | xls |
| 5609. | h_drive\Project Management\S296_Div 32_Base order_BTPC_Integrated Engineering_Rev.01.xls | xls |
| 5610. | h_drive\PATH\Req Pro\PATH PA5\TS-13 Communications.TS | TS |
| 5611. | h_drive\PATH\Req Pro\PATH PA5\TS-13 Communications.TS | TS |
| 5612. | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\077-ISB-195 Comments to MonoLIM.ppt | ppt |
| 5613. | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\DFSS MonoLIM Presentation - Rev 2 May 15.ppt | ppt |
| 5614. | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\MonoLIm Presentation - Rev 6 April16.ppt | ppt |
| 5615. | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\MonoLIM Presentation - Rev 7 April25.ppt | ppt |
| 5616. | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Reference documents\New test program.ppt | ppt |
| 5617. | h_drive\CTA\S359 CTA - Proposal Kick-off Mtg - March 2005 - rev2.ppt | ppt |
| 5618. | h_drive\CTA\S359 CTA - Proposal Kick-off Mtg - March 2005 - rev2.ppt | ppt |
| 5619. | g_drive\Documents and Settings\rdrolet\Desktop\PDF\053-BRA-0026 Rev2.pdf | pdf |
| 5620. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\27-oct-2001\R142_Status Report.PDF | PDF |
| 5621. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\Rapp Francois 15 oct-2001\TT_sorted by supplier.PDF | PDF |
| 5622. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\Rapp Francois 15 oct-2001\Vapor_TT.PDF | PDF |

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5623. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vapor TTs since August.pdf | pdf |
| 5624. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vendor_October2001\Far.pdf | pdf |
| 5625. | h_drive\datamig\SB004272\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vendor_October2001\FarSummary.pdf | pdf |
| 5626. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Demo Rev.1\418-TPP-8120 Rev1.pdf | pdf |
| 5627. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\27-oct-2001\R142_Status Report.PDF | PDF |
| 5628. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\Rapp Francois 15 oct-2001\TT_sorted by supplier.PDF | PDF |
| 5629. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\Rapp Francois 15 oct-2001\Vapor_TT.PDF | PDF |
| 5630. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vapor TTs since August.pdf | pdf |
| 5631. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vendor_October2001\Far.pdf | pdf |
| 5632. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\R142 Reliability Reports\Reports for vendors\Vendor_October2001\FarSummary.pdf | pdf |
| 5633. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Demo Rev.1\418-TPP-8120 Rev1.pdf | pdf |
| 5634. | g_drive\Documents and Settings\rfloresb\Desktop\053RPS_BRAKES.pdf | pdf |
| 5635. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\LIRR-MNRTechnical Specification\Technical Specification - Addendum 14.pdf | pdf |
| 5636. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\LIRR-MNRTechnical Specification\Technical Specification - Addendum 14.pdf | pdf |
| 5637. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\PATH Technical Specification Draft\Attachment C.1 PA-5 TS.pdf | pdf |
| 5638. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\PATH Technical Specification Draft\Attachment C.1 PA-5 TS.pdf | pdf |
| 5639. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\PATH Technical Specification Draft\Attachment C.2 PA-4 TS.pdf | pdf |
| 5640. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\PATH Technical Specification Draft\Attachment C.2 PA-4 TS.pdf | pdf |
| 5641. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 08 HVAC _AD3_ 12-4-3 .pdf | pdf |
| 5642. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 08 HVAC _AD3_ 12-4-3 .pdf | pdf |
| 5643. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 11 Trucks_AD3_ 12-4-3.pdf | pdf |
| 5644. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 11 Trucks_AD3_ 12-4-3.pdf | pdf |
| 5645. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 12 Brake _AD3_ 12-4-3.pdf | pdf |
| 5646. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 12 Brake _AD3_ 12-4-3.pdf | pdf |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5647. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 17 Testing _ AD3_ 12-4-3.pdf | pdf |
| 5648. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\SECT 17 Testing _ AD3_ 12-4-3.pdf | pdf |
| 5649. | g_drive\Documents and Settings\mperraul\Local Settings\Temp\notes32D713\417-TPR-8155 Truck Load rev0.pdf | pdf |
| 5650. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\JetStre@m TD {Dt4651.UK._E}(20040820.A).pdf | pdf |
| 5651. | g_drive\Documents and Settings\rmeuser\Local Settings\Temp\notes1E52F2\JetStre@m TD {Dt4651.UK._E}(20040820.A).pdf | pdf |
| 5652. | h_drive\Benchmark\BTNA Info\Technical Specification - LIRR M7.pdf | pdf |
| 5653. | h_drive\Benchmark\BTNA Info\Technical Specification - LIRR M7.pdf | pdf |
| 5654. | h_drive\CKS\280-V00-BRA-030001   R0  Veh Noise Cntl Pl.pdf | pdf |
| 5655. | h_drive\CKS\280-V00-BRA-030001   R0  Veh Noise Cntl Pl.pdf | pdf |
| 5656. | h_drive\CKS\280-V00-FDR-030901 R0 Vehicle Control System FDR.pdf | pdf |
| 5657. | h_drive\CKS\280-V00-FDR-030901 R0 Vehicle Control System FDR.pdf | pdf |
| 5658. | h_drive\CKS\280-V00-FDR-030902 R0 Health Management System FDR.pdf | pdf |
| 5659. | h_drive\CKS\280-V00-FDR-030902 R0 Health Management System FDR.pdf | pdf |
| 5660. | h_drive\CKS\280-Yong In SWD-BRA-010100 R1  Sys Design Description.pdf | pdf |
| 5661. | h_drive\CKS\280-Yong In SWD-BRA-010100 R1  Sys Design Description.pdf | pdf |
| 5662. | h_drive\CTA\Specification\6900-04_000_TECH_SPEC_CONSOL.pdf | pdf |
| 5663. | h_drive\CTA\Specification\6900-04_000_TECH_SPEC_CONSOL.pdf | pdf |
| 5664. | h_drive\CTA\Specification\6900-04_00000_INSTR_&_GEN_SPECS.pdf | pdf |
| 5665. | h_drive\CTA\Specification\6900-04_00000_INSTR_&_GEN_SPECS.pdf | pdf |
| 5666. | h_drive\Mexico - STC\DCS Truck Engineering.pdf | pdf |
| 5667. | h_drive\Mexico - STC\DCS Truck Engineering.pdf | pdf |
| 5668. | h_drive\PATH\5308_MDVR_Datasheet_04-04.pdf | pdf |
| 5669. | h_drive\PATH\5308_MDVR_Datasheet_04-04.pdf | pdf |
| 5670. | h_drive\PATH\Oerlikon\OTPR6715_Attachment1_1.pdf | pdf |
| 5671. | h_drive\PATH\Oerlikon\OTPR6715_Attachment1_1.pdf | pdf |
| 5672. | h_drive\PATH\PATH Railcar RFP Instructions and Contract Terms - with bookmarks and comments.pdf | pdf |
| 5673. | h_drive\PATH\PATH Railcar RFP Instructions and Contract Terms - with bookmarks and comments.pdf | pdf |
| 5674. | h_drive\PATH\Rail Vehicle Procurement Contract RFP_Conso.pdf | pdf |
| 5675. | h_drive\PATH\Rail Vehicle Procurement Contract RFP_Conso.pdf | pdf |
| 5676. | h_drive\PATH\S316 PATH Addendum 3_OCR.pdf | pdf |
| 5677. | h_drive\PATH\S316 PATH Addendum 3_OCR.pdf | pdf |
| 5678. | h_drive\PATH\Tech Spec for New PA-5 Cars Acquisition_Conso rev 2.pdf | pdf |
| 5679. | h_drive\PATH\Tech Spec for New PA-5 Cars Acquisition_Conso rev 2.pdf | pdf |
| 5680. | h_drive\PATH\Tech Spec for Overhauled PA-4 Cars_Conso.pdf | pdf |
| 5681. | h_drive\PATH\Tech Spec for Overhauled PA-4 Cars_Conso.pdf | pdf |
| 5682. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2034\S316 PATH Addendum 3_OCR.pdf | pdf |
| 5683. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 1 of 2\7_9_A PA-5\7_9_A_01 Scope of Spec PA-5\7_9_A_01 000-PRO-0024-ICD.pdf | pdf |

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5684. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 1 of 2\7_9_A PA-5\7_9_A_01 Scope of Spec PA-5\7_9_A_01 000-PRO-0024-ICD.pdf | pdf |
| 5685. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 2 of 2\7_9_A PA-4\7_9_A_01 Scope of Spec PA-4\7_9_A_01 000-PRO-0024-ICD.pdf | pdf |
| 5686. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 2 of 2\7_9_A PA-4\7_9_A_01 Scope of Spec PA-4\7_9_A_01 000-PRO-0024-ICD.pdf | pdf |
| 5687. | h_drive\Mexico - STC\WBS 2002_05_29.mpp | mpp |
| 5688. | h_drive\Mexico - STC\WBS 2002_05_29.mpp | mpp |
| 5689. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>c883 | mdb>c883 |
| 5690. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>c383 | mdb>c383 |
| 5691. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>bc82 | mdb>bc82 |
| 5692. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>a482 | mdb>a482 |
| 5693. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>9f82 | mdb>9f82 |
| 5694. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>9c02 | mdb>9c02 |
| 5695. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>84382 | mdb>84382 |
| 5696. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>7cc02 | mdb>7cc02 |
| 5697. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>7b502 | mdb>7b502 |
| 5698. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>78b82 | mdb>78b82 |
| 5699. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>6e03 | mdb>6e03 |
| 5700. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>6e02 | mdb>6e02 |
| 5701. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>65a02 | mdb>65a02 |
| 5702. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>4a982 | mdb>4a982 |
| 5703. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>49182 | mdb>49182 |
| 5704. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>48c82 | mdb>48c82 |
| 5705. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>45b02 | mdb>45b02 |
| 5706. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>3de83 | mdb>3de83 |

500070547v1