| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5707. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>3de82 | mdb>3de82 |
| 5708. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>3c783 | mdb>3c783 |
| 5709. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>3c782 | mdb>3c782 |
| 5710. | g_drive\Documents and Settings\rdrolet\Desktop\db1.mdb>39e03 | mdb>39e03 |
| 5711. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>39e02 | mdb>39e02 |
| 5712. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>3002 | mdb>3002 |
| 5713. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>2da02 | mdb>2da02 |
| 5714. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>2c82 | mdb>2c82 |
| 5715. | g_drive\Documents and Settings\rdrolet\Desktop\Vehicle October WO Validation Database Rev.1.mdb>26d02 | mdb>26d02 |
| 5716. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>25202 | mdb>25202 |
| 5717. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>24e82 | mdb>24e82 |
| 5718. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>23f82 | mdb>23f82 |
| 5719. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>23f02 | mdb>23f02 |
| 5720. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>20e02 | mdb>20e02 |
| 5721. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>1bc82 | mdb>1bc82 |
| 5722. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>19282 | mdb>19282 |
| 5723. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>17282 | mdb>17282 |
| 5724. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>16202 | mdb>16202 |
| 5725. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>15582 | mdb>15582 |
| 5726. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>14e02 | mdb>14e02 |
| 5727. | g_drive\Documents and Settings\rdrolet\Desktop\JFK Vehicle Workorder Validation DB XP RAMS.mdb>10102 | mdb>10102 |
| 5728. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\NOISE AND VIBRATIONS\WHEELS\M7_t-112-0002-1.dxf | dxf |
| 5729. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\S671 - BRA - 0001 - Yongin Config Summary - Rev 4.draft July 7 | draft July 7 |
| 5730. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\FDR\KIT R+ëPONSE SEPT2004\053-BOG-071 FDR Comments.doc>0 | doc>0 |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5731. | g_drive\Documents and Settings\rdrolet\Desktop\Commented documents to be trashed\PPB Section 3 Tab B18 template_rev1_RD.doc | doc |
| 5732. | g_drive\Documents and Settings\rdrolet\Desktop\S346 Project Summary Rev 6_7_rams.doc | doc |
| 5733. | g_drive\Documents and Settings\rdrolet\Local Settings\Temp\notesB0A843\CTA 6900-04 Inst to Prop and Gen Spec.doc | doc |
| 5734. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\CometII\Config Sum 207 rev A.doc | doc |
| 5735. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\Jax\Brake Depart test 095 draft.doc | doc |
| 5736. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\KCRC\Booz Allen FinalBWv695.doc | doc |
| 5737. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\KL\MinEqList.doc | doc |
| 5738. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\KL\WRO_7.DOC | DOC |
| 5739. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\M7 LIRR\H-System Design - Phase II\H.2.01 Phase II.doc | doc |
| 5740. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\M7 LIRR\H-System Design\H.2.01 P1.doc | doc |
| 5741. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\M7 LIRR\H-System Design\H.2.06 P1.doc | doc |
| 5742. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\M7 LIRR\QuestionsForMeetingEdited.doc | doc |
| 5743. | h_drive\datamig\SB004272\Datamigration\bureau\Mes Documents\PennDOT\Configuration Summary.doc | doc |
| 5744. | h_drive\datamig\SB004272\Datamigration\bureau\Scrap\K Pftec09b Technical Provisions Vehicle Section 9.doc | doc |
| 5745. | h_drive\datamig\SB004272\Datamigration\bureau\Temporaire\KL_Min_Equip_Rev_3.doc | doc |
| 5746. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Demo Rev.1\Source\418-TPP-8120 Text1.doc | doc |
| 5747. | h_drive\datamig\SB004272\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\KL_Min_Equip_Rev_3.doc | doc |
| 5748. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\Bureau 21 juillet2003\Bureau decembre 2002\FRACAS Belgique 5\Master Reliability Report.doc | doc |
| 5749. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\CometII\Config Sum 207 rev A.doc | doc |
| 5750. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\Jax\Brake Depart test 095 draft.doc | doc |
| 5751. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\KCRC\Booz Allen FinalBWv695.doc | doc |
| 5752. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\KL\MinEqList.doc | doc |
| 5753. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\KL\WRO_7.DOC | DOC |
| 5754. | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\M7 LIRR\H- System Design - Phase II\H.2.01 Phase II.doc | doc |

500070547v1

| | | Table 4 – File/Pathname | File Type |
|---|---|---|---|
| 5755. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\M7 LIRR\H-System Design\H.2.01 P1.doc | doc |
| 5756. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\M7 LIRR\H-System Design\H.2.06 P1.doc | doc |
| 5757. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\M7 LIRR\QuestionsForMeetingEdited.doc | doc |
| 5758. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Mes Documents\PennDOT\Configuration Summary.doc | doc |
| 5759. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Scrap\K Pftec09b Technical Provisions Vehicle Section 9.doc | doc |
| 5760. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Temporaire\KL _Min_Equip_Rev_3.doc | doc |
| 5761. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Demo Rev.1\Source\418-TPP-8120 Text1.doc | doc |
| 5762. | | h_drive\datamig\SB004272\USMT2I.UNC\D\Datamigration\bureau\Visite Vancouver\Minimum Equipment List\KL_Min_Equip_Rev_3.doc | doc |
| 5763. | | h_drive\My Documents\251 Las Vegas\Components\Motor\FAGA Report_Prop Improvemnents_Aug04_Prashant new.doc | doc |
| 5764. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\251-BRA-0182 Failure Mode Investigation Report\Appendixes\Appendix E .doc | doc |
| 5765. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\251-BRA-0182 Failure Mode Investigation Report\LV Vehicle Failure Mode Investigation Results as of 27Oct04.doc | doc |
| 5766. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\251-BRA-0182 Failure Mode Investigation Report\LV Vehicle Failure Mode Investigation Results as of 27Oct04MN.doc | doc |
| 5767. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Dyn Torsional Test Plan rev1.doc | doc |
| 5768. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Dyn Torsional Test Plan rev1a.doc | doc |
| 5769. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Dyn Torsional Test Plan rev2.doc | doc |
| 5770. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Dyn Torsional Test Plan rev3.doc | doc |
| 5771. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Dyn Torsional Test Plan rev4.doc | doc |
| 5772. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Dynamic Torsional Test\Test Logs\Testing_Log.doc | doc |
| 5773. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Drafts\251-TPR-8177 rev0 draft A Instrumented Drive ShaftTest Report.doc | doc |
| 5774. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Drafts\251-TPR-8177 rev0 draft B Instrumented Drive ShaftTest Report.doc | doc |
| 5775. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Drafts\251-TPR-8177 rev0 draft C Instrumented Drive ShaftTest Report.doc | doc |
| 5776. | | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Drafts\251-TPR-8177 rev0 draft D Instrumented Drive | doc |

162

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| | ShaftTest Report.doc | |
| 5777. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Drafts\251-TPR-8177 rev0 draft E Instrumented Drive ShaftTest Report.doc | doc |
| 5778. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Procedure & Report\Word files\251-TPR-8177 rev0 Instrumented Drive ShaftTest Report.doc | doc |
| 5779. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Instrumented Drive Shaft\Results\Accelerometers\Frequency response Function test results.doc | doc |
| 5780. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Modelling\MLV_DriveChainVibrationaAnalysis.doc | doc |
| 5781. | h_drive\My Documents\251 Las Vegas\Issue - Drive Shaft\Modelling\MLV_questions- Answered by PMOS.doc | doc |
| 5782. | h_drive\My Documents\251 Las Vegas\O007 SUD Rev7.doc | doc |
| 5783. | h_drive\My Documents\812 Hiawata\Levelling\5424-1-414-901-GB-revC.doc | doc |
| 5784. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ACCIDENTS\045-BOG-404.doc | doc |
| 5785. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ACCIDENTS\045-BOG-404_rev1.doc | doc |
| 5786. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ADR Documents\B061.doc | doc |
| 5787. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ADR Documents\CL ADR only 405 TRUCK rev1 15-10-99.doc | doc |
| 5788. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ADR Documents\MM B061_draft.doc | doc |
| 5789. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\AUDITS\AQ05-0009 PM_Eng Audit Report.doc | doc |
| 5790. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\AUDITS\QA\AQ05-0009 PM_Eng Audit Report.doc | doc |
| 5791. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\BARRE ANTI-ROULIS\HYDROGEN EMBRITLEMENT\E-Mail RFranzen 8sep2003.doc | doc |
| 5792. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\CORR LIRR\MINUTES OF MEETINGS\B061.doc | doc |
| 5793. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\CORR LIRR\MINUTES OF MEETINGS\MOC 384.doc | doc |
| 5794. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DOC SOUMISSION\LIRR M7 (S227)\Answers to MTA Questions.doc | doc |
| 5795. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DOC SOUMISSION\LIRR M7 (S227)\Section H - System Design 2dec98.doc | doc |
| 5796. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DOC SOUMISSION\Other Pre-NTP info\Answers to MTA Questions.doc | doc |
| 5797. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DOC SOUMISSION\Other Pre-NTP info\Section H - System Design 2dec98.doc | doc |
| 5798. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\DRAWINGS LIST & STATUS\BLD-0485revised.doc | doc |
| 5799. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\ENG MONTHLY REPORT\45_fev_01_rec.doc | doc |
| 5800. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\g LOADS - WHEEL SHELLING\WHEELS\R DEUCE\LIRR-3EGS100001-4811_608en(RogerDeuce).doc | doc |

163

500070547v1

| | | Table 4 – File/Pathname | File Type |
|---|---|---|---|
| 5801. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\INTERFACE CAISSE\CAR LEVELLING\LBS-2358FNL.doc | doc |
| 5802. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\OPEN ITEMS LISTS\Truck Hardware review report.doc | doc |
| 5803. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\PDR\MM B176_draft.doc | doc |
| 5804. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\TESTS PROGRAM\045 - TPP\045-Tpp-8607 rev1 (4000mi).doc | doc |
| 5805. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\TESTS PROGRAM\045 - TPP\CONSIST OPERATIONAL TESTING 4000 MILES.doc | doc |
| 5806. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\TESTS PROGRAM\TEST LAPOCATIERE\Car_4A_TPP3113.doc | doc |
| 5807. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\TESTS PROGRAM\TESTS PUEBLO\SPEED UPGRADE\044-TPP-5600rev0.2.doc | doc |
| 5808. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\TESTS PROGRAM\TESTS PUEBLO\TRUCK SWIVEL\045-TPP-5133 rev1.doc | doc |
| 5809. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\045_BTD_0210_D_rev32.doc | doc |
| 5810. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\045_BTD_0210_H_rev32.doc | doc |
| 5811. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\DEFECTS - MACHINING ANCHOR\045_BTD_0210_D_rev31.doc | doc |
| 5812. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\DEFECTS - MACHINING ANCHOR\045_BTD_0210_D_rev32.doc | doc |
| 5813. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\DEFECTS - MACHINING ANCHOR\045_BTD_0210_H_rev31.doc | doc |
| 5814. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\DEFECTS - MACHINING ANCHOR\045_BTD_0210_H_rev32.doc | doc |
| 5815. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\CASTINGS (EBM)\DEFECTS - MACHINING ANCHOR\045_BTD_0210_SUM_rev31.doc | doc |
| 5816. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\FUSE BOX\E-Mail BL-DGodbout 9oct2003.doc | doc |
| 5817. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\VENDORS TESTS & DATA\Manufacturer & Internal Contact rev1 add3 2000-06-23.DOC | DOC |
| 5818. | | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\CURRENT COLLECTOR\M099_062904DFT.doc | doc |
| 5819. | | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\DRAWINGS\MBD-0063FNL.doc | doc |
| 5820. | | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\MTGS WITH MNR\M099_FNL.doc | doc |
| 5821. | | h_drive\CONTRATS ACTIFS\045b - MNR M-7 (MP)\OPEN ITEMS\E-Mail OF to FTB 6mai2003.doc | doc |
| 5822. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\053_BOG_021.doc | doc |
| 5823. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\053_BOG_025.doc | doc |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5824. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\BTNJ-0194ATT.doc | doc |
| 5825. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\Att NJBT 1847 CO 3 Att 1 Contract CO 3 (Rev Dec 15'04doc.doc | doc |
| 5826. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\CO 3 Att 1 Contract CO 3.doc | doc |
| 5827. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\Contract CO 3.doc | doc |
| 5828. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\REV CO 3 Att 1 Contract CO 3 (Rev6 Oct 7 04).doc | doc |
| 5829. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\Revised_TP11.doc | doc |
| 5830. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\CO3 - SECTION11\WHEEL CLIMB\COTS-1003 Rev.6.doc | doc |
| 5831. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CAHIER DES CHARGES\MOC47 febprogrev (3inchesdip).doc | doc |
| 5832. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CORRESP. NJT\053-PMP-0006_ListeCodesujetNJT.doc | doc |
| 5833. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\CORRESP. NJT\MEETINGS\Draft MOC 070- Truck FDR.doc | doc |
| 5834. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\NJBT205 ATT_System file code listing.doc | doc |
| 5835. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\FDR\MOC 070- Truck FDR.doc | doc |
| 5836. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\MEETINGS WITH NJT\Day 2_ BOMBARDIER COMMENTS_minutes 01_15_03.doc | doc |
| 5837. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\NJTS245_Livrables.doc | doc |
| 5838. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PCMP - DCP -DCN\MM PCMP (EMichaud)\E-Mail EMichaud 29avril2003.doc | doc |
| 5839. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\053_PDR_0001.doc | doc |
| 5840. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\053_PDR_0001_Rev1.doc | doc |
| 5841. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\053-BOG-039.doc | doc |
| 5842. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\App_N_Truck_Traceabiltiy.DOC | DOC |
| 5843. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\PDR\MOC 070- Truck FDR.doc | doc |
| 5844. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\REQUIREMENT MGMT\Truck_Traceabiltiy.DOC | DOC |
| 5845. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\SUSPENSION PRIMAIRE\CONSULT FHONNIGER\translation.doc | doc |
| 5846. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\G+ëN+ëRAL - TPP\053-BTP-2276 - Truck Clearance from Top of Rail Test Procedure.doc | doc |
| 5847. | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\TESTS\WHEEL UNLOADING\053-BTP-3418 - Truck Equalization GÇô Wheel Unloading Qualification Test Procedure.doc | doc |
| 5848. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\LOAD WHEELS\PREMATURE WEAR\Resolver Signal Interface.doc | doc |
| 5849. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\MONTHLY REVIEW MTG\270-MGENS-0033.doc | doc |
| 5850. | h_drive\CONTRATS ACTIFS\251 - LAS VEGAS\TESTS FILE\Liste tests.doc | doc |

165

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5851. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\AUDIT\280-V00-PDR-030301 Truck PDR-Rev1.doc | doc |
| 5852. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\AUDIT\Design Review Minutes 2004-12-16.doc | doc |
| 5853. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\AUDIT\Design Review Minutes 2004-12-16-follow up ET r0.doc | doc |
| 5854. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\AUDIT\Design Review Minutes 2004-12-16-follow up ET.doc | doc |
| 5855. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\Book 2 Sec 5 Rolling Stock.doc | doc |
| 5856. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\KO applicable code vs BBD perf spec UPDATED BY VEHICLE ENG 03-04-14.doc | doc |
| 5857. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\S671-BRA-0004 Yong-In PS Rev 2.doc | doc |
| 5858. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\S671-BRA-0004 Yong-In PS Rev 3.doc | doc |
| 5859. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CONFIG SUM - PERF SPEC\Yong In System Design Description.doc | doc |
| 5860. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\CURRENT COLLECTOR\S671-BRA-0004 Yong-In PS Rev 3.doc | doc |
| 5861. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DIM\280-SWD-ICD-010114 Rev1.doc | doc |
| 5862. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DIM\S671-DIM-0014 R0 Rolling Stock DIM draft1.doc | doc |
| 5863. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DIM\S671-DIM-0014 R0 Rolling Stock DIM draft2.doc | doc |
| 5864. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DIM\S671-DIM-0014 R0 Rolling Stock DIM-wcomments.doc | doc |
| 5865. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DIM\S671-DIM-0014 R0 Rolling Stock DIM-wcomments-rev1.doc | doc |
| 5866. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\DYNAMIQUE\686-0417-BTD-0901-D Rev 12 Disc Brake-extract.doc | doc |
| 5867. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\KOREAN STANDARDS\280-SWD-BRA-010006 Korean Standards r1.jh.doc | doc |
| 5868. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\KOREAN STANDARDS\Regulations on the Safety Standard of Urban Railway Rolling Stock-comments from Truck Group.doc | doc |
| 5869. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\KOREAN STANDARDS\Test Standards - 23-11-04.doc | doc |
| 5870. | h_drive\CONTRATS ACTIFS\280 - YONG IN (S309)\PDR\280-V00-PDR-030301 Truck PDR.doc | doc |
| 5871. | h_drive\CONTRATS ACTIFS\2XX - BI-LEVELS\214 - SCRRA\EP100-CAB SCRRA June 19-2002rev5.doc | doc |
| 5872. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 09 (BRUNO OCT 2000)\DS5 25oct2000.doc | doc |
| 5873. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\PRESSAGE DE ROUES\KL Wheel Mounting Test Report DRAFT.doc | doc |

166

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5874. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\PRESSAGE DE ROUES\KL Wheel Mounting Test Report.doc | doc |
| 5875. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\PRESSAGE DE ROUES\Wheel-axle info for analysis.doc | doc |
| 5876. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\truck action items Nov13.doc | doc |
| 5877. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\truck action items Oct16th.doc | doc |
| 5878. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\truck action items Oct30th.doc | doc |
| 5879. | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\Truck Conference Call Minutes 12 Dec 2001.doc | doc |
| 5880. | h_drive\CONTRATS ACTIFS\414 (684) - KL\Diskette 18.1 MAC\Spec KL rev 4.doc | doc |
| 5881. | h_drive\CONTRATS ACTIFS\414 (684) - KL\Diskette 18.1 MAC\Spec TE rev A.doc | doc |
| 5882. | h_drive\CONTRATS ACTIFS\414 (684) - KL\PRESENTATION A VANCOUVER\Bcrtcm~1.DOC | DOC |
| 5883. | h_drive\CONTRATS ACTIFS\414 (684) - KL\WHEEL PRESSING\Wheel Press Procedures.doc | doc |
| 5884. | h_drive\CONTRATS ACTIFS\417 - JFK\ACCIDENTS\D+ëRAILLEMENT 09 SEP 2003\E-Mail ET-PTiman 12sep2003.doc | doc |
| 5885. | h_drive\CONTRATS ACTIFS\417 - JFK\ACCIDENTS\D+ëRAILLEMENT 09 SEP 2003\E-Mail PTiman 11sep2003.doc | doc |
| 5886. | h_drive\CONTRATS ACTIFS\417 - JFK\ACCIDENTS\D+ëRAILLEMENT 09 SEP 2003\E-Mail PTiman 12sep2003.doc | doc |
| 5887. | h_drive\CONTRATS ACTIFS\417 - JFK\ACCIDENTS\D+ëRAILLEMENT 09 SEP 2003\KIT PHOTOS\E-Mail PTiman 17sep2003.doc | doc |
| 5888. | h_drive\CONTRATS ACTIFS\417 - JFK\ACCIDENTS\D+ëRAILLEMENT 27 SEP 2002\AXLE SHOCK MEASUREMENT DEVICE\417-STR-046 Truck Load Monitoring.doc | doc |
| 5889. | h_drive\CONTRATS ACTIFS\417 - JFK\DOC PRESENTATION\TDM (1999-06-17 pour Denis Arvisais).doc | doc |
| 5890. | h_drive\CONTRATS ACTIFS\417 - JFK\INTERFACE ROUE-RAIL\WIDER WHEEL\IMPACT LOADS\ANALYSES STRUCTURALES\SC650001 - Renaissance Axle.Rev.0 CommentsBLue.doc | doc |
| 5891. | h_drive\CONTRATS ACTIFS\417 - JFK\INTERFACE ROUE-RAIL\WIDER WHEEL\IMPACT LOADS\ANALYSES STRUCTURALES\Wheelset GRS Draft 3 CommentsBLue.doc | doc |
| 5892. | h_drive\CONTRATS ACTIFS\417 - JFK\INTERFACE ROUE-RAIL\WIDER WHEEL\IMPACT LOADS\Equipment shock and vib design.doc | doc |
| 5893. | h_drive\CONTRATS ACTIFS\417 - JFK\INTERFACE ROUE-RAIL\WIDER WHEEL\IMPACT LOADS\MONITORING KIT\417-TPR-8155 Truck Load 2004 rev0.doc | doc |
| 5894. | h_drive\CONTRATS ACTIFS\417 - JFK\INTERFACE ROUE-RAIL\WIDER WHEEL\IMPACT LOADS\REPAIR-MOD\417-draft-mod-shot peening.doc | doc |
| 5895. | h_drive\CONTRATS ACTIFS\417 - JFK\JFK SOUMISSION\S182-B~6.DOC | DOC |
| 5896. | h_drive\CONTRATS ACTIFS\417 - JFK\PDR - FDR\686-0417-FDR-0201 rev1.doc | doc |
| 5897. | h_drive\CONTRATS ACTIFS\417 - JFK\PDR - FDR\Scope Des Rev with PA.doc | doc |

167

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5898. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\BALLASTED TESTING\3075 - JFK Ballasted Site Tests DRAFT.doc | doc |
| 5899. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\BALLASTED TESTING\3075 - JFK Ballasted Site Tests Rev1.doc | doc |
| 5900. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\BALLASTED TESTING\JFK Ballasted Site Tests Rev 1.doc | doc |
| 5901. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\TPP ATO MLeblanc.doc | doc |
| 5902. | h_drive\CONTRATS ACTIFS\417 - JFK\TESTS\TESTS +Ç JFK\TPP test conditions rev DA.doc | doc |
| 5903. | h_drive\CONTRATS ACTIFS\417 - JFK\VENDORS\SHOCK DATA\417-BOK-KB-0461 Shock & Vibe Envir.doc | doc |
| 5904. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\DONUT DEFLEX\E-Mail LScott 14mar2003.doc | doc |
| 5905. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\DONUT DEFLEX\E-Mail LScott 17mar2003.doc | doc |
| 5906. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\OPEN ITEMS-TRUCK MODS\MM 9 nov 2001.doc | doc |
| 5907. | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\TEST PROGRAM\LOAD MONITORING\418-TPR-8122 rev0_Truck Load Monitoring Test Millennium Line.doc | doc |
| 5908. | h_drive\SOUMISSIONS\CTA (S359)\RFP\S359-Tech Spec Summary revDraft0.doc | doc |
| 5909. | h_drive\SOUMISSIONS\MIAMI (S354)\ATOC\MDT ATOC Rev6 012705.doc | doc |
| 5910. | h_drive\SOUMISSIONS\MIAMI (S354)\PROPOSAL - NARRATIVES\MDT Sect 3 B11TRUCKS R1.doc | doc |
| 5911. | h_drive\SOUMISSIONS\MIAMI (S354)\PROPOSAL - NARRATIVES\MDT Sect 3 B11TRUCKS.doc | doc |
| 5912. | h_drive\SOUMISSIONS\MIAMI (S354)\PROPOSAL - NARRATIVES\MDT Sect 3_11 Truck R2.doc | doc |
| 5913. | h_drive\SOUMISSIONS\MIAMI (S354)\STRUCTURE\Miami-Dade_Rehabilitation-Hypothesis_of_Structural_Change-Carbody_and_Truck.doc | doc |
| 5914. | h_drive\SOUMISSIONS\RAV SNC (S838)\S838-BRA-0001 Rev 0 RAV Configuration Summary 050210.doc | doc |
| 5915. | h_drive\SOUMISSIONS\RAV SNC (S838)\S838-BRA-0001 Rev 1 DRAFT 2 RAV Configuration Summary 050301.doc | doc |
| 5916. | h_drive\SOUMISSIONS\RAV SNC (S838)\S838-BRA-0001 Rev 1 DRAFT 2 RAV Configuration Summary 050301-commentaires ET.doc | doc |
| 5917. | h_drive\my documents\MesDocuments\CTA 3500\CTA 2005\S359-Tech Spec Summary rev0.doc | doc |
| 5918. | h_drive\my documents\MesDocuments\Florida HST\Fluor C-2.E(BTNA)_012203revDHfd.doc | doc |
| 5919. | h_drive\my documents\MesDocuments\Florida HST\Fluor C-2.E(BTNA)_012203revDHfd_LK.doc | doc |
| 5920. | h_drive\my documents\MesDocuments\Florida HST\Fluor C-2.E(BTNA)_012403revDHfd_LK_fgs.doc | doc |
| 5921. | h_drive\my documents\MesDocuments\Florida HST\Fluor C-2.E(BTNA)_012703 tjb1_fd.doc | doc |

| | | Table 4 – File/Pathname | File Type |
|---|---|---|---|
| 5922. | | h_drive\my documents\MesDocuments\Florida HST\Sec_C-2.E (Latest)\Fluor C-2.E(BTNA)_012103.doc | doc |
| 5923. | | h_drive\my documents\MesDocuments\JetTrain Platform etc\VIAHighSpeedTrainsetsRFP_rev0.doc | doc |
| 5924. | | h_drive\my documents\MesDocuments\JetTrain Platform etc\VIAHighSpeedTrainsetsRFP_rev0_fd.doc | doc |
| 5925. | | h_drive\my documents\MesDocuments\Miami Dade Overhaul\7_10_1_1 Car Orders BART_15_09_cas.doc | doc |
| 5926. | | h_drive\my documents\MesDocuments\Miami Dade Overhaul\7_10_10_1 Perf History BART_18_09_cas.doc | doc |
| 5927. | | h_drive\my documents\MesDocuments\NJT\MPFDMB_6_2_8 Brake WABCO fd.doc | doc |
| 5928. | | h_drive\my documents\MesDocuments\NJT\proposal sections\1st proposal sections\ATMPFDMB_6_2_8 Brake KNOR fd.doc | doc |
| 5929. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\045-ESD-001_M7 Truck Configuration Case_DraftRev0.doc | doc |
| 5930. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\M7 Truck Configuration Case_DraftRev2.doc | doc |
| 5931. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\M7 Truck Configuration Case_DraftRev3.doc | doc |
| 5932. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\M7 Truck Configuration Case_DraftRev4.doc | doc |
| 5933. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Case documentation\M7 Truck Configuration Case_DraftRev7.doc | doc |
| 5934. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Rapports d'avancement BOG\045 - Weekly Report November 14 2002.doc | doc |
| 5935. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Rapports d'avancement BOG\November 2002.doc | doc |
| 5936. | | h_drive\ESD_R_Dumoulin\Projets\45 M-7\LD's\Specification\405 Truck Assemblies.doc | doc |
| 5937. | | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01b_Specification\TP01.doc | doc |
| 5938. | | g_drive\Documents and Settings\maraymon\Desktop\NJT-FDR\02 NEW JERSEY\01b_Specification\TP03_revue de spec.doc | doc |
| 5939. | | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\218-BRA-0016_Axle_Analysis rev MP.doc | doc |
| 5940. | | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\Guangzhou Truck issues 2003-10-17.doc | doc |
| 5941. | | h_drive\53-NJT Bi-Level\TP03_revue de spec.doc | doc |
| 5942. | | h_drive\My Documents\SMP400 temporary files\COMPLETE NJT SPEC copy.doc | doc |
| 5943. | | h_drive\LCC toolkit\JetTrain - IDGTESecondGasTurbineConferencePaper.doc | doc |
| 5944. | | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 067 ResponseLatest AD3.doc | doc |
| 5945. | | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 067 ResponseLatest AD3.doc | doc |
| 5946. | | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 132 Response .doc | doc |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5947. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 132 Response .doc | doc |
| 5948. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 133 Response.doc | doc |
| 5949. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 133 Response.doc | doc |
| 5950. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 136 Response .doc | doc |
| 5951. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 136 Response .doc | doc |
| 5952. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 140 Response AD3.doc | doc |
| 5953. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 140 Response AD3.doc | doc |
| 5954. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 155 Response  AD2.doc | doc |
| 5955. | g_drive\Documents and Settings\jtellier\Desktop\S335 SCRRA\Info-clarif 3\EP110 Info-Clarif 3\QR 155 Response  AD2.doc | doc |
| 5956. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0002 rev4 - Piu Requirement\045-BR~1.DOC | DOC |
| 5957. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0002 rev4 - Piu Requirement\045-BRA-0002-Rev4.doc | doc |
| 5958. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0002 rev4 - Piu Requirement\045-BRA-0002-Rev4.doc | doc |
| 5959. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0006 rev3 - Reliability Program Plan\045_BRA_0006Rev3.doc | doc |
| 5960. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0006 rev3 - Reliability Program Plan\045_BRA_0006Rev3.doc | doc |
| 5961. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0036 rev2 - Maintainability Program Plan\045-BRA-0036-Rev2.doc | doc |
| 5962. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0036 rev2 - Maintainability Program Plan\045-BRA-0036-Rev2.doc | doc |
| 5963. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0061 rev2 - Test Equip. Workmanship\045-BR~1.DOC | DOC |
| 5964. | g_drive\Documents and Settings\jtellier\My Documents\Door Data Package\Bombardier Technical Description (BTD)\Bombardier Requirement Analysis (BRA)\045-BRA-0061 rev2 - Test Equip. Workmanship\045-BR~1.DOC | DOC |

500070547v1

| | Table 4 – File/Pathname | File Type |
|---|---|---|
| 5965. | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\218-BRA-0016_Axle_Analysis rev MP.doc | doc |
| 5966. | g_drive\Documents and Settings\mperraul\Desktop\Temp Lotus Notes\Guangzhou Truck issues 2003-10-17.doc | doc |
| 5967. | g_drive\Documents and Settings\mperraul\Local Settings\Temp\notes32D713\GZ4_V3_S03_CH05_Bogies_Rev0.doc | doc |
| 5968. | h_drive\CTA\Costing Benchmark\S265-BRA-001 MBTA BL Rev6-7.doc | doc |
| 5969. | h_drive\CTA\Costing Benchmark\S265-BRA-001 MBTA BL Rev6-7.doc | doc |
| 5970. | h_drive\CTA\Costing Benchmark\S281-BRA-0001 CTA Rev 1.doc | doc |
| 5971. | h_drive\CTA\Costing Benchmark\S281-BRA-0001 CTA Rev 1.doc | doc |
| 5972. | h_drive\CTA\Costing Benchmark\S359-Tech Spec Summary rev0.doc | doc |
| 5973. | h_drive\CTA\Costing Benchmark\S359-Tech Spec Summary rev0.doc | doc |
| 5974. | h_drive\CTA\CTA 6900-04 tech Spec Consol WORD.doc | doc |
| 5975. | h_drive\CTA\CTA 6900-04 tech Spec Consol WORD.doc | doc |
| 5976. | h_drive\CTA\S359-TRD-02-DE-1001 Monitoring and Diagnostics rev0_draft.doc | doc |
| 5977. | h_drive\CTA\S359-TRD-02-DE-1001 Monitoring and Diagnostics rev0_draft.doc | doc |
| 5978. | h_drive\CTA\Tech Spec summary 14-15.doc | doc |
| 5979. | h_drive\CTA\Tech Spec summary 14-15.doc | doc |
| 5980. | h_drive\Mexico - STC\APP-0250 Manage TRD rev.draft 5 20021029.doc | doc |
| 5981. | h_drive\Mexico - STC\APP-0250 Manage TRD rev.draft 5 20021029.doc | doc |
| 5982. | h_drive\PATH\Monit TRD comments RM.doc | doc |
| 5983. | h_drive\PATH\Monit TRD comments RM.doc | doc |
| 5984. | h_drive\PATH\S316-TRD-02-DE-1001-Monitoring and Diagnostics Rev1.doc | doc |
| 5985. | h_drive\PATH\S316-TRD-02-DE-1001-Monitoring and Diagnostics Rev1.doc | doc |
| 5986. | h_drive\PATH\Tech Spec for New PA-5 Cars Acquisition_Conso rev 2.doc | doc |
| 5987. | h_drive\PATH\Tech Spec for New PA-5 Cars Acquisition_Conso rev 2.doc | doc |
| 5988. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2034\S316 PATH Addendum 3_OCR.doc | doc |
| 5989. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 2 of 3\7_10_1_1 Car Orders\7_10_1_1 Car Orders 5- BART.doc | doc |
| 5990. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 3 of 3\7_10_10_1\7_10_10_1 Perf History 4-BART.doc | doc |
| 5991. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Exp and Business Risk 3 of 3\7_10_10_1\7_10_10_1 Perf History 4-BART.doc | doc |
| 5992. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 1 of 2\7_9_1_4_B PA-5\7_9_1_4_B_09_2 APS_I-Power.doc | doc |
| 5993. | h_drive\RECYCLER\S-1-5-21-1644491937-2000478354-839522115-8988\Dd2036\Technical Proposal Part 1 of 2\7_9_1_4_B PA-5\7_9_1_4_B_09_2 APS_I-Power.doc | doc |
| 5994. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\Addendum No. 3 | 3 |
| 5995. | g_drive\Documents and Settings\jtellier\My Documents\Mail attachments\Addadum no 3\SCRRA IFB No110-04 Addendum No3\Addendum No. 3 | 3 |
| 5996. | h_drive\My Documents\812 Hiawata\812-FDR-0003 | |
| 5997. | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\RQ | |

500070547v1

| | | Table 4 – File/Pathname | File Type |
|---|---|---|---|
| 5998. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\RQ | |
| 5999. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\RQ | |
| 6000. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\RQ | |
| 6001. | | h_drive\CONTRATS ACTIFS\045 - LIRR M-7\RQ | |
| 6002. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 14 | |
| 6003. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 14 | |
| 6004. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 16 | |
| 6005. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 2 | |
| 6006. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 20 | |
| 6007. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 23 | |
| 6008. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 8 | |
| 6009. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Dec 8 | |
| 6010. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Jan 10 | |
| 6011. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Jan 19 | |
| 6012. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Nov 16 Rev1 | |
| 6013. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Nov 19 | |
| 6014. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\DESSINS - SPECIFS\DOC 13\Truck Doc 13 - Nov 25 | |
| 6015. | | h_drive\CONTRATS ACTIFS\053 - NJT Bi-Levels\FOURNISSEURS\TRANSED\Truck Doc 13 - Dec 20 | |
| 6016. | | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\KL KeyTechnical Issues_rev Apr 5 | |
| 6017. | | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\KL KeyTechnical Issues_rev Jun3 | |
| 6018. | | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\KL KeyTechnical Issues_rev Mar3 | |
| 6019. | | h_drive\CONTRATS ACTIFS\414 (684) - KL\ACTIVIT+ëS +á KL - 12 (2001-2002)\TRUCK ACTION ITEMS STATUS\KL KeyTechnical Issues_rev March 26 | |
| 6020. | | h_drive\CONTRATS ACTIFS\414 (684) - KL\BCRTCM~1 | |
| 6021. | | h_drive\CONTRATS ACTIFS\418 - VANCOUVER\OPEN ITEMS-TRUCK MODS\Truck Open Item Update - & Wheel Machining | |
| 6022. | | h_drive\ESD_R_Dumoulin\Design\Advanced Monorail\APM MonoLIM Presentation | |

500070547v1



Pillsbury
Winthrop
Shaw
Pittman ᴸᴸᴾ

WINSTON & STRAWN LLP

**Confidential Investigative
& Settlement Communication
Disclosure Restricted to
Head of Designated Federal Entity
Pursuant to 5 U.S.C. App. 3 §8G(d)**

February 10, 2006

By Facsimile

David Sadoff, Esq.
Associate Counsel
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E., Suite 3E400
Washington, DC

   Re: Amtrak OIG Subpoena to the Northeast Corridor
     Maintenance Services Company ("NeCMSC")

Dear Mr. Sadoff:

Enclosed are emails from Kroll Ontrack, Inc., which have been given document control
numbers KROLL-00001 through KROLL-00037. Please note that we have redacted
references to communications with NeCMSC's counsel.

Very truly yours,

Philip Le B. Douglas
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4029
(212) 858-1704

Timothy M. Broas
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-38176
(202) 282-5750

EXHIBIT
92
ALL-STATE LEGAL®

500070667.1

February 10, 2006
Page 2


Encl.
cc:  Christine Mennes (with enclosure)