| | |
|---|---|
| From: | Smith, Laura L. |
| Sent: | Tuesday, February 14, 2006 1:37 PM |
| To: | David Sadoff (sadoffd@amtrak.com) |
| Cc: | 'Parker, Franklin'; 'marc-andre.raymond@ca.transport.bombardier.com' |
| Subject: | NeCMSC Materials |
| Attachments: | Revised Draft Stipulation re NeCMSC Media Transfer.pdf; Chart of OIG Stillman Proposal.pdf; Index of 1517 results NeCMSC.pdf; Relevant NeCMSC Laptop User List.pdf |

Revised Draft Stipulation regarding NeCMSC Media:



Revised Draft Stipulation re N...

Chart of current & former NeCMSC personnel in roles selected by OIG.



Chart of OIG Stillman Proposal...

Index of file names of 1,517 hits from search of NeCMSC User Drives for selected personnel.



Index of 1517 results NeCMSC.p...

List of all known NeCMSC laptops for selected personnel.



Relevant NeCMSC Laptop User Li...

Laura L. Smith
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway, 21st floor
New York, NY 10036
Tel: (212) 858-1000
Fax: (917) 464-6564



EXHIBIT 93

WHEREAS, counsel for Respondents wish to ensure that (i) the integrity of the backup tapes and email drives is preserved and (ii) any attorney-client privilege, work product, trial preparation, or trade secret protections are preserved and not waived; and

WHEREAS, the OIG and counsel for Respondents have agreed that it is appropriate to set forth their understanding as to how this can be achieved;

IT IS HEREBY STIPULATED AND AGREED by and among counsel for Respondents and the OIG that:

1. This agreement concerns (i) three email drives that were in the NeCMSC email server at various times on May 30, 2005 (the "Email Drives"); (ii) all eight NeCMSC backup tapes that were previously reviewed and analyzed by eMag (the "Reformatted Tapes"); and (iii) the remaining eight NeCMSC backup tapes that were in the NeCMSC tape backup drive at various times on May 30, 2005, but which were not previously reviewed or analyzed by eMag (the "Overwritten Tapes"). (These Email Drives, Reformatted Tapes, and Overwritten Tapes shall be referred to as "NeCMSC Media".)

2. Once this agreement is fully executed, the OIG and/or its independent, third-party expert (the "OIG-Selected Expert") shall take temporary custody of the NeCMSC Media and shall take appropriate steps to record the chain of custody and to prevent any changes to or the loss of any information on the NeCMSC Media.

3. The goal of the OIG-Selected Expert's testing or analysis of the NeCMSC Media shall be solely (i) to determine whether any Microsoft Exchange email data is recoverable, in whole or in part; (ii) to determine the nature and extent of damage

to the Microsoft Exchange email data and/or the NeCMSC Media; and (iii) to determine, to the extent feasible, the cause of such damage.

4. With respect to the Overwritten Tapes, the OIG-Selected Expert shall not conduct any testing or analysis of the Overwritten Tapes except in the presence of eMag or another third-party expert selected by NeCMSC.

5. Any and all tests or analyses conducted on the NeCMSC Media shall be non-destructive of the original. It is contemplated that such tests or analyses will be made on a "virtual copy" of the original if feasible.

6. If the OIG-Selected Expert determines that any Microsoft Exchange email data is recoverable, in whole or in part, on the NeCMSC Media, Respondents' counsel shall be promptly notified and the data may not be reviewed by the OIG-Selected Expert, or disclosed to OIG or any other person. The NeCMSC Media and all copies thereof and any information derived therefrom shall be returned to Respondents' counsel for the data to be recovered and reviewed. Respondents will undertake to review and produce responsive, non-privileged material promptly.

7. When returning the original and all copies made of the NeCMSC Media, the OIG-Selected Expert may choose to place some or all of such copies (but not the original) in sealed envelopes (the "Sealed Copies"). With respect to any such Sealed Copies, Respondents shall take appropriate steps to record the chain of custody and to maintain the Sealed Copies under seal to prevent any changes to or the loss of any information.

8. The OIG-Selected Expert shall not undertake any actual recovery of such recoverable data, but shall only make the determinations set forth in paragraph 3,

above. It is contemplated, however, that the OIG-Selected Expert may be invited to assist Respondents' counsel in recovering such data by providing relevant information or suggesting particular tools.

9. The OIG shall not review any data that may be contained on or recoverable from the NeCMSC Media, but shall only review data that has been formally produced by Respondents.

10. Once the OIG has selected a proposed expert, the OIG shall provide such expert with a copy of this agreement, and shall require the expert to agree to be bound by the terms of this agreement (using a form substantially similar to Annex A). The OIG shall provide Respondents with (i) a copy of the form signed by the expert and (ii) reasonable notice and an opportunity to object to the expert, prior to the transfer of the NeCMSC Media to such expert. It is contemplated that no objection will be raised to a reputable, independent firm or government agency, and the parties hereto will cooperate in good faith regarding any such objections.

11. By entering into this agreement, neither the OIG nor the Respondents waive any position, argument or objection they may have relating to the OIG's investigation or Subpoenas, or the Respondents' compliance or cooperation therewith.

12. The OIG will not contend that NeCMSC's voluntary delivery to OIG of the NeCMSC Media for the limited purposes authorized herein constitutes a waiver of any applicable privilege or objection to the production of the NeCMSC Media and any information contained therein.

13. In entering into this agreement, the Respondents do not waive their right to object to the admissibility of any results of the OIG-Selected Expert's analysis.

| | |
|---|---|
| Dated: Washington, D.C.<br>February ___, 2006 | OFFICE OF INSPECTOR GENERAL,<br>NATIONAL RAILROAD PASSENGER CORP.<br><br>_____<br>By:<br>Title:<br>10 G Street N.E., Suite 3E-400<br>Washington, D.C. 20002 |
| Dated: Washington, D.C.<br>February ___, 2006 | WINSTON & STRAWN LLP<br><br>_____<br>By: Franklin Parker, Esq.<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>*Counsel for Alstom and*<br>*Alstom's interest in NeCMSC* |
| Dated: New York, New York<br>February ___, 2006 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>_____<br>By: Laura L. Smith, Esq.<br>1540 Broadway<br>New York, NY 10036-4039<br>*Counsel for Bombardier and*<br>*Bombardier's interest in NeCMSC* |

Annex A

### DECLARATION AND ACKNOWLEDGMENT CONCERNING AGREEMENT REGARDING TRANSFER AND ANALYSIS OF BACKUP TAPES AND EMAIL DRIVES

I _____, have received and carefully read a copy of the annexed Agreement Regarding Transfer and Analysis of Backup Tapes and Email Drives (the "Agreement") and I understand the provisions of the Agreement. I have had the opportunity to consult with counsel, if desired.

I understand that this Agreement is intended to protect both (i) the integrity of any data that may be on these media and (ii) any privileges that may pertain to any such data.

I agree to be bound by the provisions of this Agreement, and I agree not to transfer custody of these backup tapes and email drives, or any copies thereof, or any information that may be derived therefrom, to anyone who has not similarly agreed to be bound by this Agreement.

Signature: _____

Date: _____

This agreement should be faxed to:   David Sadoff, Esq.    202-906-4695
                                      Franklin Parker, Esq. 202-371-5950
                                      Laura Smith, Esq.     917-464-6564

Confidential Investigative
& Settlement Communication
Disclosure Restricted to
Head of Designated Federal Entity
Pursuant to 5 U.S.C. App. 3 §8G(d)

## RESPONSE TO OIG'S PROPOSAL FOR NeCMSC "STILLMANS"

Please note the information in this chart is believed to be current as of February 14, 2006, but is still subject to verification and investigation.

"α" indicates that NeCMSC has certain electronic files for a *former* employee, but these files do not include Lotus Notes files.
"β" indicates that NeCMSC's electronic files for a *current or former* employee include some Lotus Notes files.
There are no PST files on NeCMSC's user drives for the persons listed under "Persons to Be Searched." Accordingly, to the extent that such files exist, we expect to find them on NeCMSC's email server.

| Area | Job Function | Persons to Be Searched | | | Proposed Exclusions |
|---|---|---|---|---|---|
| | | **Current Non-Amtrak Employees** | **Amtrak Transferees** (to the extent NeCMSC still "owns" their data) | **Former Employees** (to the extent that NeCMSC still has their information) | |
| Maintenance Engineering | Quality Assurance | QA Supervisor<br>Tom Koss<br><br>QA Techs<br>Ray Witcher | QA Techs<br>Jackie Newcomb[β] | QA Supervisor[α]<br>Don Grimley<br>Bruce Hoffman<br>Danny Hanson<br>Javier Roseles<br><br>QA Techs<br>Washington:<br>Gary Louis Charles<br>Anthony Jackson<br>D. Stillman[α]<br><br>New York<br>Ruth Zelaya<br><br>Boston<br>Brian Antemann | Current Non-Amtrak:<br>≻Tiffany Spencer (QA delete her job function, that all forms are included in packages)<br>≻Pedro Guevara (QA to check that his job function, that the business is complete, and the data in inspection report) |

Chart of OIG Stillman Proposal (2).DOC

| Area | Job Function | Persons to Be Searched | | | Proposed Exclusions |
|---|---|---|---|---|---|
| | | Current Non-Amtrak Employees | Amtrak Transferees (to the extent NeCMSC still "owns" their data) | Former Employees (to the extent that NeCMSC still has their information) | |
| | Troubleshooting<br><br>Should be entirely excluded. | N/A | N/A | N/A | All:<br>Reason for exclusion: There is no "troubleshooting" of a defective disc. Because it is a simple item (no complicated moving parts, no electronics or software), there is nothing to "troubleshoot." Because it is a safety-critical item, it is removed and replaced if defective.<br>Current Non-Amtrak:<br>> Jeff Cook<br>> James Thrun<br>> Greg Barry<br>Amtrak Transferees:<br>> Ousmane Djou<br>> Mond Lockman<br>> C. Mader<br>> Jerry Stowell<br>> Bab Marin |
| | Reliability<br><br>Should be generally excluded (except for Wade Clark). | Wade Clark[1] | N/A | N/A | All, except Wade Clark:<br>Reason for exclusion: These employees are not mechanical engineers and lack the expertise to deal with reliability of brake discs. Wade Clark is sole exception because he serves as Interim Engineering Manager to cover Leopoldo Maestu and Norbert Behov.<br>Current Non-Amtrak:<br>> O. Crobanu<br>> O. Pilmer<br>> Y. Kuroschepov |

| Area | Job Function | Persons to Be Searched ||| Proposed Exclusions |
|------|--------------|---|---|---|---|
| | | Current Non-Amtrak Employees | Amtrak Transferees (to the extent NeCMSC still "owns" their data) | Former Employees (to the extent that NeCMSC still has their information) | |
| | Operation Interface<br><br>Should be entirely excluded. | N/A | N/A | N/A | ALL<br>Current Non-Amtrak:<br>➤ D. Renfroe<br>➤ R. Bivins<br>Reason for exclusion: These personnel are administrative staff, responsible for scheduling of day-to-day activities regarding the trains. They coordinate schedules between operations and engineering, as needed. Mr. Bivins also manages certain data – this is a purely clerical role. |
| | Preventive Maintenance | Brian Meadwell (overhaul)<br>Darrell Lewtas (overhaul)<br>Jim Simmons (overhaul)<br>Michel Ion[β]<br>Sylvian Pages (W&S) | Paul Fries<br>Cecil Lilly[β] | No predecessors. | |
| | Center of Expertise | N/A | SP Bumra (wheels – interface with ORX)[β1] | Allen Mahler<br>Axel Hernoe | Current Non-Amtrak:<br>➤ Roussel (propulsion)<br>➤ Don Marley (tilting)<br>➤ BTE folks (they don't have information re magnetic particle inspection or dye penetrant inspection)<br>Amtrak Transferees:<br>➤ Don Smith (tilting) |

[1] SP Bumra's paper documents were produced as NEC0582108 to NEC0582279.

3

Chart of OIG Stillman Proposal (2).DOC

| Area | Job Function | Persons to Be Searched ||| Proposed Exclusions |
| --- | --- | --- | --- | --- | --- |
| | | Current Non-Amtrak Employees | Amtrak Transferees (to the extent NeCMSC still "owns" their data) | Former Employees (to the extent that NeCMSC still has their information) | |
| Management | | Pierre Hebert[2] Greg Topf (W&S)[3] Norbert Behety (W&S) | N/A | **General Manager** Ian Flynn B. Simpson J. Reinknecht Denis Ramm Ed Kochis (W&S)[β] **Engineering Manager** Leopoldo Maetsu[α] (on CD) | |
| Materials Management | Defective Parts Handler | Leon Etherly[β] | N/A | E. Carrtailler[α] (on CD) | |
| | Others | **Materials Manager** Jim Chichka[4] Marvin Ragsdale[β] | N/A | **Materials Manager** P. Natarajan Philip Mawi[α] Rafale Ortega | |
| Operations | Director of Operations | Brian Simpson | N/A | No predecessors. | |
| | District Managers | Jim McMullen (MA)[β] | Vincent Dellipaoli (NY) Jeff Mead (DC)[β] | **Washington** W. Stewart **New York** Jim Brown[β] Kevin Selridge Jose Tejera **Boston** Len Elwin[α] Scott Krieger | |

---

[2] Pierre Hebert's paper documents were produced as NEC0581672 to NEC0582107.
[3] Greg Topf's paper documents were produced as NEC0544438 to NEC0544921.
[4] Jim Chichka's paper documents were produced as NEC0563262 to NEC0563613.

4

| Area | Job Function | Persons to Be Searched ||| Proposed Exclusions |
|---|---|---|---|---|---|
| | | Current Non-Amtrak Employees | Amtrak Transferees (to the extent NeCMSC still "owns" their data) | Former Employees (to the extent that NeCMSC still has their information) | |
| | S&I Supervisors[5] | Gary Gutierrez<br>Scott Helmuth<br>Felix Montero<br>Larry Sidor[β]<br>Kasseem Skinner[β]<br>Brian Young[β]<br>Manuel Zink | Johnny Agbematu<br>Jeff Anderson<br>Jeff Cason<br>Wayne Comfort<br>Mike Doyle[β]<br>Gary Gannon[β]<br>Robert Glidden<br>Ganesh Jagmohan[β]<br>Larry Lathum, Jr.[β]<br>Bill Vullo[β] | Amor Apun<br>David Christner<br>David Loue<br>Emery Cody, Jr.<br>Fernando Ferreras[α]<br>Jamel Vera[β]<br>Jason Chambers<br>Jody Richardson<br>John Rossman<br>Kenneth Abate<br>Kenneth Aubuchon<br>Linda Greene<br>Marc Graver<br>Marvin Brown[β]<br>Michael Amoroso<br>Michael Smith<br>Patrick Manz[β]<br>Paul Quirk<br>Philip Parenti<br>Quintin Hardy<br>Rafael Landrau[α]<br>Ralph Jean[β]<br>Reginald Slater<br>Richard Amorin<br>Stan Senk[α]<br>Thomas Bernarding[β]<br>Thomas Rutkowski<br>Wayne Bobzin[α]<br>William Brown[α] | |

[5] The S&I Inspectors' paper documents were produced as NEC0582280 to NEC0582713.

5

**Confidential Investigative
& Settlement Communication
Disclosure Restricted to
Head of Designated Federal Entity
<u>Pursuant to 5 U.S.C. App. 3 §8G(d)</u>**

Breakdown of 1,517 NeCMSC User Drive Non-Emails
<u>Resulting from "Electronic Search 1" (aka Sadoff 8)</u>

*Please note*: Information is believed to be current as of February 14, 2006 and is subject to review and change as additional or better information becomes available.

### Table 1: Potentially Responsive Files

These files will be reviewed to determine (i) whether they are responsive and (ii) whether they are privileged. Responsive, non-privileged files will be produced, organized by custodian, in alphabetical order by file/pathname.

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 1. | Users\Copy of DGrimley\NECMSC000008--Fra clay april 7.doc | doc |
| 2. | Users\Copy of DGrimley\NECMSC000009--Fra whalen april 10.doc | doc |
| 3. | Users\DGrimley\NECMSC000016--Fra clay april 7.doc | doc |
| 4. | Users\DGrimley\NECMSC000017--Fra whalen april 10.doc | doc |
| 5. | Users\DStillma\NECMSC000024--Brake Disc Crack Analysis.doc | doc |
| 6. | Users\DStillma\NECMSC000025--Brake Disc Tracking.xls | xls |
| 7. | Users\DStillma\NECMSC000026--Wheel-Brake Meeting in DC Feb 27 04.doc | doc |
| 8. | Users\DStillma\NECMSC000027--Wheelset changeout Revised 8-04.doc | doc |
| 9. | Users\DStillma\Doc. Cont\NECMSC000028--991560-00R-B.pdf | pdf |
| 10. | Users\DStillma\QA Notifications\NECMSC000046--Quality Assurance Notification 013004.doc | doc |
| 11. | Users\DStillma\TS Audits\NECMSC000053--TS 01 Pre-maint 7-21-03.doc | doc |
| 12. | Users\DStillma\TS Audits\NECMSC000054--TS 03 Pre-Maint 11-7-03.doc | doc |
| 13. | Users\DStillma\TS Audits\NECMSC000055--TS 04 Pre-Maint 9-15-03.doc | doc |
| 14. | Users\DStillma\TS Audits\NECMSC000056--TS 05 Pre maint 10-20-03.doc | doc |
| 15. | Users\DStillma\TS Audits\NECMSC000057--TS 06 Pre-Maint 10-06-03.doc | doc |
| 16. | Users\DStillma\TS Audits\NECMSC000058--TS 07 Pre-maint 8-25-03.doc | doc |
| 17. | Users\DStillma\TS Audits\NECMSC000059--ts 08 Pre-maint 04-28-03.doc | doc |
| 18. | Users\DStillma\TS Audits\NECMSC000060--TS 08 Pre-maint 7-24-03.doc | doc |
| 19. | Users\DStillma\TS Audits\NECMSC000061--TS 10 Pre-Maint 12-23-03.doc | doc |
| 20. | Users\DStillma\TS Audits\NECMSC000062--TS 10 Pre-Maint 9-22-03.doc | doc |
| 21. | Users\DStillma\TS Audits\NECMSC000063--TS 11 Pre-Maint 11-04-03.doc | doc |
| 22. | Users\DStillma\TS Audits\NECMSC000064--TS 12 Pre-Maint 11-17-03.doc | doc |
| 23. | Users\DStillma\TS Audits\NECMSC000065--TS 14 Pre-maint 08-11-03.doc | doc |
| 24. | Users\DStillma\TS Audits\NECMSC000066--TS 15 Pre-maint 10-14-03.doc | doc |
| 25. | Users\DStillma\TS Audits\NECMSC000067--TS 17 Pre-Maint 09-08-03.doc | doc |
| 26. | Users\DStillma\TS Audits\NECMSC000068--TS 17 Pre-Maint 12-17-03.doc | doc |
| 27. | Users\DStillma\TS Audits\NECMSC000069--TS 19 Pre-Maint 10-29-03.doc | doc |
| 28. | Users\DStillma\TS Audits\NECMSC000070--TS 6 pre Maint.doc | doc |
| 29. | Users\DStillma\TS Audits\NECMSC000071--TS08 Pre Maint 10-23-03.doc | doc |

|     | Table 1 – File/Pathname | File Type |
| --- | --- | --- |
| 30. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000072--TS 01 Pre-Maint 02-05-04.doc | doc |
| 31. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000073--TS 01 Pre-Maint 11-17-04.doc | doc |
| 32. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000074--TS 02 Pre-Maint 03-30-04.doc | doc |
| 33. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000075--TS 02 Pre-Maint 06-29-04.doc | doc |
| 34. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000076--TS 04 Pre-Maint 07-07-04.doc | doc |
| 35. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000077--TS 05 Pre-Maint 08-10-04.doc | doc |
| 36. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000078--TS 06 Pre-Maint 04-05-04.doc | doc |
| 37. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000079--TS 08 Pre-Maint 04-26-04.doc | doc |
| 38. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000080--TS 08 Pre-Maint 11-02-04.doc | doc |
| 39. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000081--TS 09 Pre-Maint 02-18-04.doc | doc |
| 40. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000082--TS 12 Pre-Maint 06-02-04.doc | doc |
| 41. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000083--TS 13 Pre-Maint 06-08-04.doc | doc |
| 42. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000084--TS 14 Pre-Maint 02-10-04.doc | doc |
| 43. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000085--TS 15 Pre-Maint 07-20-04.doc | doc |
| 44. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000086--TS 18 Pre-Maint 10-11-04.doc | doc |
| 45. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000087--TS 19 Pre-Maint 01-26-04.doc | doc |
| 46. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000088--TS 20 Pre-Maint 04-19-04.doc | doc |
| 47. | Users\DStillma\TS Audits\TS Audits 04\NECMSC000089--TS 20 Pre-Maint 07-27-04.doc | doc |
| 48. | Users\DStillma\TS Audits\TS Audits 05\NECMSC000090--TS 10 Pre-Maint 3-29-05.doc | doc |
| 49. | Users\DStillma\TS Audits\TS Audits 05\NECMSC000091--TS 11 Pre-Maint 2-02-05.doc | doc |
| 50. | Users\DStillma\TS Audits\TS Audits 05\NECMSC000092--TS 17 Pre-Maint 1-10-05.doc | doc |
| 51. | Users\DStillma\Wheelset Status\NECMSC000236--Wheelset Status 01-03.doc | doc |
| 52. | Users\DStillma\Wheelset Status\NECMSC000237--Wheelset Status 01-10.doc | doc |
| 53. | Users\DStillma\Wheelset Status\NECMSC000238--Wheelset Status 01-25-05.doc | doc |
| 54. | Users\DStillma\Wheelset Status\NECMSC000239--Wheelset Status 02-01-05.doc | doc |
| 55. | Users\DStillma\Wheelset Status\NECMSC000240--Wheelset Status 02-07-05.doc | doc |
| 56. | Users\DStillma\Wheelset Status\NECMSC000241--Wheelset Status 02-08-05.doc | doc |
| 57. | Users\DStillma\Wheelset Status\NECMSC000242--Wheelset Status 02-09-05.doc | doc |
| 58. | Users\DStillma\Wheelset Status\NECMSC000243--Wheelset Status 02-22-05.doc | doc |
| 59. | Users\DStillma\Wheelset Status\NECMSC000244--Wheelset Status 03-04-05.doc | doc |
| 60. | Users\DStillma\Wheelset Status\NECMSC000245--Wheelset Status 03-07-05.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 61. | Users\DStillma\Wheelset Status\NECMSC000246--Wheelset Status 03-18-05.doc | doc |
| 62. | Users\DStillma\Wheelset Status\NECMSC000247--Wheelset Status 03-21-05.doc | doc |
| 63. | Users\DStillma\Wheelset Status\NECMSC000248--Wheelset Status 03-30-05.doc | doc |
| 64. | Users\DStillma\Wheelset Status\NECMSC000249--Wheelset Status 10-04.doc | doc |
| 65. | Users\DStillma\Wheelset Status\NECMSC000250--Wheelset Status 10-11.doc | doc |
| 66. | Users\DStillma\Wheelset Status\NECMSC000251--Wheelset Status 10-18.doc | doc |
| 67. | Users\DStillma\Wheelset Status\NECMSC000252--Wheelset Status 10-26.doc | doc |
| 68. | Users\DStillma\Wheelset Status\NECMSC000253--Wheelset Status 11-01.doc | doc |
| 69. | Users\DStillma\Wheelset Status\NECMSC000254--Wheelset Status 11-04.doc | doc |
| 70. | Users\DStillma\Wheelset Status\NECMSC000255--Wheelset Status 11-22.doc | doc |
| 71. | Users\DStillma\Wheelset Status\NECMSC000256--Wheelset Status 11-24.doc | doc |
| 72. | Users\DStillma\Wheelset Status\NECMSC000257--Wheelset Status 12-10.doc | doc |
| 73. | Users\DStillma\Wheelset Status\NECMSC000258--Wheelset Status 12-13.doc | doc |
| 74. | Users\DStillma\Wheelset Status\NECMSC000259--Wheelset Status 12-28.doc | doc |
| 75. | Users\DStillma\Wheelset Status\NECMSC000260--Wheelset Status 8-19.doc | doc |
| 76. | Users\DStillma\Wheelset Status\NECMSC000261--Wheelset Status 8-23.doc | doc |
| 77. | Users\DStillma\Wheelset Status\NECMSC000262--Wheelset Status 8-30.doc | doc |
| 78. | Users\DStillma\Wheelset Status\NECMSC000263--Wheelset Status 8-9.doc | doc |
| 79. | Users\DStillma\Wheelset Status\NECMSC000264--Wheelset Status 9-07.doc | doc |
| 80. | Users\DStillma\Wheelset Status\NECMSC000265--Wheelset Status 9-15.doc | doc |
| 81. | Users\DStillma\Wheelset Status\NECMSC000266--Wheelset Status 9-20.doc | doc |
| 82. | Users\EKochis\NECMSC000267--1st Qtr 2004 Penalties.XLS | XLS |
| 83. | Users\EKochis\NECMSC000270--Executive Summary May 16, 2003.xls | xls |
| 84. | Users\EKochis\NECMSC000271--Inventory Draft 1.xls | xls |
| 85. | Users\EKochis\NECMSC000272--Knorr EK RR.DOC | DOC |
| 86. | Users\EKochis\NECMSC000273--Korn Report.xls | xls |
| 87. | Users\EKochis\NECMSC000274--Mediation Road MAP June 16 2003 UPDATE.xls | xls |
| 88. | Users\EKochis\NECMSC000275--Mediation Road MAP June 16 2003.xls | xls |
| 89. | Users\EKochis\ALSTOM\NECMSC000279--Executive Summary May 16, 2003.xls | xls |
| 90. | Users\EKochis\ALSTOM\NECMSC000280--Korn Report.xls | xls |
| 91. | Users\EKochis\ALSTOM\SPR #5 June 30, 2004\NECMSC000285--LCC_Summary - rev 8 - Fred.xls | xls |
| 92. | Users\EKochis\BBryan\2002\November\Weekly Reports\NECMSC000290--MEQ TS 13 03 Nov.xls | xls |
| 93. | Users\EKochis\BBryan\2002\October\STR\Washington\06 Oct 02 Sun\WAS 10-06-02 2nd Shift\NECMSC000293--10-06-02 2nd shift turnover.doc | doc |
| 94. | Users\EKochis\BBryan\Archives\Afternoon Meetings\NECMSC000295--Tuesday, April 02, 2002.doc | doc |
| 95. | Users\EKochis\BBryan\Archives\April\Weekly Reports\NECMSC000296--Performance Standard Issues forApril '02.doc | doc |
| 96. | Users\EKochis\BBryan\Archives\August\ESR\NECMSC000297--IR-080102-TS15.doc | doc |
| 97. | Users\EKochis\BBryan\Archives\August\ESR\NECMSC000298--IR-080302-TS15.doc | doc |
| 98. | Users\EKochis\BBryan\Archives\August\ESR\NECMSC000299--IR-081002-TS17.doc | doc |
| 99. | Users\EKochis\BBryan\Archives\August\ESR\NECMSC000300--IR-081202-TS12.doc | doc |
| 100. | Users\EKochis\BBryan\Archives\August\Morning Reports\NECMSC000301--Tuesday, 13 Aug 02.doc | doc |
| 101. | Users\EKochis\BBryan\Archives\February\NY\NECMSC000302--NY-2-5-02 Shift 3.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 102. | Users\EKochis\BBryan\Archives\February\WAS\WAS 2-19-02 2nd shift\NECMSC000303--turnover was2-19-02.doc | doc |
| 103. | Users\EKochis\BBryan\Archives\February 2002\NY\NECMSC000304--NY-2-5-02 Shift 3.doc | doc |
| 104. | Users\EKochis\BBryan\Archives\February 2002\WAS\WAS 2-19-02 2nd shift\NECMSC000305--turnover was2-19-02.doc | doc |
| 105. | Users\EKochis\BBryan\Archives\July\ESR\NECMSC000306--IR-071002-TS20.doc | doc |
| 106. | Users\EKochis\BBryan\Archives\July\ESR\NECMSC000307--IR-072302-TS 1.doc | doc |
| 107. | Users\EKochis\BBryan\Archives\July\ESR\NECMSC000308--IR-073102-TS1.doc | doc |
| 108. | Users\EKochis\BBryan\Archives\June\Equip Status Report\NECMSC000310--IR 062702 TS 8.doc | doc |
| 109. | Users\EKochis\BBryan\Archives\June\Equip Status Report\NECMSC000311--IR-061902-TS13.doc | doc |
| 110. | Users\EKochis\BBryan\Archives\June\Morning Meetings\NECMSC000312--Wednesday, June 12, 2002.doc | doc |
| 111. | Users\EKochis\BBryan\Archives\March\NECMSC000313--Performance Standard Issues for March '02.doc | doc |
| 112. | Users\EKochis\BBryan\Archives\September\NECMSC000314--Incident Delay Report 07 Sep 02.pdf | pdf |
| 113. | Users\EKochis\BBryan\Archives\September\IR\NECMSC000315--IR-090702-TS15.doc | doc |
| 114. | Users\EKochis\BBryan\Archives\September\STR\WAS\was 9-16-02 shift 3\NECMSC000316--WAS 9-16-02 3rd shift.doc | doc |
| 115. | Users\EKochis\BBryan\Archives\September\STR\WAS\Was 9-27-02 3rd shift\NECMSC000317--WAS 9-27-02 3rd shift.doc | doc |
| 116. | Users\EKochis\BBryan\Archives\September\STR\WAS\WAS 9-5-02 2nd shift\NECMSC000318--9-5-02 2nd shift.doc | doc |
| 117. | Users\EKochis\BBryan\Archives\September\STR\WAS\WAS 9.28.02 1st shift\NECMSC000319--9-28-02 turnover.doc | doc |
| 118. | Users\EKochis\BOARD\minutes\NECMSC000324--#1 April 26-27, 2004 NeCBoard Minutes.doc | doc |
| 119. | Users\EKochis\Knorr\NECMSC000325--MSCKNO-2003-0003 EK REVISE.DOC | DOC |
| 120. | Users\EKochis\Knorr\NECMSC000326--MSCKNO-2003-0003 Post Meeting EK.DOC | DOC |
| 121. | Users\EKochis\Knorr\NECMSC000327--Recovery plan per Roger EK REVISED.DOC | DOC |
| 122. | Users\EKochis\Knorr\NECMSC000328--REVISED LETTER with closing Paragraph change.DOC | DOC |
| 123. | Users\EKochis\OVERHAUL\NECMSC000330--Ver #5 Budget 2004 with Actuals.xls | xls |
| 124. | Users\EKochis\OVERHAUL\NECMSC000331--Ver #5a Budget 2004 with Actuals.xls | xls |
| 125. | Users\EKochis\OVERHAUL\NECMSC000332--Ver #5b Budget 2004 with Actuals.xls | xls |
| 126. | Users\FMontero\NECMSC000338--Dave Frank.doc | doc |
| 127. | Users\FMontero\NECMSC000339--Dennis Muzyka.doc | doc |
| 128. | Users\FMontero\NECMSC000342--NY_Storeroom_Invty_for NY_SUPERVISORS.xls | xls |
| 129. | Users\FMontero\NECMSC000344--Ralph Corona.doc | doc |
| 130. | Users\FMontero\NECMSC000345--ugrad_etec.pdf | pdf |
| 131. | Users\GGannon\notes\Activities\NECMSC000350--Activites January 15, 2002.doc | doc |
| 132. | Users\GGannon\notes\Activities\NECMSC000351--Activites Sept.12, 2001.doc | doc |
| 133. | Users\GGannon\notes\Activities\NECMSC000352--Exellent Report March 28, 2001.doc | doc |
| 134. | Users\GGannon\notes\Activities\NECMSC000353--May 3,2001.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC