| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 135. | Users\GJagmoha\NECMSC000355--jim email | |
| 136. | Users\GJagmoha\NECMSC000356--VINNIETS-9-2-1-02.doc | doc |
| 137. | Users\GJagmoha\employee file\carman\NECMSC000359--frank-wheel.doc | doc |
| 138. | Users\GJagmoha\Forms_NEC\NECMSC000361--ANNUAL-FOLLOW-FORM.xls | xls |
| 139. | Users\GJagmoha\Forms_NEC\NECMSC000363--Wheelset changeout Revised 8-04.doc | doc |
| 140. | Users\GJagmoha\jagfolder\NECMSC OPS DOCUMENT\NECMSC000366--Inspection Safety Analysis_3.0.doc | doc |
| 141. | Users\GJagmoha\JOURNAL\NECMSC000367--rjltr.doc | doc |
| 142. | Users\GTopf\JCooper\NECMSC000368--MSLD04 AD_Penalties Sorted.XLS | XLS |
| 143. | Users\GTopf\JCooper\Bombardier\Material Costs (LCC Systems)\NECMSC000369--Material cost - LCC Rev 9 30 months_Rev03-07-05.xls | xls |
| 144. | Users\GTopf\JCooper\Purchasing\NECMSC000370--RO 7975 cl260-c42.doc | doc |
| 145. | Users\GTopf\My Documents\Knorr from Auger\NECMSC000372--Knorr-Failures-analysis-2004.xls | xls |
| 146. | Users\GTopf\SPR JULY 11, 2003\NECMSC000373--NEC MSC SPR July 11, 2003 #2.ppt | ppt |
| 147. | Users\GTopf\SPR JULY 11, 2003\NECMSC000374--NEC MSC SPR July 11, 2003.ppt | ppt |
| 148. | Users\JCason\turnovers\NECMSC000376--09-23-04, 3rd shift.doc | doc |
| 149. | Users\jchichka\New Folder\Eng Meet\NECMSC000377--011905 meeting minutes.xls | xls |
| 150. | Users\jchichka\New Folder\Eng Meet\NECMSC000378--022305 minutes updated 022405.xls | xls |
| 151. | Users\jchichka\New Folder\Eng Meet\NECMSC000379--022305 minutes.xls | xls |
| 152. | Users\jchichka\New Folder\Eng Meet\NECMSC000380--122204 meeting minutes updated 10305.xls | xls |
| 153. | Users\jchichka\New Folder\inventory\NECMSC000381--All NEC.xls | xls |
| 154. | Users\jchichka\New Folder\inventory\2 year parts\NECMSC000383--No Issues last 2 years but issue other whs 10-1-04.xls | xls |
| 155. | Users\jchichka\New Folder\inventory\BOMWM\NECMSC000384--BOM Feb 15.xls | xls |
| 156. | Users\jchichka\New Folder\inventory\consinment\NECMSC000385--BOMB CS NY INVENTORY.xls | xls |
| 157. | Users\jchichka\New Folder\inventory\consinment\NECMSC000386--Consignment All.xls | xls |
| 158. | Users\jchichka\New Folder\inventory\consinment\NECMSC000387--washington bombardier consignment.xls | xls |
| 159. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000388--bos.xls | xls |
| 160. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000389--Consignment All Knorr.xls | xls |
| 161. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000390--ivy.xls | xls |
| 162. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000391--KNOOR PARTS AFTER ADJUSTMENTS AS OF DEC-17-2004.xls | xls |
| 163. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000392--KNOOR PARTS AS OF 12-16-2004.xls | xls |
| 164. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000393--Knorr list still to count.xls | xls |
| 165. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000394--Knorr all up list.xls | xls |
| 166. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000395--main.xls | xls |
| 167. | Users\jchichka\New Folder\inventory\consinment\Knorr\NECMSC000396--ny.xls | xls |
| 168. | Users\jchichka\New Folder\inventory\consinment\Knorr\knorr raw data\NECMSC000397--Knorr list still to count.xls | xls |

5

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 169. | Users\jchichka\New Folder\inventory\Inv Aquracy\NECMSC000398--BOSTON TOTAL DISCREPANCY REPORT PHYS INV 2004.xls | xls |
| 170. | Users\jchichka\New Folder\inventory\Inv Aquracy\NECMSC000399--IVYRA TOTAL DISCREPANCY REPORT PHYS INV 2004.xls | xls |
| 171. | Users\jchichka\New Folder\inventory\Inv Aquracy\NECMSC000400--MAIN total descrepency 2004.xls | xls |
| 172. | Users\jchichka\New Folder\inventory\RO\NECMSC000401--Master Open RO 101503.xls | xls |
| 173. | Users\jchichka\New Folder\inventory\RO\NECMSC000402--RO Apr 5.xls | xls |
| 174. | Users\jchichka\New Folder\inventory\RO\NECMSC000403--RO Feb 23.xls | xls |
| 175. | Users\jchichka\New Folder\inventory\RO\NECMSC000404--RO Feb 25.xls | xls |
| 176. | Users\jchichka\New Folder\inventory\RO\NECMSC000405--RO Mar 12.xls | xls |
| 177. | Users\jchichka\New Folder\inventory\RO\NECMSC000406--RO Mar 22.xls | xls |
| 178. | Users\jchichka\New Folder\inventory\RO\NECMSC000407--RO NO PUTAWY.xls | xls |
| 179. | Users\jchichka\New Folder\inventory\RO\NECMSC000408--RO Outstanding Feb 14.xls | xls |
| 180. | Users\jchichka\New Folder\inventory\RO\RO Jan 3\NECMSC000409--Master Open RO 101503.xls | xls |
| 181. | Users\jchichka\New Folder\inventory\RO\RO Jan 3\NECMSC000410--RO NO PUTAWY.xls | xls |
| 182. | Users\jchichka\New Folder\inventory\TO MOVE FILE\NECMSC000411--BOMDC TO MOVE 9-30-04.xls | xls |
| 183. | Users\jchichka\New Folder\inventory\TO MOVE FILE\NECMSC000412--IVYRA TO MOVE 9-30-04.xls | xls |
| 184. | Users\jchichka\New Folder\inventory\TO MOVE FILE\NECMSC000413--MAIN TO MOVE 9-30-04.xls | xls |
| 185. | Users\jchichka\New Folder\inventory\TO MOVE FILE\NECMSC000414--SOHW TO MOVE 9-30-04.xls | xls |
| 186. | Users\jchichka\New Folder\inventory\TO MOVE FILE\NECMSC000415--SSYW TO MOVE 9-30-04.xls | xls |
| 187. | Users\jchichka\New Folder\LCC Status\NECMSC000416--Materials Usage with repair costs Rev. 1 2003-2004.xls | xls |
| 188. | Users\jchichka\New Folder\LCC Status\NECMSC000417--Materials Usage with repair costs Rev. nil 2003-2004.xls | xls |
| 189. | Users\jchichka\New Folder\LCC Status\NECMSC000418--Materials Usage with repair costs Rev.2 2003-2004.xls | xls |
| 190. | Users\jchichka\New Folder\LCC Status\NECMSC000419--Materials Usage with repair costs Rev.3.xls | xls |
| 191. | Users\jchichka\New Folder\OVERHAUL\NECMSC000420--041-MRA027_Apolon.fp5 | fp5 |
| 192. | Users\jchichka\New Folder\OVERHAUL\NECMSC000421--041-MRA027_Overhaul.fp5 | fp5 |
| 193. | Users\jchichka\New Folder\OVERHAUL\NECMSC000422--OH Parts to Issue.xls | xls |
| 194. | Users\jchichka\New Folder\OVERHAUL\NECMSC000423--OVER HAUL.xls | xls |
| 195. | Users\jchichka\New Folder\OVERHAUL\NECMSC000424--OVERHAUL PARTS TO BOOK OUT.xls | xls |
| 196. | Users\JMcMulle\NECMSC000430--TierIIBRKTESTPP030304.ppt | ppt |
| 197. | Users\JMead\NECMSC000431--eng mtg minutes121504.xls | xls |
| 198. | Users\JMead\NECMSC000432--Overhaul Summary.doc | doc |
| 199. | Users\JMead\NECMSC000433--PM Matrix92abcd.xls | xls |
| 200. | Users\JMead\eng minutes\NECMSC000434--010505 meeting minutes updated 010605.xls | xls |

6

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 201. | Users\JMead\eng minutes\NECMSC000435--010505 meeting minutes updated 011005.xls | xls |
| 202. | Users\JMead\eng minutes\NECMSC000436--010505 meeting minutes updated 011205.xls | xls |
| 203. | Users\JMead\eng minutes\NECMSC000437--010505 meeting minutes.xls | xls |
| 204. | Users\JMead\eng minutes\NECMSC000438--011205 meeting minutes updated 011305.xls | xls |
| 205. | Users\JMead\eng minutes\NECMSC000439--011205 meeting minutes.xls | xls |
| 206. | Users\JMead\eng minutes\NECMSC000440--011405 meeting minutes update 011705.xls | xls |
| 207. | Users\JMead\eng minutes\NECMSC000441--011405 meeting minutes.xls | xls |
| 208. | Users\JMead\eng minutes\NECMSC000442--011905 meeting minutes.xls | xls |
| 209. | Users\JMead\eng minutes\NECMSC000443--012105 meeting minutes updated 012605.xls | xls |
| 210. | Users\JMead\eng minutes\NECMSC000444--012105 meeting minutes.xls | xls |
| 211. | Users\JMead\eng minutes\NECMSC000445--012605 minutes.xls | xls |
| 212. | Users\JMead\eng minutes\NECMSC000446--012805 minutes.xls | xls |
| 213. | Users\JMead\eng minutes\NECMSC000447--020205 minutes.xls | xls |
| 214. | Users\JMead\eng minutes\NECMSC000448--020405 minutes.xls | xls |
| 215. | Users\JMead\eng minutes\NECMSC000449--020905 minutes UPDATED 021605.xls | xls |
| 216. | Users\JMead\eng minutes\NECMSC000450--020905 minutes.xls | xls |
| 217. | Users\JMead\eng minutes\NECMSC000451--021605 minutes updated 022205.xls | xls |
| 218. | Users\JMead\eng minutes\NECMSC000452--021605 minutes.xls | xls |
| 219. | Users\JMead\eng minutes\NECMSC000453--021605Amtmtg.xls | xls |
| 220. | Users\JMead\eng minutes\NECMSC000454--022305 minutes updated 022405.xls | xls |
| 221. | Users\JMead\eng minutes\NECMSC000455--022305 minutes.xls | xls |
| 222. | Users\JMead\eng minutes\NECMSC000456--022505 minutes updated 030105.xls | xls |
| 223. | Users\JMead\eng minutes\NECMSC000457--022505 minutes.xls | xls |
| 224. | Users\JMead\eng minutes\NECMSC000458--030205 minutes updated 030405.xls | xls |
| 225. | Users\JMead\eng minutes\NECMSC000459--030205 minutes.xls | xls |
| 226. | Users\JMead\eng minutes\NECMSC000460--030405 minutes updated 030705.xls | xls |
| 227. | Users\JMead\eng minutes\NECMSC000461--030405 minutes.xls | xls |
| 228. | Users\JMead\eng minutes\NECMSC000462--031105 minutes updated 031505.xls | xls |
| 229. | Users\JMead\eng minutes\NECMSC000463--031105 minutes.xls | xls |
| 230. | Users\JMead\eng minutes\NECMSC000464--031605 minutes updated 032105.xls | xls |
| 231. | Users\JMead\eng minutes\NECMSC000465--031605 minutes updated 032205.xls | xls |
| 232. | Users\JMead\eng minutes\NECMSC000466--031605 minutes.xls | xls |
| 233. | Users\JMead\eng minutes\NECMSC000467--032305 minutes updated 033005.xls | xls |
| 234. | Users\JMead\eng minutes\NECMSC000468--033005 minutes.xls | xls |
| 235. | Users\JMead\eng minutes\NECMSC000469--040105 minutes updated 040405.xls | xls |
| 236. | Users\JMead\eng minutes\NECMSC000470--040805 minutes updated 041305.xls | xls |
| 237. | Users\JMead\eng minutes\NECMSC000471--040805 minutes.xls | xls |
| 238. | Users\JMead\eng minutes\NECMSC000472--041305 minutes updated 041405.xls | xls |
| 239. | Users\JMead\eng minutes\NECMSC000473--041305 minutes.xls | xls |
| 240. | Users\JMead\eng minutes\NECMSC000474--121504 Minutes.xls | xls |
| 241. | Users\JMead\eng minutes\NECMSC000475--121704 meeting minutes rev1122004.xls | xls |
| 242. | Users\JMead\eng minutes\NECMSC000476--121704 meeting minutes updated 122104.xls | xls |
| 243. | Users\JMead\eng minutes\NECMSC000477--121704 meeting minutes.xls | xls |
| 244. | Users\JMead\eng minutes\NECMSC000478--122204 meeting minutes updated 10305.xls | xls |

7

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 245. | Users\JMead\eng minutes\NECMSC000479--122204 meeting minutes.xls | xls |
| 246. | Users\JMead\eng minutes\NECMSC000480--15th Dec_ Meeting_ Minutes1.xls | xls |
| 247. | Users\JMead\inservdelays\NECMSC000481--febmar05.xls | xls |
| 248. | Users\JNewcomb\QA\Forms\NECMSC000560--receiving-wheel.xls | xls |
| 249. | Users\KSkinner\Employeeletters\NECMSC000571--Ralph Corona 10-14-04.doc | doc |
| 250. | Users\KSkinner\Employeeletters\NECMSC000572--Ralph Corona.doc | doc |
| 251. | Users\KSkinner\turnovers forms\NECMSC000573--Daily Turnover 2.doc | doc |
| 252. | Users\LEtherly\NECMSC000574--BOMB Stock 15jun01.xls | xls |
| 253. | Users\LEtherly\NECMSC000575--Discrepancy Report 52402 to 53102.XLS | XLS |
| 254. | Users\LEtherly\E Stuff\NECMSC000578--BOMB Stock 18may01.xls | xls |
| 255. | Users\LEtherly\E Stuff\NECMSC000579--Discepancy Rpt 5102_51702.xls | xls |
| 256. | Users\LEtherly\EXCEL\1HOT\Inventory\NECMSC000580--Bombardier Inventory 22 jan 2003.xls | xls |
| 257. | Users\LEtherly\leon\ro receipt sheet\NECMSC000582--Transferred Inventory Value Detail (09-23-03).xls | xls |
| 258. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\NECMSC000587--planning all 030204.xls | xls |
| 259. | Users\LEtherly\leon\ro receipt sheet\rebuild orders\NECMSC000600--rebuild order 2652.doc | doc |
| 260. | Users\LEtherly\Old Laptop\NECMSC000602--planning all 010804.xls | xls |
| 261. | Users\LEtherly\Old Laptop\rebuild orders\NECMSC000616--rebuild order 2652.doc | doc |
| 262. | Users\LEtherly\Old Laptop\ro receipt sheet\NECMSC000617--Transferred Inventory Value Detail (09-23-03).xls | xls |
| 263. | Users\LEtherly\rebuild orders\dampers\NECMSC000618--NEC request list Feb 23-04.xls | xls |
| 264. | Users\LEtherly\rma\NECMSC000619--rebuild order 7943.doc | doc |
| 265. | Users\LEtherly\rma\NECMSC000620--rebuild order 8124.doc | doc |
| 266. | Users\LEtherly\ro receipt sheet\NECMSC000621--Transferred Inventory Value Detail (09-23-03).xls | xls |
| 267. | Users\LEtherly\ro receipt sheet\rebuild orders\NECMSC000622--rebuild order 2652.doc | doc |
| 268. | Users\LSidor\A~SNAFU\DAILY\TURNOVER FORMS\NECMSC000624--3rd_3.28.03_Turnover.doc | doc |
| 269. | Users\LSidor\notes\NECMSC000625--Open_VS_Parts_16_Apr_03.xls | xls |
| 270. | Users\LSidor\OLD STUFF\6.45pm CALLS\2004\FEB 04\NECMSC000626--evening call 02-12-04.xls | xls |
| 271. | Users\LSidor\OLD STUFF\PICTURES\NECMSC000628--CWO_Open_VS_Parts_02_May_03.xls | xls |
| 272. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000629--10014_Mounted Disk Brakes.doc | doc |
| 273. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000631--2034_ Disc Brakes Inspection.doc | doc |
| 274. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000632--2658_2650_HPSUP ISO.doc | doc |
| 275. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000633--4.2.2.3.15, Truck and Suspension Inspection and Check Procedures.doc | doc |
| 276. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000637--Task 10005,10006(4.4.10.3).doc | doc |
| 277. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000638--Task 2012 Axle Assembly Inspection.doc | doc |
| 278. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000639--Task 2084(4.2.2.2.1) Wheelset Inspection.doc | doc |

8

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 279. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000640--task_planb.XLS | XLS |
| 280. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-79, TRUCK REPLACEMENT\NECMSC000649--Truck Replacement.doc | doc |
| 281. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Config\NECMSC000652--fault_li.cfg | cfg |
| 282. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Config\NECMSC000653--fault_list.cfg | cfg |
| 283. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Trainset\385A3FEC.EVT\NECMSC000656--EVT_EVT.DEF | DEF |
| 284. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Trainset\3CFB231C.EVT\NECMSC000657--EVT_EVT.DEF | DEF |
| 285. | Users\LSidor\REF's\NECMSC000660--Tech Bulletin-66 Cheat Card_SBU_123C.doc | doc |
| 286. | Users\Mlon\NECMSC000664--FB_Overhaul_Phases.mpp | mpp |
| 287. | Users\Mlon\NECMSC000665--LCC.xls | xls |
| 288. | Users\Mlon\NECMSC000666--TRUCK OVERHAUL - COSTING FORM.xls | xls |
| 289. | Users\Mlon\OVERH\Archive\NECMSC000668--Materials Planning Report (04-21-04).xls | xls |
| 290. | Users\Mlon\OVERH\Archive\Amtrak Overhaul\Special Tools\NECMSC000669--RE BTE Report NY.e-mail trail.rtf | rtf |
| 291. | Users\Mlon\OVERH\Archive\Amtrak Overhaul\Special Tools\NECMSC000670--RE BTE Report NYe.mailtoM.Burstin.rtf | rtf |
| 292. | Users\Mlon\OVERH\Archive\RandR Pictures Working files\NECMSC000673--RMMTS 10 - Friction Brakes.pdf | pdf |
| 293. | Users\Mlon\OVERH\Archive\RandR Pictures Working files\RMM Comments\TC Disc replacement 10043\NECMSC000676--10043 TC Disc Replacement.doc | doc |
| 294. | Users\Mlon\OVERH\Cecil\Mgu017 Friction Brakes Class\MGU 017 FM, Word\NECMSC000678--MGU017_1.doc | doc |
| 295. | Users\Mlon\OVERH\Cecil\Mgu017 Friction Brakes Class\MGU 017 FM, Word\NECMSC000679--MGU017_4.doc | doc |
| 296. | Users\Mlon\OVERH\Cecil\Mgu017 Friction Brakes Class\MGU 017 PDF\NECMSC000680--IG.pdf | pdf |
| 297. | Users\Mlon\OVERH\Cecil\Mgu017 Friction Brakes Class\MGU 017 PDF\NECMSC000681--MGU-17-TPG.pdf | pdf |
| 298. | Users\Mlon\OVERH\Cecil\Microsoft project\NECMSC000682--4_5_8_14_Overhaul.mpp | mpp |
| 299. | Users\Mlon\OVERH\Cecil\Microsoft project\NECMSC000683--Brake _Overhaul (Only) Rev_0.mpp | mpp |
| 300. | Users\Mlon\OVERH\Cecil\Microsoft project\NECMSC000684--Friction Brake _Overhaul_Phases.mpp | mpp |
| 301. | Users\Mlon\OVERH\Cecil\Microsoft project\NECMSC000685--MRA_0027_Rev 3G.xls | xls |
| 302. | Users\Mlon\OVERH\Cecil\Microsoft project\NECMSC000686--MRA_0027_Rev 3H.xls | xls |
| 303. | Users\Mlon\OVERH\Cecil\Overhaul Costing Format\NECMSC000687--Overhaul Costing for Friction Brakes KT.xls | xls |
| 304. | Users\Mlon\OVERH\Cecil\Overhaul Costing Format\NECMSC000688--Overhaul Costing Task List.xls | xls |
| 305. | Users\Mlon\OVERH\PHASE 2 OVERHAUL\Techdata trucks\NECMSC000690--TechDoc12101-B-Trailer.doc | doc |
| 306. | Users\Mlon\OVERH\Technical_Data\041-FDR's\Friction Brakes\NECMSC000695--041-FDR-0004-rev0.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 307. | Users\Mlon\OVERH\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\NECMSC000703--041-TPR-9600_rev3.doc | doc |
| 308. | Users\Mlon\OVERH\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\Inspection Car Apendices\NECMSC000704--APPENDIX-B_rev3.doc | doc |
| 309. | Users\Mlon\OVERH\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\Sections 09\NECMSC000705--TPP-041-9600.9.02_STr_Communication_rev3.doc | doc |
| 310. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\NECMSC000710--~WRL3677.tmp | tmp |
| 311. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000711--000-OTS-0001 Rev 0 Truck Equipment Overhaul.doc | doc |
| 312. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000712--B-HRMTS_Chapter 2_Truck and Suspension.pdf | pdf |
| 313. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000713--C-RMMTS_II_Chapter 02 (Part 1)_Systems Descr. & Analysis.pdf | pdf |
| 314. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000714--First Class-Sys02.pdf | pdf |
| 315. | Users\Mlon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000715--IPM Trailer sys02.pdf | pdf |
| 316. | Users\Mlon\OVERH\Technical_Data\RMMTS_II\NECMSC000720--RMMTS_II.pdf | pdf |
| 317. | Users\Mlon\Overhaul\NECMSC000726--000-OTS-Master.doc | doc |
| 318. | Users\Mlon\Overhaul\NECMSC000727--041-FDR-0027-rev0.doc | doc |
| 319. | Users\Mlon\Overhaul\NECMSC000728--041-FDR-0028-rev1.doc | doc |
| 320. | Users\Mlon\Overhaul\NECMSC000729--C-RMMTS_I_Chapter 02_Schedule Maintenance.pdf | pdf |
| 321. | Users\MRagsdal\NECMSC000731--08-10-04 critical items reports.xls | xls |
| 322. | Users\MRagsdal\NECMSC000732--all items 04-14-04.XLS | XLS |
| 323. | Users\MRagsdal\NECMSC000733--BOMDC DR 4630-31-4633-34-35.xls | xls |
| 324. | Users\MRagsdal\NECMSC000734--cl261-c69.doc | doc |
| 325. | Users\MRagsdal\NECMSC000735--cl261-c69.rtf | rtf |
| 326. | Users\MRagsdal\NECMSC000736--critical items report (03-23-05) (REFORMATTED)2.xls | xls |
| 327. | Users\MRagsdal\NECMSC000737--critical items report 04-06-05.xls | xls |
| 328. | Users\MRagsdal\NECMSC000739--inventory 05-31-04b.xls | xls |
| 329. | Users\MRagsdal\NECMSC000740--inventory all 2.xls | xls |
| 330. | Users\MRagsdal\NECMSC000741--inventory issue history 8-18-04.xls | xls |
| 331. | Users\MRagsdal\NECMSC000742--KNORR USAGE marvin.xls | xls |
| 332. | Users\MRagsdal\NECMSC000743--material usage 9-4-04.xls | xls |
| 333. | Users\MRagsdal\NECMSC000744--repdc.xls | xls |
| 334. | Users\MRagsdal\NECMSC000745--total inventory 7-1104.xls | xls |
| 335. | Users\MRagsdal\NECMSC000746--unit of measure.XLS | XLS |
| 336. | Users\MRagsdal\NECMSC000747--weekend spear transactions.XLS | XLS |
| 337. | Users\MRagsdal\NECMSC000748--WO 90957A.XLS | XLS |
| 338. | Users\MRagsdal\critical parts list\NECMSC000749--04-06-05.xls | xls |
| 339. | Users\MRagsdal\CYCLE COUNTS\DISCREPANCY LIST\2004\NECMSC000750--DISCREPANCY REPORT ALL WAHSES 2-10-04.xls | xls |
| 340. | Users\MRagsdal\CYCLE COUNTS\DISCREPANCY LIST\2004\NECMSC000751--DISCREPANCY REPORT DC 2-17-04.xls | xls |
| 341. | Users\MRagsdal\CYCLE COUNTS\DISCREPANCY LIST\2005\NECMSC000752--BOMDC DR 4630-31-4633-34-35.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 342. | Users\MRagsdal\HOT TRANSFERS\NECMSC000756--critical items report master file (REFORMATTED).xls | xls |
| 343. | Users\MRagsdal\knorr\NECMSC000757--knorr 11-02-04.xls | xls |
| 344. | Users\MRagsdal\knorr\NECMSC000758--knorr inventory 12-4-02.xls | xls |
| 345. | Users\MRagsdal\knorr\NECMSC000759--knorr inventory blank.xls | xls |
| 346. | Users\MRagsdal\lap top\alstom\Knorr Parts Catalog\NECMSC000760--ACELA_ COACH_IPC 03_oct 02.doc | doc |
| 347. | Users\MRagsdal\lap top\download\FileMaker Pro Databases\NECMSC000765--NEC 1Parts990810 Old.FP3 | FP3 |
| 348. | Users\MRagsdal\lap top\download\FileMaker Pro Databases\NECMSC000766--NEC 1Parts990810.FP5 | FP5 |
| 349. | Users\MRagsdal\lap top\download\FileMaker Pro Databases\NECMSC000767--Nec_2002.FP3 | FP3 |
| 350. | Users\MRagsdal\lap top\download\hp camara\NECMSC000768--bpy60751.pdf | pdf |
| 351. | Users\MRagsdal\lap top\marvin\SPEAR\NECMSC000769--Getting Results with MM R25.doc | doc |
| 352. | Users\MRagsdal\lap top\marvin\SPEAR\NECMSC000770--Getting Results with MM R26.doc | doc |
| 353. | Users\MRagsdal\ORX\NECMSC000771--ro 8184 048-j5163.doc | doc |
| 354. | Users\MRagsdal\ORX\NECMSC000772--ro 8184 048-j5163.rtf | rtf |
| 355. | Users\MRagsdal\ORX\NECMSC000773--ro 8185 055-j5163.doc | doc |
| 356. | Users\MRagsdal\ORX\NECMSC000774--ro 8185 055-j5163.rtf | rtf |
| 357. | Users\MRagsdal\ORX\NECMSC000775--ro 8186 111-j5163.doc | doc |
| 358. | Users\MRagsdal\ORX\NECMSC000776--ro 8186 111-j5163.rtf | rtf |
| 359. | Users\MRagsdal\PART NUMBERS\check out\NCEES\NECMSC000778--FE_REFERENCE_HANDBOOK.pdf | pdf |
| 360. | Users\MRagsdal\PART NUMBERS\check out\Nec_2002\NECMSC000781--nec parts.xls | xls |
| 361. | Users\MRagsdal\PART NUMBERS\FileMaker Pro Databases\NECMSC000783--NEC 1Parts990810 Old.FP3 | FP3 |
| 362. | Users\MRagsdal\PARTS RETURNED TO VENDOR\curtis\BOSTON\NECMSC000786--sohw.xls | xls |
| 363. | Users\MRagsdal\trans lapt\NECMSC000791--all trans last 30 days.XLS | XLS |
| 364. | Users\MRagsdal\trans lapt\NECMSC000792--Barre Inv for Nat3.XLS | XLS |
| 365. | Users\MRagsdal\trans lapt\NECMSC000793--bpy60751.pdf | pdf |
| 366. | Users\MRagsdal\trans lapt\NECMSC000794--cl260-015 ro 8778.doc | doc |
| 367. | Users\MRagsdal\trans lapt\NECMSC000796--ivy 11-6-04.xls | xls |
| 368. | Users\MRagsdal\trans lapt\NECMSC000797--jim.XLS | XLS |
| 369. | Users\MRagsdal\trans lapt\NECMSC000798--main 11-6-04.xls | xls |
| 370. | Users\MRagsdal\trans lapt\NECMSC000801--skin.xls | xls |
| 371. | Users\MRagsdal\trans lapt\NECMSC000802--transactions.XLS | XLS |
| 372. | Users\MRagsdal\trans lapt\2 year\NECMSC000803--Jim.xls | xls |
| 373. | Users\MRagsdal\trans lapt\desktop\NECMSC000804--hot transfers.xls | xls |
| 374. | Users\MRagsdal\trans lapt\desktop\NECMSC000805--issue history.xls | xls |
| 375. | Users\MRagsdal\working\NECMSC000807--30-31-33-34-35.xls | xls |
| 376. | Users\MZink\NECMSC000808--Belt.pdf | pdf |
| 377. | Users\MZink\MZ\92-DAY\NECMSC000809--92-day gantt chart-FINAL.xls | xls |
| 378. | Users\MZink\MZ\92-DAY\NECMSC000810--Annuual procedures-2.xls | xls |
| 379. | Users\MZink\MZ\92-DAY\NECMSC000811--Boston Add Ins.xls | xls |
| 380. | Users\MZink\MZ\92-DAY\92-DAY\NECMSC000812--92-day procedures-2.xls | xls |
| 381. | Users\MZink\MZ\92-DAY\92-DAY\Procedures\NECMSC000813--92-7546.doc | doc |
| 382. | Users\MZink\MZ\92-DAY\misc\NECMSC000814--92-day gantt chart.xls | xls |

11

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 383. | Users\MZink\MZ\92-DAY\misc\NECMSC000815--92-day procedures-2-play.xls | xls |
| 384. | Users\MZink\MZ\92-DAY\misc\NECMSC000816--92-day-3.xls | xls |
| 385. | Users\MZink\MZ\92-DAY\misc\NECMSC000817--92-day-4.xls | xls |
| 386. | Users\MZink\MZ\92-DAY\Procedures\NECMSC000818--92-10170.doc | doc |
| 387. | Users\MZink\MZ\92-DAY\Procedures\NECMSC000819--92-7058.doc | doc |
| 388. | Users\MZink\MZ\92-DAY\Procedures\NECMSC000820--92-7546.doc | doc |
| 389. | Users\MZink\MZ\Annual\NECMSC000821--PM Matrix92a_b_c_d1.xls | xls |
| 390. | Users\MZink\MZ\Annual\PROCEDURES\NECMSC000822--ANNUAL-2025.doc | doc |
| 391. | Users\MZink\MZ\Annual\PROCEDURES\NECMSC000823--ANNUAL-2034.doc | doc |
| 392. | Users\MZink\MZ\misc\NECMSC000824--QPG-SAF-FORM-0001-03 wateraudit form template.doc | doc |
| 393. | Users\PFries\Daily Reports PM\NECMSC000826--PM update form.doc | doc |
| 394. | Users\PFries\Daily Reports PM\TS-1\NECMSC000827--TS-1, 102703 PM PASSDOWN.doc | doc |
| 395. | Users\PFries\Daily Reports PM\TS-1\NECMSC000828--TS-1, 102803 PM PASSDOWN.doc | doc |
| 396. | Users\PFries\Daily Reports PM\TS-1\NECMSC000829--TS-1, 102903 PM PASSDOWN.doc | doc |
| 397. | Users\PFries\Daily Reports PM\TS-1\NECMSC000830--TS-1, 103003 PM PASSDOWN.doc | doc |
| 398. | Users\PFries\Daily Reports PM\TS-1\NECMSC000831--TS-1, 103103 PM PASSDOWN.doc | doc |
| 399. | Users\PFries\Daily Reports PM\TS-1\NECMSC000832--TS-1, 110103 PM PASSDOWN.doc | doc |
| 400. | Users\PFries\Daily Reports PM\TS-1\NECMSC000833--TS-1, 110303 PM PASSDOWN.doc | doc |
| 401. | Users\PFries\Daily Reports PM\TS-1\NECMSC000834--TS-1, 110403 PM PASSDOWN.doc | doc |
| 402. | Users\PFries\Daily Reports PM\TS-1\NECMSC000835--TS-1, 110503 PM PASSDOWN.doc | doc |
| 403. | Users\PFries\Daily Reports PM\TS-1\NECMSC000836--TS-1, 110603 PM PASSDOWN.doc | doc |
| 404. | Users\PFries\Daily Reports PM\TS-11\NECMSC000837--TS-11,020304 PM PASSDOWN.doc | doc |
| 405. | Users\PFries\Daily Reports PM\TS-11\NECMSC000838--TS-11,020404 PM PASSDOWN.doc | doc |
| 406. | Users\PFries\Daily Reports PM\TS-11\NECMSC000839--TS-11,020504 PM PASSDOWN.doc | doc |
| 407. | Users\PFries\Daily Reports PM\TS-11\NECMSC000840--TS-11,020604 PM PASSDOWN.doc | doc |
| 408. | Users\PFries\Daily Reports PM\TS-11\NECMSC000841--TS-11,020904 PM PASSDOWN.doc | doc |
| 409. | Users\PFries\Daily Reports PM\TS-11\NECMSC000842--TS-11,021004 PM PASSDOWN.doc | doc |
| 410. | Users\PFries\Daily Reports PM\TS-11\NECMSC000843--TS-11,021104 PM PASSDOWN.doc | doc |
| 411. | Users\PFries\Daily Reports PM\TS-11\NECMSC000844--TS-11,021204 PM PASSDOWN.doc | doc |
| 412. | Users\PFries\Daily Reports PM\TS-12\NECMSC000845--OPEN ITEMS PM ANNUAL.xls | xls |
| 413. | Users\PFries\Daily Reports PM\TS-12\NECMSC000846--TS12  022404 PM PASSDOWN.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 414. | Users\PFries\Daily Reports PM\TS-12\NECMSC000847--TS12 022504 PM PASSDOWN.doc | doc |
| 415. | Users\PFries\Daily Reports PM\TS-12\NECMSC000848--TS12 022604 PM PASSDOWN.doc | doc |
| 416. | Users\PFries\Daily Reports PM\TS-12\NECMSC000849--TS12 022704 PM PASSDOWN.doc | doc |
| 417. | Users\PFries\Daily Reports PM\TS-14\NECMSC000850--open items 052104.xls | xls |
| 418. | Users\PFries\Daily Reports PM\TS-15\ANNUAL\NECMSC000851--open items042304.xls | xls |
| 419. | Users\PFries\Daily Reports PM\TS-16\NECMSC000852--TS-16, 053003 PM PASSDOWN.doc | doc |
| 420. | Users\PFries\Daily Reports PM\TS-16\NECMSC000853--TS-16, 082503 PM PASSDOWN.doc | doc |
| 421. | Users\PFries\Daily Reports PM\TS-16\NECMSC000854--TS-16, 082603 PM PASSDOWN.doc | doc |
| 422. | Users\PFries\Daily Reports PM\TS-16\NECMSC000855--TS-16, 082703 PM PASSDOWN.doc | doc |
| 423. | Users\PFries\Daily Reports PM\TS-16\NECMSC000856--TS-16, 082803 PM PASSDOWN.doc | doc |
| 424. | Users\PFries\Daily Reports PM\TS-16\NECMSC000857--TS-16, 082903 PM PASSDOWN.doc | doc |
| 425. | Users\PFries\Daily Reports PM\TS-16\NECMSC000858--TS-16, 083003 PM PASSDOWN.doc | doc |
| 426. | Users\PFries\Daily Reports PM\TS-16\NECMSC000859--TS-16, 090103 PM PASSDOWN.doc | doc |
| 427. | Users\PFries\Daily Reports PM\TS-16\NECMSC000860--TS-16, 090203 PM PASSDOWN.doc | doc |
| 428. | Users\PFries\Daily Reports PM\TS-18\NECMSC000861--TS-18, 092203 PM PASSDOWN.doc | doc |
| 429. | Users\PFries\Daily Reports PM\TS-18\NECMSC000862--TS-18, 092303 PM PASSDOWN.doc | doc |
| 430. | Users\PFries\Daily Reports PM\TS-18\NECMSC000863--TS-18, 092403 PM PASSDOWN.doc | doc |
| 431. | Users\PFries\Daily Reports PM\TS-18\NECMSC000864--TS-18, 092503 PM PASSDOWN.doc | doc |
| 432. | Users\PFries\Daily Reports PM\TS-18\NECMSC000865--TS-18, 092603 PM PASSDOWN.doc | doc |
| 433. | Users\PFries\Daily Reports PM\TS-18\NECMSC000866--TS-18, 092703 PM PASSDOWN.doc | doc |
| 434. | Users\PFries\Daily Reports PM\TS-18\NECMSC000867--TS-18, 093003 PM PASSDOWN.doc | doc |
| 435. | Users\PFries\Daily Reports PM\TS-18\NECMSC000868--TS-18, 100103 PM PASSDOWN.doc | doc |
| 436. | Users\PFries\Daily Reports PM\TS-18\NECMSC000869--TS-18, 100203 PM PASSDOWN.doc | doc |
| 437. | Users\PFries\Daily Reports PM\TS-18\NECMSC000870--TS-18, 100303 PM PASSDOWN.doc | doc |
| 438. | Users\PFries\Daily Reports PM\TS-18\NECMSC000871--TS-18, 100503 PM PASSDOWN.doc | doc |
| 439. | Users\PFries\Daily Reports PM\TS-18\NECMSC000872--TS-18, 100603 PM PASSDOWN.doc | doc |
| 440. | Users\PFries\Daily Reports PM\TS-18\NECMSC000873--TS-18, 100703 PM PASSDOWN.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 441. | Users\PFries\Daily Reports PM\TS-18\NECMSC000874--TS-18, 100803 PM PASSDOWN.doc | doc |
| 442. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000875--TS-18, 010504 PM PASSDOWN.doc | doc |
| 443. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000876--TS-18, 010604 PM PASSDOWN.doc | doc |
| 444. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000877--TS-18, 010704 PM PASSDOWN.doc | doc |
| 445. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000878--TS-18, 010804 PM PASSDOWN.doc | doc |
| 446. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000879--TS-18, 010904 PM PASSDOWN.doc | doc |
| 447. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000880--TS-18, 011004 PM PASSDOWN.doc | doc |
| 448. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000881--TS-18, 011204 PM PASSDOWN.doc | doc |
| 449. | Users\PFries\Daily Reports PM\TS-18\92day\NECMSC000882--TS-18, 011304 PM PASSDOWN.doc | doc |
| 450. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000883--open insp items MACHINIST 080803.xls | xls |
| 451. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000884--TS19 daily report 073103.doc | doc |
| 452. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000885--TS19 daily report 080103.doc | doc |
| 453. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000886--TS19 daily report 080403.doc | doc |
| 454. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000887--TS19 daily report 080503.doc | doc |
| 455. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000888--TS19 daily report 080603.doc | doc |
| 456. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000889--TS19 daily report 080703.doc | doc |
| 457. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000890--TS19 daily report 080803.doc | doc |
| 458. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000891--TS19 daily report072803.doc | doc |
| 459. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000892--TS19 daily report072903.doc | doc |
| 460. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2003\NECMSC000893--TS19 daily report073003.doc | doc |
| 461. | Users\PFries\Daily Reports PM\TS-19\ANNUAL AUG 2004\NECMSC000894--open items 081904.xls | xls |
| 462. | Users\PFries\Daily Reports PM\TS-2\NECMSC000895--TS-2, 090303 PM PASSDOWN.doc | doc |
| 463. | Users\PFries\Daily Reports PM\TS-2\NECMSC000896--TS-2, 090403 PM PASSDOWN.doc | doc |
| 464. | Users\PFries\Daily Reports PM\TS-2\NECMSC000897--TS-2, 090503 PM PASSDOWN.doc | doc |
| 465. | Users\PFries\Daily Reports PM\TS-2\NECMSC000898--TS-2, 090803 PM PASSDOWN.doc | doc |
| 466. | Users\PFries\Daily Reports PM\TS-2\NECMSC000899--TS-2, 090903 PM PASSDOWN.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 467. | Users\PFries\Daily Reports PM\TS-2\NECMSC000900--TS-2, 091003 PM PASSDOWN.doc | doc |
| 468. | Users\PFries\Daily Reports PM\TS-2\NECMSC000901--TS-2, 091103 PM PASSDOWN.doc | doc |
| 469. | Users\PFries\Daily Reports PM\TS-2\NECMSC000902--TS-2, 091203 PM PASSDOWN.doc | doc |
| 470. | Users\PFries\Daily Reports PM\TS-2\NECMSC000903--TS-2, 091303 PM PASSDOWN.doc | doc |
| 471. | Users\PFries\Daily Reports PM\TS-2\NECMSC000904--TS-2, 091503 PM PASSDOWN.doc | doc |
| 472. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000905--TS-2, 010104 PM PASSDOWN.doc | doc |
| 473. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000906--TS-2, 010204 PM PASSDOWN.doc | doc |
| 474. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000907--TS-2, 010504 PM PASSDOWN.doc | doc |
| 475. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000908--TS-2, 091503 PM PASSDOWN.doc | doc |
| 476. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000909--TS-2, 122403 PM PASSDOWN.doc | doc |
| 477. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000910--TS-2, 122603 PM PASSDOWN.doc | doc |
| 478. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000911--TS-2, 122703 PM PASSDOWN.doc | doc |
| 479. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000912--TS-2, 122903 PM PASSDOWN.doc | doc |
| 480. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000913--TS-2, 123003 PM PASSDOWN.doc | doc |
| 481. | Users\PFries\Daily Reports PM\TS-2\92-DAY122403\NECMSC000914--TS-2, 123103 PM PASSDOWN.doc | doc |
| 482. | Users\PFries\Daily Reports PM\TS-20\NECMSC000915--Trainset.doc | doc |
| 483. | Users\PFries\Daily Reports PM\TS-20\NECMSC000916--TS-20 daily report072103.doc | doc |
| 484. | Users\PFries\Daily Reports PM\TS-20\NECMSC000917--TS-20 daily report072303.doc | doc |
| 485. | Users\PFries\Daily Reports PM\TS-20\NECMSC000918--TS-20 daily report072403.doc | doc |
| 486. | Users\PFries\Daily Reports PM\TS-20\NECMSC000919--TS-20 daily report072503.doc | doc |
| 487. | Users\PFries\Daily Reports PM\TS-20\NECMSC000920--TS-20, 101303 PM PASSDOWN.doc | doc |
| 488. | Users\PFries\Daily Reports PM\TS-20\NECMSC000921--TS-20, 101403 PM PASSDOWN.doc | doc |
| 489. | Users\PFries\Daily Reports PM\TS-20\NECMSC000922--TS-20, 101503 PM PASSDOWN.doc | doc |
| 490. | Users\PFries\Daily Reports PM\TS-20\NECMSC000923--TS-20, 101603 PM PASSDOWN.doc | doc |
| 491. | Users\PFries\Daily Reports PM\TS-20\NECMSC000924--TS-20, 101703 PM PASSDOWN.doc | doc |
| 492. | Users\PFries\Daily Reports PM\TS-20\NECMSC000925--TS-20, 101903 PM PASSDOWN.doc | doc |
| 493. | Users\PFries\Daily Reports PM\TS-20\NECMSC000926--TS-20, 102003 PM PASSDOWN.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 494. | Users\PFries\Daily Reports PM\TS-20\NECMSC000927--TS-20, 102103 PM PASSDOWN.doc | doc |
| 495. | Users\PFries\Daily Reports PM\TS-20\NECMSC000928--TS-20, 102203 PM PASSDOWN.doc | doc |
| 496. | Users\PFries\Daily Reports PM\TS-20\NECMSC000929--TS-20, 102303 PM PASSDOWN.doc | doc |
| 497. | Users\PFries\Daily Reports PM\TS-20\NECMSC000930--TS20 annual102203.xls | xls |
| 498. | Users\PFries\Daily Reports PM\TS-3\NECMSC000931--open insp items 081603.xls | xls |
| 499. | Users\PFries\Daily Reports PM\TS-3\NECMSC000932--open insp items MACHINIST 081603.xls | xls |
| 500. | Users\PFries\Daily Reports PM\TS-3\NECMSC000933--TS3 daily report 081403.doc | doc |
| 501. | Users\PFries\Daily Reports PM\TS-3\NECMSC000934--TS3 daily report 081503.doc | doc |
| 502. | Users\PFries\Daily Reports PM\TS-3\NECMSC000935--TS3 daily report 081603.doc | doc |
| 503. | Users\PFries\Daily Reports PM\TS-3\NECMSC000936--TS3 daily report 081803.doc | doc |
| 504. | Users\PFries\Daily Reports PM\TS-3\NECMSC000937--TS3 daily report 081903.doc | doc |
| 505. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000938--TS-3,021604 PM PASSDOWN.doc | doc |
| 506. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000939--TS-3,021704 PM PASSDOWN.doc | doc |
| 507. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000940--TS-3,021804 PM PASSDOWN.doc | doc |
| 508. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000941--TS3 021904 PM PASSDOWN.doc | doc |
| 509. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000942--TS3 022004 PM PASSDOWN.doc | doc |
| 510. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000943--TS3 022404 PM PASSDOWN.doc | doc |
| 511. | Users\PFries\Daily Reports PM\TS-3\ANNUAL\NECMSC000944--~0062301.doc | doc |
| 512. | Users\PFries\Daily Reports PM\TS-4\NECMSC000945--TS-4, 062703 PASSDOWN.doc | doc |
| 513. | Users\PFries\Daily Reports PM\TS-4\NECMSC000946--TS-4, 121503 PM PASSDOWN.doc | doc |
| 514. | Users\PFries\Daily Reports PM\TS-4\NECMSC000947--TS-4, 121603 PM PASSDOWN.doc | doc |
| 515. | Users\PFries\Daily Reports PM\TS-4\NECMSC000948--TS-4, 121703 PM PASSDOWN.doc | doc |
| 516. | Users\PFries\Daily Reports PM\TS-4\NECMSC000949--TS-4, 121803 PM PASSDOWN.doc | doc |
| 517. | Users\PFries\Daily Reports PM\TS-4\NECMSC000950--TS-4, 121903 PM PASSDOWN.doc | doc |
| 518. | Users\PFries\Daily Reports PM\TS-4\NECMSC000951--TS-4, 122203 PM PASSDOWN.doc | doc |
| 519. | Users\PFries\Daily Reports PM\TS-4\NECMSC000952--TS-4, 122303 PM PASSDOWN.doc | doc |
| 520. | Users\PFries\Daily Reports PM\TS-4\ANNUAL\NECMSC000953--2004 ANNUAL open items.xls | xls |
| 521. | Users\PFries\Daily Reports PM\TS-5\NECMSC000954--TS5 OPEN ITEMS 050704.xls | xls |
| 522. | Users\PFries\Daily Reports PM\TS-5\NECMSC000955--TS5 OPEN ITEMS 051004.xls | xls |
| 523. | Users\PFries\Daily Reports PM\TS-6\NECMSC000956--TS 6 daily report.doc | doc |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 524. | Users\PFries\Daily Reports PM\TS-6\NECMSC000957--TS-6 daily report june26'.doc | doc |
| 525. | Users\PFries\Daily Reports PM\TS-6\NECMSC000958--TS-6 daily report070203'.doc | doc |
| 526. | Users\PFries\Daily Reports PM\TS-6\NECMSC000959--TS-6 daily report070303 .doc | doc |
| 527. | Users\PFries\Daily Reports PM\TS-6\NECMSC000960--TS-6 daily report070703.doc | doc |
| 528. | Users\PFries\Daily Reports PM\TS-6\NECMSC000961--TS-6 daily report070803.doc | doc |
| 529. | Users\PFries\Daily Reports PM\TS-6\NECMSC000962--TS-6 daily report070903.doc | doc |
| 530. | Users\PFries\Daily Reports PM\TS-6\NECMSC000963--TS-6 daily report071103.doc | doc |
| 531. | Users\PFries\Daily Reports PM\TS-6\Annual\NECMSC000964--Open Inspection Items.xls | xls |
| 532. | Users\PFries\Daily Reports PM\TS-7\NECMSC000965--TS-7, 112803 PM PASSDOWN.doc | doc |
| 533. | Users\PFries\Daily Reports PM\TS-7\NECMSC000966--TS-7, 120103 PM PASSDOWN.doc | doc' |
| 534. | Users\PFries\Daily Reports PM\TS-7\NECMSC000967--TS-7, 120203 PM PASSDOWN.doc | doc |
| 535. | Users\PFries\Daily Reports PM\TS-7\NECMSC000968--TS-7, 120303 PM PASSDOWN.doc | doc |
| 536. | Users\PFries\Daily Reports PM\TS-7\NECMSC000969--TS-7, 120403 PM PASSDOWN.doc | doc |
| 537. | Users\PFries\Daily Reports PM\TS-7\NECMSC000970--TS-7, 120503 PM PASSDOWN.doc | doc |
| 538. | Users\PFries\Daily Reports PM\TS-7\NECMSC000971--TS-7, 120803 PM PASSDOWN.doc | doc |
| 539. | Users\PFries\Daily Reports PM\TS-7\NECMSC000972--TS-7, 120903 PM PASSDOWN.doc | doc |
| 540. | Users\PFries\Daily Reports PM\TS-7\NECMSC000973--TS-7, 121003 PM PASSDOWN.doc | doc |
| 541. | Users\PFries\Daily Reports PM\TS-7\NECMSC000974--TS-7, 121103 PM PASSDOWN.doc | doc |
| 542. | Users\PFries\Daily Reports PM\TS-8\NECMSC000975--TS-8, 011404 PM PASSDOWN.doc | doc |
| 543. | Users\PFries\Daily Reports PM\TS-8\NECMSC000976--TS-8, 012604 PM PASSDOWN.doc | doc |
| 544. | Users\PFries\Daily Reports PM\TS-8\NECMSC000977--TS-8, 012704 PM PASSDOWN.doc | doc |
| 545. | Users\PFries\Daily Reports PM\TS-8\NECMSC000978--TS-8, 012804 PM PASSDOWN.doc | doc |
| 546. | Users\PFries\Daily Reports PM\TS-8\NECMSC000979--TS-8, 012904 PM PASSDOWN.doc | doc |
| 547. | Users\PFries\Daily Reports PM\TS-8\NECMSC000980--TS-8, 013004 PM PASSDOWN.doc | doc |
| 548. | Users\PFries\Daily Reports PM\TS-8\NECMSC000981--TS-8, 013104 PM PASSDOWN.doc | doc |
| 549. | Users\PFries\Daily Reports PM\TS-8\NECMSC000982--TS-8,020204 PM PASSDOWN.doc | doc |
| 550. | Users\PFries\Daily Reports PM\TS-9\92 day 052204\NECMSC000983--open insp items 053105.xls | xls |
| 551. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000984--open insp items 082303.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 552. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000985--open insp items 92 TEMPLET.xls | xls |
| 553. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000986--open insp itemsTEMPLET.xls | xls |
| 554. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000987--TS_9 daily report 082003.doc | doc |
| 555. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000988--TS_9 daily report 082103.doc | doc |
| 556. | Users\PFries\Daily Reports PM\TS-9\92 day082203\NECMSC000989--TS_9 daily report 082203.doc | doc |
| 557. | Users\PFries\Inspection Documents\NECMSC000990--Tool and Material List.doc | doc |
| 558. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000991--hyperlink PM templet ANNUAL#2.xls | xls |
| 559. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000992--PM Matrix, no crafts.xls | xls |
| 560. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000993--PM Matrix,92a,b,c,d REDUCED.xls | xls |
| 561. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000994--PM Matrix,92a,b,c,d.xls | xls |
| 562. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000995--PM Matrix,92a,b,c,d_safety.xls | xls |
| 563. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000996--PM Matrix,92a.xls | xls |
| 564. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000997--PM Matrix,92a_b_c_d.xls | xls |
| 565. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000998--PM Matrix,92b.xls | xls |
| 566. | Users\PFries\Inspection Documents\ANNUAL\NECMSC000999--PM Matrix,92c.xls | xls |
| 567. | Users\PFries\Inspection Documents\ANNUAL\NECMSC001000--PM Matrix,92d.xls | xls |
| 568. | Users\PFries\ITM\TM\NECMSC001003--PM Matrix,92a,b,c,d_safety.xls | xls |
| 569. | Users\PFries\ITM\TM\NECMSC001004--SRM_1_PC.pdf | pdf |
| 570. | Users\PFries\Schedule Maintenance Procedure\NECMSC001030--Table of Contents.doc | doc |
| 571. | Users\PFries\Schedule Maintenance Procedure\NECMSC001031--Task numbers 05282002.XLS | XLS |
| 572. | Users\PFries\Schedule Maintenance Procedure\NECMSC001032--TOC.doc | doc |
| 573. | Users\PMwai\LCC\NECMSC001043--LCC Summary (Rev 8).xls | xls |
| 574. | Users\PMwai\Materials\NECMSC001044--Items requiring MRR Ispection.xls | xls |
| 575. | Users\PMwai\Materials\NECMSC001045--Plan1.xls | xls |
| 576. | Users\PMwai\Materials\Contract 041 (NEC) Hardware\NECMSC001046--NEC Hardware.xls | xls |
| 577. | Users\PMwai\Materials\Customer Services\NECMSC001047--DC Inventory 30 March-04.xls | xls |
| 578. | Users\PMwai\Materials\Customer Services\Consignment Inventory\CS Inventory\NECMSC001048--DC Inventory March 30-04.xls | xls |
| 579. | | |
| 580. | Users\PMwai\Materials\Customer Services\Parts Transfer, Washington (May-July 2004)\NECMSC001051--CS Parts Transfer (working file).xls | xls |
| 581. | Users\PMwai\Materials\Customer Services\Parts Transfer, Washington (May-July 2004)\NECMSC001052--Main list (working file).xls | xls |
| 582. | Users\PMwai\Materials\Customer Services\Parts Transfer, Washington (May-July 2004)\Temporary Folder\NECMSC001053--Main list (working file).xls | xls |
| 583. | Users\PMwai\Materials\Materials Planning\NECMSC001055--All Items & Locations.XLS | XLS |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| Table 1 – File/Pathname | | File Type |
|---|---|---|
| 584. | Users\PMwai\Materials\Materials Planning\NECMSC001056--All PO's linked to RO's (05-13-04).doc | doc |
| 585. | Users\PMwai\Materials\Materials Planning\NECMSC001058--Critical Items Report1.xls | xls |
| 586. | Users\PMwai\Materials\Materials Planning\NECMSC001059--F813A760 | |
| 587. | Users\PMwai\Materials\Materials Planning\NECMSC001060--Inventory Transactions for week ending 7-12-04.xls | xls |
| 588. | Users\PMwai\Materials\Materials Planning\NECMSC001061--Inventory Usage for Review (Boston).xls | xls |
| 589. | Users\PMwai\Materials\Materials Planning\NECMSC001063--items below minimum qty - planner report.xls | xls |
| 590. | Users\PMwai\Materials\Materials Planning\NECMSC001064--materials planning report (05-04-04).xls | xls |
| 591. | Users\PMwai\Materials\Materials Planning\NECMSC001065--materials planning report (all warehouses).doc | doc |
| 592. | Users\PMwai\Materials\Materials Planning\NECMSC001067--NEC-MSC Inventory Value Summary.xls | xls |
| 593. | Users\PMwai\Materials\Materials Planning\NECMSC001068--PARTS MOVED FROM IVYb.xls | xls |
| 594. | Users\PMwai\Materials\Materials Planning\NECMSC001069--Transferred Inventory Value Detail (09-23-03).xls | xls |
| 595. | Users\PMwai\Materials\Materials Planning\NECMSC001070--USAGE 2003.xls | xls |
| 596. | Users\PMwai\Materials\Materials Planning\NECMSC001071--Washington Inventory Value Detail (09-23-03).xls | xls |
| 597. | Users\PMwai\Materials\Materials Planning\Amtrak\NECMSC001072---materials plannning report (all).xls | xls |
| 598. | Users\PMwai\Materials\Materials Planning\Amtrak\NECMSC001073--all open po's.XLS | XLS |
| 599. | Users\PMwai\Materials\Materials Planning\Amtrak\NECMSC001074--all open ro's.XLS | XLS |
| 600. | Users\PMwai\Materials\Materials Planning\Amtrak\NECMSC001075--materials usage (by warehouse).xls | xls |
| 601. | Users\PMwai\Materials\Materials Planning\Amtrak\NECMSC001076--min-max-reorder points (nec warehouses).xls | xls |
| 602. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data\NECMSC001077--Inventory & Usage.xls | xls |
| 603. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001078--all open po's.XLS | XLS |
| 604. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001079--all open ro's (rev 1).txt | txt |
| 605. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001080--all open ro's.XLS | XLS |
| 606. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001081--Master File.xls | xls |
| 607. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001082--materials plannning report (all).xls | xls |
| 608. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001083--materials usage (by warehouse).xls | xls |
| 609. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\NECMSC001084--min-max-reorder points (nec warehouses).xls | xls |
| 610. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\Master Data\NECMSC001085--Item Info Results PMwai 06-02-04.xls | xls |