| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 611. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\Master Data\NECMSC001086--materials usage (by warehouse).xls | xls |
| 612. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\Master Data\Working Data\NECMSC001087--2002.XLS | XLS |
| 613. | Users\PMwai\Materials\Materials Planning\Amtrak\Inventory Data for Amtrak\Master Data\Working Data\NECMSC001088--Maria's data.xls | xls |
| 614. | Users\PMwai\Materials\Materials Planning\Amtrak\Material Issue History\NECMSC001089--2001.XLS | XLS |
| 615. | Users\PMwai\Materials\Materials Planning\Amtrak\Material Issue History\NECMSC001090--2002.XLS | XLS |
| 616. | Users\PMwai\Materials\Materials Planning\Amtrak\Material Issue History\NECMSC001091--2003.XLS | XLS |
| 617. | Users\PMwai\Materials\Materials Planning\Amtrak\Material Issue History\NECMSC001092--2004.XLS | XLS |
| 618. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\NECMSC001093--2002.XLS | XLS |
| 619. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\NECMSC001094--2003.XLS | XLS |
| 620. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\NECMSC001095--2004.XLS | XLS |
| 621. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\Usage History\NECMSC001096--2002 Usage.xls | xls |
| 622. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\Usage History\NECMSC001097--2003 Usage.xls | xls |
| 623. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\Usage History\NECMSC001098--2004 Usage.xls | xls |
| 624. | Users\PMwai\Materials\Materials Planning\Amtrak\Working Files\Usage History\NECMSC001099--Inventory & Usage.xls | xls |
| 625. | Users\PMwai\Materials\Materials Planning\Data\NECMSC001101--All Items, Locations, QOH, Planning Settings.XLS | XLS |
| 626. | Users\PMwai\Materials\Materials Planning\Data\NECMSC001102--All Knorr Item Codes & Mfg Part Numbers.xls | xls |
| 627. | Users\PMwai\Materials\Materials Planning\Data\NECMSC001103--Inventory Value Detail.XLS | XLS |
| 628. | Users\PMwai\Materials\Materials Planning\Knorr\NECMSC001104--ta_c_matl_planning_all 7-15-04.xls | xls |
| 629. | Users\PMwai\Materials\Materials Planning\Material Transfers\NECMSC001106--All Transfers (Jan to July 2004).xls | xls |
| 630. | Users\PMwai\Materials\Rebuild Orders\NECMSC001108--All open RO's (11-16-04).xls | xls |
| 631. | Users\PMwai\Materials\Warranty Stock\NECMSC001109--doc22 (copy).xls | xls |
| 632. | Users\PMwai\Materials\Warranty Stock\NECMSC001111--doc22.xls | xls |
| 633. | Users\PMwai\Old Computer DOcs\NECMSC001112--LRU&capital0825vendor.xls | xls |
| 634. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\NECMSC001113--LRU&capital0609vendor.xls | xls |
| 635. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001114--CMT1-2~1.XLS | XLS |
| 636. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001115--LCC Analysis.XLS | XLS |
| 637. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001116--NEC_Brakes_Knorr_Jan2K.xls | xls |
| 638. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001117--SMMC22~1.XLS | XLS |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 639. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001118--SMOHC2~1.XLS | XLS |
| 640. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\KNORR\Knorr LCC Analysis\Knorr\NECMSC001119--U969404.doc | doc |
| 641. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\TRASH\NEC Maintenance Budget\NECMSC001121--Budget File (Copy).xls | xls |
| 642. | Users\PMwai\Spear2000\NECMSC001127--Items with Long Desc 6-17-04 (rev 1).xls | xls |
| 643. | Users\PMwai\Spear2000\NECMSC001128--MSR Log.xls | xls |
| 644. | Users\PMwai\Spear2000\NECMSC001129--PHILIP - DONALD.xls | xls |
| 645. | Users\PMwai\Trainset\NECMSC001130--041_Internal_Reliability_Report_Trainsets_Septembre 03.pdf | pdf |
| 646. | Users\PMwai\Trash\NECMSC001131--LRU&capital0609vendor.xls | xls |
| 647. | Users\PMwai\Trash\NECMSC001132--NY Bombardier CS Inventory.xls | xls |
| 648. | Users\PMwai\Trash\Temporary Folder\NECMSC001133--BOMB CS NY INVENTORY.xls | xls |
| 649. | Users\PMwai\Trash\Temporary Folder\NECMSC001134--DISCREPANCY REPORT IVYRA DEC-13-03.xls | xls |
| 650. | Users\RGlidden\NECMSC001136--part numbers.xls | xls |
| 651. | Users\SBumra\NECMSC001137--wheel set replacement.doc | doc |
| 652. | Users\SBumra\chris\NECMSC001138--Truck location and component location WDC 03-15-051.xls | xls |
| 653. | Users\SBumra\chris\NECMSC001139--Truck replacement MEMFIS all.xls | xls |
| 654. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001141--3402 08-30-02 PC-EC (TS-11).xls | xls |
| 655. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001142--3440 09-06-02 PC-FC (TS-11).xls | xls |
| 656. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001143--3450 09-08-02 PC-EC (TS-11).xls | xls |
| 657. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001144--3464 09-09-02 PC-FC (TS-11).xls | xls |
| 658. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001145--3478 09-11-02 PC-EC (TS-11).xls | xls |
| 659. | Users\SBumra\Philip_Wheels\FRA\TS-11 Diagnostics\NECMSC001146--3569 09-16-02 PC-FC (TS-11).xls | xls |
| 660. | Users\WClark\NECMSC001154--ERAU_Under_Grad_Cat.pdf | pdf |
| 661. | Users\WClark\NECMSC001155--FOR_Parts.XLS | XLS |
| 662. | Users\WClark\NECMSC001156--NOT_For_Parts.XLS | XLS |
| 663. | Users\WClark\100NIKON\Mono_Block_Disc_Crack_TS-08_3548_R-3\NECMSC001157--Wheelset changeout Revised 8-11-04.doc | doc |
| 664. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001158--Customer_Service_ Meeting_ Minutes_01_Nov_04.xls | xls |
| 665. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001159--Customer_Service_ Meeting_ Minutes_01_Sep_04.xls | xls |
| 666. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001160--Customer_Service_ Meeting_ Minutes_02_Aug_04.xls | xls |
| 667. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001161--Customer_Service_ Meeting_ Minutes_03_Dec_04.xls | xls |
| 668. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001162--Customer_Service_ Meeting_ Minutes_04_Aug_04.xls | xls |
| 669. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001163--Customer_Service_ Meeting_ Minutes_05_Nov_04.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 670. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001164--Customer_Service_ Meeting_ Minutes_06_Aug_04.xls | xls |
| 671. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001165--Customer_Service_ Meeting_ Minutes_08_Nov_04.xls | xls |
| 672. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001166--Customer_Service_ Meeting_ Minutes_08_Sep_04.xls | xls |
| 673. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001167--Customer_Service_ Meeting_ Minutes_09_Aug_04.xls | xls |
| 674. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001168--Customer_Service_ Meeting_ Minutes_09_July_04.xls | xls |
| 675. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001169--Customer_Service_ Meeting_ Minutes_09_June_04.xls | xls |
| 676. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001170--Customer_Service_ Meeting_ Minutes_10_Dec_04.xls | xls |
| 677. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001171--Customer_Service_ Meeting_ Minutes_10_Nov_04.xls | xls |
| 678. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001172--Customer_Service_ Meeting_ Minutes_10_Sep_04.xls | xls |
| 679. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001173--Customer_Service_ Meeting_ Minutes_11_Aug_04.xls | xls |
| 680. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001174--Customer_Service_ Meeting_ Minutes_11_June_04.xls | xls |
| 681. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001175--Customer_Service_ Meeting_ Minutes_12_July_04.xls | xls |
| 682. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001176--Customer_Service_ Meeting_ Minutes_12_Nov_04.xls | xls |
| 683. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001177--Customer_Service_ Meeting_ Minutes_13_Aug_04.xls | xls |
| 684. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001178--Customer_Service_ Meeting_ Minutes_13_Sep_04.xls | xls |
| 685. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001179--Customer_Service_ Meeting_ Minutes_14_June_04.xls | xls |
| 686. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001180--Customer_Service_ Meeting_ Minutes_15_Dec_04.xls | xls |
| 687. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001181--Customer_Service_ Meeting_ Minutes_15_Sep_04.xls | xls |
| 688. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001182--Customer_Service_ Meeting_ Minutes_16_Aug_04.xls | xls |
| 689. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001183--Customer_Service_ Meeting_ Minutes_16_July_04.xls | xls |
| 690. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001184--Customer_Service_ Meeting_ Minutes_16_June_04.xls | xls |
| 691. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001185--Customer_Service_ Meeting_ Minutes_17_Sep_04.xls | xls |
| 692. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001186--Customer_Service_ Meeting_ Minutes_18_Aug_04.xls | xls |
| 693. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001187--Customer_Service_ Meeting_ Minutes_18_Dec_04.xls | xls |
| 694. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001188--Customer_Service_ Meeting_ Minutes_18_June_04.xls | xls |
| 695. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001189--Customer_Service_ Meeting_ Minutes_18_Oct_04.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 696. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001190--Customer_Service_Meeting_Minutes_19_July_04.xls | xls |
| 697. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001191--Customer_Service_Meeting_Minutes_20_Aug_04.xls | xls |
| 698. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001192--Customer_Service_Meeting_Minutes_20_Oct_04.xls | xls |
| 699. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001193--Customer_Service_Meeting_Minutes_20_Sep_04.xls | xls |
| 700. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001194--Customer_Service_Meeting_Minutes_21_July_04.xls | xls |
| 701. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001195--Customer_Service_Meeting_Minutes_21_June_04.xls | xls |
| 702. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001196--Customer_Service_Meeting_Minutes_22_Oct_04.xls | xls |
| 703. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001197--Customer_Service_Meeting_Minutes_22_Sep_04.xls | xls |
| 704. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001198--Customer_Service_Meeting_Minutes_23_Aug_04.xls | xls |
| 705. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001199--Customer_Service_Meeting_Minutes_23_July_04.xls | xls |
| 706. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001200--Customer_Service_Meeting_Minutes_25_Aug_04.xls | xls |
| 707. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001201--Customer_Service_Meeting_Minutes_25_June_04.xls | xls |
| 708. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001202--Customer_Service_Meeting_Minutes_25_Oct_04.xls | xls |
| 709. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001203--Customer_Service_Meeting_Minutes_26_July_04.xls | xls |
| 710. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001204--Customer_Service_Meeting_Minutes_27_Aug_04.xls | xls |
| 711. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001205--Customer_Service_Meeting_Minutes_27_June_04.xls | xls |
| 712. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001206--Customer_Service_Meeting_Minutes_27_Oct_04.xls | xls |
| 713. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001207--Customer_Service_Meeting_Minutes_28_July_04.xls | xls |
| 714. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001208--Customer_Service_Meeting_Minutes_28_June_04.xls | xls |
| 715. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001209--Customer_Service_Meeting_Minutes_29_Oct_04.xls | xls |
| 716. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001210--Customer_Service_Meeting_Minutes_30_Aug_04.xls | xls |
| 717. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001211--Customer_Service_Meeting_Minutes_30_July_04.xls | xls |
| 718. | Users\WClark\Customer_Service_Engineering_Minutes\NECMSC001212--Customer_Service_Meeting_Minutes_30_June_04.xls | xls |
| 719. | Users\WClark\Data_Wheels\TS_05_Stuff\NECMSC001213--ME-TS05-02062003.xls | xls |
| 720. | Users\WClark\Data_Wheels\TS_05_Stuff\NECMSC001214--ME_2009_ALL_02062003_051349.TXT | TXT |
| 721. | Users\WClark\Data_Wheels\TS_05_Stuff\NECMSC001215--ME_2009_ALL_02062003_162105.TXT | TXT |
| 722. | Users\WClark\Failure_Review\NECMSC001216--2004 Termination vs annullments vs delays (version 3).xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 723. | Users\WClark\Failure_Review\Arrow_Reports\NECMSC001217--HST fleet reliability Mar-Dec 04 updated by PM nov10 .xls | xls |
| 724. | Users\WClark\Failure_Review\Arrow_Reports\Feb_05\NECMSC001218--01_Feb_05.xls | xls |
| 725. | Users\WClark\Failure_Review\Arrow_Reports\Feb_05\NECMSC001219--14_Feb_05.xls | xls |
| 726. | Users\WClark\Failure_Review\Arrow_Reports\March_05\NECMSC001220--01_March_05.xls | xls |
| 727. | Users\WClark\Failure_Review\Arrow_Reports\March_05\NECMSC001221--29_March_05.xls | xls |
| 728. | Users\WClark\Failure_Review\Events_From_Failures\TS_14_Events_21_Jan_05\NECMSC001226--ME_2010_ALL_01212005_002915.TXT | TXT |
| 729. | Users\WClark\Failure_Review\Events_From_Failures\TS_14_Events_21_Jan_05\NECMSC001227--TS_06_Combine_Events | |
| 730. | Users\WClark\Failure_Review\Events_From_Failures\TS_14_Events_21_Jan_05\NECMSC001228--TS_14_Combine_Events.xls | xls |
| 731. | Users\WClark\Failure_Review\Old_Data\NECMSC001229--Maint_Failures.xls | xls |
| 732. | Users\WClark\Failure_Review\Old_Data\NECMSC001230--Systems_Trainsets.xls | xls |
| 733. | Users\WClark\Failure_Review\Old_Data\AMT_2153_TS_05\NECMSC001231--ME_2020_ALL_11252003_151516.TXT | TXT |
| 734. | Users\WClark\Failure_Review\Old_Data\AMT_2153_TS_05\NECMSC001232--ME_2020_ALL_11252003_151516.xls | xls |
| 735. | Users\WClark\Failure_Review\Old_Data\AMT_2159_TS_09\NECMSC001233--ME-TS09-06252003.xls | xls |
| 736. | Users\WClark\Failure_Review\Old_Data\AMT_2159_TS_09\NECMSC001234--ME_2039_ALL_06252003_061119.xls | xls |
| 737. | Users\WClark\Failure_Review\Old_Data\AMT_2167_TS_13\TS_13_Service_Failure\NECMSC001235--ME_2027_ALL_07222003_085558.TXT | TXT |
| 738. | Users\WClark\Failure_Review\Old_Data\AMT_2167_TS_13\TS_13_Service_Failure\NECMSC001236--ME_2033_ALL_07222003_085641.TXT | TXT |
| 739. | Users\WClark\Failure_Review\Old_Data\AMT_2170_TS_15\NECMSC001237--ME_2007_ALL_07022003_065947.TXT | TXT |
| 740. | Users\WClark\Failure_Review\Old_Data\AMT_2170_TS_15\NECMSC001238--ME_2028_ALL_07022003_070056.TXT | TXT |
| 741. | Users\WClark\Failure_Review\Old_Data\AMT_2170_TS_15\Data\NECMSC001239--ME_2007_ALL_07022003_065947.TXT | TXT |
| 742. | Users\WClark\Failure_Review\Old_Data\AMT_2170_TS_15\Data\NECMSC001240--ME_2028_ALL_07022003_070056.TXT | TXT |
| 743. | Users\WClark\Failure_Review\Old_Data\AMT_2190_TS_19\NECMSC001241--ME_2024_ALL_01162004_174421.TXT | TXT |
| 744. | Users\WClark\Failure_Review\Old_Data\Failure_Tools\NECMSC001242--Systems_Trainsets.xls | xls |
| 745. | Users\WClark\Failure_Review\SPEAR_DATA\NECMSC001243--Closed_CWO_13_Feb_05_TO_27_Feb_05.XLS | XLS |
| 746. | Users\WClark\Failure_Review\SPEAR_DATA\NECMSC001244--Closed_CWO_16_Jan_05_TO_30_Jan_05.XLS | XLS |
| 747. | Users\WClark\Failure_Review\SPEAR_DATA\NECMSC001245--Closed_CWO_27_Feb_05_TO_13_Mar_05.XLS | XLS |
| 748. | Users\WClark\Failure_Review\SPEAR_DATA\NECMSC001246--Closed_CWO_30_Jan_05_TO_13_Feb_05.XLS | XLS |
| 749. | Users\WClark\Failure_Review\TS_01\27_Jan_05\NECMSC001247--ME_TS01_01292005.XLS | XLS |

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 750. | Users\WClark\Failure_Review\TS_02\NECMSC001248--ME_2005_ALL_12152004_204225.TXT | TXT |
| 751. | Users\WClark\Failure_Review\TS_02\NECMSC001249--ME_2008_ALL_12152004_204331.TXT | TXT |
| 752. | Users\WClark\Failure_Review\TS_02\25_Jan_05\NECMSC001250--ME_TS02_01302005.XLS | XLS |
| 753. | Users\WClark\Failure_Review\TS_02\27_Jan_05\NECMSC001251--ME_TS02_01302005.XLS | XLS |
| 754. | Users\WClark\Failure_Review\TS_02\28_Jan_05\Data\NECMSC001252--TS_02_Combine_02_Feb_04.xls | xls |
| 755. | Users\WClark\Failure_Review\TS_03\NECMSC001253--ME_2002_ALL_01042005_020731.xls | xls |
| 756. | Users\WClark\Failure_Review\TS_03\01_Apr_05\NECMSC001254--ME_TS03_04062005.XLS | XLS |
| 757. | Users\WClark\Failure_Review\TS_03\06_Feb_05\NECMSC001255--ME_2002_ALL_02082005_075849.TXT | TXT |
| 758. | Users\WClark\Failure_Review\TS_03\06_Feb_05\NECMSC001256--TS_03_Combine_08_Feb_05 | |
| 759. | Users\WClark\Failure_Review\TS_03\06_Feb_05\NECMSC001257--TS_03_Combine_08_Feb_05.xls | xls |
| 760. | Users\WClark\Failure_Review\TS_03\06_Feb_05\TS_03_Data\NECMSC001258--TS_03_Combine_08_Feb_05.xls | xls |
| 761. | Users\WClark\Failure_Review\TS_03\09_Feb_05\NECMSC001259--ME_2000_ALL_02092005_233955.TXT | TXT |
| 762. | Users\WClark\Failure_Review\TS_03\09_Feb_05\NECMSC001260--ME_2002_ALL_02092005_234045.TXT | TXT |
| 763. | Users\WClark\Failure_Review\TS_03\09_Feb_05\NECMSC001261--TS_03_Combine_09_Feb_05 | |
| 764. | Users\WClark\Failure_Review\TS_03\09_Feb_05\NECMSC001262--TS_03_Combine_09_Feb_05.xls | xls |
| 765. | Users\WClark\Failure_Review\TS_03\09_Feb_05\TS_03_Data\NECMSC001263--TS_03_Combine_09_Feb_05.xls | xls |
| 766. | Users\WClark\Failure_Review\TS_03\22_Jan_05\NECMSC001264--BOS_01-22-05_daily report.doc | doc |
| 767. | Users\WClark\Failure_Review\TS_03\22_Jan_05\NECMSC001265--ME_TS03_01242005.xls | xls |
| 768. | Users\WClark\Failure_Review\TS_04\08_Mar_05\NECMSC001266--ME_TS04_03092005.XLS | XLS |
| 769. | Users\WClark\Failure_Review\TS_04\08_Mar_05\NECMSC001267--ME_TS04_03142005.XLS | XLS |
| 770. | Users\WClark\Failure_Review\TS_04\08_Mar_05\TS_04_Data\NECMSC001268--ME_TS04_03092005.XLS | XLS |
| 771. | Users\WClark\Failure_Review\TS_04\10_Feb_05\NECMSC001269--ME_TS04_02102005.xls | xls |
| 772. | Users\WClark\Failure_Review\TS_04\10_Feb_05\Data_TS_04_10_Feb_05\NECMSC001270--ME_TS04_02102005.xls | xls |
| 773. | Users\WClark\Failure_Review\TS_04\11_Feb_05\NECMSC001271--ME_2001_ALL_02142005_235919.TXT | TXT |
| 774. | Users\WClark\Failure_Review\TS_04\11_Feb_05\NECMSC001272--ME_2003_ALL_02152005_000110.TXT | TXT |
| 775. | Users\WClark\Failure_Review\TS_04\11_Feb_05\NECMSC001273--TS_04_Combine_15_Feb_05.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 776. | Users\WClark\Failure_Review\TS_04\11_Feb_05\TS_04_Data_11_Feb_05\NECMSC001274--TS_04_Combine_15_Feb_05.xls | xls |
| 777. | Users\WClark\Failure_Review\TS_04\15_Feb_05\NECMSC001275--ME_2001_ALL_02162005_060959.TXT | TXT |
| 778. | Users\WClark\Failure_Review\TS_04\15_Feb_05\NECMSC001276--ME_2003_ALL_02162005_061702.TXT | TXT |
| 779. | Users\WClark\Failure_Review\TS_04\15_Feb_05\NECMSC001277--TS_04_Combine_16_Feb_05.xls | xls |
| 780. | Users\WClark\Failure_Review\TS_04\15_Feb_05\TS_04_Tilt_data\NECMSC001278--TS_04_Combine_16_Feb_05.xls | xls |
| 781. | Users\WClark\Failure_Review\TS_04\15_Mar_05\NECMSC001279--ME_2001_ALL_03152005_195558.TXT | TXT |
| 782. | Users\WClark\Failure_Review\TS_04\15_Mar_05\NECMSC001280--ME_2003_ALL_03152005_195824.TXT | TXT |
| 783. | Users\WClark\Failure_Review\TS_04\15_Mar_05\NECMSC001281--TS_04_Combine_15_March_05.xls | xls |
| 784. | Users\WClark\Failure_Review\TS_04\15_Mar_05\TS_04_Data\NECMSC001282--TS_04_Combine_15_March_05.xls | xls |
| 785. | Users\WClark\Failure_Review\TS_04\25_Feb_05\NECMSC001283--ME_2001_ALL_03012005_204335.TXT | TXT |
| 786. | Users\WClark\Failure_Review\TS_04\25_Feb_05\NECMSC001284--ME_2003_ALL_03012005_204632.TXT | TXT |
| 787. | Users\WClark\Failure_Review\TS_04\25_Feb_05\NECMSC001285--TS_04_Combine_01_March_05.xls | xls |
| 788. | Users\WClark\Failure_Review\TS_04\25_Feb_05\TS_04_Data_25_Feb_05\NECMSC001286--TS_04_Combine_01_March_05.xls | xls |
| 789. | Users\WClark\Failure_Review\TS_06\25_Jan_05\NECMSC001287--ME_2030_ALL_01262005_163246.TXT | TXT |
| 790. | Users\WClark\Failure_Review\TS_06\25_Jan_05\NECMSC001288--ME_2030_ALL_01262005_163246.xls | xls |
| 791. | Users\WClark\Failure_Review\TS_07\01_March_05\NECMSC001289--ME_TS7_03022005.xls | xls |
| 792. | Users\WClark\Failure_Review\TS_07\01_March_05\TS_07_Data\NECMSC001290--ME_TS7_03022005.xls | xls |
| 793. | Users\WClark\Failure_Review\TS_08\02_Feb_05\TS_08_Data_02_Feb_05\NECMSC001291--ME_TS08_02032005.XLS | XLS |
| 794. | Users\WClark\Failure_Review\TS_08\15_Mar_05\NECMSC001292--ME_2019_ALL_03162005_063944.TXT | TXT |
| 795. | Users\WClark\Failure_Review\TS_08\15_Mar_05\NECMSC001293--TS_08_Combine_16_March_05 |  |
| 796. | Users\WClark\Failure_Review\TS_08\15_Mar_05\NECMSC001294--TS_08_Combine_16_March_05.xls | xls |
| 797. | Users\WClark\Failure_Review\TS_08\15_Mar_05\TS_08_Data\NECMSC001295--TS_08_Combine_16_March_05.xls | xls |
| 798. | Users\WClark\Failure_Review\TS_08\22_Jan_05\NECMSC001296--ME_TS08_01272005.XLS | XLS |
| 799. | Users\WClark\Failure_Review\TS_09\16_Feb_05\NECMSC001297--ME_2039_ALL_02182005_050222.TXT | TXT |
| 800. | Users\WClark\Failure_Review\TS_09\16_Feb_05\NECMSC001298--TS_09_Combine_18_Feb_05.xls | xls |
| 801. | Users\WClark\Failure_Review\TS_09\16_Feb_05\TS_09_Data\NECMSC001299--TS_09_Combine_18_Feb_05.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

|  | Table 1 – File/Pathname | File Type |
|---|---|---|
| 802. | Users\WClark\Failure_Review\TS_09\24_Feb_05\NECMSC001300--ME_2039_ALL_02252005_091520.TXT | TXT |
| 803. | Users\WClark\Failure_Review\TS_09\24_Feb_05\NECMSC001301--TS_09_Combine_25_Feb_05.xls | xls |
| 804. | Users\WClark\Failure_Review\TS_09\24_Feb_05\TS_09_Data\NECMSC001302--TS_09_Combine_25_Feb_05.xls | xls |
| 805. | Users\WClark\Failure_Review\TS_10\11_Feb_05\NECMSC001303--ME_2038_ALL_02122005_095740.TXT | TXT |
| 806. | Users\WClark\Failure_Review\TS_10\11_Feb_05\NECMSC001304--TS_10_Combine_12_Feb_05.xls | xls |
| 807. | Users\WClark\Failure_Review\TS_10\11_Mar_05\NECMSC001305--ME_2016_ALL_03112005_035435.TXT | TXT |
| 808. | Users\WClark\Failure_Review\TS_10\11_Mar_05\NECMSC001306--ME_2038_ALL_03112005_035624.TXT | TXT |
| 809. | Users\WClark\Failure_Review\TS_10\15_Mar_05\NECMSC001307--ME_2038_ALL_03162005_152917.TXT | TXT |
| 810. | Users\WClark\Failure_Review\TS_12\18_Jan_05\NECMSC001308--ME_2006_ALL_01182005_091426.TXT | TXT |
| 811. | Users\WClark\Failure_Review\TS_12\18_Jan_05\NECMSC001309--TS_12_ME_Combine_18_Jan_05.xls | xls |
| 812. | Users\WClark\Failure_Review\TS_12\20_Jan_05\NECMSC001310--ME_TS12_01212005.XLS | XLS |
| 813. | Users\WClark\Failure_Review\TS_12\25_Jan_05\NECMSC001311--TS_12_Combine_31_Jan_05.xls | xls |
| 814. | Users\WClark\Failure_Review\TS_12\28_Mar_05\NECMSC001312--ME_2006_ALL_03282005_214243.TXT | TXT |
| 815. | Users\WClark\Failure_Review\TS_12\28_Mar_05\NECMSC001313--TS_12_Combine_28_March_05.xls | xls |
| 816. | Users\WClark\Failure_Review\TS_12\28_Mar_05\ATC_Data\NECMSC001314--TS_12_Combine_28_March_05.xls | xls |
| 817. | Users\WClark\Failure_Review\TS_13\14_Apr_05\NECMSC001315--ME_2027_ALL_04142005_232732.TXT | TXT |
| 818. | Users\WClark\Failure_Review\TS_13\29_Mar_05\NECMSC001316--ME_2027_ALL_04142005_232732.TXT | TXT |
| 819. | Users\WClark\Failure_Review\TS_13\29_Mar_05\NECMSC001317--ME_2033_ALL_03302005_005352.TXT | TXT |
| 820. | Users\WClark\Failure_Review\TS_13\31_Jan_05\NECMSC001318--ME_2027_ALL_02012005_192543.TXT | TXT |
| 821. | Users\WClark\Failure_Review\TS_13\31_Jan_05\NECMSC001319--TS_13 |  |
| 822. | Users\WClark\Failure_Review\TS_13\31_Jan_05\NECMSC001320--TS_13_Combine_01_Feb_05.xls | xls |
| 823. | Users\WClark\Failure_Review\TS_14\22_Feb_05\NECMSC001321--ts14_10days_2-23-05.xls | xls |
| 824. | Users\WClark\Failure_Review\TS_16\26_Feb_05\NECMSC001322--ME_TS16_02282005.XLS | XLS |
| 825. | Users\WClark\Failure_Review\TS_16\26_Feb_05\TS_16_Data\NECMSC001323--ME_TS16_02282005.XLS | XLS |
| 826. | Users\WClark\Failure_Review\TS_17\25_Feb_05\NECMSC001324--ME_TS17_02282005.xls | xls |
| 827. | Users\WClark\Failure_Review\TS_17\25_Feb_05\TS_17_Data\NECMSC001325--ME_TS17_02282005.xls | xls |
| 828. | Users\WClark\Failure_Review\TS_17\31_Jan_05\NECMSC001326--TS_17_Combine_02_Feb_04.xls | xls |

27

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 829. | Users\WClark\Failure_Review\TS_18\NECMSC001327--ME_2023_ALL_12122004_033056.TXT | TXT |
| 830. | Users\WClark\Failure_Review\TS_18\NECMSC001328--ME_2023_ALL_12172004_003800.TXT | TXT |
| 831. | Users\WClark\Failure_Review\TS_18\NECMSC001329--TS_18_Combine_12_Dec_04 | |
| 832. | Users\WClark\Failure_Review\TS_18\NECMSC001330--TS_18_Combine_12_Dec_04.xls | xls |
| 833. | Users\WClark\Failure_Review\TS_18\NECMSC001331--TS_18_Combine_17_Dec_04 | |
| 834. | Users\WClark\Failure_Review\TS_18\NECMSC001332--TS_18_Combine_17_Dec_04.xls | xls |
| 835. | Users\WClark\Failure_Review\TS_18\14_Feb_05\NECMSC001333--ts-18_25day.xls | xls |
| 836. | Users\WClark\Failure_Review\TS_18\25_Mar_05\NECMSC001334--ME_2023_ALL_03302005_000158.TXT | TXT |
| 837. | Users\WClark\Failure_Review\TS_18\25_Mar_05\NECMSC001335--ME_2025_ALL_03302005_000303.TXT | TXT |
| 838. | Users\WClark\Failure_Review\TS_18\25_Mar_05\NECMSC001336--TS_18_Combine_30_March_05.xls | xls |
| 839. | Users\WClark\Failure_Review\TS_18\25_Mar_05\Data\NECMSC001337--TS_18_Combine_30_March_05.xls | xls |
| 840. | Users\WClark\Failure_Review\TS_18\28_Mar_05\NECMSC001338--ME_2023_ALL_03282005_234941.TXT | TXT |
| 841. | Users\WClark\Failure_Review\TS_18\28_Mar_05\NECMSC001339--ME_2025_ALL_03282005_235059.TXT | TXT |
| 842. | Users\WClark\Failure_Review\TS_18\28_Mar_05\NECMSC001340--TS_18_Combine_28_March_05.xls | xls |
| 843. | Users\WClark\Failure_Review\TS_18\28_Mar_05\Data\NECMSC001341--TS_18_Combine_28_March_05.xls | xls |
| 844. | Users\WClark\Failure_Review\TS_18\31_Jan_05\NECMSC001342--TS_18_Combine_02_Feb_05.xls | xls |
| 845. | Users\WClark\Failure_Review\TS_19\25_Feb_05\NECMSC001343--ME_TS19_03012005.xls | xls |
| 846. | Users\WClark\Failure_Review\TS_19\25_Feb_05\TS_19_Data\NECMSC001344--ME_TS19_03012005.xls | xls |
| 847. | Users\WClark\Failure_Review\TS_19\28_Feb_05\NECMSC001345--ME_2024_ALL_03022005_025414.TXT | TXT |
| 848. | Users\WClark\Failure_Review\TS_19\28_Feb_05\NECMSC001346--TS_19_Combine_02_March_05.xls | xls |
| 849. | Users\WClark\Failure_Review\TS_19\28_Feb_05\TS_19_Data\NECMSC001347--TS_19_Combine_02_March_05.xls | xls |
| 850. | Users\WClark\Failure_Review\TS_20\04_March_05\NECMSC001348--ME_2026_ALL_03052005_085639.TXT | TXT |
| 851. | Users\WClark\Failure_Review\TS_20\04_March_05\NECMSC001349--TS_20_Combine_05_March_05.xls | xls |
| 852. | Users\WClark\Failure_Review\TS_20\04_March_05\TS_20_Data\NECMSC001350--TS_20_Combine_05_March_05.xls | xls |
| 853. | Users\WClark\Knorr_ORX_Report\NECMSC001351--Report of visit to ORX Tipton.doc | doc |
| 854. | Users\WClark\My_Projects\NECMSC001352--CWO_Open_VS_Parts_01_July_03.xls | xls |
| 855. | Users\WClark\My_Projects\NECMSC001353--CWO_Open_VS_Parts_02_July_03.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 856. | Users\WClark\My_Projects\NECMSC001354--CWO_Open_VS_Parts_03_July_03.xls | xls |
| 857. | Users\WClark\My_Projects\NECMSC001355--CWO_Open_VS_Parts_04_July_03.xls | xls |
| 858. | Users\WClark\My_Projects\NECMSC001356--CWO_Open_VS_Parts_07_July_03.xls | xls |
| 859. | Users\WClark\My_Projects\NECMSC001357--CWO_Open_VS_Parts_09_Dec_03.xls | xls |
| 860. | Users\WClark\My_Projects\NECMSC001358--CWO_Open_VS_Parts_18_Aug_03.xls | xls |
| 861. | Users\WClark\My_Projects\NECMSC001359--CWO_Open_VS_Parts_19_July_03.xls | xls |
| 862. | Users\WClark\My_Projects\NECMSC001360--CWO_Open_VS_Parts_26_July_03.xls | xls |
| 863. | Users\WClark\My_Projects\NECMSC001361--CWO_Open_VS_Parts_Macro.xls | xls |
| 864. | Users\WClark\My_Projects\NECMSC001362--FRA_CWO_Fleet_07_Apr_1300Hrs.xls | xls |
| 865. | Users\WClark\My_Projects\NECMSC001363--FRA_CWO_Fleet_10_Apr_1730Hrs.xls | xls |
| 866. | Users\WClark\My_Projects\NECMSC001364--Work_Orders.xls | xls |
| 867. | Users\WClark\My_Projects\CWO_April_03\NECMSC001365--CWO_Open_VS_Parts_02_Apr_03.xls | xls |
| 868. | Users\WClark\My_Projects\CWO_April_03\NECMSC001366--CWO_Open_VS_Parts_03_Apr_03.xls | xls |
| 869. | Users\WClark\My_Projects\CWO_April_03\NECMSC001367--CWO_Open_VS_Parts_04_Apr_03.xls | xls |
| 870. | Users\WClark\My_Projects\CWO_April_03\NECMSC001368--CWO_Open_VS_Parts_05_Apr_03.xls | xls |
| 871. | Users\WClark\My_Projects\CWO_April_03\NECMSC001369--CWO_Open_VS_Parts_06_Apr_03.xls | xls |
| 872. | Users\WClark\My_Projects\CWO_April_03\NECMSC001370--CWO_Open_VS_Parts_07_Apr_03.xls | xls |
| 873. | Users\WClark\My_Projects\CWO_April_03\NECMSC001371--CWO_Open_VS_Parts_08_Apr_03.xls | xls |
| 874. | Users\WClark\My_Projects\CWO_April_03\NECMSC001372--CWO_Open_VS_Parts_09_Apr_03.xls | xls |
| 875. | Users\WClark\My_Projects\CWO_April_03\NECMSC001373--CWO_Open_VS_Parts_10_Apr_03.xls | xls |
| 876. | Users\WClark\My_Projects\CWO_April_03\NECMSC001374--CWO_Open_VS_Parts_11_Apr_03.xls | xls |
| 877. | Users\WClark\My_Projects\CWO_April_03\NECMSC001375--CWO_Open_VS_Parts_12_Apr_03.xls | xls |
| 878. | Users\WClark\My_Projects\CWO_April_03\NECMSC001376--CWO_Open_VS_Parts_13_Apr_03.xls | xls |
| 879. | Users\WClark\My_Projects\CWO_April_03\NECMSC001377--CWO_Open_VS_Parts_14_Apr_03.xls | xls |
| 880. | Users\WClark\My_Projects\CWO_April_03\NECMSC001378--CWO_Open_VS_Parts_15_Apr_03.xls | xls |
| 881. | Users\WClark\My_Projects\CWO_April_03\NECMSC001379--CWO_Open_VS_Parts_16_Apr_03.xls | xls |
| 882. | Users\WClark\My_Projects\CWO_April_03\NECMSC001380--CWO_Open_VS_Parts_17_Apr_03.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 883. | Users\WClark\My_Projects\CWO_April_03\NECMSC001381--CWO_Open_VS_Parts_21_Apr_03.xls | xls |
| 884. | Users\WClark\My_Projects\CWO_April_03\NECMSC001382--CWO_Open_VS_Parts_22_Apr_03.xls | xls |
| 885. | Users\WClark\My_Projects\CWO_April_03\NECMSC001383--CWO_Open_VS_Parts_23_Apr_03.xls | xls |
| 886. | Users\WClark\My_Projects\CWO_April_03\NECMSC001384--CWO_Open_VS_Parts_24_Apr_03.xls | xls |
| 887. | Users\WClark\My_Projects\CWO_April_03\NECMSC001385--CWO_Open_VS_Parts_25_Apr_03.xls | xls |
| 888. | Users\WClark\My_Projects\CWO_April_03\NECMSC001386--CWO_Open_VS_Parts_26_Apr_03.xls | xls |
| 889. | Users\WClark\My_Projects\CWO_April_03\NECMSC001387--CWO_Open_VS_Parts_27_Apr_03.xls | xls |
| 890. | Users\WClark\My_Projects\CWO_April_03\NECMSC001388--CWO_Open_VS_Parts_28_Apr_03.xls | xls |
| 891. | Users\WClark\My_Projects\CWO_April_03\NECMSC001389--CWO_Open_VS_Parts_29_Apr_03.xls | xls |
| 892. | Users\WClark\My_Projects\CWO_April_03\NECMSC001390--CWO_Open_VS_Parts_30_Apr_03.xls | xls |
| 893. | Users\WClark\My_Projects\CWO_June_03\NECMSC001391--CWO_Open_VS_Parts_02_June_03.xls | xls |
| 894. | Users\WClark\My_Projects\CWO_June_03\NECMSC001392--CWO_Open_VS_Parts_03_June_03.xls | xls |
| 895. | Users\WClark\My_Projects\CWO_June_03\NECMSC001393--CWO_Open_VS_Parts_04_June_03.xls | xls |
| 896. | Users\WClark\My_Projects\CWO_June_03\NECMSC001394--CWO_Open_VS_Parts_05_June_03.xls | xls |
| 897. | Users\WClark\My_Projects\CWO_June_03\NECMSC001395--CWO_Open_VS_Parts_06_June_03.xls | xls |
| 898. | Users\WClark\My_Projects\CWO_June_03\NECMSC001396--CWO_Open_VS_Parts_07_June_03.xls | xls |
| 899. | Users\WClark\My_Projects\CWO_June_03\NECMSC001397--CWO_Open_VS_Parts_08_June_03.xls | xls |
| 900. | Users\WClark\My_Projects\CWO_June_03\NECMSC001398--CWO_Open_VS_Parts_09_June_03.xls | xls |
| 901. | Users\WClark\My_Projects\CWO_June_03\NECMSC001399--CWO_Open_VS_Parts_10_June_03.xls | xls |
| 902. | Users\WClark\My_Projects\CWO_June_03\NECMSC001400--CWO_Open_VS_Parts_11_June_03.xls | xls |
| 903. | Users\WClark\My_Projects\CWO_June_03\NECMSC001401--CWO_Open_VS_Parts_12_June_03.xls | xls |
| 904. | Users\WClark\My_Projects\CWO_June_03\NECMSC001402--CWO_Open_VS_Parts_13_June_03.xls | xls |
| 905. | Users\WClark\My_Projects\CWO_June_03\NECMSC001403--CWO_Open_VS_Parts_16_June_03.xls | xls |
| 906. | Users\WClark\My_Projects\CWO_June_03\NECMSC001404--CWO_Open_VS_Parts_17_June_03.xls | xls |
| 907. | Users\WClark\My_Projects\CWO_June_03\NECMSC001405--CWO_Open_VS_Parts_18_June_03.xls | xls |
| 908. | Users\WClark\My_Projects\CWO_June_03\NECMSC001406--CWO_Open_VS_Parts_19_June_03.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

|   | Table 1 – File/Pathname | File Type |
|---|---|---|
| 909. | Users\WClark\My_Projects\CWO_June_03\NECMSC001407--CWO_Open_VS_Parts_20_June_03.xls | xls |
| 910. | Users\WClark\My_Projects\CWO_June_03\NECMSC001408--CWO_Open_VS_Parts_21_June_03.xls | xls |
| 911. | Users\WClark\My_Projects\CWO_June_03\NECMSC001409--CWO_Open_VS_Parts_22_June_03.xls | xls |
| 912. | Users\WClark\My_Projects\CWO_June_03\NECMSC001410--CWO_Open_VS_Parts_23_June_03.xls | xls |
| 913. | Users\WClark\My_Projects\CWO_June_03\NECMSC001411--CWO_Open_VS_Parts_24_June_03.xls | xls |
| 914. | Users\WClark\My_Projects\CWO_June_03\NECMSC001412--CWO_Open_VS_Parts_25_June_03.xls | xls |
| 915. | Users\WClark\My_Projects\CWO_June_03\NECMSC001413--CWO_Open_VS_Parts_27_June_03.xls | xls |
| 916. | Users\WClark\My_Projects\CWO_June_03\NECMSC001414--CWO_Open_VS_Parts_28_June_03.xls | xls |
| 917. | Users\WClark\My_Projects\CWO_June_03\NECMSC001415--CWO_Open_VS_Parts_30_June_03.xls | xls |
| 918. | Users\WClark\My_Projects\CWO_May_03\NECMSC001416--CWO_Open_VS_Parts_01_May_03.xls | xls |
| 919. | Users\WClark\My_Projects\CWO_May_03\NECMSC001417--CWO_Open_VS_Parts_02_May_03.xls | xls |
| 920. | Users\WClark\My_Projects\CWO_May_03\NECMSC001418--CWO_Open_VS_Parts_03_May_03.xls | xls |
| 921. | Users\WClark\My_Projects\CWO_May_03\NECMSC001419--CWO_Open_VS_Parts_04_May_03.xls | xls |
| 922. | Users\WClark\My_Projects\CWO_May_03\NECMSC001420--CWO_Open_VS_Parts_06_May_03.xls | xls |
| 923. | Users\WClark\My_Projects\CWO_May_03\NECMSC001421--CWO_Open_VS_Parts_07_May_03.xls | xls |
| 924. | Users\WClark\My_Projects\CWO_May_03\NECMSC001422--CWO_Open_VS_Parts_08_May_03.xls | xls |
| 925. | Users\WClark\My_Projects\CWO_May_03\NECMSC001423--CWO_Open_VS_Parts_09_May_03.xls | xls |
| 926. | Users\WClark\My_Projects\CWO_May_03\NECMSC001424--CWO_Open_VS_Parts_10_May_03.xls | xls |
| 927. | Users\WClark\My_Projects\CWO_May_03\NECMSC001425--CWO_Open_VS_Parts_11_May_03.xls | xls |
| 928. | Users\WClark\My_Projects\CWO_May_03\NECMSC001426--CWO_Open_VS_Parts_12_May_03.xls | xls |
| 929. | Users\WClark\My_Projects\CWO_May_03\NECMSC001427--CWO_Open_VS_Parts_13_May_03.xls | xls |
| 930. | Users\WClark\My_Projects\CWO_May_03\NECMSC001428--CWO_Open_VS_Parts_14_May_03.xls | xls |
| 931. | Users\WClark\My_Projects\CWO_May_03\NECMSC001429--CWO_Open_VS_Parts_15_May_03.xls | xls |
| 932. | Users\WClark\My_Projects\CWO_May_03\NECMSC001430--CWO_Open_VS_Parts_16_May_03.xls | xls |
| 933. | Users\WClark\My_Projects\CWO_May_03\NECMSC001431--CWO_Open_VS_Parts_17_May_03.xls | xls |
| 934. | Users\WClark\My_Projects\CWO_May_03\NECMSC001432--CWO_Open_VS_Parts_18_May_03.xls | xls |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 -- File/Pathname | File Type |
|---|---|---|
| 935. | Users\WClark\My_Projects\CWO_May_03\NECMSC001433--CWO_Open_VS_Parts_19_May_03.xls | xls |
| 936. | Users\WClark\My_Projects\CWO_May_03\NECMSC001434--CWO_Open_VS_Parts_23_May_03.xls | xls |
| 937. | Users\WClark\My_Projects\CWO_May_03\NECMSC001435--CWO_Open_VS_Parts_24_May_03.xls | xls |
| 938. | Users\WClark\My_Projects\CWO_May_03\NECMSC001436--CWO_Open_VS_Parts_25_May_03.xls | xls |
| 939. | Users\WClark\My_Projects\CWO_May_03\NECMSC001437--CWO_Open_VS_Parts_26_May_03.xls | xls |
| 940. | Users\WClark\My_Projects\CWO_May_03\NECMSC001438--CWO_Open_VS_Parts_27_May_03.xls | xls |
| 941. | Users\WClark\My_Projects\CWO_May_03\NECMSC001439--CWO_Open_VS_Parts_28 May_03.xls | xls |
| 942. | Users\WClark\My_Projects\Power Point Projects\Operations_Overview_09_Dec_04\NECMSC001440--Board_Meeting_09_Dec_04.ppt | ppt |
| 943. | Users\WClark\My_Projects\Power Point Projects\Overhaul_Doctrine\NECMSC001441--Board_Meeting_08_Dec_04.ppt | ppt |
| 944. | Users\WClark\notes\Data\TS_05_Stuff\NECMSC001442--ME-TS05-02062003.xls | xls |
| 945. | Users\WClark\notes\Data\TS_05_Stuff\NECMSC001443--ME_2009_ALL_02062003_051349.TXT | TXT |
| 946. | Users\WClark\notes\Data\TS_05_Stuff\NECMSC001444--ME_2009_ALL_02062003_162105.TXT | TXT |
| 947. | Users\WClark\SPEAR_PROJECT\NECMSC001445--Arborescence NEC.pdf | pdf |
| 948. | Users\WClark\SPEAR_PROJECT\NECMSC001446--Component_code_RAMS as of 2004 Oct 07.xls | xls |
| 949. | Users\WClark\Technical_Data\041-FDR's\Friction Brakes\NECMSC001450--041-FDR-0004-rev0.doc | doc |
| 950. | Users\WClark\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\NECMSC001465--041-TPR-9600_rev3.doc | doc |
| 951. | Users\WClark\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\Inspection Car Apendices\NECMSC001466--APPENDIX-B_rev3.doc | doc |
| 952. | Users\WClark\Technical_Data\Trainset_Prints\NECMSC001476--ISM Cafe.pdf | pdf |
| 953. | Users\WClark\Technical_Data\Trainset_Prints\NECMSC001477--ISM Coach.pdf | pdf |
| 954. | Users\WClark\Technical_Data\Trainset_Prints\NECMSC001478--ISM End Coach.pdf | pdf |
| 955. | Users\WClark\Technical_Data\Trainset_Prints\NECMSC001479--ISM First Class.pdf | pdf |
| 956. | Users\WClark\Top_10_Engineering_Items\NECMSC001483--01_Nov_03_Outstanding Engineering Issues.doc | doc |
| 957. | Users\WClark\Top_10_Engineering_Items\NECMSC001484--12_Aug_03_Outstanding Engineering Issues_Aug.doc | doc |
| 958. | VDellipaoli\NEC Supervisors\NECMSC001490--Brake disc tracking.doc | doc |
| 959. | VDellipaoli\NEC Supervisors\NECMSC001492--Knorr.htm | htm |
| 960. | VDellipaoli\NEC Supervisors\NECMSC001493--RE TS-15 Crack Brake Disc.htm | htm |
| 961. | VDellipaoli\NEC Supervisors\NECMSC001494--RE TS-7 WHEEL CHANGE REQUIRED.htm | htm |
| 962. | VDellipaoli\NEC Supervisors\NECMSC001495--RE TS-9 BRAKE SURFACE DEFECT MONITORING.htm | htm |
| 963. | VDellipaoli\NEC Supervisors\NECMSC001496--TS#19 Bistro 3309Crack wheel within limit.htm | htm |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 1 – File/Pathname | File Type |
|---|---|---|
| 964. | VDellipaoli\stillman\NECMSC001498--Brake Discs.htm | htm |
| 965. | VDellipaoli\stillman\NECMSC001499--TS 05 Pre-Maint 08-10-04.doc | doc |
| 966. | VDellipaoli\stillman\NECMSC001505--Wheelset Status 8-19.doc | doc |
| 967. | VDellipaoli\stillman\NECMSC001506--Wheelset Status 8-23.doc | doc |
| 968. | VDellipaoli\stillman\NECMSC001507--Wheelset Status 8-30.doc | doc |
| 969. | VDellipaoli\unusual occurences NY\NECMSC001509--RE 2190 annulment Monday November 104.rtf | rtf |
| 970. | VDellipaoli\Vinny\NECMSC001510--Annual Inspections.rtf | rtf |
| 971. | VDellipaoli\Vinny\NECMSC001511--FW Open Radiax Onboard HSRT 6 8 16 and 18.txt | txt |

## Table 2: Non-Responsive System or Application Files

These files have been determined to be system or application files that do not contain potentially relevant data. They will not be reviewed or produced.

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 972. | Users\BYoung\JVera\notes\NECMSC000002--cache.dsk | dsk |
| 973. | Users\BYoung\notes\NECMSC000003--cache.dsk | dsk |
| 974. | Users\CLilly\notes\NECMSC000007--cache.dsk | dsk |
| 975. | Users\EKochis\BBryan\notes\NECMSC000322--cache.dsk | dsk |
| 976. | Users\FFerrera\notes\NECMSC000337--cache.dsk | dsk |
| 977. | Users\GGannon\notes\NECMSC000348--cache.dsk | dsk |
| 978. | Users\GJagmoha\DELLDJdriver\DJExp\NECMSC000357--Setup.inx | inx |
| 979. | Users\GJagmoha\EXERCISE\GJ TRAINING FOLDER\NECMSC000360--MANUAL2.HLP | HLP |
| 980. | Users\JBrown\notes\NECMSC000375--cache.dsk | dsk |
| 981. | Users\jchichka\New Folder\short cuts\NECMSC000427--Backup.bkf | bkf |
| 982. | Users\JMead\notes\NECMSC000482--cache.dsk | dsk |
| 983. | Users\JNewcomb\NECMSC000483--ASYCFILT.DLL | DLL |
| 984. | Users\LEtherly\leon\ro receipt sheet\leon\nav\Logitech\Video\NECMSC000583--ltscr12n.ocx | ocx |
| 985. | Users\LEtherly\leon\ro receipt sheet\leon\nav\Logitech\Video\NECMSC000584--Ltwvc12n.dll | dll |
| 986. | Users\LEtherly\leon\ro receipt sheet\leon\nav\Logitech\Video\NECMSC000585--Readme.txt | txt |
| 987. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\NECMSC000588--UnderPI.nfo | nfo |
| 988. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\NECMSC000590--NAV.msi | msi |
| 989. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\Rescue\NECMSC000591--RESCUED.HLP | HLP |
| 990. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\Rescue\NECMSC000592--TROUBLE.TXT | TXT |
| 991. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\Support\Edisk\NECMSC000593--Disk1.img | img |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 2 – File/Pathname | File Type |
|---|---|---|
| 992. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\NECMSC000594--VIRSCAN.INF | INF |
| 993. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\NECMSC000595--VIRSCAN1.DAT | DAT |
| 994. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\Latest\NECMSC000596--VIRSCAN.INF | INF |
| 995. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\Latest\NECMSC000597--VIRSCAN1.DAT | DAT |
| 996. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\NECMSC000604--UnderPI.nfo | nfo |
| 997. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\NECMSC000606--NAV.msi | msi |
| 998. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\Rescue\NECMSC000607--RESCUED.HLP | HLP |
| 999. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\NAV\Rescue\NECMSC000608--TROUBLE.TXT | TXT |
| 1000. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\Support\Edisk\NECMSC000609--Disk1.img | img |
| 1001. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\NECMSC000610--VIRSCAN.INF | INF |
| 1002. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\NECMSC000611--VIRSCAN1.DAT | DAT |
| 1003. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\Latest\NECMSC000612--VIRSCAN.INF | INF |
| 1004. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\VirusDef\Latest\NECMSC000613--VIRSCAN1.DAT | DAT |
| 1005. | Users\LLathum\notes\NECMSC000623--cache.dsk | dsk |
| 1006. | Users\LSidor\OLD STUFF\COMPAQ\MOUSE\NECMSC000627--LEGGIMI.TXT | TXT |
| 1007. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Config\NECMSC000651--english.txt | txt |
| 1008. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Config\NECMSC000654--label_var_edr.txt | txt |
| 1009. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Windows\NECMSC000658--ASYCFILT.DLL | DLL |
| 1010. | Users\MBrown\notes\NECMSC000663--cache.dsk | dsk |
| 1011. | Users\MIon\notes\NECMSC000667--cache.dsk | dsk |
| 1012. | Users\MIon\OVERH\Technical_Data\QNX_Stuff\NECMSC000719--qnx-a.4.1.0.bin | bin |
| 1013. | Users\PManz\notes\NECMSC001036--cache.dsk | dsk |
| 1014. | Users\PManz\windvd\NECMSC001037--setup.inx | inx |
| 1015. | Users\RBrown\notes\NECMSC001135--cache.dsk | dsk |
| 1016. | Users\SBumra\notes\NECMSC001140--cache.dsk | dsk |
| 1017. | Users\WClark\Technical_Data\QNX_Stuff\NECMSC001470--qnx-a.4.1.0.bin | bin |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC