## Table 3: Non-Responsive Files (Not Brake-Related)

These files have been determined, based on their file/pathname, to be files that do not contain data relating to brakes (whether or not they relate to the Acela project). They will not be reviewed or produced.

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1018. | Users\BYoung\JVera\NECMSC000001--BUILDING SUPPLIES UPDATE.doc | doc |
| 1019. | Users\CCurbeam\Nat Natarajan\My Documents\NECMSC000004--NEC-MSC BT OVERHAUL AGMT.doc | doc |
| 1020. | Users\CCurbeam\Nat Natarajan\My Documents\NECMSC000005--NEC-MSC BT OVERHAUL AGMT041209finalrev1.doc | doc |
| 1021. | Users\CCurbeam\Nat Natarajan\My Documents\NECMSC000006--NEC-MSC BT OVERHAUL AGMTrevmar4no redline.doc | doc |
| 1022. | Users\Copy of DGrimley\NECMSC000010--Waterpoint Audit Feb 11, 2005.doc | doc |
| 1023. | Users\Copy of DGrimley\NECMSC000011--Waterpoint Audit Feb 17, 2005.doc | doc |
| 1024. | Users\Copy of DGrimley\NECMSC000012--Waterpoint Audit Feb 25, 2005.doc | doc |
| 1025. | Users\Copy of DGrimley\NECMSC000013--Waterpoint Audit Feb 4, 2005.doc | doc |
| 1026. | Users\Copy of DGrimley\NECMSC000014--Waterpoint Audit Feb 7, 2005.doc | doc |
| 1027. | Users\Copy of DGrimley\NECMSC000015--Waterpoint Audit January 06, 2005.doc | doc |
| 1028. | Users\DGrimley\NECMSC000018--Waterpoint Audit Feb 11, 2005.doc | doc |
| 1029. | Users\DGrimley\NECMSC000019--Waterpoint Audit Feb 17, 2005.doc | doc |
| 1030. | Users\DGrimley\NECMSC000020--Waterpoint Audit Feb 25, 2005.doc | doc |
| 1031. | Users\DGrimley\NECMSC000021--Waterpoint Audit Feb 4, 2005.doc | doc |
| 1032. | Users\DGrimley\NECMSC000022--Waterpoint Audit Feb 7, 2005.doc | doc |
| 1033. | Users\DGrimley\NECMSC000023--Waterpoint Audit January 06, 2005.doc | doc |
| 1034. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000029--wateraudit 01-04-05.doc | doc |
| 1035. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000030--wateraudit 01-11-05.doc | doc |
| 1036. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000031--wateraudit 01-19-05.doc | doc |
| 1037. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000032--wateraudit 01-26-05.doc | doc |
| 1038. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000033--wateraudit 02-01-05.doc | doc |
| 1039. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000034--wateraudit 02-09-05.doc | doc |
| 1040. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000035--wateraudit 02-16-05.doc | doc |
| 1041. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000036--wateraudit 02-23-05.doc | doc |
| 1042. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000037--wateraudit 03-04-05.doc | doc |
| 1043. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000038--wateraudit 03-10-05DC.doc | doc |
| 1044. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000039--wateraudit 03-12-05.doc | doc |
| 1045. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000040--wateraudit 03-15-05.doc | doc |
| 1046. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000041--wateraudit 03-23-05.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1047. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000042--wateraudit 03-29-05.doc | doc |
| 1048. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000043--wateraudit 04-06-05.doc | doc |
| 1049. | Users\DStillma\FDA WEEKLY WATERPOINT MINI-AUDIT\NECMSC000044--wateraudit Master.doc | doc |
| 1050. | Users\DStillma\Forms\NECMSC000045--QPG-SAF-FORM-0001-03 wateraudit form template.doc | doc |
| 1051. | Users\DStillma\Training Materials\NECMSC000047--Contractor Safety CSG-101.ppt | ppt |
| 1052. | Users\DStillma\Training Materials\NECMSC000048--WGU-065LPsec2.doc | doc |
| 1053. | Users\DStillma\Training Materials\NECMSC000049--WGU-065LPsec4.doc | doc |
| 1054. | Users\DStillma\Training Materials\NECMSC000050--WGU-065LPsec5.doc | doc |
| 1055. | Users\DStillma\Training Materials\NECMSC000051--WGU-065LPsec6.doc | doc |
| 1056. | Users\DStillma\Training Materials\NECMSC000052--WGU-065LPsec6Answers.doc | doc |
| 1057. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000093--Water Audit - Apr 16, 2004.doc | doc |
| 1058. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000094--Water Audit - April 19, 2004.doc | doc |
| 1059. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000095--Water Audit - April 26, 2004.doc | doc |
| 1060. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000096--Water Audit Master - Apr 16, 2004.doc | doc |
| 1061. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000097--Water Audit Master.doc | doc |
| 1062. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000098--water point testing exl file.xls | xls |
| 1063. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000099--Waterpoint Audit April 27, 2004.doc | doc |
| 1064. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000100--Waterpoint Audit July 15, 2004.doc | doc |
| 1065. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000101--Waterpoint Audit July 2, 2004.doc | doc |
| 1066. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000102--Waterpoint Audit June 11, 2004.doc | doc |
| 1067. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000103--Waterpoint Audit June 25, 2004.doc | doc |
| 1068. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000104--Waterpoint Audit June 4, 2004.doc | doc |
| 1069. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000105--Waterpoint Audit May 14, 2004.doc | doc |
| 1070. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000106--Waterpoint Audit May 20, 2004.doc | doc |
| 1071. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000107--Waterpoint Audit May 27, 2004.doc | doc |
| 1072. | Users\DStillma\Water Point Weekly Testing Washington\NECMSC000108--Waterpoint Audit May 7, 2004.doc | doc |
| 1073. | Users\DStillma\Waterpoint Audits-02\NECMSC000109--wateraudit 01-17-02.doc | doc |
| 1074. | Users\DStillma\Waterpoint Audits-02\NECMSC000110--wateraudit 01-31-02.doc | doc |
| 1075. | Users\DStillma\Waterpoint Audits-02\NECMSC000111--wateraudit 02-14-02.doc | doc |
| 1076. | Users\DStillma\Waterpoint Audits-02\NECMSC000112--wateraudit 04-02-03.doc | doc |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1077. | Users\DStillma\Waterpoint Audits-02\NECMSC000113--wateraudit 04-04-02.doc | doc |
| 1078. | Users\DStillma\Waterpoint Audits-02\NECMSC000114--wateraudit 04-11-02.doc | doc |
| 1079. | Users\DStillma\Waterpoint Audits-02\NECMSC000115--wateraudit 04-17-02.doc | doc |
| 1080. | Users\DStillma\Waterpoint Audits-02\NECMSC000116--wateraudit 05-09-02.doc | doc |
| 1081. | Users\DStillma\Waterpoint Audits-02\NECMSC000117--wateraudit 05-15-02.doc | doc |
| 1082. | Users\DStillma\Waterpoint Audits-02\NECMSC000118--wateraudit 05-20-02.doc | doc |
| 1083. | Users\DStillma\Waterpoint Audits-02\NECMSC000119--wateraudit 05-29-02.doc | doc |
| 1084. | Users\DStillma\Waterpoint Audits-02\NECMSC000120--wateraudit 06-05-02.doc | doc |
| 1085. | Users\DStillma\Waterpoint Audits-02\NECMSC000121--wateraudit 06-12-02.doc | doc |
| 1086. | Users\DStillma\Waterpoint Audits-02\NECMSC000122--wateraudit 06-19-02.doc | doc |
| 1087. | Users\DStillma\Waterpoint Audits-02\NECMSC000123--wateraudit 06-28-02.doc | doc |
| 1088. | Users\DStillma\Waterpoint Audits-02\NECMSC000124--wateraudit 07-03-02.doc | doc |
| 1089. | Users\DStillma\Waterpoint Audits-02\NECMSC000125--wateraudit 07-11-02.doc | doc |
| 1090. | Users\DStillma\Waterpoint Audits-02\NECMSC000126--wateraudit 07-17-02.doc | doc |
| 1091. | Users\DStillma\Waterpoint Audits-02\NECMSC000127--wateraudit 07-23-02.doc | doc |
| 1092. | Users\DStillma\Waterpoint Audits-02\NECMSC000128--wateraudit 08-02-02.doc | doc |
| 1093. | Users\DStillma\Waterpoint Audits-02\NECMSC000129--wateraudit 08-08-02.doc | doc |
| 1094. | Users\DStillma\Waterpoint Audits-02\NECMSC000130--wateraudit 08-15-02.doc | doc |
| 1095. | Users\DStillma\Waterpoint Audits-02\NECMSC000131--wateraudit 08-22-02.doc | doc |
| 1096. | Users\DStillma\Waterpoint Audits-02\NECMSC000132--wateraudit 08-25-02.doc | doc |
| 1097. | Users\DStillma\Waterpoint Audits-02\NECMSC000133--wateraudit 09-05-02.doc | doc |
| 1098. | Users\DStillma\Waterpoint Audits-02\NECMSC000134--wateraudit 09-12-02.doc | doc |
| 1099. | Users\DStillma\Waterpoint Audits-02\NECMSC000135--wateraudit 09-20-02.doc | doc |
| 1100. | Users\DStillma\Waterpoint Audits-02\NECMSC000136--wateraudit 10-09-02.doc | doc |
| 1101. | Users\DStillma\Waterpoint Audits-02\NECMSC000137--wateraudit 10-17-02.doc | doc |
| 1102. | Users\DStillma\Waterpoint Audits-02\NECMSC000138--wateraudit 11-04-02.doc | doc |
| 1103. | Users\DStillma\Waterpoint Audits-02\NECMSC000139--wateraudit 11-15-02.doc | doc |
| 1104. | Users\DStillma\Waterpoint Audits-02\NECMSC000140--wateraudit 11-22-02.doc | doc |
| 1105. | Users\DStillma\Waterpoint Audits-02\NECMSC000141--wateraudit 12-04-02.doc | doc |
| 1106. | Users\DStillma\Waterpoint Audits-02\NECMSC000142--wateraudit 12-12-02.doc | doc |
| 1107. | Users\DStillma\Waterpoint Audits-02\NECMSC000143--wateraudit 12-20-02.doc | doc |
| 1108. | Users\DStillma\Waterpoint Audits-02\NECMSC000144--wateraudit1-10-02.doc | doc |
| 1109. | Users\DStillma\Waterpoint Audits-03\NECMSC000145--wateraudit 01-10-03.doc | doc |
| 1110. | Users\DStillma\Waterpoint Audits-03\NECMSC000146--wateraudit 01-17-03.doc | doc |
| 1111. | Users\DStillma\Waterpoint Audits-03\NECMSC000147--wateraudit 02-04-03.doc | doc |
| 1112. | Users\DStillma\Waterpoint Audits-03\NECMSC000148--wateraudit 02-12-03.doc | doc |
| 1113. | Users\DStillma\Waterpoint Audits-03\NECMSC000149--wateraudit 02-20-03.doc | doc |
| 1114. | Users\DStillma\Waterpoint Audits-03\NECMSC000150--wateraudit 02-28-03.doc | doc |
| 1115. | Users\DStillma\Waterpoint Audits-03\NECMSC000151--wateraudit 03-07-03.doc | doc |
| 1116. | Users\DStillma\Waterpoint Audits-03\NECMSC000152--wateraudit 03-14-03.doc | doc |
| 1117. | Users\DStillma\Waterpoint Audits-03\NECMSC000153--wateraudit 03-21-03.doc | doc |
| 1118. | Users\DStillma\Waterpoint Audits-03\NECMSC000154--wateraudit 04-02-03.doc | doc |
| 1119. | Users\DStillma\Waterpoint Audits-03\NECMSC000155--wateraudit 04-24-03.doc | doc |
| 1120. | Users\DStillma\Waterpoint Audits-03\NECMSC000156--wateraudit 04-28-03.doc | doc |
| 1121. | Users\DStillma\Waterpoint Audits-03\NECMSC000157--wateraudit 05-08-03.doc | doc |
| 1122. | Users\DStillma\Waterpoint Audits-03\NECMSC000158--wateraudit 06-11-03.doc | doc |
| 1123. | Users\DStillma\Waterpoint Audits-03\NECMSC000159--wateraudit 06-26-03.doc | doc |
| 1124. | Users\DStillma\Waterpoint Audits-03\NECMSC000160--wateraudit 07-09-03.doc | doc |
| 1125. | Users\DStillma\Waterpoint Audits-03\NECMSC000161--wateraudit 07-18-03.doc | doc |
| 1126. | Users\DStillma\Waterpoint Audits-03\NECMSC000162--wateraudit 07-25-03.doc | doc |
| 1127. | Users\DStillma\Waterpoint Audits-03\NECMSC000163--wateraudit 08-01-03.doc | doc |
| 1128. | Users\DStillma\Waterpoint Audits-03\NECMSC000164--wateraudit 08-05-03.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1129. | Users\DStillma\Waterpoint Audits-03\NECMSC000165--wateraudit 08-20-03.doc | doc |
| 1130. | Users\DStillma\Waterpoint Audits-03\NECMSC000166--wateraudit 09-05-03.doc | doc |
| 1131. | Users\DStillma\Waterpoint Audits-03\NECMSC000167--wateraudit 09-11-03.doc | doc |
| 1132. | Users\DStillma\Waterpoint Audits-03\NECMSC000168--wateraudit 09-18-03.doc | doc |
| 1133. | Users\DStillma\Waterpoint Audits-03\NECMSC000169--wateraudit 09-23-03.doc | doc |
| 1134. | Users\DStillma\Waterpoint Audits-03\NECMSC000170--wateraudit 10-03-03.doc | doc |
| 1135. | Users\DStillma\Waterpoint Audits-03\NECMSC000171--wateraudit 10-10-03.doc | doc |
| 1136. | Users\DStillma\Waterpoint Audits-03\NECMSC000172--wateraudit 10-17-03.doc | doc |
| 1137. | Users\DStillma\Waterpoint Audits-03\NECMSC000173--wateraudit 10-24-03.doc | doc |
| 1138. | Users\DStillma\Waterpoint Audits-03\NECMSC000174--wateraudit 10-31-03.doc | doc |
| 1139. | Users\DStillma\Waterpoint Audits-03\NECMSC000175--wateraudit 11-07-03.doc | doc |
| 1140. | Users\DStillma\Waterpoint Audits-03\NECMSC000176--wateraudit 11-14-03.doc | doc |
| 1141. | Users\DStillma\Waterpoint Audits-03\NECMSC000177--wateraudit 11-21-03.doc | doc |
| 1142. | Users\DStillma\Waterpoint Audits-03\NECMSC000178--wateraudit 12-05-03.doc | doc |
| 1143. | Users\DStillma\Waterpoint Audits-03\NECMSC000179--wateraudit 12-12-03.doc | doc |
| 1144. | Users\DStillma\Waterpoint Audits-03\NECMSC000180--wateraudit 12-19-03.doc | doc |
| 1145. | Users\DStillma\Waterpoint Audits-03\NECMSC000181--wateraudit 12-24-03.doc | doc |
| 1146. | Users\DStillma\Waterpoint Audits-04\NECMSC000182--wateraudit 1-16-04.doc | doc |
| 1147. | Users\DStillma\Waterpoint Audits-04\NECMSC000183--wateraudit 1-23-04.doc | doc |
| 1148. | Users\DStillma\Waterpoint Audits-04\NECMSC000184--wateraudit 1-29-04.doc | doc |
| 1149. | Users\DStillma\Waterpoint Audits-04\NECMSC000185--wateraudit 1-8-04.doc | doc |
| 1150. | Users\DStillma\Waterpoint Audits-04\NECMSC000186--wateraudit 10-06-04.doc | doc |
| 1151. | Users\DStillma\Waterpoint Audits-04\NECMSC000187--wateraudit 10-12-04.doc | doc |
| 1152. | Users\DStillma\Waterpoint Audits-04\NECMSC000188--wateraudit 10-19-04.doc | doc |
| 1153. | Users\DStillma\Waterpoint Audits-04\NECMSC000189--wateraudit 10-26-04.doc | doc |
| 1154. | Users\DStillma\Waterpoint Audits-04\NECMSC000190--wateraudit 11-02-04.doc | doc |
| 1155. | Users\DStillma\Waterpoint Audits-04\NECMSC000191--wateraudit 11-09-04.doc | doc |
| 1156. | Users\DStillma\Waterpoint Audits-04\NECMSC000192--wateraudit 11-16-04.doc | doc |
| 1157. | Users\DStillma\Waterpoint Audits-04\NECMSC000193--wateraudit 11-23-04.doc | doc |
| 1158. | Users\DStillma\Waterpoint Audits-04\NECMSC000194--wateraudit 11-30-04.doc | doc |
| 1159. | Users\DStillma\Waterpoint Audits-04\NECMSC000195--wateraudit 12-07-04.doc | doc |
| 1160. | Users\DStillma\Waterpoint Audits-04\NECMSC000196--wateraudit 12-14-04.doc | doc |
| 1161. | Users\DStillma\Waterpoint Audits-04\NECMSC000197--wateraudit 12-21-04 Bos.doc | doc |
| 1162. | Users\DStillma\Waterpoint Audits-04\NECMSC000198--wateraudit 12-22-04.doc | doc |
| 1163. | Users\DStillma\Waterpoint Audits-04\NECMSC000199--wateraudit 12-28-04.doc | doc |
| 1164. | Users\DStillma\Waterpoint Audits-04\NECMSC000200--wateraudit 2-03-04 Ivy City HSR.doc | doc |
| 1165. | Users\DStillma\Waterpoint Audits-04\NECMSC000201--wateraudit 2-04-04.doc | doc |
| 1166. | Users\DStillma\Waterpoint Audits-04\NECMSC000202--wateraudit 2-10-04.doc | doc |
| 1167. | Users\DStillma\Waterpoint Audits-04\NECMSC000203--wateraudit 2-18-04.doc | doc |
| 1168. | Users\DStillma\Waterpoint Audits-04\NECMSC000204--wateraudit 2-24-04.doc | doc |
| 1169. | Users\DStillma\Waterpoint Audits-04\NECMSC000205--wateraudit 3-12-04.doc | doc |
| 1170. | Users\DStillma\Waterpoint Audits-04\NECMSC000206--wateraudit 3-17-04.doc | doc |
| 1171. | Users\DStillma\Waterpoint Audits-04\NECMSC000207--wateraudit 3-2-04.doc | doc |
| 1172. | Users\DStillma\Waterpoint Audits-04\NECMSC000208--wateraudit 3-23-04.doc | doc |
| 1173. | Users\DStillma\Waterpoint Audits-04\NECMSC000209--wateraudit 3-31-04.doc | doc |
| 1174. | Users\DStillma\Waterpoint Audits-04\NECMSC000210--wateraudit 4-06-04.doc | doc |
| 1175. | Users\DStillma\Waterpoint Audits-04\NECMSC000211--wateraudit 4-15-04.doc | doc |
| 1176. | Users\DStillma\Waterpoint Audits-04\NECMSC000212--wateraudit 4-20-04.doc | doc |
| 1177. | Users\DStillma\Waterpoint Audits-04\NECMSC000213--wateraudit 4-27-04.doc | doc |
| 1178. | Users\DStillma\Waterpoint Audits-04\NECMSC000214--wateraudit 5-05-04.doc | doc |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1179. | Users\DStillma\Waterpoint Audits-04\NECMSC000215--wateraudit 5-11-04.doc | doc |
| 1180. | Users\DStillma\Waterpoint Audits-04\NECMSC000216--wateraudit 5-18-04.doc | doc |
| 1181. | Users\DStillma\Waterpoint Audits-04\NECMSC000217--wateraudit 5-26-04.doc | doc |
| 1182. | Users\DStillma\Waterpoint Audits-04\NECMSC000218--wateraudit 6-15-04.doc | doc |
| 1183. | Users\DStillma\Waterpoint Audits-04\NECMSC000219--wateraudit 6-2-04.doc | doc |
| 1184. | Users\DStillma\Waterpoint Audits-04\NECMSC000220--wateraudit 6-22-04.doc | doc |
| 1185. | Users\DStillma\Waterpoint Audits-04\NECMSC000221--wateraudit 6-29-04.doc | doc |
| 1186. | Users\DStillma\Waterpoint Audits-04\NECMSC000222--wateraudit 6-8-04.doc | doc |
| 1187. | Users\DStillma\Waterpoint Audits-04\NECMSC000223--wateraudit 7-07-04.doc | doc |
| 1188. | Users\DStillma\Waterpoint Audits-04\NECMSC000224--wateraudit 7-13-04.doc | doc |
| 1189. | Users\DStillma\Waterpoint Audits-04\NECMSC000225--wateraudit 7-20-04.doc | doc |
| 1190. | Users\DStillma\Waterpoint Audits-04\NECMSC000226--wateraudit 7-27-04.doc | doc |
| 1191. | Users\DStillma\Waterpoint Audits-04\NECMSC000227--wateraudit 8-03-04.doc | doc |
| 1192. | Users\DStillma\Waterpoint Audits-04\NECMSC000228--wateraudit 8-10-04.doc | doc |
| 1193. | Users\DStillma\Waterpoint Audits-04\NECMSC000229--wateraudit 8-19-04.doc | doc |
| 1194. | Users\DStillma\Waterpoint Audits-04\NECMSC000230--wateraudit 8-25-04.doc | doc |
| 1195. | Users\DStillma\Waterpoint Audits-04\NECMSC000231--wateraudit 8-31-04.doc | doc |
| 1196. | Users\DStillma\Waterpoint Audits-04\NECMSC000232--wateraudit 9-08-04.doc | doc |
| 1197. | Users\DStillma\Waterpoint Audits-04\NECMSC000233--wateraudit 9-14-04.doc | doc |
| 1198. | Users\DStillma\Waterpoint Audits-04\NECMSC000234--wateraudit 9-22-04.doc | doc |
| 1199. | Users\DStillma\Waterpoint Audits-04\NECMSC000235--wateraudit 9-28-04.doc | doc |
| 1200. | Users\EKochis\NECMSC000268--Contract - Electronic Version.rtf | rtf |
| 1201. | Users\EKochis\NECMSC000269--CONTRACT.rtf | rtf |
| 1202. | Users\EKochis\NECMSC000276--NeC Contract - Electronic Version.rtf | rtf |
| 1203. | Users\EKochis\ALSTOM\NECMSC000277--Alstom Inventory Value (04-20-04) w RO.xls | xls |
| 1204. | Users\EKochis\ALSTOM\NECMSC000278--BETH-NEC MSC SPR June 26, 2003.ppt | ppt |
| 1205. | Users\EKochis\ALSTOM\NECMSC000281--NEC MSC SPR Feb 6, 2004 #1.ppt | ppt |
| 1206. | Users\EKochis\ALSTOM\NECMSC000282--NEC MSC SPR July 11, 2003 #2.ppt | ppt |
| 1207. | Users\EKochis\ALSTOM\NECMSC000283--NEC MSC SPR July 11, 2003 (PARTIAL).ppt | ppt |
| 1208. | Users\EKochis\ALSTOM\NECMSC000284--NEC MSC SPR June 26, 2003.ppt | ppt |
| 1209. | Users\EKochis\ALSTOM\SPR FEB 6 2004\NECMSC000286--NEC MSC FEB 27 2004 UPDATE.ppt | ppt |
| 1210. | Users\EKochis\ALSTOM\SPR FEB 6 2004\NECMSC000287--NEC MSC SPR Feb 6, 2004 #2.ppt | ppt |
| 1211. | Users\EKochis\BBryan\2002\NECMSC000288--Train Rosters.xls | xls |
| 1212. | Users\EKochis\BBryan\2002\November\STR\Washington\05 Nov 02 Tue\NECMSC000289--WAS_Station_11-05-02.doc | doc |
| 1213. | Users\EKochis\BBryan\2002\October\IR\NECMSC000291--IR-100302-TS14.doc | doc |
| 1214. | Users\EKochis\BBryan\2002\October\STR\New York\2112 TS 6 ME 30 Oct\NECMSC000292--ME_2031_ALL_10302002_221727.TXT | TXT |
| 1215. | Users\EKochis\BBryan\2002\Permformance Standards\Amtrak's Files\NECMSC000294--Cleaning Dec 11 - Feb 28.XLS | XLS |
| 1216. | Users\EKochis\BBryan\Archives\July\ESR\NECMSC000309--IR-073102-TS15.doc | doc |
| 1217. | Users\EKochis\BBryan\Contract\NECMSC000320--49_CFR_238.pdf | pdf |
| 1218. | Users\EKochis\BBryan\Contract\NECMSC000321--Amtrak_Contract.pdf | pdf |
| 1219. | Users\EKochis\BOARD\NECMSC000323--Outstanding LRU's and CS jan22.xls | xls |
| 1220. | Users\EKochis\OVERHAUL\NECMSC000329--Sheila AP96-Jul04.xls | xls |
| 1221. | Users\EKochis\OVERHAUL\LCC #9\NECMSC000333--AP 96-Jul04.xls | xls |

39

| | Table 3 -- File/Pathname | File Type |
|---|---|---|
| 1222. | Users\EKochis\OVERHAUL\LCC #9\NECMSC000334--Graph by VendorAP 96-Jul04.xls | xls |
| 1223. | Users\EKochis\OVERHAUL\LCC #9\NECMSC000335--LCC_Summary-rev9 Fred.xls | xls |
| 1224. | Users\FFerrera\Facility\NECMSC000336--BUILDING SUPPLIES.doc | doc |
| 1225. | Users\FMontero\NECMSC000340--Driving to Honduras.htm | htm |
| 1226. | Users\FMontero\NECMSC000341--How to use MicroCab 332 Flash Programmer.doc | doc |
| 1227. | Users\FMontero\NECMSC000343--QPG-WI-0022-83 PTE Hardware & Software Testing.doc | doc |
| 1228. | Users\GGannon\New Folder\NECMSC000346--3207 skirt damage.doc | doc |
| 1229. | Users\GGannon\New Folder\NECMSC000347--Skirt incident 3507.doc | doc |
| 1230. | Users\GGannon\notes\NECMSC000349--TS8 Door 3559 Report.doc | doc |
| 1231. | Users\GGannon\Purchase orders\NECMSC000354--Water nozzles.doc | doc |
| 1232. | Users\GJagmoha\DELLDJdriver\Documentation\NECMSC000358--Dell DJ Owner's Manual A01.pdf | pdf |
| 1233. | Users\GJagmoha\Forms_NEC\NECMSC000362--Tech Bulletin-66 Cheek Disc - Wheel Mounted.pdf.pdf | pdf |
| 1234. | Users\GJagmoha\Forms_NEC\NEC PROCEDURES\NECMSC000364--departuretest (4rev).doc | doc |
| 1235. | Users\GJagmoha\Forms_NEC\NEC PROCEDURES\NECMSC000365--Facility_Operating_Procedures_Rev02.doc | doc |
| 1236. | Users\GTopf\My Documents\Contract\NECMSC000371--Amtrak_Contract.pdf | pdf |
| 1237. | Users\jchichka\New Folder\inventory\NECMSC000382--HARDWARE FOR KAN-BAN.xls | xls |
| 1238. | Users\jchichka\New Folder\OVERHAUL\Phase 2\Hoses\NECMSC000425--MRA_0027_Rev 3N.xls | xls |
| 1239. | Users\jchichka\New Folder\OVERHAUL\Phase 2\Hoses\NECMSC000426--MRA_0027_Rev 3R.xls | xls |
| 1240. | Users\JMcMulle\NECMSC000428--Amtrak_Contract.pdf | pdf |
| 1241. | Users\JMcMulle\NECMSC000429--Tier II Daily 030304.ppt | ppt |
| 1242. | Users\JNewcomb\QA\Audits\NECMSC000484--QPG-SAF-FORM-0001-03 wateraudit form template.doc | doc |
| 1243. | Users\JNewcomb\QA\Audits\wateraudits\NECMSC000485--Waterpoint Mini-Audit form.doc | doc |
| 1244. | Users\JNewcomb\QA\Audits\wateraudits\NECMSC000486--Waterpoint Mini-Audit TEMPLET.doc | doc |
| 1245. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000487--wateraudit 072503.doc | doc |
| 1246. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000488--wateraudit 080403.doc | doc |
| 1247. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000489--wateraudit 081103.doc | doc |
| 1248. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000490--wateraudit 081403.doc | doc |
| 1249. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000491--wateraudit 082503.doc | doc |
| 1250. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000492--wateraudit 090503.doc | doc |
| 1251. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000493--wateraudit 090703.doc | doc |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1252. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000494--wateraudit 092203.doc | doc |
| 1253. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000495--wateraudit 093003.doc | doc |
| 1254. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000496--wateraudit 110403.doc | doc |
| 1255. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000497--wateraudit 111203.doc | doc |
| 1256. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000498--wateraudit 112003.doc | doc |
| 1257. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000499--wateraudit 112603.doc | doc |
| 1258. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000500--wateraudit 120503.doc | doc |
| 1259. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000501--wateraudit 121103.doc | doc |
| 1260. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000502--wateraudit 121403.doc | doc |
| 1261. | Users\JNewcomb\QA\Audits\wateraudits\2003\NECMSC000503--wateraudit 121903.doc | doc |
| 1262. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000504--wateraudit 010804.doc | doc |
| 1263. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000505--wateraudit 012004.doc | doc |
| 1264. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000506--wateraudit 013004.doc | doc |
| 1265. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000507--wateraudit 110804.doc | doc |
| 1266. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000508--Waterpoint Mini-Audit 020504.doc | doc |
| 1267. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000509--Waterpoint Mini-Audit 021104.doc | doc |
| 1268. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000510--Waterpoint Mini-Audit 021804.doc | doc |
| 1269. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000511--Waterpoint Mini-Audit 022504.doc | doc |
| 1270. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000512--Waterpoint Mini-Audit 030304.doc | doc |
| 1271. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000513--Waterpoint Mini-Audit 030904.doc | doc |
| 1272. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000514--Waterpoint Mini-Audit 031604.doc | doc |
| 1273. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000515--Waterpoint Mini-Audit 032404.doc | doc |
| 1274. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000516--Waterpoint Mini-Audit 033104.doc | doc |
| 1275. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000517--Waterpoint Mini-Audit 040704.doc | doc |
| 1276. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000518--Waterpoint Mini-Audit 041404.doc | doc |
| 1277. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000519--Waterpoint Mini-Audit 042104.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1278. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000520--Waterpoint Mini-Audit 050504.doc | doc |
| 1279. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000521--Waterpoint Mini-Audit 051204.doc | doc |
| 1280. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000522--Waterpoint Mini-Audit 051804.doc | doc |
| 1281. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000523--Waterpoint Mini-Audit 052604.doc | doc |
| 1282. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000524--Waterpoint Mini-Audit 060304.doc | doc |
| 1283. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000525--Waterpoint Mini-Audit 060904.doc | doc |
| 1284. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000526--Waterpoint Mini-Audit 061604.doc | doc |
| 1285. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000527--Waterpoint Mini-Audit 062404.doc | doc |
| 1286. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000528--Waterpoint Mini-Audit 063004.doc | doc |
| 1287. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000529--Waterpoint Mini-Audit 070704.doc | doc |
| 1288. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000530--Waterpoint Mini-Audit 071504.doc | doc |
| 1289. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000531--Waterpoint Mini-Audit 072104.doc | doc |
| 1290. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000532--Waterpoint Mini-Audit 072804.doc | doc |
| 1291. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000533--Waterpoint Mini-Audit 080104.doc | doc |
| 1292. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000534--Waterpoint Mini-Audit 081204.doc | doc |
| 1293. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000535--Waterpoint Mini-Audit 081904.doc | doc |
| 1294. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000536--Waterpoint Mini-Audit 082504.doc | doc |
| 1295. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000537--Waterpoint Mini-Audit 083004.doc | doc |
| 1296. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000538--Waterpoint Mini-Audit 090704.doc | doc |
| 1297. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000539--Waterpoint Mini-Audit 091504.doc | doc |
| 1298. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000540--Waterpoint Mini-Audit 092104.doc | doc |
| 1299. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000541--Waterpoint Mini-Audit 093004.doc | doc |
| 1300. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000542--Waterpoint Mini-Audit 100604.doc | doc |
| 1301. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000543--Waterpoint Mini-Audit 101304.doc | doc |
| 1302. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000544--Waterpoint Mini-Audit 102004.doc | doc |
| 1303. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000545--Waterpoint Mini-Audit 102804.doc | doc |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1304. | Users\JNewcomb\QA\Audits\wateraudits\2004\NECMSC000546--Waterpoint Mini-Audit 110304.doc | doc |
| 1305. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000547--Waterpoint Mini-Audit 011205.doc | doc |
| 1306. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000548--Waterpoint Mini-Audit 011905.doc | doc |
| 1307. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000549--Waterpoint Mini-Audit 020205.doc | doc |
| 1308. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000550--Waterpoint Mini-Audit 021005.doc | doc |
| 1309. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000551--Waterpoint Mini-Audit 021605.doc | doc |
| 1310. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000552--Waterpoint Mini-Audit 022305.doc | doc |
| 1311. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000553--Waterpoint Mini-Audit 030305.doc | doc |
| 1312. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000554--Waterpoint Mini-Audit 031005.doc | doc |
| 1313. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000555--Waterpoint Mini-Audit 031705.doc | doc |
| 1314. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000556--Waterpoint Mini-Audit 032505.doc | doc |
| 1315. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000557--Waterpoint Mini-Audit 040205.doc | doc |
| 1316. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000558--Waterpoint Mini-Audit 040705.doc | doc |
| 1317. | Users\JNewcomb\QA\Audits\wateraudits\2005\NECMSC000559--Waterpoint Mini-Audit 041305.doc | doc |
| 1318. | Users\JNewcomb\QA\Training\NECMSC000561--contractor safety.ppt | ppt |
| 1319. | Users\JNewcomb\QA\Training\TRAINSET\NECMSC000562--MGU01_3A.ppt | ppt |
| 1320. | Users\JNewcomb\QA\Training\TRAINSET\NECMSC000563--MGU01_5A.ppt | ppt |
| 1321. | Users\JNewcomb\QA\Training\TRAINSET\NECMSC000564--MGU01_5C.ppt | ppt |
| 1322. | Users\JNewcomb\QA\Training\TRAINSET\NECMSC000565--MGU01_5D.ppt | ppt |
| 1323. | Users\JNewcomb\QA\Training\TRAINSET\NECMSC000566--MGU01_5E.ppt | ppt |
| 1324. | Users\JNewcomb\QA\Training\WGU-065 Watering\NECMSC000567--LP sec 4.doc | doc |
| 1325. | Users\JNewcomb\QA\Training\WGU-065 Watering\NECMSC000568--LP sec 5.doc | doc |
| 1326. | Users\JNewcomb\QA\Training\WGU-065 Watering\WGU-065 EXAMS\NECMSC000569--Exam Instructor Copy.doc | doc |
| 1327. | Users\JNewcomb\QA\Training\WGU-065 Watering\WGU-065 EXAMS\NECMSC000570--ExamStudent Copy.doc | doc |
| 1328. | Users\LEtherly\card\NECMSC000576--leo.xls | xls |
| 1329. | Users\LEtherly\E Stuff\NECMSC000577--AMIPartsCount.xls | xls |
| 1330. | Users\LEtherly\EXCEL\Unused Desktop Shortcuts\NECMSC000581--bulk.xls | xls |
| 1331. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\NECMSC000586--agressive driving.ppt | ppt |
| 1332. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\Manual\NECMSC000589--NAP_2003.pdf | pdf |
| 1333. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\comm 1010\NECMSC000598--TGVweb - Acela Express.htm | htm |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1334. | Users\LEtherly\leon\ro receipt sheet\leon\New Folder\Unused Desktop Shortcuts\NECMSC000599--bulk.xls | xls |
| 1335. | Users\LEtherly\Old Laptop\NECMSC000601--leo.xls | xls |
| 1336. | Users\LEtherly\Old Laptop\New Folder\NECMSC000603--agressive driving.ppt | ppt |
| 1337. | Users\LEtherly\Old Laptop\New Folder\broken windows\pics\Norton AntiVirus 2003 Professional Edition\un-norton\Manual\NECMSC000605--NAP_2003.pdf | pdf |
| 1338. | Users\LEtherly\Old Laptop\New Folder\comm 1010\NECMSC000614--TGVweb - Acela Express.htm | htm |
| 1339. | Users\LEtherly\Old Laptop\New Folder\Unused Desktop Shortcuts\NECMSC000615--bulk.xls | xls |
| 1340. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000630--10018_Cheek Brake Discs.doc | doc |
| 1341. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000634--4.2.7.2_7041  Sight Glass and Moisture Indicator Inspection (Power Car).doc | doc |
| 1342. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000635--4.2.7.3  Blower Fan Inspection (Power Car).doc | doc |
| 1343. | Users\LSidor\OLD STUFF\PROCEDURES\More Procedures\NECMSC000636--Sight Glass and Moisture Indicator Inspection (Power Car)_Task 7021,7041(4.2.7.2).doc | doc |
| 1344. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-05, Car Watering and Water Point Sanitation\NECMSC000641--QPG-WI-0022-05, Car Watering and Water Point Sanitation.doc | doc |
| 1345. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-05, Car Watering and Water Point Sanitation\NECMSC000642--~WRD0638.tmp | tmp |
| 1346. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-05, Car Watering and Water Point Sanitation\NECMSC000643--~WRD1525.tmp | tmp |
| 1347. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-21, Uploading ME and CV\NECMSC000644--QPG-WI-0022-21, Instructions For Uploading ME And CV Instructions(1).doc | doc |
| 1348. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-53, ITSU PROCEDURE\NECMSC000645--ITSS Procedure Rev. O.doc | doc |
| 1349. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-66, Correction of Corrupted Flash Cards\NECMSC000646--QPG-WI-0022-66, Correction of Corrupted Flash Cards.doc | doc |
| 1350. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-66, Correction of Corrupted Flash Cards\NECMSC000647--~WRD0000.tmp | tmp |
| 1351. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-73, NEC_Tilting Engineering PTE User Guide\NECMSC000648--041-UG_-0001_rev5.doc | doc |
| 1352. | Users\LSidor\OLD STUFF\PROCEDURES\PROCEDURES\QPG-WI-0022-83, PTE HardwareSoftware Testing\NECMSC000650--PTE Testing Procedure.doc | doc |
| 1353. | Users\LSidor\OLD STUFF\PTE_NEC\PROP\Loco\384D4698.EVT\NECMSC000655--EVT_EVT.DEF | DEF |
| 1354. | Users\LSidor\PART # SEARCH\NECMSC000659--Part numbers search 3.19.03.xls | xls |
| 1355. | Users\LSidor\~Facility Tasks & Ref\PM instructions\NECMSC000661--Preventive Maintenance Sand System.xls | xls |
| 1356. | Users\LSidor\~Facility Tasks & Ref\PM instructions\NECMSC000662--Waterpoint mini audit report.doc | doc |
| 1357. | Users\Mlon\OVERH\Archive\Amtrak Overhaul\Special Tools\NECMSC000671--SPECIAL TOOLS.NecMsc Inventory.R.Alvarado.xls | xls |
| 1358. | Users\Mlon\OVERH\Archive\RandR Pictures Working files\NECMSC000672--NEC Specif List.xls | xls |

44

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1359. | Users\MIon\OVERH\Archive\RandR Pictures Working files\RMM Comments\DBU Silent bolts 10005 10006\NECMSC000674--10005 and 10006 DBU silent bolts.doc | doc |
| 1360. | Users\MIon\OVERH\Archive\RandR Pictures Working files\RMM Comments\PB Manual Release Override 10262 10263\NECMSC000675--10262 10263 PB Manual Release Override Mechanism.doc | doc |
| 1361. | Users\MIon\OVERH\Cecil\Materials Hardware\NECMSC000677--Ayanna.xls | xls |
| 1362. | Users\MIon\OVERH\PHASE 2 OVERHAUL\Techdata trucks\NECMSC000689--TechDoc12101-B-Loco.doc | doc |
| 1363. | Users\MIon\OVERH\Systems\Batteries\NECMSC000691--041-FDR-0029-rev2.doc | doc |
| 1364. | Users\MIon\OVERH\Systems\Water_Waste_System\NECMSC000692--Toilet overflow.doc | doc |
| 1365. | Users\MIon\OVERH\Technical_Data\041-FDR's\ATC & SS\NECMSC000693--041-FDR-0025-rev0.doc | doc |
| 1366. | Users\MIon\OVERH\Technical_Data\041-FDR's\Communication\NECMSC000694--041-FDR-0014-rev0.doc | doc |
| 1367. | Users\MIon\OVERH\Technical_Data\041-FDR's\HVAC_Coach\NECMSC000696--041-FDR-0027-rev0.doc | doc |
| 1368. | Users\MIon\OVERH\Technical_Data\041-FDR's\HVAV_PC\NECMSC000697--041-FDR-0028-rev1.doc | doc |
| 1369. | Users\MIon\OVERH\Technical_Data\041-FDR's\ITSU\NECMSC000698--041-FDR-0021-App-rev0.doc | doc |
| 1370. | Users\MIon\OVERH\Technical_Data\041-FDR's\ITSU\NECMSC000699--041-FDR-0021-rev0.doc | doc |
| 1371. | Users\MIon\OVERH\Technical_Data\041-FDR's\Monitoring\NECMSC000700--041-FDR-0015-A-rev0.doc | doc |
| 1372. | Users\MIon\OVERH\Technical_Data\041-FDR's\Tilting\NECMSC000701--041-FDR-0008Office97rev1.doc | doc |
| 1373. | Users\MIon\OVERH\Technical_Data\041-FDR's\Waste_System\NECMSC000702--041-FDR-0007-rev0.doc | doc |
| 1374. | Users\MIon\OVERH\Technical_Data\OFFICIAL Acceptance TPP\9700_Rev.8_pre\NECMSC000706--041-TPP-9700 7.01_LO_Poweron_rev8.doc | doc |
| 1375. | Users\MIon\OVERH\Technical_Data\OFFICIAL Acceptance TPP\9700_Rev.8_pre\NECMSC000707--041-TPP-9700 7.05_LO_AirBrake_rev8.doc | doc |
| 1376. | Users\MIon\OVERH\Technical_Data\Overhaul Technical Specification\NECMSC000708--000-OTS-002 HVAC Power Car Rev_0.doc | doc |
| 1377. | Users\MIon\OVERH\Technical_Data\Overhaul Technical Specification\NECMSC000709--000-OTS-003 HVAC Trailing car Rev_0.doc | doc |
| 1378. | Users\MIon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000716--PowerCar-Sys02.pdf | pdf |
| 1379. | Users\MIon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\NECMSC000717--Tech Bulletin-66 Cheek Disc - Wheel Mounted.pdf.pdf | pdf |
| 1380. | Users\MIon\OVERH\Technical_Data\Overhaul Technical Specification\OTS-0001 Truck\Tilting\NECMSC000718--000-OTS-0001 Rev 0 Truck Equipment Overhaul.doc | doc |
| 1381. | Users\MIon\OVERH\Technical_Data\System SRS\ARU\NECMSC000721--041-SRS-0025 V1.3 (copy).doc | doc |
| 1382. | Users\MIon\OVERH\Technical_Data\System SRS\Brake\IFM_WSCC v15\NECMSC000722--ta23786_67_en_15.pdf | pdf |
| 1383. | Users\MIon\OVERH\Technical_Data\System SRS\CDU\NECMSC000723--041-SRS-0002 cdu Ver1_7Live copy.doc | doc |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1384. | Users\Mlon\OVERH\Technical_Data\System SRS\CMU\NECMSC000724--041-SRS-0001 cmu rev1.10 (Live) copy.doc | doc |
| 1385. | Users\Mlon\OVERH\Technical_Data\System SRS\Dms\NECMSC000725--041-SRS-0004 rev1.3.doc | doc |
| 1386. | Users\Mlon\Overhaul\NECMSC000730--G-HRMTS_Chapter 7_HVAC.pdf | pdf |
| 1387. | Users\MRagsdal\NECMSC000738--Damper Report.xls | xls |
| 1388. | Users\MRagsdal\DAMPER\NECMSC000753--Damper Report 03-04-05.xls | xls |
| 1389. | Users\MRagsdal\envirovac inventory\NECMSC000754--inventoy detail STOCK ONLY.xls | xls |
| 1390. | Users\MRagsdal\envirovac inventory\NECMSC000755--WORK SHEET.xls | xls |
| 1391. | Users\MRagsdal\lap top\alstom\Knorr Parts Catalog\NECMSC000761--ACELA_LOCO_IPC_03_oct 02.doc | doc |
| 1392. | Users\MRagsdal\lap top\alstom\Knorr Parts Catalog\NECMSC000762--ACELA_POWR_IPC_03_oct 02.doc | doc |
| 1393. | Users\MRagsdal\lap top\download\NECMSC000763--lap top maintenance guide.pdf | pdf |
| 1394. | Users\MRagsdal\lap top\download\NECMSC000764--lap top user guide.pdf | pdf |
| 1395. | Users\MRagsdal\PART NUMBERS\NECMSC000777--cross reference.item.vendor.manuf..XLS | XLS |
| 1396. | Users\MRagsdal\PART NUMBERS\check out\Nec_2002\NECMSC000779--111.WK1 | WK1 |
| 1397. | Users\MRagsdal\PART NUMBERS\check out\Nec_2002\NECMSC000780--nec parts.WK1 | WK1 |
| 1398. | Users\MRagsdal\PART NUMBERS\check out\Parts\NECMSC000782--Traction Bar Usage.xls | xls |
| 1399. | Users\MRagsdal\PARTS RETURNED TO VENDOR\curtis\NECMSC000784--TOTAL count sheet.xls | xls |
| 1400. | Users\MRagsdal\PARTS RETURNED TO VENDOR\curtis\BOSTON\NECMSC000785--bombo.xls | xls |
| 1401. | Users\MRagsdal\PARTS RETURNED TO VENDOR\curtis\NEW YORK\NECMSC000787--bomny.xls | xls |
| 1402. | Users\MRagsdal\PARTS RETURNED TO VENDOR\curtis\NEW YORK\NECMSC000788--ssyw.xls | xls |
| 1403. | Users\MRagsdal\TOOLS\NECMSC000789--Tools Commodity Report.XLS | XLS |
| 1404. | Users\MRagsdal\training\NECMSC000790--training inventory.xls | xls |
| 1405. | Users\MRagsdal\trans lapt\NECMSC000795--hot shuttle 11-4-04.xls | xls |
| 1406. | Users\MRagsdal\trans lapt\NECMSC000799--shuttle 10-21-04.xls | xls |
| 1407. | Users\MRagsdal\trans lapt\NECMSC000800--shuttle 10-28-04.xls | xls |
| 1408. | Users\MRagsdal\trans lapt\zebra\NECMSC000806--27xxSeriesUsersGuide.pdf | pdf |
| 1409. | Users\MZink\New Folder\NECMSC000825--contractor safety.ppt | ppt |
| 1410. | Users\PFries\Inspection Documents\ANNUAL\NECMSC001001--PM TILTING Matrix.xls | xls |
| 1411. | Users\PFries\ITM\TM\NECMSC001002--HRMPC_07 PC HVAC.pdf | pdf |
| 1412. | Users\PFries\Maintenance.\NECMSC001005--PTE Software User Manuals.pdf | pdf |
| 1413. | Users\PFries\PTE Manual\NECMSC001006--01-Tilting.pdf | pdf |
| 1414. | Users\PFries\PTE Manual\NECMSC001007--02-ITSS.pdf | pdf |
| 1415. | Users\PFries\PTE Manual\NECMSC001008--04-LVBC.pdf | pdf |
| 1416. | Users\PFries\PTE Manual\NECMSC001009--07-Communication.pdf | pdf |
| 1417. | Users\PFries\PTE Manual\NECMSC001010--09-ATCrev4.pdf | pdf |
| 1418. | Users\PFries\PTE Manual\NECMSC001011--09-ATCrev5.doc | doc |
| 1419. | Users\PFries\PTE Manual\NECMSC001012--12-Brakes.pdf | pdf |
| 1420. | Users\PFries\PTE Manual\NECMSC001013--PTE Software User Manuals.pdf | pdf |

| | Table 3 -- File/Pathname | File Type |
|---|---|---|
| 1421. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001014--01-Tilting.fm | fm |
| 1422. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001015--02-ITSS.fm | fm |
| 1423. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001016--04-LVBC.fm | fm |
| 1424. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001017--07-Communication.fm | fm |
| 1425. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001018--08-Propulsion.fm | fm |
| 1426. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001019--09-ATC.fm | fm |
| 1427. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001020--11-TMS-DMS.fm | fm |
| 1428. | Users\PFries\PTE Manual\Software-User-manuals\NECMSC001021--Appendix A.fm | fm |
| 1429. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001022--01-Tilting.pdf | pdf |
| 1430. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001023--02-ITSS.pdf | pdf |
| 1431. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001024--04-LVBC.pdf | pdf |
| 1432. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001025--07-Communication.pdf | pdf |
| 1433. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001026--08-Propulsion.pdf | pdf |
| 1434. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001027--09-ATC.pdf | pdf |
| 1435. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001028--12-Brakes.pdf | pdf |
| 1436. | Users\PFries\PTE Manual\Software-User-manuals\Manuanls in PDF\NECMSC001029--PTE Software User Manuals.pdf | pdf |
| 1437. | Users\PFries\Schedule Maintenance Procedure\HVAC\NECMSC001033--Inspection of Liquid in Site Glass Task 7021PC.doc | doc |
| 1438. | Users\PManz\NECMSC001034--fra changes 4-1-03.xls | xls |
| 1439. | Users\PManz\NECMSC001035--NOT_for_Parts.XLS | XLS |
| 1440. | Users\PMwai\NECMSC001038--COMMERCIALLY AVAILABLE PARTS LIST.xls | xls |
| 1441. | Users\PMwai\NECMSC001039--Sample of BIG MOTHER LIST.xls | xls |
| 1442. | Users\PMwai\Illustrated Parts Manual\New Bombardier Catalog\NECMSC001040--IPC_11-16.pdf | pdf |
| 1443. | Users\PMwai\Illustrated Parts Manual\New Bombardier Catalog\NECMSC001041--IPC_1a7.pdf | pdf |
| 1444. | Users\PMwai\Illustrated Parts Manual\New Bombardier Catalog\NECMSC001042--IPC_8-10.pdf | pdf |
| 1445. | Users\PMwai\Materials\Customer Services\Consignment Inventory\Reconciliation\Pocatec\NECMSC001049--Pocatec Reconciliation.xls | xls |
| 1446. | Users\PMwai\Materials\Materials Planning\NECMSC001054--All Alstom PO's (upto 04-20-04).XLS | XLS |
| 1447. | Users\PMwai\Materials\Materials Planning\NECMSC001057--Alstom Inventory Value (04-20-04).xls | xls |
| 1448. | Users\PMwai\Materials\Materials Planning\NECMSC001062--Inventory Value Detail (04-20-04).xls | xls |
| 1449. | Users\PMwai\Materials\Materials Planning\NECMSC001066--NEC-MSC Inventory Value Summary (Final).xls | xls |
| 1450. | Users\PMwai\Materials\Materials Planning\Data\NECMSC001100--All Items by Manufacturer Part Number.XLS | XLS |

| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1451. | Users\PMwai\Materials\Materials Planning\Material Planning Reports\All Items & Locations\NECMSC001105--08-02-04 (Curtis).XLS | XLS |
| 1452. | Users\PMwai\Materials\Parts\NECMSC001107--Electrical Components.xls | xls |
| 1453. | Users\PMwai\Materials\Warranty Stock\NECMSC001110--doc22 (Heinemann).xls | xls |
| 1454. | Users\PMwai\Old Computer DOcs\Philip's stuff\Old D-drive\TRASH\NECMSC001120--NITROGEN REGULATOR.XLS | XLS |
| 1455. | Users\PMwai\Personal\Kenya Politics\Akiwumi Report\NECMSC001122--Akiwumi_Coast.pdf | pdf |
| 1456. | Users\PMwai\Personal\Kenya Politics\Akiwumi Report\NECMSC001123--Akiwumi_NyanzaWestern.pdf | pdf |
| 1457. | Users\PMwai\Personal\Kenya Railways\NECMSC001124--Public-Private Infrastructure Advisory Facility.doc | doc |
| 1458. | Users\PMwai\Personal\Kenya Railways\NECMSC001125--wp-00-1.pdf | pdf |
| 1459. | Users\PMwai\Spear2000\NECMSC001126--HYDRA-FAB (REDO).xls | xls |
| 1460. | Users\TKoss\WaterPoint Audit\NECMSC001147--Waterpoint Audit 03-10-05DC.doc | doc |
| 1461. | Users\TKoss\WaterPoint Audit\NECMSC001148--Waterpoint Audit April 1,2005.doc | doc |
| 1462. | Users\TKoss\WaterPoint Audit\NECMSC001149--Waterpoint Audit April 11,2005.doc | doc |
| 1463. | Users\TKoss\WaterPoint Audit\NECMSC001150--Waterpoint Audit April 8,2005.doc | doc |
| 1464. | Users\TKoss\WaterPoint Audit\NECMSC001151--Waterpoint Audit March 07, 2005.doc | doc |
| 1465. | Users\TKoss\WaterPoint Audit\NECMSC001152--Waterpoint Audit March 18,2005.doc | doc |
| 1466. | Users\TKoss\WaterPoint Audit\NECMSC001153--Waterpoint Audit March 25,2005.doc | doc |
| 1467. | Users\WClark\Failure_Review\Events_From_Failures\ATC_Events\TS_20_PC_20 29\NECMSC001222--ME_2026_ALL_01182005_014614.TXT | TXT |
| 1468. | Users\WClark\Failure_Review\Events_From_Failures\ATC_Events\TS_20_PC_20 29\NECMSC001223--ME_2029_ALL_01182005_015255.TXT | TXT |
| 1469. | Users\WClark\Failure_Review\Events_From_Failures\ATC_Events\TS_20_PC_20 29\NECMSC001224--TS_20_ME_Combine | |
| 1470. | Users\WClark\Failure_Review\Events_From_Failures\ATC_Events\TS_20_PC_20 29\NECMSC001225--TS_20_ME_Combine.xls | xls |
| 1471. | Users\WClark\Technical_Data\NECMSC001447--ptu_operator_manual.doc | doc |
| 1472. | Users\WClark\Technical_Data\041-FDR's\ATC & SS\NECMSC001448--041-FDR-0025-rev0.doc | doc |
| 1473. | Users\WClark\Technical_Data\041-FDR's\Communication\NECMSC001449--041-FDR-0014-rev0.doc | doc |
| 1474. | Users\WClark\Technical_Data\041-FDR's\HVAC_Coach\NECMSC001451--041-FDR-0027-rev0.doc | doc |
| 1475. | Users\WClark\Technical_Data\041-FDR's\HVAV_PC\NECMSC001452--041-FDR-0028-rev1.doc | doc |
| 1476. | Users\WClark\Technical_Data\041-FDR's\ITSU\NECMSC001453--041-FDR-0021-App-rev0.doc | doc |
| 1477. | Users\WClark\Technical_Data\041-FDR's\ITSU\NECMSC001454--041-FDR-0021-rev0.doc | doc |
| 1478. | Users\WClark\Technical_Data\041-FDR's\Monitoring\NECMSC001455--041-FDR-0015-A-rev0.doc | doc |
| 1479. | Users\WClark\Technical_Data\041-FDR's\Tilting\NECMSC001456--041-FDR-0008Office97rev1.doc | doc |