| | Table 3 – File/Pathname | File Type |
|---|---|---|
| 1480. | Users\WClark\Technical_Data\041-FDR's\Waste_System\NECMSC001457--041-FDR-0007-rev0.doc | doc |
| 1481. | Users\WClark\Technical_Data\CMU\NECMSC001458--041-DD_-0021.doc | doc |
| 1482. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\Adu\ADU Rev. 9.0\NECMSC001459--smi-020.doc | doc |
| 1483. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\Adu\ADU SW 7.0\NECMSC001460--smi_12_rev3.doc | doc |
| 1484. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\ATC\Decoder 3.0 (EPROM)\NECMSC001461--smi008.doc | doc |
| 1485. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\ATC\Version 7.2\NECMSC001462--smi_12_rev3.doc | doc |
| 1486. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\HVAC\NECMSC001463--HVAC PTE User Guide - 041-UG_-0009.doc | doc |
| 1487. | Users\WClark\Technical_Data\MY_ONBOARD_SOFTWARE\SS\3.0\NECMSC001464--smi_12_rev3.doc | doc |
| 1488. | Users\WClark\Technical_Data\OFFICIAL Acceptance TPP\9600_Rev.3_pre\Sections 09\NECMSC001467--TPP-041-9600.9.02_STr_Communication_rev3.doc | doc |
| 1489. | Users\WClark\Technical_Data\OFFICIAL Acceptance TPP\9700_Rev.8_pre\NECMSC001468--041-TPP-9700 7.01_LO_Poweron_rev8.doc | doc |
| 1490. | Users\WClark\Technical_Data\OFFICIAL Acceptance TPP\9700_Rev.8_pre\NECMSC001469--041-TPP-9700 7.05_LO_AirBrake_rev8.doc | doc |
| 1491. | Users\WClark\Technical_Data\System SRS\ARU\NECMSC001471--041-SRS-0025 V1.3 (copy).doc | doc |
| 1492. | Users\WClark\Technical_Data\System SRS\Brake\IFM_WSCC v15\NECMSC001472--ta23786_67_en_15.pdf | pdf |
| 1493. | Users\WClark\Technical_Data\System SRS\CDU\NECMSC001473--041-SRS-0002 cdu Ver1_7Live copy.doc | doc |
| 1494. | Users\WClark\Technical_Data\System SRS\CMU\NECMSC001474--041-SRS-0001 cmu rev1.10 (Live) copy.doc | doc |
| 1495. | Users\WClark\Technical_Data\System SRS\Dms\NECMSC001475--041-SRS-0004 rev1.3.doc | doc |
| 1496. | Users\WClark\Technical_Data\Trainset_Prints\NECMSC001480--ISM Power Car.pdf | pdf |
| 1497. | Users\WClark\Test_Software\ATC\NECMSC001481--smi-022.doc | doc |
| 1498. | Users\WClark\Test_Software\ATC\ATC_SS_Rev_7.9 & 3.4\NECMSC001482--smi-023.doc | doc |
| 1499. | Users\WClark\TS_20_Tilt\NECMSC001485--ME_2026_ALL_02062003_044441.TXT | TXT |
| 1500. | VDellipaoli\HAWAII MAN\NECMSC001486--RE Dump System Installation..htm | htm |
| 1501. | VDellipaoli\JEFF Material\NECMSC001487--FW TCC - Cannibalized.htm | htm |
| 1502. | VDellipaoli\Jorge Bldg\NECMSC001488--FW Waste dump up-date.txt | txt |
| 1503. | VDellipaoli\Memos from Engineering\NECMSC001489--RE Tilting_System.rtf | rtf |
| 1504. | VDellipaoli\NEC Supervisors\NECMSC001491--CMU replacement- Important.htm | htm |
| 1505. | VDellipaoli\SAFETY\NECMSC001497--RE Forklift in NY.htm | htm |
| 1506. | VDellipaoli\stillman\NECMSC001500--wateraudit 8-03-04.doc | doc |
| 1507. | VDellipaoli\stillman\NECMSC001501--wateraudit 8-10-04.doc | doc |
| 1508. | VDellipaoli\stillman\NECMSC001502--wateraudit 8-19-04.doc | doc |
| 1509. | VDellipaoli\stillman\NECMSC001503--wateraudit 8-25-04.doc | doc |
| 1510. | VDellipaoli\stillman\NECMSC001504--wateraudit 8-31-04.doc | doc |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

| | | Table 3 – File/Pathname | File Type |
|---|---|---|---|
| 1511. | | VDellipaoli\Training\NECMSC001508–Repair Manuals Basic Skills Test Instructor.doc | doc |
| 1512. | | VDellipaoli\Vinny\NECMSC001512--FW TCC - Cannibalized.htm | htm |
| 1513. | | VDellipaoli\Vinny\NECMSC001513--RE Dump System Installation..htm | htm |
| 1514. | | VDellipaoli\Vinny\NECMSC001514--RE Forklift in NY.htm | htm |
| 1515. | | VDellipaoli\Vinny\NECMSC001515--RE Open Radiax Onboard HSRT 6 8 16 and 18.htm | htm |
| 1516. | | VDellipaoli\Vinny\NECMSC001516--RE TCC - Cannibalized.htm | htm |
| 1517. | | VDellipaoli\Wayne\NECMSC001517--RE Dump System Installation..htm | htm |

Index of 1517 results from Sadoff 8 (NeCMSC).DOC

**Confidential Investigative**
**& Settlement Communication**
**Disclosure Restricted to**
**Head of Designated Federal Entity**
**Pursuant to 5 U.S.C. App. 3 §8G(d)**

**NeCMSC Laptops Held at Various Times**
**by Personnel from Agreed-Upon List**

Please note that the information on this chart is believed to be current as of February 14, 2006 but is still subject to verification and investigation.

| Date | Name | Asset Tag# | Location |
|---|---|---|---|
| 2/1/2006 | Bryan Meadwell | 1498 | In use. |
| 3/7/2005 | Bud Simpson | 1458 | Kroll has imaged copy. |
| *2/10/2004* | *Emmanual Cartailler* | *1338* | *Returned & reformatted 4/1/2004* |
| 2/1/2006 | Jeff Mead | 1288 | In use, but Kroll has imaged copy. |
| *11/3/2004* | *Jim Chichka* | *1511* | *Returned & switched to new laptop* |
| 5/9/2005 | Jim Chichka | 1572 | In use, but Kroll has imaged copy. |
| 7/12/2004 | Jim Simmons | 1490 | *Unclear* |
| 2/1/2006 | Larry Sidor | 1247 | In use. |
| 11/17/2004 | Marvin Ragsdale | 1518 | In use. |
| 11/22/2004 | Mike Ion | 1521 | In use. |
| 11/5/2004 | Norbert Behety | 1456 | In use, but W&S has copy. |
| 2/1/2006 | Phillip Mwai | 1376 | In use. |
| 2/1/2006 | Pierre Hebert | 1485 | In use, but PWSP has copy. |
| *2/10/2004* | *SP Bumra* | *1442* | *Returned & switched to new laptop* |
| 5/3/2005 | SP Bumra | 1570 | In use, but PWSP has copy. |
| *12/24/2003* | *Sylvain Labbe* | *1292* | *This laptop was stolen.* |
| 5/18/2004 | Sylvain Labbe | 1481 | In use, but documents already produced. |
| 2/18/2005 | Sylvain Pages | 1548 | In use, but W&S has copy. |
| *9/9/2005* | *Thomas Koss* | *1291* | *Returned & switched to new laptop* |
| 10/13/2005 | Thomas Koss | 1349 | In use. |

Relevant Laptop User List (for OIG).DOC

**From:**      Smith, Laura L.
**`ent:**      Wednesday, February 15, 2006 9:30 PM
**ɔ:**      David Sadoff (sadoffd@amtrak.com)
**Cc:**      'Parker, Franklin'; 'marc-andre.raymond@ca.transport.bombardier.com'
**Subject:**      NeCMSC: "Wheelset Installation Information 1/25/02-3/6/05" CD

**Attachments:**      CC Wheelset_Assembly sheet.pdf

David,

I understand that the CD-ROM that you and Frank Parker saw in the safe at NeCMSC contains scanned images of "wheelset assembly sheets" that were prepared by ORX and sent to NeCMSC between 1/25/02 and 3/6/05. (Apparently the scanned files are in Adobe Acrobat (PDF) format.)

The attachment to this email is a more recent example, but it should show you what information is recorded on a "wheelset assembly sheet".



CC
lset_Assembly sheet

Laura L. Smith
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway, 21st floor
New York, NY 10036
el: (212) 858-1000
Fax: (917) 464-6564



EXHIBIT

94

1

# ACELA COACH RECONDITIONED AXLE QUALIFICATION FORM

Operator: 1043    Date: 7-8-05

| SN / Heat | Mfg / Mfg Date | $g_s$ / $h_s$ | $i_s$ / Ra | $d_s$ / Ra | k / Ra(√) | $d_o$ / Ra | $d_n$ / Ra | $i_n$ / Ra | $g_n$ / $h_n$ | ''$g_s$(ss) / ''$g_n$(ns) | $i_s$-$g_s$(ss) / $i_n$-$g_n$(ns) | $d_s$-$g_s$(ss) / $d_n$-$g_n$(ns) | $d_o$-$g_s$(ss) / $d_o$-$g_n$(ns) | Mag Emp# / Date | √ or X / Def. Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 089 | JAW | .1913 | .7997 | .8813 | .4950 | .9912 | .8814 | .7428 | .1911 | ✓ | ✓ | ✓ | ✓ | 1043 | ✓ |
| JS7113 | 6-99 | .5591 | 38 | 38 | 73 | 41 | 32 | 43 | .5580 | ✓ | ✓ | ✓ | ✓ | 7-8-05 | |
| 061 | JAW | .08 | .331 | .821 | .499 | .001 | .820 | .8305 | .12 | ✓ | ✓ | ✓ | ✓ | 1045 | ✓ |
| JS7113 | 8-99 | .07 | 33 | 41 | ✓ | 49 | 57 | 43 | .05 | ✓ | ✓ | ✓ | ✓ | 7-11-05 | |
| 030 | JAW | .1914 | .800 | .8314 | .5005 | .9990 | .8811 | .8003 | .1913 | ✓ | ✓ | ✓ | ✓ | 1043 | ✓ |
| JS7113 | 10-99 | .530 | 46 | 51 | .33 | 38 | 46 | 34 | .530 | ✓ | ✓ | ✓ | ✓ | 7-8-05 | |
| 074 | JAW | .1909 | .800 | .8814 | .4988 | .9994 | .8814 | .8001 | .1908 | ✓ | ✓ | ✓ | ✓ | 1043 | ✓ |
| J6446 | 12-99 | .534 | 41 | 35 | .34 | 37 | 34 | 32 | .5347 | ✓ | ✓ | ✓ | ✓ | 7-8-05 | |

June 29, 2005

\\Nas4100\WP Projects\NECM\acela.coach.axle.qualify.form3.wpd

CC-0106

| ORX | Drawing | Revision | Bombardier Part No |
|---|---|---|---|
| **NEC ACELA MAINTENANCE** | HS-122-0001-1 | | 51180 062S |
| **COACH WHEEL SET ASSEMBLY DATA** | Operator | Date | QC          Date |
| **FORM FRM-00023-P4** | 1137 | 7-9-05 | |

| AXLE | | | |
|---|---|---|---|
| **S/N** 039 | **Heat** J 7121 | **Mfg** J AW | **Date** 03-00 |



| DISC (Speed Sensor side) | | DISC (Center) | | DISC (Ground Return Side) | |
|---|---|---|---|---|---|
| **S/N** 101059 ²⁷/05 0002 | **⊥ (≤20 mils)** 8 | **S/N** 101006 ²⁶/05 0001 | **⊥ (≤20 mils)** 4 | **S/N** 101007 ²⁶/05 0016 | **⊥ (≤20 mils)** 4 |
| **Bore** 7.8740 7.8690  724 | **Ra (32-125 µ in)** 63 | **Bore** 7.9920 7.9870  900 | **Ra (32-125 µ in)** 57 | **Bore** 7.8740 7.8690  725 | **Ra (32-125 µ in)** 58 |
| **Seat** 7.8830 7.8810  823 | **Ra (32-63 µ in)** 36 | **Seat** 8.0010 7.9990  000 | **Ra (32-63 µ in)** 40 | **Seat** 7.8830 7.8810  820 | **Ra (32-63 µ in)** 46 |
| **Inter (9.0-12.0 mils)** 9.9 | **Tons (27-84)** 61 | **Inter (9.0-12.0 mils)** 10.0 | **Tons (27-84)** 65 | **Inter (9.0-12.0 mils)** 9.5 | **Tons (27-84)** 61 |
| **Unbalance (g·m)** 1 | **Aligned ✓** ✓ | **Unbalance (g·m)** 2 | **Aligned ✓** ✓ | **Unbalance (g·m)** 1 | **Aligned ✓** ✓ |

| BACK TO BACK (53.295 - 53.375) | |
|---|---|
| **Min** .338 | **Max** .349 |
| **∥ (≤15 mils)** 10 | **Wheel Set Unbal** ✓ |

| BEARING | | WHEEL | | WHEEL | | BEARING | |
|---|---|---|---|---|---|---|---|
| **S/N** 02007 | | **S/N** 35988 | **Tape** 235D | **S/N** 34376 | **Tape** 235D | **S/N** 00002 | |
| **Bore** 6.1870 | **Seat** 6.1905 6.1915  10 | **Bore** 7.761 | **Ra (µ in)** 32 89 125 | **Bore** 7.796 | **Ra (µ in)** 32 82 125 | **Bore** 6.1871 | **Seat** 6.1905 6.1915  07 |
| **Force** 4T 24T  11 | **Seat Tons** 50T 60T  57 | **Seat** 7.8320 7.6250  7705 | **Ra (µ in)** 32 42 63 | **Seat** 7.8320 7.6250  8010 | **Ra (µ in)** 32 40 63 | **Force** 4T 24T  12 | **Seat Tons** 50T 60T  52 |
| **Lateral (mils)** 1 15  7 | | **Inter (7.8 mils min)** 9.5 | **Tons (90-160)** 140 | **Inter (7.8 mils min)** 9.5 | **Tons (90-160)** 107 | **Lateral (mils)** 1 15  11 | |
| | | **⁄⁄ (≤5 mils)** 3 | **⊥ (≤15 mils)** 7 | **⁄⁄ (≤5 mils)** 3 | **⊥ (≤15 mils)** 6 | | |
| | | **\* Unbal (oz·in) ≤35** 28 | **\* Aligned Opp Disc ✓** ✓ | **\* Unbal (oz·in) ≤35** 7 | **\* Aligned Opp Disc ✓** ✓ | | |

\* Listing unbalance value or aligning wheels is not required of reprofiled or second hand wheels



| ORX NEC MSC ACELA RECONDITIONED COACH AXLE VISUAL & MAG INSPECTION | Purchase Order | | Test Procedure | | Rev. |
|---|---|---|---|---|---|
| | Item Number | | QC | | Date |



DISCONTINUITY MAP

| ORX SN | SN | Heat Number | Mfg | Mfg Date |
|---|---|---|---|---|
| | 039 | √7121 | JAW | 03-00 |

| Mag Test Unit SN | Coil Wraps | Amperes | Operator | NDE Level | Date |
|---|---|---|---|---|---|
| 88615 | 3 | 1700 | 1043 | 1 | 07-08-05 |

| Inspection Results | | Defect Location | | | Size | Disposition | |
|---|---|---|---|---|---|---|---|
| Visual ✓ or X | Mag ✓ or X | Axial | Distance from SN edge | Radial | Length | Rework ✓ | Accept ✓ |
| ✓ | ✓ | | | | | | ✓ |
| | | | | | | | |
| | | | | | | | |

Comments:

| FORM TYPE Inspection Form | DESIGNED BY | INIT | DATE April 28, 2005 | PIPP 1/1 |
|---|---|---|---|---|
| FILE NAME acela.coach.mag2.wpd | APPROVED BY | INIT | DATE | REV P2 |



**Pillsbury
Winthrop
Shaw
Pittman**ᴸᴾ

**WINSTON & STRAWN** ʟʟᴘ

> **Confidential Investigative
> & Settlement Communication
> Disclosure Restricted to
> Head of Designated Federal Entity
> Pursuant to 5 U.S.C. App. 3 §8G(d)**

February 23, 2006

**BY FEDERAL EXPRESS**

David Sadoff, Esq.
Associate Counsel
Office of the Inspector General
Legal Counsel's Office
10 "G" Street, N.E., Suite 3E400
Washington, DC

                    Re:    OIG Subpoena Nos. 05-09 and 05-20

Dear Mr. Sadoff:

        The undersigned represent the separate interests of Alstom Transportation ("Alstom") and Bombardier Inc. ("Bombardier") in the Northeast Corridor Maintenance Services Company ("NeCMSC").

        Enclosed are the emails previously discussed during your recent visit to NeCMSC (Production Nos. NEC0917600 – NEC0917601), plus a privilege log for the redacted document.



EXHIBIT

95

February 23, 2006
Page 2


If you have any questions, please feel free to contact the undersigned.

Very truly yours,


Philip Le B. Douglas                          Timothy Broas
Pillsbury Winthrop Shaw Pittman LLP           Winston & Strawn LLP
1540 Broadway                                 1700 K Street, N.W.
New York, NY 10036-4039                       Washington, D.C. 20006-3817
(212) 858-1704                                (202) 282-5750


Enclosures

## Frank Christello, Jr.

**From:** Frank Christello, Jr.
**Sent:** Thursday, June 02, 2005 12:22 PM
**To:** Jim Chichka; Jeff Mead; Mike Wiggins; Bud Simpson
**Cc:** Jeremy W Edwards
**Subject:** status of laptops

3 laptops will be on their way back shortly,  approx 2 hours

j. meads was damaged while being worked on and is the process of being repaired,  update to follow upon receiving more information.

fc

Frank J. Christello
Manager Human Resources
NeC-MSC
202-906-2800  ex 161
202-359-5640 (cell)

Sone Tour #1

1

**NEC0917600**

## Frank Christello, Jr.

| | |
|---|---|
| **From:** | Frank Christello, Jr. |
| **Sent:** | Thursday, June 02, 2005 11:42 AM |
| **To:** | Suzanne El zawi; 'renaud.murray@ca.transport.bombardier.com' |
| **Cc:** | Pierre Hebert; Bud Simpson |
| **Subject:** | Update on Email Recovery Efforts |

Bud asked me to inform you both about any new information related to this subject today.

**REDACTED**
No information was recovered.

**REDACTED**

J. Edwards is scanning employees folders to see if anyone has archived their personal email to their personal server file or their local hard drive. The results of these efforts will be known later today.
**REDACTED**

Frank J. Christello
Manager Human Resources
NeC-MSC
202-906-2800  ex 161
202-359-5640 (cell)

1

*In re Amtrak Office of Inspector General*
*Subpoena Nos. 05-09 and 05-20*
*on Northeast Corridor Maintenance Services Corporation*

## PRIVILEGE LOG OF NORTHEAST CORRIDOR
## MAINTENANCE SERVICES CORPORATION

(as of February 23, 2006)

A/C:  Attorney-Client Privilege
AWP:  Attorney Work Product

## REDACTED DOCUMENTS

| No. | Bates No. | Date | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 1. | NBEC0917601 | June 2, 2005 | Frank Christello | Suzanne El Zawi; Renaud Murray | Pierre Hebert; Bud Simpson | Reports communications with Pillsbury Winthrop Shaw Pittman LLP. | A/C |