## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on Friday, October 6th, 2006, I caused a copy of the Response and Cross-Petition of Bombardier Inc. and Northeast Corridor Maintenance Services Company, the exhibits in support thereof, Respondents' Memorandum and Declarations in Support of Original Petition Response, and the Memorandum in Support of Response and Cross-Petition of Bombardier Inc. and Northeast Corridor Maintenance Services Company, by first class mail on the following:

>David Sadoff
>Associate Counsel to the Inspector General
>Office of the Inspector General
>National Railroad Passenger Corporation
>10 G Street, N.E., Room 3E-406
>Washington, D.C. 20002

                                                ____Michael S. Fried /s_____
                                                  Michael S. Fried