A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fred E. Weiderhold, Jr. As Inspector
General National Railroad Passenger
Corporation                              )
          Plaintiff(s)      )   **APPEARANCE**
                            )
                            )
          vs.               )   CASE NUMBER   1:05-mc-367
Bombardier, Inc.; Alstom Transportation, Inc.; Northeast Corridor )
Maintenance Services
Company                                  )
          Defendant(s)      )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Timothy M. Broas   as counsel in this
                                  (Attorney's Name)

case for: Respondents, Alstom Transportation Inc. and Northeast Corridor Maintenance Services Company
                (Name of party or parties)

Nov. 6, 2006
Date

*(signature)*
Signature

Timothy M. Broas
Print Name

DC Bar # 391145
BAR IDENTIFICATION

Winston & Strawn 1700 K Street NW
Address

Washington, D.C.   20006
City   State   Zip Code

202-282-5750
Phone Number