A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fred E. Weiderhold, Jr. As Inspector
General National Railroad Passenger
Corporation                                     )
                Plaintiff(s)     )     **APPEARANCE**
                        )
                        )
             vs.        )     CASE NUMBER     1:05-mc-367
Bombardier, Inc.; Alstom Transportation, Inc.; Northeast Corridor )
Maintenance Services
Company                                         )
             Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Timothy M. Broas   as counsel in this
                            (Attorney's Name)

case for: Respondents, Alstom Transportation Inc. and Northeast Corridor Maintenance Services Company
                      (Name of party or parties)

Nov. 6, 2006

Date

DC Bar # 391145

BAR IDENTIFICATION

_(signature)_

Signature

Timothy M. Broas

Print Name

Winston & Strawn 1700 K Street NW

Address

Washington, D.C.  20006

City          State          Zip Code

202-282-5750

Phone Number