UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR. AS           )
INSPECTOR GENERAL NATIONAL           )
RAILROAD PASSENGER                   )
CORPORATION,                         )
                                     )
                Petitioner,          )        Civil Action No. 1:05 MC 367
                                     )
        v.                           )        Magistrate Judge Deborah A.
                                     )        Robinson
BOMBARDIER, INC.; ALSTOM             )
TRANSPORTATION, INC.;                )
NORTHEAST CORRIDOR                   )
MAINTENANCE SERVICES                 )
COMPANY,                             )
                                     )
                Respondents.         )


**RESPONDENTS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE**


Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC") respectfully move the Court for the entry of an Order providing for a one-week continuance of the status conference to November 20, 2006 at 2:00 pm.  In support of this Motion, Respondents state:

1. Per the order of Magistrate Judge Deborah A. Robinson, the Court has scheduled a status conference for Monday, November 13, 2006 at 2:00 pm.

2. Due to scheduling difficulties, Respondents are unable to attend the November 13 hearing.

3. Respondents are, however, available to attend a status conference on Monday, November 20, at 2:00 pm.

1

4.  Counsel for Respondents contacted Petitioner's counsel and inquired as to whether Petitioner has any objection to a continuance of the status conference. Petitioner's counsel responded that he had no objection to the date and time proposed above.

5.  Petitioner has no objection to a corresponding one-week continuance of the status conference to November 20, 2006 at 2:00 pm, in order to facilitate the attendance of all parties involved.  Furthermore, this continuance will not significantly delay the resolution of this matter.

WHEREFORE, Respondents respectfully request that the Court enter an Order continuing the status conference to November 20, 2006 at 2:00 pm.

Respectfully submitted,

Philip Le B. Douglas (D.C. Bar No. 311944)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3611

Paul S. Ryerson
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 200001
Telephone:  (202) 879-7603

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*

2

Timothy M. Broas (D.C. Bar No.
391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5750

*Counsel for Respondents Alstom*
*Transportation, Inc. and Northeast*
*Corridor Maintenance Services*
*Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of November 2006, I caused a true and correct copy of the foregoing Consent Motion to Continue Status Conference to be served on the following:

Colin C. Carriere (electronic service)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002

David Sadoff (electronic service)
Associate Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002

_____
Timothy M. Broas

DC:490833.3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION, <br><br> Petitioner, <br><br> vs. <br> BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY <br><br> Respondents. | ORDER GRANTING CONSENT MOTION TO CONTINUE STATUS CONFERENCE <br><br> Civil Action No. 1:05 MC 367 <br><br> Magistrate Judge Deborah A. Robinson |

**ORDER**

Respondents' Consent Motion to Continue Status Conference is hereby granted.  The status conference shall be held on Monday, November 20, 2006 at 2:00pm.

November __, 2006.

BY THE COURT:


_____

Magistrate Judge Deborah A. Robinson
U.S. District Court Magistrate Judge, District of Columbia