UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR. :
  AS INSPECTOR GENERAL :
NATIONAL RAILROAD PASSENGER :
  CORPORATION :
       :
  Petitioner :
       :
  v. : Civil No. 1:05 MS 367 ()PLF)(dar)
       :
BOMBARDIER, INC. :
       :
ALSTOM TRANSPORTATION, INC. :
       :
NORTHEAST CORRIDOR MAINTENANCE :
  SERVICES COMPANY :
       :
  Respondents. :

## ORDER

Upon consideration of "Petitioner's Motion To Schedule Hearing On Petition For Summary Enforcement Of Administrative Subpoenas On December 12, 2006", it is by this Court this ___ day of ___, 2006,

    ORDERED, that said Motion is hereby granted; and, it is further

    ORDERED that a hearing on the merits of the "Amended Petition for Summary and Expedited Enforcement of Inspector General Subpoenas Duces Tecum" (Dckt. No. 10) shall be heard on December 12, 2006 at 2:00 p.m.

                                 _____
                                 Deborah A. Robinson
                                 United States Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2006, I caused to be served copies of "Petitioner's Motion To Schedule Hearing On Petition For Summary Enforcement Of Administrative Subpoenas On December 12, 2006", supporting memorandum and proposed Order, on the below-listed counsel, by United States mail, first-class postage prepaid:

>   Philip Le B. Douglas, Esquire
>   Jones Day
>   222 East 41st Street
>   New York, New York 10017
>       Counsel for Bombardier and NeCMSC
>
>   Timothy M. Broas, Esquire
>   Winston & Strawn, LLP
>   1700 K Street, N.W.
>   Washington, D.C. 20006-3817
>       Counsel for Alstom and NeCMSC

David Sadoff