AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fred E. Weiderhold, Jr. As Inspector
General National Railroad Passenger
Corporation                                           )
                Plaintiff(s)             )         **APPEARANCE**
                                   )
                      vs.                    )         CASE NUMBER   1:05-mc-367
Bombardier, Inc.; Alstom Transportation Inc.;         )
Northeast Corridor Maintenance Services Company       )
              Defendant(s)             )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Franklin R. Parker   as counsel in this
                                 (Attorney's Name)

case for:   Respondent, Alstom Transportation Inc. and Northeast Corridor Maintenance Services Company
                        (Name of party or parties)

December 7, 2006                            /s/ Franklin R. Parker
Date                                             Signature

                                            Franklin R. Parker
D.C. Bar # 485509                      Print Name
BAR IDENTIFICATION

                                            Winston & Strawn, 1700 K St. N.W.
                                            Address

                                            Washington, D.C.  20006
                                            City         State        Zip Code

                                            202-282-5822
                                            Phone Number