UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Petitioner,<br><br>  v.<br><br>BOMBARDIER, INC..; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY,<br><br>    Respondents. | Civil No. 1:05-ms-00367<br>(PLF/DAR) |

**MOTION TO DISMISS AMENDED PETITION**

                    JONES DAY
                    Attorneys for Bombardier Inc. and Northeast
                     Corridor Maintenance Services Company
                    222 East 41st Street
                    New York, New York 10017-6702
                    (212) 326-3939

                    WINSTON & STRAWN LLP
                    Attorneys for Northeast Corridor Maintenance
                     Services Company
                    1700 K Street, N.W.
                    Washington, D.C. 20006-3817
                    (202) 282-5000

Dated: December 14, 2006

Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC") respectfully move the Court to dismiss the August 8, 2006 Amended Petition (the "Amended Petition") of Petitioner Fred E. Weiderhold, Jr., the Inspector General for the National Railroad Passenger Corporation ("Amtrak").

For the reasons set out in the accompanying memorandum in support, the Amended Petition is unenforceable as a matter of law, and should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The Amended Petition fails to articulate the requisite *prima facie* case for enforcement because it lacks any supporting affidavits, despite Respondents' repeated demonstrations that such affidavits are necessary as a matter of law to support judicial enforcement of administrative subpoenas.  Moreover, the Amended Petition fails to articulate a specified investigative purpose for the requested materials, thus rendering it impossible for the Amended Petition to satisfy the balancing test of the expected usefulness of the materials to the investigation against the burden of their production.  Finally, Petitioner's argument supporting his "native format" request was filed without leave in an "insert" after the due date, and thus was not adequately preserved.

**Conclusion**

For the foregoing reasons, and those in the accompanying memorandum in support, Respondents respectfully request that the Court dismiss the Amended Petition with prejudice.

Dated: December 14, 2006

Respectfully submitted,

___/s Philip Le B. Douglas_____
Philip Le B. Douglas (D.C. Bar No. 311944)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3611

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*

_____/s Timothy M. Broas_____

Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5750
*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*