IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>Respondents. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED PETITION<br><br>Civil No. 1:05-ms-00367<br>(PLF/DAR)<br><br>District Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson |

ORDER

Respondents' Motion to dismiss the August 8, 2006 Amended Petition (the "Amended Petition") of Petitioner Fred E. Weiderhold, Jr., the Inspector General for the National Railroad Passenger Corporation is hereby granted. The Amended Petition is dismissed with prejudice.

December __, 2006.

BY THE COURT:

_____
Magistrate Judge  Deborah A. Robinson