<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of December, 2006, I caused to be served one (1) copy of Respondents' Motion to Dismiss Amended Petition, Memorandum in Support Thereof, and Proposed Order, in the case of *Weiderhold v. Bombardier*, No. 1:05 MS 367, by first class mail and facsimile, on the following individual:

David Sadoff
Associate Counsel for the Inspector General
National Railroad Passenger Corporation
10 G Street, N.E., Suite 3E-400
Washington, D.C. 20002

_____/s_____
             Michael S. Fried