UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY,<br><br>Respondents. | Civil Action No. 1:05 MC 367<br><br>Magistrate Judge Deborah A. Robinson |

**RESPONDENTS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC") respectfully move the Court for the entry of an Order providing for a one-week continuance of the status conference to November 20, 2006 at 2:00 pm. In support of this Motion, Respondents state:

1. Per the order of Magistrate Judge Deborah A. Robinson, the Court has scheduled a status conference for Monday, November 13, 2006 at 2:00 pm.

2. Due to scheduling difficulties, Respondents are unable to attend the November 13 hearing.

3. Respondents are, however, available to attend a status conference on Monday, November 20, at 2:00 pm.

1