UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION, <br><br>     Petitioner, <br><br> v. <br><br> BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY, <br><br>     Respondents. | Civil No. 1:05-mc-00367 <br> (PLF/DAR) |

## RESPONDENTS' MOTION TO CONSOLIDATE

Respondents Bombardier, Inc.; Alstom Transportation, Inc.; and the Northeast Corridor Maintenance Services Company, pursuant to Federal Rule of Civil Procedure 42(a), respectfully move to consolidate the above-captioned case (the "'05 Case") with case number 06-0423 (PLF/DAR) (the "'06 Case").

In support of this motion, Respondents state as follows:

1. Petitioner, Fred E. Weiderhold, Jr., filed an Amended Petition for Summary and Expedited Enforcement of administrative subpoenas (the "Amended Petition") against Respondents on August 8, 2006, and a Petition for Summary and Expedited Enforcement of an identical administrative subpoena against Knorr Brake Corporation ("KBC") on September 18, 2006. Orders to Show Cause were issued by the Court in each matter on August 22, 2006 and

October 13, 2006, respectively.

2. Respondents and KBC have filed responses to Petitioner's Amended Petition and the Court's Order to Show Cause, respectively, and Respondents will today file a motion to dismiss the Petitioner's complaints, or various elements thereof. Concurrently, the parties are now engaging in discussions in an effort to narrow their areas of disagreement. The Court has set January 25, 2007 hearings for oral argument with respect to any remaining issues the parties have been unable to resolve.

3. On November 14, 2006, following a discussion with Judge's chambers, counsel for Petitioner raised with Respondents the issue of consolidating these proceedings. Given the common questions of law and fact present in these matters – namely, the lack of a supporting affidavit, and Petitioner's demands for (a) records in their "native format"; and (b) a "certificate of compliance" – Respondents and KBC agreed to that suggestion. During a joint status conference on December 12, 2006, Respondents and KBC each suggested and agreed to consolidation of their respective proceedings. The Court thereupon directed the parties to file a motion for consolidation.

4. Fed. R. Civ. P. 42(a) states:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Case law supports consolidating related proceedings in accordance with Rule 42(a). *Santucci v.*

*Pignatello*, 88 U.S. App. D.C. 190 (D.C. Cir. 1951); *Cablevision Systems Development Company v. Motion Picture Association of America, Inc.,* 257 U.S. App. D.C. 238 (D.C. Cir. 1987); *Horn v. Raines,* 227 F.R.D. 1 (D.C. Dist. 2005); *American Postal Workers Union v. United States Postal Service.,* 422 F. Supp. 2d 240 (D.C. Dist. 2006).

5.     In order to simplify the proceedings and to avoid unnecessary duplication of effort by the Court, Respondents request that these two proceedings be consolidated under the docket number for the '05 Case.

## CONCLUSION

Respondents request that the Court enter the attached order consolidating these proceedings.

Respectfully submitted,

/s Philip Le B. Douglas_____
Philip Le B. Douglas (D.C. Bar No. 311944)
Jones Day
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3611

/s Paul S. Ryerson_____
Paul S. Ryerson
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 200001
Telephone:  (202) 879-7603

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*

<u>/s Timothy M. Broas</u>
Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 282-5750


<u>/s Franklin R. Parker</u>
Franklin R. Parker (D.C. Bar No. 485509)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 282-5822

*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION, </br></br>            Petitioner, </br></br>    v. </br></br> BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY, </br></br>            Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 1:05-mc-00367 </br>         (PLF/DAR) |

## **ORDER**

THIS matter having come before this Court on Respondents' Motion to Consolidate, and the Court being fully apprised in its premises:

It is hereby ORDERED that said motion be GRANTED and that the above-captioned case be consolidated under the first-filed docket number, 1:05-mc-00367 (PLF/DAR).

DATED: December __, 2006

BY THE COURT:

_____
Magistrate Judge Deborah A. Robinson
U.S. District Court Magistrate Judge,
District of Columbia

5

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of December 2006, I caused a true and correct copy of the foregoing Motion to Consolidate to be served on the following:

John G. DeGooyer (electronic service)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC  20007-5143

Frank S. Murray (electronic service)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC  20007-5143

Colin C. Carriere (electronic service)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002

David Sadoff (electronic service)
Associate Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002

                                                                                  Timothy M. Broas

DC:495462.2