UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. <br>   AS INSPECTOR GENERAL <br> NATIONAL RAILROAD PASSENGER <br>   CORPORATION <br><br>     Petitioner <br><br>     v. <br><br> BOMBARDIER, INC. <br><br> ALSTOM TRANSPORTATION, INC. <br><br> NORTHEAST CORRIDOR MAINTENANCE <br>     SERVICES COMPANY <br><br>     Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> :    Civil No. 1:05-mc-00367 <br> :    (PLF/DAR) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**JOINT STATUS REPORT CONCERNING NEGOTIATIONS BETWEEN
PARTIES TO RESOLVE SUBOPOENA ENFORCEMENT ISSUES**

    Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), and Respondents Bombardier, Inc. ("Bombardier") and Northeast Corridor Maintenance Services Company ("NeCMSC"), by counsel, submit their joint report on their efforts to negotiate a resolution of pending claims related to the enforcement of four subpoenas served on Respondents in May-June 2005.

    The parties discussed several proposals on December 12, 2006 following the conclusion of the Status Conference, as well as in letters exchanged between the parties on December 15, 2006, in an e-mail from counsel for Respondent Bombardier sent December 17, and during a December 18 telephone conference. As a result of these

discussions, the parties have come to an agreement on the "Kroll Document" issue (Am. Pet ¶¶ 34-37) (Resp. ¶ 133-139). The parties anticipate submitting a proposed stipulation and order to the Court, reflecting this agreement.

Without delay or prejudice to the argument scheduled by this Court for January 25, 2007, the parties represent that discussion on other outstanding issues is continuing, and that the parties will promptly advise the Court on any future issues that are resolved.

Respectfully submitted,

/s Philip Le B. Douglas
Philip Le B. Douglas
Jones Day
222 East 41st Street
New York, NY 10017-6702
(212) 326-3611

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*

/s David Sadoff
David Sadoff
Associate Counsel
Office of the Inspector General
National Railroad Passenger Corp.
10 G Street, NE, Suite 3E-406
Washington, DC  20002
(202) 906-4882

/s Franklin R. Parker
Franklin R. Parker
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5822

*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*