UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. <br>  AS INSPECTOR GENERAL <br> NATIONAL RAILROAD PASSENGER <br> CORPORATION, <br><br>    Petitioner <br><br>    v. <br><br> BOMBARDIER, INC., <br><br> ALSTOM TRANSPORTATION, INC., and <br><br> NORTHEAST CORRIDOR MAINTENANCE <br>    SERVICES COMPANY, <br><br>    Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil No. 1:05 MS 367 (PLF)(dar) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**PETITIONER'S MOTION FOR AN ENLARGEMENT OF TIME**

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), through his undersigned attorney in Weiderhold v. Knorr, Civil No. 1:06-MS-0423 (the "'06 Case"), seeks to specially appear in the above-captioned case for the limited purpose of opposing Respondents' Motion to Consolidate filed on December 14, 2006, and respectfully moves this Court for an extension of time until January 3, 2007, within which to submit its opposition to Respondents' motion to consolidate. Unless the time is extended, Petitioner's reply is due today, December 26, 2006. This is the Petitioner's first request for an extension of time to address issued raised in Respondents' motion to consolidate.

The bases for Petitioner's request are as follows:

1

Respondents filed their Motion to Consolidate only in the above-captioned action. Inexplicably, Respondents failed to file their Motion in the matter in which they sought consolidation, (i.e., the '06 Case). Equally incomprehensible, Respondents failed to include the undersigned attorney on their Certificate of Service, even though it was stated on the record during the December 12, 2006 Status Conference that said attorney was counsel of record in the '06 Case. Consequently, undersigned counsel only recently received notice of Respondents' motion to consolidate.

Since Respondents' motion threatens to adversely impact the '06 Case, the undersigned attorney believes it appropriate to intervene in the above-captioned matter for the limited purpose of opposing Respondents' motion. Toward that end, the undersigned counsel discussed with John G. DeGooyer, Esq., counsel for Knorr in the '06 Case, filing a joint opposition to Respondents' motion to consolidate. The undersigned counsel, however, has been unable to prepare the expected joint opposition because of scheduling conflicts associated with the holiday season.

A brief extension of time will allow the undersigned counsel the opportunity to complete its efforts with Mr. DeGooyer and file the joint opposition to Respondents' motion to consolidate.

In compliance with Local Civil Rule 7(m), on December 26, 2006, Petitioner's counsel attempted to discuss the contents of this motion with counsel for Respondents in a good faith effort to determine whether Respondents opposed the relief sought. Petitioner was unsuccessful in contacting Respondents' counsel and cannot inform this Court whether or not Respondents' oppose Petitioner's request.

For these reasons, Petitioner respectfully requests that its motion be granted and that he be given an extension of time until January 3, 2007, within which to submit his opposition to Respondents' motion to consolidate.

Dated: December 26, 2006

                                            Respectfully submitted,

                                            COLIN C. CARRIERE (# 375016)
                                            Counsel to the Inspector General
                                            Office of the Inspector General
                                            National Railroad Passenger Corporation
                                            10 G Street, Northeast
                                            Room 3E-404
                                            Washington, DC  20002
                                            Tele: (202) 906-4355

                                            _____
                                            JAMES E. TATUM, JR. (# 432860)
                                            Associate Legal Counsel to the Inspector General
                                            Office of the Inspector General
                                            National Railroad Passenger Corporation
                                            10 G Street, Northeast
                                            Room 3E-414
                                            Washington, DC  20002
                                            Tele: (202) 906-4151