CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2006, I caused to be served a copy of "Petitioner's Motion for an Enlargement of Time" and proposed Order on the below-listed counsel, by United States mail, first-class postage prepaid:

    John G. DeGooyer, Esq.
    Foley & Lardner, LLP
    Washington Harbour
    3000 K. Street, NW
    Suite 500
    Washington, D.C.  20007-5143

    Philip Le B. Douglas, Esq.
    Jones Day
    222 East 41st Street
    New York, New York  10017

    Timothy M. Broas, Esq.
    Winston & Strawn, LLP
    1700 K. Street, N.W.
    Washington, D.C.  20006

                                              _____
                                              James E. Tatum, Jr.