UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.<br>  AS INSPECTOR GENERAL<br>  NATIONAL RAILROAD PASSENGER<br>  CORPORATION,<br><br>   Petitioner<br><br>   v.<br><br>BOMBARDIER, INC.,<br><br>ALSTOM TRANSPORTATION, INC., and<br><br>NORTHEAST CORRIDOR MAINTENANCE<br>     SERVICES COMPANY,<br><br>   Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil No. 1:05 MS 367 (PLF)(dar)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

Upon consideration of "Petitioner's Motion For An Enlargement Of Time", it is by this Court this ___ day of December, 2006,

ORDERED, that said Motion is hereby granted; and, it is further

ORDERED that Counsel for Petitioner in <u>Weiderhold v. Knorr</u>, Civil No. 1:06-MS-0423 be allowed to specially appear in the above-captioned matter for the limited purpose of opposing Respondents' Motion to Consolidate, and, it is further

ORDERED that the time within which Petitioner may reply to Respondents' Motion to Consolidate is extended to and including January 3, 2007.

SO ORDERED.

_____
Deborah A. Robinson
United States Magistrate Judge