CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, I caused to be served one (1) copy of Respondents' Reply in Support of Motion to Dismiss Amended Petition in the case of *Weiderhold v. Bombardier*, No. 1:05 MS 367, by first class mail and facsimile, on the following individual:

>David Sadoff
>Associate Counsel for the Inspector General
>National Railroad Passenger Corporation
>10 G Street, N.E., Suite 3E-400
>Washington, D.C. 20002

                _____/s___Michael S. Fried_____
                    Michael S. Fried