UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR. AS IN-          )
SPECTOR GENERAL NATIONAL               )
RAILROAD PASSENGER CORPORA-            )
TION,                                  )
                                       )
              Petitioner,              )
                                       )        Civil No. 1:05-mc-00367
                                       )              (PLF/DAR)
       v.                              )
                                       )
BOMBARDIER, INC.; ALSTOM               )
TRANSPORTATION, INC.; NORTH-           )
EAST CORRIDOR MAINTENANCE              )
SERVICES COMPANY,                      )
                                       )
              Respondents.             )
                                       )

## RESPONDENTS' REPLY IN SUPPORT OF MOTION TO CONSOLIDATE

Respondents  Bombardier, Inc.; Alstom Transportation, Inc.; and the Northeast Corridor

Maintenance Services Company, respectfully submit this reply in support of their motion, pur-

suant to Federal Rule of Civil Procedure 42(a), to consolidate the above-captioned case (the

"'05 Case") with case number 06-0423 (PLF/DAR) (the "'06 Case").

Petitioner and Knorr Brake Corporation ("KBC") have opposed this motion on the

grounds that (a) significant differences exist between the facts and issues raised in the '05 and '06

cases, and (b) that resolution of the '06 case by settlement, prior to the next scheduled court date on January 25, would render the issue of consolidation moot. [1]

Respondents acknowledge that the server issue referenced in KBC's opposition is unique to the '05 case.  However, the core issues of these matters — compliance with identical subpoenas issued to both Respondents and KBC; the required completion of certificates of compliance issued by Petitioner; and the demand for production of electronic documents in "Native Format" — are common to all parties, and risk inconsistent resolution as well as duplication of effort if addressed in separate proceedings.[2]  Regarding the native format issue specifically, while Respondents recognize that differences exist between the methods in which Respondents and KBC produced documents to Petitioner, the fundamental matter of whether Petitioner is entitled to such documents in "Native Format" remains as a common question of law.

## CONCLUSION

For the foregoing reasons, and those in Respondents' motion, Respondents  respectfully request that these proceedings be consolidated.

---

[1] This Reply responds to Petitioner's "Opposition to Respondents' Motion to Consolidate" – which incorporates KBC's notice of opposition by reference – though it is not clear whether Petitioner's opposition was timely filed, as it is not currently listed on the docket sheet.

[2] Despite their current opposition to consolidation, both Petitioner and KBC have previously observed that judicial economy would be served by consolidating these matters, as stated in Note 1 of Petitioner's November 20, 2006 Motion to Schedule a Hearing on the Petition (Dkt. 44) and Page 36 of the Transcript of Proceedings from the December 12, 2006 Status Conference, respectively.

Respectfully submitted,


/s Philip Le B. Douglas _____
Philip Le B. Douglas (D.C. Bar No. 311944)
Jones Day
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3611

/s Paul S. Ryerson
Paul S. Ryerson
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 200001
Telephone:  (202) 879-7603

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*



/s Timothy M. Broas
Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5750


/s Franklin R. Parker
Franklin R. Parker (D.C. Bar No. 485509)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5822

*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January 2007, I caused a true and correct

copy of the foregoing Reply in Support of Motion to Consolidate to be served on the following:


John G. DeGooyer (electronic service)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC  20007-5143

Frank S. Murray (electronic service)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, DC  20007-5143

Colin C. Carriere (electronic service)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002

David Sadoff (electronic service)
Associate Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002

James E. Tatum, Jr. (electronic service)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002


                                        /s Franklin R. Parker_____
                                        Franklin R. Parker


4

DC:497907.1