UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
 AS INSPECTOR GENERAL
NATIONAL RAILROAD PASSENGER
 CORPORATION,

                 Petitioner,

     v.

BOMBARDIER, INC.,
ALSTOM TRANSPORTATION, INC.,
NORTHEAST CORRIDOR MAINTENANCE
 SERVICES COMPANY,

                 Respondents.

Civil No. 1:05-mc-00367
(PLF/DAR)

## **ERRATA**

Please note the following changes in Respondents' Corrected Reply in Support of Motion to Dismiss Amended Petition:

    Page 4, footnote 4, changed "renders" to "would render."

    Page 8, line 3, changed "this" to "thus."

    Page 9, line 15, changed "document and claim" to "document claim."

    Page 12, line 1, changed "is necessary" to "is said to be necessary."

    Page 12, line 4, changed "Id." to "Mem. 10."

    Page 12, final line, changed "(c) simultaneously" to "(d) simultaneously."

Dated: January 9, 2007

                    Respectfully submitted,

| JONES DAY | WINSTON & STRAWN LLP |
|---|---|
| By:   */s*  Philip Le B. Douglas<br>     Philip Le B. Douglas (# 311944)<br>Attorneys for Bombardier Inc. and<br> Northeast Corridor Maintenance<br> Services Company<br>222 East 41st Street<br>New York, New York 10017-6702<br>(212) 326-3939 | By:   */s*  Timothy M. Broas<br>     Timothy M. Broas (# 391145)<br>Attorneys for Northeast Corridor Maintenance<br> Services Company<br>1700 K Street, N.W.<br>Washington, D.C. 20036-3817<br>(202) 282-5000 |
| Of counsel:<br>    Michael S. Fried, Esq. | Of counsel:<br>    Franklin R. Parker, Esq. |