CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2007, I caused to be served one (1) copy of Respondents' Corrected Reply in Support of Motion to Dismiss Amended Petition, in the case of *Weiderhold v. Bombardier*, No. 1:05 MS 367, by first class mail and facsimile, on the following individual:

        David Sadoff
        Associate Counsel for the Inspector General
        National Railroad Passenger Corporation
        10 G Street, N.E., Suite 3E-400
        Washington, D.C. 20002

        /s/ Michael S. Fried
        Michael S. Fried