UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
  AS INSPECTOR GENERAL
  NATIONAL RAILROAD PASSENGER
  CORPORATION,

    Petitioner

    v.                              Civil No. 1:05 MS 367 (PLF)(dar)

BOMBARDIER, INC.,

ALSTOM TRANSPORTATION, INC., and

NORTHEAST CORRIDOR MAINTENANCE
  SERVICES COMPANY,

    Respondents.

**PETITIONER'S OPPOSITION TO
RESPONDENTS' MOTION TO CONSOLIDATE**

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), through his undersigned attorney in Weiderhold v. Knorr, Civil No. 1:06-MS-0423 (the "'06 Case"), seeks to specially appear in the above-captioned case for the limited purpose of opposing Respondents' Motion to Consolidate filed on December 14, 2006, and respectfully submits this opposition to Respondents' Motion to Consolidate the above-captioned matter (the "'05 Case") with the '06 Case. In support of its opposition, Petitioner states the following:

    1.    On December 12, 2006, this Court held a status conference with regard to the '05 Case and the '06 Case. During this status conference, this Court inquired as to whether or not these cases should be consolidated. At that time, Petitioner, through counsel, stated his objection to consolidation. The basis for this objection, as articulated at the status conference and reiterated

RECEIVED

JAN - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

here, was that there exist significant differences in the facts and issues raised in the '05 Case and the '06 Case that consolidation would not be appropriate.

2.   The Parties in the '06 Case filed a Joint Motion to Stay the Proceedings until January 3, 2007. At this Court's direction, the Parties in the '06 case are attempting to resolve the outstanding issues during the length of the stay and ahead of the next court date of January 25, 2007. If the Parties in the '06 Case successfully resolve all remaining issues, Respondents' consolidation motion would be moot. If the Parties in the '06 Case are unable to resolve their differences, consolidation remains unwarranted as the unresolved issues in the '06 Case differ from those in the '05 Case.[1]

### Conclusion

For the above-stated reasons, Petitioner respectfully opposes Respondents' Motion to Consolidate.

Respectfully submitted,

COLIN C. CARRIERE (# 375016)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002
Tele: (202) 906-4355

JAMES E. TATUM, JR. (# 432860)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002
Tele: (202) 906-4882

---

[1] The differences between the two matters are set forth in Knorr Brake Corporation's "Opposition to Motion to Consolidate," filed on December 26, 2006 in the '06 Case. See, Exhibit 1.