UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Petitioner,<br><br>v.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 1:05-mc-00367<br>)        (PLF/DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' CONSENT MOTION TO RESCHEDULE HEARING**

Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC") respectfully move the Court for the entry of an Order to reschedule their hearing before Magistrate Judge Deborah A. Robinson to Monday, February 12, 2007 at 2:00 pm. In support of this Motion, Respondents state:

    1. Per the order of Magistrate Judge Deborah A. Robinson, the Court had scheduled a hearing for the parties to present oral argument (the "Hearing"), for Thursday, January 25, 2007 at 9:30 am.

    2. On January, 25, 2007, the Court rescheduled the Hearing for 2:30 pm of the same day.

1

3. Due to scheduling conflicts, neither Respondents nor counsel for Petitioner would have been able to attend the Hearing at the newly scheduled time.

4. Counsel for Petitioner and Respondents promptly notified the Court of these conflicts, and requested that the Hearing be rescheduled to a later date that all parties could attend.

5. Counsel for Petitioner and Respondents conferred regarding several alternate dates proposed by the Court, and have acknowledged Monday, February 12, 2007 at 2:00 pm, as a date on which all parties would be available for the Hearing.

6. Petitioner has no objection to a corresponding rescheduling of the Hearing to Monday, February 12, 2007 at 2:00 pm, in order to facilitate the attendance of all parties involved. Furthermore, this rescheduling will not significantly delay the resolution of this matter.

WHEREFORE, Respondents respectfully request that the Court enter an Order rescheduling the Hearing to Monday, February 12, 2007 at 2:00 pm.

Respectfully submitted,


/s Philip Le B. Douglas_____
Philip Le B. Douglas (D.C. Bar No. 311944)
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3611

/s Paul S. Ryerson_____
Paul S. Ryerson
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 200001
Telephone:  (202) 879-7603

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*



/s Timothy M. Broas_____
Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5750


/s Franklin R. Parker_____
Franklin R. Parker (D.C. Bar No. 485509)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 282-5822


*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>Respondents. | ORDER GRANTING CONSENT MOTION TO RESCHEDULE HEARING<br><br>Civil No. 1:05-mc-00367 (PLF/DAR) |

ORDER

Respondents' Consent Motion to Reschedule Hearing is hereby granted. The hearing shall be held on Monday, February 12, 2007 at 2:00pm.

January __, 2007.

BY THE COURT:

_____
Magistrate Judge Deborah A. Robinson
U.S. District Court Magistrate Judge, District of Columbia

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of January 2007, I caused a true and correct copy of the foregoing Consent Motion to Reschedule Hearing to be served on the following:

Colin C. Carriere (electronic service)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002

David Sadoff (electronic service)
Associate Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002

/s Franklin R. Parker

Franklin R. Parker

**DC:500699.1**