# RESPONDENTS' EX. 146

BOMBARDIER'S CALCULATION OF INVESTIGATION-RELATED
LEGAL FEES AND RELATED COSTS
(Respondents' Ex. 146)

| LAW FIRM | DATE OF INVOICE | INVOICE NUMBER | BRAKE PROBLEM FEES | OIG-RELATED FEES | MEMORIAL DAY INCIDENT FEES | CLAIMED OIG-RELATED FEES | BRAKE PROBLEM DISBURSEMENTS | CLAIMED OIG-RELATED DISBURSEMENTS* | TOTAL OIG-RELATED FEES & DISBURSEMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop | 06/17/05 | 7127407 | $217,172.25 | $133,562.00 | $15,969.50 | $117,592.50 | $7,144.52 | | |
| Pillsbury Winthrop | 07/19/05 | 7135457 | $597,393.25 | $505,632.25 | $54,358.50 | $451,273.75 | $57,864.10 | | |
| Pillsbury Winthrop | 08/23/05 | 7148951 | $215,009.22 | $137,142.71 | | $137,142.71 | $7,657.12 | | |
| Pillsbury Winthrop | 09/30/05 | 7159672 | $137,037.13 | $86,461.60 | | $86,461.60 | $15,789.56 | | |
| Pillsbury Winthrop | 10/24/05 | 7167484 | $124,299.65 | $93,962.89 | | $93,962.89 | $4,870.99 | | |
| Pillsbury Winthrop | 11/14/05 | 7174970 | $207,935.37 | $198,709.66 | | $198,709.66 | $6,217.94 | | |
| Pillsbury Winthrop | 12/09/05 | 7183641 | $90,404.55 | $85,579.42 | | $85,579.42 | $2,139.26 | | |
| Pillsbury Winthrop | 01/17/06 | 7191838 | $62,180.10 | $60,265.35 | | $60,265.35 | $1,387.32 | | |
| Pillsbury Winthrop | 02/21/06 | 7201854 | $34,836.75 | $34,324.25 | | $34,324.25 | $177.84 | | |
| Pillsbury Winthrop | 03/15/06 | 7208932 | $66,370.00 | $65,960.00 | | $65,960.00 | $713.17 | | |
| Pillsbury Winthrop | 04/20/06 | 7221679 | $71,025.75 | $50,580.75 | | $50,580.75 | $6,286.88 | | |
| Pillsbury Winthrop | 05/18/06 | 7230258 | $41,470.82 | $35,078.75 | | $35,078.75 | $232.77 | | |
| Pillsbury Winthrop | 06/06/06 | 7234240 | $72,718.22 | $53,381.45 | | $53,381.45 | $14,753.21 | | |
| Jones Day | 07/21/06 | 31550060 | $6,488.92 | $3,262.94 | | $3,262.94 | $0.00 | | |
| Jones Day | 08/28/06 | 31569885 | $50,529.64 | $50,529.64 | | $50,529.64 | $4,096.61 | | |
| TOTAL | | | $1,994,871.62 | $1,594,433.66 | $70,328.00 | $1,524,105.66 | $129,331.29 | $98,810.64 | $1,622,397.44 |

* Claimed OIG-Related Disbursements where calculated by multiplying Total Brake Problem Disbursements by the ratio of Claimed OIG-Related Fees to Brake Problem Fees (76%).

## ALLOCATION OF CLAIMED INVESTIGATION-RELATED LEGAL FEES AND DISBURSEMENTS*

| LAW FIRM | DATE OF INVOICE | INVOICE NUMBER | PHASE I FEES 5/05 - 10/05 | PHASE I DISBURSEMENTS | ORIGINAL PETITION RESPONSE FEES 9/05 -10/05 | ORIGINAL PETITION RESPONSE DISBURSEMENTS | PHASE II FEES 11/05 - 7/06 | PHASE II DISBURSEMENTS |
|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop | 06/17/05 | 7127407 | $117,592.50 | | | | | |
| Pillsbury Winthrop | 07/19/05 | 7135457 | $451,273.75 | | | | | |
| Pillsbury Winthrop | 08/23/05 | 7148951 | $137,142.71 | | | | | |
| Pillsbury Winthrop | 09/30/05 | 7159672 | $86,461.60 | | | | | |
| Pillsbury Winthrop | 10/24/05 | 7167484 | $47,274.14 | | $46,688.75 | | | |
| Pillsbury Winthrop | 11/14/05 | 7174970 | $29,417.16 | | $169,292.50 | | | |
| Pillsbury Winthrop | 12/09/05 | 7183641 | | | | | $85,579.42 | |
| Pillsbury Winthrop | 01/17/06 | 7191838 | | | | | $60,265.35 | |
| Pillsbury Winthrop | 02/21/06 | 7201854 | | | | | $34,324.25 | |
| Pillsbury Winthrop | 03/15/06 | 7208932 | | | | | $65,960.00 | |
| Pillsbury Winthrop | 04/20/06 | 7221679 | | | | | $50,580.75 | |
| Pillsbury Winthrop | 05/18/06 | 7230258 | | | | | $35,078.75 | |
| Pillsbury Winthrop | 06/06/06 | 7234240 | | | | | $53,381.45 | |
| Jones Day | 07/21/06 | 31550060 | | | | | $3,262.94 | |
| Jones Day | 08/28/06 | 31569885 | | | | | $50,529.64 | |
| **TOTAL** | | | **$869,161.86** | **$56,026.31** | **$215,981.25** | **$13,760.84** | **$438,962.55** | **$28,504.62** |

* The Claimed Disbursements were allocated from Total Claimed OIG-Related Disbursements to Phase I, the Original Petition Response and Phase II in the same proportion as the fees allocated to each of those segments of the Investigation:
  • Phase I = 57% of Claimed OIG-Related Disbursements
  • Original Petition Response = 14% of Claimed OIG-Related Disbursements
  • Phase II = 29% of Claimed OIG-Related Disbursements