**RESPONDENTS' EX. 147**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Mr. Marc Andre Raymond
Bombardier Inc.
1101 Parent Street
Saint-Bruno, QUE  J3V 6E6
CANADA

September 30, 2005
Invoice No. 7159672
Client No. 204789
Matter No. 0000010
Philip  L. Douglas
(212) 858-1000

**For Professional Services Rendered And Disbursements Incurred Through August 31, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $93,472.00 | $15,789.56 | $109,261.56 |
| *Less 7.5% volume discount* | (7,010.40) | | (7,010.40) |
| **Total This Invoice:** | **$86,461.60** | **$15,789.56** | **$102,251.16** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                      September 30, 2005
Matter No. 0000010                                     Invoice No. 7159672
P.L. Douglas                                                        Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through August 31, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 3

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 4

P. L.Douglas

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L.Douglas

September 30, 2005
Invoice No. 7159672
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L.Douglas

September 30, 2005
Invoice No. 7159672
Page 6

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 7

P. L.Douglas

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 8

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 9

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 10

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 11

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 12

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

September 30, 2005
Invoice No. 7159672
Page 13

P. L.Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|------------|-------|------|--------------|
| M. R. Martin | 19.70 | $320.00 | $6,304.00 |
| J. R. Rendin | 57.50 | 235.00 | 13,512.50 |
| C. A. Cox | 3.90 | 205.00 | 799.50 |
| H. Permanan | 43.90 | 180.00 | 7,902.00 |
| C. D. Hansen | 49.20 | 235.00 | 11,562.00 |
| P. L. Douglas | 22.25 | 700.00 | 15,575.00 |
| E. Flanders | 12.75 | 570.00 | 7,267.50 |
| B. R. Dunlap | 16.25 | 465.00 | 7,556.25 |
| E. Fishman | 15.25 | 505.00 | 7,701.25 |
| D. Z. Mollin | 0.75 | 450.00 | 337.50 |
| L. L. Smith | 12.25 | 410.00 | 5,022.50 |
| A. Haynes | 76.40 | 130.00 | 9,932.00 |
| **Total:** | **330.10** | | **$93,472.00** _less 7.5% volume discount_ **$86,461.60** |

**Disbursement Summary**

| Type | Amount |
|------|--------|
| Computer Research | 14,168.56 |
| Document Binding | 18.00 |
| Document Processing | 78.50 |
| Express Courier Service | 395.68 |
| Meals - Working | 193.23 |
| Miscellaneous | 15.90 |
| Reproductions | 397.86 |
| Taxi Service | 193.73 |
| Travel and Local Transportation | 328.10 |
| **Total:** | **$15,789.56** |

**Total Due For Matter 0000010:**    **$102,251.16**




Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Mr. Marc Andre Raymond
Bombardier Inc.
1101 Parent Street
Saint-Bruno, QUE  J3V 6E6
CANADA

August 23, 2005
Invoice No. 7148951
Client No. 204789
Matter No. 0000010
P. L. Douglas
(212) 858-1000

**For Professional Services Rendered And Disbursements Incurred Through July 31, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $144,360.75 | $7,657.12 | $152,017.87 |
| *Less 5% volume discount* | (7,218.04) | | (7,218.04) |
| **Total This Invoice:** | **$137,142.71** | **$7,657.12** | **$144,799.83** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    August 23, 2005
Matter No. 0000010                                             Invoice No. 7148951
P. L. Douglas                                                              Page 2

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through July 31, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    August 23, 2005
                                                              Invoice No. 7148951
P. L.Douglas                                                               Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L.Douglas

August 23, 2005
Invoice No. 7148951
Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

August 23, 2005
Invoice No. 7148951
Page 5

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L.Douglas

August 23, 2005
Invoice No. 7148951
Page 6

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

August 23, 2005
Invoice No. 7148951
Page 7

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    August 23, 2005
                                                                 Invoice No. 7148951
P. L.Douglas                                                                  Page 8

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman ᴸᴸᴾ

Client No. 204789

P. L.Douglas

August 23, 2005
Invoice No. 7148951
Page 9

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    August 23, 2005
                                                                Invoice No. 7148951
P. L.Douglas                                                            Page 10

---

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    August 23, 2005
                                                                 Invoice No. 7148951
P. L.Douglas                                                              Page 11

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

August 23, 2005
Invoice No. 7148951
Page 12

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                                    August 23, 2005
                                                                                   Invoice No. 7148951
P. L.Douglas                                                                               Page 13

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                                August 23, 2005
                                                                              Invoice No. 7148951
P. L.Douglas                                                                              Page 14

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                              August 23, 2005
                                                          Invoice No. 7148951
P. L.Douglas                                                       Page 15

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L.Douglas

August 23, 2005
Invoice No. 7148951
Page 16

## Timekeeper Summary

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| C. A. Cox | 14.60 | $205.00 | $2,993.00 |
| P. L. Douglas | 62.00 | 700.00 | 43,400.00 |
| B. R. Dunlap | 4.50 | 465.00 | 2,092.50 |
| E. Fishman | 26.75 | 505.00 | 13,508.75 |
| E. Flanders | 25.40 | 570.00 | 14,478.00 |
| O. A. Handoo | 4.00 | 255.00 | 1,020.00 |
| C. D. Hansen | 63.40 | 235.00 | 14,899.00 |
| S. S. Harris | 11.50 | 135.00 | 1,552.50 |
| A. Haynes | 6.20 | 130.00 | 806.00 |
| M. R. Martin | 36.20 | 320.00 | 11,584.00 |
| J. J. May | 6.50 | 320.00 | 2,080.00 |
| D. Z. Mollin | 10.75 | 450.00 | 4,837.50 |
| H. Permanan | 75.00 | 180.00 | 13,500.00 |
| L. L. Smith | 39.75 | 410.00 | 16,297.50 |
| A. Vorobiov | 4.10 | 320.00 | 1,312.00 |
| **Total:** | **390.65** | | **$144,360.75** *less 5% volume discount* **$137,142.71** |

## Disbursement Summary

| Type | Amount |
|---|---|
| Computer Research | 6,253.48 |
| Document Binding | 25.50 |
| Document Processing | 28.50 |
| Express Courier Service | 190.59 |
| Meals - Working | 188.35 |
| Reproductions | 522.50 |
| Taxi Service | 330.96 |
| Telephone - Conference Calls | 20.34 |
| Travel  and Local Transportation | 96.90 |
| **Total:** | **$7,657.12** |

**Total Due For Matter 0000010:**     **$144,799.83**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                                            July 19, 2005
1101 Parent Street                                                    Invoice No. 7135457
Saint-Bruno, QUE  J3V 6E6                                         Client No. 204789
CANADA                                                                    P. L. Douglas
                                                                              (212) 858-1000

Attention:  Marc-André Raymond

**For Professional Services Rendered And Disbursements Incurred Through June 30, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $475,025.00 | $57,864.10 | $532,889.10 |
| *Less 5% volume discount* | (23,751.25) | | (23,751.25) |
| **Total This Invoice:** | **$451,273.75** | **$57,864.10** | **$509,137.85** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    July 19, 2005
Matter No. 0000010                                       Invoice No. 7135457
P. L. Douglas                                                              Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through June 30, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 3

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 4

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L. Douglas

July 19, 2005
Invoice No. 7135457
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 6

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    July 19, 2005
                                                            Invoice No. 7135457
P. L. Douglas                                                          Page 7

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L. Douglas

July 19, 2005
Invoice No. 7135457
Page 8

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 9

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 10

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    July 19, 2005
                                                              Invoice No. 7135457
P. L. Douglas                                                           Page 11

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

P. L. Douglas

July 19, 2005
Invoice No. 7135457
Page 12

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 13

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 14

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas
Page 15

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 16

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                July 19, 2005
                                                         Invoice No. 7135457
P. L. Douglas                                                        Page 17

---

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 18

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 19

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 20

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 21

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 22

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457

P. L. Douglas

Page 23

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 24

P. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

July 19, 2005
Invoice No. 7135457
Page 25

P. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| A. D. Bluth | 6.30 | $235.00 | $1,480.50 |
| C. A. Cox | 98.10 | 205.00 | 20,110.50 |
| W. DeVinney | 35.80 | 440.00 | 15,752.00 |
| P. L. Douglas | 64.50 | 700.00 | 45,150.00 |
| B. R. Dunlap | 108.00 | 465.00 | 50,220.00 |
| E. Fishman | 53.25 | 505.00 | 26,891.25 |
| E. Flanders | 18.25 | 570.00 | 10,402.50 |
| C. D. Hansen | 85.60 | 235.00 | 20,116.00 |
| R. M. Kaufman | 68.40 | 235.00 | 16,074.00 |
| M. R. Martin | 141.25 | 320.00 | 45,200.00 |
| J. J. May | 70.50 | 320.00 | 22,560.00 |
| T. T. Mayfield | 2.00 | 180.00 | 360.00 |
| D. Z. Mollin | 119.75 | 450.00 | 53,887.50 |
| H. Permanan | 25.40 | 180.00 | 4,572.00 |
| J. M. Plumb | 12.80 | 450.00 | 5,760.00 |
| Y. M. Pope | 34.90 | 235.00 | 8,201.50 |
| J. R. Rendin | 92.25 | 235.00 | 21,678.75 |
| R. A. Shamash | 45.00 | 185.00 | 8,325.00 |
| L. L. Smith | 107.75 | 410.00 | 44,177.50 |
| J. M. Yamanuha | 66.50 | 290.00 | 19,285.00 |
| O. A. Handoo | 29.90 | 255.00 | 7,624.50 |
| S. S. Harris | 124.90 | 135.00 | 16,861.50 |
| K. A. Lacey | 35.30 | 255.00 | 9,001.50 |
| J. S. Taubman | 22.30 | 240.00 | 5,352.00 |

**Total:** **1,451.60**   **$475,025.00**   less 5% volume discount   **$451,273.75**

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    July 19, 2005
                                                              Invoice No. 7135457
P. L. Douglas                                                          Page 26

---

**Disbursement Summary**

| <u>Type</u> | <u>Amount</u> |
|---|---|
| Computer Research | 12,434.39 |
| Document Binding | 18.00 |
| Express Courier Service | 151.53 |
| Meals - Meetings | 1,554.70 |
| Meals - Working | 2,089.20 |
| Miscellaneous | 47.44 |
| Publication Fees | 12.00 |
| Reproductions | 2,061.88 |
| Taxi Service | 2,719.39 |
| Travel and Local Transportation | <u>36,775.57</u> |
| **Total:** | **$57,864.10** |

**Total Due For Matter 0000010:**     **$509,137.85**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                                        June 17, 2005
1101 Parent Street                                             Invoice No. 7127407
Saint-Bruno, QUE  J3V 6E6                                       Client No. 204789
CANADA                                                          P. L. Douglas
                                                               (212) 858-1000

Attention:  Marc-André Raymond

---

**For Professional Services Rendered And Disbursements Incurred Through May 31, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $117,592.50 | $7,144.52 | $124,737.02 |
| **Total This Invoice:** | **$117,592.50** | **$7,144.52** | **$124,737.02** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                                     June 17, 2005
Matter No. 0000010                                                            Invoice No. 7127407
P.L. Douglas                                                                                     Page 2

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through May 31, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                               June 17, 2005
                                                         Invoice No. 7127407
P. L.Douglas                                                        Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 17, 2005
Invoice No. 7127407
Page 4

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 17, 2005
Invoice No. 7127407
Page 5

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 17, 2005
Invoice No. 7127407
Page 6

P. L.Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 17, 2005
Invoice No. 7127407

P. L.Douglas

Page 7

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 17, 2005
Invoice No. 7127407
Page 8

P. L.Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| C. A. Cox | 7.00 | $205.00 | $1,435.00 |
| P. L. Douglas | 64.50 | 700.00 | 45,150.00 |
| E. Fishman | 24.50 | 505.00 | 12,372.50 |
| E. Flanders | 35.00 | 570.00 | 19,950.00 |
| M. R. Martin | 13.50 | 320.00 | 4,320.00 |
| H. Permanan | 3.00 | 180.00 | 540.00 |
| L. L. Smith | 82.50 | 410.00 | 33,825.00 |
| **Total:** | **230.00** | | **$117,592.50** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 4,640.29 |
| Meals - Meetings | 41.36 |
| Meals - Working | 30.45 |
| Reproductions | 1,078.82 |
| Travel  and Local Transportation | 1,353.60 |
| **Total:** | **$7,144.52** |

**Total Due For Matter 0000010:**    **$124,737.02**