



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                    October 24, 2005
1101 Parent Street                          Invoice No. 7167484
Saint-Bruno, QUE  J3V 6E6                      Client No. 204789
CANADA                                        Matter No. 0000010
                                               Philip L. Douglas
Attention:  Marc-André Raymond                  (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through September 30, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $101,581.50 | $4,870.99 | $106,452.49 |
| *Less 7.5% Volume Discount* | (7,618.61) | | (7,618.61) |
| **Total This Invoice:** | **$93,962.89** | **$4,870.99** | **$98,833.88** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                          October 24, 2005
Matter No. 0000010                                                    Invoice No. 7167484
Philip. L. Douglas                                                                    Page 1

**Knorr Claim**

For Professional Services Rendered And Disbursements Incurred Through September 30, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

October 24, 2005
Invoice No. 7167484
Page 2

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

October 24, 2005
Invoice No. 7167484
Page 3

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

October 24, 2005
Invoice No. 7167484
Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

October 24, 2005
Invoice No. 7167484
Page 5

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

October 24, 2005
Invoice No. 7167484
Page 6

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

October 24, 2005
Invoice No. 7167484
Page 7

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

October 24, 2005
Invoice No. 7167484
Page 8

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

October 24, 2005
Invoice No. 7167484
Page 9

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

October 24, 2005
Invoice No. 7167484
Page 10

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

October 24, 2005
Invoice No. 7167484
Page 11

Philip. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. R. Martin | 15.50 | $320.00 | $4,960.00 |
| R. T. Westrom | 0.50 | 300.00 | 150.00 |
| J. R. Rendin | 14.75 | 235.00 | 3,466.25 |
| C. A. Cox | 19.40 | 205.00 | 3,977.00 |
| H. Permanan | 54.00 | 180.00 | 9,720.00 |
| C. D. Hansen | 42.30 | 235.00 | 9,940.50 |
| P. L. Douglas | 48.25 | 700.00 | 33,775.00 |
| E. Flanders | 9.25 | 570.00 | 5,272.50 |
| E. Fishman | 16.75 | 505.00 | 8,458.75 |
| D. Z. Mollin | 21.50 | 450.00 | 9,675.00 |
| L. L. Smith | 20.75 | 410.00 | 8,507.50 |
| A. Haynes | 28.30 | 130.00 | 3,679.00 |
| **Total:** | **291.25** | | **$101,581.50**  *Less 7.5 volume discount*  **$93,962.89** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 1,525.34 |
| Document Processing | 121.50 |
| Express Courier Service | 62.07 |
| Meals - Working | 198.97 |
| Miscellaneous | 85.47 |
| Reproductions | 600.97 |
| Taxi Service | 328.28 |
| Travel  and Local Transportation | 1,948.39 |
| **Total:** | **$4,870.99** |

**Total Due For Matter 0000010:**     **$98,833.88**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                                 November 14, 2005
1101 Parent Street                                         Invoice No. 7174970
Saint-Bruno, QUE  J3V 6E6                                    Client No. 204789
CANADA                                                       Matter No. 0000010
                                                             Philip L. Douglas
Attention:   Marc André Raymond                               (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through October 31, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $214,821.25 | $6,217.94 | $221,039.19 |
| *Less 7.5% Volume Discount* | (16,111.59) | | (16,111.59) |
| **Total This Invoice:** | **$198,709.66** | **$6,217.94** | **$204,927.60** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                          November 14, 2005
Matter No. 0000010                                                      Invoice No. 7174970
Philip. L. Douglas                                                                      Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through October 31, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 3

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                          November 14, 2005
                                                           Invoice No. 7174970
Philip. L. Douglas                                                    Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 5

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

November 14, 2005
Invoice No. 7174970
Page 6

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 7

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 8

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                              November 14, 2005
                                                          Invoice No. 7174970
Philip. L. Douglas                                                    Page 9

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 10

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 11

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

November 14, 2005
Invoice No. 7174970
Page 12

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

November 14, 2005
Invoice No. 7174970
Page 13

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

November 14, 2005
Invoice No. 7174970
Page 14

Philip. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. R. Martin | 12.70 | $320.00 | $4,064.00 |
| R. T. Westrom | 0.30 | 300.00 | 90.00 |
| J. R. Rendin | 102.00 | 235.00 | 23,970.00 |
| C. A. Cox | 61.40 | 205.00 | 12,587.00 |
| H. Permanan | 64.30 | 180.00 | 11,574.00 |
| M. B. Roth | 1.50 | 180.00 | 270.00 |
| C. D. Hansen | 38.20 | 235.00 | 8,977.00 |
| P. L. Douglas | 120.75 | 700.00 | 84,525.00 |
| E. Flanders | 0.25 | 570.00 | 142.50 |
| E. Fishman | 28.75 | 505.00 | 14,518.75 |
| D. Z. Mollin | 9.00 | 450.00 | 4,050.00 |
| L. L. Smith | 110.00 | 410.00 | 45,100 |
| A. Haynes | 38.10 | 130.00 | 4,953.00 |
| **Total:** | **587.25** | | **$214,821.25** *Less 7.5% volume discount* **$198,709.66** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 3,806.02 |
| Document Binding | 12.00 |
| Meals - Working | 61.36 |
| Reproductions | 869.06 |
| Taxi Service | 1,391.30 |
| Travel and Local Transportation | 78.20 |
| **Total:** | **$6,217.94** |

**Total Due For Matter 0000010:**     **$204,927.60**

 

Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                        December 9, 2005
1101 Parent Street                                 Invoice No. 7183641
Saint-Bruno, QUE  J3V 6E6                        Client No. 204789
CANADA                                          Matter No. 0000010
                                                  Philip L. Douglas
Attention:  Mr. Marc André Raymond                 (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through November 30, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $95,088.25 | $2,139.26 | $97,227.51 |
| *Less 10% volume discount* | (9,508.83) | | (9,508.83) |
| **Total This Invoice:** | **$85,579.42** | **$2,139.26** | **$87,718.68** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

---

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                       December 9, 2005
Matter No. 0000010                                                 Invoice No. 7183641
Philip. L. Douglas                                                              Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

For Professional Services Rendered And Disbursements Incurred Through November 30, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

December 9, 2005
Invoice No. 7183641
Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

December 9, 2005
Invoice No. 7183641
Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

December 9, 2005
Invoice No. 7183641
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

December 9, 2005
Invoice No. 7183641
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

December 9, 2005
Invoice No. 7183641
Page 7

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

December 9, 2005
Invoice No. 7183641
Page 8

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

December 9, 2005
Invoice No. 7183641
Page 9

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

December 9, 2005
Invoice No. 7183641
Page 10

Philip. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. R. Martin | 20.20 | $320.00 | $6,464.00 |
| J. R. Rendin | 49.50 | 235.00 | 11,632.50 |
| C. A. Cox | 2.40 | 205.00 | 492.00 |
| H. Permanan | 42.20 | 180.00 | 7,596.00 |
| M. B. Roth | 0.40 | 180.00 | 72.00 |
| C. D. Hansen | 61.60 | 235.00 | 14,476.00 |
| P. L. Douglas | 49.50 | 700.00 | 34,650.00 |
| E. Fishman | 4.25 | 505.00 | 2,146.25 |
| L. L. Smith | 28.75 | 410.00 | 11,787.50 |
| A. Haynes | 44.40 | 130.00 | 5,772.00 |
| **Total:** | **303.20** | | **$95,088.25** |

*Less 10% volume discount*    **$85,579.42**

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 1,214.55 |
| Document Binding | 7.50 |
| Express Courier Service | 136.14 |
| Meals - Working | 360.08 |
| Reproductions | 273.79 |
| Taxi Service | 120.20 |
| Travel and Local Transportation | 27.00 |
| **Total:** | **$2,139.26** |

**Total Due For Matter 0000010:**    **$87,718.68**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                             January 17, 2006
1101 Parent Street                                  Invoice No. 7191838
Saint-Bruno, QUE  J3V 6E6                        Client No. 204789
CANADA                                              Matter No. 0000010
                                                        Philip L. Douglas
Attention:  Marc-André Raymond                    (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through December 31, 2005**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $66,961.50 | $1,387.32 | $68,348.82 |
| *Less 10% volume discount* | (6,696.15) | | (6,696.15) |
| **Total This Invoice:** | **$60,265.35** | **$1,387.32** | **$61,652.67** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    January 17, 2006
Matter No. 0000010                                           Invoice No. 7191838
Philip. L. Douglas                                                          Page 2

**Knorr Claim**

For Professional Services Rendered And Disbursements Incurred Through December 31, 2005

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

January 17, 2006
Invoice No. 7191838
Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

January 17, 2006
Invoice No. 7191838
Page 4

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

January 17, 2006
Invoice No. 7191838
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

January 17, 2006
Invoice No. 7191838
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

January 17, 2006
Invoice No. 7191838
Page 7

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

January 17, 2006
Invoice No. 7191838
Page 8

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

January 17, 2006
Invoice No. 7191838
Page 9

Philip. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed | | |
|---|---|---|---|---|---|
| M. R. Martin | 1.40 | $320.00 | $448.00 | | |
| J. R. Rendin | 1.00 | 235.00 | 235.00 | | |
| C. A. Cox | 14.00 | 205.00 | 2,870.00 | | |
| H. Permanan | 7.70 | 180.00 | 1,386.00 | | |
| C. D. Hansen | 42.60 | 235.00 | 10,011.00 | | |
| P. L. Douglas | 34.50 | 700.00 | 24,150.00 | | |
| E. Flanders | 0.75 | 570.00 | 427.50 | | |
| E. Fishman | 1.50 | 505.00 | 757.50 | | |
| D. Z. Mollin | 0.10 | 450.00 | 45.00 | | |
| L. L. Smith | 65.00 | 410.00 | 26,650.00 | | |
| A. Haynes | 1.80 | 130.00 | 234.00 | | |
| **Total:** | **169.85** | | **$66,961.50** | *Less 10% volume discount* | **$60,265.35** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Document Processing | 15.00 |
| Express Courier Service | 33.31 |
| Meals - Meetings | 44.58 |
| Reproductions | 76.76 |
| Taxi Service | 205.47 |
| Travel  and Local Transportation | 1,012.20 |
| **Total:** | **$1,387.32** |

**Total Due For Matter 0000010:**     **$61,652.67**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                        February 21, 2006
1101 Parent Street                                  Invoice No. 7201854
Saint-Bruno, Quebec  J3V 6E6                     Client No. 204789
**CANADA**                                         Matter No. 0000010
                                                      Philip L. Douglas
Attention:  Marc-André Raymond                    (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through January 31, 2006**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $34,324.25 | $177.84 | $34,502.09 |
| **Total This Invoice:** | **$34,324.25** | **$177.84** | **$34,502.09** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

---

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                February 21, 2006
Matter No. 0000010                                          Invoice No. 7201854
Philip. L. Douglas                                                         Page 2

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

 For Professional Services Rendered And Disbursements Incurred Through January 31, 2006

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

February 21, 2006
Invoice No. 7201854
Page 3

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

February 21, 2006
Invoice No. 7201854
Page 4

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

February 21, 2006
Invoice No. 7201854
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

February 21, 2006
Invoice No. 7201854
Page 6

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. R. Martin | 2.30 | $420.00 | $966.00 |
| H. Permanan | 5.10 | 200.00 | 1,020.00 |
| C. D. Hansen | 12.30 | 265.00 | 3,259.50 |
| P. L. Douglas | 4.75 | 770.00 | 3,657.50 |
| E. Flanders | 3.00 | 620.00 | 1,860.00 |
| L. L. Smith | 45.75 | 515.00 | 23,561.25 |
| **Total:** | **73.20** | | **$34,324.25** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Express Courier Service | 17.80 |
| Reproductions | 7.60 |
| Taxi Service | 152.44 |
| **Total:** | **$177.84** |

**Total Due For Matter 0000010:**          **$34,502.09**




Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                              March 15, 2006
1101 Parent Street                                      Invoice No. 7208932
Saint-Bruno, QUE  J3V 6E6                                Client No. 204789
CANADA                                                  Matter No. 0000010
                                                        Philip L. Douglas
Attention:  Marc-André Raymond                           (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through February 28, 2006**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $65,960.00 | $713.17 | $66,673.17 |
| **Total This Invoice:** | **$65,960.00** | **$713.17** | **$66,673.17** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

**1540 Broadway • New York, NY • 10036**

**Remittance Address**
**Pillsbury Winthrop Shaw Pittman LLP • P.O. Box 11446 • New York, NY  10286-1446**

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                     March 15, 2006
Matter No. 0000010                                          Invoice No. 7208932
Philip. L. Douglas                                                        Page 2

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

 For Professional Services Rendered And Disbursements Incurred Through February 28, 2006

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

March 15, 2006
Invoice No. 7208932
Page 3

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                          March 15, 2006
                                                                    Invoice No. 7208932
Philip. L. Douglas                                                              Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    March 15, 2006
                                                                Invoice No. 7208932
Philip. L. Douglas                                                         Page 5

---

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

March 15, 2006
Invoice No. 7208932
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

March 15, 2006
Invoice No. 7208932
Page 7

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

March 15, 2006
Invoice No. 7208932
Page 8

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

March 15, 2006
Invoice No. 7208932
Page 9

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

March 15, 2006
Invoice No. 7208932
Page 10

Philip. L. Douglas

---

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| M. J. DeLuca | 0.30 | $345.00 | $103.50 |
| J. R. Rendin | 0.25 | 345.00 | 86.25 |
| C. A. Cox | 7.30 | 235.00 | 1,715.50 |
| H. Permanan | 18.50 | 200.00 | 3,700.00 |
| C. D. Hansen | 45.90 | 265.00 | 12,163.50 |
| P. L. Douglas | 17.75 | 770.00 | 13,667.50 |
| E. Flanders | 1.25 | 620.00 | 775.00 |
| E. Fishman | 0.25 | 580.00 | 145.00 |
| L. L. Smith | 65.25 | 515.00 | 33,603.75 |
| **Total:** | **156.75** | | **$65,960.00** |

---

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 251.09 |
| Express Courier Service | 220.69 |
| Meals - Working | 30.46 |
| Reproductions | 83.79 |
| Supplies | 127.14 |
| **Total:** | **$713.17** |

**Total Due For Matter 0000010:**    **$66,673.17**