

Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                                          April 20, 2006
1101 Parent Street                                              Invoice No. 7221679
Saint-Bruno, Quebec J3V 6E6                                      Client No. 204789
CANADA                                                         Matter No. 0000010
                                                                  Philip L. Douglas
Attention:  Marc-André Raymond, Esq.                            (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through March 31, 2006**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $50,580.75 | $6,286.88 | $56,867.63 |
| **Total This Invoice:** | **$50,580.75** | **$6,286.88** | **$56,867.63** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                                April 20, 2006
Matter No. 0000010                                                     Invoice No. 7221679
Philip. L. Douglas                                                                        Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

 For Professional Services Rendered And Disbursements Incurred Through March 31, 2006

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

April 20, 2006
Invoice No. 7221679
Page 3

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                           April 20, 2006
                                                                    Invoice No. 7221679
Philip. L. Douglas                                                          Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

April 20, 2006
Invoice No. 7221679
Page 5

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

April 20, 2006
Invoice No. 7221679
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

April 20, 2006
Invoice No. 7221679
Page 7

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

April 20, 2006
Invoice No. 7221679
Page 8

Philip. L. Douglas

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|------------|-------|------|--------------|
| C. A. Cox | 3.10 | $235.00 | $728.50 |
| H. Permanan | 18.40 | 200.00 | 3,680.00 |
| C. D. Hansen | 48.00 | 265.00 | 12,720.00 |
| P. L. Douglas | 14.50 | 770.00 | 11,165.00 |
| L. L. Smith | 39.25 | 515.00 | 20,213.75 |
| A. Haynes | 14.30 | 145.00 | 2,073.50 |
| **Total:** | **137.55** | | **$50,580.75** |

**Disbursement Summary**

| Type | Amount |
|------|--------|
| Computer Research | 1,103.05 |
| Copy Service | 4,908.19 |
| Express Courier Service | 123.49 |
| Meals - Working | 18.72 |
| Reproductions | 42.18 |
| Taxi Service | 91.25 |
| **Total:** | **$6,286.88** |

**Total Due For Matter 0000010:**     **$56,867.63**



Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.                                            May 18, 2006
1101 Parent Street                               Invoice No. 7230258
Saint-Bruno, Quebec  J3V 6E6                        Client No. 204789
CANADA                                            Matter No. 0000010
                                                   Philip L. Douglas
Attention:  Marc-André Raymond, Esq.                (212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through April 30, 2006**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $36,925.00 | $232.77 | $37,157.77 |
| *Less 5% volume discount* | (1,846.25) | | (1,846.25) |
| **Total This Invoice:** | **$35,078.75** | **$232.77** | **$35,311.52** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                              May 18, 2006
Matter No. 0000010                                                   Invoice No. 7230258
Philip. L. Douglas                                                                  Page 2

---

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

 For Professional Services Rendered And Disbursements Incurred Through April 30, 2006

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    May 18, 2006
                                                               Invoice No. 7230258
Philip. L. Douglas                                                      Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                                    May 18, 2006
                                                                              Invoice No. 7230258
Philip. L. Douglas                                                                         Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

May 18, 2006
Invoice No. 7230258
Page 5

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

May 18, 2006
Invoice No. 7230258
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

May 18, 2006
Invoice No. 7230258

Philip. L. Douglas

Page 7

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed | | |
|---|---|---|---|---|---|
| C. A. Cox | 4.20 | $235.00 | $987.00 | | |
| C. D. Hansen | 21.30 | 265.00 | 5,644.50 | | |
| P. L. Douglas | 21.50 | 770.00 | 16,555.00 | | |
| E. Fishman | 0.25 | 580.00 | 145.00 | | |
| L. L. Smith | 25.50 | 520.00 | 13,260.00 | | |
| A. Haynes | 2.30 | 145.00 | 333.50 | | |
| **Total:** | **75.05** | | **$36,925.00** | *Less 5% volume discount* | **$35,078.75** |

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 1.48 |
| Document Processing | 39.50 |
| Express Courier Service | 121.92 |
| Miscellaneous | 8.50 |
| Reproductions | 61.37 |
| **Total:** | **$232.77** |

**Total Due For Matter 0000010:**          **$35,311.52**




Pillsbury
Winthrop
Shaw
Pittman LLP

Tax ID No. 94-1311126

Bombardier Inc.  
1101 Parent Street  
Saint-Bruno, Quebec  J3V 6E6  
CANADA

Attention:  Marc-André Raymond, Esq.

June 6, 2006  
Invoice No. 7234240  
Client No. 204789  
Matter No. 0000010  
Philip L. Douglas  
(212) 858-1000

---

**For Professional Services Rendered And Disbursements Incurred Through May 31, 2006**

| Matter Name | Services | Disbursements | Balance Due |
|---|---|---|---|
| Knorr Claim | $56,191.00 | $14,753.21 | $70,944.21 |
| *Less 5% volume discount* | (2,809.55) | | (2,809.55) |
| **Total This Invoice:** | **$53,381.45** | **$14,753.21** | **$68,134.66** |

*Current charges only.  Time and disbursements not yet recorded will be included in future invoices.*

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    June 6, 2006
Matter No. 0000010                                         Invoice No. 7234240
Philip. L. Douglas                                                        Page 2

**Knorr Claim**
Representation in Connection with Acela Brake Disc Cracks

 For Professional Services Rendered And Disbursements Incurred Through May 31, 2006

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

Philip. L. Douglas

June 6, 2006
Invoice No. 7234240
Page 3

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                                    June 6, 2006
                                                              Invoice No. 7234240
Philip. L. Douglas                                                        Page 4

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 6, 2006
Invoice No. 7234240
Page 5

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 6, 2006
Invoice No. 7234240
Page 6

Philip. L. Douglas

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789                                           June 6, 2006
                                                    Invoice No. 7234240
Philip. L. Douglas                                             Page 7

# REDACTED
# Privileged Information

Pillsbury Winthrop Shaw Pittman LLP

Client No. 204789

June 6, 2006
Invoice No. 7234240

Philip. L. Douglas

Page 8

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Value Billed |
|---|---|---|---|
| D. J. Callahan | 1.70 | 405.00 | $688.50 |
| C. A. Cox | 6.50 | 235.00 | 1,527.50 |
| C. D. Hansen | 16.70 | 265.00 | 4,425.50 |
| K. Wentzler | 8.30 | 270.00 | 2,241.00 |
| P. L. Douglas | 32.25 | 770.00 | 24,832.50 |
| L. L. Smith | 43.00 | 520.00 | 22,360.00 |
| A. Haynes | 0.60 | 145.00 | 87.00 |
| B. A. Noojin | 0.20 | 145.00 | 29.00 |
| **Total:** | **109.25** | | **$56,191.00** |

*Less 5% volume discount* **$53,381.45**

**Disbursement Summary**

| Type | Amount |
|---|---|
| Computer Research | 403.80 |
| Express Courier Service | 85.98 |
| Meals - Meetings | 100.25 |
| Miscellaneous | 13,065.00 |
| Reproductions | 171.57 |
| Taxi Service | 219.73 |
| Travel and Local Transportation | 706.88 |
| **Total:** | **$14,753.21** |

**Total Due For Matter 0000010:**      **$68,134.66**

IN ACCOUNT WITH

# JONES DAY

**New York Office**

222 East 41st Street

New York, NY 10017-6702

**(212) 326-3939**

Federal Identification Number: 34-0319085

July 21, 2006                                                                                    294125-600001

Invoice: 31550060

Bombardier Transportation
1101 Parent Street
Saint-Bruno, Quebec J3V 6E6
CANADA
Attention: Marc-Andre Raymond, Esq.

For legal services rendered for the period through June 30, 2006:

| | | |
|---|---|---|
| Amtrak | USD | 3,527.50 |
| Less 7.5% Volume-Based Discount: | | (264.56) |
| **TOTAL** | **USD** | **3,262.94** |

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**

Citibank, N.A.

666 Fifth Avenue

New York, NY 10103

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 021000089 | CITIUS33 | 37026407 | Jones Day |

PLEASE STATE REFERENCE No: 294125-600001/31550060 IN YOUR PAYMENT

**JONES DAY**

294125-600001

Page 2

July 21, 2006

Invoice: 31550060

Amtrak

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P L DOUGLAS | 4.00 | 775.00 | 3,100.00 |
| STAFF | | | |
| C M WENDEROTH | 2.25 | 190.00 | 427.50 |
| **TOTAL** | 6.25 | **USD** | **3,527.50** |

**JONES DAY**

294125-600001                                                              Page 3
                                                                      July 21, 2006
Amtrak                                                        Invoice: 31550060


SERVICES DETAIL SCHEDULE

*Date of Service*     *Timekeeper Name*                              *Hours*

# REDACTED
# Privileged Information

IN ACCOUNT WITH

# JONES DAY

**New York Office**
222 East 41st Street
New York, NY 10017-6702
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 29, 2006                                                        294125-600001

                                                                        Invoice: 31569885

Bombardier Transportation
1101 Parent Street
Saint-Bruno, Quebec J3V 6E6
CANADA
Attention: Marc-Andre Raymond, Esq.

For legal services rendered for the period through July 31, 2006:

| | | |
|---|---|---|
| Amtrak | USD | 54,626.25 |
| Less 7.5% Volume-Based Discount: | | (4,096.61) |
| | USD | 50,529.64 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| General Communication Charges | 104.21 |
| Document Reproduction Charges | 67.80 |
| Federal Express Charges | 24.48 |
| | 196.49 |

**TOTAL**                                                              **USD    50,726.13**

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**
Citibank, N.A.
666 Fifth Avenue
New York, NY 10103

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 021000089 | CITIUS33 | 37026407 | Jones Day |

PLEASE STATE REFERENCE No: 294125-600001/31569885 IN YOUR PAYMENT

**JONES DAY**

294125-600001                                                    Page 2
                                                        August 29, 2006
Amtrak                                               Invoice:  31569885

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| P L DOUGLAS | 64.00 | 775.00 | 49,600.00 |
| LEGAL ASST | | | |
| A B PETRONE | 0.25 | 190.00 | 47.50 |
| LEGAL SUPPORT | | | |
| B D FISHELMAN | 1.75 | 185.00 | 323.75 |
| STAFF | | | |
| C M WENDEROTH | 24.50 | 190.00 | 4,655.00 |
| **TOTAL** | **90.50** | **USD** | **54,626.25** |

**JONES DAY**

294125-600001                                                                    Page 3
                                                                      August 29, 2006
Amtrak                                                        Invoice:  31569885


SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                    *Hours*

# REDACTED
# Privileged Information

**JONES DAY**

294125-600001

Amtrak

Page 4
August 29, 2006
Invoice:  31569885

# REDACTED
# Privileged Information

**JONES DAY**

294125-600001

Amtrak

# REDACTED
# Privileged Information