# RESPONDENTS' EX. 148



**Pillsbury
Winthrop
Shaw
Pittman** LLP

1540 Broadway  
New York, NY  
10036-4039

Tel 212.858.1000  
Fax 212.858.1500  
www.pillsburylaw.com

January 24, 2007

Eric Fishman  
Phone: 212.858.1745  
eric.fishman@pillsburylaw.com

Philip Le B. Douglas, Esq.  
Jones Day  
222 East 41st Street  
New York, NY 10017-6702

Dear Mr. Douglas:

As per your request, here is the information regarding the Bombardier/Knorr matter.

| Payment Date | CR # | Type | Client | Matter | Bill Employee | CR Total | Invoice Applied |
|---|---|---|---|---|---|---|---|
| 8/2/2005 | 1465364 | CR | 204789 | 10 | Fishman, Eric | $224,316.77 | 7127407 |
| 8/26/2005 | 1468621 | CR | 204789 | 10 | Fishman, Eric | $655,257.35 | 7135457 |
| 9/23/2005 | 1472192 | CR | 204789 | 10 | Fishman, Eric | $222,666.34 | 7148951 |
| 10/28/2005 | 1476695 | CR | 204789 | 10 | Fishman, Eric | $152,826.69 | 7159672 |
| 11/28/2005 | 1480692 | CR | 204789 | 10 | Fishman, Eric | $129,170.64 | 7167484 |
| 12/16/2005 | 1483666 | CR | 204789 | 10 | Fishman, Eric | $214,153.31 | 7174970 |
| 1/13/2006 | 1488124 | CR | 204789 | 10 | Fishman, Eric | $92,543.81 | 7183641 |
| 2/17/2006 | 1491972 | CR | 204789 | 10 | Fishman, Eric | $63,567.42 | 7191838 |
| 5/5/2006 | 1501563 | CR | 204789 | 10 | Fishman, Eric | $35,014.59 | 7201854 |
| 5/5/2006 | 1501563 | CR | 204789 | 10 | Fishman, Eric | $67,083.17 | 7208932 |
| 6/2/2006 | 1505008 | CR | 204789 | 10 | Fishman, Eric | $77,312.63 | 7221679 |
| 8/4/2006 | 1512720 | CR | 204789 | 10 | Fishman, Eric | $41,703.59 | 7230258 |
| 9/1/2006 | 1516656 | CR | 204789 | 10 | Fishman, Eric | $87,471.43 | 7234240 |

$2,063,087.74

Sincerely,

Elizabeth Gantt for Eric Fishman

500120066v1

```
                                            Jones Day                                                              PAGE    1
CLRE280   Feb 06 2007    16:38:17    CREDITS REPORT  --  MATTER NUMBER SORT
Currency: USD

Ledger dates: 101006 TO 101006          DOCUMENT DETAIL
NO REVERSED ITEMS.  COLLECTIONS ONLY.
                                                              LAST   LAST
*MATTER NUMBER*  *----CLIENT------* *--DESCRIPTION---*        BILL   CREDIT   *--FEES--* *--COSTS-* *--OTHER-* UNALLOCATED *--TOTAL-*

                                    DOCUMENT WIRE   INVOICE 31550060  072106  101006     6488.92        .00        .00         .00      6488.92
                                    DOCUMENT WIRE   INVOICE 31569885  082906  101006    50529.64     196.49        .00         .00     50726.13
294125-600001    Bombardier Transpo  Amtrak                   082906  101006    57018.56     196.49        .00         .00     57215.05
```