**RESPONDENTS' EX. 149**

DOCUMENT

CONVERSION

**ALPHA** SERVICES

SYSTEMS

# Invoice

**Invoice #**    IVC024492

**Invoice Date:**    7/29/2005

**Customer P.O.#** :

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - PAPER PROCESSING -
MATTER# 204789-0000010 - CD'S BBD_KNORR001 TO
BBD_KNORR041

**Terms :**    Net 30, 1.5% Over 30
**Salesman :**    DMD
**Customer # :**    NCM010
**Spec # :**    19586-1812

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 317,320 | IMAGES SCANNED | 0.0900 | $28,558.80 |
| 19,571 | IMAGES SCANNED - SELECTIVE | 0.1250 | $2,446.38 |
| 709.75 | DOCUMENT DISASSEMBLY/REASSEMBLY HOURS | 19.5000 | $13,840.13 |
| 336,891 | ENDORSED IMAGES | 0.0100 | $3,368.91 |
| 61.50 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $5,842.50 |
| 41 | MASTER CD'S | 25.0000 | $1,025.00 |
| 44 | DUPLICATE CD'S - 2 SETS OF BBD_KNORR001 TO 003 | 25.0000 | $1,100.00 |
| 16 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |
| 1 | COMMERCIAL COURIER CHARGE | 382.1700 | $382.17 |
| 1 | FED EX CHARGE | 44.1800 | $44.18 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | | |
|---|---|---|
| Subtotal | $56,608.07 |
| Tax | $3,255.01 |
| Discount | $0.00 |
| Total | $59,863.08 |

**Remit to:**    Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006

**ALPHA SYSTEMS**

DOCUMENT CONVERSION SERVICES

# Invoice

| | |
|---|---|
| **Invoice #** | IVC024574 |
| **Invoice Date:** | 8/11/2005 |
| **Customer P.O.#:** | |

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - PRODUCTION - MATTER#
204789-0000010 - CD'S NEC0001 TO NEC0026, NEC0030
- DVD'S NEC0029

**Terms :** Net 30, 1.5% Over 30
**Salesman :** DMD
**Customer # :** NCM010
**Spec # :** 19608-1845

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 250,062 | ENDORSED IMAGES | 0.0100 | $2,500.62 |
| 250,062 | GENERATE PRODUCTION CD'S | 0.0600 | $15,003.72 |
| 250,062 | CONVERT TIFFS TO MULTI-PAGE PDF'S | 0.0200 | $5,001.24 |
| 226,983 | MOVING IMAGES & LOAD FILES TO FIREWIRE DRIVES | 0.0018 | $408.57 |
| 48.25 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $4,583.75 |
| 28 | MASTER CD'S | 25.0000 | $700.00 |
| 140 | DUPLICATE CD'S - 5 SETS | 25.0000 | $3,500.00 |
| 1 | MASTER DVD'S | 55.0000 | $55.00 |
| 1 | DUPLICATE DVD'S | 55.0000 | $55.00 |
| 2 | PURCHASING FIREWIRE DRIVES | 485.0000 | $970.00 |
| 4 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |
| 1 | COMMERCIAL COURIER CHARGE | 649.1900 | $649.19 |
| 1 | FED EX CHARGE | 49.5000 | $49.50 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---|
| Subtotal | $33,476.59 |
| Tax | $1,924.96 |
| Discount | $0.00 |
| Total | $35,401.55 |

**Remit to:    Alpha Systems**
458 Pike Road, Huntingdon Valley, PA 19006



DOCUMENT

CONVERSION

**ALPHA** SERVICES

SYSTEMS

# Invoice

**Invoice #**     IVC024575

**Invoice Date:**     8/11/2005

**Customer P.O.# :**

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC     20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC     20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - ELECTRONIC DISCOVERY
PROCESSING - PRODUCTION - MATTER# 204789-0000010 -
FIREWIRE DRIVES NEC0027 TO NEC0028

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**     DMD
**Customer # :**  NCM010
**Spec # :**  19642-1859

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 7.50 | LOAD DATA | 125.0000 | $937.50 |
| 321,792 | FORMAT AND CONVERT TO TIFF | 0.1500 | $48,268.80 |
| 3.75 | MANUALLY CONVERTING CORRUPT OR DAMAGED FILES | 65.0000 | $243.75 |
| 28.50 | TEHCNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $2,707.50 |
| 292,575 | GENERATE PRODUCTION CD'S | 0.0600 | $17,554.50 |
| 292,575 | ENDORSED IMAGES | 0.0100 | $2,925.75 |
| 292,575 | MOVING IMAGES & LOAD FILES TO FIREWIRE DRIVES | 0.0018 | $526.64 |
| 4 | PURCHASING FIREWIRE DRIVES - 3 SETS, PLUS ADDITION | 485.0000 | $1,940.00 |
| 1 | COMMERCIAL COURIER CHARGE | 692.6600 | $692.66 |
| 1 | FED EX CHARGE | 65.2500 | $65.25 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---|
| Subtotal | $75,862.35 |
| Tax | $4,362.14 |
| Discount | $0.00 |
| Total | $80,224.49 |

**Remit to:**     Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006

**DOCUMENT**

**CONVERSION**

**ALPHA**

**SERVICES**

**SYSTEMS**

# Invoice

**Invoice #**  IVC024576

**Invoice Date:**  8/11/2005

**Customer P.O.# :**

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - PAPER PROCESSING &
REQUEST FOR SELECTED BOXES - MATTER#
204789-0000010 - CD'S BBD_KNORR042 & 043 -

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**  DMD
**Customer # :**  NCM010
**Spec # :**  19939-1812

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 27.25 | DOCUMENT DISASSEMBLY/REASSEMBLY HOURS | 19.5000 | $531.38 |
| 10,329 | IMAGES SCANNED | 0.0900 | $929.61 |
| 10,329 | ENDORSED IMAGES | 0.0100 | $103.29 |
| 14.75 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $1,401.25 |
| 56,560 | MOVING IMAGES & LOAD FILES TO FIREWIRE DRIVES - 2 | 0.0018 | $101.81 |
| 2 | MASTER CD'S | 25.0000 | $50.00 |
| 3 | DUPLICATE CD'S - 2 SETS OF BBD_KNORR042 | 25.0000 | $75.00 |
| 2 | PURCHASING FIREWIRE DRIVES | 485.0000 | $970.00 |
| 3 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |
| 1 | FED EX CHARGE | 63.2400 | $63.24 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---|
| Subtotal | $4,225.58 |
| Tax | $243.02 |
| Discount | $0.00 |
| Total | $4,468.60 |

**Remit to:**  Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006

DOCUMENT

CONVERSION

ALPHA

SERVICES

SYSTEMS

# Invoice

| Invoice # | IVC024689 |
| Invoice Date: | 8/24/2005 |
| Customer P.O.# : | |

**Bill To :**

GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Ship To :**

NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Project :**

PROJECT BOMBARDIER ACELA - PRODUCTION - MATTER#
204789-0000010 - CD'S NEC0031 TO NEC0036

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**    DMD
**Customer # :** NCM010
**Spec # :** 19961-1845

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 60,077 | ENDORSED IMAGES | 0.0100 | $600.77 |
| 60,077 | GENERATE PRODUCTION CD'S | 0.0600 | $3,604.62 |
| 9.25 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $878.75 |
| 6 | MASTER CD'S | 25.0000 | $150.00 |
| 18 | DUPLICATE CD'S - 3 SETS | 25.0000 | $450.00 |
| 2 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---|
| Subtotal | $5,684.14 |
| Tax | $326.86 |
| Discount | $0.00 |
| Total | $6,011.00 |

**Remit to:**    Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006

# Invoice

DOCUMENT

CONVERSION

**ALPHA**
SYSTEMS

SERVICES

| | |
|---|---|
| **Invoice #** | IVC024862 |
| **Invoice Date:** | 9/13/2005 |
| **Customer P.O.# :** | |

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC     20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC     20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - MATTER# 204789-0000010
- REQUEST FOR UNENDORSED IMAGES FOR VOLUMES
BBD_KNORR034, 040 & 041 - CD'S DELIVERED ON AUGUST

| | |
|---|---|
| **Terms :** | Net 30, 1.5% Over 30 |
| **Salesman :** | DMD |
| **Customer # :** | NCM010 |
| **Spec # :** | 20139-1812 |

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 3 | DUPLICATE CD'S - UNENDORSED BBD_KNORR034, 040, 041 | 25.0000 | $75.00 |
| 1.50 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $142.50 |
| 1 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---|
| Subtotal | $217.50 |
| Tax | $12.52 |
| Discount | $0.00 |
| Total | $230.02 |

**Remit to:**     Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006

ALPHA SYSTEMS

DOCUMENT CONVERSION SERVICES

# Invoice

| | |
|---|---|
| **Invoice #** | IVC025255 |
| **Invoice Date:** | 10/20/2005 |
| **Customer P.O.# :** | |

**Bill To :**
GREG TOPF
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Ship To :**
NORTHEAST CORRIDOR MAINTENANCE
P.O. BOX 92500

WASHINGTON DC    20090-2500

**Project :**
PROJECT BOMBARDIER ACELA - MATTER# 204789-0000010
- PRODUCTION FIREWIRE DRIVE NEC0037

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**    DMD
**Customer # :** NCM010
**Spec # :** 20258-1845

| Quantity | Description | Unit Price | Extended Price |
|---:|---|---:|---:|
| 314,862 | ENDORSED IMAGES | 0.0100 | $3,148.62 |
| 314,862 | GENERATE PRODUCTION SET | 0.0600 | $18,891.72 |
| 314,862 | MOVING IMAGES & LOAD FILES TO FIREWIRE DRIVE - 3 S | 0.0018 | $566.75 |
| 3 | PURCHASING FIREWIRE DRIVES | 485.0000 | $1,455.00 |
| 1 | DUPLICATE CD'S - NEC0030 | 25.0000 | $25.00 |
| 7.75 | TECHNICAL PROJECT MANAGEMENT HOURS | 95.0000 | $736.25 |
| 2 | ALPHA DELIVERY - NO CHARGE | 0.0000 | $0.00 |
| 1 | COMMERCIAL COURIER CHARGE | 338.9100 | $338.91 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work, the terms of payment are net 30 days.  1.5% per month, 18% annually, will be charged on all past due invoices.  Customer agrees to pay all reasonable attorneys fees, collection fees and interest for any oustanding invoices.

| | |
|---|---:|
| Subtotal | $25,162.25 |
| Tax | $1,446.86 |
| Discount | $0.00 |
| Total | $26,609.11 |

**Remit to:**    Alpha Systems
458 Pike Road, Huntingdon Valley, PA 19006



**DOCUMENT**

**CONVERSION**

**SERVICES**

# ALPHA SYSTEMS

# Invoice

**Invoice # :**  IVC027702

**Invoice Date :**  05/12/2006

**Customer P.O.# :**

**Bill To:**
PILLSBURY WINTHROP LLP
CHRISTOPHER D. HANSEN
1540 BROADWAY
NEW YORK NY 10036

**Ship To:**
PILLSBURY WINTHROP LLP
CHRISTOPHER D. HANSEN
1540 BROADWAY
NEW YORK NY 10036

**Project:**

PROJECT BOMBARDIER KNORR - E-DIRECT PROCESSING
- MATTER# 204789-0000010 - CD'S BBD-41, BBD-43 -
DVD BBD-42 - MEDIA DELIVERED ON MAY 3, 2006

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**  DMD
**Customer # :**  PW010
**Spec # :**  21780-2319

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 4.50 | COPYING DATA TO PROCESSING SYSTEM - PER HOUR | $125.0000 | $562.50 |
| 2.25 | FILTER CUSTOMER DATA MANUALLY - PER HOUR | $125.0000 | $281.25 |
| 1.11 | EXPAND, DEDUPE & REVEAL ALL FILES - PER GB | $500.0000 | $555.00 |
| 1.50 | APPLY KEY TERM SEARCHES & DATE RESTRICTION | $125.0000 | $187.50 |
| 0.35 | REPLICATE REVIEW SET TO E-DIRECT - PER GB | $1,400.0000 | $490.00 |
| 49,203.00 | PREPARE PDF PRODUCTION (EXCELS IN NATIVE FORMAT) | $0.0400 | $1,968.12 |
| 49,203.00 | CONVERT NATIVE FILES TO PDF WITH TEXT | $0.0800 | $3,936.24 |
| 35.75 | TECHNICAL PROJECT MANAGEMENT HOURS | $95.0000 | $3,396.25 |
| 2.00 | MASTER CD'S | $25.0000 | $50.00 |
| 2.00 | DUPLICATE CD'S | $25.0000 | $50.00 |
| 1.00 | MASTER DVD'S | $55.0000 | $55.00 |
| 1.00 | DUPLICATE DVD'S | $55.0000 | $55.00 |
| 2.00 | ALPHA DELIVERY - NO CHARGE | $0.0000 | |
| 1.00 | FED EX CHARGE | $21.8700 | $21.87 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any outstanding invoices.

| | |
|---|---|
| Subtotal | $11,608.73 |
| Tax | $19.44 |
| Discount | $0.00 |
| Total | $11,628.17 |

**Archive Copy**

**Remit to:**   **Alpha Systems**
**458 Pike Road, Huntingdon Valley, PA 19006**
**215-322-8100  Fax: 215-322-0527**

**Fed. ID# 23-2023411**



DOCUMENT

CONVERSION

SERVICES

# Invoice

**Invoice # :**  IVC027703

**Invoice Date :**  05/12/2006

**Customer P.O.# :**

**Bill To:** NORTHEAST CORRIDOR MAINTENANCE
SERVICES CO.
GREG TOPF
P.O. BOX 92500
WASHINGTON DC 20090-2500

**Ship To:** NORTHEAST CORRIDOR MAINTENANCE
SERVICES CO.
GREG TOPF
P.O. BOX 92500
WASHINGTON DC 20090-2500

**Project:**

PROJECT BOMBARDIER KNORR - E-DIRECT
PROCESSING - MATTER# 204789-0000010 - CD NEC0040 -
DELIVERED ON 4/21/06 - REQ BY PILLSBURY WINTHROP

**Terms :**  Net 30, 1.5% Over 30
**Salesman :**  DMD
**Customer # :**  NCM010
**Spec # :**  21781-2319

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 7.75 | COPY DATA TO PROCESSING SYSTEM - PER HOUR | $125.0000 | $968.75 |
| 5.25 | FILTER CUSTOMER DATA MANUALLY - PER HOUR | $125.0000 | $656.25 |
| 26.09 | EXPAND, DEDUPE & REVEAL ALL FILES - PER GB | $500.0000 | $13,045.00 |
| 3.25 | APPLY KEY TERM SEARCHES & DATE RESTRICTION | $125.0000 | $406.25 |
| 6.25 | REPLICATE REVIEW SET TO E-DIRECT - PER GB | $1,400.0000 | $8,750.00 |
| 7,894.00 | PREPARE PDF PRODUCTION (EXCELS IN NATIVE FORMAT) | $0.0400 | $315.76 |
| 7,894.00 | CONVERT NATIVE FILES TO PDF WITH TEXT | $0.0800 | $631.52 |
| 5.75 | TECHNICAL PROJECT MANAGEMENT HOURS | $95.0000 | $546.25 |
| 1.00 | MASTER CD'S | $25.0000 | $25.00 |
| 4.00 | DUPLICATE CD'S, INCLUDES REPROCESSED VOLUMES | $25.0000 | $100.00 |
| 2.00 | ALPHA DELIVERY - NO CHARGE | $0.0000 | |
| 1.00 | FED EX CHARGE | $25.4100 | $25.41 |

Payment Terms: Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days. 1.5% per month, 18% annually, will
be charged on all past due invoices. Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any outstanding invoices.

| | |
|---|---|
| Subtotal | $25,470.19 |
| Tax | $1,464.58 |
| Discount | $0.00 |
| Total | $26,934.77 |

Archive Copy

**Remit to:    Alpha Systems**
**458 Pike Road, Huntingdon Valley, PA 19006**
**215-322-8100  Fax: 215-322-0527**

**Fed. ID# 23-2023411**

# DOCUMENT
# CONVERSION
# SERVICES

**ALPHA SYSTEMS**

# Invoice

**Invoice # :**   IVC027851

**Invoice Date :**   07/26/2006

**Customer P.O.# :**

**Bill To:**
PILLSBURY WINTHROP LLP
CHRISTOPHER D. HANSEN
1540 BROADWAY
NEW YORK NY 10036

**Ship To:**
PILLSBURY WINTHROP LLP
C/O JONES DAY
51 LOUISIANA AVENUE NW
WASHINGTON DC 20001-2113

**Project:**

PROJECT BOMBARDIER ACELA - MATTER# 204789-0000010 - FIREWIRE DRIVE NEC0027 TO NEC0029, NEC0037 - DELIVERED TO C. WENDEROTH 7/7/06

**Terms :**   Net 30, 1.5% Over 30
**Salesman :**   DMD
**Customer # :**   PW010
**Spec # :**   22030-1845

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 630,228.00 | MOVING IMAGES AND LOAD FILES TO FIREWIRE DRIVE | $0.0018 | $1,134.41 |
| 0.75 | TECHNICAL PROJECT MANAGEMENT HOURS | $95.0000 | $71.25 |
| 1.00 | ALPHA DELIVERY - NO CHARGE | $0.0000 | |
| 1.00 | PURCHASING FRIEWIRE DRIVES | $485.0000 | $485.00 |

Payment Terms: Unless otherwise expressly noted in the Statement of Work, the terms of payment are net 30 days. 1.5% per month, 18% annually, will be charged on all past due invoices. Customer agrees to pay all reasonable attorneys fees, collection fees and interest for any outstanding invoices.

| | |
|---|---|
| Subtotal | $1,690.66 |
| Tax | $97.22 |
| Discount | $0.00 |
| Total | $1,787.88 |

**Remit to:**   **Alpha Systems**
**458 Pike Road, Huntingdon Valley, PA 19006**
**215-322-8100  Fax: 215-322-0527**                    Fed. ID# 23-2023411

**DOCUMENT**

**CONVERSION**

**ALPHA SERVICES**

**SYSTEMS**

# Invoice

| | |
|---|---|
| **Invoice # :** | IVC027875 |
| **Invoice Date :** | 07/28/2006 |
| **Customer P.O.# :** | |

**Bill To:**
NORTHEAST CORRIDOR MAINTENANCE
SERVICES CO.
GREG TOPF
P.O. BOX 92500
WASHINGTON DC 20090-2500

**Ship To:**
NORTHEAST CORRIDOR MAINTENANCE
SERVICES CO.
GREG TOPF
P.O. BOX 92500
WASHINGTON DC 20090-2500

**Project:**

PROJECT BOMBARDIER KNORR - E-DIRECT
PROCESSING - MATTER# 204789-0000010 -
ASP HOSTING FOR JULY 2006 - REQUESTED BY

| | |
|---|---|
| **Terms :** | Net 30, 1.5% Over 30 |
| **Salesman :** | DMD |
| **Customer # :** | NCM010 |
| **Spec # :** | 22045-2319 |

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| 48.00 | ASP HOSTING FEE FOR JULY 2006 - PER GB | $25.0000 | $1,200.00 |

Payment Terms:  Unless otherwise expressly noted in the Statement of Work,
the terms of payment are net 30 days.  1.5% per month, 18% annually, will
be charged on all past due invoices.  Customer agrees to pay all reasonable
attorneys fees, collection fees and interest for any outstanding invoices.

| | |
|---|---|
| Subtotal | $1,200.00 |
| Tax | $0.00 |
| Discount | $0.00 |
| Total | $1,200.00 |

**Remit to:   Alpha Systems**
**458 Pike Road, Huntingdon Valley, PA 19006**
**215-322-8100  Fax: 215-322-0527**                          **Fed. ID# 23-2023411**