UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.<br>  AS INSPECTOR GENERAL<br>NATIONAL RAILROAD PASSENGER<br>  CORPORATION,<br><br>                          Petitioner,<br><br>              v.<br><br>BOMBARDIER, INC.,<br>ALSTOM TRANSPORTATION, INC.,<br>NORTHEAST CORRIDOR MAINTENANCE<br>  SERVICES COMPANY,<br><br>                          Respondents. | Civil No. 1:05-mc-00367<br>           (PLF/DAR)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND NOTICE OF DESIGNATION OF LEAD COUNSEL** |

   Respondents hereby provide notice of the withdrawal of Paul Sommer Ryerson as counsel for Respondents in this matter. Respondents also hereby provide notice of designation of lead counsel for Respondent Bombardier, Inc. to be henceforth noticed as Philip Le B. Douglas.

Dated: February 7, 2007                                          Respectfully submitted,


                                                                      /s Philip Le B. Douglas
                                                                   Philip Le B. Douglas (D.C. Bar No. 311944)
                                                                   JONES DAY
                                                                   222 East 41st Street
                                                                   New York, New York 10017
                                                                   Telephone: (212) 326-3611
                                                                   *Counsel for Respondent Bombardier Inc.*