UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRED E. WEIDERHOLD, JR., :
  AS INSPECTOR GENERAL :
  NATIONAL RAILROAD PASSENGER :
  CORPORATION :
                                                            :
                                   v.                              :   Civil No. 1:05 MS 367 (PLF)(dar)
                                                            :
BOMBARDIER, INC. et al. :
                                                            :
  Respondents. :

## PETITIONER'S MOTION FOR LEAVE TO FILE, UNDER SEAL, PETITIONER'S MOTION FOR DECLARATORY RELIEF, MEMORANDUM AND ATTACHMENTS

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), through his undersigned attorney, respectfully moves this court, pursuant to Local Rule 5.1(j), for leave to file under seal its Motion for Declaratory Relief, supporting memorandum and referenced attachments, that it also files this date.

As described in the "Petitioner's Memorandum in Support of Motion for Declaratory Relief" separately filed this date, Petitioner has recently developed information material to its investigation that counsel for Respondents contend violate certain agreements they entered with Amtrak.

Petitioner seeks an Order of this Court to resolve the applicability of the agreements. This Motion for Declaratory Relief presents a genuine case or controversy that is ripe for decision by this Court, and its determination will advance both the pending Petition seeking enforcement of Inspector General subpoenas, and the investigation.

Accordingly, Petitioner respectfully requests that the Court enter an Order directing the Clerk of this Court to file and maintain **under seal** "Petitioner's Motion for Declaratory Relief", "Petitioner's Memorandum in Support of Motion for Declaratory Relief" and the submitted attachments 1-4, until further Order of this Court.

Respectfully submitted,

COLIN C. CARRIERE (#375016)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G. Street, Northeast
Room 3E-404
Washington, DC 20002
Tel: (202) 906-4355

_____
DAVID SADOFF (#204974)
Associate Legal Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002
Tel: (202) 906-4882

Dated:  February 8, 2007