# Exhibit A

## WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1879304 |
| Invoice Date | 06/14/05 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through May 31, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1879304
Invoice Date       06/14/05
Page No.                  2

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1879304 |
| Invoice Date | 06/14/05 |
| Client Matter No. | 005201.00027 |

**Client Remittance Copy**

| | |
|---|---|
| Total Fees | US7,718.75 |
| Total Disbursements | 0.00 |
| **Total Due This Invoice** | **US7,718.75** |
| Prior Balance Due | 99.85 |
| **Total Now Due** | **US7,818.60** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone** **1204 Geneva,** **Switzerland** | | **UBS,** **8 rue du Rhône, 1204** **Geneva** **Account Number: 240-721.875.60P** **Account Holder: Winston & Strawn** **Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland
TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1879304 |
| Invoice Date | 06/14/05 |
| Client Matter No. | 005201.00027 |

## Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US7,718.75 |
| Total Disbursements | 0.00 |
| **Total Due This Invoice** | **US7,718.75** |
| Prior Balance Due | 99.85 |
| **Total Now Due and Owing** | **US7,818.60** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone 1204 Geneva, Switzerland** | | **UBS, 8 rue du Rhône, 1204 Geneva Account Number: 240-721.875.60P Account Holder: Winston & Strawn Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| **35 WEST WACKER DRIVE**<br>**CHICAGO, ILLINOIS 60601-9703**<br>———<br>**43 RUE DU RHONE**<br>**1204 GENEVA, SWITZERLAND**<br>———<br>**BUCKLERSBURY HOUSE**<br>**3 QUEEN VICTORIA STREET**<br>**LONDON, EC4N 8NH** | **1700 K STREET, N.W.**<br>**WASHINGTON, D.C. 20006-3817**<br>———<br>**(202) 282-5000**<br>———<br>**FACSIMILE (202) 282-5100**<br>———<br>**www.winston.com** | **333 SOUTH GRAND AVENUE**<br>**LOS ANGELES, CALIFORNIA 90071-1543**<br>———<br>**200 PARK AVENUE**<br>**NEW YORK, NEW YORK 10166-4193**<br>———<br>**21 AVENUE VICTOR HUGO**<br>**75116 PARIS, FRANCE**<br>———<br>**101 CALIFORNIA STREET**<br>**SAN FRANCISCO, CALIFORNIA 94111-5894** |

**TIMOTHY M. BROAS**
(202) 282-5750
tbroas@winston.com

July 27, 2005

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:    **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through June 30, 2005.

Best regards.

Sincerely,

Timothy M. Broas

TMB/maw
Enclosure

## WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

Invoice No.          1882802
Invoice Date        07/28/05
Client Matter No.   005201.00027

For Legal Services Rendered Through June 30, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN** LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

|  |  |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 3 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | | |
|---|---|---|
| Invoice No. | | 1882802 |
| Invoice Date | | 07/28/05 |
| Page No. | | 4 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.    1882802
Invoice Date    07/28/05
Page No.    5

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.     1882802
Invoice Date    07/28/05
Page No.       7

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN** LLP

Alstom Group

Invoice No.        1882802
Invoice Date      07/28/05
Page No.                 8

00027 Amtrak Litigation

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1882802
Invoice Date      07/28/05
Page No.                  9

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.    1882802
Invoice Date   07/28/05
Page No.      10

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 11 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 12 |

**00027 Amtrak Litigation**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 116.75 | 475.00 | 55,456.25 |
| M. Farge | 108.50 | 235.00 | 25,497.50 |
| F. Parker | 53.50 | 275.00 | 14,712.50 |
| B. Molina-Garcia | 4.50 | 225.00 | 1,012.50 |
| D. Calandra | 5.50 | 190.00 | 1,045.00 |
| M. Mooney | 52.75 | 170.00 | 8,967.50 |
| M. Parrott | 5.75 | 145.00 | 833.75 |
| C. Costello | 7.00 | 145.00 | 1,015.00 |
| A. Guare | 4.75 | 120.00 | 570.00 |
| P. Phelan | 9.50 | 100.00 | 950.00 |
| K. Wang | 9.75 | 100.00 | 975.00 |
| S. Griffin | 12.50 | 100.00 | 1,250.00 |
| D. Kuzel | 2.25 | 180.00 | 405.00 |
| L. Baker | 28.25 | 190.00 | 5,367.50 |
| L. MacDonald | 0.25 | 120.00 | 30.00 |
| **Total Attorney/Other Prof** | **421.50** | | **118,087.50** |

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 13 |

**00027 Amtrak Litigation**

## Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 53.87 |
| Business Meals | 78.65 |
| Computerized Legal Research | 126.93 |
| Fax | 19.25 |
| Printing/Reproduction Services | 213.10 |
| Telecommunication Services | 26.42 |
| Travel - Local Transportation | 60.50 |
| **Total Disbursements & Other Charges** | **US578.72** |
| | |
| **Total Due This Invoice** | **US118,666.22** |

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1882802 |
| Invoice Date | 07/28/05 |
| Page No. | 14 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 06/14/05 | 1879304 | 7,718.75 | 0.00 | 7,718.75 |
| | | 7,818.60 | 0.00 | 7,818.60 |

**Total Balance Due**     US7,818.60

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1882802 |
| Invoice Date | 07/28/05 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US118,087.50 |
| Total Disbursements | 578.72 |
| **Total Due This Invoice** | **US118,666.22** |
| Prior Balance Due | 7,818.60 |
| **Total Now Due** | **US126,484.82** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone**<br>**1204 Geneva,**<br>**Switzerland** | | UBS,<br>**8 rue du Rhône, 1204**<br>**Geneva**<br>**Account Number: 240-721.875.60P**<br>**Account Holder: Winston & Strawn**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1882802 |
| Invoice Date | 07/28/05 |
| Client Matter No. | 005201.00027 |

**Remittance Advice**
Please include this remittance page with your payment

---

| | |
|---|---|
| Total Fees | US118,087.50 |
| Total Disbursements | 578.72 |
| **Total Due This Invoice** | **US118,666.22** |
| Prior Balance Due | 7,818.60 |
| **Total Now Due and Owing** | **US126,484.82** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone 1204 Geneva, Switzerland** | | **UBS, 8 rue du Rhône, 1204 Geneva Account Number: 240-721.875.60P Account Holder: Winston & Strawn Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| TIMOTHY M. BROAS<br>(202) 282-5750<br>tbroas@winston.com | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

August 18, 2005

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:    **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through July 31, 2005.

Best regards.

Sincerely,

Timothy M. Broas

TMB/maw
Enclosure

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1885584 |
| Invoice Date | 08/18/05 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through July 31, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.      1885584
Invoice Date     08/18/05
Page No.              2

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | |
|---|---|
| Invoice No. | 1885584 |
| Invoice Date | 08/18/05 |
| Page No. | 3 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN** LLP

Alstom Group                                    Invoice No.        1885584
                                                Invoice Date      08/18/05
                                                Page No.               4

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

Invoice No.    1885584
Invoice Date    08/18/05
Page No.    5

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1885584
Invoice Date      08/18/05
Page No.                6

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.      1885584
Invoice Date     08/18/05
Page No.               7

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group                                          Invoice No.       1885584
                                                      Invoice Date      08/18/05
                                                      Page No.                 8

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.        1885584
Invoice Date      08/18/05
Page No.                  9

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.        1885584
Invoice Date      08/18/05
Page No.                10

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN** LLP

Alstom Group

Invoice No.        1885584
Invoice Date      08/18/05
Page No.                  11

00027 Amtrak Litigation

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.          1885584
Invoice Date        08/18/05
Page No.                   12

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.       1885584
Invoice Date     08/18/05
Page No.              13

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.      1885584
Invoice Date     08/18/05
Page No.              14

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1885584 |
| Invoice Date | 08/18/05 |
| Page No. | 15 |

**00027 Amtrak Litigation**

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 50.00 | 475.00 | 23,750.00 |
| F. Parker | 114.25 | 275.00 | 31,418.75 |
| M. Mooney | 62.25 | 170.00 | 10,582.50 |
| P. Phelan | 77.25 | 100.00 | 7,725.00 |
| K. Wang | 36.00 | 100.00 | 3,600.00 |
| B. Flatley | 6.50 | 150.00 | 975.00 |
| L. Baker | 53.75 | 190.00 | 10,212.50 |
| K. Murphy | 0.25 | 140.00 | 35.00 |
| L. MacDonald | 4.75 | 120.00 | 570.00 |
| **Total Attorney/Other Prof** | **405.00** | | **88,868.75** |

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1885584 |
| Invoice Date | 08/18/05 |
| Page No. | 16 |

**00027 Amtrak Litigation**

### Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 42.28 |
| Business Meals | 26.88 |
| Document Retrieval | 16,350.00 |
| Overtime Transportation | 40.00 |
| Printing/Reproduction Services | 143.70 |
| Telecommunication Services | 45.61 |
| Travel - Local Transportation | 448.37 |
| **Total Disbursements & Other Charges** | **US17,096.84** |
| **Total Due This Invoice** | **US105,965.59** |
| **Prior Balance Due** | **US118,766.07** |

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1885584 |
| Invoice Date | 08/18/05 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US88,868.75 |
| Total Disbursements | 17,096.84 |
| **Total Due This Invoice** | **US105,965.59** |
| Prior Balance Due | 118,766.07 |
| **Total Now Due** | **US224,731.66** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone**<br>**1204 Geneva,**<br>**Switzerland** | | **UBS,**<br>**8 rue du Rhône, 1204**<br>**Geneva**<br>**Account Number: 240-721.875.60P**<br>**Account Holder: Winston & Strawn**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

| | |
|---|---|
| Alstom Group | Invoice #        1885584 |
| c/o ALSTOM Transport S.A. | Invoice Date        08/18/05 |
| 48, rue Albert Dhalenne | Client Matter No.    005201.00027 |
| 93482 Saint Ouen Cedex | |
| Attn: Fred Einbinder, Esq. | |
| France | |

### Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US88,868.75 |
| Total Disbursements | 17,096.84 |
| **Total Due This Invoice** | **US105,965.59** |
| Prior Balance Due | 118,766.07 |
| **Total Now Due and Owing** | **US224,731.66** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhône<br>1204 Geneva,<br>Switzerland** | | **UBS,**<br>**8 rue du Rhône, 1204**<br>**Geneva**<br>**Account Number: 240-721.875.60P**<br>**Account Holder: Winston & Strawn**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

September 26, 2005

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:   **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through August 31, 2005.

Best regards.

Sincerely,

Timothy M. Broas

TMB/maw
Enclosure

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| Invoice No. | 1891338 |
| Invoice Date | 09/28/05 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through August 31, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group                                        Invoice No.        1891338
                                                    Invoice Date       09/28/05
                                                    Page No.                  2

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1891338
Invoice Date     09/28/05
Page No.                    3

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1891338 |
| Invoice Date | 09/28/05 |
| Page No. | 4 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1891338
Invoice Date     09/28/05
Page No.                 5

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.          1891338
Invoice Date      09/28/05
Page No.                  6

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1891338 |
| Invoice Date | 09/28/05 |
| Page No. | 7 |

**00027 Amtrak Litigation**

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 29.50 | 475.00 | 14,012.50 |
| M. Farge | 1.50 | 235.00 | 352.50 |
| F. Parker | 23.75 | 275.00 | 6,531.25 |
| M. Mooney | 6.00 | 170.00 | 1,020.00 |
| P. Phelan | 2.00 | 100.00 | 200.00 |
| E. Henninger | 6.50 | 100.00 | 650.00 |
| B. Flatley | 5.25 | 150.00 | 787.50 |
| L. Baker | 10.25 | 190.00 | 1,947.50 |
| L. MacDonald | 5.00 | 120.00 | 600.00 |
| **Total Attorney/Other Prof** | **89.75** | | **26,101.25** |

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1891338 |
| Invoice Date | 09/28/05 |
| Page No. | 8 |

### 00027 Amtrak Litigation

## Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 29.06 |
| Computerized Legal Research | 9.19 |
| Messenger Services | 47.75 |
| Overtime Transportation | 47.40 |
| Printing/Reproduction Services | 1.20 |
| Telecommunication Services | 33.04 |
| Travel - Local Transportation | 46.55 |
| **Total Disbursements & Other Charges** | **US214.19** |
| **Sub-Total This Invoice** | **US26,315.44** |
| **Less Prior Retainer** | **US(7,818.60)** |
| **Total Due This Invoice** | **US18,496.84** |

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1891338 |
| Invoice Date | 09/28/05 |
| Page No. | 9 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 08/18/05 | 1885584 | 105,965.59 | 0.00 | 105,965.59 |
| | | 106,065.44 | 0.00 | 106,065.44 |

**Total Balance Due    US106,065.44**

# WINSTON & STRAWN LLP

43 Rue du Rhone
1204 Geneva, Switzerland

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1891338 |
| Invoice Date | 09/28/05 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US26,101.25 |
| Total Disbursements | 214.19 |
| Credit Applied | (7,818.60) |
| **Total Due This Invoice** | **US18,496.84** |
| Prior Balance Due | 106,065.44 |
| **Total Now Due** | **US124,562.28** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **43 Rue du Rhone<br>1204 Geneva,<br>Switzerland** | | **UBS,<br>8 rue du Rhône, 1204<br>Geneva<br>Account Number: 240-721.875.60P<br>Account Holder: Winston & Strawn<br>Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

October 31, 2005

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

 RE: **Amtrak OIG Subpoena**

Dear Fred:

  Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through September 30, 2005.

  Best regards.

      Sincerely,

      Timothy M. Broas

cc: Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

| | | |
|---|---|---|
| Alstom Group | Invoice No. | 1897059 |
| c/o ALSTOM Transport S.A. | Invoice Date | 10/31/05 |
| 48, rue Albert Dhalenne | Client Matter No. | 005201.00027 |
| 93482 Saint Ouen Cedex | | |
| Attn:  Fred Einbinder, Esq. | | |
| France | | |

For Legal Services Rendered Through September 30, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | |
|---|---|
| Invoice No. | 1897059 |
| Invoice Date | 10/31/05 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

| Alstom Group | | Invoice No. | 1897059 |
| | | Invoice Date | 10/31/05 |
| | | Page No. | 3 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.        1897059
Invoice Date     10/31/05
Page No.                  4

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.          1897059
Invoice Date        10/31/05
Page No.                    5

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1897059 |
| Invoice Date | 10/31/05 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

| | | |
|---|---|---|
| **Total for Legal Services** | | US22,171.25 |

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 23.50 | 475.00 | 11,162.50 |
| F. Parker | 27.25 | 275.00 | 7,493.75 |
| M. Mooney | 5.00 | 170.00 | 850.00 |
| B. Flatley | 1.00 | 150.00 | 150.00 |
| L. Baker | 8.50 | 190.00 | 1,615.00 |
| L. MacDonald | 2.50 | 120.00 | 300.00 |
| **Total Attorney/Other Prof** | **67.75** | | **22,171.25** |

# WINSTON & STRAWN LLP

Alstom Group

|                | |
|----------------|--------------|
| Invoice No.    | 1897059      |
| Invoice Date   | 10/31/05     |
| Page No.       | 7            |

**00027 Amtrak Litigation**

### Disbursements & Other Charges

| Description | Amount |
|-------------|--------|
| Air Courier | 89.88 |
| Computerized Legal Research | 2.25 |
| Printing/Reproduction Services | 842.40 |
| Telecommunication Services | 10.08 |
| **Total Disbursements & Other Charges** | **US944.61** |
| **Total Due This Invoice** | **US23,115.86** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| Alstom Group | Invoice No. | 1897059 |
| | Invoice Date | 10/31/05 |
| | Page No. | 8 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 09/28/05 | 1891338 | 26,315.44 | 7,818.60 | 18,496.84 |
| | | 26,415.29 | 7,818.60 | 18,596.69 |

**Total Balance Due    US18,596.69**

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1897059 |
| Invoice Date | 10/31/05 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US22,171.25 |
| Total Disbursements | 944.61 |
| **Total Due This Invoice** | **US23,115.86** |
| Prior Balance Due | 18,596.69 |
| **Total Now Due** | **US41,712.55** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

| | | |
|---|---|---|
| Alstom Group | Invoice # | 1897059 |
| c/o ALSTOM Transport S.A. | Invoice Date | 10/31/05 |
| 48, rue Albert Dhalenne | Client Matter No. | 005201.00027 |
| 93482 Saint Ouen Cedex | | |
| Attn: Fred Einbinder, Esq. | | |
| France | | |

### Remittance Advice
Please include this remittance page with your payment

---

| | |
|---|---|
| Total Fees | US22,171.25 |
| Total Disbursements | 944.61 |
| **Total Due This Invoice** | **US23,115.86** |
| Prior Balance Due | 18,596.69 |
| **Total Now Due and Owing** | **US41,712.55** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

<table>
<tr><td>35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703</td><td rowspan="5">1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817<br><br>(202) 282-5000<br><br>FACSIMILE (202) 282-5100<br><br>www.winston.com</td><td>333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543</td></tr>
<tr><td>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND</td><td>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193</td></tr>
<tr><td>BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH</td><td>21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE</td></tr>
<tr><td></td><td>101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894</td></tr>
</table>

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

November 18, 2005

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

     RE:   **Amtrak OIG Subpoena**

Dear Fred:

     Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through October 31, 2005.

     Best regards.

Sincerely,

Timothy M. Broas

cc:   Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

## WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through October 31, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | | |
|---|---|---|
| Invoice No. | | 1900894 |
| Invoice Date | | 11/21/05 |
| Page No. | | 2 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Page No. | 3 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | | |
|---|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Page No. | 4 |

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

| Alstom Group | | Invoice No. | 1900894 |
| | | Invoice Date | 11/21/05 |
| | | Page No. | 5 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.        1900894
Invoice Date     11/21/05
Page No.                 7

__00027 Amtrak Litigation__

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

| | | |
|---|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Page No. | 8 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.        1900894
Invoice Date      11/21/05
Page No.                 9

00027 Amtrak Litigation

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.          1900894
Invoice Date        11/21/05
Page No.                  10

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

Alstom Group

Invoice No.      1900894
Invoice Date    11/21/05
Page No.              11

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1900894 |
| Invoice Date | 11/21/05 |
| Page No. | 12 |

## 00027 Amtrak Litigation

### Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 09/28/05 | 1891338 | 26,315.44 | 7,818.60 | 18,496.84 |
| 10/31/05 | 1897059 | 23,115.86 | 0.00 | 23,115.86 |
| | | 49,531.15 | 7,818.60 | 41,712.55 |

**Total Balance Due**     US41,712.55

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1900894 |
| Invoice Date | 11/21/05 |
| Client Matter No. | 005201.00027 |

### Client Remittance Copy

| | |
|---|---|
| Total Fees | US53,085.00 |
| Total Disbursements | 1,278.78 |
| **Total Due This Invoice** | **US54,363.78** |
| Prior Balance Due | 41,712.55 |
| **Total Now Due** | **US96,076.33** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1900894 |
| Invoice Date | 11/21/05 |
| Client Matter No. | 005201.00027 |

## Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US53,085.00 |
| Total Disbursements | 1,278.78 |
| **Total Due This Invoice** | **US54,363.78** |
| Prior Balance Due | 41,712.55 |
| **Total Now Due and Owing** | **US96,076.33** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | Harris Bank - Chicago, Illinois<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>Please reference invoice/client matter number. |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| **35 WEST WACKER DRIVE**<br>**CHICAGO, ILLINOIS 60601-9703** | **1700 K STREET, N.W.**<br>**WASHINGTON, D.C. 20006-3817** | **333 SOUTH GRAND AVENUE**<br>**LOS ANGELES, CALIFORNIA 90071-1543** |
| **43 RUE DU RHONE**<br>**1204 GENEVA, SWITZERLAND** | **(202) 282-5000** | **200 PARK AVENUE**<br>**NEW YORK, NEW YORK 10166-4193** |
| **BUCKLERSBURY HOUSE**<br>**3 QUEEN VICTORIA STREET**<br>**LONDON, EC4N 8NH** | **FACSIMILE (202) 282-5100**<br><br>**www.winston.com** | **21 AVENUE VICTOR HUGO**<br>**75116 PARIS, FRANCE** |
| | | **101 CALIFORNIA STREET**<br>**SAN FRANCISCO, CALIFORNIA 94111-5894** |

**TIMOTHY M. BROAS**
**(202) 282-5750**
tbroas@winston.com

December 23, 2005

## PRIVILEGED & CONFIDENTIAL

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:    **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through November 30, 2005.

Best regards.

Sincerely,

Timothy M. Broas

cc:    Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

## WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1906555 |
| Invoice Date | 12/27/05 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through November 30, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.           1906555
Invoice Date        12/27/05
Page No.                    2

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

Alstom Group

Invoice No.      1906555
Invoice Date    12/27/05
Page No.              3

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

| | | |
|---|---|---|
| Alstom Group | Invoice No. | 1906555 |
| | Invoice Date | 12/27/05 |
| | Page No. | 4 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

Alstom Group

| | |
|---|---|
| Invoice No. | 1906555 |
| Invoice Date | 12/27/05 |
| Page No. | 5 |

**00027 Amtrak Litigation**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 28.00 | 475.00 | 13,300.00 |
| F. Parker | 18.25 | 275.00 | 5,018.75 |
| M. Mooney | 2.25 | 170.00 | 382.50 |
| L. Baker | 1.75 | 190.00 | 332.50 |
| L. MacDonald | 2.25 | 120.00 | 270.00 |
| **Total Attorney/Other Prof** | **52.50** | | **19,303.75** |

**Total Due This Invoice**           **US19,303.75**

# WINSTON & STRAWN LLP

Alstom Group

|  |  |
|---|---|
| Invoice No. | 1906555 |
| Invoice Date | 12/27/05 |
| Page No. | 6 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 10/31/05 | 1897059 | 23,115.86 | 0.00 | 23,115.86 |
| 11/21/05 | 1900894 | 54,363.78 | 0.00 | 54,363.78 |
|  |  | 77,579.49 | 0.00 | 77,579.49 |

**Total Balance Due    US77,579.49**

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1906555 |
| Invoice Date | 12/27/05 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US19,303.75 |
| Total Disbursements | 0.00 |
| **Total Due This Invoice** | **US19,303.75** |
| Prior Balance Due | 77,579.49 |
| **Total Now Due** | **US96,883.24** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | Harris Bank - Chicago, Illinois<br>ABA/Routing Number: 071 000 288<br>Account Number: 449-675-8<br>Account Name: Winston & Strawn LLP<br>SWIFT Code: HATRUS44 (International Wires)<br>Please reference invoice/client matter number. |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

Alstom Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1906555 |
| Invoice Date | 12/27/05 |
| Client Matter No. | 005201.00027 |

**Remittance Advice**
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US19,303.75 |
| Total Disbursements | 0.00 |
| **Total Due This Invoice** | **US19,303.75** |
| Prior Balance Due | 77,579.49 |
| **Total Now Due and Owing** | **US96,883.24** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| <u>Via Mail:</u><br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | <u>Via Delivery Service:</u><br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| TIMOTHY M. BROAS<br>(202) 282-5750<br>tbroas@winston.com | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

January 17, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

  RE: **Amtrak OIG Subpoena**

Dear Fred:

  Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through December 31, 2005.

  Best regards.

       Sincerely,

       Timothy M. Broas

cc: Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

Invoice No.        1910545
Invoice Date       01/18/06
Client Matter No.  005201.00027

For Legal Services Rendered Through December 31, 2005 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1910545 |
| Invoice Date | 01/18/06 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1910545
Invoice Date      01/18/06
Page No.                 3

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No.        1910545
Invoice Date     01/18/06
Page No.               4

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No.          1910545
Invoice Date        01/18/06
Page No.                   5

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1910545 |
| Invoice Date | 01/18/06 |
| Page No. | 6 |

**00027 Amtrak Litigation**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 19.75 | 475.00 | 9,381.25 |
| F. Parker | 34.25 | 275.00 | 9,418.75 |
| L. Baker | 1.25 | 190.00 | 237.50 |
| L. MacDonald | 4.00 | 120.00 | 480.00 |
| **Total Attorney/Other Prof** | **59.25** | | **19,517.50** |

**Disbursements & Other Charges**

| Description | Amount |
|---|---|
| Air Courier | 46.74 |
| Computerized Legal Research | 50.16 |
| Travel - Local Transportation | 36.00 |
| **Total Disbursements & Other Charges** | **US132.90** |

| | |
|---|---|
| **Total Due This Invoice** | **US19,650.40** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1910545 |
| Invoice Date | 01/18/06 |
| Page No. | 7 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| | | 99.85 | 0.00 | 99.85 |

**Total Balance Due**     US99.85

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1910545 |
| Invoice Date | 01/18/06 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US19,517.50 |
| Total Disbursements | 132.90 |
| **Total Due This Invoice** | **US19,650.40** |
| Prior Balance Due | 99.85 |
| **Total Now Due** | **US19,750.25** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1910545 |
| Invoice Date | 01/18/06 |
| Client Matter No. | 005201.00027 |

## Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US19,517.50 |
| Total Disbursements | 132.90 |
| **Total Due This Invoice** | **US19,650.40** |
| Prior Balance Due | 99.85 |
| **Total Now Due and Owing** | **US19,750.25** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

February 23, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

    **RE:**   **Amtrak OIG Subpoena**

Dear Fred:

    Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through January 31, 2006.

    If you have any questions, please do not hesitate to contact me.

    Best regards.

        Sincerely,

        Timothy M. Broas

cc:    Dana Wordes, Esquire
TMB/maw
Enclosure

## WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group                              Invoice No.        1916482
c/o ALSTOM Transport S.A.                 Invoice Date       02/24/06
48, rue Albert Dhalenne                   Client Matter No.  005201.00027
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

For Legal Services Rendered Through January 31, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No.        1916482
Invoice Date      02/24/06
Page No.                  2

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1916482
Invoice Date     02/24/06
Page No.                3

00027 Amtrak Litigation

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No.          1916482
Invoice Date      02/24/06
Page No.                    4

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No.         1916482
Invoice Date       02/24/06
Page No.                    5

00027 Amtrak Litigation

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1916482
Invoice Date      02/24/06
Page No.                    6

00027 Amtrak Litigation

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1916482 |
| Invoice Date | 02/24/06 |
| Page No. | 7 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

| | |
|---|---|
| **Total for Legal Services** | **US31,787.50** |

**Timekeeper Summary**

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 10.50 | 510.00 | 5,355.00 |
| F. Parker | 75.75 | 325.00 | 24,618.75 |
| M. White | 0.25 | 155.00 | 38.75 |
| B. Flatley | 4.00 | 155.00 | 620.00 |
| L. Baker | 5.25 | 220.00 | 1,155.00 |
| **Total Attorney/Other Prof** | **95.75** | | **31,787.50** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | | 1916482 |
| Invoice Date | | 02/24/06 |
| Page No. | | 8 |

**00027 Amtrak Litigation**

### Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 31.00 |
| Computerized Legal Research | 5.29 |
| Document Imaging, OCR and Coding (Document Automation) | 1,594.00 |
| Fax | 8.40 |
| HVAC | 2.32 |
| Telecommunication Services | 63.76 |
| Travel - Local Transportation | 43.14 |
| **Total Disbursements & Other Charges** | **US1,747.91** |
| **Total Due This Invoice** | **US33,535.41** |

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.    1916482
Invoice Date    02/24/06
Page No.    9

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 01/18/06 | 1910545 | 19,650.40 | 0.00 | 19,650.40 |
| | | 19,750.25 | 0.00 | 19,750.25 |

**Total Balance Due**    US19,750.25

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

| | |
|---|---|
| ALSTOM Group | Invoice #        1916482 |
| c/o ALSTOM Transport S.A. | Invoice Date      02/24/06 |
| 48, rue Albert Dhalenne | Client Matter No.   005201.00027 |
| 93482 Saint Ouen Cedex | |
| Attn: Fred Einbinder, Esq. | |
| France | |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US31,787.50 |
| Total Disbursements | 1,747.91 |
| **Total Due This Invoice** | **US33,535.41** |
| Prior Balance Due | 19,750.25 |
| **Total Now Due** | **US53,285.66** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1916482 |
| Invoice Date | 02/24/06 |
| Client Matter No. | 005201.00027 |

## Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US31,787.50 |
| Total Disbursements | 1,747.91 |
| **Total Due This Invoice** | **US33,535.41** |
| Prior Balance Due | 19,750.25 |
| **Total Now Due and Owing** | **US53,285.66** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>Please reference invoice/client matter number. |

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

March 14, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:   **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the Amtrak OIG Subpoena matter for the period through February 28, 2006.

If you have any questions, please do not hesitate to contact me.

Best regards,

Sincerely,

Timothy M. Broas

cc:   Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1919711 |
| Invoice Date | 03/15/06 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through February 28, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

Invoice No. 1919711
Invoice Date 03/15/06
Page No. 2

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN** LLP

ALSTOM Group

Invoice No.          1919711
Invoice Date       03/15/06
Page No.                   3

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.    1919711
Invoice Date   03/15/06
Page No.       4

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | 1919711 |
| Invoice Date | 03/15/06 |
| Page No. | 5 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

**WINSTON & STRAWN LLP**

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1919711 |
| Invoice Date | 03/15/06 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1919711 |
| Invoice Date | 03/15/06 |
| Page No. | 7 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

**WINSTON & STRAWN** LLP

ALSTOM Group

Invoice No.        1919711
Invoice Date       03/15/06
Page No.                  8

00027 Amtrak Litigation

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1919711 |
| Invoice Date | 03/15/06 |
| Page No. | 9 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

|                |          |
|----------------|----------|
| Invoice No.    | 1919711  |
| Invoice Date   | 03/15/06 |
| Page No.       | 10       |

**00027 Amtrak Litigation**

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---------------------|-------|------|-------------|
| T. Broas   | 13.50  | 510.00 | 6,885.00  |
| M. Farge   | 4.50   | 250.00 | 1,125.00  |
| F. Parker  | 109.00 | 325.00 | 35,425.00 |
| P. Phelan  | 7.00   | 125.00 | 875.00    |
| M. White   | 0.75   | 155.00 | 116.25    |
| L. Baker   | 18.75  | 220.00 | 4,125.00  |
| **Total Attorney/Other Prof** | **153.50** | | **48,551.25** |

## Disbursements & Other Charges

| Description | Amount |
|-------------|--------|
| Computerized Legal Research | 390.41 |
| Document Imaging, OCR and Coding (Document Automation) | 6,138.00 |
| Telecommunication Services | 154.80 |
| Travel - Local Transportation | 38.00 |
| **Total Disbursements & Other Charges** | **US6,721.21** |

| | |
|---|---|
| **Total Due This Invoice** | **US55,272.46** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | | 1919711 |
| Invoice Date | | 03/15/06 |
| Page No. | | 11 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 02/24/06 | 1916482 | 33,535.41 | 0.00 | 33,535.41 |
| | | 33,635.26 | 0.00 | 33,635.26 |

**Total Balance Due**     US33,635.26

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1919711 |
| Invoice Date | 03/15/06 |
| Client Matter No. | 005201.00027 |

**Client Remittance Copy**

| | |
|---|---|
| Total Fees | US48,551.25 |
| Total Disbursements | 6,721.21 |
| **Total Due This Invoice** | **US55,272.46** |
| Prior Balance Due | 33,635.26 |
| **Total Now Due** | **US88,907.72** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1919711 |
| Invoice Date | 03/15/06 |
| Client Matter No. | 005201.00027 |

**Remittance Advice**
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US48,551.25 |
| Total Disbursements | 6,721.21 |
| **Total Due This Invoice** | **US55,272.46** |
| Prior Balance Due | 33,635.26 |
| **Total Now Due and Owing** | **US88,907.72** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | Harris Bank - Chicago, Illinois<br>ABA/Routing Number: 071 000 288<br>Account Number: 449-675-8<br>Account Name: Winston & Strawn LLP<br>SWIFT Code: HATRUS44 (International Wires)<br>Please reference invoice/client matter number. |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

April 13, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

> RE:  **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the above-referenced matter for the period through March 31, 2006.

If you have any questions, please do not hesitate to contact me.

Best regards.

Sincerely,

Timothy M. Broas

cc:   Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100 | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | www.winston.com | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

April 13, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:    **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the above-referenced matter for the period through March 31, 2006.

If you have any questions, please do not hesitate to contact me.

Best regards.

Sincerely,

Timothy M. Broas

cc:    Dana Wordes, Esquire
TMB/maw
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Client Matter No. | 005201.00027 |

For Legal Services Rendered Through March 31, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | | 1923939 |
| Invoice Date | | 04/14/06 |
| Page No. | | 3 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 4 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.      1923939
Invoice Date     04/14/06
Page No.               5

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.      1923939
Invoice Date    04/14/06
Page No.               7

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.                1923939
Invoice Date            04/14/06
Page No.                        8

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 9 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 10 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.          1923939
Invoice Date        04/14/06
Page No.                  11

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 12 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.          1923939
Invoice Date       04/14/06
Page No.                 13

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | | 1923939 |
| Invoice Date | | 04/14/06 |
| Page No. | | 14 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 15 |

**00027 Amtrak Litigation**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 20.00 | 510.00 | 10,200.00 |
| M. Farge | 15.00 | 250.00 | 3,750.00 |
| F. Parker | 91.00 | 325.00 | 29,575.00 |
| M. Mooney | 20.50 | 190.00 | 3,895.00 |
| J. Jacobs | 22.50 | 180.00 | 4,050.00 |
| A. Guare | 10.50 | 140.00 | 1,470.00 |
| P. Phelan | 13.25 | 125.00 | 1,656.25 |
| K. Wang | 10.50 | 125.00 | 1,312.50 |
| M. White | 5.75 | 155.00 | 891.25 |
| L. Baker | 34.75 | 220.00 | 7,645.00 |
| M. Ross | 3.00 | 155.00 | 465.00 |
| M. Mascolo | 0.50 | 120.00 | 60.00 |
| **Total Attorney/Other Prof** | **247.25** | | **64,970.00** |

# WINSTON & STRAWN LLP

ALSTOM Group

|                | |
|----------------|-----------|
| Invoice No.    | 1923939   |
| Invoice Date   | 04/14/06  |
| Page No.       | 16        |

---

**00027 Amtrak Litigation**

---

### Disbursements & Other Charges

| Description | Amount |
|-------------|-------:|
| Air Courier | 19.31 |
| Business Meals | 200.00 |
| Computerized Legal Research | 2,646.54 |
| Document Imaging, OCR and Coding (Document Automation) | 630.50 |
| Printing/Reproduction Services | 0.10 |
| Telecommunication Services | 107.09 |
| Travel - Local Transportation | 2.70 |
| Travel - Long Distance Transportation | 85.70 |
| **Total Disbursements & Other Charges** | **US3,691.94** |
| | |
| **Total Due This Invoice** | **US68,661.94** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1923939 |
| Invoice Date | 04/14/06 |
| Page No. | 17 |

**00027 Amtrak Litigation**

### Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 03/15/06 | 1919711 | 55,272.46 | 0.00 | 55,272.46 |
| | | 55,372.31 | 0.00 | 55,372.31 |

**Total Balance Due**     US55,372.31

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1923939 |
| Invoice Date | 04/14/06 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---|
| Total Fees | US64,970.00 |
| Total Disbursements | 3,691.94 |
| **Total Due This Invoice** | **US68,661.94** |
| Prior Balance Due | 55,372.31 |
| **Total Now Due** | **US124,034.25** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

| | |
|---|---|
| ALSTOM Group | Invoice #         1923939 |
| c/o ALSTOM Transport S.A. | Invoice Date      04/14/06 |
| 48, rue Albert Dhalenne | Client Matter No.   005201.00027 |
| 93482 Saint Ouen Cedex | |
| Attn: Fred Einbinder, Esq. | |
| France | |

**Remittance Advice**
Please include this remittance page with your payment

| | |
|---|---:|
| Total Fees | US64,970.00 |
| Total Disbursements | 3,691.94 |
| **Total Due This Invoice** | **US68,661.94** |
| Prior Balance Due | 55,372.31 |
| **Total Now Due and Owing** | **US124,034.25** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| <u>Via Mail:</u><br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | <u>Via Delivery Service:</u><br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703 | 1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543 |
| 43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND | (202) 282-5000 | 200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193 |
| BUCKLERSBURY HOUSE<br>3 QUEEN VICTORIA STREET<br>LONDON, EC4N 8NH | FACSIMILE (202) 282-5100<br><br>www.winston.com | 21 AVENUE VICTOR HUGO<br>75116 PARIS, FRANCE |
| | | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894 |

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

May 19, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

     RE:   **Amtrak OIG Subpoena**

Dear Fred:

     Enclosed please find our invoice for professional services rendered for the above-referenced matter for the period through April 30, 2006.

     If you have any questions, please do not hesitate to contact me.

     Best regards.

     Sincerely,

     Timothy M. Broas

cc:   Dana Wordes, Esquire (w/enclosure)
TMB/ll
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

Invoice No.          1929660
Invoice Date          05/19/06
Client Matter No.    005201.00027

For Legal Services Rendered Through April 30, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.          1929660
Invoice Date        05/19/06
Page No.                    2

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.            1929660
Invoice Date        05/19/06
Page No.                    3

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 4 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.          1929660
Invoice Date         05/19/06
Page No.             5

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1929660
Invoice Date       05/19/06
Page No.                  7

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1929660
Invoice Date     05/19/06
Page No.               8

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 9 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.          1929660
Invoice Date        05/19/06
Page No.                  10

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 11 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 12 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 13 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1929660
Invoice Date       05/19/06
Page No.               14

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.       1929660
Invoice Date     05/19/06
Page No.              15

**00027 Amtrak Litigation**

---

## Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 23.50 | 510.00 | 11,985.00 |
| M. Farge | 26.00 | 250.00 | 6,500.00 |
| F. Parker | 100.00 | 325.00 | 32,500.00 |
| M. Mooney | 54.75 | 190.00 | 10,402.50 |
| J. Jacobs | 14.50 | 180.00 | 2,610.00 |
| A. Guare | 41.25 | 140.00 | 5,775.00 |
| P. Phelan | 18.75 | 125.00 | 2,343.75 |
| K. Wang | 0.50 | 125.00 | 62.50 |
| L. Baker | 12.25 | 195.00 | 2,388.75 |
| T. Carey | 2.00 | 195.00 | 390.00 |
| M. Ross | 27.00 | 125.00 | 3,375.00 |
| M. Mascolo | 0.25 | 120.00 | 30.00 |
| **Total Attorney/Other Prof** | **320.75** | | **78,362.50** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 16 |

**00027 Amtrak Litigation**

### Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 30.17 |
| Business Meals | 9.63 |
| Document Imaging, OCR and Coding (Document Automation) | 319.04 |
| Media Duplication | 9,013.50 |
| Overtime Meals | 32.90 |
| Printing/Reproduction Services | 165.80 |
| Telecommunication Services | 38.27 |
| **Total Disbursements & Other Charges** | **US9,609.31** |
| **Total Due This Invoice** | **US87,971.81** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1929660 |
| Invoice Date | 05/19/06 |
| Page No. | 17 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 04/14/06 | 1923939 | 68,661.94 | 0.00 | 68,661.94 |
| | | 68,761.79 | 0.00 | 68,761.79 |

**Total Balance Due**        **US68,761.79**

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

|  |  |
|---|---|
| Invoice # | 1929660 |
| Invoice Date | 05/19/06 |
| Client Matter No. | 005201.00027 |

## Client Remittance Copy

| | |
|---|---:|
| Total Fees | US78,362.50 |
| Total Disbursements | 9,609.31 |
| **Total Due This Invoice** | **US87,971.81** |
| Prior Balance Due | 68,761.79 |
| **Total Now Due** | **US156,733.60** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank – Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1929660 |
| Invoice Date | 05/19/06 |
| Client Matter No. | 005201.00027 |

**Remittance Advice**
Please include this remittance page with your payment

---

| | |
|---|---|
| Total Fees | US78,362.50 |
| Total Disbursements | 9,609.31 |
| **Total Due This Invoice** | **US87,971.81** |
| Prior Balance Due | 68,761.79 |
| **Total Now Due and Owing** | **US156,733.60** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

BUCKLERSBURY HOUSE
3 QUEEN VICTORIA STREET
LONDON, EC4N 8NH

TIMOTHY M. BROAS
(202) 282-5750
tbroas@winston.com

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

(202) 282-5000

FACSIMILE (202) 282-5100

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

21 AVENUE VICTOR HUGO
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

June 9, 2006

**PRIVILEGED & CONFIDENTIAL**

**VIA FEDERAL EXPRESS**

Fred Einbinder, Esq.
Vice President and General Counsel
Alstom Transport Group
48, rue Albert Dhalenne
93482 Saint Ouen cedex
FRANCE

RE:    **Amtrak OIG Subpoena**

Dear Fred:

Enclosed please find our invoice for professional services rendered for the above-referenced matter for the period through May 31, 2006.

If you have any questions, please do not hesitate to contact me.

Best regards.

Sincerely,

Timothy M. Broas

cc:    Dana Wordes, Esquire (w/enclosure)
TMB/ll
Enclosure

DC:182833.1

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

Invoice No.          1931602
Invoice Date          06/09/06
Client Matter No.    005201.00027

For Legal Services Rendered Through May 31, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1931602 |
| Invoice Date | 06/09/06 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.        1931602
Invoice Date      06/09/06
Page No.                    3

**00027 Amtrak Litigation**

# REDACTED
## Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

|  |  |
|---|---|
| Invoice No. | 1931602 |
| Invoice Date | 06/09/06 |
| Page No. | 5 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

## WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1931602 |
| Invoice Date | 06/09/06 |
| Page No. | 6 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1931602 |
| Invoice Date | 06/09/06 |
| Page No. | 7 |

## 00027 Amtrak Litigation

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 15.50 | 510.00 | 7,905.00 |
| F. Parker | 66.75 | 325.00 | 21,693.75 |
| M. Mooney | 6.25 | 190.00 | 1,187.50 |
| L. Baker | 0.75 | 195.00 | 146.25 |
| M. Mascolo | 1.00 | 120.00 | 120.00 |
| **Total Attorney/Other Prof** | **90.25** | | **31,052.50** |

### Disbursements & Other Charges

| Description | Amount |
|---|---|
| Air Courier | 21.36 |
| Computerized Legal Research | 2,218.25 |
| Document Imaging, OCR and Coding (Document Automation) | 33,026.76 |
| Printing/Reproduction Services | 17.40 |
| Telecommunication Services | 59.24 |
| **Total Disbursements & Other Charges** | **US35,343.01** |

| | |
|---|---|
| **Total Due This Invoice** | **US66,395.51** |

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1931602 |
| Invoice Date | 06/09/06 |
| Page No. | 8 |

**00027 Amtrak Litigation**

## Summary of Accounts Receivable

| Date of Invoice | Invoice Number | Amount | Payments/ Adjustments | Balance Due |
|---|---|---|---|---|
| 07/15/04 | 40703 | 99.85 | 0.00 | 99.85 |
| 04/14/06 | 1923939 | 68,661.94 | 0.00 | 68,661.94 |
| 05/19/06 | 1929660 | 87,971.81 | 0.00 | 87,971.81 |
| | | 156,733.60 | 0.00 | 156,733.60 |

**Total Balance Due     US156,733.60**

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1931602 |
| Invoice Date | 06/09/06 |
| Client Matter No. | 005201.00027 |

---

### Client Remittance Copy

---

| | |
|---|---|
| Total Fees | US31,052.50 |
| Total Disbursements | 35,343.01 |
| **Total Due This Invoice** | **US66,395.51** |
| Prior Balance Due | 156,733.60 |
| **Total Now Due** | **US223,129.11** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1931602 |
| Invoice Date | 06/09/06 |
| Client Matter No. | 005201.00027 |

### Remittance Advice
Please include this remittance page with your payment

| | |
|---|---:|
| Total Fees | US31,052.50 |
| Total Disbursements | 35,343.01 |
| **Total Due This Invoice** | **US66,395.51** |
| Prior Balance Due | 156,733.60 |
| **Total Now Due and Owing** | **US223,129.11** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1947864 |
| Invoice Date | 07/18/06 |
| Client Matter No. | 005201.00027 |

**Revised Invoice**
Original Invoice:       1938223

For Legal Services Rendered Through June 30, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | | |
|---|---|---|
| Invoice No. | 1947864 |
| Invoice Date | 07/18/06 |
| Page No. | 2 |

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

| | |
|---|---|
| Invoice No. | 1947864 |
| Invoice Date | 07/18/06 |
| Page No. | 3 |

**00027 Amtrak Litigation**

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 2.00 | 510.00 | 1,020.00 |
| F. Parker | 10.00 | 325.00 | 3,250.00 |
| M. Mooney | 6.50 | 190.00 | 1,235.00 |
| **Total Attorney/Other Prof** | **18.50** | | **5,505.00** |

**Disbursements & Other Charges**

| Description | Amount |
|---|---|
| Printing/Reproduction Services | 8.60 |
| Telecommunication Services | 12.79 |
| **Total Disbursements & Other Charges** | **US21.39** |

| | |
|---|---|
| **Total Due This Invoice** | **US5,526.39** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1947864 |
| Invoice Date | 07/18/06 |
| Client Matter No. | 005201.00027 |

**Revised Invoice**
Original Invoice:                    1938223

---

### Client Remittance Copy

---

| | |
|---|---|
| Total Fees | US5,505.00 |
| Total Disbursements | 21.39 |
| **Total Due This Invoice** | **US5,526.39** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1947864 |
| Invoice Date | 07/18/06 |
| Client Matter No. | 005201.00027 |

## Remittance Advice
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US5,505.00 |
| Total Disbursements | 21.39 |
| **Total Due This Invoice** | **US5,526.39** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:** | **Via Delivery Service:** | **Harris Bank - Chicago, Illinois** |
| **Winston & Strawn LLP** | **c/o Harris Bank Remittance** | **ABA/Routing Number: 071 000 288** |
| **36235 Treasury Center** | **Winston & Strawn LLP** | **Account Number: 449-675-8** |
| **Chicago, IL 60694-6200** | **311 W. Monroe** | **Account Name: Winston & Strawn LLP** |
| | **7th Floor, Lockbox #36235** | **SWIFT Code: HATRUS44 (International Wires)** |
| | **Chicago, IL 60606** | **Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice No. | 1947880 |
| Invoice Date | 08/22/06 |
| Client Matter No. | 005201.00027 |

**Revised Invoice**
Original Invoice:            1943747

For Legal Services Rendered Through July 31, 2006 In Connection With:
**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.      1947880
Invoice Date     08/22/06
Page No.              2

**00027 Amtrak Litigation**

# REDACTED
# Privileged Information

# WINSTON & STRAWN LLP

ALSTOM Group

Invoice No.    1947880
Invoice Date   08/22/06
Page No.     3

**00027 Amtrak Litigation**

---

### Timekeeper Summary

| Attorney/Other Prof | Hours | Rate | Fees Billed |
|---|---|---|---|
| T. Broas | 6.50 | 510.00 | 3,315.00 |
| F. Parker | 7.25 | 325.00 | 2,356.25 |
| M. Mooney | 20.50 | 190.00 | 3,895.00 |
| **Total Attorney/Other Prof** | **34.25** | | **9,686.25** |

### Disbursements & Other Charges

| Description | Amount |
|---|---|
| Printing/Reproduction Services | 5.30 |
| Telecommunication Services | 0.39 |
| **Total Disbursements & Other Charges** | **US5.69** |

| | |
|---|---|
| **Total Due This Invoice** | **US9,691.94** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn:  Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1947880 |
| Invoice Date | 08/22/06 |
| Client Matter No. | 005201.00027 |

**Revised Invoice**
Original Invoice:        1943747

### Client Remittance Copy

| | |
|---|---|
| Total Fees | US9,686.25 |
| Total Disbursements | 5.69 |
| **Total Due This Invoice** | **US9,691.94** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>**Winston & Strawn LLP**<br>**36235 Treasury Center**<br>**Chicago, IL 60694-6200** | **Via Delivery Service:**<br>**c/o Harris Bank Remittance**<br>**Winston & Strawn LLP**<br>**311 W. Monroe**<br>**7th Floor, Lockbox #36235**<br>**Chicago, IL 60606** | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |

# WINSTON & STRAWN LLP

1700 K Street, N.W.
Washington, D.C. 20006-3817

TAX ID NO. 36-1975990

ALSTOM Group
c/o ALSTOM Transport S.A.
48, rue Albert Dhalenne
93482 Saint Ouen Cedex
Attn: Fred Einbinder, Esq.
France

| | |
|---|---|
| Invoice # | 1947880 |
| Invoice Date | 08/22/06 |
| Client Matter No. | 005201.00027 |

**Remittance Advice**
Please include this remittance page with your payment

| | |
|---|---|
| Total Fees | US9,686.25 |
| Total Disbursements | 5.69 |
| **Total Due This Invoice** | **US9,691.94** |

| Remittance Address | | For Wire Transfers/ACH Payments |
|---|---|---|
| **Via Mail:**<br>Winston & Strawn LLP<br>36235 Treasury Center<br>Chicago, IL 60694-6200 | **Via Delivery Service:**<br>c/o Harris Bank Remittance<br>Winston & Strawn LLP<br>311 W. Monroe<br>7th Floor, Lockbox #36235<br>Chicago, IL 60606 | **Harris Bank - Chicago, Illinois**<br>**ABA/Routing Number: 071 000 288**<br>**Account Number: 449-675-8**<br>**Account Name: Winston & Strawn LLP**<br>**SWIFT Code: HATRUS44 (International Wires)**<br>**Please reference invoice/client matter number.** |