# Exhibit B

Run Date: 2/12/2007 12:04 PM
Bill Date Range: 5/1/2005 to 7/31/2006

# Winston & Strawn LLP
## Billing & Payment History

Report: WS_Bill7
Page 1

| Client/Matter | Invoice Num | TMC Inv | Invoice Date | Tran Date | Type | Payor Name | | Fees | Disbursements | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000201 | | | | | | | | | | | |
| 000027 ALSTOM Group | | | | | | | | | | | |
| Amtrak Litigation | | | | | | | Unapplied Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1879304 | | 6/14/2005 | 6/14/2005 | BL | ALSTOM Group | | 7,718.75 | 0.00 | 0.00 | 7,718.75 |
| | 1879304 | | 6/14/2005 | 7/31/2005 | CR | ALSTOM Group | | (7,718.75) | 0.00 | 0.00 | (7,718.75) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1882802 | | 7/28/2005 | 7/28/2005 | BL | ALSTOM Group | | 118,087.50 | 578.72 | 0.00 | 118,666.22 |
| | 1882802 | | 7/28/2005 | 8/31/2005 | CR | ALSTOM Group | | (118,087.50) | (578.72) | 0.00 | (118,666.22) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1885584 | | 8/18/2005 | 8/18/2005 | BL | ALSTOM Group | | 88,868.75 | 17,096.84 | 0.00 | 105,965.59 |
| | 1885584 | | 8/18/2005 | 9/30/2005 | CR | ALSTOM Group | | (88,868.75) | (17,096.84) | 0.00 | (105,965.59) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1891338 | | 9/28/2005 | 9/28/2005 | BL | ALSTOM Group | | 26,101.25 | 214.19 | 0.00 | 26,315.44 |
| | 1891338 | | 9/28/2005 | 9/28/2005 | RA | ALSTOM Group | | (7,604.41) | (214.19) | 0.00 | (7,818.60) |
| | 1891338 | | 9/28/2005 | 11/30/2005 | CR | ALSTOM Group | | (18,496.84) | 0.00 | 0.00 | (18,496.84) |
| | | | | | | | Invoice Balance Billed | 26,101.25 | 214.19 | 0.00 | 26,315.44 |
| | | | | | | | Receipts | (26,101.25) | (214.19) | 0.00 | (26,315.44) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1897059 | | 10/31/2005 | 10/31/2005 | BL | ALSTOM Group | | 22,171.25 | 944.61 | 0.00 | 23,115.86 |

# Winston & Strawn LLP
## Billing & Payment History

Run Date: 2/12/2007 12:04 PM
Bill Date Range: 5/1/2005 to 7/31/2006

Report: WS_Bill7
Page 2

| Client/Matter | Invoice Num | TMC Inv | Invoice Date | Tran Date | Type | Payor Name | | Fees | Disbursements | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1897059 | | 10/31/2005 | 1/13/2006 | CR | ALSTOM Group | Invoice Balance | (22,171.25) | (944.61) | 0.00 | (23,115.86) |
| | | | | | | | Billed | 22,171.25 | 944.61 | 0.00 | 23,115.86 |
| | | | | | | | Receipts | (22,171.25) | (944.61) | 0.00 | (23,115.86) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1900894 | | 11/21/2005 | 11/21/2005 | BL | ALSTOM Group | | 53,085.00 | 1,278.78 | 0.00 | 54,363.78 |
| | 1900894 | | 11/21/2005 | 1/13/2006 | CR | ALSTOM Group | | (53,085.00) | (1,278.78) | 0.00 | (54,363.78) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Billed | 53,085.00 | 1,278.78 | 0.00 | 54,363.78 |
| | | | | | | | Receipts | (53,085.00) | (1,278.78) | 0.00 | (54,363.78) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1906555 | | 12/27/2005 | 12/27/2005 | BL | ALSTOM Group | | 19,303.75 | 0.00 | 0.00 | 19,303.75 |
| | 1906555 | | 12/27/2005 | 1/13/2006 | CR | ALSTOM Group | | (19,303.75) | 0.00 | 0.00 | (19,303.75) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Billed | 19,303.75 | 0.00 | 0.00 | 19,303.75 |
| | | | | | | | Receipts | (19,303.75) | 0.00 | 0.00 | (19,303.75) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1910545 | | 1/18/2006 | 1/18/2006 | BL | ALSTOM Group | | 19,517.50 | 132.90 | 0.00 | 19,650.40 |
| | 1910545 | | 1/18/2006 | 2/24/2006 | CR | ALSTOM Group | | (19,517.50) | (132.90) | 0.00 | (19,650.40) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Billed | 19,517.50 | 132.90 | 0.00 | 19,650.40 |
| | | | | | | | Receipts | (19,517.50) | (132.90) | 0.00 | (19,650.40) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1916482 | | 2/24/2006 | 2/24/2006 | BL | ALSTOM Group | | 31,787.50 | 1,747.91 | 0.00 | 33,535.41 |
| | 1916482 | | 2/24/2006 | 2/24/2006 | BLX | ALSTOM Group | | (31,787.50) | (1,747.91) | 0.00 | (33,535.41) |
| | 1916482 | | 2/24/2006 | 3/17/2006 | CR | ALSTOM Group | | (31,787.50) | (1,747.91) | 0.00 | (33,535.41) |
| | 1916482 | | 2/24/2006 | 3/17/2006 | CRX | ALSTOM Group | | 31,787.50 | 1,747.91 | 0.00 | 0.00 |

Run Date: 2/12/2007 12:04 PM
Bill Date Range: 5/1/2005 to 7/31/2006

# Winston & Strawn LLP
## Billing & Payment History

Report: WS_Bill7
Page 3

| Client/Matter | Invoice Num | TMC Inv | Invoice Date | Tran Date | Type | Payor Name | | Fees | Disbursements | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1919711 | | 3/15/2006 | 3/15/2006 | BL | ALSTOM Group | Invoice Balance Billed | 48,551.25 | 6,721.21 | 0.00 | 55,272.46 |
| | 1919711 | | 3/15/2006 | 4/17/2006 | CR | ALSTOM Group | Receipts | (48,551.25) | (6,721.21) | 0.00 | (55,272.46) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1923939 | | 4/14/2006 | 4/14/2006 | BL | ALSTOM Group | Invoice Balance Billed | 64,970.00 | 3,691.94 | 0.00 | 68,661.94 |
| | 1923939 | | 4/14/2006 | 4/14/2006 | BLX | | | (64,970.00) | (3,691.94) | 0.00 | (68,661.94) |
| | 1923939 | | 4/14/2006 | 6/15/2006 | CR | ALSTOM Group | Receipts | (64,970.00) | (3,691.94) | 0.00 | (68,661.94) |
| | 1923939 | | 4/14/2006 | 6/15/2006 | CRX | ALSTOM Group | Adjustments | 64,970.00 | 3,691.94 | 0.00 | 68,661.94 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1929660 | | 5/19/2006 | 5/19/2006 | BL | ALSTOM Group | Invoice Balance Billed | 78,362.50 | 9,609.31 | 0.00 | 87,971.81 |
| | 1929660 | | 5/19/2006 | 8/15/2006 | CR | ALSTOM Group | Receipts | (78,362.50) | (9,609.31) | 0.00 | (87,971.81) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1931602 | | 6/9/2006 | 6/9/2006 | BL | ALSTOM Group | Invoice Balance Billed | 31,052.50 | 35,343.01 | 0.00 | 66,395.51 |
| | 1931602 | | 6/9/2006 | 6/9/2006 | BLX | | | (31,052.50) | (35,343.01) | 0.00 | (66,395.51) |
| | 1931602 | | 6/9/2006 | 6/29/2006 | CR | ALSTOM Group | Receipts | (31,052.50) | (35,343.01) | 0.00 | (66,395.51) |
| | 1931602 | | 6/9/2006 | 6/29/2006 | CRX | ALSTOM Group | Adjustments | 31,052.50 | 35,343.01 | 0.00 | 66,395.51 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |

Run Date: 2/12/2007 12:04 PM
Bill Date Range: 5/1/2005 to 7/31/2006

Winston & Strawn LLP
**Billing & Payment History**

Report: WS_Bill7
Page 4

| Client/Matter | Invoice Num | TMC Inv | Invoice Date | Tran Date | Type | Payor Name | | Fees | Disbursements | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1938223 | | 7/18/2006 | 7/18/2006 | BL | ALSTOM Group | Billed | 5,655.00 | 137.72 | 0.00 | 5,792.72 |
| | | | | | | | Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1938223 | | 7/18/2006 | 7/18/2006 | BLX | | Invoice Balance | (5,655.00) | (137.72) | 0.00 | (5,792.72) |
| | 1947813 | 1916482 | 2/24/2006 | 2/24/2006 | BL | ALSTOM Group | Billed | 31,787.50 | 1,745.59 | 0.00 | 33,533.09 |
| | 1947813 | 1916482 | 2/24/2006 | 3/17/2006 | CR | ALSTOM Group | Receipts | (31,787.50) | (1,745.59) | 0.00 | (33,533.09) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1947815 | 1923939 | 4/14/2006 | 4/14/2006 | BL | ALSTOM Group | Billed | 64,910.00 | 3,606.24 | 0.00 | 68,516.24 |
| | 1947815 | 1923939 | 4/14/2006 | 6/15/2006 | CR | ALSTOM Group | Receipts | (64,910.00) | (3,606.24) | 0.00 | (68,516.24) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Invoice Balance Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1947860 | 1931602 | 6/9/2006 | 6/9/2006 | BL | ALSTOM Group | Billed | 30,932.50 | 35,343.01 | 0.00 | 66,275.51 |
| | 1947860 | 1931602 | 6/9/2006 | 6/29/2006 | CR | ALSTOM Group | Receipts | (30,932.50) | (35,343.01) | 0.00 | (66,275.51) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |

Run Date: 2/12/2007 12:04 PM
Bill Date Range: 5/1/2005 to 7/31/2006

# Winston & Strawn LLP
## Billing & Payment History

Report: WS_Bill7
Page 5

| Client/Matter | Invoice Num | TMC Inv | Invoice Date | Tran Date | Type | Payor Name | | Fees | Disbursements | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amtrak Litigation | 1947864 | 1938223 | 7/18/2006 | 7/18/2006 | BL | ALSTOM Group | | 30,932.50 | 35,343.01 | 0.00 | 66,275.51 |
| | 1947864 | 1938223 | 7/18/2006 | 11/16/2006 | CR | ALSTOM Group | | (30,932.50) | (35,343.01) | 0.00 | (66,275.51) |
| | | | | | | | Invoice Balance | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Billed | 5,505.00 | 21.39 | 0.00 | 5,526.39 |
| | | | | | | | Receipts | (5,505.00) | (21.39) | 0.00 | (5,526.39) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | On Account: | | 0.00 | | | | |
| ALSTOM Group | | | | | | | Billed | 614,902.50 | 77,292.79 | 0.00 | 692,195.29 |
| | | | | | | | Receipts | (614,902.50) | (77,292.79) | 0.00 | (692,195.29) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |
| Report Total | | | | | | | Billed | 614,902.50 | 77,292.79 | 0.00 | 692,195.29 |
| | | | | | | | Receipts | (614,902.50) | (77,292.79) | 0.00 | (692,195.29) |
| | | | | | | | Adjustments | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Outstanding | 0.00 | 0.00 | 0.00 | 0.00 |