# Exhibit C

Case 1:05-mc-00367-PLF    Document 64-4    Filed 02/12/2007    Page 1 of 3

# Capital Legal Solutions

150 S. Washington Street, Suite 500
Falls Church, VA 22046
(703) 533-8020/(877) CAP-LGLS
www.capitallegals.com

*ok*
*D Wrdes*
*28 Jan 06*

# Invoice

| Invoice # | 3249 |
|---|---|
| Date | 1/16/2006 |
| Due Date | 2/15/2006 |

**Bill To**

Winston & Strawn, LLP
1700 K Street, N.W., 12th Floor
Washington, D.C. 20036

| Matter/P.O. # | Terms | CLS Job # | Client Contact |
|---|---|---|---|
| 005201.00027 | Net 30 | 5296 | Brian Flatley/Leslie Baker |

| Item | Description | Qty/Hrs | Price/Rate | Total |
|---|---|---|---|---|
| | Received: 1/05/2006 1 CD<br>Contact: Brian Flatley/Leslie Baker<br>Matter: 005201.00027<br>Case: NEC-MSC Pt.3 | | | |
| E-PROCESS | Electronic documents culling and conversion to litigation database as per specifications.<br>Extracted E-mail and attachment<br>Extracted OCR/Text<br>Extracted Metadata<br>Created Index for NSF and loose document | 1.44 | 500.00 | 720.00 |
| SEARCH | Build Search Index<br>Collected previously data | 1 | 500.00 | 500.00 |
| P-ENG SUPPORT | Software and hardware engineering support for special requirements<br>Report with Native file hyperlink | 1 | 300.00 | 300.00 |
| DVD-MEDIA | DVD Creation & Duplication Charges | 1 | 50.00 | 50.00 |
| COURIER | Courier Charges | 1 | 24.00 | 24.00 |

**Notes:**

| | Total | $1,594.00 |
|---|---|---|
| | **Balance Due** | **$1,594.00** |

We appreciate your business.
Late payments by Client shall be subject to late penalty fees of 2.5% per month from the due date until the amount is paid.

---

**Post-it® Fax Note** 7671 | Date 2.9.07 | # of pages ▶ 1
To FRANK PARKER | From DANA
Co./Dept. | Co.
Phone # | Phone #
Fax # 202 282 5100 | Fax #

# Capital Legal Solutions

150 S. Washington Street, Suite 500
Falls Church, VA 22046
(703) 533-8020/(877) CAP-LGLS
www.capitallegals.com

OK
D Wordes
28 Jan 06

# Invoice

| Invoice # | 3249 |
|---|---|
| Date | 1/16/2006 |
| Due Date | 2/15/2006 |

| Bill To |
|---|
| Winston & Strawn, LLP<br>1700 K Street, N.W., 12th Floor<br>Washington, D.C. 20036 |

| Matter/P.O. # | Terms | CLS Job # | Client Contact |
|---|---|---|---|
| 005201.00027 | Net 30 | 5296 | Brian Flatley/Leslie Baker |

| Item | Description | Qty/Hrs | Price/Rate | Total |
|---|---|---|---|---|
| | Received: 1/05/2006 1 CD<br>Contact: Brian Flatley/Leslie Baker<br>Matter: 005201.00027<br>Case: NEC-MSC Pt.3 | | | |
| E-PROCESS | Electronic documents culling and conversion to litigation database as per specifications.<br>Extracted E-mail and attachment<br>Extracted OCR/Text<br>Extracted Metadata<br>Created Index for NSF and loose document | 1.44 | 500.00 | 720.00 |
| SEARCH | Build Search Index<br>Collected previously data | 1 | 500.00 | 500.00 |
| P-ENG SUPPORT | Software and hardware engineering support for special requirements<br>Report with Native file hyperlink | 1 | 300.00 | 300.00 |
| DVD-MEDIA | DVD Creation & Duplication Charges | 1 | 50.00 | 50.00 |
| COURIER | Courier Charges | 1 | 24.00 | 24.00 |

Notes:

**Total** $1,594.00

We appreciate your business.
Late payments by Client shall be subject to late penalty fees
of 2.5% per month from the due date until the amount is paid.

**Balance Due** $1,594.00

---

Post-it® Fax Note  7671  Date 2.9.07  # of pages ▶ 1
To FRANK PARKER     From DANA
Co./Dept.           Co.
Phone #             Phone #
Fax # 202 282 5100  Fax #