UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Petitioner,<br><br>v.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 1:05-mc-00367<br>)   (PLF/DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXPEDITED MOTION TO CLARIFY REFERRAL ORDER**

| | |
|---|---|
| Timothy M. Broas<br>D.C. Bar No. 391145<br>WINSTON & STRAWN LLP<br>1700 K Street, NW<br>Washington, DC  20006<br>(202) 282-5750 | Philip Le B. Douglas<br>D.C. Bar No. 311944<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017<br>(212) 326-3611<br><br>*Counsel for Respondents* |

Dated: February 14, 2007

2

Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC") respectfully move the Court, pursuant to Rule 7 of this Court's rules, to clarify the scope of its November 1, 2006 order referring to Magistrate Judge Robinson certain matters in this proceeding.  At a February 12, 2007 hearing, Magistrate Judge Robinson construed the referral as authorizing her to issue a report and recommendation regarding the ultimate issue in this subpoena enforcement action, and invited Respondents to move this Court for clarification of the scope of the Order.

For the reasons set out in the accompanying memorandum in support, Respondents move the Court to make clear that the November 1, 2006 referral order does not authorize the Magistrate Judge to issue a report and recommendation on the merits of the enforceability of the Petitioner's administrative subpoena, which is the ultimate issue in this action.  The referral order expressly limited the referral to the handling of "pre-trial matters" and "dispositive motions," but not a report and recommendation on the ultimate merits.  Further, such a reading of the referral order is consistent with this Court's rules placing limits on Magistrate Judge referrals.  This Court's expedited clarification of the scope of the referral by this Court will prevent any unnecessary or inappropriate proceedings, outside the scope of the referral order, from taking place.

**Conclusion**

For the foregoing reasons, and those in the accompanying memorandum in support, Respondents respectfully request that the Court clarify the scope of its referral order.

Dated: February 14, 2007

Respectfully submitted,

___/s Philip Le B. Douglas_____
Philip Le B. Douglas (D.C. Bar No. 311944)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3611

*Counsel for Respondents Bombardier Inc. and Northeast Corridor Maintenance Services Company*


_____/s Timothy M. Broas_____


Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 282-5750
*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*