IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. AS INSPECTOR GENERAL NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>BOMBARDIER, INC.; ALSTOM TRANSPORTATION, INC.; NORTHEAST CORRIDOR MAINTENANCE SERVICES COMPANY<br><br>Respondents. | ORDER GRANTING EXPEDITED MOTION TO CLARIFY REFERRAL ORDER<br><br><br>Civil No. 1:05-mc-00367<br>(PLF/DAR)<br><br>District Judge Paul L. Friedman<br><br>Magistrate Judge Deborah A. Robinson |

ORDER

Respondents' Expedited Motion to Clarify Referral Order is hereby granted. The Court's November 1, 2006 referral order shall not be construed to authorize the issuance of a report and recommendation on the ultimate issue of Petitioner's administrative subpoena enforcement action.

February __, 2007.

BY THE COURT:

_____
District Judge Paul L. Friedman