UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.<br>  AS INSPECTOR GENERAL<br>NATIONAL RAILROAD PASSENGER<br>  CORPORATION,<br><br>                Petitioner,<br><br>    v.<br><br>BOMBARDIER, INC.,<br>ALSTOM TRANSPORTATION, INC.,<br>NORTHEAST CORRIDOR MAINTENANCE<br>  SERVICES COMPANY,<br><br>                Respondents. | Civil No. 1:05-mc-00367<br>(PLF/DAR) |

**[PROPOSED] ORDER**

Upon consideration of Respondents' Motion for Leave to File, Under Seal, Respondents' Motion To Preclude Further Disclosures Of Confidential Settlement Communications, And To Amend Scheduling Order and the exhibits thereto, and for good cause shown, it is hereby:

ORDERED, that Respondents' Motion for Leave to File, Under Seal, Respondents' Motion To Preclude Further Disclosures Of Confidential Settlement Communications, And To Amend Scheduling Order and the exhibits thereto is GRANTED; and it is further

ORDERED, that pursuant to Local Rule 5.21(j), the Clerk of this Court is directed to file and maintain under seal Respondents' Motion To Preclude Further Disclosures Of Confidential Settlement Communications, And To Amend Scheduling Order and the exhibits thereto (DKT. 67), until further Order this Court.

Dated: February __, 2007

_____
United States Magistrate Judge