UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED E. WEIDERHOLD, JR. <br>   AS INSPECTOR GENERAL <br> NATIONAL RAILROAD PASSENGER <br>   CORPORATION <br><br>     Petitioner <br><br>     v. <br><br> BOMBARDIER, INC. <br><br> ALSTOM TRANSPORTATION, INC. <br><br> NORTHEAST CORRIDOR MAINTENANCE <br>     SERVICES COMPANY <br><br>     Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 1:05-mc-00367 <br> (PLF/DAR) |

**JOINT STATUS REPORT CONCERNING NEGOTIATIONS BETWEEN
PARTIES TO RESOLVE SUBPOENA ENFORCEMENT ISSUES**

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), and Respondents Bombardier, Inc. ("Bombardier") and Northeast Corridor Maintenance Services Company ("NeCMSC"), by counsel, submit this joint report on their efforts to negotiate a resolution of pending claims related to the enforcement of four subpoenas served on Respondents in May-June 2005.

Counsel for the parties discussed several proposals during a roughly two-hour recess at their February 12, 2007 hearing before Magistrate Judge Deborah A. Robinson. In addition, the parties have continued these negotiations during at least four telephone conferences among counsel on each of February 13, February 16 and February 20, as

well as through their exchange of several draft stipulated orders. As a result of these discussions, the parties are currently circulating a draft of a stipulated order regarding the "Kroll Document" issue (Am. Pet ¶¶ 34-37) (Resp. ¶¶ 133-139), and are in the process of drafting revisions to a stipulated order directed at resolving the "Backup Tape" issue (Am. Pet ¶¶ 33, 37) (Resp. ¶¶ 140-141).

Without delay or prejudice to the Evidentiary Hearing scheduled by this Court for March 15, 2007, the parties represent that these efforts to discuss and resolve these and other outstanding issues is continuing, and that the parties will promptly advise the Court on any future issues that are resolved.

Respectfully submitted,

| | |
|---|---|
| /s Philip Le B. Douglas | /s David Sadoff |
| Philip Le B. Douglas, D.C. Bar # 311944 | David Sadoff, D.C. Bar # 204974 |
| Jones Day | Associate Counsel |
| 222 East 41st Street | Office of the Inspector General |
| New York, NY 10017-6702 | National Railroad Passenger Corp. |
| (212) 326-3611 | 10 G Street, NE, Suite 3E-406 |
| | Washington, DC 20002 |
| *Counsel for Respondents Bombardier Inc.* | (202) 906-4882 |
| *and Northeast Corridor Maintenance* | |
| *Services Company* | |

/s Franklin R. Parker
Franklin R. Parker, D.C. Bar # 485509
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(202) 282-5822

*Counsel for Respondents Alstom Transportation, Inc.*
*and Northeast Corridor Maintenance*
*Services Company*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February 2007, I caused a true and correct copy of the foregoing Joint Status Report Concerning Negotiations Between Parties to Resolve Subpoena Enforcement issues to be served on the following:

Colin C. Carriere (electronic service)
Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-404
Washington, DC 20002

David Sadoff (electronic service)
Associate Counsel to the Inspector General
Office of the Inspector General
National Railroad Passenger Corporation
10 G Street, Northeast
Room 3E-406
Washington, DC 20002

/s Franklin R. Parker

Franklin R. Parker

DC:503766.3