## CERTIFICATE OF SERVICE

     I, Thomas J. Davis, hereby certify that on February 20, 2007 a copy of the Respondent's Memorandum in Opposition to Petitioner's Motion for Declaratory Relief was served by U.S. mail, to each of the following individuals:

Colin C. Carriere, Esq.
Counsel to the Inspector General
David Z. Sadoff, Esq., Associate Legal Counsel
Office of Inspector General
National Railroad Passenger Corporation
10 "G" Street, N.E. -- Suite 3E-400
Washington, D.C. 20002

David Z. Sadoff, Esq.
Associate Legal Counsel
Office of Inspector General
National Railroad Passenger Corporation
10 "G" Street, N.E. -- Suite 3E-400
Washington, D.C. 20002

_____
Thomas J. Davis