UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR.<br>  AS INSPECTOR GENERAL<br>NATIONAL RAILROAD PASSENGER<br>  CORPORATION,<br><br>                       Petitioner,<br><br>      v.<br><br>BOMBARDIER, INC.,<br>ALSTOM TRANSPORTATION, INC.,<br>NORTHEAST CORRIDOR MAINTENANCE<br>  SERVICES COMPANY,<br><br>                       Respondents. | Civil No. 1:05-mc-00367<br>(PLF/DAR) |

## **ERRATA**

As per the Court's Minute Order of February 21, 2007, Exhibit "A" to Docket No. 67 will be filed with the Clerk's Office under Seal. The Court and parties should note that Part 7 of the Exhibits attached to Docket No. 67 should be labeled as "Exhibit G" rather than "Exhibit F."

Dated:     February 23, 2007               Respectfully submitted,


                                               /s/ Phillip Le B. Douglas
                                      Philip Le B. Douglas (D.C. Bar No. 311944)
                                      JONES DAY
                                      222 East 41st Street
                                      New York, New York  10017
                                      Telephone:  (212) 326-3611

                                      *Counsel for Respondents Bombardier Inc. and*
                                      *Northeast Corridor Maintenance Services*
                                      *Company*

       /s/ Timothy M. Broas_____
Timothy M. Broas (D.C. Bar No. 391145)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 282-5750
*Counsel for Respondents Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company*