UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED E. WEIDERHOLD, JR. : | |
| AS INSPECTOR GENERAL : | |
| NATIONAL RAILROAD PASSENGER : | |
| CORPORATION : | |
|   : | |
|   Petitioner : | |
|   : | |
|   v.   : | Civil No. 1:05-mc-00367 |
|   : | (PLF/DAR) |
| BOMBARDIER, INC. : | |
| ALSTOM TRANSPORTATION, INC. : | |
| NORTHEAST CORRIDOR MAINTENANCE : | |
| SERVICES COMPANY | |
|   : | |
|   Respondents. : | |

**JOINT MOTION TO EXTEND TIME TO FILE PRE-TRIAL STATEMENT**

Petitioner Fred E. Weiderhold, Jr., Inspector General ("IG") of the National Railroad Passenger Corporation ("Amtrak"), and Respondents Bombardier, Inc., Alstom Transportation, Inc., and Northeast Corridor Maintenance Services Company ("NeCMSC"), respectfully move the Court the Court for the entry of an Order to enlarge, until March 12, 2007, the time for the parties to file pre-hearing memoranda for the March 15, 2007, hearing before Magistrate Judge Deborah A. Robinson. The memoranda are currently due on March 8.

1.  At the hearing in this matter held February 12, 2007, Magistrate Judge Deborah A. Robinson, scheduled a hearing on the merits for March 15, 2007, directed the parties to file pre-hearing memoranda on March 8, and encouraged the parties to discuss resolution of the pending claims.

2. Since February 12 the parties have held frequent telephone conferences and have exchanged drafts in their effort to resolve several of the principal outstanding issues. On February 23, the parties submitted a Stipulated Order for a protocol to resolve privilege claims on documents withheld by Kroll Ontrack, Inc. at the request of Respondent NeCMSC.

3. Currently, the parties appear to have agreed to terms that resolve key disputes relating to Petitioner's access to and testing of certain back-up tapes, Respondents' production of spreadsheets in "native" format, and Respondents' re-submission of produced documents in a Concordance database. Counsel for all parties acknowledge that substantial progress has been made toward resolving the dispute, believe it is possible to resolve the remaining issues, and are committed to a good faith effort to do so.

4. One of the key participants for Respondents must travel outside the country beginning tomorrow afternoon, and counsel recognize that an agreement on the outstanding issues must be reached prior to that time. Counsel for the parties request that the Court enlarge the time for their filing of pre-trial briefs, from March 8 to March 12, so that they may continue to devote their attention to settlement prior to the late afternoon of March 9.

JONES DAY

By:       s/ Philip Le B. Douglas
      Philip Le B. Douglas, D.C. Bar # 311944

222 East 41st Street
New York, NY 10017-6702
(212) 326-3611

Attorneys for Bombardier, Inc.

WINSTON & STRAWN LLP

By:       s/ Timothy M. Broas
      Timothy M. Broas, D.C. Bar # 391145

1700 K Street, N.W.
Washington, D.C. 20006
(212) 282-5750

Attorneys for Northeast Corridor Maintenance Services Company

OFFICE OF THE INSPECTOR GENERAL

By:       s/ David Sadoff
      David Sadoff, D.C. Bar # 204974
      Associate Counsel to the Inspector General

10 G Street, Northeast
Room 3E-406
Washington, D.C. 20002
(202) 906-4882

Attorney for Petitioner