UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
  AS INSPECTOR GENERAL
NATIONAL RAILROAD PASSENGER
  CORPORATION,

Petitioner,

v.

BOMBARDIER, INC.,
ALSTOM TRANSPORTATION, INC.,
NORTHEAST CORRIDOR MAINTENANCE
  SERVICES COMPANY,

Respondents.

Civil No. 1:05-mc-00367
(PLF/DAR)

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Extend Time to File Pre-Trial

Statement, and for good cause shown, it is hereby:

ORDERED, that  Parties' Joint Motion to Extend Time to File Pre-Trial Statement is

GRANTED; and it is further

ORDERED, that the time for the parties to file pre-hearing memoranda for the March 15,

2007, hearing before Magistrate Judge Deborah A. Robinson is enlarged until March 12, 2007.

Dated: March ___, 2007

_____
Judge Deborah A. Robinson
United States Magistrate Judge