UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
AS INSPECTOR GENERAL
NATIONAL RAILROAD PASSENGER
CORPORATION,

    Petitioner,

v.

BOMBARDIER, INC.,
ALSTOM TRANSPORTATION, INC.,
NORTHEAST CORRIDOR MAINTENANCE
SERVICES COMPANY,

    Respondents.

Civil No. 1:05-mc-00367
(PLF/DAR)

**STIPULATED ORDER REGARDING
SETTLEMENT AND RELEASE**

    WHEREAS, the undersigned Fred E. Weiderhold, Jr. as Inspector General, National Railroad Passenger Corporation (the "Petitioner"), and Bombardier Inc. ("Bombardier"), Northeast Corridor Maintenance Services Company ("NeCMSC"), and Alstom Transportation, Inc. ("Alstom") (collectively the "Respondents") have agreed, through their respective counsel and signatories below, to settle all issues raised by Petitioner's Original (Dkt. 1) and Amended (Dkt. 10) Petitions and Respondents Bombardier's and NeCMSC's Cross-Petition (Dkt. 21) in this proceeding pertaining to Subpoenas 05-05, 05-09, 05-17 and 05-20; and

    WHEREAS Petitioner and Respondents (collectively the "Parties") request that this Court enter an Order dismissing this proceeding under the following stated and adopted terms;

**IT IS HEREBY ORDERED:**

1. The "Stipulated Order Regarding the Provision of a Concordance Database and the Resubmission of Previously Produced Records" (Exhibit A hereto), as consented to by the signatories thereto, will be issued and entered by the Court subject to the terms of this Stipulated Order Regarding Settlement and Release.

2. The "Stipulated Order Regarding the Transfer and Analysis of Back-up Tapes and E-mail Drives" (Exhibit B hereto), as consented to by the signatories thereto, will be issued and entered by the Court subject to the terms of this Stipulated Order Regarding Settlement and Release.

3. The "Stipulated Order" (Dkt. 73) signed by the parties on February 23, 2007, regarding the "Kroll Documents Issue" will be issued and entered by the Court subject to the terms of this Stipulated Order Regarding Settlement and Release.

4. NeCMSC will provide Petitioner with a report regarding the loss of e-mail data in connection with the overheating of its servers on May 30, 2005 (the "Memorial Day Incident") that describes: (a) NeCMSC's efforts and those of its consultants to retrieve potentially responsive electronic documents after May 30, 2005 and the results thereof; and (b) any information known to NeCMSC about the existence and location of any secondary source for potentially responsive electronic documents to Subpoena 05-09 that may have been lost as a result of the Memorial Day Incident, whether in archives, storage, compilations related to back-up or year-end recordkeeping or summaries (including imaged drives) or compilations related to disaster recovery.

5. Respondents Bombardier and NeCMSC will certify to compliance with the subpoenas previously served on them by Petitioner in the forms annexed hereto as Exhibits C and D, respectively.

6. Prior to any disclosure regarding settlement or mediation communications arguably covered by the Confidential Agreements at issue in Petitioner's February 12, 2007 Motion for Declaratory Relief (Dkt. 66), Petitioner shall provide written notice, sufficient in terms of both substance and time to provide Respondents with a reasonable opportunity to seek injunctive and declaratory relief regarding any such disclosure. In the event the U.S. Congress demands a prompt report or response requiring such disclosure, Petitioner will (a) inform the U.S. Congress of the existence of this Stipulated Order, (b) immediately inform Respondents in writing of the request and its source, and (c) Respondents will immediately seek the above-described relief.

7. Except as specifically provided for herein, all issues raised in this action including, but not limited to, Petitioner's request for relief under paragraph 38 of the Amended Petition (Dkt. 10) and Respondents' Cross-Petition for Compliance Costs (Dkt. 21) have been finally settled between the parties and will not be raised in future proceedings before the Court.

8. Nothing in this Stipulated Order Regarding Settlement and Release limits Petitioner's right to subpoena documents (a) that were not the subject of the Subpoenas or (b) were not searched for and produced under the Subpoenas.

9. Petitioner's Original and Amended Petitions and Bombardier's and NeCMSC's Cross-Petition are hereby dismissed with prejudice, effective March 14, 2007, except that any party retains the right to seek to enforce the terms of this Stipulated Order Regarding Settlement and Release.

**APPROVED and ENTERED this ___ day of March 2007.**

_____
Honorable Deborah A. Robinson
United States Magistrate Judge

**STIPULATED AND AGREED TO BY:**

JONES DAY

By: _____
Philip Le B. Douglas, D.C. Bar # 311944

222 East 41st Street
New York, NY 10017-6702
(212) 326-3611

Attorneys for Bombardier Inc. and Northeast Corridor Maintenance Services Company


WINSTON & STRAWN LLP

By: _____
Timothy M. Broas, D.C. Bar # 391145

1700 K Street, N.W.
Washington, D.C. 20006
(212) 282-5750

Attorneys for Alstom Transportation, Inc. and Northeast Corridor Maintenance Services Company


OFFICE OF THE INSPECTOR GENERAL

By: _____
David Sadoff, D.C. Bar # 204974
Associate Counsel to the Inspector General

10 G Street, Northeast
Room 3E-406
Washington, D.C. 20002
(202) 906-4882

Attorney for Petitioner