**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED E. WEIDERHOLD, JR.
 AS INSPECTOR GENERAL
NATIONAL RAILROAD PASSENGER
 CORPORATION,

                    Petitioner,

          v.

BOMBARDIER, INC.,
ALSTOM TRANSPORTATION, INC.,
NORTHEAST CORRIDOR MAINTENANCE
 SERVICES COMPANY,

                    Respondents.

Civil No. 1:05-mc-00367
(PLF/DAR)

**STIPULATED ORDER REGARDING PROVISION
OF CONCORDANCE DATABASE AND
<u>PREVIOUSLY PRODUCED RECORDS</u>**

**IT IS HEREBY ORDERED**, on consent of Petitioner and Bombardier Inc. and

Northeast Corridor Maintenance Services Company ("NeCMSC") (collectively the

"Respondents"), as follows:

    1.    Within three days of the entry of this Stipulated Order, Respondents will resubmit

to Petitioner, on a Concordance database (which (a) is ready to be loaded into a current

Concordance application, (b) has an Opticon image table and (c) integrates individual pages into

each document of which they are a part) (the "Concordance Database"), all previously produced

documents, <u>except</u> for those described in paragraph 2 of this Stipulated Order. Exclusive of

attorney work product, the documents on the Concordance Database will have the same

searchability, attributes and embedded data or metadata as do the documents on the database maintained by Respondents and their counsel.

2.    Respondents need not resubmit previously produced documents turned over to National Railroad Passenger Corporation ("Amtrak") in connection with Amtrak's October 1, 2006 assumption of NeCMSC's Acela maintenance and service responsibilities, to wit, those records bearing Production Nos.: NEC0226983 – NEC0227436 (Corrective Work Orders) (produced 7/1/05); NEC0227487 – NEC0542348 (NeCMSC Server-Based DIRs in order retrieved) (produced 7/1 - 7/22/05); NEC0602714 – NEC0917575 (NeCMSC Server-Based DIRs in order maintained) (produced 10/12/05); and NEC0542349 – NEC0542636 (Corrective Work Orders) (produced 8/17/05), provided that such files are now available to Petitioner at Amtrak in their native format.

3.    Beginning on March 2, 2006, Respondents endeavored to provide all produced Excel spreadsheets in their native format. If Respondents produced in non-native format an Excel or other spreadsheet file, the original of which is in electronic format, Respondents will promptly submit that file to Petitioner in its native format. If Petitioner identifies by production number a particular spreadsheet that was produced in non-native format, Respondents will undertake a reasonable good faith effort to determine whether that document exists and can be readily retrieved in its native format and will report accordingly to Petitioner.

4.    Respondents will afford the Inspector General a reasonable opportunity to review in their native format electronic documents produced by Respondents. The Inspector General may review these native format files only at the offices of Respondents' attorneys, Jones Day, 51 Louisiana Street, N.W., Washington, D.C. One week prior to each such inspection, which shall

be reasonable in number, the Inspector General will provide Jones Day with a written list

identifying by production number a reasonable number of documents that the Inspector General

wishes to inspect in their native format file. Such advance notice is required to permit Jones Day

to make the appropriate files available for inspection by the Inspector General.

     5.    This Stipulated Order is not an admission of liability by any Party.

     6.    This Stipulated Order does not constitute a waiver by any of the Respondents of

any applicable privilege.

     7.    This Stipulated Order does not restrict or affect any position, argument or objection

Petitioner or any of the Respondents may otherwise have relating to the subpoenas served on

NeCMSC, the conduct of the investigation, this proceeding, or Respondents' compliance or

cooperation therewith.

     **APPROVED and ENTERED this __ day of March 2007.**

_____
Honorable Deborah A. Robinson
United States Magistrate Judge

**STIPULATED AND AGREED TO BY:**

JONES DAY

By:  _____
     Philip Le B. Douglas, D.C. Bar # 371944

222 East 41st Street
New York, NY 10017-6702
(212) 326-3611

Attorneys for Bombardier Inc. and Northeast Corridor Maintenance Services Company

WINSTON & STRAWN LLP

By:  _____
     Timothy M. Broas, D.C. Bar # 391145

1700 K Street, N.W.
Washington, D.C. 20006
(212) 282-5750

Attorneys for Northeast Corridor Maintenance Services Company

OFFICE OF THE INSPECTOR GENERAL

By:  _____
     David Sadoff, D.C. Bar # 204974
     Associate Counsel to the Inspector General

10 G Street, Northeast
Room 3E-406
Washington, D.C. 20002
(202) 906-4882

Attorney for Petitioner

-4-