# EXHIBIT C

## **BOMBARDIER CERTIFICATION**

Bombardier Inc ("Bombardier") certifies as follows:

### A. **Subpoena Compliance**

In accordance with the clarifications set forth herein, Bombardier has reasonably and in good faith complied with the requests of OIG Subpoenas Nos. 05-05 and 05-17 (collectively, the "Subpoenas"), served on May 12, 2005, and June 28, 2005, respectively. Bombardier has not withheld any documents it, in good faith, deemed producible in response to the Subpoenas.

### B. **Lack of Notice of Brake Problem**

Bombardier has (i) inquired of Bombardier employees with primary responsibility for significant brake problems (a "Responsible Person") whether they or, to their knowledge, any other Bombardier representatives, received notice prior to April 14, 2005 of the broken friction brake spoke problem discovered that day (the "Brake Problem"), and (ii) undertaken a reasonable search for any documents showing knowledge of the Brake Problem prior to April 14, 2005. Based on that inquiry and search, it appears that no Responsible Person at Bombardier had notice of the Brake Problem prior to April 14, 2005.

### C. **Phase I Record Search and Production**

With regard to records produced prior to March 30, 2006 (the "Phase I Production"), Bombardier notes as follows:

1. Over the course of several months, a contingent of Bombardier's outside counsel worked at Bombardier's offices in St. Bruno, Quebec, to locate and produce potentially responsive Bombardier files.

    (a) Outside counsel first conducted an extensive survey of Bombardier's records that were potentially responsive to the Subpoenas. Among other things, outside counsel inspected relevant Bombardier offices and interviewed a number of Bombardier executives, engineers, project managers, information technology personnel, purchasing agents and others with knowledge of Bombardier's recordkeeping about types and locations of documents potentially responsive to the Subpoenas. Prior to initiating the document review, outside counsel also reviewed samples of potentially responsive information.

    (b) After conducting the above-referenced survey, outside counsel searched the following Bombardier departments for documents

potentially responsive to the Subpoenas that it had determined were reasonably likely to contain records relating to problems with Acela trailer car friction brakes: (i) <u>Supply Management</u> (which maintains official project correspondence between Bombardier and its vendors); (ii) <u>Business Services</u> (which maintains purchase orders and invoices from Bombardier's suppliers); (iii) <u>Reliability, Availability, Maintainability and Safety ("RAMS")</u> (which maintains analyses prepared by Bombardier's suppliers); (iv) <u>Technical Documentation</u> (which maintains instructional materials and administrative support information for courses given to Amtrak personnel); (v) <u>Engineering Systems</u> (which maintains technical documents, both internally-generated and materials received from suppliers or Amtrak); (vi) <u>Customer Service</u> (which maintains a variety of documents related to modifications, work orders, testing and reports); and (vii) <u>Quality Assurance</u> (which maintains documents related to the initial inspections of the brake equipment, qualification reports, as well as pre-shipment material inspection reports).

2. Where Bombardier's counsel deemed a document request to be specific, it searched for, and Bombardier produced, any responsive document retrieved in that search. The responsive documents are indicated on the attached "Index to Bombardier's Productions" (Exhibit A hereto), as the entries for June 20, 2005, June 23, 2005 and June 24, 2005.

3. With regard to the Subpoenas' more general requests, based on the foregoing inspections, interviews and surveys, outside counsel, aided by Bombardier personnel and consultants, in good faith searched all files that were identified as reasonably likely to contain, and have not excluded from those files any believed to contain, potentially responsive documents (including any quality control documents) regarding problems with the Acela trailer car friction brakes. The searched files were: (a) Publications Department (technical manuals and related materials), (b) Knorr correspondence file, (c) Quality Assurance Department files, (d) Modification Notice files, (e) Ivy City Customer Service Manager files, (f) Ivy City Shipping and Receiving files, (g) ORX correspondence files, (h) Denis Oakes files, (i) Sylvain Labbé files, (j) Ivy City Customer Service files, (k) RAM group files and (l) FAR database records. Where Bombardier could readily determine that a record within those files did not concern Acela trailer car friction brakes, those records were excluded. As an illustration, Bombardier excluded certain documents that pertained solely to other systems on the Acela cars. The remaining records were then reviewed and produced and are described in Exhibit A hereto (except those produced after March 1, 2006, which concern the Phase II Production described below)

4. Bombardier's productions concerned documents created or produced on or prior to April 14, 2005, the date that the cracked friction brake disc spokes were first discovered

-2-

### D. Phase II Electronic Search and Production

With respect to documents produced on or after March 30, 2006 (the "Phase II Production"), Bombardier notes as follows:

1. The procedures and terms for Electronic Search 1 were discussed among counsel for the Office of Inspector General ("OIG") and Bombardier[1] and was conducted on Bombardier's behalf, across the personal computer hard drives and server user drives of certain individuals, as agreed to by counsel for the OIG and Bombardier (the "Stillman Employees").

2. The Stillman Employees consisted of current and former Bombardier employees selected by Bombardier after consultation with OIG. For Bombardier personnel who worked on projects other than Acela, the search was limited to files maintained in directories or sub-directories pertaining to the Acela project.

3. Where this could be easily accomplished, documents that did not pertain to the Acela trailer car friction brakes were excluded. As an illustration, Bombardier did not produce documents that pertained solely to other systems on the Acela cars.

4. As indicated in Exhibit A hereto, on March 9, April 10, April 13 and May 3, 2006, Bombardier produced the results of this Phase II Production to OIG relating to those reviews and productions.

5. Bombardier's productions concerned responsive documents created or produced on or prior to April 14, 2005, the date that the cracked friction brake disc spokes were first discovered.

---

[1] As stated in the January 23, 2006 letter from David Sadoff, Esq. of OIG, the terms for Electronic Search 1 was defined as follows:

"'Electronic Search 1', we understand, can be expressed as:

A and (B or C or D), where

- A= (condition OR risk OR defect* OR deficien* OR malfunction* OR failure* OR crack* OR fracture* OR tear* OR rip* OR resonan* OR fatigue OR strain OR vibration OR frequenc*);

- B= (disc OR discs OR disk OR disks OR spokes OR spoke);

- C= (39566/2000 or 39566/2030 or *42120088S* or *42120089S* or WS700S*);

- D= (040305 or 090033 or 209902 or 279912 or 309913 or 309914 or 310008 or 339922 or 339939 or 339940 or 339958 or 3399914 or 499905 or 509902 or 509904 or 587410 or 587640 or 638411 or 693332)"

E.  **Privilege Claims**

No records were withheld on grounds of privilege.

Bombardier Inc

By:_____
   [Name]
   [Title]

March __, 2007

## EXHIBIT A

## INDEX TO BOMBARDIER'S PRODUCTIONS

| Date Produced | Bates Range | Description in Cover Letter | Correlation to Subpoena Requests |
|---|---|---|---|
| 6/20/05 | BBD0000001-BBD0000949 | Knorr Subcontract. | Request No. 1. |
| 6/23/05 | BBD0000950-BBD0001264 | ORX Subcontract. | Request No. 1. |
| 6/24/05 | BBD0001265-BBD0001820 | Amtrak/Bombardier Settlement Agreement (with exhibits) dated March 16, 2004. | Request No. 1. |
| 7/1/05 | BBD0001821-BBD0010004 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/6/05 | BBD0010005-BBD0023761 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/12/05 | BBD0023762-BBD0036785 | Publications Department materials, including technical manuals and related materials. | Request Nos. 2, 5, 6 and 7. |
| 7/19/05 | BBD0036786-BBD0046488 | Purchasing Department materials, including purchase orders and related materials. | Request Nos. 1, 5, 6, 7, 8, 10 and 12. |
| 7/28/05 | BBD0046489-BBD0088305 | Knorr Correspondence File | Request Nos. 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 8/12/05 | BBD0088306-BBD0097938 | Quality Assurance documents. | Request Nos. 7, 10, 11 and 12 and OIG's request for "notice" documents. |
| 8/28/05 | BBD0097939-BBD0098387 | Modification Notices. | Request Nos. 4, 5, 6, 7, 10, 12 and OIG's request for "notice" documents. |
| 8/28/05 | BBD0098388-BBD0100395 | Records maintained by Arthur Stanger, a customer service manager on-site at the Ivy City facility. | Request Nos. 4, 5, 6, 7, 10, 12 and OIG's request for "notice" documents. |

| Date Produced | Bates Range | Description in Cover Letter | Correlation to Subpoena Requests |
|---|---|---|---|
| 8/28/05 | BBD0100396-BBD0100619 | Shipping and receiving files from the customer service trailer at the Ivy City facility. | Request Nos. 5, 6 and 7. |
| 9/2/05 | BBD0100620-BBD0103218 | ORX correspondence file. | Request Nos. 4, 5, 6, 7, 8, 10, 12, 13 and OIG's request for "notice" documents. |
| 9/2/05 | BBD0103219-BBD0147675 | Denis Oakes personal files (paper). | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 9/30/05 | BBD0147676-BBD0161621 | Paper documents maintained by Sylvain Labbé at the Ivy City facility. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents |
| 9/30/05 | BBD0161622-BBD0161690 | Customer Service Department documents at the Ivy City facility. | Request Nos. 2, 4, 5, 6, 7, 8, 10 and 12 and OIG's request for "notice" documents. |
| 9/30/05 | BBD0161691-BBD0166940 | Bombardier's Reliability, Availability and Maintenance Group documents. | Request Nos. 2, 4, 5, 6, 7, 8, 10 and 12 and OIG's request for "notice" documents. |
| 10/24/05[2] | BBD0166941-BBD0206884 | Corrected production of brake-related emails sorted chronologically from Mr. Labbé's Microsoft Outlook application. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 10/21/05[3] | BBD0206885-BBD0234748 | Corrected production of Acela brake-related files (other than emails) from Mr. Labbé's hard drive. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |
| 10/21/05 | BBD0234749-BBD0334505 | Brake-related emails sorted chronologically from Mr. Labbé's Lotus Notes application. | Request Nos. 2, 4, 5, 6, 7, 8, 10, 11 and 12 and OIG's request for "notice" documents. |

---

[2] Documents originally produced on 10/13/05 were found to have some corrupted images
[3] Documents originally produced on 10/18/05 were found to have some corrupted images

Exhibit A                                    -2-

| Date Produced | Bates Range | Description in Cover Letter | Correlation to Subpoena Requests |
|---|---|---|---|
| 12/22/05 | BBD0334506-BBD0334669 | Knorr Failure Analysis Reports ("FARs") in Bombardier FAR database as of December 12, 2005. | OIG's request for access to the FAR database. |
| 3/9/06[4] | BBD0334670-BBD0342176 | Corrected production of files identified by running Electronic Search 1 on the non-email electronic files of specified Bombardier employees.[5] | OIG's request for "notice" documents. |
| 4/10/06 | BBD0342177-BBD0363011 | Files identified by running Electronic Search 1 on the email electronic files of specified Bombardier employees (other than Ms. El Zawi). | OIG's request for "notice" documents. |
| 4/13/06 | BBD0363012-BBD0391136 | Files identified by running Electronic Search 1 on the email electronic files of Ms. El Zawi. | OIG's request for "notice" documents. |
| 5/3/06 | BBD0391137-BBD0391379 | Additional email electronic files of Ms. Morency and Mr. Miclette, which, although identified by Electronic Search 1, required technical assistance to open. | OIG's request for "notice" documents. |

---

[4] Disk originally produced on 3/2/06 was found to be corrupted

[5] Suzanne El Zawi, Renaud Murray, Frank Duschinsky, Gaétan Slater, René Meuser, Mathieu Perrault, Mario Raymond, Virgilio Hilario, Jacques Desjardins, Michel Masse, André Coté, Catherine Morency, Denis Arvisais, Nicolas Lessard, Philippe Moslener, Sylvain Boily, Richard Drolet, Pierre Miclette, Jean-Pierre Noel-de-Tilly, Christian Auger, Raymond Dumoulin, Anick Tourigny, and Joe DeCrescenzo